# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-392-RCL** |
| | : | |
| v. | : | |
| | : | |
| **ALAN HOSTETTER,** | : | |
| **RUSSELL TAYLOR,** | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY" MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney, Detailee Katherine Nielsen is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793

　　　/s/ Katherine Nielsen　　
KATHERINE NIELSEN
Trial Attorney, Detailee
United States Attorney's Office
District of Columbia
D.C. Bar No. 491879
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 355-5736
Email: Katherine.Nielsen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 10th day of June 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                      */s/ Katherine Nielsen*
                                                    Katherine Nielsen
                                                    Trial Attorney, Detailee