AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| ALAN HOSTETTER | ) Case No. 21-cr-392 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ALAN HOSTETTER**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1512(k)(Conspiracy to Obstruct an Official Proceeding);18 U.S.C. §§ 1512(c)(2), 2(Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 1752(a)(1)(Restricted Building or Grounds);18 U.S.C. § 1752(a)(2) (Restricted Building or Grounds).

Date: 06/09/2021

Zia M. Faruqui
2021.06.09
16:53:56 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/9/2021, and the person was arrested on *(date)* 6/10/21
at *(city and state)* Orange, CA

Date: 6/10/21

*Arresting officer's signature*

SA Jessica Salo
*Printed name and title*