AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. ALAN HOSTETTER *Defendant* | Case No. 1:21-cr-00392-RCL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT ALAN HOSTETTER.

Date: 06/24/2021

/s/ John M. Pierce
*Attorney's signature*

jpierce@piercebainbridge.com
*Printed name and bar number*

PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
*Address*

jpierce@piercebainbridge.com
*E-mail address*

(213) 400-7125
*Telephone number*

*FAX number*