UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALAN HOSTETTER<br><br>Defendant. | Case No. 21CR00392-RCL |

# ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of KARREN KENNEY, and good cause having been shown, it is this _____ day of _____, 2021,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that KARREN KENNEY shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
United States District Judge