UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>v.                                        )<br>)<br>ALAN HOSTETTER                 )<br>)<br>            Defendant.            )<br>_____)  | Case No. 21CR00392-RCL |

### *PRO HAC VICE* DECLARATION OF KARREN KENNEY

I, KARREN KENNEY, make the following declaration in support of the Motion For *Pro Hac Vice* Admission submitted by Attorney Elita Amato:

1. My full name is Karren Kenney.

2. My office address is 2900 Bristol Street, Suite C204, Costa Mesa, CA 92626 with a telephone number of 855-505-5588.

3. I have been admitted to the following State & Federal Bars: State of California (1994), Southern District of California (1994), Central District of California (1997),

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date: July 27, 2021           Respectfully submitted,

                              /s/Karren Kenney
                              Karren Kenney
                              California State Bar #174872
                              Karren.Kenney@gmail.com