UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 21-CR-392-RCL |
| v. | |
| ALAN HOSTETTER, | |
| RUSSELL TAYLOR, | |
| ERIK SCOTT WARNER, | |
| FELIPE ANTONIO "TONY" MARTINEZ, | |
| DEREK KINNISON, and | |
| RONALD MELE, | |
| Defendants. | |

## ORDER

Before the Court is the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials [40]. No opposition has been filed. Accordingly, the Court will treat the motion as conceded. *See* LCrR 47(b). It is therefore

**ORDERED**, that the motion is **GRANTED**, and it is further

**ORDERED**, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

**ORDERED**, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery [Docket # 33].

**IT IS SO ORDERED.**

Date: 8/4/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE