UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 21CR00392-RCL |
| ALAN HOSTETTER | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of KARREN KENNEY, and good cause having been shown, it is this \_\_\_4th\_\_\_ day of \_\_August\_\_, 2021,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that KARREN KENNEY shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
United States District Judge