NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number 21CR00392-RCL

**ALAN HOSTETTER**
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

/s/ *Karren Kenney*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Karren Kenney CA 174872
*(Attorney & Bar ID Number)*

Kenney Legal Defense
*(Firm Name)*

2900 Bristol Street, Suite C204
*(Street Address)*

Costa Mesa, CA     92626
*(City)     (State)     (Zip)*

855-505-5588
*(Telephone Number)*