UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 21-CR-392-RCL** |
| v. | : | |
| **ALAN HOSTETTER,** | : | |
| | : | |
| **Defendant.** | : | |

### REQUEST TO PROCEED WITH SELF-REPRESENTATION

Criminal defendants have both a constitutional and statutory right to self-representation in federal court. *Faretta v. California*, 422 U.S. 806 (1975); 28 U.S.C. § 1654. Defendant Alan Hostetter has advised defense counsel that he intends to invoke his right to proceed in his case with self-representation. In that regard, Mr. Hostetter is requesting a *Farretta* hearing be set as soon as possible.

DATED: October 11, 2021              Respectfully submitted,

/s/Karren Kenney
_____
Karren Kenney – CA SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626
(855) 505-5588
kenneylegaldefensecorp@gmail.com

Counsel for Defendant Hostetter

**Certificate of Service**

I hereby certify that on the 11th day of October, 2021, I filed the foregoing request with the Clerk of Court using the CM/ECF system which will notify counsel of record. I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/Karren Kenney

Karren Kenney – CA SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626
(855) 505-5588
kenneylegaldefensecorp@gmail.com