**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.

**ALAN HOSTETTER,**

*Defendant.*

Case No. 1:21-cr-392-RCL-1

## ORDER

Before the Court is defendant Alan Hostetter's motion [77] to represent himself in these criminal proceedings. The Court finds that defendant has knowingly and voluntarily waived his right to counsel and accordingly will **GRANT** defendant's motion to represent himself.

It is hereby **ORDERED** that defendant shall provide the Clerk of Court his address for the public docket.

It is **FURTHER ORDERED** that Karren Kenney is appointed as advisory counsel for defendant, who is proceeding *pro se*. Pursuant to 18 U.S.C. § 3006A(c) & (f), at the conclusion of this case the Court will determine whether defendant has funds available to pay for part or all of the representation, and if so, the amount of such funds the defendant shall pay towards the representation.

It is **FURTHER ORDERED** that defendant's pretrial motions shall be filed on or before December 6, 2021.

It is **FURTHER ORDERED** that defendant shall comply with the terms of the Protective Order. If defendant has any objections to the Protective Order [45] entered in this case, he shall file them on or before November 8, 2021. Defendant shall comply with the terms of the Protective Order until the Court rules on his objections, if any.

1

**IT IS SO ORDERED.**

Date: 10/28/21

Royce C. Lamberth
United States District Judge