UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ALAN HOSTETTER,**<br><br>*Defendant.* | Case No. 1:21-cr-392-RCL-1 |

## ORDER

Before the Court are defendant Alan Hostetter's Motion to Dismiss [99] and Motion to Sever [100]. The Court hereby **ORDERS** the government to respond to defendant's motions by January 7, 2022. Because defendant has requested a hearing on his motion to dismiss, the parties should be prepared to discuss at the February 4, 2022, status conference whether a hearing on defendant's motion is necessary and the logistics of defendant's proposed motion hearing, including whether defendant intends to produce evidence or call any witnesses. The Court will set a motion hearing, if any, thereafter.

**IT IS SO ORDERED.**

Date: 12/7/21

Royce C. Lamberth
United States District Judge

1