ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR00392-RCL |
| Plaintiff, | |
| vs. | |
| ALAN HOSTETTER, | |
| Defendant. | |

**NOTICE OF CORRECTION TO MOTION TO DISMISS**

On page 62 of defendant's Motion to Dismiss submitted on December 6, 2021, defendant incorrectly identified a photograph of the Ebenezer Baptist Church as being located in Mason, Tennessee. The church in the photograph on page 62 is actually located in Atlanta, GA. Defendant appears to have confused the location of the Ebenezer Baptist Church with the "Ebenezer Church" Cemetery, which is located in Mason, Tennessee. Defendant regrets the error.

At last count, as defendant prepares this "Supplemental Correction" to his motion, there appears to now be over 700 indictments related to the events of January 6, 2021

in Washington D.C.  Co-defendant Russell Taylor was the person connecting defendant to the documentary film makers related to this supplemental correction.

Of all the people across the country, indicted or otherwise, that might have possibly been interviewed in said documentary, two of the four "Three Percenters" listed in defendant's indictment as "co-conspirators" were also interviewed by the documentary film makers in question. Defendant does not know and has never knowingly communicated with any of the "Three Percenters" listed in defendant's indictment. Defendant believes his participation in said documentary, facilitated by Russell Taylor, was a way for the government to gather intelligence on defendant and subtly connect defendant to the Three Percenters militia group.

Defendant believes strongly that additional attempts by the government to connect defendant to the "Three Percenters" group occurred on August 15, 2020 and on September 11, 2020. These attempts were described in detail in defendant's Motion to Dismiss. Defendant continues to believe, in spite of the unfortunate error related to the photograph being discussed in this supplemental motion, that his participation in said documentary with two co-defendants unknown to him was no "coincidence."

Respectfully Submitted,

DATED: December 9, 2021        / s/ *Alan Hostetter*

Alan S. Hostetter (Pro Se Defendant)