```
                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
   - - - - - - - - - - - - - - - - - x
   THE UNITED STATES OF AMERICA,
                                       Criminal Action No.
               Plaintiff,              1:21-cr-00392-RCL
                                       Friday, February 4, 2022
   vs.                                 1:25 p.m.

   ALAN HOSTETTER, RUSSELL TAYLOR,
   ERIK SCOTT WARNER, FELIPE
   ANTONIO MARTINEZ, DEREK KINNISON,
   and RONALD MELE,

               Defendant(s).
   - - - - - - - - - - - - - - - - - x
   _____

                    TRANSCRIPT OF STATUS HEARING
            HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                     UNITED STATES DISTRICT JUDGE
   _____
   APPEARANCES:
   For the United States:    KATHERINE NIELSEN, ESQ.
                             DOJ-CRM
                             Fraud Section
                             1400 New York Ave., NW
                             Washington, DC 20530
                             (202) 355-5736
                             katherine.nielsen@usdoj.gov

   For Defendant Hostetter:  ALAN HOSTETTER, Pro Se

                             KARREN KENNEY, ESQ.
                             KENNEY LEGAL DEFENSE
                             2900 Bristol Street, Suite C204
                             Costa Mesa, CA 92626
                             (855) 505-5588
                             kenneylegaldefensecorp@gmail.com

   For Defendant Taylor:     DYKE HUISH, ESQ.
                             LAW OFFICE OF DYKE HUISH
                             26161 Marguerite Parkway,
                             Mission Viejo, CA 92692
                             (949) 257-3068
                             huishlaw@mac.com

   (CONTINUED ON NEXT PAGE)
```

```
APPEARANCES (CONTINUED):

For Defendant Warner:        KIRA ANNE WEST, ESQ.
                             LAW OFFICE OF KIRA WEST
                             712 H St, NE, Unit 509
                             Washington, DC 20002
                             (202) 236-2042
                             kiraannewest@gmail.com

For Defendant Martinez:      NICHOLAS D. SMITH, ESQ.
                             DAVID B. SMITH, PLLC
                             7 East 20th Street, Suite 4r
                             New York, NY 10003
                             (917) 902-3869
                             nds@davidbsmithpllc.com

For Defendant Kinnison:      NICOLAI COCIS, ESQ.
                             LAW OFFICE OF NICOLAI COCIS
                             25026 Las Brisas Road
                             Murrieta, CA 92562
                             (951) 695-1400
                             nic@cocislaw.com

For Defendant Mele:          STEVEN C. BAILEY, ESQ.
                             BAILEY & ROMERO LAW
                             680 Placerville Drive, Suite A1
                             Placerville, CA 95667
                             (530) 212-3407
                             steven@stevencbailey.org


Court Reporter:              Lisa A. Moreira, RDR, CRR
                             Official Court Reporter
                             U.S. Courthouse, Room 6718
                             333 Constitution Avenue, NW
                             Washington, DC  20001
                             (202) 354-3187
```

```
1                    P R O C E E D I N G S
2              THE COURTROOM DEPUTY:  This Honorable Court is now
3     in session.  The Honorable Judge Royce C. Lamberth is
4     presiding.
5              Good afternoon, Your Honor.  We're here for a
6     criminal status conference in 21-392, The United States of
7     America vs. Alan Hostetter, Russell Taylor, Erik Scott
8     Warner, Felipe Antonio Martinez, Derrick Kinnison and Ronald
9     Mele.
10             Starting with counsel for the government, please
11    identify yourself for the record.
12             MS. NIELSEN:  Good afternoon, Your Honor; this is
13    Katherine Nielsen on behalf of the United States.
14             THE COURTROOM DEPUTY:  And in order of the
15    defendants, please, Counsel, introduce yourselves for the
16    record.
17             DEFENDANT HOSTETTER:  This is Alan Hostetter
18    representing myself pro se with advisory counsel, Karren
19    Kenney, also present in the court.
20             MR. HUISH:  Good afternoon, Your Honor; Dyke Huish
21    on behalf of Russell Taylor.  He's also appearing via Zoom.
22             MS. WEST:  Good afternoon, Your Honor; Kira Anne
23    West for Mr Erik Warner, who is present proceeding via
24    videoconference pursuant to the chief judge's order.
25             MR. COCIS:  Good afternoon, Your Honor; Nic Cocis
```

```
 1    on behalf of Mr. Kinnison.  Mr. Kinnison is in the same box
 2    and room with me.  We're here.
 3               DEFENDANT KINNISON:  Good morning.
 4               MR. SMITH:  Good afternoon, Judge; Nick Smith on
 5    behalf of Felipe Antonio Martinez.
 6               MR. BAILEY:  Your Honor, Steven Bailey on behalf
 7    of Ronald Mele, who is present on video.
 8               THE COURT:  Okay.
 9               All right.  Ms. Nielsen, do you want to give me
10    the current status then?
11               MS. NIELSEN:  Your Honor, I think -- I'm having a
12    little trouble hearing you, but I think you asked for the
13    status, so I will give you the status.
14               THE COURT:  I did.
15               MS. NIELSEN:  So, Your Honor, since our last --
16    since our last meeting, the government has provided four
17    additional productions of global discovery that included a
18    number of reports from the U.S. Capitol Police as well as
19    the MPD.  There were -- these also included videos from
20    Metropolitan Police Department as well as from the
21    congressional recording studios, and also regular
22    communications from some of the police departments that
23    assisted the Capitol Police on January 6th as well as the
24    Capitol Police, thousands of tips that were provided to the
25    authorities, and an additional over a thousand files of
```

