UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 21-CR-392-RCL |
| | : | |
| v. | : | |
| | : | |
| ALAN HOSTETTER, | : | |
| RUSSELL TAYLOR, | : | |
| ERIK SCOTT WARNER, | : | |
| FELIPE ANTONIO "TONY" | : | |
| MARTINEZ, | : | |
| DEREK KINNISON, and | : | |
| RONALD MELE, | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America respectfully moves to continue the July 28, 2022 status hearing in this case for a period of 45 days, and to exclude the time until the next hearing under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  The government seeks this continuance in order to continue ongoing discussions with defense counsel concerning a pre-trial resolution for some of the defendants in this case.  The government submits that this continuance will be in the interests of justice and will outweigh the interests of the public and the defendants in a speedy trial based upon the needs of the parties to engage in ongoing discussions concerning a potential pre-trial resolution of the case, and for the parties to thereafter engage in effective preparations, as needed, for any trial.  Counsel for five of the defendants (Mele, Martinez, Warner, Kinnison, and Taylor) consent to this request.  Prior to filing this motion, on July 24, 2022, the government contacted Mr. Hostetter for his position on this motion but has not yet received a response.

1

Error! Unknown document property name.

WHEREFORE, the United States respectfully requests a 45-day of the July 28, 2022 status hearing, and to exclude the time until the next hearing under the Speedy Trial Act.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    */s/ Risa Berkower*
            RISA BERKOWER
            NY Bar No. 4536538
            Assistant United States Attorney
            U.S. Attorney's Office for the District of Columbia
            555 4th Street, N.W.
            Washington, D.C. 20530
            Phone: (202) 252-6782
            Email: risa.berkower@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| v. | : | |
| | : | |
| **ALAN HOSTETTER,** | : | |
| **RUSSELL TAYLOR,** | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY"** | : | |
| **MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the United States' motion to continue the July 28, 2022 status hearing in this case for 45 days and to exclude time under the Speedy Trial Act, it is hereby:

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that a status hearing in this case will be set for September __, 2022, and

ORDERED, that time between July 28, 2022 and September __, 2022 will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds good cause for excluding this time under 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv) based upon the needs of the parties to engage in ongoing discussions concerning a potential pre-trial resolution of the case, and to thereafter engage in effective preparations, as needed, for any trial.  The Court further finds that the ends of justice served in granting this motion outweigh the interests of the defendants and the

public in a speedy trial.


Date: _____     _____
                                 SENIOR U.S. DISTRICT JUDGE