UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN HOSTETTER, *et al.*,<br><br>    *Defendants*. | Case No. 1:21-cr-392-RCL |

### ORDER

The government's motion [ECF No. 142] to continue the July 28, 2022 status conference is hereby **GRANTED**. The status conference is reset for September 12, 2022 at 2:00 p.m. via Zoom.

The government moves [ECF No. 144] to exclude the time until the next hearing under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), (iv), citing ongoing discussions with defense counsel concerning potential pre-trial resolutions. Counsel for Russell Taylor, Erik Scott Warner, Felipe Antonio Martinez, Derek Kinnison, and Ronald Mele consent to this request. The Court finds that this continuance is in the interest of justice and will outweigh the interest of the public and the defendants in a speedy trial. Accordingly, the Court **GRANTS** the government's motion to exclude time under the Speedy Trial Act.

Defendant Alan Hostetter has two currently pending motions [ECF Nos. 99 & 100] before this Court. Accordingly, the Speed Trial Act is currently tolled as to Hostetter. 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Date: 7/27/22

Royce C. Lamberth
United States District Judge