UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 21-CR-392-RCL |
| | : | |
| v. | : | |
| | : | |
| ALAN HOSTETTER, | : | |
| RUSSELL TAYLOR, | : | |
| ERIK SCOTT WARNER, | : | |
| FELIPE ANTONIO "TONY" | : | |
| MARTINEZ, | : | |
| DEREK KINNISON, and | : | |
| RONALD MELE, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Thomas T. Ballantine hereby enters his appearance in the above referenced matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Thomas T. Ballantine*
Thomas T. Ballantine
California Bar No. 208193
Prosecutor Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
202-532-3048
Thomas.Ballantine@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

/s/ Thomas T. Ballantine
Thomas T. Ballantine
California Bar No. 208193
Prosecutor Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
202-532-3048
Thomas.Ballantine@usdoj.gov