# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 21CR00392-RCL |
| ALAN HOSTETTER, et. al. | **WAIVER OF TRIAL BY JURY** |
| DEFENDANT(S). | |

I, ALAN HOSTETTER, hereby waive my right to a trial by jury and request the court to try all charges against me in this case without jury.

_1/16/2023_
Date

_[signature]_
ALAN HOSTETTER

The United States Attorney hereby consents that the case be tried without a jury.

_____
Date

_____
United States Attorney
Assistant U. S. Attorney

_____
Date Approved

_____
United States District Judge

**WAIVER OF TRIAL BY JURY**