UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ALAN HOSTETTER, et. al.,

*Defendants*.

Case No. 1:21-CR-392-RCL

## ORDER

Pending before the Court is the unopposed motion to reset the motions hearing and pretrial conference currently set for June 16, 2023. Finding the motion unopposed and meritorious, it is hereby **ORDERED** that the motions hearing and pretrial conference be reset for the proposed date of June 30, 2023 at 2:00pm.

**IT IS SO ORDERED.**

Date: February 10, 2022

Royce C. Lamberth
United States District Judge