# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD MELE,<br><br>        Defendant | Case No.: 1:21-cr-00392-RCL-6<br><br>ORDER GRANTING APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT (PROPOSED) |

## ORDER GRANTING APPOINMENT OF CJA COUNSEL (PROPOSED)

Before the court is Defendant, Ronald Mele's amended motion [ ] to appoint his counsel, Mr. Steven C. Bailey, as his counsel under the Criminal Justice Act ("CJA"). In June 2021, Defendant retained Mr. Bailey as his counsel to represent him in this criminal case. Mr. Mele was terminated from his employment and is at this point underemployed with his current employment and contends that he no longer can pay Mr. Bailey. Defendant provided a financial affidavit in support of his request, which the court will file under seal. Upon Consideration of defendant's motion, it is hereby

**ORDERED** that Steven C. Bailey is appointed as counsel for defendant under the CJA, to be effective representation from this date forward. Pursuant to 18 U.S.C.§ 3006A(c) & (f), at the conclusion of this case the Court will determine whether Defendant has funds available to pay for part or all of the representation, and if so, the amount of such funds the Defendant shall pay towards the representation.

**IT IS SO ORDERED.**

Date: _____

                                                                                       _____<br>
                                                                                       Royce C. Lamberth<br>
                                                                                       United States District Judge