STEVEN C. BAILEY (CA SBN 146382)
BAILEY & ROMERO
680 Placerville Drive, Ste. A1
Placerville, CA 95667
(530) 212-3407
Steven@stevencbailey.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD MELE,<br><br>    Defendant | Case No.: 1:21-cr-00392 -RCL-6<br><br>**DEFENDANT MELE'S MOTION TO BE EXCUSED FROM ATTENDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM** |

### DEFENDANT MELE'S MOTION TO BE EXCUSED FROM ATTENDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM

TO THE HONORABLE ROYCE LAMBERTH, U.S. DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

Mr. Ronald Mele, through his attorney, Steven C. Bailey, respectfully requests that this Honorable Court excuse defendant from attending the pre-trial hearings currently scheduled for April 26, 2023, and June 16, 2023, in the District Court in Washington DC. In support of the motion, Mr. Mele shows as follows:

    1.    Defendant has appeared as required by this Court by Zoom in all other appearances.

    2.    Defendant has appeared as and when requested by his pre-trial services officer

and has complied with all requirements of pretrial release.

3.      Mr. Mele has exhausted the funds he has allocated and saved for this case. Moreover, he has recently filed a motion to have counsel appointed.

4.      Trial is currently set for 10 day beginning July 6, 2023 and defendant needs to save funds to pay for the extraordinary cost associated with being present for trial in July.

5.      Defendant is represented in this case by Steven C. Bailey and his counsel will be present in court to represent defendants' interests during hearings on trial scheduling, jury questionnaire and pre-trial and in-limine motions.

6.      Defendant Mele will be present by Zoom if the grants permission and will maintain contact with his attorney both before and during the hearing by telephone.

Respectfully submitted,

Dated: March 1, 2023

By: /s/ Steven C. Bailey
Steven C. Bailey
Attorney for the Defendant
RONALD MELE

**CERTIFICATE OF SERVICE**

I, Steven C. Bailey, hereby certify that on March 1, 2023, I caused a copy of this Motion to be Excused from attending Pre-Trial Hearings in Person in Washington DC and for Permission to Appear by Zoom to be delivered to the parties of record by filing it electronically.

/s/ Steven C. Bailey
Steven C. Bailey

DEFENDANT MELE'S MOTION TO BE EXCUSED FROM ATTENDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM - 2