IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD MELE,<br><br>*Defendant.* | Case No. 1:21-CR-392-RCL<br><br>**(PROPOSED) ORDER TO BE EXCUSED FROM ATTERNDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM** |

**ORDER TO BE EXCUSED FORM ATTENDING PER-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM (PROPOSED)**

Before the Court is the request of Ronald Mele to be excused from attending pre-trial hearings in person in Washington DC and for permission to appear by Zoom.

The court has ordered pretrial hearing to be held on April 26, 2023, and June 16, 2023. the trial is scheduled to begin July 7, 2023, in Washington DC and it is scheduled to last roughly 10 days.

For the reasons set forth in the Motion, this Order is hereby:

ORDERED, that the Motion is **GRANTED**, and that Mr. Mele be

1. **EXCUSED** from personally appearing at the pretrial hearings currently scheduled for April 26th, 2023, and June 16, 2023 or at any other pretrial hearing prior to the beginning of trial on July 7 2023, as may be ordered by the court.

2. Further, defendant, Ronald Mele, shall be permitted to appear for the pre-trial hearing via Zoom,

IT IS SO ORDERED.

March _____, 2023

                                                 HONORABLE ROYCE C. LAMBERTH
                                               United States District Judge