**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-CR-392-2 (RCL)** |
| | **:** | |
| **RUSSELL TAYLOR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION FOR CHANGE OF PLEA HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Russell Taylor respectfully jointly move for a change of plea hearing. The Parties have reached an in principle agreement for the disposition of the above captioned matter and would like the Court to set a hearing as soon as the Court is able, to avoid further preparations for trial by the Parties.

The Parties understand, based on their joint communications with the Court, that the Court is available to conduct the change of plea hearing on April 19, 2023, at 12:00 p.m. The Parties respectfully request that a change of plea hearing be scheduled for that date and time.

Date: March 23, 2023

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      _____/s/_____

ANTHONY W. MARIANO
MA Bar No. 688559
THOMAS T. BALLANTINE
CA Bar No. 208193
JASON M. MANNING

1

NY Bar No. 4578068

Trial Attorneys, Detailees

Capitol Siege Section

United States Attorney's Office

for the District of Columbia

601 D Street N.W.

Washington, DC 20530

(202) 476-0319

Anthony.Mariano2@usdoj.gov

(202) 532-3048

Thomas.Ballantine@usdoj.gov

(202) 514-6256

Jason.Manning@usdoj.gov