ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 21CR00392-RCL |
| Plaintiff, | ) |
| vs. | ) |
| ALAN HOSTETTER, | ) |
| Defendant. | ) |

[PROPOSED] **ORDER GRANTING PERMISSION TO APPEAR VIA ZOOM FOR PRETRIAL HEARING ON APRIL 26, 2023.**

**FOR GOOD CAUSE APPEARAING:**

  The Court hereby grants Mr. Hostetter's request to appear via Zoom for the pretrial hearing currently set for April 26, 2023, along with his CJA advisory counsel, Karren Kenney.

IT IS SO ORDERED.

DATED:

                       Royce C. Lamberth
                       United States District Court Judge