UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 21-CR-392-1-RCL |
| v. | : | |
| ALAN HOSTETTER, | : | |
| Defendant. | : | |

**PRETRIAL SCHEDULING ORDER**

Trial is set to commence in this matter on **July 06, 2023, at 10:00 a.m.** in Courtroom 15.

The following deadlines govern pretrial proceedings.

For all of these deadlines and issues, Mr. Hostetter should consult with and consider carefully the advice of his standby counsel. Failure to abide by these deadlines may lead the Court to deny any tardy motion, or exclude admission of related evidence:

1. Mr. Hostetter shall shall file any remaining motions to suppress, motions to dismiss the indictment or counts therein, or motions to change venue, if any, by **May 5, 2023**; oppositions shall be filed by **May 19, 2023**; and replies shall be filed by **May 26, 2023**.

2. The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by April 21, 2023; any reciprocal expert disclosure by Mr. Hostetter shall be made by May 5, 2023.

3. The United States shall notify Mr. Hostetter of its intention to introduce any Rule 404(b) evidence not already disclosed by May 1, 2023.

1

4. The United States shall provide Defendants with a list of prior convictions that the United States intends to use for impeachment or any other purpose by **May 1, 2023**. Any specific objections to the use of prior convictions shall be made by Mr. Hostetter on the below schedule for pretrial motions, filed by **May 5, 2023**.

5. Except as otherwise noted in this Pretrial Order, Mr. Hostetter and the government shall file any other pretrial motions, including motions *in limine*, by **May 5, 2023**; oppositions shall be filed by **May 19, 2023**; and replies shall be filed by **May 26, 2023**. If the United States wishes to file a motion *in limine* with respect to any defense expert, it may do so by filing a motion by **May 19, 2023**; oppositions shall be filed by **May 26, 2023**.

6. By **June 22, 2023**, Mr. Hostetter and the government shall file Pretrial Statements that contains the following:

    a. Proposed instructions for the Court to consider when rendering its verdict and elements of each charged offense along with legal authority.

    b. Witnesses lists. They shall identify the witnesses that each side anticipates it may introduce in its case-in-chief. Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

    c. Exhibit lists. They shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. They need not list any exhibit that might be used for purposes of impeachment. Mr. Hostetter and the government should confer with Courtroom Deputy Samantha Calloway about the format of the exhibit list. They should not provide a copy of the exhibits to the court but the government and Mr. Hostetter must exchange digital copies of premarked exhibits. They must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    d. Stipulations. They shall include a draft of all stipulations.

7. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by June 29, 2023. Any Brady material not already disclosed also must be disclosed by this date.

8. Mr. Hostetter shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by June 18, 2023. The Court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by June 25, 2023; any opposition to such motion shall be filed by July 1, 2023.

9. Mr. Hostetter, his standby counsel (by phone), and the government shall appear on June 23, 2023, at 12:30 p.m. for a Pretrial Conference and Motions Hearing in Courtroom 15.

**IT IS SO ORDERED.**

Date: 4/26/23

ROYCE C. LAMBERTH
United States District Judge