# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
| --- | --- |
| v. | 21CR00392-RCL |
| ALAN HOSTETTER, et. al. | WAIVER OF TRIAL BY JURY |
| DEFENDANT(S). | |

I, ALAN HOSTETTER, hereby waive my right to a trial by jury and request the court to try all charges against me in this case without jury.

4/30/2023
Date

_[signature]_
ALAN HOSTETTER

The United States Attorney hereby consents that the case be tried without a jury.

5/1/2023
Date

_[signature]_
United States Attorney
Assistant U. S. Attorney

5/5/2023
Date Approved

_[signature]_
United States District Judge

WAIVER OF TRIAL BY JURY