ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,               ) Case No.:  21CR00392-RCL
                                        )
                    Plaintiff,          )
                                        )
        vs.                             ) **OPPOSITION TO GOVERNMENT'S**
                                        ) **OMNIBUS MOTIONS *IN LIMINE***
ALAN HOSTETTER,                         )
                                        )
                    Defendant.          )
                                        )
                                        )
_____     )

*"The only thing I know… Is that I know nothing at all."*

**Socrates**

*"Socrates is the wisest person in Athens"*

**Pythia**

**Socratic Method:** *Named after the Greek philosopher Socrates who taught students by asking question after question intending to bring them to tenable conclusions. The method is still popular in legal classrooms today.*

- What if everything we were ever taught about our history, our government, and the world in which we live is a lie? How would we respond if we came to find out we have ALL been duped and pitted against each other, enslaved by forces we never see or hear from to drain us of our health and wealth? I will return to this question near the end…

- Why, under current circumstances, am I writing this opposition motion as much for public consumption as I am for this court?

- Why has the government tried so desperately and so successfully to prevent any use of the entrapment defense as it relates to all J6 cases? What was the "Reichstag Fire?"

- Did the government label me a "conspiracy theorist" in their Motion In Limine? Does the government know who coined that term in the 1960s in order to diminish and discredit anyone who might question the conclusions of the Warren Report? What is the definition of irony?

- Do we now know our own government assassinated JFK? Are the files still hidden 60 years later? Why? What are some of the reasons Tucker Carlson was canceled?

- Might the words, "Building Seven" and videos of the Q Shaman partially explain? Does the public care?

- Where does the term *Bread and Circuses* come from and what does it mean? What is the definition of *vindication?*

- Intermission: Having written what I have written so far, and just in case it is still believed the FBI is not one of the most, if not THE most corrupt law enforcement organization in the world, allow me to set the stage more properly with this FBI whistleblower, Steve Friend. If you don't have the time to listen to the entire interview starting at 19:30 you should make time. If that is not possible, please go to the 27:00 mark and listen for just one minute. Do you hear what I hear about FBI management

personnel receiving bonuses based on the number of J6 heads they can serve up on a platter? Take a listen: https://open.spotify.com/episode/3IwB2OLcPIX2WcmcStvLbP

- Are law enforcement "quotas" for arrests and citations illegal in most states? https://www.nyulawreview.org/issues/volume-96-number-2/police-quotas/

- What does the 6th amendment to the U.S. Constitution protect? How might it benefit an innocent man? What are some federal strategies intentionally deployed to violate the 6th amendment for myself and for others?

- When a defendant wants a speedy trial and the government wants to delay, for two years, who does that reflect poorly on?

- Do highly trained and brilliant defense lawyers sometimes become mesmerized by lofty Latin phrases, flowery language and legal theories, therefore missing the forest for the trees?

- Am I a lawyer? What sort of an argument might a non-lawyer make in a case like this?

- What is *Reductio Ad Absurdum*?

  o Does it seem reasonable that (*legitimate*) Trump supporters really came to Washington D.C. on J6 to disrupt the one proceeding that was the ONLY hope at the time to have the stolen election reviewed and returned to states for further review and investigation?

  o Is it reasonable to believe that on 11/2/2020 the White House was protected in THIS manner after receiving no credible threats whatsoever… https://ktla.com/news/nexstar-media-wire/nationworld/non-scalable-barrier-goes-up-around-white-house-ahead-of-election/

  …while on 1/6/2021 the security looked like this?

  https://www.tmz.com/2021/07/09/capitol-police-angry-security-fence-replaced-bike-racks-jan-6-insurrection/

The absurdity of this detailed more thoroughly here:

https://rumble.com/vgifu1-episode-2b-phoenix-rising-podcast-the-root-cause-of-the-capitol-riot.html

- When considering the aforementioned two bullet points alone, does it seem remotely reasonable that this incident was not carefully planned and staged by rogue actors within the federal government for effect? Or would this proposition seem utterly absurd?

- Why might someone read from a teleprompter app on their computer when discussing something as sensitive as a likely upcoming indictment? Caution? Care? Avoid forgetting to mention something important?

- Is it likely that 95% of the people reading this Opposition  did not spend the 20 minutes necessary to watch the video above? Please do. It is important and hopefully worth your time.

- If you were an aspiring lawyer sitting in a law school classroom and desired to further prove the absurdity of the government's position that J6 was not an entrapment scheme, what sort of questions and additional insights might you bring forward to prove this absurdity?

  - Are Trump supporters generally known to love cops or hate cops?

    - Trump supporters v. BLM/Antifa - During the summer of 2020 while the entire nation was literally burning, which group was throwing "Back the Blue" rallies? Which group was throwing Molotov cocktails at cops and blinding them with lasers?

    - Is it reasonable to believe legitimate Trump supporters went to the Capitol to attack cops? Compare/contrast – common sense?

- With that in mind, is it more or less likely that nearly all the violence and vandalism we witnessed on J6 was perpetrated by federal agents, informants and crisis actors with very few legitimate Trump supporters getting caught up in the entrapment scheme and joining in?

- RE: J6 – Did one of the most popular presidents in American history personally Tweet / request on 12/19/2020 that his supporters should travel to Washington D.C to protest the stolen election? What part of "Will be wild!" was difficult to understand?

- How many days were available for federal law enforcement to prepare for the protest? How many planning meetings were held? Who attended? What was discussed? Did someone keep minutes?

- Was there not one federal D.C. based law enforcement or military leader in these meetings who threw up his or her hands in disgust and exclaimed loudly, "This is the most absurd security plan I have EVER seen for a protest of this magnitude and potential volatility?" How does one find out whether it happened without use of the entrapment defense?

- Had BLM/Antifa burned down half the big cities in this country, including Washington D.C. only months before J6?

- As a result of this recent violence were over 50 secret service agents injured, a sitting President driven into a bunker of the White House and a church burned down right across the street from the White House during only one extremely violent protest? https://www.foxnews.com/politics/secret-service-took-trump-to-underground-bunker-amid-george-floyd-protests

- Can Washington D.C. be considered one of several "headquarters cities" for BLM/Antifa?

- Who are considered the arch enemy of BLM/Antifa? Do they take "Pride" in this? Were both groups likely to participate in the protest? Might they view each other as enemy combatants possibly? Do they wear uniforms? Protective gear?   Sometimes march into events in military style formations?

- Were numerous Trump supporters beaten mercilessly by BLM/Antifa members in Washington D.C. once the sun went down after the November and December 2020 Stop the Steal rallies? Did police protect them?

- Have many / most of these recorded beatings been scrubbed from the Internet since they occurred? Reminder – Who was found to have censored accounts and Tweets at Twitter? Who was Twitter's General Counsel?

- Was there even a miniscule or remote possibility that two opposing and well-known groups of "enemy combatants" might go to war by the thousands, possibly tens of thousands, on J6 right outside the Capitol Building?

- Was it necessary that lots of advanced technology and several highly trained intelligence units put their thinking caps on about this possibility and make some grand pronouncement by issuing a multitude of intelligence bulletins for the proper conclusions and proper precautions to have been taken? Or were they too unable to see the forest for the trees?

- Could a basic police recruit in any police academy across America be given this fact pattern and realize massive security precautions needed to be taken on J6 to include thousands of additional officers and national guardsmen along with "unscalable" secure fencing around the Capitol building to secure the people and the process inside?

