ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR00392-RCL |
| Plaintiff, | RESPONSE TO GOVERNMENT'S REQUEST FOR STATUS CONFERENCE |
| vs. | |
| ALAN HOSTETTER, | |
| Defendant. | |

## INTRODUCTION

Pro Se Defendant Hostetter requested this response to be filed concerning the Government's latest request for a status conference to address his Constitutional right to represent himself during the upcoming **bench trial** that is scheduled for July 6, 2023. Court appointed Advisory Counsel read the foregoing and strongly discouraged Mr. Hostetter from filing his below Response. Advisory Counsel has concerns the Government is now seeking to violate Mr. Hostetter's 6th Amendment right to self-representation. The Supreme Court stated in *Godinez v. Moran* (1993) 509 U.S. 389 the following:

"In *Faretta v. California*, 422 U.S. 806 (1975), we held that a defendant choosing self-representation must do so "competently and intelligently," *id*., at 835, but we made it clear that the defendant's "technical legal knowledge" is "not relevant" to the determination whether he is competent to waive his right to counsel, *id.,* at 836, and we emphasized that, although

the defendant "may conduct his own defense ultimately to his own detriment, his choice must be honored," *id.,* at 834. Thus, while "[i]t is undeniable that in most criminal prosecutions defendants could better defend with counsel's guidance than by their own unskilled efforts," *ibid.,* a criminal defendant's ability to represent himself has no bearing upon his competence to choose self-representation." *Id* at p. 400.

### RESPONSE TO GOVERNMENT'S REQUEST FOR STATUS CONFERENCE

*The lady doth protest too much, methinks*

**Queen Gertrude**

I have reviewed the government's reply to my Opposition. I am very much in agreement that the court should schedule a (public) telephonic status conference as soon as practicable. However, not only will I refuse to back away from my prior statements, motions and related "conspiracy theories," I would like to take this opportunity to proudly and officially double down on said theories:

https://rumble.com/vjz5nd-the-only-way-forward-is-through-the-media-and-deep-state-lies-part-2-exposu.html

In the video above you will notice I briefly mimic the southern accent of a person I believe is just one more actor in this J6 drama. To all of my southern and rural friends out there, please do not take offense at this. I can mimic a gnarly California surfer dude also. Spicoli ain't got nothin' on this guy!

I haven't lost my sense of humor through this and I hope you haven't either. It is my opinion, southerners and Trump supporters were being subtly mocked and caricatured through this character actor in this corrupt federal J6 production we are all watching. You watch… you decide.

As another example of actors, I recall vividly standing in a crowd of hundreds of thousands, if not a million strong, waiting for President Trump to speak on J6. As I scanned the crowd, I noticed a lone man up in a tree 20-30 feet off the ground. He would have needed a ladder to have climbed that tree and I didn't see one in the area. You'll never guess what he had hanging from that tree… but of course, a confederate flag! Back then, I thought to myself right away that whomever he was, he was most likely a plant connecting that flag to President

Trump and his supporters. Today I have no doubt. Neither do I have any doubt that the man who crashed a U-Haul into a bollard at the White House last night, in which a Nazi flag was removed, is also a planted story. Please wake up America. Time is short.

If readers find the video above interesting, you will find many more videos I made on the subject of J6 starting in May 2021 on my Rumble channel. I made them when I first saw this corrupt federal train wreck sliding into my life. Two years later there may be some things I would have portrayed slightly different but, for the most part these are minor differences and details. I stand by those videos.

As a side note, I moved to what I will describe as "rural America" over a year ago knowing absolutely nothing about the area I now live in. I knew absolutely nothing about living in a rural environment. I was guided here through prayer. Long story.

I have very few neighbors and lots of property, a lake with fish in it, chickens and other animals. I can safely say after my roughly one year living in rural America that rural folks have more genuine love, kindness, compassion and common sense in their pinkies than all the lawyers, lobbyists and politicians of Washington D.C. combined. It will be these salt-of-the-earth folks that help lead this country out of the mess we are currently living in. I appreciate the court's continued patience with this legal "nobody" who, in the spirit of Socrates, "knows nothing at all."  I am simply exercising my right to represent myself in the upcoming **bench trial** so that the Truth can be told.  If the government is allowed to violate my Sixth Amendment Constitutional right to represent myself before Your Honor,

*Absolute power corrupts absolutely*

**Lord Acton**

Respectfully Submitted,

DATED: May 23, 2023                    / s/ *Alan S. Hostetter*

                                       Alan S. Hostetter (Pro Se Defendant)