ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALAN HOSTETTER,<br><br>　　　　Defendant. | Case No.: 21CR00392-RCL<br><br>NOTICE OF ENTRAPMENT DEFENSE |

NOTICE OF ENTRAPMENT DEFENSE

The defense, pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that it may assert as a defense at trial that the defendant was entrapped at the time of the alleged offenses. The defense submits that on January 6, 2021, the defendant was and believed he was entrapped to engage in the conduct set forth in the Superseding Indictment.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: May 24, 2023　　　　　　　　/s/ *Alan Hostetter*

　　　　　　　　　　　　　　　　　　　Alan S. Hostetter (Pro Se Defendant)

NOTICE OF ENTRAPMENT DEFENSE