ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR00392-RCL |
| Plaintiff, | PRETRIAL STATEMENT REGARDING WITNESS LIST FOR DEFENDANT HOSTETTER |
| vs. | |
| ALAN HOSTETTER, | |
| Defendant. | |

*__Gaslighting:__ Gaslighting is a form of mental manipulation that often occurs in abusive relationships. It is a covert type of emotional abuse in which the bully or abuser misleads the target, creating a false narrative and making them question their judgements and their reality.*

*https://www.verywellmind.com/is-someone-gaslighting-you-4147470*

In today's America, *Gaslighters* on a mass scale are primarily the Main Stream Media working in tandem and cooperation with all aspects of the federal government, most importantly federal law enforcement and intelligence agencies. The MSM are nothing more than mouthpieces for this Orwellian government we find ourselves living under today.

In today's America the victims of this abuse on a mass scale, the *Gaslightees* if you will, are the American people. There are two types of Americans. Those who realize we are

being *Gaslit* and those who do not. J6 was/is an ongoing federal entrapment scheme designed to imprison and / or silence over half of the country. Comparing J6 to 9/11 and Pearl Harbor, for example, is only one obvious example of *Gaslighting*.

Regarding the 2020 presidential election, an example of *Gaslighting* would be to ignore the differences in the campaigns of Trump and Biden as far as crowd size, energy levels, condition of the country at the time, etc. and believe the differences in these factors, all favoring Trump right up to election day, resulted in Biden receiving more votes than any presidential candidate in American history.

Another example of *Gaslighting* related to 2020 would be the MSM repeating the mantra that the stolen election "conspiracy theory" has been debunked in over 60 court rulings indicating that Biden won fair and square. When in reality we all know that none of these court rulings came after a full, fair and complete evidentiary hearing on the actual alleged voter fraud itself. These cases were dismissed on procedural grounds. The electronic/digital voter fraud of Dominion/ Hammer/Scorecard and the organic fraud of *2,000 Mules* has never actually been thoroughly examined during an adversarial process in a court room.

As I know the examples I provide next regarding the 2020 election *Gaslighting* will trigger some readers I will try to make it a little less confrontational. I will revert again, as in my last filing, to the Socratic Method of simply asking questions such as these:

- After 40+ years in the Senate, what exactly did the public know about the current sitting president? And if we knew nothing at all really, why was that? Who was protecting him and why?
  https://www.newsweek.com/republicans-release-biden-family-bank-records-amid-money-laundering-claims-1799502
  https://www.westernjournal.com/ashley-bidens-leaked-diary-detailing-vulgar-acts-joe-fl-woman-trouble/
- Did Twitter immediately censor the NY Post story about Hunter Biden's lap top being discovered when that story came out in October 2020 shortly before

the election? Did Twitter and the MSM refer to it as a "conspiracy theory" along with over 50 former past leaders and influencers from U.S. Intel agencies who signed a letter stating the story was "Russian Propaganda?" https://thehill.com/homenews/campaign/521823-50-former-intelligence-officials-warn-ny-post-story-sounds-like-russian/

- Did we also find out who was behind the censorship at Twitter since that time? https://www.cnn.com/2022/12/20/media/elon-musk-fbi-twitter-reliable-sources/index.html

- Did we find out who Twitter's General Counsel was when all these stories were being suppressed? Was he hired right in the middle of the 2020 campaign season leading up to the election? Why?

- Was that General Counsel also found to be deeply involved in the crimes exposed in the Durham Report? https://www.firstpost.com/explainers/who-is-jim-baker-former-top-fbi-lawyer-fired-by-elon-musk-over-twitter-files-11767941.html

- https://thefederalist.com/2019/03/08/35-key-people-involved-russia-hoax-need-investigated/

From the Federalist article above:

*Michael Sussmann is another lawyer at Perkins Coie, who received a story about a Russian bank, Alphabank, communicating with a server in Trump Tower from Fusion GPS. Sussmann went directly to the FBI with that story—to James Baker, who was general counsel of the FBI under Comey—prompting reports midway through the 2016 campaign that hinted Trump had nefarious ties with Russia.*

So many more questions… so little time.

As this filing of my witness list is not intended to be lengthy or to create a "circus environment" as my esteemed adversary claimed in his reply to my last filing, I will spare the court the hundreds of pages of additional examples of *J6 and Election 2020 Gaslighting* I could provide with ease. Considering this is an obvious strategy that has been undertaken by

both the Main Stream Media, in conjunction with their federal law enforcement and intelligence partners, I intend to employ the entrapment defense, which is the only true and effective defense for ALL *(legitimate)* Trump supporters who have found themselves swept up in this federal scheme.

