ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR00392-RCL |
| Plaintiff, | |
| vs. | |
| ALAN HOSTETTER, | |
| Defendant. | |

**REQUEST OR JUDICIAL NOTICE OF TRIAL EVIDENCE**

The Court may take judicial notice of the existence of news articles. See *Washington Post v. Robinson*, 935 F.2d 282, 291 (D.C. Cir. 1991) ("[A] court may take judicial notice of the existence of newspaper articles in the Washington, D.C., area that publicized [certain facts]."); *Agee v. Muskie*, 629 F.2d 80, 81 n.1, 90 (D.C. Cir. 1980) (taking judicial notice of facts generally known as a result of newspaper articles). Given the court's authority to take judicial notice of newspaper articles, Defendant Hostetter requests the Court to take judicial notice of the following:

1. https://www.washingtonpost.com/local/dc-braces-for-third-day-of-protests-and-clashes-over-death-of-george-floyd/2020/05/31/589471a4-a33b-11ea-b473-04905b1af82b_story.html
2. https://www.theguardian.com/us-news/2020/may/31/fires-light-up-washington-dc-on-third-night-of-george-floyd-protests
3. https://www.politico.com/news/2020/06/06/george-floyd-blm-protest-washington-304635
4. https://www.nytimes.com/2020/05/31/us/politics/washington-dc-george-floyd-protests.html
5. https://www.nbcwashington.com/news/local/protesters-gather-in-dc-for-2nd-day-in-response-to-george-floyds-death/2317512/
6. https://www.foxnews.com/politics/protesters-aim-to-bring-one-million-to-march-on-washington-in-largest-blm-demonstration-yet
7. https://www.washingtonexaminer.com/news/videos-capture-blm-and-antifa-supporters-assaulting-and-robbing-trump-supporters-after-million-maga-march

DATED: June 14, 2023

Respectfully Submitted,

/s/ *Alan Hostetter*

Alan S. Hostetter (Pro Se Defendant)