ALAN HOSTETTER
P.O. BOX 1477
SAN CLEMENTE, CA 92674

Pro Se Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 21CR00392-RCL |
| Plaintiff, ) | |
| vs. ) | |
| ALAN HOSTETTER, ) | |
| Defendant. ) | |

**REQUEST TO HAVE MOTION TO DISMISS FILED ON DECEMBER 6, 2021 TO APPLY TO SECOND SUPERSEDING INDICTMENT FILED MAY 10, 2023**

As it has been over eighteen months since I filed my original Motion to Dismiss (Document 99) back on December 6, 2021, which has not yet been heard, I am hereby requesting that same Motion to Dismiss apply to the Second Superseding Indictment (Document 210) the Government waited to file until May 10, 2023, with the Arraignment having occurred on June 8, 2023.

Respectfully Submitted,

DATED: June 14, 2023                   / s/   Alan S. Hostetter

Alan S. Hostetter (Pro Se Defendant)

-1-