# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is ███████████

*(name of declarant)*

    I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

    Attached hereto is **1** one page of records regarding the employment of Alan Hostetter

*(Brief description of type of document)*

. I understand how these documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

    (3) were made as part of the regularly conducted activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/7/2023__
*(date)*

███████████
*(signature of declarant)*

███████████
*(name and title of declarant)*

City of La Habra

*(name of business)*

110 N. La Habra Blvd

*(business address)*

La Habra, CA 90631

*(business address)*

Definitions of terms used above:

    As defined in Fed. R. Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, organization, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**Government Exhibit**
**U.S. v Alan Hostetter**
**21-CR-392 (RCL)**

**713**