**[EXTERNAL EMAIL] - Amazon Ref. No. CRIM1111397 2021 DS: GJ2021021571820 (External Case No. 2021R00166 / 2021R00162 / GJ2021021571820)**



@amazon.com <                @amazon.com>

Wed 2/24/2021 1:43 PM

**To:**                        @fbi.gov>

📎 1 attachments (76 KB)

CRIM1111397 2021 DS_Response_MS.xlsx;



This is an official communication from Amazon.

Certificate of Authenticity

I,              declare as follows:

1. I am an employee of Amazon, Inc. ("Amazon"). I make this declaration based on personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.
2. Amazon produced documents responsive to the above-referenced law enforcement request.
3. All documents produced by Amazon are authentic, are what they purport to be, and accurately describe the transactions, communications, and events set forth therein.
4. All documents produced by Amazon are business records in that they are (i) records kept in the ordinary course of business; (ii) created at or near the time of the transactions or events reflected therein, or based on information from a person with knowledge of the transaction or events; and (iii) kept as a part of a regular business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2/24/2021, at Seattle, Washington.

Law Enforcement Response Specialist
Amazon.com, Inc.

NOTICE: This communication might contain privileged and/or confidential information. If you are not the intended recipient or you believe that you have received this communication in error, please delete this message and do not print, share, or otherwise use this message or its contents in any way.

Government Exhibit
U.S. v Alan Hostetter
21-CR-392 (RCL)

719

Please also indicate by reply email that you have received this communication in error and that you have deleted it.

Government Exhibit
U.S. v Alan Hostetter
21-CR-392 (RCL)

719-002