## CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE STORAGE MEDIUM OR FILE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(14)

I, ███████████, attest under penalties of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed as an Investigator by the Orange County District Attorney's Office (OCDA), working as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) in the position of Digital Forensic Examiner (DFE) at the Los Angeles Field Office, Orange County Regional Computer Forensics Laboratory (OCRCFL), in Orange, California. The TFO/DFE is responsible for imaging, extracting, and copying of contents, of electronic devices, to include electronic storage media, cellular telephones, and other electronic devices. By reason of my position and training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I extracted and obtained a full file system extraction of an Apple iPhone 11, with serial number C7CCL14PN72Q, and IMEI 352900112701284, which was identified also as Agency ECN 1B18, using Grayshift GrayKey OS version: 1.6.10, App Bundle: 2.0.2. This data can be authenticated by the following hash value, which is a process of digital identification.

| File Name | SHA256 Hash Value |
|---|---|
| 00008030-000539E92683802E_files_full-exte.zip | d42eb0df4b50eef7268d9130b6127d238176791b809f33cc3fdf50f543380f6f |

2. I generated a report for the above extraction using Cellebrite Physical Analyzer version 7.42.0.50. This Cellebrite Reader Report was made available to the FBI case team for review.

3. The GrayKey and Cellebrite Physical Analyzer were working as designed during the date(s) of extraction and report generation.

4. For purposes of Rule 902(14) of the Federal Rules of Evidence, I certify that Apple iOS Full File system_Report_iPhone_11.ufdr consists of the information I extracted/copied from the above-described electronic device and that this data can be authenticated by the following hash value, which is a process of digital identification:

| File Name | MD5 Hash Value |
|---|---|
| Apple iOS Full File system_Report_iPhone_11.ufdr | 71459352e6902bc206e932160fd2adfb |

5. I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.



6/29/2023
Date