**CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE STORAGE MEDIUM OR FILE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(14)**

I, ███████████, attest under penalties of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I was employed as an Information Technology Specialist Forensic Examiner (ITSFE), working with the Federal Bureau of Investigation (FBI) from 2005 through 2022. I was assigned to the Los Angeles Field Office, Orange County Regional Computer Forensics Laboratory (OCRCFL), in Orange, California. The ITSFE is responsible for imaging, extracting, and copying of contents, of electronic devices, to include electronic storage media, cellular telephones, and other electronic devices. By reason of my position and training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I imaged an Apple 256GB SSD, model AP0 256N serial number FV9013417QAKRGLC5 from Apple MacBook Pro model A2159 serial number FVFCGAA1L410 which was identified also as Agency ECN 1B31, using MacQuisition version 2020R1. This data can be authenticated by the following hash value, which is a process of digital identification.

| File Name | MD5 Hash Value |
|---|---|
| ORC034780_1.aff4 | D153CE5E5AE55D97C2B358939E4273CD |

2. I processed the image for review and created a portable case for review using Axiom version 5.3.0.25803. The portable case was made available to the FBI case team for review.

3. The computers and software were working as designed during the date(s) of imaging and processing.

4. The image file was verified with identical MD5 Hash Values after completion of processing and creation of the portable case.

| File Name | MD5 Hash Value |
|---|---|
| ORC034780_1.aff4 | D153CE5E5AE55D97C2B358939E4273CD |

5. I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.



6-29-2023
Date