| | | | |
|---|---|---|---|
| Government | ✓ | | |
| Plaintiff | ☐ | | |
| Defendant | ☐ | | |
| Joint | ☐ | | |
| Court | ☐ | | |

**UNITED STATES OF AMERICA**

**VS.**

**ALAN HOSTETTER**

Civil/Criminal No. 2 1 - c r - 3 9 2

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| Category: 000 | Video Montages | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage | 7.6.23 | √ | CARNESHA MENDOZA |
| 002 | Official Proceeding Montage House and Senate Floor Cameras | 7.6.23 | √ | DANIEL SCHWAGER |
| Category: 100 | United States Capitol Police Surveillance Video | | | |
| 101 | USCP Camera 0944 – West Plaza 2:25PM – 2:35PM | 7.6.23 | √ | CARNESHA MENDOZA |
| 102 | USCP Camera 0945 – West Roof 2:25PM – 2:35PM | | √ | |
| 103 | USCP Camera 0908 – West Dome 2:25PM – 2:40PM | | √ | |
| 104 | USCP Camera 0912 – Upper West Terrace Door 2:44PM – 2:47PM | | √ | |
| 105 | USCP Camera 0926 – Upper West Terrace 3:30PM – 4:30PM | | √ | |
| 106 | USCP Camera 0927 – Upper West Terrace NW 4:08PM – 4:10PM | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 107 | USCP Camera 0927 – Upper West Terrace NW 4:20PM – 4:32PM | 7·6·23 | ✓ | CARNEYSHA MENDOZA |
| 108 | USCP Camera 0928 – Upper West Terrace NW 4:25PM – 4:32PM | | ✓ | |
| 109 | USCP Camera 0929 – Upper West Terrace NE 4:30PM – 4:40PM | | ✓ | |
| 110 | USCP Camera 0944 – Time Lapse Video West Plaza 12:55PM – 2:59PM | 7·6·23 | ✓ | CARNEYSHA MENDOZA |
| 111 | USCP Camera 0462 – Vice President Evacuated from Senate Office 2:25PM – 2:26PM | | ✓ | |
| 112 | USCP Camera 9322 – East Front 1:58PM – 1:59PM | | ✓ | |
| Category: 200 | **Body Worn Camera Video from Metropolitan Police Department Officers, January 6, 2021** | | | |
| 201 | Body Worn Camera – Officer Dieng (beginning at 14:21) | 7·12·23 | | JESSICA SALO |
| 201.01 | Clip of Body Worn Camera – Officer Dieng (16:22:00 – 16:37:00) | | | |
| 202 | Body Worn Camera – Officer Gravesmill (beginning at 14:29) | | | |
| 202.01 | Clip of Body Worn Camera – Officer Gravesmill (16:29:00 – 16:36:00) | | | |
| 203 | Body Worn Camera – Officer Varone (beginning at 14:22) | | | |
| 203.01 | Clip of Body Worn Camera – Officer Varone (14:44:00 – 14:48:00) | 7·10·23 | ✓ | RUSSELL TAYLOR |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 203.02 | Clip of Body Worn Camera – Officer Varone (16:22:00 – 16:34:00) | | | |
| 204 | Body Worn Camera – Officer Niewenhous (beginning at 15:58) | 7.11.23 | √ | ROBERT NIEWENHOUS |
| 205 | Body Worn Camera – Officer Solomon (beginning at 14:30) | | | |
| 205.01 | Clip of Body Worn Camera – Officer Solomon (16:24:30 – 16:34:00) | 7.11.23 | √ | ROBERT NIEWENHOUS |
| 205.02 | Clip of Body Worn Camera – Officer Solomon (17:09:00 – 17:18:52) | | | |
| 206 | Body Worn Camera – Officer Linwood (beginning at 14:19) | | | |
| 206.01 | Clip of Body Worn Camera – Officer Linwood (16:23:00 – 16:37:00) | 7.11.23 | √ | ROBERT NIEWENHOUS |
| 207 | Body Worn Camera – Officer Arroyo (beginning at 13:56) | | | |
| 207.01 | Clip of Body Worn Camera – Officer Arroyo (14:25:00- 14:33:00) | 7.10.23 | √ | JOSEPH PITTS |
| 208 | Body Worn Camera – Sergeant Cek (beginning at 13:01) | | | |
| 208.01 | Clip of Body Worn Camera – Sergeant Cek (14:00:00 – 14:37:00) | 7.10.23 | √ | MATTHEW CEK |
| 209 | Body Worn Camera – Officer Cabellero (beginning at 14:20) | | | |
| 209.01 | Clip of Body Worn Camera – Officer Cabellero (14:45:00 – 14:51:00) | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 210 | Body Worn Camera – Officer Romero (beginning at 14:45) | | | |
| 210.01 | Clip of Body Worn Camera – Officer Romero (14:45:36 – 14:51:00) | 7·10·23 | √ | RUSSELL TAYLOR |
| 211 | Body Worn Camera – Officer Bennet (beginning at 14:21) | | | |
| 211.01 | Clip of Body Worn Camera – Officer Bennet (14:45:00 – 16:20:00) | | | |
| 212 | Body Worn Camera – Officer Harrington (beginning at 13:01) | | | |
| 212.01 | Clip of Body Worn Camera – Officer Harrington (14:14:00 – 14:50:00) | 7·10·23 | √ | MATTHEW CEK |
| Category: 300 | **Open Source Videos** | | | |
| 301 | Rudy Giuliani and John Eastman, January 6 Speeches | | | |
| 302 | Rudy Giuliani and John Eastman, January 6 Speeches Transcript | | | |
| 303 | Donald Trump, January 6 Speech | 7·7·23 | √ | Russell Taylor |
| 304 | Donald Trump, January 6 Speech Transcript | | | |
| 305 | Youtube Hostetter in Car November 2020 | 7·7·23 | √ | RUSSELL TAYLOR |
| 306 | Youtube Hostetter Speech November 22, 2020 (Yorba Linda, CA) | 7·11·23 | √ | JESSICA SALO |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 307 | Hostetter Speech December 12, 2020 | 7·7·23 | √ | RUSSELL TAYLOR |
| 308 | Alan Hostetter December 19, 2020 Speech 1 | ⊥ | √ | ⊥ |
| 309 | Alan Hostetter December 19, 2020 Speech 2 | 7·7·23 | √ | RUSSELL TAYLOR |
