**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

        **Plaintiff**

      **v.**                          **Criminal Case No.: 21-CR-392-1 (RCL)**

**ALAN HOSTETTER**

        **Defendant**

## EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Received Into Evidence | Witness |
|---|---|---|---|---|
| A | Order confirmation of Hatchet/Email thread | 7/12/2023 | Y | Alan Hostetter |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |