```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
THE UNITED STATES OF AMERICA,
                                     Criminal Action No.
             Plaintiff,              1:21-cr-00392-RCL
                                     Friday, December 3, 2021
vs.                                  1:07 p.m.

ALAN HOSTETTER, et al.,

             Defendant(s).
- - - - - - - - - - - - - - - - x
```
___

             TRANSCRIPT OF STATUS CONFERENCE
      HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                UNITED STATES DISTRICT JUDGE
___

APPEARANCES:

| | |
|---|---|
| For the United States: | **RISA BERKOWER, ESQ.**<br>**KATHERINE NIELSEN, ESQ.**<br>**UNITED STATES ATTORNEY'S OFFICE**<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 252-6782<br>risa.berkower@usdoj.gov<br>katherine.nielsen@usdoj.gov |
| For Defendant Hostetter: | **PRO SE**<br><br>**KARREN KENNEY, ESQ.**<br>**KENNEY LEGAL DEFENSE**<br>2900 Bristol Street, Suite C204<br>Costa Mesa, CA 92626<br>(855) 505-5588<br>kenneylegaldefensecorp@gmail.com |
| For Defendant Taylor: | **DYKE HUISH, ESQ.**<br>**LAW OFFICE OF DYKE HUISH**<br>26161 Marguerite Parkway, Suite B<br>Mission Viejo, CA 92692<br>(949) 257-3068<br>huishlaw@mac.com |

(Continued on next page)

```
 1     APPEARANCES (Continued):

 2     For Defendant Warner:        KIRA ANNE WEST, ESQ.
                                    LAW OFFICE OF KIRA WEST
 3                                  712 H St, NE, Unit 509
                                    Washington, DC 20002
 4                                  (202) 236-2042
                                    kiraannewest@gmail.com
 5
       For Defendant Martinez:      NICHOLAS D. SMITH, ESQ.
 6                                  DAVID B. SMITH PLLC
                                    1123 Broadway
 7                                  Townsend Building
                                    Suite 909
 8                                  New York, NY 10010
                                    (917) 902-3869
 9                                  nds@davidbsmithpllc.com

10     For Defendant Kinnison:      NICOLAI COCIS, ESQ.
                                    LAW OFFICE OF NICOLAI COCIS
11                                  25026 Las Brisas Road
                                    Murrieta, CA 92562
12                                  (951) 695-1400
                                    nic@cocislaw.com
13
       For Defendant Mele:          STEVEN C. BAILEY, ESQ.
14                                  BAILEY & ROMERO LAW
                                    680 Placerville Drive, Suite A1
15                                  Placerville, CA 95667
                                    (530) 212-3407
16                                  steven@stevencbailey.org

17
       Court Reporter:              Lisa A. Moreira, RDR, CRR
18                                  Official Court Reporter
                                    U.S. Courthouse, Room 6718
19                                  333 Constitution Avenue, NW
                                    Washington, DC  20001
20                                  (202) 354-3187

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2             THE COURTROOM DEPUTY:  Your Honor, we're on the
 3   record for Criminal Case 21-392, United States of America
 4   vs. Alan Hostetter, Russell Taylor, Erik Warner, Felipe
 5   Martinez, Derek Kinnison, and Ronald Mele.  Starting with
 6   the government, please identify yourselves for the record.
 7             MS. BERKOWER:  Good afternoon, Your Honor; Risa
 8   Berkower for the government, and with me today is Katherine
 9   Nielsen.
10             THE COURT:  Okay.
11             MR. COCIS:  Your Honor, Nick Cocis on behalf of
12   Mr. Kinnison, and Mr. Kinnison is here next to my right.
13             THE COURT:  Okay.
14             MR. HUISH:  Good afternoon; Dyke Huish on behalf
15   of Mr. Taylor.  He's online on the screen.
16             DEFENDANT TAYLOR:  Hello, Your Honor.  Good
17   morning.  This is Russ Taylor.
18             MR. BAILEY:  Steven Bailey on behalf of Ronald
19   Mele, who is on Zoom.
20             DEFENDANT MELE:  Hello, Your Honor.
21             THE COURT:  Okay.
22             DEFENDANT HOSTETTER:  Alan Hostetter appearing pro
23   se, and my advisory counsel, Karren Kenney, is also online,
24   sir.
25             MS. KENNEY:  Good morning, Your Honor.
```