1     body-worn camera footage.
2              Our recent global productions have been
3     highlighted -- that we have highlighted to the defense are
4     going forward on the Relativity database that has been made
5     available to the defense in their own instants as well as
6     Evidence.com, and the government's provided instructions on
7     how to gain access to these databases, which will be used
8     exclusively going forward due to the large amounts of data
9     as well as the size of some of the files, including the
10    video and audio files.
11             In order to assist the defense in reviewing the
12    documents and the materials that have been provided, we have
13    also provided pointers on how to review the voluminous
14    material, including a body-worn camera summary spreadsheet
15    that provides information related to locating relevant body-
16    worn camera footage from responding law enforcement agencies
17    as well as a U.S. Capitol Police timeline of events for
18    January 6th.
19             The government has provided counsel in this case
20    with ten productions of specific discovery related
21    specifically to these six defendants.  Most recently
22    production was made yesterday of more than 150 files related
23    to other individuals who communicated about their travel to
24    the Capitol with certain defendants on January 6th.
25    However, prior productions have included files and materials

1     related to all six defendants, including search warrant
2     materials, the materials underlying the indictment, the
3     recorded statements of defendants, CCTV footage from the
4     Capitol, the images of digital devices that were seized from
5     the defendants, and various reports and other materials from
6     the FBI.
7              Currently there are three motions before the
8     Court. Mr. Hostetter filed a motion to dismiss and a motion
9     to sever, ECF 99 and 100, which were filed on December 6th.
10    The government filed its opposition on January 7th to both
11    motions, and I believe Mr. Mele has a motion to relocate
12    that is also pending before the Court.
13             At this point I would like to add one additional
14    or I guess two additional motions for the Court. The
15    government at this time is requesting an additional
16    continuance for 60 days and exclusion of time under the
17    Speedy Trial Act during that 60-day period so that we can
18    continue to provide discovery in this case and to engage in
19    plea negotiations with the defendants.
20             The exclusion of time under the Speedy Trial Act
21    the government requests based on both the Chief Judge's
22    Standing Order 21-79 filed on December 13, 2021, which tolls
23    the time to February 18, 2022, in all cases that can't be
24    tried consistent with health and safety protocols, and also
25    we would again point out -- although the Court, I'm sure,

1    knows -- that this is one of the largest investigations in
2    DOJ history with over 700 defendants currently charged, and
3    while we have diligently provided as much material as we can
4    as fast as we can, there are still some additional items
5    that need to be produced in this case.  And the government
6    would, therefore, ask the Court to find that the interests
7    of justice are served by tolling the time for the 60 days.
8           The government has conferred with counsel for
9    Mr. Taylor, Mr. Warner, Mr. Kinnison, Mr. Martinez, and
10   Mr. Mele and does not expect any objection from those
11   individuals or those counsel related to this motion.
12          The government conferred with Mr. Hostetter, and
13   while the government understands that Mr. Hostetter does not
14   concur in the request for the 60 days continuance, the
15   government notes for the Court that time is tolled for
16   Mr. Hostetter at this point due to the pendency of his
17   motions and his joinder with his co-defendants.
18          THE COURT:  Okay.  I do understand Mr. Mele has
19   this outstanding motion, and I do have from Mr. Bailey a
20   proposed order that I'll sign today granting the move-away
21   that I received this morning, so that will take care of that
22   particular order.
23          I do understand I have the two motions from
24   Mr. Hostetter that I have to address and have not yet had an
25   opportunity to address.

1              I failed to ask, is Ms. Kenney on the line as
2     well, stand-by counsel for Mr. Hostetter?
3              MS. KENNEY:  Yes, Your Honor, I am present.
4              THE COURT:  Okay.  I just wanted to be sure you
5     were on the line.
6              All right.  I have -- let me start backwards then
7     with counsel.
8              Mr. Bailey for Mr. Mele, did you want to add any
9     other comments in today?
10             MR. BAILEY:  No, Your Honor, and we do not oppose
11    the continuance.
12             THE COURT:  Okay.  And Mr. Kinnison's counsel?
13             MR. COCIS:  No, Your Honor, Mr. Kinnison does not
14    oppose the continuance as well.
15             THE COURT:  Okay.  And Mr. Martinez -- Mr. Smith
16    for Mr. Martinez?
17             MR. SMITH:  Judge, Mr. Martinez is not opposed to
18    a continuance.
19             THE COURT:  Okay.  And Ms. West for Mr. Warner?
20             MS. WEST:  Good afternoon, Your Honor.  No, we do
21    not oppose the continuance, and I just wanted to add that I
22    have been discussing discovery with the government.  I'm
23    having some issues downloading a couple of files, and I will
24    be sending them a hard drive so that they can download those
25    for me.  USAFX doesn't always work.