- Are law enforcement leaders in the United States at all levels of government trained to underprepare or overprepare when there is even a remote possibility of a crisis / "critical incident" of this magnitude occurring?

- How much time did it take to install the unscalable fencing on J7, the day after the Fedsurrection?

- What percentage of our federal elected officials were seated inside the Capitol building on J6 during the riot? House? Senate? Vice President? Reminder…Security around White House on 11/2 v. Capitol on 1/6? Compare? Contrast? What are the odds?

- Did President Trump personally direct a request be made for thousands of additional National Guardsmen to augment security that day?

- Was it denied? Who denied it? Why? Have we followed that rabbit hole all the way down yet? Why not? Does it lead to the Queen? And the truth?

- Who stole Nancy Pelosi's laptop on J6 and where is it now?

  https://www.alaskasnewssource.com/2021/05/05/search-warrant-reveals-why-the-fbi-raided-an-alaska-couples-home/

- What are some occult symbols and meanings of the 1939 movie, Wizard of Oz? Who was the true star of that movie and why? How might this movie relate to what we are experiencing today?
- Might Toto reappear, pull back the curtain and expose everything if this rabbit hole were to be followed? Republicans? Where are you? Uniparty? In on it too?

o Does actual physical and documentary evidence exist today that federal agents, federal informants, crisis actors and other nefarious characters instigated and initiated the entire incident for a specific purpose?

- Is it widely and publicly available?
- Who is Julie Kelly?
- Who is Darren Beattie?
- Have you explored and studied their writings? If not, why not?
  - Who is Ray Epps?
  - Who is Stewart Rhodes and what is his background? https://www.revolver.news/2021/06/stewart-rhodes-oath-keepers-missing-link-fbi-unindicted-co-conspirator/
  - When were the Oath Keepers formed and who was President at the time? Who was Secretary of Homeland Security at the time? What was she writing about and very much focused on?
  - Who is Enrique Tarrio and what is his background as it relates to the FBI? https://www.theguardian.com/us-news/2021/jan/27/proud-boys-leader-enrique-tarrio-fbi-informant

o Might even BLM / Antifa have been present at the Capitol on J6 and involved in this entrapment operation? If so, what might that help to prove?

▪ Who really is John Sullivan / aka Jayden X?

▪ https://www.sltrib.com/news/politics/2021/01/16/robert-gehrke-what-we/

▪ Who is John Sullivan's father and what was his role in the military? Dig Deeper

▪ Was John Sullivan's father religious? Devout? Which religion and where did they live?

▪ Did I describe Scientology and Mormonism as "secret societies within a religious context" in my previous motion?

▪ How many current and former high-ranking Free Masons and other secret society members rule over Washington D.C.? Has this ever been researched? Is it even possible to research it? How? Open source?

▪ Are some secrets necessary? Are we all in the middle of a covert war and being subjected to PsyOps? Might this explain a lot about the current state of affairs?

▪ Who was John Sullivan's brother? Polar opposite? What are the odds?

▪ Who was John Sullivan walking and filming with inside the Capitol building on J6? Who did he work for?

▪ Considering Sullivan's background (BLM/Antifa) What are the odds that John Sullivan would be present and filming Ashli Babbitt's murder, painfully and dramatically describing the "light leaving her eyes" as she was dying?

- Did John Sullivan appear on CNN with Anderson Cooper the evening of J6? Who was seated with him in the hotel room he was speaking from?

- Was John Sullivan's video of Ashli's murder also used as evidence in the second impeachment trial of President Trump after he was already out of office?

- Have we reached mathematical impossibility in the number of coincidences yet?

- At some point, any point, does one allow himself or herself to see through this illusion and corruption – even those Americans with political views that differ from mine?

- Or does the hatred of me… and those like me require that the haters remain blind to the truth? I want to assure you; I do not hate you back. I will explain at the end…

- While on the topic of Ashli Babbitt, is it possible  this 20-minute video was missed by those who oppose me? https://www.bitchute.com/video/DYlb92zMkj41/ It was posted approximately one month after her shooting.

- Will you skip this one too and continue to rely on the Main Stream Media for your information? It was they, after all, who labeled this video a "conspiracy theory." Or do you really want to have as deep an understanding as possible as to what happened on J6?

- As a thought exercise, how does the video make you feel? What percentage of this video might be true or might be false? Do some of

the facts presented pique your curiosity? Or is it easy to disregard all of it due to the infiltrating mind control of the mainstream media?

▪ If you learned that YouTube pulled this video down and censored it within 24 hours of its appearance as it began to go viral, how does that make you feel?

▪ If you found out that since it was censored on YouTube it has received millions of views around the world over the past two years on Rumble and BitChute, how does that make you feel? Were you even aware of its existence?

▪ Can you think of some well-known episodes of censorship and book-burnings of the past and who was responsible? What did your history classes teach  about this?

▪ Who exactly was Ashli Babbitt? What is her history? Air Force?

▪ What/who are the "Capitol Guardians?"

▪ What are questions, in addition to the video, that a law enforcement professional investigating this shooting might ask?

▪ Have I supervised several administrative investigations into Officer-Involved shootings during my law enforcement career? Would I pose this question if I hadn't?

▪ First of all, was her shooting justified? Lawful? Within department policy?

▪ Let's assume, for arguments sake, I as a detective   investigating an Officer-Involved shooting of an agency other than my own. I enter a governmental building controlled by the agency employing the officer

being investigated and request their CCTV video of the hallway within that same governmental building where the shooting took place.

- What might my specific request look like?
- 24 hours worth of video leading up to the shooting? Why? Suspicious activity leading up to the shooting?
- The shooting itself? Why? To see exactly what the shooting looked like from all possible angles?
- 24 hours following the shooting? Why? Any noteworthy activity in the aftermath of the shooting? Observe every second of the actual crime scene being processed and potential evidence being protected or left unprotected?
- May we see the crime scene log?
- Who were the detectives attending her autopsy? From which agencies?
- Which Capitol Police Officer was dispatched to remain with the body at the hospital she was taken to until she was finally taken to the morgue? Has he/she been interviewed?
- Any CCTV video of the activity at the hospital showing what happened to her there?
- What if a crime scene was never processed at all and everyone simply disappeared from that hallway never to be seen again after the shooting? What might might be taken from that?
- If the governmental agency refused to provide the video, what might that cause me to do and what conclusions might I draw?  Search warrant? Incorporate into my investigation the possibility that someone

from within that governmental building is possibly involved in the shooting and/or concealing something else?

▪ What might they be hiding?

▪ Let's assume further that the person requesting this information isn't a police detective but rather a defendant in a J6 criminal case through discovery. Let's assume also he has some relevant law enforcement experience. He is being told he is facing 20 plus years in prison for a conspiracy involving 5 other men. 4 of the men he doesn't know and has never knowingly met or communicated with. He assumes the 5th man is an informant or crisis actor of some sort. He believes J6 was one of the most elaborate and sophisticated false flag events and entrapment schemes in recorded history.

▪ Might he ask for this same 48 hours worth of video if he has many questions about the Ashli Babbitt shooting and how it relates to J6?

▪ If there were suspicious activities in that hallway leading up to the shooting and absolutely no crime scene processed afterwards, what might that aid in proving?

▪ Would you view the Wooz News "conspiracy theory" video above in a different light? Might viewing all of the thousands of hours of currently hidden video footage be helpful to ALL legitimate J6 defendants? Might that be why Tucker Carlson was fired from Fox News?

▪ If you found out that I made this specific discovery request for the video of Ashli's shooting scene and this request was ignored, how does that look ?