I am personally referring to this entrapment defense I will be making as the *Triune Entrapment Defense*. It is factual, easy to remember and allows one to combat the *Gaslighting* every time the government deploys the technique. The three fundamental pillars to the *Triune Entrapment Defense* are as follows:

1) President Trump won the 2020 election in one of the biggest landslide victories in U.S. history. Our constitutional republic was overthrown. An imposter president was installed. This was an actual act of treason rather than a false flag fedsurrection, as was J6. (FACT)
2) It is absurd to believe *(legitimate)* supporters of President Trump would have gone to Washington D.C. on J6 to disrupt the one event that gave them hope the election results might be investigated further and possibly overturned. (FACT)
3) When examining the security plan for J6, particularly the absence of fencing around the Capitol building that day, there is no *(legitimate)* explanation other than federal law enforcement and intelligence agencies staged this obvious false flag event for nefarious purposes.

    https://rumble.com/vgifu1-episode-2b-phoenix-rising-podcast-the-root-cause-of-the-capitol-riot.html

    - Part of the staging of this event included the deployment of federal agents, informants and crisis actors playing the roles of both Trump supporters and law enforcement officers. Several of these high-profile informants and actors have been very publicly indicted to maintain their cover.

In order to combat this *Gaslighting* and this corrupt indictment, I intend to call the following 29 witnesses in my case in chief:

1. Former Speaker of the House Nancy Pelosi

    https://www.youtube.com/watch?v=B0Phr6rsRh0&ab_channel=TheTelegraph

2. California Governor Gavin Newsom

    https://www.bitchute.com/video/GYMuXEeuytwt/

    https://www.edhat.com/news/governor-newsom-only-closes-orange-county-beaches (<<< the connection to this case will be made)

3. Alexandra Pelosi, Daughter of Nancy Pelosi

    https://factcheck.afp.com/doc.afp.com.32LN3YT   (<<<when the "fact checkers" get involved, you know you're on to something)

4. Michiel Vos, Husband of Alexandra Pelosi, Son-in-law of Nancy Pelosi

    https://headlineusa.com/fake-news-pelosi-qanon-shaman/

5. Christine Pelosi, Daughter of Nancy Pelosi

    https://rumble.com/vjz5nd-the-only-way-forward-is-through-the-media-and-deep-state-lies-part-2-exposu.html

6. Senator Lindsay Graham, South Carolina

    https://www.youtube.com/watch?v=EqRidGZRXII&ab_channel=FoxNews

7. Former Senator Kelly Loeffler, Georgia

    https://www.youtube.com/watch?v=F9LbU2x1EPA&ab_channel=USATODAY

8. Debbie Wasserman-Schultz, Florida Congresswoman (see Rumble "the only way forward" part 2 video above)

9. Ted Deutch, Florida Congressman (See Rumble "the only way forward" part 2 video above)

10. Jacob Chansley aka Jake Angeli aka "Q Shaman"

    https://www.imdb.com/name/nm12250280/

- https://en.wikipedia.org/wiki/Jacob_Chansley

11. Richard "Bigo" Barnett (See Rumble "the only way forward" part 2 video above)
12. John Sullivan/Jayden X, BLM/Antifa member video-recording Babbitt shooting
    https://www.sltrib.com/news/politics/2021/01/16/robert-gehrke-what-we/
13. Tayler Hansen, Near/with John Sullivan and also video-recording Babbitt shooting
    https://www.christianpost.com/news/baby-lives-matter-activist-beaten-bloodied-by-antifa-rioters-in-portland.html
14. Stewart Rhodes, Oathkeepers
    https://www.revolver.news/2021/06/stewart-rhodes-oath-keepers-missing-link-fbi-unindicted-co-conspirator/
15. Enrique Tarrio, Proud Boys
    https://www.theguardian.com/us-news/2021/jan/27/proud-boys-leader-enrique-tarrio-fbi-informant
16. Former Capitol Police Chief Stephen Sund
17. Former Deputy Police Chief Yogananda Pittman
    https://twitter.com/realtoriabrooke/status/1662527430584664069
18. Ray Epps
    https://www.revolver.news/2021/10/meet-ray-epps-the-fed-protected-provocateur-who-appears-to-have-led-the-very-first-1-6-attack-on-the-u-s-capitol/
    https://www.revolver.news/2021/12/damning-new-details-massive-web-unindicted-operators-january-6/
    https://www.youtube.com/watch?v=ylYF6-sZkgM&ab_channel=FoxNews
19. Former House Sergeant at Arms Paul Irving
20. Matthew Rosenberg, New York Times "National Security Correspondent" (see Rumble "the only way forward" Part 2 video above and link below):
    https://www.youtube.com/watch?v=p0WYUbl6zn8&ab_channel=ProjectVeritas

21. Donie O'Sullivan, CNN Reporter. Below is Part 1 of "the only way forward" video:

https://rumble.com/vjz3pn-the-only-way-forward-is-through-the-media-and-deep-state-lies-part-1-exposu.html

22. General Manager Leo Cappelli – The Kimpton George Hotel, Washington D.C. (Likely that Feds use this hotel to place targets of surveillance)

23. Sergeant Paul Ketchum, Orange County (CA) Sheriff's Department

24. Morton Irvine-Smith

25. Marianne Campbell Smith

26. Russell Taylor (co-defendant)

27. Leigh Dundas (Human Rights Attorney)

28. Stephanie Fetzer (Freedom Angels)

29. Denise Aguilar (Freedom Angels)

Respectfully Submitted,

DATED: May 29, 2023              /s/    *Alan S. Hostetter*

Alan S. Hostetter (Pro Se Defendant)