| 310 | Alan Hostetter and Russell Taylor Speeches January 5, 2021 | ⊥ | √ | ⊥ |
| 311 | Parler Video 1 – Video from the Ellipse | | | |
| 311.01 | Still from Parler Video 1 | 7·7·23 | √ | Russell Taylor |
| 312 | Stop The Steal DC Capitol Rally 11am to 5pm by Chris Loew | | | |
| 312.01 | Clip from 10:56 to 17:40 | 7·7·23 | √ | Russell Taylor |
| 313 | Tyler Baggins Video | 7·10·23 | | RUSSELL TAYLOR |
| 313.01 | Clip from 16:30 to 21:28 | 7·10·23 | √ | JOSEPH PITTS |
| 314 | Will Allen-DuPraw Video | 7·10·23 | √ | JOSEPH PITTS |
| 315 | Twitter | tylerethridge15 | Tyler Ethridge - @Cernovich(3).mp4 | | | |
| 316 | Capitol Protest in Washington- D.C. on January 6-2021.mp4 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 316.01 | Clip from 16:04 to 16:32 | 7.7.23 | ✓ | Russell Taylor |
| 317 | YouTube | Duvalin Papi (UCqGbaamLC2d3BoAHPZKFAHQ) | January 6th 2021 US Capitol Building Washington DC_1080p.mp4 | | | |
| 318 | Alan Hostetter and Russell Taylor on Upper West Terrace Bleachers | 7.7.23 | ✓ | Russell Taylor |
| 319 | Joey Camp 2020 – U.S. Capitol 01/06/2021 by Joseph A. Camp | 7.10.23 | ✓ | RUSSELL TAYLOR |
| 320 | Emily Molli | 2021-01-06 | EMOLLI_MVI_2400 | | | |
| 321 | Facebook | dante.hahn.3 | 10000000_853442725378297_8874452822929150079_n.mp4 | | | |
| 322 | Trump Wild Rally Washington D.C. - Outside The Capitol Building | 7.12.23 | | JESSICA SALO |
| 322.01 | Clip from 0:00 to 2:30 | | | |
| 323 | Unrest Inside and Outside of US Capitol in Washington, DC | | | |
| 323.01 | Clip from 8:05 to 8:11 | | | |
| 324 | Russell Taylor on Upper West Terrace | | | |
| 325 | Reuters | Leah Millis | Behind_the_Lens_January_61751(493562_R21MP41500).mp4 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 325.01 | Clip from 7:44 to 8:06 | 7·10·23 | √ | RUSSELL TAYLOR |
| 326 | YouTube \| TweetTV JP \| お祭り騒ぎのトランプ応援集会が「議会は民衆のモ.mp4 | | | |
| 326.01 | Clip from 1:37:30 to 1:53:00 | 7·11·23 | √ | ROBERT NIEWENHOUS |
| 327 | DLive \| Zykotik \| DC Rally! [$1 tts] · DLive - nXPI0TaMR.mp4 | | | |
| 327.01 | Clip from 16:00 to 36:00. | | | |
| 328 | Parler Video 2 – Upper West Terrace | | | |
| 329 | Jan 6 2021 Capitol Riot Coverage Part 7 (720p) | | | |
| 330 | Hostetter and Taylor Exiting Scaffolding | 7.7.23 | √ | Russell Taylor |
| 331 | Hostetter and Taylor on Upper West Terrace Bleachers | | | |
| 331.01 | Clip from 1:45 to 4:25. | | | |
| 332 | Video of American Phoenix Project Twitter Page | 7·11·23 | √ | JESSICA SALO |
| 333 | Alan Hostetter Speech at Q Conference October 2020 | 7·11·23 | √ | JESSICA SALO |
| 334 | Video of Alan Hostetter on Morning of January 6 | 7.7.23 | √ | Russell Taylor |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| Category: 400 | Videos Recovered from Individuals | | | |
| 401 | Video of Upper West Terrace Recovered from David Lesperance | | | |
| 402 | Video of Lower West Terrace Recovered from Morton Irvine Smith | 7.7.23 | ✓ | Russell Taylor |
| 403 | Video of Lower West Terrace Recovered from Russell Taylor 1 | 7.7.23 | ✓ | Russell Taylor |
| 404 | Video of Lower West Terrace Recovered from Russell Taylor 2 | ⊥ | ✓ | ⊥ |
| 405 | Russell Taylor COVID Video | | | |
| 406 | Russell Taylor Weapons Video | 7.7.23 | ✓ | Russell Taylor |
| 407 | Video of Russell Taylor on Morning of January 6 | 7.7.23 | ✓ | Russell Taylor |
| 408 | Video of Russell Taylor Walking to the U.S. Capitol Building | ⊥ | ✓ | ⊥ |
| 409 | Video of Russell Taylor Walking to U.S. Capitol Building | ⊥ | ✓ | ⊥ |
| 410 | Video of Russell Taylor at the Ellipse | 7.7.23 | ✓ | Russell Taylor |
| 411 | Video of the Upper West Terrace | | | |
| 412 | Video of Russell Taylor On East Plaza | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| Category: 500 | Photographs | | | |
| 501 | Aerial View of U.S. Capitol Building and Grounds | 7·6·23 | ✓ | CARNASHA MENDOZA |
| 502 | Capitol Grounds with Perimeter | | ✓ | |
| 503 | "Area Closed" Capitol Police Sign | | ✓ | |
| 504 | Capitol Grounds with "Area Closed" Capitol Police Signs on Fencing | | ✓ | |
| 505 | "Area Closed" Sign on Fencing at Peace Circle | | ✓ | |
| 506 | 3D Model of Capitol | | ✓ | |
| 507 | Donald Trump Tweet December 19 | 7.11.23 | ✓ | JESSICA SALO |
| 508 | Photograph of the West Plaza from the Inaugural Stage | 7.10.23 | ✓ | JOSEPH PITTS |
| 509 | Photograph from Getty Images 1 | | ✓ | |
| 510 | Photograph from Pacific Press | | | |
| 511 | Photograph from Facebook of Carlos Von Der Heyde | | | |
| 512 | Photograph from Getty Images 2 | 7.10.23 | ✓ | RUSSELL TAYLOR |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 513 | Photograph from Getty Images 3 | 7·10·23 | | RUSSELL TAYLOR |
| 514 | Photograph from Getty Images 4 | 7·10·23 | √ | RUSSELL TAYLOR |
| 515 | Photograph from Instagram of Russell Taylor, Morton Irvine Smith, and Alan Hostetter | 7·7·23 | √ | RUSSELL TAYLOR |