1             MR. SMITH:  And, Judge, you have Nick Smith on
2    behalf of Tony Martinez, who is on Zoom as well.
3             THE COURT:  Okay.
4             DEFENDANT MARTINEZ:  Good morning, Your Honor.
5             THE COURT:  Okay.  Good morning.
6             MS. WEST:  Good morning, Your Honor.  I'm Kira
7    Anne West.  I'm appearing on behalf of Mr. Erik Scott
8    Warner, who is present via videoconference.
9             DEFENDANT WARNER:  Good morning, Your Honor.
10            THE COURT:  Good morning.
11            Do we have everybody?  Okay.
12            Does the government want to give me an update on
13   where we are then?
14            MS. BERKOWER:  Yes, Your Honor.  The first thing I
15   would note for the Court is that a superseding indictment
16   was returned by the grand jury on Wednesday, and so I didn't
17   know if Your Honor wanted to proceed with rearraigning the
18   defendants on the superseding indictment.  There were
19   changes --
20            THE COURT:  Yes, I'll ask the clerk to do that
21   first then.
22            MS. BERKOWER:  All right.
23            THE COURTROOM DEPUTY:  Your Honor, let the record
24   reflect that a superseding indictment was filed on December
25   1, 2021.  It's an eight-count superseding indictment.

1                    The first count is 18 USC 1512(k), conspiracy to
2       obstruct an official proceeding.
3                    The second count is 18 USC 1512(c)(2) and 2,
4       obstruction of an official proceeding and aiding and
5       abetting.
6                    Count 3 is 18 USC 231(a)(3) and 2, obstruction of
7       law enforcement during civil disorder and aiding and
8       abetting.
9                    Count 4, 18 USC 1752(a)(1) and (b)(1)(A), entering
10      and remaining in a restricted building or grounds and
11      carrying a dangerous and deadly weapon.
12                   Count 5 is 18 USC 1752(a)(2) and (b)(1)(A),
13      entering and remaining in a restricted building or grounds
14      and carrying a deadly and dangerous weapon.
15                   Counts 7 and 8, which are out of order on the
16      indictment, but that is 18 USC 1512(c)(1), tampering with
17      documents or proceedings.
18                   And the sixth count is 40 USC 5104(e)(1)(A),
19      unlawful possession of a dangerous weapon on Capitol grounds
20      and in buildings.
21                   The first defendant, Mr. Alan Hostetter, was
22      charged in Counts 1, 2, and 4 and 5S.  How do you wish to
23      plea at this time, and do you wish to waive the formal
24      reading of the information -- I'm sorry, the indictment?
25                   DEFENDANT HOSTETTER:  I plead not guilty, and I'll

1    waive the reading.
2              THE COURTROOM DEPUTY:  Okay.  And Defendant
3    Russell Taylor was charged in Counts 1S through 6S.  How do
4    you wish to plea, and do you wish to waive the formal
5    reading?
6              MR. HUISH:  On behalf of Mr. Taylor, we would
7    enter a not guilty plea, and we would waive the formal
8    reading.
9              THE COURTROOM DEPUTY:  Thank you.
10             Defendant Warner was charged with 1S and 2S and 5S
11   through 4S and also the last count, 8S, which is -- and how
12   do you wish to plea at this time, and do you wish to waive
13   the formal reading?
14             MS. WEST:  Mr. Warner will enter a plea of not
15   guilty at this time, and we waive formal reading of the
16   indictment.
17             THE COURTROOM DEPUTY:  Defendant Martinez was
18   charged in Counts 1S through 2S and 4S through 5S.  How do
19   you wish to plead at this time, and do you wish to waive the
20   formal reading?
21             MR. SMITH:  On behalf of Defendant Martinez, we
22   waive the formal reading of the indictment and enter a plea
23   of not guilty.
24             THE COURTROOM DEPUTY:  And Mr. Kinnison was
25   charged in Counts 1S to 2S, 4S through 5S and Count 7S.  Do

1    you wish to waive the formal reading, and how do you wish to
2    plead at this time?
3              MR. COCIS:  On behalf of Mr. Kinnison, we'll enter
4    a plea of not guilty, and we'll waive reading of the
5    indictment.
6              THE COURT:  And as to the last defendant,
7    Mr. Mele, he was charged in Counts 1S to 2S and 4S to 5S.
8    How do you wish to plea at this time, and do you wish to
9    waive the formal reading?
10             MR. BAILEY:  We will waive the formal reading and
11   enter a not guilty plea.
12             THE COURTROOM DEPUTY:  Thank you, Counsel.
13             THE COURT:  All right.  All defendants now having
14   been arraigned on the superseding, what does the government
15   have next?
16             MS. BERKOWER:  Yes, Your Honor, I can provide the
17   Court with an update on discovery since our last hearing.
18             The last hearing in this case was on October 4th.
19   Since that time the government has made four large
20   productions of case-specific material comprising
21   approximately 5,000 documents.  These were materials from
22   the FBI's case files concerning all six of the charged
23   defendants.
24             We also produced images of the defendants'
25   electronic devices except for those that are still