1          THE COURT:  Okay.  I'm not surprised at that.
2   With the volume of the materials I'm sure there are going to
3   be difficulties sometimes.
4          Mr. Huish for Mr. Taylor?
5          MR. HUISH:  Thank you, Your Honor.  We do not
6   oppose.
7          THE COURT:  Okay.  Mr. Hostetter, anything
8   additional you want to add?
9          DEFENDANT HOSTETTER:  Sir, I would like to
10  continue to pursue my right to a speedy trial and oppose the
11  continuance.
12         THE COURT:  Okay.
13         All right.  We will -- I'll grant the motion
14  to continue under the speedy trial.  It's tolled as to
15  Mr. Hostetter anyway until I can deal with his pending
16  motions, and without objection from the other defendants it
17  will be tolled.  Let's see what date we can set.
18         (Pause)
19         How does April 5th at 1:30 look?
20         MS. NIELSEN:  Your Honor, this is Katherine
21  Nielsen for the government.  Unfortunately I have a trial
22  that begins on April 4th.  Would it be possible to do it
23  either the week before or the week after?
24         THE COURT:  Let me look here.  I think we could do
25  it March 31st.

1            MS. NIELSEN:  Thank you, Your Honor.  That's fine
2    for the government.
3            THE COURT:  Any other counsel have a conflict with
4    March 31st at 1:30?
5            MR. COCIS:  No, Your Honor, on behalf of
6    Mr. Kinnison.
7            MR. HUISH:  No on behalf of Mr. Taylor.
8            MS. WEST:  No on behalf of Mr. Warner.
9            MR. BAILEY:  No problem on behalf of Mr. Mele.
10           MR. SMITH:  Mr. Martinez has no objection.
11           THE COURT:  Mr. Hostetter, any problems with March
12   31st at 1:30?
13           DEFENDANT HOSTETTER:  I'm sorry, Your Honor, no
14   problem at all.  I can be here.
15           THE COURT:  Okay.
16           All right.  I'll continue this, then, and find
17   that it's in the interest of justice to toll speedy trial to
18   give everybody an opportunity to be further down the road in
19   discovery and for any other discussions, and that is until
20   the status on March 31st at 1:30.
21           And, Mr. Hostetter, I take it you're not filing a
22   reply, not having seen one on the pending motions, so that
23   those motions are ripe for the Court to look at them and
24   either have a hearing or not; am I correct?
25           DEFENDANT HOSTETTER:  Yes, sir, that is correct.

```
1                THE COURT:  Okay.
2                All right.  Anything anybody else wants to raise
3    today?
4                MS. NIELSEN:  Yes, Your Honor, this is Katherine
5    Nielsen for the government.
6                The government would just like to ask the Court to
7    admonish Mr. Hostetter regarding his use of materials on
8    file -- that he files with his motions and things on the
9    ECF and Pacer.  We've noted that some of the materials that
10   Mr. Hostetter filed with his motion to dismiss were under
11   seal at the time, and so we would just ask the Court to
12   admonish Mr. Hostetter to review and abide by the
13   requirements of the protective order and the other orders in
14   this matter.
15               THE COURT:  All right.  You might review the
16   protective order again, Mr. Hostetter.  Make sure you're in
17   compliance.
18               DEFENDANT HOSTETTER:  Yes, sir, I will do that.
19               THE COURT:  All right.  Thank you.
20               Okay.  Thank you very much, Counsel.
21               You might talk to Ms. Kenney about it, if there
22   are any questions about what the protective order requires,
23   Mr. Hostetter.  I'm sure she can help you work through that.
24               DEFENDANT HOSTETTER:  Thank you, sir.
25               THE COURT:  The Court will be in recess.
```

1          MS. WEST:  Good afternoon, Your Honor.

2          THE COURTROOM DEPUTY:  This Honorable Court is

3   adjourned.

4               (Whereupon the hearing was

5                concluded at 1:38 p.m.)

6

7            **CERTIFICATE OF OFFICIAL COURT REPORTER**

8

9          I, LISA A. MOREIRA, RDR, CRR, do hereby

10  certify that the above and foregoing constitutes a true and

11  accurate transcript of my stenographic notes and is a full,

12  true and complete transcript of the proceedings to the best

13  of my ability.

14     **NOTE:**  This hearing was held remotely by Zoom or some

15  other virtual platform and is subject to the technological

16  limitations of court reporting remotely.

17               Dated this 18th day of February, 2022.

18

19
                                /s/Lisa A. Moreira, RDR, CRR
20                              Official Court Reporter
                                United States Courthouse
21                              Room 6718
                                333 Constitution Avenue, NW
22                              Washington, DC 20001

23

24

25