▪ How does *Brady v. Maryland* relate to this fact pattern*?*

- Might this explain why the government fights desperately and, in fact, "feverishly" to prevent all defendants from using an entrapment defense? Might this defense be the most obvious and effective defense against these charges? A defense that would topple this corrupt house of cards?

- What is the legal definition of "entrapment?"

- If I told you that the FBI agents in California repeatedly informed those they were questioning they were simply carrying out orders from Washington D.C., would that surprise you?

- If I further told you that I asked for the identity of the case agents in Washington D.C. as part of my discovery requests and I was refused that information would that also surprise you?

- When I further asked how close in the chain of command the D.C. case agent might be to Stephen D'Antuano, I was also refused that information. Still surprised?

- When I asked if the online group known as *Sedition Hunters* was created, organized and staffed by federal agents and informants did they give me a yes or no answer? What might be some big benefits of the feds creating this group? Go deeper.

- Shall we now return to the scene of the crime?

- Does the word babbitt appear in the English dictionary? What is the definition? Another coincidence? Or do they enjoy mocking us?

- Why did Ashli's shooter hide himself in the doorway of the office he fired from? Why did Ashli look over in his direction shortly before she climbed through the window? What caught her attention?

- The shooter, US Capitol Police Lt. Michael Byrd, vaporized into thin air immediately following the shooting, not to be identified nor seen again for months. Why?

- If Lt. Byrd believed he was justified in killing a petite, unarmed woman for entering the Speaker's Lobby, why did he not step forward loudly and proudly into the center of said hallway before he fired, display his firearm, and give warning that he would shoot the first protester entering that hallway? Would Ashli still be alive today?

- If he truly believed he was justified, why did he not step forward into the hallway immediately after the shooting and do same in order to protect elected officials down the hallway from him as he claimed he was later?

- When you have "the drop" on a deadly crowd about to take over the Capitol, weapon at the ready, and plenty of rounds remaining, does running away immediately, without ever showing yourself and without giving one verbal command seem reasonable?

- Did Byrd possibly know in advance that the "unruly crowd" would immediately disperse after the shooting?

- Might the one woman in the stairwell observing this scene and yelling, "They actors! They ALL acting!" have thrown a bit of a monkey wrench into a "plan"?

- Could the shooting have been a false flag within the greater false flag itself?

- Is it possible that EVERYONE in that shooting scene, both cops and criminals, were crisis actors? Watch their behavior closely in that video. What are the odds?

- Let's go deeper… Who is Lt. Michael Byrd and what can we find out about his past? Disciplinary record? Keystone cop? Were the keystone cops actors? Or were they real?

- Did Capitol Police Chief Steven Sund prepare an 8-page memorandum for Nancy Pelosi and Congress shortly after the events of J6? Was it for the purpose of explaining all of the horrible things that happened that day and why it spun so out of control?

- Was it an explanatory memorandum designed to shift blame away from himself and the men and women of his department to some degree?

- What likely would have been one of the most iconic and resource-draining events occurring that fateful day? Likely the most memorable and impactful of events? Possibly one of his officers shooting and killing an unarmed woman?

- Were the circumstances of Ashli's shooting mentioned in this memorandum? Was her name mentioned even once in it? Do you find this suspicious too?

- Had you heard Ashli and her husband were part of a "throuple" relationship? https://www.dailymail.co.uk/news/article-9147335/Dead-MAGA-mobster-Ashli-Babbitt-Marine-ex-husband-THROUPLE-bartender.html

- Do you find this article, the characters in it and the statements they make interesting? Do you wonder why you might have never heard of it before? When you read… can you read between the lines?

- Did you know, over the course of time, Ashli Babbitt was reported to have been shot in four different locations on her body? Which four parts of her body?

- Who said during a speech, "Boom! Shot her right in the head!"

- What did the autopsy results reveal as far as cause of death and where she was shot?

- Was a young reporter named Taylor Hansen also in the hallway with John Sullivan recording and weeping when Ashli was shot? Who is he?

- Do he and Sullivan know each other? Are they from the same state? Does Taylor Hansen portray himself as a hero of the conservative right today?

- Did Hansen manage to get hired by the Gateway Pundit and start writing articles about his experience at the Capitol and Ashli Babbitt's shooting shortly after J6?

- Was Hansen clearly in the hallway of the Capitol as Ashli Babbitt was shot? Trespassing? Disrupting a proceeding? Was he possibly conspiring with a BLM/Antifa member in the same hallway… at the same time… both from the same state and attending many of the same George Floyd protests months earlier? Was Hansen raided? Arrested? Indicted? Still pending trial? If not, why not?

- At roughly the same time John Sullivan was speaking to Anderson Cooper the evening of J6, was Taylor Hansen speaking to Laura

Ingraham of Fox News because he too was an eyewitness to the shooting… in that same hallway… with the same guy appearing on CNN? What are the odds?

- Was Taylor Hansen also arrested approximately 4 months prior in Portland, Oregon for participating in a George Floyd riot? But by J6 he had become a hero to conservatives? Coincidence? What are the odds? Alarm bells yet?

o Did the government "indict" and prosecute several informants and crisis actors from the J6 incident in order to maintain their cover? If so, how long has this practice gone on?

- What might be the benefits of such indictments? Might such indictments create martyrs and heroes who then go on to lead new organizations that the feds also control and monitor?

- Is the following language found in all federal plea agreements or only in Russell Taylor's (co-defendant) plea agreement on page 6 Section 10(a)? *"… Your client acknowledges that your client's cooperation may include, but will not necessarily be limited to: answering questions, providing sworn written statements, taking government administered polygraph examinations; **and participating in covert law enforcement activities."***

- Is there an "end date" to this? If this wording is found only in Russell Taylor's plea agreement, was it an attempt to hide the fact that he is already an informant / crisis actor of some sort?

- OR, even more concerning, is this "boilerplate" language found in ALL federal plea bargains, making every single American pleading guilty to federal crimes an informant for life?

- Of every person across this great land of ours between the ages of 18 and 80 who've pled guilty to federal crimes, how many of them are out there quietly living their lives but required to be FBI snitches for life? Might one be your neighbor right now and you just don't know it?

- Could this network of informants further be described as a massive disconnected "sleeper cell" just waiting to be activated to spy on their neighbors, friends and relatives at the behest of an offended or angry FBI agent with no probable cause and even less integrity?

- Who were the STASI? Did they have similar techniques? https://www.amnesty.org/en/latest/news/2015/03/lessons-from-the-stasi/

- From the article linked above - *Since the fall of the Berlin Wall, 2.75 million people have asked to see their files. Germans and many foreigners who visited East Germany have been shocked to discover that Stasi spies took an interest in where they went and what they said, but also who spied on them – sometimes friends and family had been recruited or blackmailed into the informant network.*

- Can I, a man facing 20 years in prison, easily look into my FBI file and see when their surveillance and manipulations actually began? Might I be shocked? Might the nation be shocked?

- Wouldn't you love to see your FBI file too? Might you be shocked?

- Who is Morton Irvine Smith? He is listed as "Person One" in my indictment, but never arrested. Why wasn't he arrested? Why wasn't he named?

- Why did his "raid" take place 4 months after mine, and one day before my indictment? Was it all for show in order to clean up the fact that he and his wife are both informants?

- Is being listed as "Person One" in an indictment one of the best indicators in a J6 indictment of someone's possible involvement as an informant for the federal government? What say you, Darren Beattie?