| 516 | Photograph of Weapons Recovered from Russell Taylor | ⊥ | √ | ⊥ |
| 517 | Photograph of West Plaza Recovered from Russell Taylor | | | |
| 518 | Photograph of West Plaza Recovered from Russell Taylor | | | |
| 519 | Photograph of Russell Taylor and Others on the Upper West Terrace Recovered from Russell Taylor | 7·10·23 | √ | RUSSELL TAYLOR |
| 520 | Instagram Post from American Phoenix Project Dated December 19, 2020 | 7·7·23 | √ | RUSSELL TAYLOR |
| 521 | Instagram Post from American Phoenix Project Dated December 20, 2020 | ⊥ | √ | ⊥ |
| 522 | Instagram Post from American Phoenix Project Dated December 30, 2020 | 7·7·23 | √ | RUSSELL TAYLOR |
| 523 | Email from Alan Hostetter Dated December 11, 2020 1 | | | |
| 524 | Email from Alan Hostetter Dated December 11, 2020 2 | | | |
| 525 | Email from Alan Hostetter Dated December 11, 2020 3 | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 526 | Instagram Post from American Phoenix Project of Alan Hostetter | 7.11.23 | √ | JESSICA SALO |
| 527 | Photograph of Russell Taylor, Morton Irvine Smith, and Alan Hostetter at the Ellipse Recovered from Russell Taylor | | | |
| 528 | Photograph of Alan Hostetter Car 1 | 7.6.23 | √ | MICHAEL KENNEDY |
| 529 | Photograph of Alan Hostetter Car 2 | | √ | |
| 530 | Photograph of Alan Hostetter Car 3 | | √ | |
| 531 | Photograph of Alan Hostetter Car 4 | | √ | |
| 532 | Photograph of Alan Hostetter Car Front Seat | | | |
| 533 | Photograph of Alan Hostetter Car Center Console | | | |
| 534 | Photograph of Grey Backpack in Car | | | |
| 535 | Photograph of Hatchet in Car | 7.6.23 | √ | MICHAEL KENNEDY |
| 536 | Photograph of Alan Hostetter Car Back Seat | | | |
| 537 | Photograph of Alan Hostetter Phone | 7.6.23 | √ | MICHAEL KENNEDY |
| 538 | Photograph of Jacket | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 539 | Photograph of Electroshock Weapon in Car | | | |
| 540 | Photograph of Boot in Car | | | |
| 541 | Photograph of Firearm in Clothing | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 542 | Photograph of Beretta Pistol | ⊥ | ✓ | ⊥ |
| 543 | Photograph of Grey Backpack and Contents | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 544 | Photograph of Maroon Knit Hat | | | |
| 545 | Photograph of Bear Spray | | | |
| 546 | Photograph of Hatchet | | | |
| 547 | Photograph of Electroshock Weapon | | | |
| 548 | Photograph of Grey Backpack | | | |
| 549 | Photograph of Bear Spray, Electroshock Weapon, and Firearm | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 550 | Photograph of Electroshock Weapon | | | |
| 551 | Photograph of Sig Sauer 1229 Pistol | 7.6.23 | ✓ | MICHAEL KENNEDY |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 552 | Photograph of Bear Spray | | | |
| 553 | Photograph of MacBook Pro and Other Digital Devices | | | |
| 554 | Photograph of MacBook Pro | | | |
| 555 | Photograph of Receipt of Property Seized | | | |
| Category: 600 | **Electronic Devices & Contents** | | | |
| 601 | Alan Hostetter's iPhone | 7·6·23 | ✓ | MICHAEL KENNEDY |
| 602 | Extracted Contents of Alan Hostetter's Phone | | | |
| 602.01 | Calendar Report | 7·11·23 | ✓ | JESSICA SALO |
| 602.02 | Emails Report | | ✓ | |
| 602.03 | Search Report | | ✓ | |
| 602.04 | Notes Report | | ✓ | |
| 602.05 | Web History Report | | ✓ | |
| 602.06 | Documents Report | | ✓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 602.07 | Documents – Wild Protest Comments | 7·11·23 | √ | JESSICA SALO |
| 602.08 | Documents – MAGA Rally Map Guide | | | |
| 602.09 | Photos Report | 7.11.23 | √ | JESSICA SALO |
| 602.10 | Photograph of "Jan. 6, 2021 Wild Protest" Flyer | ⊥ | √ | ⊥ |
| 602.11 | Photograph of Revolutionary Soldier Outside of U.S. Capitol Building | 7·7·23 | √ | RUSSELL TAYLOR |
| 602.12 | Photograph of Russell Taylor Outside U.S. Supreme Court | | | |
| 602.13 | Photograph of Alan Hostetter, Russell Taylor, and Morton Irvine Smith Outside the U.S. Supreme Court | 7·7·23 | √ | RUSSELL TAYLOR |
| 602.14 | Photograph of Alan Hostetter Outside the U.S. Supreme Court | | | |
| 602.15 | Photograph of Alan Hostetter, Russell Taylor, and Morton Irvine Smith Outside the U.S. Supreme Court | | | |
| 602.16 | Photograph of Alan Hostetter, Russell Taylor, and Others at the Kimpton George Hotel | 7.7.23 | √ | Russell Taylor |
| 602.17 | Photograph of Alan Hostetter by the Washington Monument | 7·11·23 | √ | JESSICA SALO |
| 602.18 | Photograph of Alan Hostetter, Russell Taylor, and Morton Irvine Smith by the Washington Monument | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 602.19 | Photograph of the Stage at the Ellipse | | | |
| 602.20 | Photograph of the Stage at the Ellipse | | | |
| 602.21 | Photograph of Morton Irvine Smith at the Ellipse | | | |