1       undergoing a review for privilege purposes.  I think the
2       productions -- the images of those devices is a little bit
3       contingent on counsel providing hard drives, but I believe
4       counsel's all been made aware of the need to provide a hard
5       drive, and I think most, if not all of those, have gone out.
6       Perhaps one of them has not gone out.
7                In addition to that, the government has also made
8       five productions from the global Capitol breach discovery.
9       Another tranche of that will be made available today.  And
10      the global discovery has been outlined in our memorandum
11      that we filed on October 25th of this year at ECF 81.
12               The global discovery, as explained in that
13      memorandum, is comprised of a large volume of different
14      kinds of materials relating to the incident at the Capitol
15      on January 6th, but in particular, including CCTV footage,
16      body-worn camera footage from the Metropolitan Police
17      Department, Secret Service CCTV footage, internal files from
18      different law enforcement agencies, radio runs from the
19      different law enforcement agencies that responded, and
20      materials obtained by the FBI across different January 6th
21      investigations, so not just the charged defendants but other
22      people charged in connection with that.  And all of that is
23      in the process of being made available through those global
24      productions, and, as I mentioned, an additional set of
25      material under that umbrella will be provided later today to

1    the defense.
2            With regard to -- so that is what we have done
3    since the last hearing.
4            With regard to what is still to come, as I
5    mentioned, there's still additional larger Capitol breach
6    discovery coming.  And for the case-specific discovery
7    that's still to come, we have the devices and privilege
8    review, of course, but we are also reviewing the FBI's files
9    that are related to this case, not necessarily the six
10   charged defendants but additional individuals and files
11   relating to additional individuals.  So we are continuing to
12   go through those and prepare those -- review those and
13   prepare them for production to the extent there's
14   discoverable material in those.
15           So based on what is still left to come, we are
16   requesting an additional 60 days to continue to provide
17   discovery in the case.  We would ask that the Court waive
18   the Speedy Trial Act under 18 USC Section 3161(h)(7)(A)
19   during that period on the ground that the government -- the
20   ends of justice will be served by the continuance, and they
21   outweigh the interest of the public and the defendants in a
22   speedy trial in order for the government to continue to
23   provide complete discovery to the defense as I outlined here
24   this morning and also in our October 25th memorandum.
25           THE COURT:  Okay.  I'll come back to Mr. Hostetter

1    last.
2             Mr. Taylor's attorney can start first then.
3             MR. HUISH:  Your Honor, I have no objection.  The
4    government has been very prompt and courteous and direct in
5    their discovery, so we have no issues.  I was actually
6    recommending a little more time of February 25th, but
7    February 4th will be fine if that's what the Court requires
8    of us, of course.
9             THE COURT:  All right.  Mr. Warner's attorney,
10   Ms. West?
11            MS. WEST:  Yes, Your Honor.  Good afternoon.  I
12   agree with the prosecutor, and she has answered -- both of
13   them answered all my questions, and we also agree with the
14   60 days.
15            THE COURT:  Okay.  Mr. Smith on behalf of
16   Mr. Martinez?
17            MR. SMITH:  Your Honor, Mr. Martinez has no
18   objection to the 60-day continuance under the Speedy Trial
19   Act.
20            THE COURT:  Mr. Cocis on behalf of Mr. Kinnison?
21            MR. COCIS:  On behalf of Mr. Kinnison, we don't
22   object to the continuance.
23            THE COURT:  Okay.  And Mr. Bailey on behalf of
24   Mr. Mele?
25            MR. BAILEY:  We don't object to the continuance.