- Might a discovery request to obtain information on an informant look something like this (sent to AUSA Anthony Mariano on 5/14/2023)?

- *I am currently preparing my opposition to your Motion In Limine. I will be commenting on cooperation with prior discovery requests. I was going through my files and see that on 11/11/2021 I requested information on whether or not Morton Irvine Smith is a federal informant. The request was as follows:*

> *"Defendant has reason to believe he has been the target of an FBI Counter Intelligence Program (COINTELPRO) operation going back to at least March 13, 2020 and leading all the way up to being indicted in this case. Defendant has reason to believe other federal law enforcement agencies and/or U.S. Intelligence Agencies have worked collaboratively with the FBI in this operation. It is possible these types of operations now operate under names other than COINTELPRO. This is due to the fact they were supposed to have been banned or severely restricted since the 1970's after it was*

-20-

*learned these operations resulted in massive abuse of the constitutional rights of those targeted.*

*1). Defendant has reason to believe Morton Irvine Smith (identified as "Person One" within the indictment) and his wife, Marianne Campbell Smith are federal assets / operatives / informants. Please provide complete and up-to-date informant files on both. Specifically, provide the date of when they officially became federal assets / operatives / informants and to which federal agencies they have been assigned to since that time. Please provide their entire "informant files" going back to March 13, 2020. Specifically, defendant requests any and all communications (phone records, text messages, emails, etc) between both informants and all handlers from all federal agencies involved in defendant's case as it relates to their communications related to the ongoing investigation into defendant.*

*Please provide dates, amounts, and for what reasons, informants were paid by any and all federal agencies handling them as it relates to defendant's case. If the federal agencies being requested of this information deny it exists in their files, please inquire of those agencies further as to whether or not they had third party persons, organizations or "societies" outside the federal government serving as an intermediary in*

*order to avoid producing discoverable materials or admitting to*

*handling these informants."*

*The Initial request was ignored. I renewed the request on December 10, 2021 for this information. I may be overlooking something but I still can't find a direct response on the issue of Morton Irvine Smith and his status as an informant. Will you be so kind as to direct me to the information if I am overlooking it or please provide an answer if it has not yet been provided. Thank you.*

*Alan Hostetter*

- Would it surprise the court and other persons reading this opposition filing if the government's reply looked something like this? This after the third request over the course of a over a year, and simply being ignored the first two times?

- *Mr. Hostetter,*
  *You have inquired whether Mr. and Ms. Smith are confidential sources, or, as you term it, "federal informants."  As you know, the United States does not typically discuss whether a person is or is not a confidential informant.  We have a privilege under law to protect such persons, and responding in a particular case that someone is not a confidential informant would imply that our failure to respond affirmatively in another case constitutes an admission that someone is an informant.  Nevertheless, we are fully aware of our constitutional and discovery obligations, and we will comply with those.  We have nothing more to add or supplement as to this request.*

  *Additionally, in our April 18, 2023 letter, we offered to meet and confer regarding any discovery issues.  That offer remains open.  To that end, if there are any other discovery requests you have made that you believe the United States has not responded to, please let us know and we will respond as promptly as we can.*

**Anthony W. Mariano**
Trial Attorney | U.S. Department of Justice | Antitrust Division
Detailed to the U.S. Attorney's Office for the District of Columbia
Cell: 202-476-0319
Anthony.Mariano2@usdoj.gov

- Do you see the scam here? The impossibility of cracking the corrupt nut of the FBI's practice of turning as many in this country as possible into informants without ever having to identify them?

- Why does President Trump often refer to "central casting" in many of his speeches? What might one find in a "central casting" office? Actors?

- Who is the "Q Shaman?"

- Does he have two names? Jacob Chansley and Jake Angeli?

- What are some reasons people have two names?

- https://www.imdb.com/name/nm12250280/

- https://en.wikipedia.org/wiki/Jacob_Chansley

- What would you call what Chansley/Angeli was wearing on J6? Where might one find what he was wearing? Wardrobe department of the "Central Casting" office?

- What type of protests was the "Q Shaman" attending prior to election season?

- How did the "Q Shaman" manage to land a lengthy interview with 60 Minutes shortly after he was arrested? From prison? In solitary confinement?

- While on this topic, how did THIS make its way out of the "D.C. Gulag?"   https://thehill.com/homenews/3896775-j6-prison-choir-song-featuring-trump-reaches-reaches-no-1-on-itunes/

- How do people not see the obvious?

- What is MKUltra? Can MKUltra techniques be used on a mass scale? Sway an entire population? Can it be carried out globally? Recent and obvious examples?

- What is Operation Mockingbird? When was the CIA created? When did Operation Mockingbird begin?

- Is it possible, even likely, that at times in American history a federal judge might have *unknowingly* presided over a trial in which the "indicted" person was a federal informant / crisis actor and the indictment was fake and for the purpose of maintaining his/her cover?

- If the government were caught in such a scheme, what might their excuses be? "National security threat?" "Protection of sources and methods?" Would the public ever be told? Or would such public disclosure efforts be met with the same excuses to avoid exposure?

- Who is Stewart Rhodes? Which university did he receive his law degree from?

- In addition to churning out politicians and lawyers, what else is Yale University famous for? What group is in possession of Geronimo's "Skull and Bones?"

- What are some of the more bizarre initiation rites of Skull and Bones?

- Which former Presidents are members of Skull and Bones? Have you heard of "Building 7?" Apparently Tucker Carlson has. Was he fired?

- What do the secret societies of Yale call their meeting halls? How many are there on the campus?

- Have you ever heard of the *Manuscript Society*? Which university houses this secret society?

-24-

- Who is one of its most famous members? Hint: CNN News Anchor

- In addition to his membership in the Manuscript Society, what else about this CNN News Anchor might make one wonder?

- Does he also admit to working as a CIA intern for two summers while also belonging to the Manuscript Society?

- Are you beginning to understand what late comedian, George Carlin was trying to share with his audience when speaking about the so-called elite who run the world: "It's a big club and you ain't in it!"

- Reminder: Who did John Sullivan / Jayden X go to the evening of J6 immediately following his video recording of Ashli Babbitt's shooting? How many tens of thousands of dollars was he paid for said video?

- Reminder #2: John Sullivan = BLM/Antifa = BLM/Antifa is filming a shooting inside the Capitol

- Anderson Cooper = Yale secret societies/CIA = Yale secret societies/CIA conducting the interview.

- Coincidence? What are the odds?

- Were Stewart Rhodes and the Oath Keepers at Bundy Ranch? What is the significance of that? Who are some well-known people that are products of their Bundy Ranch notoriety?

- Who is Enrique Tarrio? What is his background as it relates to federal law enforcement? Coincidence? What are the odds?

- Was J. Edgar Hoover a high-ranking member of a Secret Society? Which one and to what degree?

- Why was Hoover appointed as head of FBI at the remarkably young age of 29? Same reason as Supreme Court?

-25-

- Whom would a man such as Hoover hire and place at the highest levels of the organization during his 48-year tenure as Director? Might these hiring practices and promotional practices continue to this day?

- Did J. Edgar Hoover spend much of his time using the FBI to build blackmail files on just about everyone in Washington D.C. and other influential people across the country? Has this been an FBI practice since the very beginning and continues to this day?

- Could this be the reason there are so few whistleblowers to all of this corruption? And why Republican politicians are, for the most part, silent?

- Did Hoover lead a secret life? Might he also have been blackmail-able? What might this mean as it relates to all of Washington D.C.?