| 602.22 | Photograph of the Crowd at the Ellipse | | | |
| 602.23 | Photograph of the Washington Monument | | | |
| 602.24 | Photograph of the Crowd at the Washington Monument | | | |
| 602.25 | Photograph of the Stage at the Ellipse | | | |
| 602.26 | Photograph of Russell Taylor at the Ellipse | | | |
| 602.27 | Photograph of Russell Taylor Walking to U.S. Capitol Building | | | |
| 602.28 | Photograph of the Crowd Leaving the Ellipse | | | |
| 602.29 | Photograph of the Crowd Leaving the Ellipse | | | |
| 602.30 | Photograph of Alan Hostetter, Russell Taylor, and Morton Irvine Smith Walking to the U.S. Capitol Building | 7.11.23 | ✓ | JESSICA SALO |
| 602.31 | Photograph of Alan Hostetter Walking to the U.S. Capitol Building | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 602.32 | Photograph of Alan Hostetter, Russell Taylor, and Morton Irvine Smith Walking to the U.S. Capitol Building | | | |
| 602.33 | Photograph of Alan Hostetter and Russell Taylor Walking to the U.S. Capitol Building | 7·11·23 | ✓ | JESSICA SALO |
| 602.34 | Photograph of the Peace Monument | ⊥ | ✓ | ⊥ |
| 602.35 | Photograph of Alan Hostetter, Russell Taylor, and Morton Irvine Smith on the West Plaza | 7·7·23 | ✓ | Russell Taylor |
| 602.36 | Photograph of Russell Taylor and Morton Irvine Smith on the West Plaza | | | |
| 602.37 | Photograph of the West Plaza from Inside Scaffolding | 7·11·23 | ✓ | JESSICA SALO |
| 602.38 | Photograph of the West Plaza from Northwest Stairs | ⊥ | ✓ | ⊥ |
| 602.39 | Photograph of Russell Taylor on the Upper West Terrace | | | |
| 602.40 | Photograph of Alan Hostetter and Russell Taylor on the Upper West Terrace | 7·10·23 | ✓ | RUSSELL TAYLOR |
| 602.41 | Photograph of Alan Hostetter on the Upper West Terrace | 7·10·23 | ✓ | ⊥ |
| 602.42 | Photograph of Vice President Pence Statement on Electoral Count | 7·11·23 | ✓ | JESSICA SALO |
| 602.43 | Photograph of Alan Hostetter and Russell Taylor on the Upper West Terrace | ⊥ | ✓ | ⊥ |
| 602.44 | Photograph of Alan Hostetter and Russell Taylor on the Upper West Terrace | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 602.45 | Photograph of Alan Hostetter and Russell Taylor on Upper West Terrace | | | |
| 602.46 | Photograph of Alan Hostetter and Russell Taylor on the East Front Plaza | 7·11·23 | ✓ | JESSICA SALO |
| 602.47 | Videos Report | ⊥ | ✓ | ⊥ |
| 602.48 | Video of Alan Hostetter Speech | 7·7·23 | ✓ | RUSSELL TAYLOR |
| 602.49 | Video of Crowd Walking Toward U.S. Supreme Court | ⊥ | ✓ | ⊥ |
| 602.50 | Video of Speech Outside U.S. Supreme Court | | | |
| 602.51 | Video of Alan Hostetter Speech from November 28, 2020 | 7·7·23 | ✓ | RUSSELL TAYLOR |
| 602.52 | Video of Alan Hostetter Driving to Washington, D.C. | | | |
| 602.53 | Video of Alan Hostetter Driving to Washington, D.C. | | | |
| 602.54 | Video of Alan Hostetter Driving to Washington, D.C. | | | |
| 602.55 | Video of Alan Hostetter Speech | | | |
| 602.56 | Video of the Ellipse | | | |
| 602.57 | Video of the Ellipse | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 602.58 | Video of the Ellipse | | | |
| 602.59 | Video of the Stage at the Ellipse | | | |
| 602.60 | Video of the Ellipse | | | |
| 602.61 | Video of the Ellipse | | | |
| 602.62 | Video of Eric Trump and Lara Trump Speeches at the Ellipse | | | |
| 602.63 | Video of Kimberly Guilfoyle Speech at the Ellipse | | | |
| 602.64 | Video of Donald Trump Jr. Speech at the Ellipse | | | |
| 602.65 | Video of Rudy Giuliani and John Eastman Speeches at the Ellipse | | | |
| 602.66 | Video of the Ellipse | | | |
| 602.67 | Video of the Ellipse | | | |
| 602.68 | Video of Flag at the Ellipse | | | |
| 602.69 | Video of President Donald Trump Speech at the Ellipse | | | |
| 602.70 | Video of President Donald Trump Speech at the Ellipse | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 602.71 | Video of Alan Hostetter and Others Walking to the U.S. Capitol Building | 7.11.23 | ✓ | JESSICA SALO |
| 602.72 | Video of Alan Hostetter and Others Walking to the U.S. Capitol Building | | ✓ | |
| 602.73 | Video of Alan Hostetter and Others Walking to the U.S. Capitol Building | | ✓ | |
| 602.74 | Video of Alan Hostetter and Others Walking to the U.S. Capitol Building | | ✓ | |
| 602.75 | Video of Alan Hostetter and Russell Taylor on the Upper West Terrace | | ✓ | |
| 602.76 | Video of May 2020 Arrest Event | 7.12.23 | ✓ | ALAN HOSTETTER |
| 602.77 | Video of May 2020 Arrest Event | | | |
| 602.78 | Video of May 2020 Arrest Event | | | |
| 603 | Alan Hostetter's Macbook | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 604.01 | Calendar Report | | | |
| 604.02 | Emails Attachments Report | | | |
| 604.03 | Google Searches Report | | | |
| 604.04 | Chrome Keyword Search Terms Report | 7.11.23 | ✓ | JESSICA SALO |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 604.05 | Chrome Web History Report | | | |