1           THE COURT:  Okay.  Mr. Mele, I like your Christmas
2    tree.  Can I say that?
3           Okay.  Mr. Hostetter, I have two issues for you.
4    One is I don't have -- I had ordered you to provide an
5    address and email for the public record, and I don't have
6    that yet; so that needs to be done by Monday because that
7    has to be -- since you're proceeding pro se, I need to have
8    that in the public record so that things can be served on
9    you at an address since you're proceeding pro se, although
10   you have advisory counsel.  Since you're pro se, we've got
11   to have a public record of how to serve and send things to
12   you.
13          Actually, you have a filing deadline, I think, of
14   Monday.  Are you still on track for that for your motions?
15          DEFENDANT HOSTETTER:  Yes, sir.  I'll have a
16   motion to dismiss and a motion to sever to you by Monday.
17          THE COURT:  Okay.  Fine.  So we don't need to hear
18   anything else on your schedule today.  Do you have any
19   issues you want to raise today?
20          DEFENDANT HOSTETTER:  No, other than I'm not
21   planning on waiving the time at the government's request,
22   and I'm hoping that you will have time -- you'll review
23   my motions and then have time to make a decision on the
24   motions --
25          THE COURT:  I'll consult with the government and

```
 1    you to talk about how we're going to set a schedule.  I
 2    don't know if after we see your motion and after the
 3    government sees it to see if they wanted to have some input
 4    into how to set a schedule on that; because after I look at
 5    them, they will look them over.
 6              DEFENDANT HOSTETTER:  Yes, sir.  That was the only
 7    thing I had.  I'm sorry, I couldn't hear that last part of
 8    what you said.
 9              THE COURT:  I thought that would make most sense,
10    to see what it is you file first before I tried to set a
11    schedule.
12              DEFENDANT HOSTETTER:  Yes, Your Honor, whatever
13    you feel is best.  I'm all for that.
14              THE COURT:  Okay.  Let me look at the date for...
15              I think -- how about 1:15 on February 4th?  Does
16    that work for everybody?
17              MR. COCIS:  Yes, Your Honor.
18              MS. BERKOWER:  That works for the government.
19              MR. SMITH:  Yes, Your Honor.
20              MR. HUISH:  Yes on behalf of Mr. Taylor.
21              MR. BAILEY:  And Mr. Mele.
22              MS. WEST:  On behalf of Mr. Warner, yes, it does,
23    Your Honor.
24              MR. SMITH:  And, Your Honor, for Mr. Martinez.
25              THE COURT:  All right.  I'll find that it's in the
```

1  interests of justice for all defendants to appear for a
2  status and waive speedy trial except as to Alan Hostetter on
3  February 4th at 1:15.
4            I will also include Mr. Hostetter in the February
5  4th at 1:15, but I expect to also have another status with
6  Mr. Hostetter regarding his motion schedule prior to that
7  time.  As well, once he's filed his motion, I'll talk to the
8  government about a schedule.  But in any event, I would
9  still want to have him in the February 4th status as well.
10           Is that date available to you, Mr. Hostetter?
11           DEFENDANT HOSTETTER:  Yes, sir, it is.
12           THE COURT:  And your advisory counsel?
13           MS. KENNEY:  Yes, Your Honor.
14           THE COURT:  Okay.
15           All right.  Based on that, I'll see you all on
16 February 4th at 1:15 by video again, and in the meantime I
17 will see the government counsel and Mr. Hostetter once he's
18 filed his motion.
19           MS. BERKOWER:  Your Honor, I just wanted to file
20 one point of clarification.  It was our understanding at the
21 last hearing that time was excluded for Mr. Hostetter to get
22 acquainted with the discovery up until the deadline --
23           THE COURT:  Once he files his motion, then it will
24 be tolled by the motion.
25           MS. BERKOWER:  All right.  Thank you for

1  clarifying that, Your Honor.
2           THE COURT:  He asked for a time to file the motion
3  for Monday, which I granted.  And I could grant him more
4  time now, but he says he's ready.
5           MS. BERKOWER:  Thank you, Your Honor.
6           THE COURT:  All right.  Thank you very much,
7  Counsel.  Have a nice weekend.
8                (Whereupon the hearing was
9                 concluded at 1:22 p.m.)
10              **CERTIFICATE OF OFFICIAL COURT REPORTER**

12           I, LISA A. MOREIRA, RDR, CRR, do hereby
13  certify that the above and foregoing constitutes a true and
14  accurate transcript of my stenographic notes and is a full,
15  true and complete transcript of the proceedings to the best
16  of my ability.
17     **NOTE:**  This hearing was held remotely by Zoom or some
18  other virtual platform and is subject to the technological
19  limitations of court reporting remotely.
20               Dated this 12th day of May, 2023.

                                    /s/Lisa A. Moreira, RDR, CRR
23                                  Official Court Reporter
                                    United States Courthouse
24                                  Room 6718
                                    333 Constitution Avenue, NW
25                                  Washington, DC 20001