- Might a variety of federal law enforcement and intelligence agencies all be blackmailing each other?

- Might this help to explain how so many potential whistleblowers in a massive conspiracy remain silent about an evil act that would involve a multitude of people? Did I already ask you if you'd heard of "Building Seven?"

- Might such a man as Hoover have had blackmail files on JFK? MLK? RFK? Do these three men have something in common?

- Has it become common knowledge the CIA was involved in JFK's assassination, likely assisted by Secret Societies? What about the FBI? For that matter, who really killed MLK and RFK?

- Did a high-ranking Hoover underling within the FBI send an anonymous letter to MLK encouraging him to commit suicide or

evidence would be released showing MLK in a number of adulterous affairs?

- Who was this man? Did he have a clandestine personal relationship with Hoover? What were Hoover's notable peculiarities for his time?

- Once I began organizing anti-Covid lockdown protests in spring of 2020, was I subjected to an Organized Stalking Campaign? Did I also regularly receive death threats, threats of violence and, on a few occasions, was I encouraged to commit suicide?

- Are these known tactics when deploying PsyOps against a Targeted Individual also known as a "TI"?

- Were my largest social media platforms on Facebook and Instagram also taken down and censored simultaneously?

- Reminder: Who was found to be behind the censoring of accounts and Tweets at Twitter? Who was Twitter's General Counsel?

- Are these allegations the type that get one labeled a "conspiracy theorist" by the government in a best-case scenario? Imprisoned, diagnosed as insane, institutionalized, and drugged in a worst-case scenario?

- Would the government ever tell the truth about such things? How many people right now, this very minute are either imprisoned, being stalked/tormented or institutionalized because they simply fought back against the federal cabal?

- Are there likely thousands of additional questions to be asked regarding hundreds of additional suspicious situations taking place around the Capitol on J6? Might hundreds of these questions alone be devoted to

the tragic death and deceitful FBI handling and media coverage of Officer Brian Sicknick's death?

- When this sort of corruption is so obvious, must we all act zombie-like, slack jawed with arms outstretched and shuffling forward into the continued imprisonment of innocent Americans? Grandmas? Veterans? Some of the most dedicated and patriotic among us? Oblivious to the deviousness, duplicity and deceptions of federal law enforcement?

- Must we all just continue to plod forward destroying lives and allowing the corruption to prevail? Or can something be done to stop and reassess the situation and investigate what's really going on here? This court? Congress? Anyone? Bueller? Hello?

- Was this court not, after all, the one court that sent the U.S. Marshals into the D.C. Jail system to check on the conditions of J6 prisoners?

- Did not those U.S. Marshals return a scathing report describing horrendous conditions? Was this fact not duly noted by J6 defendants and much appreciated by all of us caught up in this entrapment scheme?

- As scandal after scandal seems to break weekly now regarding the FBI, it causes this layman to wonder… Can one organization become so thoroughly corrupt that every single "special" agent working within it, their reports and their testimony becomes Brady material simply for being associated with this cesspool of a law enforcement organization?

- What is RICO?

- Might this be another way to break into 1000 pieces and scatter this corrupt agency to the wind, along with their counterparts in the CIA?

Have they not become a cancer on this country and an embarrassment to the world? See Durham Report of 5/15/23.

- While on the topic of the Durham Report, does it show any crimes committed against the incoming Trump administration by the outgoing Obama / Biden administration, as they used all the power of the FBI and CIA to commit these crimes?

- What is 18 USC 2381?

- What is the penalty for 18 USC 2381?

- In many of the government's legal documents related to my case, do they breathlessly quote from my speeches and social media posts (along with their mouthpieces of the MSM) in which I called for the death penalty for those engaged in treasonous actions leading to the stolen and fraudulent election of 2020?

- Do the comments they quoted from my speeches and social media posts seem more prescient now knowing the treasonous actions began well before 2020 and include our now sitting, fraudulently installed President?

- In closing this segment of the motion, I request humbly and respectfully that I not be labeled a "conspiracy theorist" or engaging in "fevered speculations" by opposing counsel. I've been subjected to such insults since I rose up against the Covid narrative three years ago.

- Also ironically, nearly all of the people hurling these insults were taking paper masks out of a box several times a day and dutifully strapping them across their faces to protect themselves from the Covid

Boogeyman. On the sides of every box were words to this effect: "These masks are ineffective in preventing the transmission of viruses."

▪ As readers can tell, I am a big fan of Socrates and subscribe to his wisdom. I am not making any direct claims in this document as, like Socrates, the only thing I know is that I know nothing at all. It is in this spirit that I simply offer these questions and move on to, as I promised in the beginning - with the end in mind… where do WE go from here?

If I were to tell the court and other readers of this document that I have learned to be grateful for the pain this experience has caused me and that I have mellowed considerably since shaking my fist and railing about the death penalty and traitors during my speeches, most would find that to be a very disingenuous statement, I'm sure. You're about to experience quite a shift in this document from the pugnacious interrogator above to a man who simply wants to share a message of love and forgiveness throughout the remainder of the document. For now, I need to defend myself aggressively. Yet, each of us has this same duality within. Sinner and saint / Warriors and Peacemakers… blessed are both.

You might ask yourself who would ever be grateful for being indicted by one of the most powerful and corrupt forces that has ever existed in this world – The United States Federal Government. If you ever need something to wake you up and shake you up, just stare for a minute or two at a document entitled "The United States of America v. (Insert your name here, followed by 4 names you've never heard of until they became wrapped up in some grand conspiracy and subsequent indictment with you). One can only imagine the shock. My indictment was the least of my pain… pain that I am now grateful for because it has taught me so much.

I hesitate to go further because I am about to speak on very personal matters of the Spirit and matters of the Soul; I want also to speak about our very ill collective conscience and collective soul as a nation. Yes, we are all connected. Over the past three years, our country, our very lives have devolved into a state of madness. The speed of this descent into madness was and is breathtaking to behold. It continues to this day at a faster and faster pace.

I think it safe to say most people in this nation, whether left or right, are experiencing their own personal sense of darkness and foreboding to varying degrees for a variety of different reasons. Natural disasters, mass shootings, southern border being overrun, drag queens grinding in front of children, while other children carry around a tip jar for the grinding drag queen. More drag queens now used as recruiting tools for the military as our leaders and formerly trusted institutions brazenly commit crime after crime with no accountability. All of this occurring as educated people in this country obsess over pronouns and whether or not a man can get pregnant. Things just aren't right and, due to the ups and downs of the roller coaster ride along with the speed of descent, we can't quite put our finger on the cause or where it all leads.

The reason I am hesitant to proceed regarding my thoughts on spiritual matters in this document is because the government spent a page and a half in their motion requesting the court prohibit me from even making a positive reference about my own character during my upcoming trial. They specifically mentioned "religion" as something on the naughty list we defendants are not supposed to speak of in trial.