| 604.06 | Classified URLs Report | | | |
| 604.07 | EML(X) Files Report | | | |
| 604.08 | Picture Report | | | |
| 604.09 | Word Documents Report | 7·11·23 | √ | JESSICA SALO |
| 604.10 | Document Entitled "2020 Newsletter.docx." | | √ | |
| 604.11 | Document Entitled "2021.docx." | | √ | |
| 604.12 | Document Entitled "Capitol Truth Video.docx." | | √ | |
| 604.13 | Document Entitled "Facebook Protest Comments.docx." | | √ | |
| 604.14 | Document Entitled "SPEAKER INTROS-STS (1).docx." | | √ | |
| 604.15 | Document Entitled "StopTheSteal Press Release (1).docx." | | | |
| 604.16 | Document Entitled "Wild Protest Comments (2).docx." | | | |
| Category: 700 | Documents | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 701 | Congressional Record Senate | 7·6·23 | √ | DANIEL SCHWAGER |
| 702 | Congressional Record House | | √ | |
| 703 | Senate Concurrent Resolution 1 | | √ | |
| 704 | U.S. Constitution, Amendment XII | 7·6·23 | √ | DANIEL SCHWAGER |
| 705 | Title 15, United States Code, Section 15 | | √ | |
| 706 | Title 15, United States Code, Section 16 | | √ | |
| 707 | Title 15, United States Code, Section 17 | | √ | |
| 708 | Title 15, United States Code, Section 18 | | √ | |
| 709 | House Video Certificate of Authenticity | | | |
| 710 | Senate Video Certificate of Authenticity | | | |
| 711 | Mayor's Order 2021-002 | | | |
| 712 | Personnel Action Form, City of La Habra | 7·11·23 | √ | JESSICA SALO |
| 713 | Certificate of Authenticity, City of La Habra | | √ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 714 | Instagram Records | 7.11.23 | ✓ | JESSICA SALO |
| 715 | Certificate of Authenticity, Facebook | | ✓ | |
| 716 | Kimpton George Records | 7.11.23 | ✓ | JESSICA SALO |
| 717 | Certificate of Authenticity, Kimpton George | | ✓ | |
| 718 | Amazon Records | | ✓ | |
| 719 | Certificate of Authenticity, Amazon | | ✓ | |
| 720 | January 5, 2021 Email from Hawa re Head of State Notification | 7.10.23 | ✓ | LANELLE HAWA |
| 721 | Secret Service Head of State Notification Worksheet | | ✓ | |
| 722 | FRE 902(14) Certification for Apple iPhone | 7.6.23 | ✓ | |
| 723 | Curriculum Vitae of John Thomas Fullerton | 7.6.23 | | |
| 724 | Report of Examination for Apple iPhone | | | |
| 725 | Examination Notes-Combo Worksheet for Apple iPhone | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 726 | FRE 902(14) Certification for Apple MacBook | 7.6.23 | ✓ | |
| 727 | Curriculum Vitae of Terry Hom | 7.6.23 | | |
| 728 | Report of Examination for Apple MacBook | | | |
| 729 | Examination Notes-Combo Worksheet for Apple MacBook (February 2021) | | | |
| 730 | Examination Notes-Combo Worksheet for Apple MacBook (June 2021) | | | |
| 731 | Sketch of Hostetter Vehicle Search | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 732 | Receipt of Property Seized from Hostetter Vehicle Search | | ✓ | |
| 733 | Evidence Collected Item Log from Hostetter Vehicle Search | | ✓ | |
| Category: 800 | Physical Evidence | | | |
| 801 | Guard Alaska Bear Repellent (Seized from Alan Hostetter) | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 802 | Sig Sauer 1229 Pistol (Seized from Alan Hostetter) | | | |
| 803 | Black Stun Batton (Seized from Alan Hostetter) | 7.6.23 | ✓ | MICHAEL KENNEDY |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 804 | Large Gray Tactical Backpack (Seized from Alan Hostetter) | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 805 | Guard Alaska Bear Repellent (Seized from Alan Hostetter) | | ✓ | |
| 806 | Maroon Knit Hat (Seized from Alan Hostetter) | | ✓ | |
| 807 | Hardcore Hammers Mini Axe (Seized from Alan Hostetter) | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 808 | Beretta Pistol (Seized from Alan Hostetter) | | | |
| 809 | Airwair Size 9 Men's Shoes (Seized from Alan Hostetter) | 7.6.23 | ✓ | MICHAEL KENNEDY |
| 810 | Street Wise Stun Gun (Seized from Alan Hostetter) | | ✓ | |
| 811 | Wildfire Pepper Spray (Seized from Alan Hostetter) | | ✓ | |
| 812 | Black Jacket (Seized from Alan Hostetter) | | ✓ | |
| 813 | One pepper-spray gel canister and one pepper-spray canister (Seized from Alan Hostetter) | | | |
| 814 | Combination baton/flashlight (Seized from Alan Hostetter) | | | |
| 815 | Two ear-pieces with iPhone adapters (Seized from Alan Hostetter) | | | |
| 816 | Tactical Medical Bag (Seized from Russell Taylor) | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 817 | Riot Mask (Seized from Russell Taylor) | | | |
| 818 | Tactical Shovel (Seized from Russell Taylor) | | | |
| 819 | Red Baseball Hat with OCSD Pin (Seized from Russell Taylor) | | | |
| 820 | Two Camouflage Tactical Vests (Seized from Russell Taylor) | | | |