I am not "religious" and not a big fan of organized religion if that makes the court and the government breathe a little easier about what I am about to write here. The earliest Christians did not even call themselves "Christians." If someone would've asked an early Christian which God they worshiped, the early Christian would have replied with something along the lines of, "I am a practitioner of *The Way* as taught by Yeshua Hamaschiac" (Jesus

the *Messiah* / or *Anointed One*). I rather like that description. In John 14:6 Jesus himself stated, "I AM *The Way,* The Truth… and The Life." I take note of the fact that *The Way* is mentioned first in his statement. The Tao Te Ching translated means:  *The Book on The Way and Virtue;* Confucius taught *The Way; Magga* with two g's in Sanskrit is *The Middle Way* as The Buddha taught it; Trigger alert – MAGA with one g is the Hebrew word for "touching" or "contact." See the Israeli martial art of Krav Maga or "combat through contact". Notice how so much is connected? Today, in the United States there are over 200 variations of *The Way* as Jesus taught it. Several thousand variations around the world. All believe their *Way* is the right *Way*. Do you think Jesus is happy with this? But I digress…

It wasn't the dark days of Covid and my early protests against the lock-downs or the obviously stolen election of 11/3/2020 that plunged me into darkness; it wasn't being raided by the FBI on 1/27/2021 or even being indicted in a California federal court on 6/10/2021 and again in Washington D.C. on 6/14/2021. Yes, dark clouds were gathering, but these events all pale in comparison.

The darkest day of my entire life occurred during the morning hours of 8/26/2021. What happened to me that morning was so bizarre and so horrific I can't yet even explain it publicly because almost no one would believe me. Only my closest family members know what happened that fateful morning. Maybe one day I'll write a book about it… if the truth ever prevails. It's quite a long story indeed.

That morning I watched my entire life go up in flames all around me. I was left standing there, alone in a smoldering heap of embers and ashes. Everything I had ever believed in or trusted was destroyed within a few brief moments. In those same moments I felt the dark presence of evil all around me. I could almost see satan smirking at me thinking he just finally might have inflicted enough pain so that I would either take my own life or simply

give up and quit fighting back against this evil that is my indictment, and by extension the entire federal government.

This was my "Dark Night of the Soul." The darkness was so inky black that it really can't be described properly. Many, if not most of you reading this have likely felt something very similar in your own lives at times. As I was standing there in a state of shock, sensing dark forces all around me, barely able to move, I suddenly also, just as quickly and unmistakably, sensed light entering the darkness through the gaping wound in my heart and soul (Rumi) and I felt the unmistakable presence of Jesus Christ standing directly in front of me looking sadly, empathetically and yes, knowingly into my eyes, seeing right into my soul.

This former atheist-with-an-attitude could almost hear his audible voice saying "Do you see now, Alan? Do you understand what this is all about? This is not about politics, religion, race or anything else that was set up in a way to divide you from others in this world. This truly is a spiritual war being waged violently within your soul and every other soul on this planet.… it is a war of good vs. evil. Many are still completely blind to it."

He then said, "I'm going to place you in a very painful state of isolation for a long while. You need to focus. You are strong willed… what we used to call 'stiff-necked' and I needed to break you before I teach you. I'm sorry it had to be this way. I understand the pain you are feeling. Now, walk with me a while. I want to show you and teach you day by day some important lessons about how to live your life and where to find me… always. I will guide you through this pain. You will get to the other side. You will be a better man because of it."

I was a functioning alcoholic at this time. Drunk nearly every night. Over a 40-year period, the drinking progressed from a few beers a week, to a half a bottle of red wine a night, to a full bottle of red wine per night, often mixed with ambien and Xanax. Eventually it led to

a whole lot of whiskey every. single. night. My guess is that many Americans can relate to this progression and, like me back then, deny it's actually a problem.

Although I had that profound experience with Christ earlier that morning on 8/26, by that evening I was at it again drinking even more heavily than usual to kill the pain. As I drank that final bottle of whiskey, I had a Gideon Bible in my lap, just sitting there, with the cover of the Bible was closed. I did not own a Bible at that time and had never read one all the way through. It was in the drawer of the hotel room I was staying in that night. I just drank with tears in my eyes and my hand on that Bible, still in a state of shock.

In hindsight, I feel that He was there with me and watching me, knowing that this last night of drinking needed to happen for reasons that follow… so I would see more clearly how God speaks to us constantly when we listen.

As nearly every night, I passed out from the drinking and don't even recall falling asleep. I woke up extremely hung over, as I did often, and had this feeling deep inside that I would need to drastically cut back on my alcohol intake or I might accidentally drink myself to death trying to kill the pain.

I decided to take a walk on the beach to clear my head. I was talking to my sister at the time on the phone when a young woman with apparent mental health issues was walking right towards me ranting and raving. I was the only one in the area and she was headed straight for me. This was at the peak of the Organized Community Stalking campaign directed at me so I just assumed it was one more person being sent to harass me. As she passed by me no more than a few feet away yelling at me, all I could think of to say to her was "God loves you." She had just passed by me when I made that comment to her. She immediately spun around and glared at me. She yelled at me at the top of her lungs, "GOD?!  GOD is spelled G.O.D… which stands for GET OUT DRUNK!" She pointed in an easterly direction as the direction I should head out of town and she walked away.

As you can imagine I was standing there speechless at how much her comment was so on target and how much it stung. My sister was on the phone questioning what the commotion was about and I explained it to her. I have not had another drop of alcohol since that moment approaching two years ago now. I realized then that I had tapped into something powerful as far as understanding the way God communicates with us. It's not always pleasant or soothing but when your soul is so raw and wide open to listening for His voice, it is amazing how and where we hear Him. I listen constantly for it now… and He is always speaking… constantly to each of us. All we have to do is tune in.

As Christ continued walking with me in those early days of our relationship, he said, "I want to have you reflect on your own life and contemplate your personal behavior and how at times, your behavior has harmed other people in this world, some of whom you claimed to love."

"Just as importantly", he continued, "I want to show you how each time you did this you damaged severely a little chunk of your own soul without even knowing it. But don't worry, I've already forgiven you and your damaged soul will be repaired once I teach you how to forgive yourself."

I agreed to follow Him, to listen closely and learn the lessons he was trying to teach me. I promised to share those lessons once I learned them. I then felt those smirking dark forces that had surrounded me earlier collapse in defeat.

And so, we walked and walked, still walking with Him every day. He taught, and still teaches me every day. I listen. I learn. Every single morning now I read from the Bible and other spiritual texts. I pray. I meditate. This process takes at least two hours every morning. It is, without a doubt, the best part of my day. Sometimes tears well up and flow during these prayers; the tears flowing from both joy and sorrow. As time progressed, I understood for the first time in my life what the words "repentance" and "forgiveness" actually mean.

I hope one day to be able to share all that He has taught me thus far. It has been amazing, this journey I am on. I'm no "holy man." I'm no prophet. I'm just a random guy in the middle of an amazing and challenging experience that led me finally, to find and come home to God.

As an example of how He taught and teaches me, in the beginning while I was still in my state of fear, shock and horror He guided me through a very fundamentalist understanding of "Christianity." It had to be that way. Eventually he expanded my horizons and he taught me how beautifully the *Book of Job* in the Bible ties in so perfectly with the *Four Noble Truths* of The Buddha, almost as if they were intended to complement each other in some way. He reminded me that it was actually Yoga (Hinduism), meditation (Buddhism) and sound healing (applies to both) that first led me out of the atheism of Hitchens and Dawkins to that vague New Age spirituality in which He started speaking to me so clearly but, back then I simply wrote these communications off as having "epiphanies."

Over time, He explained how both of these masterpieces of *Job* and the *Four Noble Truths* would guide me through this Dark Night of the Soul, this painful period of suffering. He would teach me how to understand suffering, the randomness of it, the importance and the inevitability of it. Most importantly, He taught me how suffering can be transmuted straight into incredible strength, perseverance, wisdom and, with endurance, to the most joyous life one can possibly imagine once that suffering is understood in its fullness and able to be endured.