| 821 | Three Baofeng Radios with Chargers (Seized from Russell Taylor) | | | |
| 822 | Hardcore Hammers Axe with Red Handle (Seized from Russell Taylor) | 07.07.23 | ✓ | Russell Taylor |
| 823 | Black Bullet Proof vest with Knife (Seized from Russell Taylor) | 07.07.23 | ✓ | Russell Taylor |
| 824 | Black Smokey the Bear Shirt (Seized from Russell Taylor) | | | |
| 825 | Red Baseball Hat with American Flag and "Q" Pin (Seized from Russell Taylor) | | | |
| 826 | Baofeng Handheld Radio (Seized from Russell Taylor) | | | |
| 827 | Tactical Backpack with Contents (Seized from Russell Taylor) | 07.07.23 | ✓ | Russell Taylor |
| 828 | Tactical Medical Bag (Seized from Russell Taylor) | | | |
| 829 | Black Benchmade Knife in Sheath (Seized from Russell Taylor) | 07.07.23 | ✓ | Russell Taylor |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| Category: 900 | Telegram and Text Message Exhibits | | | |
| 901 | Telegram Group, "So Cal Patriots" | | | |
| 901.01 | Telegram Group, "So Cal Patriots" Membership | | | |
| 901.02 | Messages Beginning November 15, 2020, 6:25PM | | | |
| 901.03 | Messages Beginning November 16, 2020, 2:32PM | 7·7·23 | √ | RUSSELL TAYLOR |
| 901.04 | Messages Beginning January 6, 2021, 3:18PM | 7·10·23 | √ | RUSSELL TAYLOR |
| 902 | Unnamed Telegram Group | | | |
| 902.01 | Unnamed Telegram Group, Membership | 7·7·23 | √ | RUSSELL TAYLOR |
| 902.02 | Messages Beginning December 19, 2020, 9:57AM | 7·7·23 | √ | RUSSELL TAYLOR |
| 902.03 | Messages Beginning December 20, 2020, 4:20PM | | √ | |
| 902.04 | Messages Beginning December 21, 2020, 3:35PM | | √ | |
| 902.05 | Messages Beginning December 28, 2020, 5:10PM | | | |
| 902.06 | Messages Beginning December 29, 2020, 3:56PM | 7·7·23 | √ | RUSSELL TAYLOR |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 902.07 | Messages Beginning December 30, 2020, 2:53PM | | | |
| 903 | Telegram Group, "The California Patriots- Answer the Call" | | | |
| 903.01 | Telegram Group, "The California Patriots- Answer the Call" Membership | 7.7.23 | √ | RUSSELL TAYLOR |
| 903.02 | Messages Beginning December 30, 2020, 4:53PM | | √ | |
| 903.03 | Messages Beginning January 1, 2021, 8:32AM | | √ | |
| 904 | Telegram Group, "The California Patriots- DC Brigade" | | | |
| 904.01 | Telegram Group, "The California Patriots- DC Brigade" from Alan Hostetter iPhone | 7.11.23 | √ | JESSICA SALO |
| 904.02 | Telegram Group, "The California Patriots- DC Brigade" Membership | | | |
| 904.03 | Messages Beginning January 1, 2021, 9:08AM | 7.7.23 | √ | RUSSELL TAYLOR |
| 904.04 | Messages Beginning January 1, 2021, 6:51PM | | √ | |
| 904.05 | Messages Beginning January 2, 2021, 3:14PM | | √ | |
| 904.06 | Messages Beginning January 4, 2021, 2:53PM | | √ | |
| 904.07 | Messages Beginning January 5, 2021, 8:15PM | | √ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 905 | Telegram Group, "California Patriots- Spec Ops" | 7.7.23 | √ | RUSSELL TAYLOR |
| 905.01 | Photograph of Members of Telegram Group, "California Patriots- Spec Ops" | 7.11.23 | √ | JESSICA GALO |
| 905.02 | Telegram Group, "California Patriots- Spec Ops" Membership | | | |
| 906 | Telegram Conversation Between Alan Hostetter and Russell Taylor | 7.7.23 | √ | RUSSELL TAYLOR |
| 906.01 | Messages Beginning November 11, 2020, 2:31PM | | | |
| 907 | Text Message Conversation Between Alan Hostetter and Russell Taylor | | | |
| 907.01 | Messages Beginning November 2, 2020, 5:05AM | 7.7.23 | √ | RUSSELL TAYLOR |
| 907.06 | Messages Beginning November 2, 2020, 9:21PM | | | |
| 907.07 | Messages Beginning November 3, 2020, 8:07PM | 7.7.23 | √ | RUSSELL TAYLOR |
| 907.08 | Messages Beginning November 8, 2020, 4:33AM | ˮ | √ | ˮ |
| 907.09 | Messages Beginning November 9, 2020, 6:46AM | 7.7.23 | | RUSSELL TAYLOR |
| 907.10 | Messages Beginning November 10, 2020, 2:47AM | 7.7.23 | √ | RUSSELL TAYLOR |
| 907.11 | Messages Beginning November 11, 2020, 8:00AM | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 907.12 | Messages Beginning November 14, 2020, 12:31PM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 907.13 | Messages Beginning November 16, 2020, 11:00PM | | | |
| 907.14 | Messages Beginning November 28, 2020, 5:38PM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 907.15 | Messages Beginning November 28, 2020, 5:48PM | | ✓ | |
| 907.16 | Messages Beginning November 29, 2020, 5:03PM | | | |
| 907.17 | Messages Beginning December 7, 2020, 10:47PM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 907.18 | Messages Beginning December 13, 2020, 4:09PM | | ✓ | |
| 907.19 | Messages Beginning December 17, 2020, 12:55AM | | ✓ | |
| 907.20 | Messages Beginning December 17, 2020, 1:10AM | | ✓ | |
| 907.20a | Article, "DNI John Ratcliffe Tells CBS News: 'There Was Election Interference', Election Report Now Delayed" | | | |