Whether I share my experience and this new knowledge He gave me from a federal prison cell corruptly convicted of crimes I did not commit or share it as a fully vindicated free man is unimportant to me. He only asks that as He has given this wisdom to me, I share it with as many people in this world as I possibly can and help them find the same strength and

peace within themselves that He has helped me to find, which is exactly where we find Him - within.

I am in His debt. He stood right beside me through even my most arrogant days of atheism. He was there to catch me as I was about to fall into the fiery abyss on 8/26/2021. I didn't deserve His mercy. I used to secretly laugh at people who believed in Him… until I understood who He is and where we find Him. I intend to honor my promise to Him and spend the rest of my life trying to help other people in some way also find Him, and through Him… peace. Which brings me to the point of *offering forgiveness* and of *being forgiven.*

Russell Taylor, I forgive you. There is a brief, yet clearly perjured statement in your plea agreement that led to the government adding two additional felony charges against me, now over two years after J6 occurred. It's all related to the axe that yes, YOU gifted me only a few weeks before we headed to Washington D.C.

That axe had been stolen out of my truck in San Clemente only a few days after you gave it to me and I didn't have it at the Capitol. You might recall you asked me about it the night of J6 or morning of J7 (can't recall which two years later) and I told you about the theft for the first time. I was so touched by such a thoughtful gift I didn't have the heart to tell you how I so carelessly forgot to lock my truck and it was stolen. I didn't report it to the police because I was embarrassed, as a former cop, to be wasting their time reporting that I had left my doors unlocked. You, so generously, gave me one of your two axes right then and there or shortly thereafter while still in D.C. when I told you this.

Again, from the best of my recollection, as you gave it to me you told me to "keep it as a souvenir" in remembrance of J6. I was so touched… but what did that serve to do with you acting as an FBI informant of some sort? It would ensure I would have in my possession an axe identical to the one in the now infamous photograph of you, me and Morton Irvine

Smith in front of the restaurant where you gave me this "gift" a few days before President Trump's Tweet of 12/19/2021.

To the best of my recollection, I would have this axe you gave me as a souvenir from the time I left Washington D.C. on 1/8/2021 until the replacement axe, which I ordered immediately after the theft, arrived at my house. It was my intention to never even tell you the axe you gave me was stolen because I felt so bad about it.

There is much more to this story of this axe, including some documentary evidence to support my claims. I will save it for trial. I also believe it very likely you may have been wearing a wire that was being monitored as we discussed the theft of the axe you gave me. And that the government is fully aware of such a recording and that I did not have an axe at the Capitol that day.

When a private citizen pays someone to perjure themselves in testimony or a written document, it is called "Subornation of Perjury." There is a U.S. Code on point. When the government does this, it is called a "Plea Agreement" and just another day at the office.

One final question Russ. On the final page of the *Statement of Offense* related to your plea agreement, it states you texted the following to some people you were communicating with the night of J6 after we had returned to the hotel: "…When asked by one of the individuals with whom he was texting what happens next, the defendant responded, 'Insurrection!'" Wow! That's quite a coincidence because that is exactly what the feds and fake news were calling it that night. The words Fedsurrection and Fakesurrection hadn't quite filtered into the blood stream of popular culture yet. It was soon to come thanks to the great reporting of people like Julie Kelley and Darren Beattie.

My question to you Russ is this: These other people you were texting as you were announcing the upcoming "Insurrection" you were about to lead… were they also federal informants or agents and you were knowingly communicating into a federal echo chamber

soon to be used as "evidence" and designed to contribute to the fakery of J6? Or were you possibly speaking directly to yourself under different accounts with different names as I alleged in my Motion to Dismiss on pages 71 and 72. Link provided below. See under heading: Russell Taylor "Smokes" himself out…" for details:

https://www.documentcloud.org/documents/21138933-211206-hostetter-motion-to-dismiss

Having said all of this, Russ, you have a wonderful family and beautiful small children. I don't want to see you taken from them and imprisoned. But then if you are, in fact, a government informant, your indictment is not even real to begin with. This corrupt government can't be trusted to tell the truth about it either way. Regardless, I truly do forgive you and just want the corruption to be exposed and for all of this to be over with.

Morton Irvine Smith, I have no idea with your family's wealth and history how you possibly ended up working for the federal government in this capacity. I'm sure it's quite a story. I forgive you and your wife both. Let the chips fall where they may. It's out of our hands. The government does not realize this yet, but it's out of their hands too. And like Pilate washing his hands of the blood of Christ, the people responsible for J6 have blood on their hands too. Innocent people were killed in this *American Reichstag Fire* and others have committed suicide over these evil prosecutions. I offer this defense in honor of them and others still suffering in the "D.C. Gulag."

With the recent release of the Durham Report, even stalwart liberals such as Jake Tapper of CNN are now making comments such as the report is "devastating for the FBI" and "Exonerates Trump… to a degree." I am pleased to finally see the truth coming out about this and expect this truth will get much worse for the left and the FBI in particular. Conservatives have been talking about these truths with each other for years now and wondering when the

so-called *Durham Report* would ever be completed. Many of us wondered if the man identified as "John Durham" even existed.

Having said that, this new and improved Alan Hostetter, the man who has had his old heart of stone replaced with a heart of flesh encourages his brothers and sisters in the conservative movement to be forgiving. Try not to gloat or become overwhelmed with the knee jerk and satisfying reaction to shout, "I told you so!" from the mountain top as more and more truths are revealed.

Many more people in this country from all walks of life and political persuasions, previously mesmerized and brainwashed by the MSM, will eventually come to realize all of us have been manipulated and played by very dark forces that rule this world. These forces have manipulated all of us into constantly fighting with each other over anything and everything.   They do this so they can hide in the shadows while enslaving us with our unwitting consent.  Red/Blue-Dem/Repub-Black/White-Gay/Straight  Proud  Boys/BLM-Antifa… Left wing and right wing… two wings of the same bird, intentionally pitted against each other, most of it Kabuki Theatre in the realm of Bread and Circuses. Forgiveness of one another in the very near future is going to be crucial.

Several years ago, a group of people were involved in a global research project on *Futures, Forecasting and Analysis*, likely involving quantum computers and Artificial Intelligence. The organizers of this project, which began in 2017 mysteriously referred to "Red October" and "Hunt for Red October" a few times occasionally attaching a photo of the movie poster showing Sean Connery, the star of that movie. In October of 2021, the co-star of that movie, Alec Baldwin, shot and killed a woman in one of the most bizarre and highly publicized shooting deaths ever… that sad day when Ms. Hutchins' blood ran Red… on that Rusty movie set in October.  As is typically the case with the "elite," the criminal charges against Baldwin have been dropped since then. Ironically, this is the same man who famously

and mercilessly mocked President Trump week after week on his SNL skits. God speaks to us in so many ways and karma is real.

The theory that a tipping point can be reached in collective consciousness is known as the "100th Monkey Principle." Simply put, when enough souls awaken to a new reality, that new reality and this new knowledge sweeps across the entire species like wildfire very suddenly and inexplicably jumping across islands and continents as it occurs. We are getting closer to that moment.

In late January 2022, only three months after Red October on the set of Rust, a truck crashed in Pennsylvania in which 100 monkeys being transported to a laboratory escaped and ran off into the surrounding woods. They were eventually all recaptured. God speaks to us constantly. And He has a sense of humor.