| 907.21 | Messages Beginning December 19, 2020, 8:19AM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 907.21a | Article, "President Donald Trump Calls For Protest in DC on Jan 6., Says 'Be There, Will Be Wild'" | 7.11.23 | ✓ | JESSICA SALO |
| 907.22 | Messages Beginning December 19, 2020, 5:45PM | 7.7.23 | ✓ | RUSSELL TAYLOR |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 907.23 | Messages Beginning December 25, 2020, 1:55AM | | | |
| 907.24 | Messages Beginning December 25, 2020, 11:51PM | 7·7·23 | ✓ | RUSSELL TAYLOR |
| 907.25 | Messages Beginning January 4, 2021, 10:32PM | | ✓ | |
| 907.26 | Messages Beginning January 7, 2021, 11:42AM | | ✓ | |
| 907.27 | Messages Beginning January 13, 2021, 2:03PM | | ✓ | |
| 908 | Text Message Conversation Between Alan Hostetter, Russell Taylor, and Morton Irvine Smith | | | |
| 908.01 | Messages Beginning September 28, 2020, 6:05PM | 7·7·23 | ✓ | RUSSELL TAYLOR |
| 908.02 | Messages Beginning September 30, 2020, 5:08AM | | | |
| 908.03 | Messages Beginning October 24, 2020, 3:11AM | 7·7·23 | ✓ | RUSSELL TAYLOR |
| 908.04 | Messages Beginning November 4, 2020, 7:39PM | | ✓ | |
| 908.05 | Messages Beginning November 13, 2020, 4:04PM | | ✓ | |
| 908.06 | Messages Beginning December 15, 2020, 7:38PM | 7·12·23 | | ALAN HOSTETTER |
| 908.08 | Messages Beginning December 21, 2020, 11:57PM | 7·7·23 | ✓ | RUSSELL TAYLOR |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 908.09 | Messages Beginning December 23, 2020, 1:42AM | | | |
| 908.10 | Messages Beginning December 29, 2020, 1:50AM | | | |
| 908.11 | Messages Beginning December 29, 2020, 4:57AM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 908.11a | Image of Messages Beginning December 29, 2020, 4:57AM | ⊥ | ✓ | ⊥ |
| 908.12 | Messages Beginning December 29, 2020, 4:59AM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 908.13 | Messages Beginning December 30, 2020, 12:22AM | | | |
| 908.13a | Prohibited Items | United States Capitol Police | | | |
| 908.14 | Messages Beginning December 30, 2020, 12:25AM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 908.15 | Messages Beginning December 30, 2020, 11:47PM | | | |
| 908.16 | Messages Beginning December 31, 2020, 11:50PM | | | |
| 908.17 | Messages Beginning January 2, 2021, 2:33AM | 7.7.23 | ✓ | RUSSELL TAYLOR |
| 908.18 | Messages Beginning January 3, 2021, 8:07PM | ⊥ | ✓ | ⊥ |
| 908.19 | Messages Beginning January 3, 2021, 8:15PM | ⊥ | ✓ | ⊥ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 908.20 | Messages Beginning January 5, 2021, 5:29AM | 7·7·23 | √ | RUSSELL TAYLOR |
| 908.21 | Messages Beginning January 20, 2021, 3:36PM | ⊥ | √ | ⊥ |
| 909 | Text Message Conversation Between Alan Hostetter, Russell Taylor, Morton Irvine Smith, and Dede | 7·7·23 | √ | RUSSELL TAYLOR |
| 909.01 | Text Message Conversation Between Alan Hostetter, Russell Taylor, Morton Irvine Smith, and Dede, Membership | | | |
| 909.02 | Messages Beginning November 4, 2020, 7:39PM | 7·7·23 | √ | RUSSELL TAYLOR |
| 909.03 | Messages Beginning November 10, 2020, 2:10AM | | | |
| 909.04 | Messages Beginning December 2, 2020, 7:23PM | 7·7·23 | √ | RUSSELL TAYLOR |
| 909.05 | Messages Beginning December 16, 2020, 7:21PM | ⌐ | √ | ⌐ |
| 909.06 | Messages Beginning December 19, 2020, 3:45PM | ⊥ | √ | ⊥ |
| 910 | Facebook Messenger Conversation Between Alan Hostetter and Anne Rose Tone | | | |
| 910.01 | Messages Beginning January 2, 2021, 1:21AM | 7·11·23 | √ | JESSICA SALO |
| 911 | Facebook Messenger Conversation Between Alan Hostetter and David Aria | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 911.01 | Facebook Messenger Conversation Between Alan Hostetter and David Aria, Membership | | | |
| 911.02 | Messages Beginning December 19, 2020, 3:28PM | 7·11·23 | √ | JESSICA SALO |
| 911.03 | Messages Beginning January 3, 2021, 3:12AM | ⊥ | √ | ⊥ |
| 912 | Facebook Messenger Conversation Between Alan Hostetter and Michael Guo | | | |
| 912.01 | Facebook Messenger Conversation Between Alan Hostetter and Michael Guo, Membership | | | |
| 912.02 | Messages Beginning December 29, 2020, 4:18PM | 7·11·23 | √ | JESSICA SALO |
| 913 | Facebook Messenger Conversation Between Alan Hostetter and Robert Montgomery | | | |
| 913.01 | Images from Facebook Messenger Conversation Between Alan Hostetter and Robert Montgomery | 7·11·23 | √ | JESSICA SALO |
| 913.02 | Facebook Messenger Conversation Between Alan Hostetter and Robert Montgomery, Membership | | | |
| 913.03 | Messages Beginning January 6, 2021, 9:48PM | 7·11·23 | √ | JESSICA SALO |
| 914 | Text Message Conversation Between Alan Hostetter and Bob Ramsey | | | |
| 914.01 | Text Message Conversation Between Alan Hostetter and Bob Ramsey, Membership | | | |