So, my conservative friends out there… the next time you see your liberal relative, or your liberal friend or neighbor, do not smugly ask them if they heard the news of the Durham Report. Empathy is critical. Forgiveness is crucial. Just imagine if the shoe were on the other foot. Never forget, you have been played too. You likely, just like me, once believed George H.W. Bush (both former President and just as importantly, former Director of the CIA) and his son were good Presidents, didn't you? You likely viewed the entire Bush family as an example of a good, All-American family. Did you, for a period of time just as I did, believe the war in Iraq was righteous and that 9/11 was actually carried out by Islamic extremists. Well, did you? Do you see now? God gave us some good advice long ago in Psalm 46:10. It was simply, "Be still and know…" And now we wait… ready to offer an olive branch when that time comes.

Be still and wait, my friends. If and when your liberal friend or neighbor approaches you and extends a hand to be forgiven, you make sure to take that hand, give him or her a hug and weep together. Weep for joy that you both now understand that we have ALL been played

by very dark forces and that that lovable little dog Toto is now in camera view and running straight for that curtain.

To the people who called me anonymously, whether federal agents/informants working a PsyOp or a genuinely angry fellow American, and left messages threatening to kill me and my family and letting me know you hope I get raped in prison… I forgive you. I genuinely forgive you. We have all been intentionally sickened and poisoned spiritually and psychologically to engage in this type of behavior. You took the bait. There have been times in my life when I took the bait.

To those in federal and even local law enforcement who may have been involved in framing me for crimes I did not commit, I forgive you. I will not allow a part of my now much purer and happier soul to be eaten away any longer by my own anger, hatred and desire for revenge. You do not have that power over me.

God has placed angels on this earth to deal with the issues of crime, punishment and accountability. I retired many years ago as one of these "peacekeepers" as Christ called us when he blessed us long ago. I do believe that there are likely still many, many good guys and gals wearing badges and uniforms within the federal government, especially the military. I believe these people are quite aware of how deep this corruption goes and are taking steps to correct it, most of these steps are currently not yet visible, just as the Durham Report was not visible until 5/15. The Durham Report is only the beginning.

In closing, I have been asked many times, "Do you regret organizing anti Covid lock-down protests since that might be what triggered the FBI to start spying on you and manipulating events around you?" "Do you regret going to the Capitol on January 6th?" I absolutely do not regret trying to fight back against the tyranny of a single "health officer" stripping away our Constitutional rights and deciding who was essential vs. non-essential. I do not regret going to Washington D.C. to protest such an obviously fraudulent election and the

literal overthrow of an elected government through these crimes that were committed against all of us.

But my one regret related to the past three years is this: Very quickly into my activism I became angry and led from this place of anger. It diminished me and what I was trying to accomplish. Rather than looking to the example of Christ in the human form of God or people like Martin Luther King, Jr. and Mahatma Ghandi as more flawed and human examples of leading with love for those following them rather than anger towards those oppressing them. Instead, I reverted to my past warrior training in the military and law enforcement and put my war face on. I believe, in hindsight I would have been much more effective had I remained more in tune to the mindset I had that Easter Sunday, April 12, 2020 when I led that first protest in San Clemente, CA.

I was not a Christian at the time. By this time however, I had left atheism years before and, through Yoga, meditation and sound healing had become "spiritual" and vaguely aware of the stirrings of my own soul and the concept of a limitless spirit world far beyond my comprehension or understanding. At this time, I had little patience for people who spoke and wrote like I am writing in this document, constantly referring to God, Christ and other spiritual concepts. I did not make any effort to try to time my first protest for Easter Sunday. It just sort of happened that way about a month after the lockdowns went into effect.

Yet, even then God was speaking to me and through me, just as He does with all of us. Before I walked out of my condo to speak to the small number of protesters who would join me that day (about 50) in the San Clemente pier parking lot I made a short video to post to Instagram to explain what we were about to do. In that video I decided to use the example of "one man rising" on this date in history (Easter) to compare it to our struggle to rise above the evil that I saw behind the forces that were about to place us all under house arrest and

bankrupt many of us. I wasn't a Christian then and was uncomfortable even saying the name "Jesus Christ" in my video so "one man rising" would have to suffice.

After I walked out to greet and speak to the small crowd, I discussed what we were about to do in this protest. I described it as reaching out to those who were currently living in fear and darkness due to all the propaganda and brainwashing from the media. I explained that we should consider what we were doing as an act of love and of leading people from the darkness of fear and into the light of truth (or words to that effect). I remember a woman yelling out from the crowd, "I really like that message, Alan!"

The hatred and anger that was launched at me after I went through with this first protest was so intense, so personal and some of the comments so evil I was taken aback… a bit shellshocked. Anonymous people identifying themselves as nurses were plotting and relishing the prospect of my becoming sick with Covid so they could treat me and cause further harm to me. Much of the hate was coming from people in the yoga community I had been working and teaching in for a few years by that time. This is a community in which those teaching often discuss concepts of "peace, love and light" with those they teach.

As a result of all of this hatred being directed at me, I let it get to me and I went into an angry warrior mode almost immediately in response to these attacks and vowed never to quit this fight. But, as a good example to others regarding *forgiveness*, I want those people especially in the yoga community I used to work in to know with absolute certainty that I forgive them completely. And I hope they forgive me for the angry way I fought this battle if that anger offended you. Like I've already stated, both sides of these debates have been scripted long ago to divide us. I believe this will become much clearer soon.

For my conservative friends pointing their finger at me and getting red in the face for using MLK as an example of effective leadership coming from a place of love… I know, I know (he says with a sigh). I've heard and read the same information as you that claims he

was a communist and a womanizer and blah, blah, blah. I default to Socrates on this… and you should too. I wasn't there. I don't know him personally. I don't have any idea what was in his heart and soul back then. Neither do you. His speeches and preaching of non-violence appear to have come from a place of love and were very effective, primarily for that reason.

I don't trust history books, the media, or social media. I certainly don't trust anything coming out of my government or virtually anything else out there that has propagandized me into certain past beliefs. I believe that one of the things God has been doing through these turbulent times we live in is simply whiplashing us into an open mind, causing us to question ALL of our past assumptions about what and who we used to think were good and evil. Please, my friends keep your minds wide open. If you follow this advice, the future will be much less painful for you as more and more information about the evils of this world are released.

Returning full circle to how this all started, and with a wink and a nod to the FBI (see page 69 of prior Motion to Dismiss.  https://www.documentcloud.org/documents/21138933-211206-hostetter-motion-to-dismiss )

 "Maybe it's time for a second American Revolution, **[only this time a peaceful one]**." Our brilliant founding fathers gave us Article V of the U.S Constitution, which allows for a Convention of States. It gives us the ability to learn from all of the past mistakes that led us down this path of corruption that has destroyed our nation and begin anew.

I encourage every American to view this possibility through a prism of forgiveness and love… an understanding that we have ALL been played by evil and mostly unseen forces. It's not too late to create a new America that comes from a place of honesty, love, compassion and forgiveness... and from a place of love primarily focused on protecting and nurturing our children, those next generations we pass the torch to. May we never forget this time in history and may God's will be done.

*For nothing is secret, that shall not be made manifest; neither anything hid, that shall not be known and come abroad.*

**Luke 8:17**

*There are three things that cannot be hidden. The sun, the moon, and the truth.*

**Buddha**

*Anger is an acid that can do more harm to the vessel in which it is stored than to anything on which it is poured.*

**Mark Twain**

DATED:  May 18, 2023                          Respectfully Submitted,


*Alan S. Hostetter*
ALAN HOSTETTER
Pro Se Defendant