| 914.02 | Messages Beginning September 5, 2020, 5:47PM | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 914.03 | Messages Beginning January 6, 2021, 8:11PM | 7·11·23 | √ | JESSICA SALO |
| 915 | Text Message Conversation Between Alan Hostetter and Cameron Rose | | | |
| 915.01 | Text Message Conversation Between Alan Hostetter and Cameron Rose, Membership | | | |
| 915.02 | Messages Beginning January 6, 2021, 10:57PM | 7·11·23 | √ | JESSICA SALO |
| 916 | Text Message Conversation Between Alan Hostetter and Dede | | | |
| 916.01 | Text Message Conversation Between Alan Hostetter and Dede, Membership | | | |
| 916.02 | Messages Beginning November 3, 2020, 3:03AM | | | |
| 916.03 | Messages Beginning December 18, 2020, 7:45PM | | | |
| 916.04 | Messages Beginning December 19, 2020, 8:19AM | | | |
| 916.05 | Messages Beginning January 5, 2021, 10:31PM | 7·11·23 | √ | JESSICA SALO |
| 917 | Text Message Conversation Between Alan Hostetter and Evelyn Alan | | | |
| 917.01 | Text Message Conversation Between Alan Hostetter and Evelyn Alan, Membership | | | |
| 917.02 | Messages Beginning January 7, 2021, 7:29AM | 7·11·23 | √ | JESSICA SALO |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 918 | Excerpts from Text Message Conversation Between Alan Hostetter and Heather Hostetter | 7·11·23 | ✓ | JESSICA SALO |
| 919 | Excerpts from Text Message Conversation Between Alan Hostetter and Judy Hertzler | | ✓ | |
| 920 | Excerpts from Text Message Conversation Between Alan Hostetter and Justine | | ✓ | |
| 921 | Excerpts from Text Message Conversation Between Alan Hostetter and Kris | | ✓ | |
| 922 | Text Message Conversation Between Alan Hostetter and Michelle Reilly | | | |
| 922.01 | Text Message Conversation Between Alan Hostetter and Michelle Reilly, Membership | | | |
| 922.02 | Messages Beginning December 28, 2020, 5:27PM | 7·11·23 | ✓ | JESSICA SALO |
| 922.03 | Messages Beginning December 28, 2020, 9:01PM | | ✓ | |
| 922.04 | Messages Beginning January 6, 2021, 11:10AM | | ✓ | |
| 923 | Text Message Conversation Between Alan Hostetter and Neal Surf Neighbor | | | |
| 923.01 | Messages Beginning November 9, 2020, 3:16AM | | | |
| 923.02 | Messages Beginning November 23, 2020, 5:55AM | 7·11·23 | ✓ | JESSICA SALO |
| 923.03 | Messages Beginning January 4, 2021, 12:25AM | | ✓ | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 924 | Text Message Conversation Between Alan Hostetter and Rachel Samson | 7·11·23 | √ | JESSICA SALO |
| 925 | Excerpts from Text Message Conversation Between Alan Hostetter, Drew Kurt, and Kris | ⊥ | √ | ⊥ |
| 926 | Text Message Conversation Beginning May 9, 2020, 6:44PM | | | |
| 926.01 | Text Message Conversation Beginning May 9, 2020, 6:44PM, Membership | | | |
| 926.02 | Messages Beginning January 6, 2021, 7:15PM | 7·11·23 | √ | JESSICA SALO |
| 927 | Text Message Conversation Between Alan Hostetter and Russell Taylor | | | |
| 927.01 | Messages Beginning August 15, 2020, 4:18AM | 7·7·23 | √ | RUSSELL TAYLOR |
| 927.02 | Messages Beginning August 23, 2020, 10:56PM | | √ | |
| 927.03 | Messages Beginning September 21, 2020,11:15PM | ⊥ | √ | ⊥ |
| 927.04 | Messages Beginning October 28, 2020, 10:06PM | | | |
| 927.05 | Messages Beginning November 1, 2020, 10:04PM | | | |
| 928 | Photograph of Text Messages from Morton Irvine Smith to Russell Taylor | | | |
| 929 | Text Message Conversation Between Alan Hostetter, Heather Hostetter, Kris, and Justine | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 929.01 | Text Message Conversation Between Alan Hostetter, Heather Hostetter, Kris, and Justine, Membership | | | |
| 929.02 | Messages Beginning January 6, 2021, 8:25PM | | | |
| Category: 1100 | Court Filings | | | |
| 1101 | Alan Hostetter Notice on Motion To Dismiss The Indictment Due to Outrageous Government Conduct | 7·10·23 | √ | RUSSELL TAYLOR |
| 1102 | Alan Hostetter Opposition to Government's Omnibus Motions *in Limine* | 7·11·23 | √ | JESSICA SALO |
| 1103 | Alan Hostetter's Response to Government's Request for Status Conference | | | |
| 1104 | Russell Taylor Plea Agreement | 7.7.23 | √ | RUSSELL TAYLOR |
| 1105 | Russell Taylor Statement of Offense | | | |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

## UNITED STATES OF AMERICA

### VS.

Civil/Criminal No. **2 1 - c r - 3 9 2**

### ALAN HOSTETTER

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) |
|---|---|---|---|---|
| 556 | Alan Hostetter Instagram Post | 7·12·23 | ✓ | ALAN HOSTETTER |
| 602.17 | December 17, 2020 Email from TBO Tech Safety & Security, LLC to Alan Hostetter | 7·12·23 | ✓ | ALAN HOSTETTER |
| 602.21 | December 29, 2020 Email from Hope N. (Hardcore Hammers) to Alan Hostetter | ⊥ | ✓ | ⊥ |
| 1201 | Amazon Records Summary Exhibit | 7·11·23 | ✓ | JESSICA SALO |
| 1202 | Timeline Summary Exhibit | ⊥ | ✓ | ⊥ |