```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                          Criminal Action
 4              Plaintiff,                No. 1: 21-392-1

 5         vs.                            Washington, DC
                                          July 6, 2023
 6    ALAN HOSTETTER,
                                          10:43 a.m.
 7              Defendant.
      _____/
 8

 9                  TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE ROYCE LAMBERTH
10                 UNITED STATES DISTRICT JUDGE

11
      APPEARANCES:
12
      For the Plaintiff:      JASON MANNING
13                            DOJ-CRM
                              Criminal Division, Fraud Section
14                            1400 New York Avenue NW
                              Washington, DC 20005
15
                              ANTHONY WILLIAM MARIANO
16                            U.S. ATTORNEY'S OFFICE FOR DC
                              601 D Street, NW
17                            Washington, DC 20530

18
      For the Defendant:      KARREN KENNEY
19                            KENNEY LEGAL DEFENSE
                              2900 Bristol Street
20                            Suite C204
                              Costa Mesa, CA 92626
21

22
      Court Reporter:         SHERRY LINDSAY
23                            Official Court Reporter
                              U.S. District & Bankruptcy Courts
24                            333 Constitution Avenue, NW
                              Room 6710
25                            Washington, DC 20001
```

<pre>
1                         TABLE OF CONTENTS

2                            WITNESSES

3    On Behalf of the Government:

4    Michael Kennedy

5         Direct examination by Mr. Mariano        26
          Cross-examination by Mr. Hostetter       53
6

7    Carneysha Mendoza

8         Direct examination by Mr. Mariano        72
          Cross-examination by Mr. Hostetter       128
9         Redirect examination by Mr. Mariano      146

10   Daniel Schwager

11        Direct examination by Mr. Mariano        147

12

13                           EXHIBITS

14   Government Exhibit 733                         29
     Government Exhibit 732                         31
15   Government Exhibit 731                         32
     Government Exhibits 523, 531                   33
16   Government Exhibit 801                         34
     Government Exhibit 549                         35
17   Government Exhibit 803                         36
     Government Exhibit 551                         38
18   Government Exhibit 541                         39
     Government Exhibit 542                         39
19   Government Exhibit 804                         40
     Government Exhibit 543                         40
20   Government Exhibit 805                         41
     Government Exhibit 806                         42
21   Government Exhibit 811                         45
     Government Exhibit 810                         46
22   Government Exhibit 537                         46
     Government Exhibit 601                         48
23   Government Exhibit 603                         49
     Government Exhibit 535                         50
24   Government Exhibit 807                         51
     Government Exhibits 722, 726                   70
25   Government Exhibit 501                         78
</pre>

EXHIBITS CONTINUED

Government Exhibit 502                          81
Government Exhibit 504                          82
Government Exhibit 503                          83
Government Exhibit 505                          85
Government Exhibit 506                          86
Government Exhibit 001                          93
Government Exhibit 110                          100
Government Exhibit 111                          105
Government Exhibit 112                          106
Government Exhibit 101                          106
Government Exhibit 102                          110
Government Exhibit 103                          112
Government Exhibit 104                          114
Government Exhibit 105                          117
Government Exhibit 107, 108                     124
Government Exhibit 109                          125
Government Exhibit 704                          157
Government Exhibit 705                          158
Government Exhibit 707                          160
Government Exhibit 708                          161
Government Exhibit 703                          162
Government Exhibit 702                          165
Government Exhibit 002                          167

MISCELLANY

Opening statement by Mr. Mariano               7
Opening statement by Mr. Hostetter             16

1                  P R O C E E D I N G S

2          THE COURTROOM DEPUTY:  This is criminal case number

3   21-392-1, United States of America versus Alan Hostetter.

4          Starting with the government, please approach the

5   podium and state your appearance for the record.

6          MR. MARIANO:  Good morning, Your Honor.  Anthony

7   Mariano for the United States, joined by my colleague Jason

8   Manning and Brittany Sheff and FBI Special Agent Jessica Salo

9   is also at counsel table.

10         THE COURT:  Good morning.

11         MR. HOSTETTER:  Hello, Your Honor.  Nice to finally

12  meet you in person.  This is Alan Hostetter representing myself

13  pro se and my advisory counsel, Ms. Kenney, is with me.

14         THE COURT:  I had one matter to take up and then I

15  will see if there are any other preliminary matters that you

16  want to raise before opening statements.

17         Mr. Hostetter's request to exclude evidence related

18  to the May 21st, 2020 incident described in the government's

19  404(e) notice is granted.  The government filed its notice on

20  June 5th, 2023, over a month after the May 1st deadline

21  provided in the Court's scheduling order.  The government has

22  been aware of the May 21st, 2020 incident since at least late

23  2021, when Mr. Hostetter referred to it in his motion to

24  dismiss.  At least under these circumstances, it is well within

25  the Court's discretion to deny the government's notice as

1    untimely.  Additionally the government's forecast of the other

2    evidence that it expects to introduce at trial indicates the

3    May 21st, 2020 incident is not critical to the government's

4    case.  In any event, the government plans to introduce

5    testimony from the codefendant Russell Taylor as well as

6    Mr. Hostetter's own statements, both of which are probative of

7    Mr. Hostetter's intent and absence of mistake.

8         Mr. Hostetter is not required to testify at this

9    trial.  I will say that if he does testify, as he has indicated

10   he will, he may open the door on cross-examination to inquiry

11   about the May 21st, 2020 incident.  And I decline to rule at

12   this time, whether the door has been opened by his own

13   testimony.  But as to the 404 notice, I find it is untimely.

14        Are there any other preliminary matters that either

15   side wants to raise before we go to opening statements?

16        MR. MARIANO:  Yes, Your Honor.  As you know, we

17   submitted a series of legal instructions at the Court's

18   request.

19        THE COURT:  I'm sorry?

20        MR. MARIANO:  We submitted a series legal of

21   instructions.  So we were asking the Court's timing on when we

22   may hear the Court's position on those.

23        THE COURT:  And you were asking the --

24        MR. MARIANO:  The Court's timing, if we are going to

25   get in advance certainly of closing the legal instructions that

1    the Court intends to apply.

2             THE COURT:  Before closing we will.

3             MR. MARIANO:  Thank you, Your Honor.

4             THE COURT:  Any other issues you want to raise,

5    Mr. Hostetter?

6             MR. HOSTETTER:  Yes, sir.  I'd like to make a motion

7    to exclude all government witnesses.

8             THE COURT:  Okay.  The rule on witnesses is invoked.

9             MR. MARIANO:  Just for the record, Your Honor, I

10   understand that to exclude FBI Special Agent Jessica Salo who

11   is at counsel table as our case agent.

12            THE COURT:  You are correct.  If you are using the

13   agent to stay at the table, because he is assisting in the

14   presentation of the case --

15            MR. MARIANO:  Yes, Your Honor.

16            THE COURT:  -- that exception is granted.

17            MS. KENNEY:  Good morning, Your Honor.  Nice to see

18   you in person.

19            THE COURT:  Good morning.

20            MS. KENNEY:  Karren Kenney, advisory counsel for

21   Mr. Hostetter.  I know the Court is allowing me to do the

22   objections part in this trial on behalf of Mr. Hostetter.

23            THE COURT:  I will.

24            MS. KENNEY:  I just wanted to let the Court know,

25   there is several witnesses and a lot of exhibits that will be

1    objected to in regards to 401 and 403.  I don't know if the

2    Court entertains offers -- requests for offers of proof or

3    since it is a bench trial you are going to see how this goes.

4    I just didn't want to interrupt the Court's normal process.

5            THE COURT:  I'd just see how it goes, unless you want

6    me to do something further now.  I don't have any strong

7    feeling either way.

8            MS. KENNEY:  Okay.  I guess we can just go as the

9    case proceeds.

10           THE COURT:  Okay.

11           MS. KENNEY:  Thank you.

12           THE COURT:  How long does the government expect for

13   your opening?

14           MR. MARIANO:  Approximately 20 minutes, Your Honor.

15           THE COURT:  Okay.  Do you expect to make an opening?

16           MR. HOSTETTER:  It won't be any longer than 5 minutes

17   or so, Your Honor.

18           THE COURT:  All right.  The government may proceed.

19                   OPENING STATEMENT

20           MR. MARIANO:  May I proceed, Your Honor?

21           THE COURT:  You may.

22           MR. MARIANO:  Two and a half years ago today was

23   January 6, 2021.  That is a day when a mob stormed the US

24   Capitol building, pushed past police barricades, broke past

25   police lines, assaulted law enforcement and swarmed the Capitol

1    building and grounds and forced Congress into an unprecedented

2    recess.  That mob successfully halted for a time the peaceful

3    transfer of power that has defined this country for centuries.

4    For many people, especially the law enforcement who were

5    heroically defending the Capitol for hours, January 6 was and

6    remains a nightmare.  For Alan Hostetter, it is what he had

7    been planning for weeks.

8         On January 6, Alan Hostetter was there at the US

9    Capitol with all of the other rioters who were there to

10   obstruct the proceeding.  He had planned for weeks.  He had

11   collected weapons.  And he drove the length of the country from

12   California to Washington, DC with one overriding purpose, to

13   use the threat of violence to intimidate Congress to obstruct

14   the proceeding to disrupt the peaceful transfer of power.

15        But the evidence in this case doesn't start on

16   January 6, it goes back long before that.  You will see that

17   Alan Hostetter in the 2020 election was a big supporter of

18   then-President Trump.  When the 2020 election was over and he

19   saw then-President Trump lose, he embraced conspiracy theories

20   about a stolen election.  He talked about them constantly.

21        But Alan Hostetter wasn't just some guy in his

22   basement reading about conspiracy theories.  In his community,

23   he was a leader.  He was a frequent fixture at political

24   protests in southern California.  And he almost had a

25   microphone or a bullhorn in his hand, trying to get his message

1    out to as many people as possible.

2            And you will see how Alan Hostetter used that

3    platform.  And used these theories of a stolen election to

4    promote his own revolutionary and violent ideology.  He talked

5    about occupying state Capitols.  He talked about breaking the

6    law.  He talked about the need for violence.  And you will see

7    how he repeatedly and publically called for executions of the

8    people he believed were responsible for the election result.

9    This is from November 2020.

10            (Video played.)

11           MR. MARIANO:  Executions of people at the highest

12    level, that is what he was advocating for.

13            THE COURT:  What is that exhibit number?

14           MR. MARIANO:  Your Honor, I believe that is Exhibit

15    number 308.  I'm not sure.  I don't have the exhibit numbers as

16    part of my opening statement.  I am happy to provide them to

17    the Court afterwards.

18            He said this multiple times, including once again, a

19    month later in December.

20            (Video played.)

21           MR. MARIANO:  Your Honor, in the context of

22    January 6th, those words are chilling.  Because at the same

23    time, the defendant was also talking about assembling a mob to

24    go to Washington, DC to intimidate members of Congress with the

25    threat of violence.  This is a portion of that same clip from

1    November 2020 you just saw.

2              (Video played.)

3              MR. MARIANO:  That was from his trip to Washington,

4    DC in November of 2020 for the Million MAGA March.  And you

5    will see, when he talks about coming back to Washington, DC,

6    that is not an empty threat.  Because you will see in the

7    evidence that the defendant did come back on January 6 and he

8    came back with a truck full of weapons.

9              By mid-December, you will see that the defendant was

10   already focused on the importance of January 6th.  January 6th

11   was the day that the electoral college would be certified in a

12   joint session of Congress.  And no one had to tell Alan

13   Hostetter what was happening in Congress that day or why it was

14   so important.  Even before President Trump sent out his tweet

15   calling for a wild protest in Washington, DC, Alan Hostetter

16   was organizing.  And he didn't want to just protest.  He wanted

17   in his words, "To put the fear of god into members of

18   Congress."  He was calling for death to traitors on that day.

19   And when President Trump did send out a tweet calling for a

20   protest, you will see how Alan Hostetter jumped on it.

21              (Video played.)

22              MR. MARIANO:  You will see that as the defendant made

23   those plans, he didn't act alone.  One of the witnesses you

24   will hear from in this trial is Russell Taylor.  Russell Taylor

25   is going to testify pursuant to a cooperation agreement with

1    the United States.  And you will hear that he has pleaded

2    guilty to being in a conspiracy with Mr. Hostetter to obstruct

3    the official proceeding.  And while Russell Taylor no longer

4    sits next to Mr. Hostetter as a codefendant, we are going to

5    talk a lot about Russell Taylor in this trial too.  Because

6    Count 1 against Mr. Hostetter is a conspiracy count.  So what

7    Mr. Hostetter and Mr. Taylor did together will be essential to

8    this case.  But even when Mr. Taylor acted on his own, you will

9    see that his actions were in furtherance of his plan that he

10   shared with Alan Hostetter.

11           You will see how the relationship began.  Taylor and

12   Hostetter worked together on the board of a political

13   organization called the American Phoenix project that

14   Mr. Hostetter founded.  Initially the project was set up to

15   oppose restrictions put in place from the global pandemic,

16   COVID-19.  You will see how it evolved and became a platform to

17   oppose the certification of Joe Biden's election.  Taylor will

18   be able to talk the Court through much of the evidence from the

19   speeches in 2020 calling for violence, all of the way to the

20   steps of the US Capitol building.  Because the evidence will

21   show that every step of the way that Mr. Hostetter and Taylor

22   were in it together.  Taylor will tell you how they planned

23   together to go to Washington, DC for January 6th.

24           And while Alan Hostetter was giving speeches and

25   rallying others to get them to DC, you will see how Taylor was

1  doing their work behind the scenes on the encrypted messaging

2  app Telegram.  You will see how Taylor was organizing what he

3  called a group of fighters, a DC brigade.  You will see how he

4  was calling on them to collect weapons and breach the doors.

5  And while Alan Hostetter was less active than Russell Taylor on

6  Telegram, you will see that everything Mr. Taylor was saying

7  was in furtherance of the shared plan he had with

8  Mr. Hostetter.

9          Taylor will tell you how he and Hostetter collected

10  weapons themselves.  He will tell you about how Hostetter drove

11  cross country specifically so he could carry weapons with him

12  without having to get onto a plane.  In particular, Taylor will

13  tell you about a hatchet, a hatchet that he gave to the

14  defendant as a gift in December of 2020.  And he will tell you

15  on January 6th, that he saw a similar hatchet in Alan

16  Hostetter's bag on the morning of January 6.  In fact, he will

17  tell you, they both carried hatchets to the Capitol on the 6th.

18  So this wasn't just Alan Hostetter's plan.  Every step of the

19  way, he was in it with Taylor.  When Mr. Hostetter was giving

20  speeches, Taylor was there cheering him on.  When Taylor needed

21  a way to get weapons to Washington, DC he turned to Hostetter.

22  And you will see that on January 6, they were shoulder to

23  shoulder moving through the grounds together.

24          When Alan Hostetter finally arrived in Washington,

25  DC, you will see what he was focused on.  And in particular,

1    you will see it through his internet searches, not through

2    Google, but through a website called DuckDuckGo, a website

3    known for secure searching.  And on January 4th, when he was in

4    Washington, DC, he made two searches.  The first, "Where will

5    the joint session of Congress take place?"  The second,

6    "Examples of mass uprisings toppling governments."

7            The peaceful protest wasn't the goal for Alan

8    Hostetter.  Hostetter wanted a mob to surround the Capitol and

9    rule by fear.  On January 5th, Alan Hostetter gave another

10   speech, this time in front of the US Supreme Court, repeating

11   once again his call to intimidate Congress with the threat of

12   violence.

13            (Video played.)

14            MR. MARIANO:  On January 6th, Alan Hostetter

15   delivered on his promise, he and Taylor trespassed onto Capitol

16   grounds together.  They heard flash bangs.  They smelled pepper

17   spray and CS gas.  And he continued up to the police line on

18   the west plaza.  And then onto the inaugural stage through

19   scaffolding.  You will see how they cheered on rioters,

20   assaulting and pushing past the police line on the west plaza

21   when they had this view.  And you will see how Taylor and

22   Hostetter themselves pushed past the police line.  And it is

23   important to know, and you will see in the evidence, on

24   January 6th, Alan Hostetter wasn't just another rioter.  He is

25   a former police officer, a former chief of police.  If anyone

1    there that day knew the importance of a police line and why it

2    mattered, it was this man.  And he continued onto the inaugural

3    stage anyways.

4           Once he was past that police line, he made it to the

5    upper west terrace where he heard that rioters were entering

6    the building.  And when he heard that, you will see that Taylor

7    and Hostetter went up to the upper west terrace door.  And then

8    they stopped and turned away.  But you will see the reason they

9    turned away was that as Alan Hostetter approached that door, a

10   line of police officers from the south and a line of police

11   officers from the north were converging on that door.  And

12   within seconds, it would have been closed.

13          You will also see how Taylor and Hostetter remained

14   on the upper west terrace together for hours rallying other

15   rioters and holding ground while the US Congress was forced

16   into recess.  And you will see they didn't leave until another

17   line of police officers forced them to.

18          But I also want to be clear up front about what the

19   evidence in this case will not show.  Alan Hostetter didn't

20   assault anyone on January 6th.  He didn't destroy Government

21   property and he didn't enter the building.  And he is not

22   charged with any of those things.

23          What he is charged with is exactly what he did and

24   exactly what he set out to do, join with Taylor and a mob of

25   rioters and surround the building and intimidate members of

1     Congress.  When it was over, he wasn't ashamed.  He wasn't

2     embarrassed.  He didn't express any regret.  He was bragging.

3     This is a post he made on Instagram.  He wrote, "We did our

4     part."  He called it the shot heard around the world and

5     invoked 1776.  So after seeing a day of assaults on law

6     enforcement and Congress forced into recess, Alan Hostetter was

7     still calling for revolution.

8              At the end of this trial, I don't expect that there

9     will be much dispute about what the defendant did on January

10    6th.  It is all on tape.  I don't expect there will be much

11    dispute about what he said.  Almost all of that is written down

12    or it is on video.  One of the questions the Court will need to

13    address is whether the United States has proven beyond a

14    reasonable doubt that Alan Hostetter had the corrupt intent to

15    obstruct Congress.  And whether he had a meeting of the minds

16    as to that goal with Russell Taylor.  And the Court will be

17    able to look at all of the evidence of what they did and all of

18    the evidence of what they said and it will be clear.  But among

19    all of that evidence, let me identify one last piece that I

20    want the Court to see in advance.

21             The court has already seen part of Alan Hostetter's

22    speech from December 19th, but here is another portion.

23             (Video played.)

24             MR. MARIANO:  That is what Alan Hostetter was

25    advocating for.  And Russell Taylor was at that speech.  And he

1    didn't back away.  He was all in.  He took a bag of weapons and

2    he gave it to that man to be transferred to Washington, DC.

3    Because every step of the way, these two were in it together.

4    At the end of the trial, the evidence will be clear.  Alan

5    Hostetter spent weeks using his public platform to call for

6    violence, intimidation and lawlessness.  And he circled

7    January 6 as the day of reckoning.  He drove the length of the

8    country to Washington, DC, bringing weapons for himself and his

9    co-conspirator.  And on January 6th, he disregarded the law, he

10   stormed Capitol grounds, passed barricades and police lines,

11   cheered on rioters and held ground on the upper west terrace

12   for hours.

13          At the end of this trial, we'll come before you and

14   ask that you hold the defendant responsible and return the only

15   verdict that will be supported by the evidence, guilty on all

16   counts.  Thank you.

17          THE COURT:  All right.  Mr. Hostetter.

18                      OPENING STATEMENT

19          MR. HOSTETTER:  Yes, sir.  Thank you.  This is not

20   going to be very lengthy.  I am going to address much of what

21   Mr. Mariano said at different points throughout the trial.  And

22   I am going to testify and explain my thoughts, my mindset, my

23   feelings.  And I have to admit, what he put together is pretty

24   impressive.  I am sure everybody sitting in this room is

25   thinking to themselves we got us a full-blown terrorist sitting

1    here in front of us who is on trial defending himself.  How

2    could he not have pled guilty?  Well, Your Honor, I am pleading

3    not guilty, because I am not guilty of what I am being accused

4    of.

5           I admit that I was really angry and I made some angry

6    statements.  And I believe today, just as fervently as I

7    believed back then in November of 2020 as I was driving to

8    Washington, DC in which the government played approximately 1

9    minute of a 10-minute video in which I specifically stated I

10   was not calling for violence.  And that part was left out.  I

11   will show you the entire video at some point during this trial.

12          So I am not going to waste it all and spend it here

13   boring you with lengthy comments.  I just want to talk about

14   what I think led us to this place where these disconnected,

15   individual angry statements that I made about a stolen election

16   that I continue to believe was stolen.  And I believe at some

17   point hopefully in the not too distant future, this will be

18   proven beyond a reasonable doubt.  I believe the theft of this

19   election has already been proven by any number of ways.  The

20   electronic theft, the organic theft, the Dinesh D'Souza's "2000

21   Mules," what we have already seen about the electronic theft --

22   the election was stolen.  And I was angry about that.

23          My country had been overthrown.  And so I was making

24   angry statements.  And there was an intent to I guess you could

25   say, to raise the blood of my fellow Americans to be equally as

1   passionate as I was about doing something, at least attending a
2   protest.  But at no time did I ever, ever intend to come to
3   Washington, DC, with the intention of engaging in violence or
4   overthrowing -- not overthrowing, but disrupting that meeting
5   that was going to certify the election.  Because at the time
6   people went to Washington, DC, we still thought there was hope.
7   We believed that the election was going to be reviewed,
8   considered.  All of this evidence that had already been
9   collected by that time would be looked at.  And then very
10  likely -- and most of the senators and Congressman were all
11  talking about the fact that they were going to send the results
12  back for further review.
13          And then you might remember that one of the reasons I
14  mentioned Kelly Loeffler and Senator Lindsay Graham on my
15  29-person witness list that I submitted, I guess more for shock
16  value than really thinking I would really be sitting here
17  cross-examining Lindsay Graham.  But you might remember, they
18  had both vowed to send the results back to the states for
19  further review.
20          And then when -- they after the federally instigated
21  and initiated, fed-surrection as many in this country call it,
22  after that occurred, both Lindsay Graham and Kelly Loeffler,
23  republicans, came walking out of the Senate chambers
24  practically in tears saying, you know, I was going to challenge
25  the fact that our country had been overthrown, but those nasty

1    Trump supporters now made me mad.  And so I will just let it

2    go.  We will leave the overthrow of the government intact.

3          It was so obvious republicans were in on this.

4    Democrats were in on this.  Law enforcement was in on this.

5    FBI was in on this.  DOJ is in on this.

6          However, I am not making any claim right now that

7    Special Agent Salo, for example, the case agent, is a corrupt,

8    bad person who is prosecuting me or -- investigating me

9    knowingly that this whole thing is corrupt.  I believe that the

10   FBI is so large and so corrupt, especially at the top, that

11   people like Special Agent Salo and other agents around the

12   country and field offices, they are compartmentalized out of

13   the corruption that is going on above them.

14          And I am going to share with you -- and this is -- it

15   was kind of amazing to me.  I want to just -- as we move

16   further into this trial, I want to give you the mindset of the

17   people who were investigating me.  Immediately after

18   January 6th, the media -- I saw this coming a mile away.  The

19   night of January 6 when the media started reporting on this.

20   It was insane the way they were reporting on it.  I was there

21   that day.  I saw scuffling and pushing and shoving with police

22   officers.  I didn't see machine guns pulled out anywhere and

23   people blasting their way into the Capitol to have an

24   insurrection.  It was a protest that got a little out of hand.

25   I will never be convinced that the reason that it got out of

1    hand was anything other than federal agents and federal

2    informants and crisis actors that were there that day for the

3    purpose of the doing exactly what they did.  And that was to

4    take somebody like me who may have shown some leadership

5    ability in the state of California who they viewed as a threat

6    and do exactly what they are doing to me.  In addition to the

7    rest of conservative America looking out across the country and

8    seeing tanks and armed FBI agents -- not tanks in a literal

9    sense, but SWAT vehicles, rolling up into their front yards and

10   kicking in doors and throwing flash bangs into houses and

11   dragging wives and children and men out of their homes serving

12   search warrants because they happened to be at the Capitol that

13   day.

14        So what that did was it silenced that half of America

15   that was so upset.  And now over time conservative -- even much

16   of conservative America has allowed themselves to be gaslit as

17   I described in one of my filings.  They are basically just

18   being quiet at this point.  Everybody just wants to live their

19   lives.  The media has pushed the drum beat of -- no, the

20   election was legitimate.  We actually do believe that Joe Biden

21   got more votes than Barack Obama which when you ask -- no

22   liberal wants to say, yes -- it is difficult to imagine Joe

23   Biden getting more votes than Trump.  But if you tell a

24   progressive, you are telling me that you actually believe that

25   Joe Biden got more votes than Barack Obama, they have got to

1    scratch their head a little bit and think to themselves, that

2    is probably not the case.  But they have to stick with it to

3    keep this gentleman in office who is in office, whoever he is.

4            Now, back to the mindset.  I don't have any hard

5    feelings against anybody involved in this doing their job.

6    They were, according to the things I heard from Ms. Salo, they

7    were following some direction from people out here who were

8    running the show.  Again, compartmentalization.  They are

9    telling her, here, look at this guy.  Look all of these

10   horrible statements that they are going to show you in Court.

11   And they showed them to her probably and her colleagues.  He is

12   a terrorist.  He is a bad guy, go get him.  Again, the media is

13   cheering this on.  There is this group think that I hope to be

14   able to highlight here, this myopia, this tunnel vision, this

15   group think amongst the FBI, that, hey, we got this assignment.

16   This guy is a bad guy.  Look at all of the horrible things he

17   is saying.  He is angry.  I am wondering if maybe one of them

18   at some of these meetings they might have had about my case

19   scratched his head and said, but, you know, some of the things

20   he is saying make sense.  There really wasn't much security

21   that day.  There really was a responsibility for a massive,

22   massive counterprotest from BLM and Antifa.  And that might be

23   why some of the people were talking about carrying personal

24   protective gear in case the police were overwhelmed and they

25   had to defend themselves long enough to get back into their

1   hotel room.

2           Well, that said, I am going to go into this at much

3   more length.  I have already spent way more time than I was

4   promising you that I was going to take here.  But I wanted to

5   share with you some of the discovery that I received in just

6   the past few days.  I actually found this sitting in the

7   hallway here just now before I walked into this courtroom.  And

8   I thought this is a great example of the mindset that I am

9   going to show you.

10          They were -- the agents were looking for me at some

11  point in Big Bear, California.  I didn't go up to Big Bear,

12  California, about sixty miles from my house in San Clemente, to

13  flee or hide from the FBI.  I am former law enforcement.  I am

14  aware of at least some of the technology that the FBI has.  And

15  I am not going to hide.  You can't hide from them.  If they

16  want to find you, they are going to find you.  I am not a

17  prepper kind of a guy who knows a place in the woods to go and

18  hide out.

19          But I was getting multiple death threats as I was

20  driving home from Washington, DC.  And some somebody in the

21  town that I lived in, San Clemente, had actually made bumper

22  stickers with my picture on it.  And they changed my name from

23  Hostetter and to Hos-traitor.  And they started posting these

24  all over the city of San Clemente including one that was right

25  underneath the window of my condo so that I would know that

1    they know where I live.  So my wife and I went to Big Bear,

2    California up in the mountains.  It was winter.  It was

3    snowing.  You know, we had been there -- we were there for

4    about two weeks before the raid finally occurred.  And the raid

5    occurred the same day we were driving back down the mountain to

6    San Clemente.  But this discussion between agents -- I can't

7    tell exactly who the agents are.  They are just identified by

8    numbers.  But they are referring to Big Bear.  Because they

9    tracked the ping of my cell phone to Big Bear.  And one of them

10   says, I think Hostetter must be here.  And then someone else

11   later down on the thread says, yeah, I mean, we need to find

12   him if you want to go hunting.  And then somebody else added,

13   could be a second house or -- could be a second house in there

14   too, who knows.

15          My thought is they thought maybe I owned a second

16   home up in Big Bear, which I didn't.  And then somebody says,

17   yeah, that is what I am thinking, a second home.  And then the

18   next communication is, regarding the second home, the next

19   communication is, "Oh, my God, now that would be cool.

20   Underground bunker?"

21          When I read this, I thought to myself, I can see

22   these agents talking back and forth based on what they have

23   learned about me up to this point, hoping and praying that they

24   are going to find a second, maybe a hideaway bungalow, an -- I

25   have a second home, maybe there is an underground bunker that

1    goes all of the way from Big Bear to San Clemente that I was

2    using to go back and do my ne'er-do-well deeds.

3             But one last final interesting point in these

4    discovery materials that I got less than a week ago.  You might

5    recall, Your Honor, I was standing in my home talking to you by

6    Zoom.  And I made the comment that this is not justice, what I

7    see happening here in my case.  That to the prosecutor, to the

8    FBI, this is some kind of a game to be won or lost.  And in one

9    of these discovery materials there is a discussion between

10   agents.  And I can tell and I can relate to this discussion as

11   a former detective, that the agents are kind of like, yeah, we

12   know he is going to go to trial, kind of disappointed almost

13   for obvious reasons.  And I can relate to this, because if I

14   investigated a homicide, no matter how much evidence I had or

15   what a good job I did on that case, I know when it gets before

16   a judge, a jury, and defense attorneys that are going to pick

17   it apart, I will undoubtedly going to have made some mistakes.

18   They are going to find some mistakes and they are going to try

19   and make me look bad.  So it is always better from the agent or

20   detective's position when the guy just pleads guilty.  So this

21   is the kind of conversation that they are having.

22            And I feel like I detected a hint of disappointment,

23   because they knew without any doubt I was coming to trial.  And

24   then one of them finally says to the other, well, why wouldn't

25   he?  It is his Super Bowl.  And I will leave you with that,

1    Your Honor.  That I had no idea when I made that comment to you

2    about this being some kind of a game to them, that the FBI

3    agents involved in my case as they were going back and forth

4    with these comments, they actually believe that me, a man I am

5    told is facing 20 years in prison for being at the Capitol that

6    day, they believe that even I think this is some sort of game

7    to be won or lost.  And I want you to rest assured, Your Honor,

8    and let these good people prosecuting me know that this is no

9    game to me.  I realize the stakes involved here.  And I realize

10   my life is in your hands.  I am looking at 20 years in prison.

11   I heard that repeatedly over and over and over again.

12           But I believe by the time I am finished in this

13   trial, simply explaining my mindset, what I really did, what I

14   was doing, why I was doing it, why I was so angry about our

15   country being overthrown -- forgive me.  By the time I am

16   finished explaining things, I think you will have a much better

17   understanding of what really happened that day.  And I again

18   want to thank you for your patience, your kindness through this

19   whole process.  You have let me have my say in my filings and

20   during every hearing, sometimes leaving me speechless because I

21   didn't know what to say because I had said so much.  So I thank

22   you for that.  And that is all I have for my opening statement,

23   sir.

24           THE COURT:  Thank you, Mr. Hostetter.  You did very

25   well there.  I understand your point.  You know, I was thinking

1    back recently to my time in the Army in Vietnam as a defense

2    attorney.  And it is valuable to me as a judge to think back to

3    those days.  I have to keep that in mind always.  I did end up

4    doing some prosecution as well.  But those days as a defense

5    attorney and the mindset you have of those days helps me at a

6    time like this.

7             All right.  The government may call your first

8    witness.

9             MR. MARIANO:  The United States calls Michael

10   Kennedy.

11            MICHAEL KENNEDY, sworn.

12            THE WITNESS:  I do.

13            THE COURTROOM DEPUTY:  Thank you.  You may be seated.

14            MR. MARIANO:  May I proceed, Your Honor?

15            THE COURT:  Yes.

16                          DIRECT EXAMINATION

17   BY MR. MARIANO:

18       Q.  Could you please state and spell your name for the

19   record?

20       A.  It is Michael Aaron Kennedy, M-I-C-H-A-E-L, A-A-R-O-N,

21   K-E-N-N-E-D-Y.

22       Q.  Where do you work, Mr. Kennedy?

23       A.  Currently employed by the Orange County Sheriff's

24   Department in Orange county, California since June of 1999.

25       Q.  I am having a little trouble hearing.  Would you mind

DIRECT EXAMINATION OF MICHAEL KENNEDY

 1    moving the microphone a little closer?

 2        What is your current title?

 3        A.  I am currently a sergeant.

 4        Q.  Did you previously work with the FBI?

 5        A.  I did.  I was assigned to the FBI Joint Terrorism Task

 6    force from May of 2015 to March of 2021.

 7        Q.  And what was your title with the Joint Terrorism Task

 8    Force?

 9        A.  I was a task force officer.

10        Q.  As part of your work with the FBI, did you investigate

11    conduct of individuals who were at the US Capitol on January 6?

12        A.  Yes, I did.

13        Q.  And as part of your work with the FBI, did you also

14    assist other special agents in regards to searches in their

15    investigations?

16        A.  Yes, I did.

17        Q.  So let me turn to this case.  Were you involved in a

18    search related to an individual named Alan Hostetter?

19        A.  Yes.

20        Q.  What search were you involved in?

21        A.  I searched his vehicle.

22        MS. KENNEY:  Objection.  I'm sorry, Your Honor.

23    Objection; foundation, also vague as to when.

24        MR. MARIANO:  I am happy to establish that, Your

25    Honor.

1              THE COURT:  Go ahead.

2    BY MR. MARIANO:

3         Q.  Approximately when was the search, if you remember?

4         A.  It was January 27th, 2021.

5         Q.  Do you see Alan Hostetter in the courtroom today?

6         A.  Yes, I do.

7         Q.  Can you identify him by his location and an item of

8    clothing that he is wearing?

9         A.  Yes.  He is wearing the suit, sitting up front here.

10        Q.  In your work with the FBI, when you participate in a

11   search is an evidence collected item log prepared?

12        A.  It was.

13        Q.  And generally what does that document?

14        A.  The evidence item log basically describes the location

15   of the search, as well as the people involved and who collected

16   the items.  And it is broken down by individual items, item

17   numbers.

18        Q.  We can pull up Government Exhibit 733.  Sergeant

19   Kennedy, do you recognize Government Exhibit 733?

20        A.  Yes.

21        Q.  What is it?

22        A.  It is the evidence item log that we prepared on the

23   27th.

24              MS. KENNEY:  I'm sorry, Your Honor.  I am going to

25   have to object to this line of questioning in regards to a

 1    search that was done 21 days after the January 6th incident.  I

 2    don't know what the relevance is to the actual conduct that is

 3    alleged to have ended on January 6th.

 4            THE COURT:  Overruled.  He is just laying the

 5    foundation still.

 6    BY MR. MARIANO:

 7        Q.  Is Government Exhibit 734 a fair and accurate list of

 8    the evidence collected from the search?

 9        A.  Yes.

10        Q.  And do you keep this type of document in the regular

11    course of your work with the FBI?

12        A.  Yes.

13            MR. MARIANO:  Your Honor, we'll move for the

14    admission of Government Exhibit 733.

15            MS. KENNEY:  Same objection, Your Honor.

16            THE COURT:  Go back one step.  The search was of

17    what, the vehicle?

18            MR. MARIANO:  He testified this is a search of the

19    vehicle.

20            THE COURT:  I'm sorry?

21            MR. MARIANO:  He testified it was a search of the

22    vehicle on January 27th, 2021.

23            THE COURT:  That Hostetter was driving or what?

24            THE WITNESS:  Correct.  He was driving the vehicle.

25            THE COURT:  I'm sorry?

 1           THE WITNESS:  He was driving the vehicle.

 2           MS. KENNEY:  I'm sorry, Your Honor.  I am also going

 3    to lodge an objection in regards to the vagueness of the

 4    vehicle.  There is no indication that the vehicle regarding

 5    this search was actually any vehicle that may have been driven

 6    to the Capitol on January 6th.

 7           THE COURT:  It doesn't matter if it was driven.  The

 8    objection is overruled.  It is received.

 9           (Whereupon, Government Exhibit No. 733 was admitted.)

10           MR. MARIANO:  I'm sorry.  Did you rule on the

11    admission of the exhibit?

12           THE COURT:  I'm sorry.  It was received.

13    BY MR. MARIANO:

14      Q.  Sergeant Kennedy, let me direct you to the first two

15    columns I am circling on the screen to the left-hand side.  Can

16    you identify what those columns are and what they contain?

17      A.  Yes.  The first item or first column is the item

18    number.  It specifically adds a number to the item that was

19    collected.  The second column is the description.  And that

20    provides a brief description of the item.

21      Q.  And moving to the right, the next two columns,

22    location and specific location, can you describe what those

23    document?

24      A.  Yeah.  The location is the general location of where

25    the item was found.  And specific gives a specific location

1  within the general location.

2      Q.  And then the next column, collected by, observed by,

3  what does that document?

4      A.  It lists two individuals and those two individuals

5  either observed or collected each of those items.

6      Q.  And does the collected by, observed by column list

7  every special agent or task force officer who would have seen a

8  piece of evidence that day?

9          MS. KENNEY:  I'm sorry, Your Honor.  I am going to

10  have to lodge an objection in regards to foundation.  If they

11  are trying to get in evidence of what other people actually saw

12  that has been documented, that would raise hearsay and

13  confrontation issues.

14          THE COURT:  Overruled.

15  BY MR. MARIANO:

16      Q.  Let me repeat the question.  Does the collected by

17  evidence, observed by column document every special agent or

18  task force officer who would see a piece of evidence in place

19  that day?

20      A.  It does not.

21      Q.  And what do the packaging, method and comments columns

22  document?

23      A.  The package method basically describes how he packaged

24  it, whether it was a bag or a box.  The comments, you know,

25  depending on the situation, if there is something specific that

DIRECT EXAMINATION OF MICHAEL KENNEDY

```
1    we need to add that doesn't fit into any other columns.
2         Q.  Let's go to Government Exhibit 732.  Sergeant Kennedy,
3    do you recognize this document?
4         A.  I do.
5         Q.  What is this?
6         A.  It is a property receipt, FBI property receipt.
7         Q.  Is it a fair and accurate receipt of property seized
8    from the vehicle search of Mr. Hostetter?
9         A.  It is.
10        Q.  And do you keep this document in the regular course of
11   your work with the FBI?
12        A.  Yes.
13        Q.  We'll move for the admission of Government
14   Exhibit 732?
15             THE COURT:  It is received.
16             (Whereupon, Government Exhibit No. 732 was admitted.)
17   BY MR. MARIANO:
18        Q.  Sergeant Kennedy, I am circling an item at the bottom
19   left-hand side of the screen.  Can you tell me what that is?
20        A.  It is a signature.
21        Q.  Do you know whose signature that is?
22        A.  Alan Hostetter.
23        Q.  Let's go on to Government Exhibit 731.  Do you
24   recognize Government Exhibit 731?
25        A.  Yes.
```

DIRECT EXAMINATION OF MICHAEL KENNEDY

1        Q.  What is it?

2        A.  That is a sketch of the area we searched.

3        Q.  Is it a fair and accurate sketch of where items were

4    collected during the search?

5        A.  Yes.

6        Q.  And do you keep this document in the regular course of

7    your work with the FBI?

8        A.  Yes.

9            MR. MARIANO:  Move for the admission of Government

10   Exhibit 731.

11           THE COURT:  Received.

12           MS. KENNEY:  I'm sorry, Your Honor.  I am going to

13   object again in regards to foundation, multiple layers of

14   hearsay considering how many people were involved in the search

15   and lack of personal knowledge.

16           THE COURT:  Overruled.  It is received.

17           (Whereupon, Government Exhibit No. 731 was admitted.)

18   BY MR. MARIANO:

19       Q.  Now, Sergeant Kennedy, there are a number of circled

20   items within the sketch.  Can you tell the Court what those

21   indicate?

22       A.  Each of those items are numbers that are circled.  And

23   those numbers correlate with the item number on the previous

24   document.

25       Q.  Let's go to Government Exhibit 528.

1      What is Government Exhibit 528?

2      A.  It is a photo of Mr. Hostetter's vehicle.

3      Q.  Go to Government Exhibit 529.  What is this?

4      A.  It is the same vehicle.

5      Q.  Government Exhibit 530.  What is this?

6      A.  A photo of the same vehicle.

7      Q.  Government Exhibit 531.  What is this?

8      A.  A photo of the same vehicle.

9      Q.  Are Government Exhibits 528 through 531 fair and

10     accurate photographs of the car at the time of the search?

11     A.  They are.

12         MR. MARIANO:  Move for admission of Government

13     Exhibit 528 through 531.

14         THE COURT:  Received.

15         (Whereupon, Government Exhibit Nos. 523 through 531

16     were admitted.)

17     BY MR. MARIANO:

18     Q.  We can pull down Government Exhibit 531.  So we are

19     going to start handling some physical evidence.  And I will ask

20     my colleague, Mr. Manning, if he can help by starting with

21     Government Exhibit 801.

22         Sergeant Kennedy, you have been handed Government

23     Exhibit 801.  Can you tell the Court where this item was

24     recovered?

25     A.  Can I open it?

DIRECT EXAMINATION OF MICHAEL KENNEDY

1        Q.  Yes.

2        A.  So this is one of the two bear spray cans that was

3   recovered from the vehicle.

4        Q.  If we can pull up Government Exhibit 733 on the screen

5   at the same time.  And I will direct you on page 2 to line 13.

6   Do you know where this item was recovered?

7        A.  Yeah.  This one was recovered in the black bag on the

8   back seat of the vehicle.

9        Q.  And this item, is this in substantially the same

10  condition as it was at the time of the seizure?

11       A.  It appears to be.

12           MR. MARIANO:  Move for admission of

13  Government Exhibit 801.

14           THE COURT:  Received.

15           (Whereupon, Government Exhibit No. 801 was admitted.)

16  BY MR. MARIANO:

17       Q.  Let's go to Government Exhibit 549.  Do you recognize

18  this photograph?

19       A.  Yes, I do.

20       Q.  What is this?

21       A.  It is a photograph of the bear spray within the black

22  bag.

23       Q.  Do you see any other items in this photograph?

24       A.  I do.

25       Q.  Is this a fair and accurate photograph of certain

1    evidence at the time it was seized at the search?

2        A.  Yes.

3            MR. MARIANO:  We'll move for admission of Government

4    Exhibit 549.

5            THE COURT:  Received.

6            (Whereupon, Government Exhibit No. 549 was admitted.)

7    BY MR. MARIANO:

8        Q.  And you said you recognized the bear spray in this

9    photograph.  Your screen is a touch screen.  Can you indicate

10   where you see the bear spray?

11       And for the record, the witness has circled an area

12   slightly to the top left of center.

13           THE COURT:  That matches what you had in your hand

14   there?

15           THE WITNESS:  Yes, sir.

16           THE COURT:  Okay.

17   BY MR. MARIANO:

18       Q.  As we go to the next exhibit, let's keep Government

19   Exhibit 549 on the screen.  And we'll go to physical item

20   Government Exhibit 803.

21       Sergeant Kennedy, do you know where this item was

22   recovered?

23       A.  Yes.  This was recovered in the same black bag.

24       Q.  And could you show it to the court please and say what

25   it is?

1          A.  It is a stun baton.

2          Q.  And is this stun baton in substantially the same

3    condition as it was when it was received?

4          A.  It appears so.

5               MR. MARIANO:  Move for the admission of Government

6    Exhibit 803?

7               THE COURT:  Received.

8               (Whereupon, Government Exhibit No. 803 was admitted.)

9    BY MR. MARIANO:

10         Q.  Turning your attention to Government Exhibit 549,

11   which is still on the screen.  I am indicating an item slightly

12   right of center labeled item number 11.  Do you see that?

13         A.  I do.

14         Q.  What is that?

15         A.  That is the same stun baton.

16         Q.  Does that appear to be the same stun baton that you

17   have in Government Exhibit 803?

18         A.  Yes.

19         Q.  Okay.  You can set Government Exhibit 803 aside for a

20   moment.  But in Government Exhibit 549, let me indicate the

21   item labeled 14, do you see the area that I am indicating on

22   the left-hand side of the screen?

23         A.  I do.

24         Q.  Do you know what that item is?

25         A.  It is a bulletproof vest.

1        Q.  And then I am indicating an item at the bottom

2   right-hand side of the screen, item number 12.  Do you

3   recognize what that is?

4        A.  I believe that is one of the pistols that was located

5   in the bag.

6        Q.  Let's go to Government Exhibit 733.  And I will direct

7   you on page 2 to line 12.  Can we call out line 12?  Can you

8   describe to the Court what line 12 indicates?

9        A.  The first column provides the item number, number 12.

10  And then the description is a SIG Sauer pistol with the serial

11  number that was located in the black bag.

12       Q.  Can we call out line 14?  What does line 14 indicate?

13       A.  Line 14 indicates the ballistic or bulletproof vest

14  that was located in the same black bag.

15       Q.  Let's go to Government Exhibit 551.

16       Do you recognize Government Exhibit 551?

17       A.  Yes.

18       Q.  What is it?

19       A.  It is the SIG Sauer pistol that was located in the

20  black bag.

21       Q.  Is it a fair and accurate photograph of the firearm at

22  the time of the seizure?

23       A.  It is.

24       Q.  And is this the same firearm that we saw in the

25  previous exhibit?

DIRECT EXAMINATION OF MICHAEL KENNEDY

1      A.  It is.

2           MR. MARIANO:  We'll move for the admission of

3    Government Exhibit 551.

4           THE COURT:  Received.

5           (Whereupon, Government Exhibit No. 551 was admitted.)

6    BY MR. MARIANO:

7      Q.  Let's go to back to Government Exhibit 733.  Was the

8    SIG Sauer pistol the only firearm that was recovered in the

9    search?

10     A.  It was not.

11     Q.  Let me call out line 6.  Can you describe for the

12   Court what this indicates?

13     A.  Line 6 is a Beretta pistol that was located in a black

14   suitcase in the back of the vehicle.

15     Q.  Let's go to Government Exhibit 541.  What is this

16   photograph?

17     A.  It is a photo of the butt or handle end of the weapon

18   within a sock.

19     Q.  Can you indicate where you see the firearm in the

20   screen?

21          The witness has indicated a lower portion of the screen

22   slightly to the left of center.

23          Is this a fair and accurate photograph of the firearm at

24   the time of the search?

25     A.  Yes, it is.

1           MR. MARIANO:  Move for the admission of Government

2  Exhibit 541.

3           THE COURT:  Received.

4          (Whereupon, Government Exhibit No. 541 was admitted.)

5  BY MR. MARIANO:

6     Q.  Let's go to Government Exhibit 542.  What is

7  Government Exhibit 542?

8     A.  It is a photograph of the same pistol.

9     Q.  Is it a fair and accurate photograph of the firearm at

10  the time of the seizure?

11     A.  Yes, it is.

12           MR. MARIANO:  And move for admission of Government

13  Exhibit 542.

14           THE COURT:  Received.

15          (Whereupon, Government Exhibit No. 542 was admitted.)

16  BY MR. MARIANO:

17     Q.  We can pull down Defendant's Exhibit 542 and go to

18  physical item Government Exhibit 804.  What is that item?

19     A.  It is a gray backpack.

20     Q.  Would you mind opening it up a bit and showing the

21  Court the size of the backpack?

22           THE COURT:  What was the number?

23           MR. MARIANO:  804.

24  BY MR. MARIANO:

25     Q.  Is this item in substantially the same condition it

1      was at the time it was seized?

2           A.  Yes.

3                MR. MARIANO:  We'll move for admission of Government

4      Exhibit 804.

5                THE COURT:  Received.

6                (Whereupon, Government Exhibit No. 804 was admitted.)

7      BY MR. MARIANO:

8           Q.  Did the backpack have any items inside of it when it

9      was seized?

10          A.  Yes, it did.

11          Q.  Let's go to Government Exhibit 543.  What is

12     Government Exhibit 543?

13          A.  It is the same backpack.

14          Q.  Is it a fair and accurate photo of certain evidence

15     seized at the time of search?

16          A.  Yes.

17               MR. MARIANO:  We'll move for admission of Government

18     Exhibit 543.

19               THE COURT:  Received.

20               (Whereupon, Government Exhibit No. 543 was admitted.)

21     BY MR. MARIANO:

22          Q.  Now, there are a number of items sticking out of the

23     backpack; is that correct?

24          A.  Correct.

25          Q.  And the items sticking out of the backpack, where did

DIRECT EXAMINATION OF MICHAEL KENNEDY

1    you find those items at the time of the search?

2         A.   They were within the backpack.

3         Q.   And can you identify those items for the Court?

4         A.   It is the second bear spray and the maroon or burgundy

5    knit hat and an Indiana Jones type hat as well.

6         Q.   As we go on to the next physical exhibit, let's keep

7    Government Exhibit 543 on the screen and go to physical item

8    Exhibit 805.

9         Would you open up Government Exhibit 805 and show it to

10   the Court, please.  What is Government Exhibit 805?

11        A.   It is a can of bear spray.

12        Q.   Is this item in substantially the same condition as it

13   was at the time it was seized?

14        A.   Yes.

15        Q.   Where was this item recovered?

16        A.   Within the gray backpack.

17             MR. MARIANO:  Move for admission of Government

18   Exhibit 805.

19             THE COURT:  Received.

20             (Whereupon, Government Exhibit No. 805 was admitted.)

21   BY MR. MARIANO:

22        Q.   Let's go on to Government Exhibit 806.  Can you take

23   out Government Exhibit 806 and show it to the Court.  And what

24   is Government Exhibit 806?

25        A.   It is the maroon knit hat that was in the backpack.

 1          Q.  Is that in substantially the same condition as it was

 2     at the time it was seized?

 3          A.  Yes.

 4              MR. MARIANO:  We'll move for admission of Government

 5     Exhibit 806.

 6              MS. KENNEY:  I'm sorry, Your Honor.  I just want to

 7     put on the record that we haven't been shown the physical

 8     exhibits at all.  It was just put on the list that they were

 9     physical exhibits.  I just wanted to put that on the record.

10              MR. MARIANO:  I am happy to clarify, Your Honor.  We

11     have identified our exhibit list to them.  And we actually

12     offered anytime they wanted to see the physical evidence that

13     we would make it available to them.

14              THE COURT:  Okay.  If they want to see them, you can

15     show them as you move them.

16              MR. MARIANO:  We are happy to do that.

17              MS. KENNEY:  Thank you, Your Honor.

18              MR. MARIANO:  Would you like us to provide them now

19     as they come in?

20              MS. KENNEY:  Yes.  That is what we are normally used

21     to.  Thank you.

22              MR. MARIANO:  Okay.

23              I want to make sure the record is clear, did I move

24     in Government Exhibit 806?

25              THE COURT:  Yes.

 1                    (Whereupon, Government Exhibit No. 806 was admitted.)

 2    BY MR. MARIANO:

 3         Q.   Okay.  Great.  We can pull down Government Exhibit 543

 4    and move on to Government Exhibit 809.

 5         Could you open up Government Exhibit 809 and show it to

 6    the Court?  What is Government Exhibit 809?

 7         A.   It is a pair of boots.

 8         Q.   Are they in substantially the same condition as they

 9    were when they were seized?

10         A.   Yes.

11              MR. MARIANO:  We move for admission of Government

12    Exhibit 809?

13              THE COURT:  They were in the 801 also.  They were in

14    the gray backpack or not?

15    BY MR. MARIANO:

16         Q.   Let's pull up Government Exhibit 733 and if we can

17    call out line 5.  Where were the --

18              THE COURT:  Oh, I see.

19    BY MR. MARIANO:

20         Q.   -- the shoes received?

21         A.   They were in the back of the vehicle.

22              THE COURT:  Okay.  I got you.

23    BY MR. MARIANO:

24         Q.   Let's go to Government Exhibit 812.

25         Sergeant Kennedy, can you show Government Exhibit 812 to

DIRECT EXAMINATION OF MICHAEL KENNEDY                    45

1    the Court?

2         And what is Government Exhibit 812?

3         A.  It is a blue jacket.

4         Q.  Is it in substantially the same condition as it was at

5    the time of seizure?

6         A.  Yes.

7              MR. MARIANO:  Move for the admission of Government

8    Exhibit 812.

9              THE COURT:  Received.

10             (Whereupon, Government Exhibit No. 812 was received.)

11   BY MR. MARIANO:

12        Q.  Let's go on to Government Exhibit 811.

13        Sergeant Kennedy, can you open Government Exhibit 811 and

14   show it to the Court, please?

15        And what is it?

16        A.  It is a can of pepper spray.

17        Q.  Is it in substantially the same condition as it was at

18   the time of seizure?

19        A.  Yes.

20             MR. MARIANO:  We move for admission of Government

21   Exhibit 811.

22             THE COURT:  I'm sorry.  What did you say it was

23   again?

24             THE WITNESS:  Pepper spray.

25             THE COURT:  What number is it on the --

```
 1    BY MR. MARIANO:
 2         Q.  Government Exhibit 811.  So in Government Exhibit 733,
 3    can we go to page 2 and call out -- on page 1, call out line 3.
 4              THE COURT:  Pepper spray, 3.
 5    BY MR. MARIANO:
 6         Q.  Where was this item recovered, Sergeant Kennedy?
 7         A.  It was located in the cup holder of the center console
 8    of the vehicle.
 9              THE COURT:  Okay.
10              MR. MARIANO:  Move for the entrance of Government
11    Exhibit 811.
12              THE COURT:  It is received.
13              (Whereupon, Government Exhibit No. 811 was admitted.)
14    BY MR. MARIANO:
15         Q.  And we'll go on to Government Exhibit 810.  Sergeant
16    Kennedy, can you open up Government Exhibit 810 and show it to
17    the Court.  And what is Government Exhibit 810?
18         A.  It is like a brass-knuckle type stun gun, flashlight.
19         Q.  Within Government Exhibit 733, if we can call out line
20    4.  Where was this item recovered?
21         A.  It was in the center console of the vehicle.
22         Q.  And is Government Exhibit 810 in substantially the
23    same condition it was as the time of seizure?
24         A.  Yes.
25              MR. MARIANO:  We move for the admission of Government
```

```
 1    Exhibit 810.

 2                THE COURT:  Received.

 3                (Whereupon, Government Exhibit No. 810 was admitted.)

 4    BY MR. MARIANO:

 5        Q.  Let's go to Government Exhibit 537.  What is

 6    Government Exhibit 537?

 7        A.  It is a photograph of an iPhone that was taken from

 8    the vehicle.

 9        Q.  Is it a fair and accurate photograph of the iPhone

10    that was recovered at the time of the search?

11        A.  It is.

12                MR. MARIANO:  We'll move for the admission of

13    Government Exhibit 537.

14                THE COURT:  Received.

15                (Whereupon, Government Exhibit No. 537 was admitted.)

16    BY MR. MARIANO:

17        Q.  So looking at the screen itself, the top line starts

18    with name.  Do you see that?

19        A.  Yes.

20        Q.  Can you read that for the record?

21        A.  Alan's iPhone.

22        Q.  And then the couple of rows down is a line beginning

23    model name.  Do you see that?

24        A.  Yes.

25        Q.  Could you read that for the record?
```

1      A.  IPhone 11.

2      Q.  Could you please describe the appearance of the phone?

3      A.  It has a small, looks like possible case around it and

4  a screen saver.  The screen has a few cracks, two more

5  significant cracks to the left side of the screen.

6      Q.  So indicating an area on the left side of the screen,

7  do you see a couple of cracks there?

8      A.  I do.

9      Q.  So indicating an area on the right side of the screen,

10  do you see three cracks there?

11      A.  I do.

12      Q.  Let's leave Government Exhibit 537 on the screen and

13  bring up physical item Government Exhibit 601.  Sergeant

14  Kennedy, what is Government Exhibit 601?

15      A.  It is an iPhone 11.

16      Q.  Would you show it to the Court, please?

17         THE COURT:  That is 601?

18         MR. MARIANO:  This is 601, yes.

19  BY MR. MARIANO:

20      Q.  Does this appear to be the phone pictured in

21  Government Exhibit 537?

22      A.  Yes.

23      Q.  Does the phone appear to be in substantially the same

24  condition it was at the time it was seized?

25      A.  Yes.

1                 MR. MARIANO:  We'll move for the admission of

2     Government Exhibit 601.

3                 THE COURT:  And on 733, that is what, number 1?

4     BY MR. MARIANO:

5          Q.  Let's go to Government Exhibit 733.  This is item

6     number -- we can call out line 1.  Sergeant Kennedy, where was

7     the iPhone recovered?

8          A.  In the center console of the vehicle.

9                 THE COURT:  All right.  It is received.  That

10    number -- see the number listed in the number here.  Does that

11    match that iPhone?  Can you tell?

12                THE WITNESS:  The serial number?

13                THE COURT:  It matches this one here, the serial

14    number doesn't it, in the photo?  That iPhone probably is worn

15    down now.  You can't turn that iPhone on, can you?

16                THE WITNESS:  I haven't tried.  Would you like me to

17    try?

18                THE COURT:  But it matches the number on the photo

19    anyway?

20                THE WITNESS:  Correct.

21                THE COURT:  All right.

22                MR. MARIANO:  Let's pull up -- I'm sorry.  We move

23    for admission of Government Exhibit 601?

24                THE COURT:  601 is received.

25                (Whereupon, Government Exhibit No. 601 was admitted.)

DIRECT EXAMINATION OF MICHAEL KENNEDY

 1   BY MR. MARIANO:

 2       Q.  We can pull down Government Exhibit 733 and bring up

 3   physical item number 603.

 4       While we are doing that, can we pull up Government

 5   Exhibit 733?  And can we call out line 15?  What does line 15

 6   indicate?

 7       A.  The silver MacBook Pro, item number 15 with the serial

 8   number.

 9       Q.  And where was that recovered?

10       A.  In a brown bag on the back seat.

11       Q.  Could you open up Government Exhibit 603 and show it

12   to the Court.  And what is it?

13       A.  It is a MacBook Pro.

14       Q.  And with line 15 of Government Exhibit 733 still

15   called out, does the serial number on the MacBook match the

16   serial number in Government Exhibit 733?

17       A.  Yes.

18       Q.  Does the MacBook appear to be in substantially the

19   same condition it was at the time it was seized?

20       A.  Yes.

21           MR. MARIANO:  We move for the admission of Government

22   Exhibit 603.

23           THE COURT:  Received.

24           (Whereupon, Government Exhibit No. 603 was admitted.)

25   BY MR. MARIANO:

 1          Q.  With respect to Government Exhibit 601 and 603, the

 2     iPhone and the MacBook, what was your understanding of what

 3     would happen with them after they were seized?

 4          A.  They would be sent to the Orange County Regional

 5     Computer Forensic Lab or the OCRCL.

 6     BY MR. MARIANO:

 7          Q.  Let's go to Government Exhibit 535.  What is

 8     Government Exhibit 535?

 9          A.  It is a small hatchet.

10          Q.  Is it a fair and accurate photograph of the hatchet at

11     the time it was found in the search of the vehicle?

12          A.  Yes.

13              MR. MARIANO:  We'll move for the admission of

14     Government Exhibit 535.

15              THE COURT:  Received.

16              (Whereupon, Government Exhibit No. 535 was admitted.)

17     BY MR. MARIANO:

18          Q.  Sergeant Kennedy, I am indicating an area center right

19     of the screen, underneath the hatchet.  Can you see what that

20     is?

21          A.  Yes.

22          Q.  Can you read any of that?

23          A.  It is Trump signs, President Trump.

24          Q.  Let's go to Government Exhibit 807.  While we are

25     doing that, if we can pull up Government Exhibit 733 and call

1    out line 7.  Sergeant Kennedy, what does line 7 indicate?

2         A.  Line 7 is the mini axe or hatchet that was located in

3    the vehicle under the back seat.

4         Q.  Sergeant Kennedy, can you open Defendant's Exhibit 807

5    and show it to the Court, please.  What is that?

6         A.  It is the mini axe or hatchet that was located on the

7    back seat.

8         Q.  Is there some kind of cover on the top of Government

9    Exhibit 807?

10        A.  There is.

11        Q.  Would you be able to unhook that and just describe to

12   the court for the record what you are doing?

13        A.  It is the leather cover that is covering the sharp

14   portion of the axe.

15        Q.  And is this item in substantially the same condition

16   it was at the time it was seized?

17        A.  Yes.

18             MR. MARIANO:  We'll move for the admission of

19   Government Exhibit 807?

20             THE COURT:  Received.

21             (Whereupon, Government Exhibit No. 807 was admitted.)

22             MR. MARIANO:  No further questions, Your Honor.

23             THE COURT:  All right.  Mr. Hostetter, if you want to

24   ask questions, you may.

25             MR. MARIANO:  Your Honor, may I approach and

CROSS-EXAMINATION OF MICHAEL KENNEDY

```
 1    recover --
 2              THE COURT:  Yes.
 3                        CROSS-EXAMINATION
 4    BY MR. HOSTETTER:
 5         Q.  Good morning, Sergeant Kennedy.
 6         A.  Good morning.
 7         Q.  Thank you for your service.  I have fond memories of
 8    working with Orange County Sheriff's Department way back in the
 9    '80s.  The first thing I would like to ask you is when you -- I
10    want to confirm you were part of the detail that stopped me on
11    the freeway?
12         A.  Yes, I was.
13         Q.  Forgive me for not remembering exactly who you were at
14    the time.  There were several, I think, agents and officers,
15    deputies involved.  Would you describe me as cooperative when
16    we were --
17         A.  Yes.
18         Q.  Okay.  Do you happen to know a sheriff's department
19    employee named Alinaya from OCIAC?
20         A.  Yes.
21              MR. HOSTETTER:  And, Your Honor, I believe this may
22    open the door that was being discussed earlier to my May 21st
23    arrest in Orange County.  But I have a question -- in all
24    honesty, it is not going to break my heart if we end up talking
25    about that.  It is nothing I am ashamed of.
```

1    BY MR. HOSTETTER:

2        Q.  But my question for you regarding Mr. Alinaya is I was

3    told by somebody that has some information —— I will call him a

4    confidential informant that has some knowledge of OCIAC and

5    stated to me that my arrest for ——

6            MR. MARIANO:  Objection, Your Honor.  I just want to

7    object to the extent Mr. Hostetter is putting in his own

8    testimony through the question.

9            THE COURT:  He wants to ask the question, go ahead.

10   BY MR. HOSTETTER:

11       Q.  I found out after my arrest, on May 21st, 2020, that

12   arrest —— this is for the fence issue with the sheriff's

13   department arrested me for protesting about the fence

14   installation.  I found out from this person —— he had a

15   conversation with Mr. Alinaya of OCIAC that said that report

16   ended up on his desk for further follow up, which would

17   indicate to me that OCIAC was working me going back all of the

18   way back to May of 2020.

19       Do you have any knowledge about that whether or not —— let

20   me ask one more question, were you working and attached to

21   OCIAC at the time you were dealing with me?

22       A.  During the time of this current case?

23       Q.  During the time you were stopping me on the freeway.

24       A.  I was assigned to the joint terrorism task force.

25       Q.  You guys work through OCIAC, don't you?  Isn't that

1    part of the fusion center?

2        A.  We are a different branch, the counterterrorism

3    bureau.  The OCIAC is under the counterterrorism bureau and the

4    JT2F is separate under the counterterrorism bureau.

5        Q.  Okay.  So you don't have any personal knowledge about

6    whether my case from May ended up on Alinaya's desk for follow

7    up?  It was connected to this, I believe.

8        A.  I was not present during that incident --

9        Q.  Okay.

10       A.  -- so I have no knowledge.

11       Q.  Okay.  Do you have any knowledge of OCIAC and the

12   joint terrorism task force focused on me and working me long

13   before January 6th?

14       A.  I do not.

15       Q.  You don't have that knowledge.  Okay.

16       Going back you said I was cooperative at the stop.  Is it

17   safe to say or -- please correct me if I am wrong.  It has been

18   a long time since I have been on the job.  Is bear spray

19   basically pepper spray in a bigger can?

20       A.  To an extent.

21       Q.  Are there bears in Big Bear?

22       A.  I don't think there are anymore, but I am not an

23   expert.  I think they are all gone.

24       Q.  I say it tongue in cheek.  When I -- did you

25   personally ask me for assistance in finding the firearms that

1    were in my vehicle?  Did somebody come to me and ask me, can

2    you help us -- just tell us if you have any firearms, typical

3    law enforcement question in a traffic stop, do you have any

4    firearms and if so, was that you?

5         A.  That was not me, no.

6         Q.  Okay.  Somebody asked me that question.  And I gave

7    him -- I told him exactly that they would be in a sock,

8    basically.  They were also completely disassembled.  Are you

9    aware of that, that they were in a disassembled condition?

10        A.  Correct, disassembled, yes.

11        Q.  Regarding the phone and the MacBook.  Let me go back a

12   little bit.  Are you aware of the fact that I was receiving

13   harassment and death threats in some cases related both to my

14   activities related to the COVID protest and also January 6?  I

15   reported one of them specifically to the sheriff's department.

16        A.  I was aware of the January 6 stuff.  Stuff prior, I

17   don't recall anything.

18        Q.  Okay.  Going back to the phone --

19            THE COURT:  I am going to stop you.  Had you been

20   aware that he had been threatened before this stop?  I think

21   that is what his question was.

22            THE WITNESS:  It could have been before, but it was

23   after January 6.

24            THE COURT:  Right.  After January 6, but before

25   this -- what was the date of the stop?

1          THE WITNESS:  January 27th, 2021.

2          THE COURT:  So you were aware he had been threatened

3     as a result of January 6?

4          THE WITNESS:  Correct.

5          THE COURT:  I think that was his question.

6          MR. HOSTETTER:  Yes, sir.

7     BY MR. HOSTETTER:

8     Q.   Regarding my phone and my MacBook, when I was being

9     detained on the street next to the search as you guys were

10    conducting the search, either I asked or somebody volunteered

11    to me that, how -- I think I asked, how long will you be

12    keeping my phone and my MacBook?  And they said could be few

13    weeks, could be a few months, depends on how busy they are.

14    And as you can see, they have never been returned to me.  And I

15    may be -- let me ask the question first.

16         They have never been returned to me.  Is that standard

17    operating procedure that you would keep those indefinitely for

18    2 and a half years and not give them back to the defendant?

19    A.   It depends on if they are evidence.

20    Q.   I'm sorry?

21    A.   If it is evidence, it is held with the standard of

22    evidence.  So it has to be released by the Court.

23    Q.   Okay.  I am just wondering why somebody -- an agent or

24    somebody with your detail told me it might be a few weeks or a

25    few months when I get them back.  I have never gotten them

 1    back.  I think because of the way the discovery was produced to

 2    me and my advisory counsel -- and not only to me, I think have

 3    another attorney in here from part of our group that was

 4    initially indicted -- it was a nightmare to get into this

 5    so-called global discovery.  I didn't even make an attempt, I

 6    will be honest, Your Honor.  Once I realized that they were

 7    dumping thousands and thousands of files on us as a delay

 8    strategy, I just quit looking at it.  I know what I did that

 9    day.  I analyzed the first tranche of evidence and that was

10    that.

11            MS. KENNEY:  Your Honor, may I approach

12    Mr. Hostetter?

13            THE COURT:  Yes.

14            (Pause.)

15    BY MR. HOSTETTER:

16        Q.  Back to the devices.  Are you aware of whether or not

17    there was a forensic image made of each device?

18        A.  That is the point of sending them to Orange County

19    Regional Computer Forensics Lab is to make a forensic copy.

20        Q.  Is it then common for either the devices themselves or

21    the forensic images be given back to the defendant so he has

22    exactly the same thing that the prosecution has?

23        A.  I am not aware of defense procedures.

24        Q.  I mean, that the prosecution would do that in

25    discovery?

1      A.  Correct.

2      Q.  Again, I never received back my devices.  And to my

3  knowledge, I haven't received back mirrored images.  And,

4  again, this goes back to the discovery issues and dumping

5  thousands of upon thousands of files before each hearing that

6  we had to basically then say, well, Your Honor, we just dumped

7  thousands of files on them.  And we need to study more and they

8  need to study more, so we need an extension of time to delay

9  this for now two and a half years.  And Ms. Kenney attempted to

10  get into training specifically for that system.  The day that

11  she went in for training, she was unable to even log in to

12  train.  That is how bad the evidence system is.

13      So if I was given mirrored images of my devices back, I

14  never received them.  I will also say that I believe I have --

15  and I stated this in a filing that I believe I have a good deal

16  of exculpatory evidence in my Facebook and Instagram accounts

17  that Mark Zuckerberg apparently personally decided, I am sure

18  with the help of the FBI highers that told him to do this.  And

19  there was a newspaper article written in "The Washington Post"

20  by a journalist I can't remember.  And if I remember

21  correctly --

22          MR. MARIANO:  Your Honor, I am loathe to object, but

23  this is for questions for Sergeant Kennedy.

24          THE COURT:  Let's get the question to the witness and

25  we can take that another time.

1            MR. HOSTETTER:  Yes, sir.

2    BY MR. HOSTETTER:

3        Q.  I think there will be another way to fit this in

4    somewhere in the future about Mr. Zuckerberg.  It is an

5    interesting story.

6        Let me just glance at my notes here real quick.

7        Did you happen to attend January 6th?

8        A.  I did not.

9        Q.  Did you -- any photograph that you saw of me from

10   January 6, did you see me in possession of any weapons?

11       A.  I don't recall seeing any photos of any weapons in

12   your possession.

13       Q.  Did it ever come to your attention that after

14   January 6, I drove home to San Clemente unpacked, repacked and

15   then drove to Big Bear, California?

16       A.  I knew you returned home.  But I am not sure what you

17   did in between your return.

18       Q.  Fair enough.  Do you have a general idea of exactly

19   how many agents were present at my traffic stop?

20       A.  Like maybe close to 20.

21       Q.  Okay.

22       A.  Personnel, not all agents.

23       Q.  Was there a SWAT team involved?

24       A.  There was.

25       Q.  Okay.  Was I considered a high-risk stop, is that why

1    a SWAT team was involved?

2         A.   Correct.

3         Q.   Okay.  Is it safe to say that as far as what I was

4    doing, what I had in my possession at January 6, you have no

5    idea?

6         A.   Not no idea.

7         Q.   As far as personal protective gear, you don't see

8    anything in photographs?  You don't have any personal knowledge

9    of whether or not I had any personal protective gear on me; is

10   that correct?

11        A.   I did see some photographs prior to going up to stop

12   you and conduct a search to be able to identify items that may

13   have been on your person.

14        Q.   Were any of those photographs pictures of me

15   possessing weapons or other items of personal protective gear

16   in Washington, DC on January 6?

17        A.   Not that I can specifically recall.

18        Q.   Okay.  Did you have anything to do with viewing any of

19   my email messages that were sent back and forth around the

20   time -- this would be from my Alan Hostetter account, my Gmail

21   account, any messages about me ordering one of these axes that

22   you -- the axe that you showed me or the prosecution showed me,

23   did you ever come across email showing that I ordered a brand

24   new axe?

25        A.   I never read specifically your emails.

1          MR. HOSTETTER:  Okay.  That is all I have, Your

2     Honor.  Thank you.

3          MR. MARIANO:  No redirect, Your Honor.

4          THE COURT:  All right.  You can step down.

5          Do you want to start your next witness or --

6          MR. MARIANO:  I defer to the Court.  We are happy to

7     take a lunch break now or start the next witness.

8          THE COURT:  All right.  Let's start somebody and

9     we'll stop at 12:30.

10          MR. MARIANO:  While we are calling the next witness,

11     my colleague, Jason Manning has an item to raise.

12          MR. MANNING:  Your Honor, at this time, the

13     government moves for admission for the two certificates

14     pursuant to Federal Rule of Evidence 902(14).  These are

15     Exhibits 722 and 726, which we referenced in our trial brief.

16     If we could bring up 722.  I will explain the overarching

17     purpose here, Your Honor, is that as we just heard from

18     Sergeant Kennedy, the iPhone and MacBook that was seized from

19     Mr. Hostetter's vehicle was directed to the forensic lab in

20     southern California to be imaged.  And it was imaged.

21          Later in this trial, Special Agent Salo will testify

22     about specific pieces of evidence that came out of those

23     images.  These two certifications pursuant to 902(14) are

24     intended to show the authenticity of the image that Special

25     Agent Salo used.  I can provide more information, if you would

 1     like.

 2             But I would start here with Government Exhibit 722.

 3     See that the qualified person is named there on top and

 4     describes his qualifications.  We also have for the Court's

 5     consideration, which I will bring up momentarily, his

 6     curriculum vitae that further shows his qualifications.  And

 7     the Court will see, in paragraph 1, the reference to the iPhone

 8     11 with the same serial number that the Court saw moments ago

 9     in the exhibits introduced to Sergeant Kennedy.

10             MS. KENNEY:  I'm sorry.  I'm sorry to interject here.

11     I'm a little confused.  Are the government not calling

12     Mr. Fullerton and they are trying to get this evidence in with

13     these declaration?  Because there is a huge confrontation issue

14     if that is what they are trying to do.

15             THE COURT:  I think that is your argument that under

16     702(14), you can do that; right?  I mean, 902(14) you can do

17     that?

18             MR. MANNING:  Yes, Your Honor.  902(14) specifically

19     contemplates that authenticated images of digital devices, like

20     business records, can be introduced pursuant to a hearsay

21     exception for the reasons set forth in the committee notes.

22     And we have provided these certificates to the defendant in

23     advance of this trial to give them an opportunity to raise

24     whether there is any issue with the authenticity.  They haven't

25     raised any issue with us.  The full images that are being

1   referenced both of the iPhone and the MacBook were produced

2   electronically to the defendant himself on September 30th,

3   2021.  So contrary to the representations we just heard, he has

4   had a year and a half with these same images.  We provided a

5   letter some months ago recapping all of the discovery that had

6   been produced, again identifying these materials.

7             So the rule --

8             THE COURT:  726 is, what, the Mac Pro?

9             MR. MANNING:  726 is the Mac Pro and 722 is the

10  iPhone 11.  And Exhibit 723 is the curriculum vitae of the

11  qualified examiner who signed the certificate for 722.  And

12  Exhibit 727 is the curriculum vitae of the forensic examiner

13  who provided the certificate in 726.

14            THE COURT:  All right.  Those are not coming into

15  evidence?

16            MR. MANNING:  No.  Those are just for the Court's

17  preliminary consideration under Rule 104 of the qualifications.

18            THE COURT:  So the two you are moving are 722 and

19  726?

20            MR. MANNING:  Yes, Your Honor.

21            THE COURT:  I will hear either the defendant or

22  defense standby counselor.

23            MS. KENNEY:  Yes, Your Honor.  Since I am doing the

24  objections.  My issue here, Your Honor, is with Mr. Hom and

25  Mr. Fullerton.  They are forensic analysts.  So although a

1    phone download and computer download were done, they were

2    turned over to Orange County Regional Lab which conducted

3    forensic analysis of each device.  If the government is trying

4    to get in without calling those witnesses, the entire phone

5    download or anything used from the download from the phone or

6    the computer without giving Mr. Hostetter the ability to

7    cross-examine either Mr. Hom or Mr. Fullerton, that is a huge

8    confrontation violation.  He has the right to confront the

9    witnesses against him.  And to try to back door in extremely

10   important and crucial evidence that they are using against him

11   out of his phone, I don't -- I don't see how that would

12   fundamentally be fair to Mr. Hostetter.  And with that, I don't

13   know how they overcome the hearsay and confrontation clause

14   issues with both of those devices.

15            THE COURT:  Okay.

16            MS. KENNEY:  Thank you, Your Honor.

17            MR. MANNING:  Your Honor, I will briefly respond just

18   to standby counsel's two points.  We are not seeking to

19   introduce into evidence the entire image of the phone and the

20   entire image of the MacBook, which has lots of personal

21   information that has nothing to do with this trial.  We are not

22   seeking to introduce that entire image into evidence.  What we

23   are seeking to do is to establish the foundation for which the

24   individual pieces of information on the phone and on the

25   MacBook that are relevant to this trial.  Special Agent Salo is

1    going to testify and introduce those items of evidence and she

2    will be available for cross-examination.  She is going to say

3    that she found a particular photograph or particular text

4    message on this image of the phone.  So that is the only

5    purpose of the certificate.  Courts have routinely held,

6    including the Sixth Circuit Court of Appeals, there is no

7    confrontation clause when the issue is simply the routine

8    process of imaging an item that was seized.

9            THE COURT:  Do you have any case law that supports

10   it?  I don't remember ever having ruled on a 902(14) question,

11   maybe somebody has.

12           MR. MANNING:  The rule is relatively new.  It was

13   added in 2017.  I will cite the Court to --

14           THE COURT:  That is why I never ruled on it.

15           MR. MANNING:  I will cite the Court to two cases.

16   United States versus Dunnican, D-U-N-N-I-C-A-N, which is from

17   the Sixth Circuit in 2020.  The citation is 961 F.3d 859.

18           THE COURT:  921?

19           MR. MARIANO:  I'm sorry.  961 F.3d 859.  The pin site

20   is 872.  And I will cite another case from the Eastern District

21   of Michigan at the District Court, United States versus

22   Anderson, 563 F. Supp. 3d 691 at 695, 696 in the Eastern

23   District of Michigan 2021.

24           THE COURT:  Okay.  I will look at that over lunch.

25           Ms. Kenney, do you have any cases on the point

1     either?  I don't think I have ever ruled on the point.

2           MS. KENNEY:  No, Your Honor.  I haven't had this

3     issue come up, because there were no stipulations in regards to

4     any foundation, which is the issue here.  And now we are

5     dealing with electronic evidence.  It is -- I do know there are

6     cases where if there is any type of analysis being done, which

7     there is numerous Cellebrite reports that were generated and

8     turned over in discovery.  The Cellebrite report would have

9     been a direct product of what the analyst did that Salo could

10    not lay the foundation for.  She wasn't part of that process

11    that happened in the lab.  So there is I guess somewhat of a

12    chain of custody, foundation issue from how we get to the phone

13    to now she is going to come on the stand and say, hey, we found

14    this on your phone.  So I think that is where the issue is.  I

15    will look at the cases they cited.  I do have some articles on

16    this issue.

17          But I don't have -- I didn't know we were going to

18    address this this morning.

19          THE COURT:  Okay.  All right.  Besides that, do you

20    have something we want to do or do you want to go ahead and

21    break for lunch now?

22          MR. MARIANO:  I think our next witness is maybe a

23    couple hours, so it might be worth taking the break now.

24          THE COURT:  I have a 1:00.  I think I can do it

25    quickly, although you never know with lawyers.  We'll try to

1    come back at 1:15 then.

2              MR. MARIANO:  Yes, Your Honor.

3              THE COURT:  All right.  You all have a nice lunch.  I

4    will see you at 1:15.

5              THE COURTROOM DEPUTY:  All rise.  This Honorable

6    Court stands in recess.

7              (Recess taken.)

8              THE COURTROOM DEPUTY:  We are back on the record in

9    criminal number 21-392, the United States of America versus

10   Alan Hostetter.

11             MR. MARIANO:  Before the next witness, Your Honor, I

12   just wanted to put on the record what I had neglected to do

13   when Sergeant Kennedy was testifying, which is when I asked him

14   to identify the defendant, that he identified Mr. Hostetter.

15             The United States calls Captain Carneysha Mendoza.

16             THE COURT:  I'm sorry?

17             MR. MARIANO:  Captain Carneysha Mendoza.

18             MS. KENNEY:  Your Honor, I do have an objection to

19   this witness in regards to relevance to Mr. Hostetter's conduct

20   as well as 403.

21             THE COURT:  Let me see.  Was there some other

22   objection on the 902(14) question you wanted to add to?

23             MS. KENNEY:  On which one, Your Honor.

24             THE COURT:  On rule 902(14) question that he was

25   presenting?

 1          MS. KENNEY:  The objection would be --

 2          THE COURT:  Confrontation?

 3          MS. KENNEY:  Excuse me?

 4          THE COURT:  The confrontation objection.

 5          MS. KENNEY:  Correct, through hearsay.  I understand

 6   the authenticity issue, but one of the cases the government

 7   quoted, that was actually a case where the defendant never

 8   objected during the trial.

 9          THE COURT:  Okay.  Give me just a moment and I will

10   rule on that.  And then I -- this witness can be sworn and then

11   I will take your objections to the witness.  Obviously, she can

12   be sworn in the meantime.

13          CARNEYSHA MENDOZA, sworn.

14          THE WITNESS:  I do.

15          MS. KENNEY:  I'm sorry, Your Honor.  I don't know if

16   I made it clear that I would ask for an offer of proof in

17   regards to this witness.

18          THE COURT:  Wait one minute.  Let me rule on the

19   other question, on the 902 question that was raised before we

20   broke.  The objection by defendant as made by standby counsel

21   is overruled.  Rule 902(14) like Rule 902(11) permits the use

22   of a certificate to authenticate a copy.  As Judge Cooper noted

23   in the United States versus Al-Iman, A-L dash I-M-A-N, 382 F.

24   Supp. 3d 51 at pages 59 to 60, every circuit court to address

25   the issue has concluded that certifications provided pursuant

1   to Rule 902(11) do not pose confrontation clause problems.

2   These courts follow the Supreme Court's decision in

3   Melendez-Diaz versus Massachusetts, 557 US 305.

4         In Melendez-Diaz, the Supreme Court effectively

5   carved out authenticating certificates from the Sixth Amendment

6   right to confrontation.  Here the government seeks to use a

7   Rule 902(14) certificate to authenticate copies of

8   Mr. Hostetter's digital devices.  Rule 902(14) applies the same

9   principle of certification as rule 902(11).  And therefore

10  falls within the use of certification copies recognized by the

11  Supreme Court in Melendez-Diaz as being consistent with the

12  confrontation clause.  The Court also realized on the Sixth

13  Circuit case of United States versus Anderson, 2023, Westlaw

14  3413905, which similarly held that certifications under Rule

15  902(14) do not violate the Sixth Amendment right to

16  confrontation.  The Court wishes to note the cases that were

17  provided by the government do not discuss confrontation clause

18  issues as applied to 902(14).  But with that, the government

19  will receive Government Exhibit 722 and 726 as proper evidence

20  under Rule 902(14).

21        (Whereupon, Government Exhibit Nos. 722, 726 were

22  admitted.)

23        THE COURT:  Now, as to Captain Mendoza as a witness,

24  the government was going to make some proffer.

25        MR. MARIANO:  Yes.  I am happy to proffer, Your

1    Honor.  This witness will testify regarding the restricted area

2    at the US Capitol on January 6th.  She will testify regarding

3    her own experience on January 6th.  She will testify regarding

4    one of the montage videos that I suspect Your Honor is already

5    familiar with.  And she will testify regarding the CCTV footage

6    of the defendant and Mr. Taylor moving through Capitol grounds.

7            THE COURT:  Okay.

8            MS. KENNEY:  Your Honor, I'm sorry.  This keeps going

9    off.

10           THE COURT:  You can come up to the podium, if you

11    want.  It will probably be easier for me to hear you.

12           MS. KENNEY:  Your Honor, obviously, if this witness

13    has any direct knowledge of Mr. Hostetter's activity at the

14    Capitol, that would, obviously, be relevant.  My concern is

15    this witness apparently was encountering protestors in the

16    doorway of the Capitol rotunda.  My client never went into the

17    building, which the government conceded during their opening

18    statement.  She also gave a statement regarding some, I guess,

19    injuries that she sustained.  I just don't know if all of that

20    they provided discovery on is actually relevant to

21    Mr. Hostetter's actual conduct.  He never went into the

22    building.  And I don't think he ever had any --

23           THE COURT:  The area she's testified to in the past,

24    once you entered the Capitol grounds, it was a restricted area.

25    So she -- I assume her testimony, consistent with what she has

1    testified in other cases will be once you enter the grounds --

2    and I assume they will have video that they will proffer that

3    he entered the grounds.  So you didn't have to go into the

4    Capitol building to be in violation, I assume.  So that -- her

5    testimony would be relevant whether or not he entered the

6    Capitol building himself.  Entering the grounds would be a

7    violation and I assume her testimony would be consistent with

8    what I have heard testimony in other cases.

9              MS. KENNEY:  Okay.  Thank you, Your Honor.

10             THE COURT:  Okay.  You may proceed, Government.

11                        DIRECT EXAMINATION

12   BY MR. MARIANO:

13        Q.  Good afternoon.

14             THE COURT:  She will talk about where the delineation

15   is.  They have a whole chart and a whole --

16             MR. MARIANO:  It seems Your Honor is already familiar

17   with some of it.

18             THE COURT:  -- I don't call it dog and pony show.

19   Whatever it is.

20   BY MR. MARIANO:

21        Q.  Good afternoon.  Could you please state and spell your

22   name for the record?

23        A.  Carneysha C. Mendoza, C-A-R-N-E-Y-S-H-A; middle

24   initial is C, as in Charles; Mendoza, M-E-N-D-O-Z-A.

25             THE COURT:  She can do it in a way that I understand

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1   what she is saying.

2   BY MR. MARIANO:

3        Q.  Where do you work?

4        A.  The United States Capitol Police.

5        Q.  When did you begin working for the US Capitol Police?

6        A.  In 2002.

7        Q.  And what is your current title?

8        A.  Captain, commander of the civil disturbance unit and

9   assistant commander of the special operations division.

10       Q.  How long have you been a captain?

11       A.  Over three years, three and a half years.

12       Q.  What was your position on January 6th, 2021?

13       A.  Field commander and assistant commander of the special

14   operations division.

15       Q.  And before you were a captain, what was your duty

16   assignment?

17       A.  Before I was a captain?

18       Q.  Yes, ma'am.

19       A.  I was watch commander in the command center.

20       Q.  Generally, what are United States Capitol Police

21   officers sworn to do?

22       A.  Protect the Congress, uphold the legislative process

23   and protect the citizens of the United States.

24       Q.  So let me start with some basics.  Where is the US

25   Capitol building located?

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1      A.  Number 1 First Street in Washington, DC.

2      Q.  And where does that lie within the district?

3      A.  The center.  It is -- if you are at the Capitol, you

4  could be standing in all four quadrants of the city.

5      Q.  When Congress is in session, approximately how many

6  individuals work in the Capitol building?

7      A.  That would be hard, thousands.  That would be a hard

8  number for me to give you.

9      Q.  How many hours a day does the US Capitol Police secure

10  the US Capitol building and its grounds?

11      A.  Twenty-four hours a day.

12      Q.  On a typical day, not January 6, on a typical day,

13  what types of restrictions exist around the Capitol building?

14      A.  Around the Capitol building itself, as for the grounds

15  in order to enter the grounds, you would drive over a

16  barricade.

17          MS. KENNEY:  I'm sorry, Your Honor.  I am going to

18  have to object in regards to vague as to time.  I don't know if

19  this is pre-January 6, post January 6.

20          THE COURT:  Overruled.

21  BY MR. MARIANO:

22      Q.  You can answer?

23      A.  So, yeah, there are various barricades on the grounds

24  where there are officers who just basically observe their

25  interdiction posts.  Once you enter the grounds, there are

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    certain areas that are restricted.  In order to get into those

2    areas, you would need congressional ID or -- and a parking

3    pass.

4         And do you want me to talk about the building too or just

5    the grounds itself?

6         Q.  I think the grounds are sufficient for our purpose

7    right now.

8         A.  Okay.

9         Q.  Leading up to January 6, can you talk about any

10   additional restrictions that were put in place?

11        A.  Yes.  So we had two things going on.  Because of the

12   pandemic, we were in a pandemic posture based on information

13   that was given to us from the Department of Health.  So we were

14   following all of the restrictions given to us from the

15   Department of Health to basically not allow tours.  And then

16   leading up to January 6th, we restricted the grounds.  We put

17   restrictions in place based on planning meetings with ourselves

18   and other federal agencies, including the Secret Service for

19   the certification of the electoral votes.

20        Q.  On a typical day, again not January 6th, when members

21   of the public come to visit the Capitol, what portion of the

22   grounds are they allowed on?

23        A.  They are allowed on the grassy areas.  I mean, areas

24   surrounding the Capitol building.  There are some areas leading

25   up to the building itself that are restricted, like some of the

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    stairways and terraces.  And they are allowed in the Capitol

2    visitors' center as long as they are screened and are coupled

3    with the tour guide.

4        Q.  You mentioned a screening process at the Capitol

5    visitor center.  What does that entail?

6        A.  So to come into the buildings, you have to be

7    screened.  There is an X-ray machine.  Basically you put your

8    bag on the X-ray machine and an officer makes sure you don't

9    have any contraband.  And then you walk through a magnetometer

10   or metal detector as some people refer to it as, to ensure that

11   you don't have any weapons or contraband on your person.

12       Q.  Are members of the public ever allowed on the upper

13   west terrace?

14       A.  No.

15       Q.  On January 6, was the Capitol building open to the

16   public?

17       A.  It was not.

18       Q.  What about the grounds?

19       A.  Partially, yes.  Part of the grounds were open to the

20   public.  And there were -- part of the grounds were restricted.

21       Q.  In your 20-plus years as a US Capitol Police officer,

22   how familiar have you become with the Capitol building and its

23   grounds?

24       A.  I am very familiar with the grounds and familiar with

25   the basic areas of the Capitol building.

1          Q.  You said very familiar with the grounds.  In your

2     experience, have you worked more on the grounds or inside the

3     Capitol building?

4          A.  On the grounds and throughout the District of

5     Columbia.

6          Q.  Let's go to Government Exhibit 501.  Do you recognize

7     Government Exhibit 501?

8          A.  It is not on my screen.  I see it on her screen, but I

9     don't see it on mine.  It says no signal.

10              THE COURT:  Wait just a minute.

11              THE COURTROOM DEPUTY:  She was telling me there were

12     issues with that screen, so I will have to call IT to get it to

13     come on.

14              THE COURT:  Okay.

15              THE WITNESS:  I can see her screen from here.

16              MR. MARIANO:  If Your Honor would like, if we can

17     borrow one of the exhibit packets that we gave the Court.  I am

18     happy to put it on the ELMO for the photographs.

19              THE COURT:  Sure.

20              MR. MARIANO:  Will it work if we turn the ELMO on?

21              THE COURTROOM DEPUTY:  I will try.  That is not

22     coming up at all.

23              I will switch back and see.

24              THE WITNESS:  I can see it.

25     BY MR. MARIANO:

1          Q.   Okay.   Great.   So what is Government Exhibit 501?

2          A.   That is a picture of a photo of the Capitol building

3    and part of the grounds surrounding the Capitol building.

4          Q.   Is this a fair and accurate aerial view of the US

5    Capitol?

6          A.   It is.

7               MR. MARIANO:   I move for the admission of Government

8    Exhibit 501.

9               THE COURT:   Received.

10              (Whereupon, Government Exhibit No. 501 was admitted.)

11   BY MR. MARIANO:

12         Q.   And is this aerial photograph of Government

13   Exhibit 501 substantially similar to what the grounds of the US

14   Capitol would have looked like in the early morning hours of

15   January 6th?

16         A.   Yes.

17         Q.   So I would like to ask you about a few locations on

18   the screen.

19         If I circle, are you able to see that?

20         A.   Yes, I am.

21         Q.   I am circling an area to the left of the screen.   Can

22   you describe what that area is?

23         A.   That is the lower west terrace.

24         Q.   Is that also sometimes -- is this portion of the lower

25   west terrace sometimes called the west plaza?

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1          A.  Yes.

2          Q.  Circling an area slightly to the right of that.  Can

3     you describe what that area is?

4          A.  The north side of the inaugural stage.

5          Q.  And what is the inaugural stage comprised of?

6          A.  Scaffolding and some standing and sitting areas for

7     the inauguration.

8          Q.  I am indicating another area further to the right of

9     what we just indicated.  What is this portion?

10         A.  That is also the inaugural stage and the like upper

11    area of the lower west terrace.

12         Q.  Is the inaugural stage always constructed in the

13    manner depicted here?

14         A.  Whenever it is up, yes.

15         Q.  But are there times when the inaugural stage isn't

16    constructed at all?

17         A.  Yes.  It is only put up in -- they build it to prepare

18    for the inauguration several months out.

19         Q.  And I am indicating another area slightly to the right

20    of where we were just looking.  Do you know what this portion

21    is?

22         A.  That is the area approaching the upper west terrace.

23         Q.  And circling an area slightly to the right of that.

24    Do you know what this portion is?

25         A.  The upper west terrace door.

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1      Q.  And then going further up the screen, I am circling an

2   area.  Do you recognize that area?

3      A.  Yes.

4      Q.  What is that?

5      A.  That is like an alcove area near the Senate wing

6   doors, but it is the upper west terrace, north side.

7      Q.  Circling an area to the top center of the screen.

8   What is this area?

9      A.  The -- that is the Senate side of the upper west

10  terrace leading around to the east front.

11     Q.  And then I am circling an area to the right of that.

12  How would you characterize this area?

13     A.  The east plaza, north side of the east plaza.

14     Q.  I will go to Government Exhibit 502.

15  Do you recognize Government Exhibit 502?

16     A.  I do.

17     Q.  What is it?

18     A.  That is -- again, it is part of the grounds.  And the

19  red line is basically a depiction on the map of the restricted

20  areas on January 6th, 2021.

21     Q.  Is this a fair and accurate aerial view of the

22  US Capitol --

23          MS. KENNEY:  I'm sorry, Your Honor.  I couldn't turn

24  this on in time.  I am going to object as to lacks foundation.

25          THE COURT:  Overruled.

1    BY MR. MARIANO:

2         Q.  Is this a fair and accurate aerial view of the US

3    Capitol with the restricted perimeter?

4         A.  Yes, sir, it is.

5              MR. MARIANO:  Move for admission of Government

6    Exhibit 502.

7              THE COURT:  Received.

8              (Whereupon, Government Exhibit No. 502 was admitted.)

9    BY MR. MARIANO:

10        Q.  So I will return to the restricted perimeter in a

11   moment.  But I want to ask you about one more location,

12   circling the area towards the top left of the screen.  Can you

13   identify that area?

14        A.  That is Peace Circle.  Is it is one of the circles

15   along First Street in the west.

16        Q.  How was this restricted perimeter protected on

17   January 6th?

18        A.  Bike racks, snow fencing and area closed signs and

19   officers.

20        Q.  I will go to Government Exhibit 504.  Okay.  I will

21   stop working with the ELMO then.  So Government Exhibit 504, do

22   you recognize this?

23        A.  Yes, I do.

24        Q.  What is it?

25        A.  That is a photo of the Capitol building, some of the

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    fencing and area closed signs that I just spoke of.

2         Q.  Is this a fair and accurate view of a portion of the

3    barriers that were set up on January 6?

4         A.  It is.

5              MR. MARIANO:  Move for admission of Government

6    Exhibit 504.

7              THE COURT:  Received.

8              (Whereupon, Government Exhibit No. 504 was admitted.)

9    BY MR. MARIANO:

10        Q.  Let me ask about a couple of the things we see here.

11   Circling an area at the bottom of the screen.  What is this

12   portion?

13        A.  That is snow fencing.  It is used to reinforce the

14   bike rack.

15        Q.  What is snow fencing?

16        A.  It is a mesh fencing that is used to enforce --

17   reinforce the bike rack.

18        Q.  Do you know approximately when this was set up?

19        A.  I can tell you that they began setting it up the night

20   prior, because I drove it and I spoke with some of the

21   individuals setting it up.  But I don't know when it was

22   completed.  I know it was set up by 6:00 in the morning.

23        Q.  So I am indicating an area slightly higher on the

24   screen.  Can you tell us what is photographed here?

25        A.  That is additional fencing and additional area closed

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    signs.

2         Q.  Can you indicate on the screen an example of an area

3    closed sign on the screen?

4         A.  Sure.

5         Q.  Let the record reflect, the witness has circled an

6    area slightly to the right of the screen in the bottom third.

7         Are these area closed signs typical?

8         A.  Yes.

9         Q.  This particular construction of this many area closed

10   signs, is that typical?

11        A.  We used more on January 6th than I think for any other

12   event, but we used them frequently.

13        Q.  Let's go to Government Exhibit 503.  Do you recognize

14   Exhibit 503?

15        A.  I do, yes.

16        Q.  What is it?

17        A.  It is an area closed sign.

18        Q.  Is it a fair and accurate depiction of an area closed

19   sign from January 6th?

20        A.  Yes, sir.

21             MR. MARIANO:  I move for admission of Government

22   Exhibit 503.

23             THE COURT:  Received.

24             (Whereupon, Government Exhibit No. 503 was admitted.)

25   BY MR. MARIANO:

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1          Q.  Can you read what the sign says?

2          A.  Area closed by order of the United States Capitol

3   Police Board.

4          Q.  And do you know when these signs were put up?

5          A.  They were posted -- again, they began posting them the

6   night prior as they started to post the perimeter.  It takes

7   several hours and I don't -- I can't tell you when exactly it

8   was finished, but it was posted by 6:00 in the morning.

9              MS. KENNEY:  I am going to object.  The actual answer

10  lacks foundation, calls for speculation as phrased and move to

11  strike.

12             THE COURT:  Overruled.

13  BY MR. MARIANO:

14         Q.  Let's go to Government Exhibit 505.  Do you recognize

15  505?

16         A.  Yes, sir, I do.

17         Q.  What is it?

18         A.  It is the area of Peace Circle on First Street in the

19  west.  And there is a bike rack reinforced with snow fencing

20  and an area closed sign.  And individuals are attempting to

21  separate the bike rack.

22         Q.  Is it a fair and accurate image of bike racks with

23  area closed signs from January 6th?

24         A.  Yes, sir.

25             MR. MARIANO:  Move for the admission of Government

1    Exhibit 505?

2              THE COURT:  Received.

3              (Whereupon, Government Exhibit No. 505 was admitted.)

4    BY MR. MARIANO:

5        Q.  You may have already said it.  Do you know the

6    location of this particular incident in Government Exhibit 505?

7        A.  Yes, sir.

8        Q.  Where did this take place?

9        A.  That is Peace Circle.  It is on First Street in the

10   west.  Right along the -- along the area of First Street in the

11   circle.

12       Q.  And generally can you describe how bike racks in

13   particular were used to prepare for January 6th?

14       A.  Sure.  So the red -- the map with the red lines that

15   you just showed me, there were bike rack along those lines.

16   And in addition to the bike rack there, there was snow fencing

17   reinforcing the bike rack on that most outer perimeter.  And

18   then further in, there was several layers of additional bike

19   racks with area closed signs.

20       Q.  What are bike racks made out of?

21       A.  Metal.

22       Q.  Let's go to Government Exhibit 506.  Do you recognize

23   Government Exhibit 506?

24       A.  Yes, sir, I do.

25       Q.  What is it?

1        A.   3D picture of the Capitol.

2        Q.   Is it a fair and accurate 3D image of the US Capitol

3   as it would have appeared on January 6?

4        A.   Yes, sir, it is.

5             MR. MARIANO:  Move for admission of Government 506.

6             THE COURT:  Received.

7             (Whereupon, Government Exhibit No. 506 was admitted.)

8   BY MR. MARIANO:

9        Q.   So let's talk about January 6th itself.  What was your

10  duty assignment for January 6th?

11       A.   So I was actually assigned to handle routine

12  operations on January 6th.  I was field commander.  I was

13  supposed to be the field commander.  So, yeah, I planned on

14  coming in the evening.  I stayed late the night prior or early

15  into the morning and kind of doing some things to prepare for

16  January 6th.  So I had planned to come in the afternoon of

17  January 6th in the event that -- my coworkers and I usually

18  work it out to where whoever is -- we rotate the events.  So

19  whoever is covering the events will work it out to where one of

20  us come in a little bit later so we can operate 24/7.

21       Q.   So you referred a few times to an event.  What was

22  happening in particular at the US Capitol on January 6th?

23       A.   Well, we knew there was a protest in the city down on

24  the mall.  And so it was -- you know, we -- a lot of times we

25  activate for our civil disturbance unit for protests in the

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1   city.  It doesn't have to necessarily mean they are coming to

2   the Hill.  So we knew there was a protest scheduled to happen

3   downtown.  So that is why our -- we activated our civil

4   disturbance unit.  And the certification of the electoral votes

5   was scheduled to occur on January 6th.

6        Q.  Does the US Capitol Police ever accommodate visitors

7   from other branches of government to the US Capitol?

8        A.  Yes, sir, all of the time.

9        Q.  On January 6, was the US Capitol Police expecting to

10  accommodate a visitor from another branch of government?

11       A.  Yes, sir.

12       Q.  Who?

13       A.  The vice president, Vice President Pence.

14       Q.  For the arrival of then-Vice President Pence, did the

15  US Capitol Police coordinate with any other government agency

16  to plan for that?

17       A.  Yes, sir, several.

18       Q.  Who in particular?

19       A.  Secret Service, FBI, Metropolitan DC Police.  It is

20  going to be a hard guess, but maybe like 30 other agencies.

21       Q.  And why coordinate with the Secret Service in

22  particular?

23       A.  Because the vice president was coming up to Capitol

24  grounds.  My motorcade unit actually coordinates the motorcade.

25  We respond down there to bring the motorcade up.  And we also

1    coordinate the security together and our response, capabilities

2    and staffing.

3        Q.  Generally, do you know whether the vice president is a

4    protectee of the US Secret Service?

5        A.  Yes, sir, he is.

6        Q.  And, generally, how does the arrival of the vice

7    president impact security on the US Capitol grounds?

8        A.  It has a significant impact on the security posture.

9    We change our security posture based on the various levels of

10   dignitaries visiting the grounds.

11       Q.  When were you scheduled to start work on January 6th?

12       A.  I really make my own schedule, but I had planned to

13   come in maybe 15:00 or 16:00 hours on January 6th.

14       Q.  That would be 3:00 or 4:00 p.m.?

15       A.  My apologies.  3:00 p.m. or 4:00 p.m.

16       Q.  What time did you actually start work on January 6th?

17       A.  I officially started -- I think I arrived around 14:00

18   hours, 13:30 or 14:00.  I think I got the call at 13:30, maybe

19   2:00, 2:00 p.m.

20       Q.  So why did you start early?

21       A.  Well, one of my peers had contacted me from the

22   intelligence division.  And she -- basically the first time she

23   contacted me to ask me where my SWAT team was at.  And I didn't

24   think that much of it because I wasn't watching TV.  And I knew

25   there was going to be a demonstration, but we have them all of

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    the time.  So she called me back maybe a few minutes later and

2    told me, you might want to come in.  I could kind of tell by

3    her voice that I needed to go in.

4         Q.  What do you mean you could tell by her voice?

5         A.  She sounded concerned.

6         Q.  So where did you go next?

7         A.  And so being as though I handle a lot of the

8    demonstrations, I proceeded to the Hill, went to my locker, got

9    changed and contacted dispatch.  When I contacted dispatch, she

10   basically -- I asked her, hey, what do you have got going on?

11   And the dispatcher was -- she sounded like maybe she was kind

12   of in tears.  She was like, there is a lot going on.  And I

13   said, okay.  Well, tell me what you got.  And she said -- she

14   named six things.  And so I originally was going to -- there

15   was an explosive device at the DNC.  So I was going to the

16   explosive device because it was across the street from my

17   office at 499 South Capitol Street.  And as I got dressed, I

18   was listening to the radio.  And I was on my -- en route to the

19   DNC when I heard the call for officers calling for assistance.

20   So I proceeded to the Capitol.

21        Q.  Was there a particular call that you were receiving?

22        A.  Well, I heard multiple 1033 calls, officer in trouble

23   calls.  And when I arrived to the east plaza, I recall an

24   officer saying they are about to breach the rotunda doors.  So

25   I proceeded in through a fairly unknown door to try to get to

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1     the rotunda.

2          Q.   And did you enter the rotunda?

3          A.   Eventually.  I went a few places before I got to the

4     rotunda because I was running into issues along the way.

5          Q.   Can you tell us what happened when you entered the

6     rotunda?

7          A.   When I got to the rotunda, I initially just saw a sea

8     of people inside.  And I basically just tried to come up with a

9     plan to push people out of the rotunda.  So I went over the

10    radio and requested my less lethal team respond.  And my less

11    lethal team did indeed respond.  But they had limited

12    capabilities, because they had used quite a bit of what they

13    had.  And so at some point, I requested assistance from the ATF

14    in clearing the rotunda -- the area of the rotunda.

15         Q.   Were you successful in clearing the rotunda?

16         A.   Eventually, yes.  It took longer than I'd like, but,

17    yes.

18         Q.   Approximately how long do you think it took?

19         A.   I couldn't tell you.  I really couldn't.

20         Q.   Can you describe generally how individuals in the

21    rotunda were behaving?

22         A.   Well, it was loud.  There was yelling.  There were,

23    you know, things being thrown, officers being pushed to the

24    ground.  Yeah.  It was something I hadn't seen before.

25         Q.   Do you know one way or another whether there was a

 1    point at which members of the Congress had to be evacuated?

 2         A.  I used the term relocated, so, yes.  We relocated

 3    members from the -- I didn't nor did my team.  But a team of

 4    Capitol Police officers relocated members of Congress from the

 5    chambers.

 6         Q.  Overall, how long were you personally engaged in

 7    clearing the Capitol building and its grounds on January 6th?

 8         A.  Me, personally?

 9         Q.  Yes.

10         MS. KENNEY:  Your Honor, I don't know what the

11    relevance of this questioning is.

12              THE COURT:  Overruled.

13              THE WITNESS:  I don't know if I could give you an

14    honest answer.  It --

15    BY MR. MARIANO:

16         Q.  Let me ask the question a different way.  You started

17    you said at 13:30, 14:00 hours.  What time did you actually

18    leave after the events of January 6th?

19         A.  Midnight maybe, midnight.

20         Q.  Does the US Capitol Police keep cameras on Capitol

21    grounds?

22         A.  Yes, sir, we do.

23         Q.  Why do you have cameras on Capitol grounds?

24         A.  Keep areas secure.  And just to, you know, basically

25    be able to observe things that happen.  I mean, there are

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1   certain postures we go into, not to get really like deep in

2   security.  But there are certain postures we go into where we

3   have to do certain things with cameras.  So we use those to

4   keep the buildings and the grounds secure and to keep our

5   dignitaries safe.

6        Q.  What do those cameras capture?

7        A.  They do not capture sound, but they capture pretty

8   much everything else:  Movement, pictures, yeah.

9        Q.  Are those videos kept in the regular course of

10  business by the US Capitol Police?

11       A.  Yes, sir, they are.

12       Q.  And was the camera equipment in good working order on

13  January 6th?

14       A.  Yes, sir.

15       Q.  Do US Capitol Police use radios?

16       A.  Yes, sir, we do.

17       Q.  And are those radio transmissions recorded?

18       A.  Yes, sir.

19       Q.  Are those radio transmissions also kept in the regular

20  course of business for US Capitol Police?

21       A.  Yes, sir.

22       Q.  Let's go to Government Exhibit 001.  If we can play

23  for identification the first 13 seconds.

24            THE COURT:  I'm sorry.  What was the number again?

25            MR. MARIANO:  001.

1    BY MR. MARIANO:

2        Q.  Okay.  We are paused at 13 seconds.  Do you recognize

3    Government Exhibit 001?

4        A.  Yes, sir, I do.

5        Q.  What is it?

6        A.  A montage video of January 6th, six minutes of it.

7        Q.  And is this montage video a compilation of CCTV camera

8    footage and radio recordings and what they captured on

9    January 6th?

10       A.  Yes, sir.

11       Q.  Is it a fair and accurate depiction of the events

12   shown from January 6?

13       A.  Yes, sir.

14           MR. MARIANO:  Move for admission of 001.

15           THE COURT:  Received.

16           (Whereupon, Government Exhibit No. 001 was admitted.)

17   BY MR. MARIANO:

18       Q.  So we are paused at 13 seconds.  What is the source of

19   the audio that we were just hearing?

20       A.  That is Capitol Police radio transmissions.

21       Q.  And what is the source of the video being shown on the

22   screen?

23       A.  Capitol Police CCTV footage.

24       Q.  In looking at the upper left-hand corner of the

25   screen, what is indicated there?

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1        A.  The date.

2        Q.  Is the time also indicated?

3        A.  Yes, sir.  I'm sorry.

4        Q.  And based on your review, are those date and time

5     stamps accurate?

6        A.  Yes, sir.

7        Q.  And looking at the screen, where is this moment taking

8     place?

9        A.  That is the area of Peace Circle along First Street.

10           THE COURT:  So on this side of the fencing is Peace

11    Circle itself, which was legal to be there?

12           THE WITNESS:  Right.  Yes, sir.  So the fencing that

13    you see where you see those two orange cones --

14           THE COURT:  Right.

15           THE WITNESS:  That fencing is -- there is a statue

16    right there.  So that fencing is around the statue to keep

17    people from defacing the statue.  And then you have the street

18    where those people are standing.

19           THE COURT:  The signs on that fencing right there

20    says entry is barred there, whatever the sign said; right?

21           THE WITNESS:  Yes, sir.  They say the same thing.  So

22    the sign --

23           THE COURT:  So all of those people are beyond where

24    you are allowed, they are in a restricted area right now?

25           THE WITNESS:  No, sir, they are not.  They are in

1   between two restricted areas.

2          THE COURT:  Okay.  So those are legal where they are

3   here?

4          THE WITNESS:  Yes, sir.  Until they cross over where

5   the stairs are, they are fine, as long as they don't cross --

6          THE COURT:  The one at the bottom of the stairs, that

7   is the one that says entry barred, no entry.

8          THE WITNESS:  Yes, sir.

9          THE COURT:  So where these people are in this one,

10   that is legal there?

11          THE WITNESS:  Yes, sir, it is.

12          THE COURT:  And you can be protesting there properly?

13          THE WITNESS:  Yes, sir.

14          THE COURT:  Okay.  Up here where the policemen are

15   standing at the top of those steps, that is where the

16   restriction took place then?

17          THE WITNESS:  Yes, sir.

18          THE COURT:  Okay.

19   BY MR. MARIANO:

20      Q.  For the sake of the record, I will circle an area kind

21   of a horizontal line in the center of the screen.  Can you

22   describe what is in that circled area?

23          THE COURT:  So you could be on the other side of

24   Peace Circle here through the roadway even here, that is -- the

25   roadway there is First Street there?

1          THE WITNESS:  Yes, sir.  And, you know, for the

2     record, we don't actually allow people to protest in the

3     street.  But we didn't enforce that on January 6th.  So those

4     people are there.

5               And just to clarify, you can't really see it on this

6     picture, but on maybe one of the previous pictures, there is

7     two circles.  And then First Street runs along those two

8     circles.

9          THE COURT:  Between those two circles, Peace Circle

10    and what is --

11         THE WITNESS:  Peace Circle and Garfield Circle.

12         THE COURT:  Garfield is over by the Botanical

13    Gardens?

14         THE WITNESS:  Yes, sir.  Correct.  So those signs

15    that you see behind that group are for -- they just surround

16    the circle to keep people out of the statute itself.

17         THE COURT:  Because you are not supposed to climb up

18    on the statue itself.

19         THE WITNESS:  Yes, sir.  Correct.

20         THE COURT:  That is what these signs are for?

21         THE WITNESS:  Yes, sir.  Correct.

22         THE COURT:  I tried somebody that climbed up on the

23    statute itself.  Okay.

24         THE WITNESS:  Yes, sir.

25    BY MR. MARIANO:

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1        Q.  Captain Mendoza, what is circled on the screen right

2   now?

3        A.  That is -- those are bike rack and area closed signs

4   that delineate closure of the west front itself.

5        Q.  Okay.  Let's resume from 13 seconds to 1 minute 55

6   seconds.

7             (Video played.)

8             THE COURT:  This is where they are breaching the line

9   right here then?

10             THE WITNESS:  Yes, sir.  Correct.

11             (Video played.)

12   BY MR. MARIANO:

13        Q.  Pause at 1 minute, 55 seconds.  Generally what is this

14   location on the screen?

15        A.  That is the Senate wing door on the upper west

16   terrace.

17        Q.  Can you indicate on the screen where the Senate wing

18   door is located?

19        A.  Sure (indicating).

20        Q.  The witness has circled an area slightly to the right

21   of center on the screen.  You can resume at 1:55 and play until

22   5:45.

23        We are paused at 5 minutes, 45 seconds.  Circling an

24   individual, slightly above the center of the screen, can you

25   describe that individual?

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    A.  The one to the right or left?

2    Q.  The individual to the right.

3    A.  Okay.  Appears to be a black male with glasses and a

4    red hat.

5    Q.  And this is at 3:39 p.m?

6    A.  Yes, sir.

7    Q.  Now, part of -- I didn't pause but part of what we saw

8    on the screen was reference to the parliamentarian door.  Do

9    you remember that?

10   A.  Yes, sir.

11   Q.  Where is the parliamentarian door in relation to the

12   Senate wing door?

13   A.  If you are looking from the outside, the Senate wing

14   door is off to the left where there is a stairway, so it is

15   right there.

16   Q.  And when those descriptions popped up on the screen

17   that say the location, the camera number and the time, based on

18   your review of the exhibit, are those all accurate?

19   A.  Yes, sir.

20   Q.  Let's resume at 5:45 and play until 5:59.  We are

21   paused at 5:59.  Can you generally describe what area of the

22   Capitol complex is depicted on the screen here?

23   A.  It is the upper west terrace on the west side of the

24   Capitol.

25   Q.  And I am circling an individual to the far left bottom

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1   corner of the screen.  Can you describe that individual?

2        A.  The individual with the blue hat on?

3        Q.  Yes.

4        A.  Looks like a white male with a blue hat carrying a

5   flag.  That is the best I can see.

6        Q.  Let's resume at 5:59 and play until 6:06.  Paused at

7   6:06 I am circling an individual or -- there is a lower center

8   portion of the screen, you can see that person.  Can you

9   describe them?

10        A.  It appears to be a white male, yeah.

11        Q.  Can you tell if they are wearing anything on their

12   face?

13        A.  It looks like he is wearing something on his face, I

14   just can't tell what it is.

15        Q.  Okay.  We can pull down Government Exhibit 001 and go

16   to Government Exhibit 110.

17        If we can again just play the first 13 seconds for

18   identification.  We are paused at 13 seconds.  Do you recognize

19   Government Exhibit 110?

20        A.  Yes, sir.

21        Q.  What is it?

22        A.  A time lapse video of January 6.

23        Q.  And you said time lapse.  Is this video sped up from

24   normal speed?

25        A.  Yes.

DIRECT EXAMINATION OF CARNEYSHA MENDOZA          100

1          Q.  Are the time stamps in the bottom left-hand corner

2    accurate?

3          A.  Yes, sir.

4          Q.  And is it a fair and accurate depiction of the events

5    shown from January 6th?

6          A.  Yes, sir.

7              MR. MARIANO:  Move for the admission of Government

8    Exhibit 110?

9              THE COURT:  What was the number?

10             MR. MARIANO:  110.

11             THE COURT:  Received.

12             (Whereupon, Government Exhibit No. 110 was admitted.)

13   BY MR. MARIANO:

14         Q.  We are paused at 13 seconds.  I am indicating an area,

15   the lower center of the screen.  What is this area?

16         A.  That is the upper part of the inaugural stage.

17         Q.  And above that on the screen, what is this area?

18         A.  That is part of the lower west terrace.

19         Q.  Let's resume and play the remainder of the video.

20             THE COURT:  So you have got to come upstairs to get

21   up to what is shown as the bottom part of this?

22             THE WITNESS:  Yes, sir.

23   BY MR. MARIANO:

24         Q.  Let's actually stay paused at 13 seconds on that

25   point, indicating an area to the bottom right-hand corner of

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    the screen.  Can you indicate what that is, sort of further up

2    up the screen, I have drawn a big circle?

3        A.  The stairway, you are talking about the north

4    stairway?

5        Q.  Yes.

6        A.  So that is the north stairway that leads toward the --

7    if you walk between those stairs, it leads up to the upper west

8    terrace.

9        Q.  And how would you get to those stairs?  Where do they

10   begin?

11       A.  They are on the north side of the inaugural stage.

12       Q.  Let's play the remainder of the video.

13           (Video played.)

14   BY MR. MARIANO:

15       Q.  Let's actually pause here.  I'm sorry.  If we can go

16   back to maybe 2:20, maybe another second.

17       Let's pause there.  So we are paused on the bottom

18   left-hand corner of the screen, 2:31:11.  And referring you to

19   that northwest stair area that you identified earlier, what is

20   happening in that portion?

21       A.  Well, I see, you know, people there, but I can't

22   really tell what is happening.  If you want to play it a little

23   bit more, just from the still frame.

24       Q.  We'll actually see this video at normal speed, so I

25   think for our purposes now we can move on.  Let's just play the

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1   remainder of the video from 2:23.

2          THE COURT:  You can tell as more people filled in

3   there, you could tell more people were coming from Peace Circle

4   than from Garfield?

5          THE WITNESS:  Yes.

6          THE COURT:  So they came down Pennsylvania Avenue I

7   guess from the ellipse; right?

8          THE WITNESS:  Yes, sir, that is correct.

9          THE COURT:  The largest part of the crowd came from

10  Pennsylvania Avenue?

11         THE WITNESS:  Yes, sir.  The majority of the crowd

12  came that way.

13         THE COURT:  Some came from the left side, which would

14  be from Garfield Circle?

15         THE WITNESS:  Yes.

16         THE COURT:  But the larger number came from Peace

17  Circle, having come up that way from the Ellipse.  And it just

18  kept growing until it got to this stage here at, what is this

19  2:31?

20         THE WITNESS:  Correct.

21         THE COURT:  By then, they have really filled in this

22  whole area, below the inaugural stands there?

23         THE WITNESS:  Yes, sir.

24         THE COURT:  And they have overrun that whole area

25  now.  And the police are retreating even further back.

```
 1                    Now, all through that, all of this wisps of smoke, I
 2     take it are tear gas --
 3                    THE WITNESS:  Yes, sir, that is correct.
 4                    THE COURT:  -- being lobbed by the police all through
 5     that?
 6                    THE WITNESS:  Yes, sir.
 7                    THE COURT:  And other items as well.  And you were
 8     somewhere there during all of this?
 9                    THE WITNESS:  Yes, sir.
10                    THE COURT:  What were you doing during that?
11                    THE WITNESS:  I was actually -- at this time, I was
12     actually inside the building.
13                    THE COURT:  You were?
14                    THE WITNESS:  Inside the building.
15                    THE COURT:  Inside the building.  Okay.
16                    THE WITNESS:  Uh-huh.
17     BY MR. MARIANO:
18         Q.  We can resume at 2:23.
19                    THE COURT:  You are hearing this on the radio though?
20                    THE WITNESS:  Yes, sir.
21                    THE COURT:  As people are shouting for help?
22                    THE WITNESS:  Yes, sir.
23                    THE COURT:  But all of the smoke is likely tear gas
24     or smoke bombs also or what?
25                    THE WITNESS:  Yes, sir.  We have smoke, OC, OC vapor
```

1    and CS gas.

2              THE COURT:  And CS gas too?

3              THE WITNESS:  Yes, sir.

4              THE COURT:  All to no avail, apparently.

5              THE WITNESS:  What did you say?

6              THE COURT:  All to no avail, apparently.

7              THE WITNESS:  Yeah.  Unfortunately the wind direction

8    was not in our favor.

9    BY MR. MARIANO:

10        Q.  Okay.  We can resume the video at 2:23.

11             THE COURT:  Part of the problem was a lot of officers

12   did not have gas masks?

13             THE WITNESS:  True.  The civil disturbance unit had

14   gas masks on them.  But we really did not anticipate officers

15   beyond the eight platoons responding.  But the crowd got so big

16   that pretty much anybody who had a badge had to respond whether

17   they were equipped or not.  So, you know, a lot of us

18   responded.  I have CDU gear, but I had to respond without mine

19   as well.

20   BY MR. MARIANO:

21        Q.  Why did you have to respond without your CDU gear?

22        A.  Well, the reason I responded to the rotunda is because

23   there were not commanders in the rotunda.  So I knew there were

24   a lot of commanders out here on the west front.  So when I

25   heard officers request assistance at the rotunda, I responded

1    directly there.  And I mean, I was in the Army, so I can take a

2    certain amount of gas I know.  And I am also a less lethal

3    instructor, so I can take a certain amount of gas.

4         Q.  We can resume at 2:40.

5         Let's go on to Government Exhibit 111.  If we can play

6    just for identification the first two seconds.

7         Do you recognize Government Exhibit 111?

8         A.  Yes, sir, I do.

9         Q.  What is it?

10        A.  An area outside the Senate chamber, one of the doors

11   outside the Senate chambers.

12        Q.  Is it a fair and accurate depiction of events shown

13   from January 6th?

14        A.  Yes, sir, it is.

15             MR. MARIANO:  Move for the admission of Government

16   Exhibit 111.

17             THE COURT:  Received.

18             (Whereupon, Government Exhibit No. 111 was admitted.)

19   BY MR. MARIANO:

20        Q.  Let's go to Government Exhibit 112.  If we can play

21   for identification the first two seconds.

22        Do you recognize Government Exhibit 112?

23        A.  Yes, sir.

24        Q.  What is it?

25        A.  East front, the east front plaza.

1      Q.  Is it a fair and accurate depiction of the events

2  shown from January 6th?

3      A.  Yes, sir.

4          MR. MARIANO:  We'll move for the admission of

5  Government Exhibit 112.

6          THE COURT:  Received.

7          (Whereupon, Government Exhibit No. 112 was admitted.)

8  BY MR. MARIANO:

9      Q.  Let's go on to Government Exhibit 101.  If we can play

10  the first two seconds for identification.  Do you recognize

11  Government Exhibit 101?

12      A.  Yes, sir.

13      Q.  What is it?

14      A.  A video depicting the events of January 6th, 2021 on

15  the west front plaza and the west front itself.

16      Q.  And is it a fair and accurate depiction of the event

17  shown for January 6?

18      A.  Yes, sir.

19          MR. MARIANO:  Move for the admission of Government

20  Exhibit 101.

21          THE COURT:  Received.

22          (Whereupon, Government Exhibit No. 101 was admitted.)

23  BY MR. MARIANO:

24      Q.  Let's go to 2:31 p.m.  So we are paused at 2:31 p.m.

25  I am indicating an area to the far right corner of the

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    inaugural stage.  This is the same area leading to the

2    northwest stairs we identified earlier?

3         A.  Yes, sir.

4         Q.  Let's just zoom in on that area, if we can.  And let's

5    play from 2:31:00 to 2:31:30.

6         We are paused at 2:31:30.  I am circling an item on the

7    far right-hand side of the screen.  Can you tell what that is?

8         A.  I cannot.

9         Q.  Can we frame forward?

10        A.  It is a flag.

11        Q.  An American flag?

12        A.  Yes.

13        Q.  Let's resume at 2:31:31 and play at half speed for the

14   next seven seconds.  I will ask you to focus on that American

15   flag.

16        Pause.

17        Were you able to see if someone was holding that American

18   flag?

19        A.  Yes.  It appears someone is holding the flag.

20        Q.  Could you describe that individual?

21        A.  Not from this video, I can't.

22        Q.  Okay.

23        A.  I'm sorry.

24        Q.  Indicating slightly to the left of the American flag,

25   I am circling another individual.  Can you describe that person

1   based on what you can see at this moment?

2       A.  Can you play the video a little bit more?  It is

3   really blurry.

4       Q.  Sure.  Let's continue at 2:31:40.

5       A.  Okay.  So I see an individual with a dark-colored,

6   maybe a jacket or sweater on, a red hat and a greenish or green

7   or greenish-brown bag.

8       Q.  Let's resume for the next 5 seconds from 2:31:41.

9       We are paused at 2:31:46.  I am indicating an individual

10  to the right of center of the screen.  Is that the same

11  individual you identified earlier?

12      A.  Yes, sir.

13      Q.  What did that individual just do?

14      A.  He jumped over a wall on the inaugural stage.

15      Q.  Were members of the public allowed on the inaugural

16  stage at this time?

17      A.  No, sir.

18      Q.  And why not?

19      A.  Well, the entire west front was restricted to

20  individuals, so that is one reason.  But, yeah, it was

21  restricted due to the certification of the electoral votes.

22  And that portion of the inaugural stage was restricted anyway,

23  even prior to the perimeter going into effect.

24      Q.  Why was it important to restrict these areas?

25      A.  So we restrict the inaugural stage well in advance

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    of -- months in advance of the inauguration.  So they can build

2    the stage and also to keep people safe, because it is a

3    construction zone.  Then we restricted the west front for the

4    security of the certification of the electoral votes.  That was

5    part of the perimeter.  So that is to keep our dignitaries safe

6    and ensure we had a successful event.

7        Q.  Let's resume at 2:31:46 and play until 2:32:59.  We

8    can play this at regular speed.

9            (Video played.)

10   BY MR. MARIANO:

11       Q.  We are paused at 2:32:59.  And circling an individual

12   on the far right of the screen.  Can you describe that

13   individual?

14       A.  A white male with a dark-colored jacket or sweater, a

15   green or greenish-brown backpack and a red hat and dark colored

16   pants.

17       Q.  I am circling the stairs that individual was walking

18   on.  Where do those stairs lead?

19       A.  Those stairs lead to the back of the inaugural stage

20   and eventually to the upper west terrace.

21       Q.  I just want to go forward two seconds, maybe we can

22   frame forward.

23       Let's pause there.  Circling an individual right of center

24   on the screen.  Can you describe that individual?

25       A.  It appears an individual with a flag, black coat

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    maybe, something slung over his shoulder and possibly jeans or

2    light-colored pants.

3         Q.  Is he walking up the same stairs?

4         A.  Yes, sir.

5         Q.  So let's resume from 2:33:01 until 2:33:10.

6         We are paused at 2:33:10.  Were members of the public

7    allowed to climb those stairs on the inaugural stage at this

8    time?

9         A.  No, sir.

10        Q.  Let's go Government Exhibit 102.  And we can exit the

11   zoom.  We can play for identification just the first two

12   seconds.  Do you recognize Government Exhibit 102?

13        A.  Yes.

14        Q.  What is it?

15        A.  A video of events that unfolded on January 6, 2021, on

16   the west front.

17        Q.  Is it a fair and accurate depiction of the events

18   shown from January 6, 2021?

19        A.  Yes, sir.

20             MR. MARIANO:  I move for the admission of Government

21   Exhibit 102.

22             I'm sorry.  I didn't hear if it was admitted,

23   Government Exhibit 102.

24             THE COURT:  Received.

25             (Whereupon, Government Exhibit No. 102 was admitted.)

```
 1                    MR. MARIANO:  Thank you.
 2      BY MR. MARIANO:
 3           Q.  So let's start around the same time we left off in the
 4      last video, let's go to 2:32:50.  Indicating an area at the
 5      bottom center of the screen.  What area is indicated here?
 6           A.  Which area, that entire area right there?
 7           Q.  Yes.
 8           A.  So that is, again, part of the inaugural stage.
 9           Q.  Let's play from 2:32:50 to 2:33:05.  Paused at
10      2:33:05.  I am circling an individual slightly to the left
11      bottom portion of the center.  Is that individual wearing a
12      gray jacket and walking up the stairs?
13           A.  Yes.
14           Q.  And then circling lightly to the left, another
15      individual.  Is that individual carrying an American flag and
16      walking up the stairs?
17           A.  Yes, sir.
18           Q.  Let's resume at 2:33:05 and play until 2:33:58.
19               (Video played.)
20      BY MR. MARIANO:
21           Q.  Paused at 2:33:58.  And circling an individual to the
22      right bottom center.  Can you describe that individual?
23           A.  Sure.  It is a white male with maybe shoulder length
24      hair, a bullhorn, and an American flag, backpack,
25      black-in-color jacket and possibly light-colored jeans.
```

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1          Q.  Circling an individual further up the screen still

2     right of center.  Do you recognize an individual there with a

3     gray jacket?

4          A.  Yes, I do.

5          Q.  When I say recognize, I mean from the videos you have

6     seen today?

7          A.  Yes.

8          Q.  Let's resume from 2:33:58 and play until 2:34:16.

9              (Video played.)

10    BY MR. MARIANO:

11         Q.  Let's go to Government Exhibit 103.  And, again, if we

12    can play the first two seconds for identification.  Do you

13    recognize Government Exhibit 103?

14         A.  Yes, sir.

15         Q.  What is it?

16         A.  That is the north side of the upper west terrace on --

17    yeah, on the west side of the building, northwest side of the

18    building.

19         Q.  Is it a fair and accurate depiction of the events

20    shown from January 6th?

21         A.  Yes, sir.

22             MR. MARIANO:  Move for admission of Government

23    Exhibit 103.

24             THE COURT:  106?

25             MR. MARIANO:  103, Your Honor.

1              THE COURT:  103 received.

2              (Whereupon, Government Exhibit No. 103 was admitted.)

3    BY MR. MARIANO:

4         Q.  Let's go to 2:33:30.  Okay.  We are at 2:33:30.  And

5    let's play until 2:33:34.  Let's continue to play for a few

6    seconds.  Let's pause.  We paused at 2:33:38.  Circling an

7    individual to the left center of the screen carrying an

8    American flag.  Do you see that individual?

9         A.  Yes, sir.

10        Q.  Okay.  We can resume at 2:33:38 and play until

11   2:34:25.  We are paused at 2:34:25.  Did you see the individual

12   carrying the American flag exit to the left of the screen?

13        A.  Yes, sir.

14        Q.  Where does that area lead?

15        A.  To the upper west terrace.

16        Q.  So if we can zoom in on the bottom left-hand corner of

17   the screen.  And let's jump ahead to 2:35:10.

18        And let's play until 2:35:14.  Paused at 2:35:14.  I am

19   circling an individual on the bottom left-hand corner of the

20   screen holding an American flag.  Do you see that individual?

21        A.  Yes, sir, I do.

22        Q.  Let's resume at 2:35:14 and play until 2:36:07.

23        We are paused at 2:36:07.  I am circling two individuals

24   on the bottom left-hand corner of the screen.  Can you describe

25   what they are doing?

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1      A.  It looks like the guy to the -- to my right was

2  climbing on the scaffolding.  And I am not sure exactly what

3  the individual at the bottom of the screen is getting ready to

4  do, but he is also near or on the scaffolding.

5      Q.  So we can resume at 2:36:07 and play until 2:39:00.

6  And unless the Court objects, I am happy to play that at 1.5

7  speed.

8           (Video played.)

9  BY MR. MARIANO:

10      Q.  Let's go to Government Exhibit 104.  And we can play

11  the first two seconds for identification.

12      Do you recognize Government Exhibit 104?

13      A.  Yes, I do.

14      Q.  What is it?

15      A.  It is a door on the Senate side of the Capitol where

16  the north side of the Capitol and individuals -- unauthorized

17  individuals have breached the door.

18      Q.  Is it a fair and accurate depiction of the events

19  shown from January 6th?

20      A.  It is.

21           MR. MARIANO:  And move for the admission of

22  Government Exhibit 104.

23           THE COURT:  Received.

24           (Whereupon, Government Exhibit No. 104 was admitted.)

25  BY MR. MARIANO:

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1       Q.  Let's go to 2:45:20.  And let's play until 2:45:43.

2       We are paused at 2:45:43.  I am circling an individual at

3  the top left of center of the screen.  Can you describe that

4  individual?

5       A.  He is a white male with facial hair wearing a black

6  jacket and a backpack and an American flag, as well as some

7  sort of head covering.

8       Q.  Okay.  Let's resume at 2:45:43 and play until 2:45:47.

9  Paused at 2:45:47.  I am circling an individual slightly to the

10  right of center of the top of the screen.  It is a little hard

11  to see, but can you describe that individual at all?

12       A.  Sure.  It is a heavyset white male with a red hat,

13  some facial hair and a black or dark-colored shirt.

14       Q.  Let's resume at 2:45:47 and play until 2:45:56.  We

15  are paused at 2:45:56.  I am circling an individual slightly to

16  the right of center on the top of the screen.  Can you indicate

17  who that individual is?  And I am talking about the individual

18  further in the background?

19       A.  Can I indicate you said who it is?

20       Q.  Can you describe that person?

21       A.  Okay.  So a white male, red hat, green or brown

22  backpack with a black or dark-colored overcoat.

23       Q.  I apologize.  That is the failure of my own drawing.

24  I am talking about the individual behind him.

25       A.  Okay.  Are you -- you are talking about this

1     individual right here?

2          Q.   Yes.

3          A.   The only thing I can tell from this, it is going to be

4     a white male with some dark clothing on.

5          Q.   Okay.  I am going to ask you to focus on that

6     individual and we'll resume at 2:45:56.  And we'll play until

7     2:46:40.  We are paused at 2:46:40.  So as that video played,

8     did you get a better look at the individual you had identified

9     earlier?

10         A.   Could you rewind that and play it again for me?  That

11    happened pretty fast.

12         Q.   Sure.  Let's go back to 2:45:56.  So just to be clear,

13    we are talking about this individual slightly to the right of

14    center of the top of the screen.

15         A.   Got it.

16         Q.   Let's just pause there then.  We are paused at

17    2:46:01.  So did you recognize that individual as any

18    particular type of person?

19         A.   Yes, law enforcement.

20         Q.   And in what direction was that individual walking?

21         A.   Toward the building.

22         Q.   And we can go back forward to 2:46:40.  We don't have

23    to play it again.  We can go forward to that moment.  So we are

24    paused at 2:46:39.  What has happened to the door at this

25    point?

1        A.  The door has been cleared by law enforcement.

2        Q.  Let's go to Government Exhibit 105.

3        We'll play the first two seconds for identification.  Do

4   you recognize Government Exhibit 105?

5        A.  Yes.

6        Q.  What is it?

7        A.  That is a video of the Senate wing door on

8   January 6th, 2021.

9        Q.  And is it a fair and accurate depiction of the events

10  shown from January 6th?

11       A.  Yes.

12           MR. MARIANO:  Move for the admission of Government

13  Exhibit 105.

14           THE COURT:  Received.

15           (Whereupon, Government Exhibit No. 105 was admitted.)

16  BY MR. MARIANO:

17       Q.  Let's go to 3:40:48.  And you mentioned the area being

18  depicted was the Senate wing door and the area in front of the

19  Senate wing door is part of the upper west terrace; right?

20       A.  Yes.

21       Q.  Can we go forward a couple of seconds.  Let's pause.

22  Circling an individual slightly to the right of center of the

23  screen.  Can you describe that individual?

24       A.  The individual appears to be a heavyset white male

25  with a red hat, a bullhorn and a flag.

```
1         Q.  And indicating the individual slightly to his right,
2    can you describe that individual?
3         A.  White male, with a hat and brown or green backpack and
4    dark clothing.
5         Q.  As a US Capitol Police Captain, what impact are the
6    individuals on the upper west terrace having on the proceedings
7    in the building?
8         A.  That is a significant impact, significant security
9    breach as soon as the first line was breached at 12:53 on the
10   west front near Peace Circle.
11        Q.  Why do you say that?
12        A.  Why do I say it is a significant impact?
13        Q.  A significant security breach to have people on the
14   upper west terrace.
15        A.  First of all, we had a clearly established security
16   line or a police line.  And whenever we have individuals that
17   don't follow the basic procedures that we put in place, we
18   don't know what their intentions are.  We don't know whether
19   they have weapons.  We don't know what their intentions are, as
20   far as, you know, whether they are going to disrupt or harm
21   someone.  And also another thing that makes it a significant
22   security issue for us is that we were completely outnumbered.
23   So there -- it would be -- and it was extremely hard to be able
24   to clear that amount of people with the amount of, you know,
25   officers that we had.
```

1      Q.  Let's play from 3:40:48 to 3:41:22.

2      Let's jump ahead to 3:47:28.  Paused at 3:47:28 I am

3    circling two individuals slightly right of center of the

4    screen.  Do these appear to be the same two individuals that

5    you just identified?

6      A.  Yes.

7      Q.  Okay.  Let's play from 3:47:28 to 3:48:07.

8      We are paused at 3:48:07.  Earlier you said that in

9    addition to being a significant security breach, individuals on

10   the upper west terrace would have a significant impact on the

11   proceedings inside?

12     A.  Yes.

13     Q.  Could Congress resume its work while unauthorized

14   people were on the upper west terrace?

15     A.  No, sir.

16     Q.  Let's jump ahead to 3:58:46 -- excuse me -- 3:58:46.

17   And let's play at half speed until 3:59:00.  We are paused at

18   3:59:00.  I am indicating two individuals slightly to the right

19   of center of the screen.  Do those seem like the two

20   individuals you identified earlier?

21     A.  Yes, sir.

22     Q.  And then slightly to the right of those individuals,

23   circling another person, can you describe that person?

24     A.  Black male, with a red hat and looks like dark

25   clothing.

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1          Q.  Let's resume from 3:59:00 at regular speed and play

2     until 3:59:18.

3          Let's jump ahead to 4:11:14.  We are paused at 4:11:13.  I

4     am circling two individuals at the bottom center of the screen.

5     Do those appear to be the same two individuals you have been

6     identifying?

7          A.  Yes, sir, they do.

8          Q.  Let's play from 4:11:13 to 4:12:00.

9          We are paused at 4:12:00.  Can you describe what you

10    observed with respect to the two individuals that we have been

11    circling today?

12         A.  In this, what you just showed me?

13         Q.  Yes.

14         A.  It was both individuals having conversation and

15    taking -- one individual taking a photo with someone else.

16         Q.  Let's jump ahead to 4:20:45.

17         Frame forward.  Just pause there.

18         We are paused at 4:20:45.  I am circling two individuals

19    to the right of center.  Do these appear to be the same two

20    individuals you have been identifying?

21         A.  Yes, sir.

22         Q.  Let's play from 4:20:45 to 4:21:10.  We are paused at

23    4:21:10.  What is law enforcement doing at this point on the

24    upper west terrace?

25         A.  It appears to be civil disturbance unit forming up in

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1   a formation and pushing unauthorized personnel out of the area.

2       Q.  Why was it important to clear the upper west terrace?

3       A.  Well, they are not authorized to be there.  And we

4   have to clear the upper west terrace and the building in order

5   to continue on with the legislative process.

6       Q.  Let's go forward to 4:23:00.

7       A.  Can I -- I'm sorry.  Can I -- I wanted to say one

8   other thing on that answer.

9   BY MR. MARIANO:

10      Q.  Please.

11      A.  In order for us to clear, to push people out of the

12  building, we had to do a big push on the outside of the

13  building before we could push people outside of the building

14  because we didn't really have anywhere to push people inside

15  the building to.

16      Q.  So we are paused at 4:23:00.  And let's play to

17  4:23:10.  Paused at 4:23:10.  I'm sorry.  I am circling an item

18  slightly left of center.  What do you recognize that to be?

19      A.  A United States of America flag.

20      Q.  I am circling two individuals in that area.  Do you

21  see those individuals?

22      A.  Not clearly, no.

23      Q.  I am going to ask you to watch that area.  And we can

24  resume from 4:23:10 and play until 4:24:00.

25      Okay.  Let's go ahead to 4:25:20.

1          Let's play from 4:25:20 to 4:26:00.

2          We are paused at 4:26:00.  What did you see law

3     enforcement doing at the end of the clip?

4          A.  I saw them pushing the group, including those two

5     individuals we previously identified off the terrace.

6          Q.  Let's go to Government Exhibit 107.  And if we can

7     play the first two seconds for identification.  Do you

8     recognize Government Exhibit 107?

9          A.  Yes.

10         Q.  What is it?

11         A.  That is the upper west terrace.

12         Q.  And is it a fair and accurate depiction of the events

13    shown from January 6th?

14         A.  Yes.

15             MR. MARIANO:  We'll move for the admission of

16    Government Exhibit 107.

17             THE COURT:  Received.

18             (Whereupon, Government Exhibit No. 107 was admitted.)

19    BY MR. MARIANO:

20         Q.  Let's go to 4:27:00.  And we'll play from 4:27:00 to

21    4:27:12.  Can we go back a second?

22         We are paused at 4:27:11.  I am circling an item in the

23    center of the screen.  Do you recognize what that item is?

24         A.  The flag?

25         Q.  Yes.

1        A.  Or you circled something else?  I can see the flag.

2        Q.  I will ask you to focus on that flag and let's play

3    from 4:27:11 to 4:28:09.  We are paused at 4:28:09.  Did you

4    see the individual carrying the American flag walk off towards

5    the left of the screen?

6        A.  Yes, I did.

7        Q.  And circling an individual to the far left, bottom

8    corner of the screen.  Has that individual reappeared?

9        A.  Yes.

10        Q.  Let's play from 4:28:09 to 4:29:36.

11        Let's actually pause right now.  We are paused at 4:28:43.

12    In the portion that we just watched, did you see the individual

13    carrying the American flag move southward toward the police

14    line?

15        A.  Yes, sir.

16        Q.  Let's resume at 4:28:43 and play until 4:29:36.

17        Let's go to Government Exhibit 108.  And if we can play

18    for two seconds for identification.

19        Do you recognize Government Exhibit 108?

20        A.  Yes.

21        Q.  What is it?

22        A.  That is the upper west terrace, north side.

23        Q.  Is it a fair and accurate depiction of the events

24    shown from January 6th?

25        A.  It is.

1          MR. MARIANO:  Move for the admission of Government

2     Exhibit 108?

3          THE COURT:  I assume you want 107 as well.

4          MR. MARIANO:  Yes, Your Honor, 107 as well.

5          THE COURT:  Both received.

6          (Whereupon, Government Exhibit Nos. 107, 108 were

7     admitted.)

8     BY MR. MARIANO:

9          Q.  Let's go to 4:29:19.

10         And let's play from 4:29:19 to 5:10 -- excuse me -- to

11    4:30:10.

12         Lets actually pause right there.  We are paused at

13    4:29:27.  Circling an area slightly to the right of center, do

14    you see an American flag?

15         A.  Yes, I do.

16         Q.  Let's resume at 4:29:27 and play to 4:30:10.

17         Let's pause.  We paused at 4:29:52.  Do you see the

18    individual holding the American flag?

19         A.  Yes, sir.

20         Q.  If that individual wanted to turn around and walk

21    away, based on what you see on the screen, would they be able

22    to do that?

23         A.  Yes, sir.

24         Q.  Let's resume at 4:29:52 and play until 4:30:10.

25         Paused at 4:30:10.  What did you see law enforcement doing

DIRECT EXAMINATION OF CARNEYSHA MENDOZA

1    at the end of that clip?

2        A.   Law enforcement continued to push people north off the

3    terrace.

4        Q.   Let's go to Government Exhibit 109.   If we can go

5    forward to 4:37:22 and play two seconds from there for

6    identification.   Do you recognize Government Exhibit 109?

7        A.   Yes.

8        Q.   What is it?

9        A.   That is the west front or the northwest side of the

10   Capitol building.

11       Q.   Is this still part of the upper west terrace?

12       A.   It is, yes.

13       Q.   Is it a fair and accurate depiction of the events

14   shown from January 6th?

15       A.   Yes, sir.

16           MR. MARIANO:   We'll move for the admission of

17   Government Exhibit 109?

18           THE COURT:   Received.

19           (Whereupon, Government Exhibit No. 109 was admitted.)

20   BY MR. MARIANO:

21       Q.   I am circling to the right of center an American flag

22   flying above the crowd.   Do you see that?

23       A.   Yes, I do.

24       Q.   Let's play from 4:37:25 to 4:38:30.

25           We paused at 4:38:30.   Did you see where the individual

1   carrying the American flag walked?

2        A.   Continued toward the east front.

3        Q.   And did you see, other than the American flag, any

4   other object that he was holding in that video?

5        A.   His phone or a phone.

6        Q.   Did you see anything that was happening on the phone?

7        A.   It looked like he was recording.

8        Q.   Do you know what time ultimately all the rioters were

9   cleared from the building and grounds so that Congress could

10   resume its work?

11        A.   Approximately 20:00 hours, 8:00 p.m.

12        Q.   How did January 6th and what you experienced that day

13   affect you?

14        MS. KENNEY:  Objection, Your Honor.  Relevance.  Her

15   personal -- the affect it had on her personally is not relevant

16   to Mr. Hostetter's case.

17        THE COURT:  Overruled.

18   BY MR. MARIANO:

19        Q.   You can answer.

20        A.   Well, for one I have -- I received a few physical

21   injuries.  So I continue to have to be treated for my injuries

22   on my face mainly.

23        MS. KENNEY:  Your Honor, I'm sorry.  I just need to

24   make a record.  And this would need to go to sentencing

25   purposes of why this should not be allowed into evidence.

1    Mr. Hostetter had nothing to do with what happened to her

2    personally.  And it is completely irrelevant to these

3    proceedings.  This only reason the government is trying to get

4    this in is to bolster some type of sentencing argument in the

5    remote chance that you actually find Mr. Hostetter guilty.

6            THE COURT:  The objection is overruled.

7    BY MR. MARIANO:

8        Q.  Please, continue.

9        A.  And the other thing is, you know, I was -- like I said

10   before, I served in the United States Army.  And I have now

11   served in law enforcement for over 20 years.  And I am pretty

12   patriotic.  So I think it had a significant impact on me in the

13   sense that, you know, I mean it was sad to see us, you know,

14   fight our own people and our own country.  And it is sad to see

15   the division in our country as a whole.

16       Q.  In your 20-plus years with the US Capitol Police, have

17   you responded to other protests at the Capitol?

18       A.  Every day, yes.

19       Q.  Approximately how many, would you say?

20       A.  How many protests?  I couldn't count.  We typically

21   have protests every single day.

22       Q.  How does January 6th compare to the other protests

23   that you have encountered?

24       A.  I personally hadn't seen anything like January 6th

25   before.  I responded to fights.  I have been assaulted.  I

CROSS-EXAMINATION OF CARNEYSHA MENDOZA

1    have -- I escorted, you know, white nationalists down the

2    street to protect them.  And so I have done a lot of things

3    that have been very controversial, but for me this is above and

4    beyond all of that.

5             MR. MARIANO:  Thank you, Captain Mendoza.  No further

6    questions.

7             THE COURT:  All right.  We'll take our afternoon

8    recess, 10 minutes.

9             (Recess taken.)

10            THE COURT:  All right.  Mr. Hostetter, you may

11   cross-examine.

12            MR. HOSTETTER:  Thank you, sir.

13                      CROSS-EXAMINATION

14   BY MR. HOSTETTER:

15       Q.  Good afternoon, Captain Mendoza.

16       A.  Good afternoon.

17       Q.  Thank you for your service, appreciate you being here.

18       A.  Thank you.

19       Q.  First thing I want to ask you is, when I looked at all

20   of the exhibits that the prosecution was showing you and the

21   having been there that day and having seen the numbers of

22   people that were present, feeling the energy of the crowd, the

23   noise, I can empathize what your officers were dealing with.

24            And I guess my question to you would be, the rank that you

25   are at within your organization, upper level management

CROSS-EXAMINATION OF CARNEYSHA MENDOZA

1    position, what are a couple of things that might have ended

2    that entire fiasco before it ever began.  Can you think of a

3    couple of things as it relates to security?

4         A.  No, I can't.

5         Q.  On November 2nd, 2020, the night or the day before the

6    election, that same unscalable 8- to 10-foot chain link fence

7    that you all put up around the Capitol after the riot instead

8    of the day before --

9              MR. MARIANO:  Objection, Your Honor, relevance.  We

10   had a motion in limine regarding law enforcement preparations.

11             THE COURT:  I will let him ask the question before --

12   I see what the question is.

13             MR. HOSTETTER:  Thank you, Your Honor.  The point I

14   am trying to make here actually is, again, we are watching

15   quite a fiasco take place that day.  And there were some

16   obvious things that led to that.  And as you know, my opinion

17   is that the entire thing was staged.

18             THE COURT:  Just ask your question so I can decide

19   whether the objection is sustained or not.

20   BY MR. HOSTETTER:

21        Q.  I'm sorry about that.

22        Not only was this unscalable 8- to 10-foot chain link

23   fence available to fence off the Capitol building, just like

24   you did the day after it happened, but I believe

25   President Trump offered 10,000 national guardsman to help

CROSS—EXAMINATION OF CARNEYSHA MENDOZA

1    secure the facility before and that it was rejected.  Do you

2    have any idea why it was rejected?

3        A.  I am not aware of that.  And even with the presence of

4    the National Guard, there is no way we would have been able to

5    stop the attack that happened on January 6th.  It is just

6    not -- without any type of -- like actually closing the Capitol

7    to the public with infrastructure, there is no way we could

8    have done that.  And as you know, it is the People's House so

9    that is the reason why we don't close -- permanently close the

10   grounds like we do other federal government properties.

11       Q.  Well, at some point, you are -- just the force that

12   you had was able to move all of the people away from the

13   Capitol and secure it, just using your own force eventually;

14   correct?

15       A.  Well, just using Capitol Police?

16       Q.  And whichever other agencies you had involved that

17   day, Washington Metro, possibly whoever was there as part of

18   the initial security team.

19       A.  Right, with intense fighting though.  It wasn't like

20   we just put officers up around the building and everybody left.

21   It wasn't that simple, no.

22       Q.  Okay.  And it is your testimony here today, that

23   10,000 additional national guardsmen wouldn't have had much of

24   an impact on the security that day?

25       A.  In my opinion, no.  I am the commander of the civil

CROSS-EXAMINATION OF CARNEYSHA MENDOZA     131

1  disturbance unit.  I also have 13 other programs, tactical in

2  nature, including SWAT teams, less lethal teams.  I can tell

3  you, I have stood on the roof of that building, it is not a

4  building that you can secure with people, no, in my opinion.

5       Q.  I'm sorry.  I didn't mean to interrupt you.

6       A.  Yeah.

7       Q.  Back to the 8- to 10-foot unscalable chain link

8  fencing, how do you feel that might have impacted the day's

9  events?

10      A.  If you are asking for my opinion, then it probably

11  would have been broken down just like the bike rack was.  That

12  non-scalable fence is meant for you not to be able to crawl up

13  it.  But that doesn't mean you can't take it apart.  The --

14  just the same way they took the bike rack apart, people take

15  that fence apart.

16      Q.  I have a question also about your mutual aid response

17  that day.  And I forget the name of your mutual aid region, but

18  I believe there is a specific name for it.  Are you familiar

19  with that?

20      A.  I am.

21      Q.  What is the name for that?

22      A.  The MCOG.

23      Q.  What does that stand for?

24      A.  Metropolitan Council of Governments.  I am on the

25  committee.

1        Q.  Oh, great, that is even better.  Let's say that you

2    wanted to activate a mutual aid response and let them know the

3    day before the event and say, hey, we would like you all to

4    respond.  We expect a big issue tomorrow.  There is at least a

5    potential for it.  And we would like you all to respond in a

6    mutual aid fashion to join us and help us out.  Would that have

7    been possible?

8        A.  Possibly.  In an effort to -- for mutual aid, you

9    certainly have to articulate, you know, the response levels,

10   capabilities, why you need people.  Because most of the people

11   used for mutual aid, they have other stuff going on.  So prior

12   to all of the J6 events, we had multiple -- J6 was not the only

13   event.  We had multiple events.  And we handled those

14   ourselves.  And we were also handling the Black Lives Matter

15   demos at the same time.  And so was Montgomery county and

16   Metropolitan Police and all of the other agencies.  So for us

17   to request mutual assistance would mean that we thought we

18   would not be able to handle that event ourselves.  We indeed

19   thought we could handle it ourselves, because we had two prior

20   events that were similar in nature and we did handle those.

21       Q.  Were you part of the preplanning meetings?  Did you

22   attend the meetings leading up to the event itself?  I am

23   assuming there were probably several meetings dealing with

24   security issues.

25            MR. MARIANO:  Objection, Your Honor.  I renew my

1    objection to relevance for preparations.

2              THE COURT:  Overruled.

3              THE WITNESS:  I did attend some of the meetings.

4    But that event was not assigned to me.  Like I said, there

5    was -- there is -- at the time, there was more than -- there

6    was three of us.  Now, it was just me in the civil disturbance

7    unit.  So that was not my event, so I attended some at my

8    convenience.  But, no, I didn't attend all of them.

9    BY MR. HOSTETTER:

10     Q.  Okay.  During those meetings, did you discuss

11   generally things like the types of physical infrastructure you

12   would use, such as bike racks versus the unscalable fencing?

13     A.  I don't want to go into the specifics of the security

14   that was discussed at the meetings.  But we did discuss

15   infrastructure, yes.

16     Q.  Okay.  Anybody happen to raise their hand in the back

17   of the room and say, we are about to have a protest here in the

18   next week or two where the president himself is encouraging his

19   supporters to come out to Washington, DC.  He has stated matter

20   of factually -- and I agree with him, the election was stolen,

21   in my opinion -- many Americans' opinions out here.  And at the

22   end of the tweet, he stated quote, "Will be wild."

23         When you saw that tweet, with the ending, "Will be wild"

24   did that make you -- did that give you any concern or think to

25   yourself --

1      A.  So just to clarify, again, I -- in my 20 years on the

2   department, I have always been -- for most of my career, I have

3   worked the civil disturbance unit.  We get bomb threats almost

4   daily.  We get threats, bodily harm -- to do bodily harm or

5   threats to the process or to the public or to our dignitaries

6   daily.  So would that be a significant concern for me?  I think

7   some concern, but that is why we drafted our entire civil

8   disturbance unit to come in that day.  So I would say there was

9   some concern, but for me, it was not any more of a concern than

10  MAGA 1 or MAGA 2, which we worked successfully.

11     Q.  Do you recall if anyone ever even recommended or

12  suggested putting up that fencing 24 hours before instead of 24

13  hours after?

14     A.  Yeah.  So I am not going to discuss again the security

15  planning.  Those planning meetings are law enforcement

16  sensitive.  So I don't want to discuss what was said in those

17  planning meetings.  But the erection of the fencing is -- it is

18  sometimes beyond the law enforcement.

19     Q.  And I will give you an example of why I am asking this

20  question.  On November 2nd, 2020, the day before the

21  November 3rd election, the -- I believe HSI was involved in

22  this.  And they decided that they would wrap the White House in

23  that unscalable chain link fencing.  This was on November 2nd,

24  the day before the election.  They had no credible threats of

25  any violence or any protests or any problems.  They simply did

CROSS-EXAMINATION OF CARNEYSHA MENDOZA

1    it in the off chance that Trump might win the election and you

2    might have a big BLM, Antifa protest that could turn violent.

3    And as it did in June of 2020 when 50 Secret Service agents

4    were injured and a sitting president was driven into the bunker

5    of the White House.  Due to that protest, St. John's Church was

6    burned to the ground.  And on November 2nd, 2020, they took

7    that action just because.  And it strikes me -- let me ask you

8    a question about this.

9        A.  I was going to say, do you want me to answer a

10   question?  Do you want me to elaborate on that?

11       Q.  Yes.  Go ahead.

12       A.  So we are not the White House.  We are the Capitol,

13   totally different branch of government.  And it is -- again, it

14   is The People's House, right.  So the fact that the White House

15   is closed to the public on a daily basis.  So that is a

16   totally -- you are looking at -- federally government wise, it

17   is totally different than the United States Capitol building,

18   so it is not comparable.

19       Q.  Not comparable?

20       A.  No.

21       Q.  To take precautions?

22       A.  I did not say that.

23       Q.  Okay.

24       A.  And we did take precautions.  Again, my less lethal

25   team was active, my entire civil disturbance team was active.

CROSS–EXAMINATION OF CARNEYSHA MENDOZA                    136

1    There were officers on the ground.  And there was some

2    infrastructure in place, as we discussed earlier.

3         Q.  Were the officers that fired less lethal munitions

4    into areas of the crowd where the crowd had nowhere to go other

5    than to be enflamed by that happening.  There were flash bangs

6    thrown -- were there sting balls deployed that day?

7         A.  Possibly.  Flash bangs were.

8         Q.  Flash bangs.

9         A.  Sure.

10        Q.  I believe I saw sting balls in some of the videos.

11        A.  Okay.

12        Q.  Were rubber bullets used?

13        A.  Yes.  40 millimeter impact rounds to be exact.

14        Q.  And maybe you have seen some of the same videos that I

15   have seen where it appears that some of the Capitol Police were

16   firing these weapons into large areas of the crowd that weren't

17   really a problem at that time.  And it appeared to almost

18   intentionally activate or inflame the crowd.  Have you seen any

19   of these videos or these allegations that it was done

20   intentionally?

21        A.  My opinion is -- that is not my opinion.  That is your

22   opinion.

23        Q.  I am asking you for your opinion.

24        A.  No.  No, sir.  The bottom line is the grounds were

25   breached at 12:53.  At 12:53 you had officers that were

CROSS-EXAMINATION OF CARNEYSHA MENDOZA

1    overrun.  Okay.  I had officers injured, 180 to be exact.  So

2    whatever my officers had to do to alleviate the situation is

3    what they had to do.  Anybody who was on the grounds was

4    subject to whatever force that we decided to take that day.

5         Q.  Understood.  But the question is, have you seen those

6    videos?

7         A.  I seen some videos.  I don't go out of my way to watch

8    January 6 videos.

9         Q.  To watch what videos?

10        A.  January 6 videos, I don't go out of my way to watch

11   those videos.

12        Q.  I'm sorry.  I didn't understand what you said.

13        A.  I do not go out of my way to watch those videos.

14        Q.  It sounded like you said Jane --

15        A.  January 6th.

16        Q.  Oh, January 6th.  I'm sorry.  I apologize.  I wear

17   hearing aids and forgive me if I have to repeat a question.

18        A.  Okay.

19        Q.  Have you heard of Mr. Ray Epps?  Have you heard of Ray

20   Epps?

21        A.  No.

22             MR. MARIANO:  Objection, Your Honor, relevance.

23             THE COURT:  She said no.

24   BY MR. HOSTETTER:

25        Q.  You said, no, you never heard of him?

1          A.  I have heard the name.

2          Q.  Do you know who is he is and what he is suspected of

3     being?

4          A.  No.

5               MR. HOSTETTER:  Can I ask the prosecution to pull up

6     Exhibit 505, sir.

7     BY MR. HOSTETTER:

8          Q.  Ray Epps is about an obvious --

9               MR. MARIANO:  Objection, Your Honor.

10    BY MR. HOSTETTER:

11         Q.  -- a fed informant as you can possibly see.

12              THE COURT:  She said she doesn't know him.

13              MR. HOSTETTER:  I'm sorry, sir.

14              THE COURT:  The objection is sustained.  She already

15    said she doesn't know him.

16              MR. HOSTETTER:  I am telling her who he is.

17              THE COURT:  There is no point in telling her.  She

18    doesn't have any personal knowledge about him.

19              Didn't you just say that?

20              THE WITNESS:  Yes, sir, that is what I said.

21              MR. HOSTETTER:  Okay.  Okay.  It relates directly to

22    Exhibit 505.

23              THE COURT:  You can show her 505 and then I will see

24    what your question is.

25              MR. HOSTETTER:  Okay, sir.

```
 1  BY MR. HOSTETTER:
 2      Q.  On Exhibit 505 is this one of the first breach points
 3  right here of the day?
 4      A.  That is the first breach point, yes.
 5      Q.  Is one of your -- I think it was a female officer
 6  injured, concussion in that spot?
 7      A.  There was a female officer injured, I don't know
 8  exactly what spot, somewhere on the west front.
 9      Q.  Are you aware that the gentleman on the right, far
10  right, wearing the red hat backwards is named Ryan Samsel
11  and he is the one --
12      A.  I am not aware of that.
13          MR. HOSTETTER:  Okay.  Your Honor, for what it is
14  worth, Mr. Samsel -- Ray Epps spoke, whispered into his ear
15  right before --
16          MR. MARIANO:  Objection, Your Honor.
17          THE COURT:  Don't do that in front of the witness.
18  BY MR. HOSTETTER:
19      Q.  Okay.  We will get to that -- maybe we can get to 505
20  and Ray Epps in some other future witness.
21      Let me get back to my notes here.
22      You are the rank of captain; correct?
23      A.  I am a captain, yes.
24      Q.  Were you a captain on the day of the incident?
25      A.  I was.
```

CROSS—EXAMINATION OF CARNEYSHA MENDOZA

1        Q.   In the organizational chart, how many captains are at

2   Capitol Police?

3        A.   Currently?

4        Q.   Yes.

5        A.   Fifteen or 16.

6        Q.   Was it approximately the same on January 6th?

7        A.   Some people resigned since January 6th, so our

8   strength of captains is 18 out of 2,000.

9        Q.   What was Yogananda Pittman's rank on that day?

10       A.   She was assistant chief.

11       Q.   Assistant chief.  And in the rank structure of the

12  Capitol Police Department, did you have -- were you a direct

13  report of hers or were you are reporting directly to some other

14  assistant chief?

15       A.   I reported to another assistant chief.

16       Q.   Okay.  Is there a scandal going on right now revolving

17  around Yogananda Pittman?

18       A.   No, not in my position.

19       Q.   About her position at Berkeley?

20       A.   I would not call that a scandal, no.

21       Q.   Is she on the books right now so that she can collect

22  retirement in the future?

23            MR. MARIANO:  Objection, Your Honor, relevance.

24            THE WITNESS:  I have no knowledge of that.

25            THE COURT:  Sustained.

1    BY MR. HOSTETTER:

2        Q.  What is that?

3        Did you have -- were there any audio broadcasts going on

4    during the day explaining to people that might not have heard

5    anything or -- most of the signs by the time I arrived there

6    were already knocked down.  There was a man you may have seen

7    on video that was mysteriously walking around and cutting down

8    the fencing before the majority of the crowd got there.  There

9    was --

10       A.  But there was still officers standing that you were

11   standing right next to that were telling people -- that is

12   audible, because they were telling people they were not

13   authorized in the building.  In the video he just showed me

14   earlier, there was officers firing less lethal weapons toward

15   you and also the crowd.

16       Q.  I don't -- I didn't see them firing less lethal

17   weapons directly at me.  I saw less lethal in my general --

18       A.  Yeah.  The individual was struck by it --

19           MS. KENNEY:  I am going to object to the witness'

20   testimony.  She is now apparently identifying Mr. Hostetter.

21   Because in the direct examination, she was just describing an

22   individual.

23           THE COURT:  She can answer the question the way she

24   chooses.  It is her testimony.  The objection is overruled.

25   BY MR. HOSTETTER:

1      Q.   There is a video of an officer that appears to be on

2   the stage down below.  This was all over the news also and

3   talked about at length, because he seemed to be yelling this

4   was a setup.  He was angry there was a setup involved in this

5   event on January 6th.  And I think he felt betrayed by his

6   leadership.  Did you call your association of Capitol Police

7   officers a POA or do you call them by another name?

8      A.   I'm sorry.  Did ask me if I call my officers, what?

9      Q.   The association or your union, if you will, are they

10  called a policer officers' association or a POA?

11     A.   You mean, the police union?

12     Q.   Yes.

13     A.   We have a Union, but I don't know the term POA.

14     Q.   Okay.  No problem.  Did your union ever bring to your

15  attention or any other people's attention in leadership that

16  they were upset about the way the Capitol security was handled

17  that day?

18          MR. MARIANO:  Objection; relevance.

19          THE COURT:  Overruled.

20          THE WITNESS:  I have no knowledge of that.

21  BY MR. HOSTETTER:

22     Q.   Okay.  Did you anticipate that this would be one of

23  the largest, if not the largest protest possibly in the history

24  of Washington, DC, was that kind of a figure discussed as far

25  as how many people would show up?

CROSS-EXAMINATION OF CARNEYSHA MENDOZA

1     A.  I did not anticipate it, no.

2     Q.  You didn't anticipate the crowd would be that large,

3  is that what you are saying?

4     A.  No, I anticipate it, no.

5     Q.  I believe it was in some of the discovery that the

6  prosecution gave me, there was a reference to the fact that BLM

7  and Antifa the night before at a rally, they managed to get

8  around police lines or somehow evade the police that were

9  protecting a rally on the evening of January 5th.  And then get

10  over to the other side and engage in a brawl with the Proud

11  Boys.  Does that sound familiar?

12     A.  The only thing I can tell you is I worked multiple

13  nights with Black Lives Matter protests.  There was in -- and I

14  was a commander on scene of the events I was on.  And we did

15  not engage with them physically at all.  There was -- and they

16  did not cross our police line.  They didn't cross the police

17  lines that I had established.  So whatever any other police

18  agency dealt with, I cannot attest to that.

19     Q.  Okay.  Are you telling me that there was no skirmishes

20  or violence between Proud Boys and Antifa the night before

21  January 6?

22     A.  What I am telling you is that I have -- that is not

23  what happened where I was at.  There are, I think, 18 law

24  enforcement agencies in the District of Columbia.  So maybe you

25  are referring to something that occurred with another agency,

CROSS-EXAMINATION OF CARNEYSHA MENDOZA

1    but not with the United States Capitol Police.  So we had

2    plenty of Black Lives Matter protests.  And I had gained the

3    respect of those protesters.  If I asked them to do something,

4    they did it.  And that was -- you know, so for me it was a long

5    night, that is it.

6         Q.  Were you aware that every single elected official in

7    this country at a federal level, including the vice president,

8    was all going to be in that one building on January 6th?

9         A.  I am not going to discuss any type of security or, you

10   know, who -- I knew the vice president was going to be in that

11   building.  I don't -- so I am, again, special operations

12   division.  My whole job is to respond to critical incidents.

13   So I respond where I am called.  I do get some intelligence.  I

14   read over that intelligence and I go over that with my

15   officers.  But you know, you say this morning I had a

16   carjacking that I responded to before I came into this court.

17   I respond to shootings, stabbings, all kind of stuff.  But I

18   respond to critical incidents.

19        So I don't get involved in the politics of it.  So if you

20   want to ask me political questions, I am not going to answer

21   those.

22        Q.  I am asking if you are aware of public information, I

23   don't really view it as asking you a political question.

24        A.  You asked me if I was aware that every government

25   elected official in the federal government was going to be in

1  the Capitol.  Again, I am not really going to answer that,

2  because, yeah, I don't know.  I don't get that deeply involved

3  in it.  I just -- you know, I read the intelligence and I plan

4  according to the intelligence that I receive.  That is it.

5      Q.  Okay.  I will answer for you.  It is public

6  information and the answer to the question is, yes --

7              MR. MARIANO:  Objection, Your Honor.

8              THE COURT:  Sustained.

9              MR. HOSTETTER:  -- the entire government was under

10  that roof that day.

11              THE COURT:  Ask a question.  Don't make a speech.

12              MR. HOSTETTER:  Okay.  I'm sorry, Your Honor.

13  BY MR. HOSTETTER:

14      Q.  What I was getting at with that was, you are aware of

15  the violence of the summer 2020 and the riots, burning down the

16  St. John Church, driving the president into the bunker of the

17  White House, et cetera.

18      A.  Let me answer that question, because you are putting

19  words in my mouth.  So, again, the United States Capitol Police

20  is not the Metropolitan DC Police nor the Secret Service.  So

21  that occurred off Capitol grounds.  And unless those agencies

22  request assistance, I respond to assist them when they request

23  assistance.  I was not requested that day nor did I respond to

24  the incident that you are speaking of.  So I don't have direct

25  knowledge of that, so please don't say I am aware of it.

1            Q.  Oh.  I am shocked.  You are not aware of a church

2    being burned down right down the street from you, not aware of

3    the 50 Secret Service agents being injured in a massive riot

4    right down the street from you?

5                 MR. MARIANO:  Objection, Your Honor.

6                 THE COURT:  The objection is sustained.

7    BY MR. HOSTETTER:

8            Q.  I'm sorry.  I will -- so where I was going with that,

9    not putting words in your mouth.  These incidents occurred.

10   And you had the entire government under one roof sitting in the

11   Capitol for this event.  Does that strike you as odd that there

12   wasn't more done to protect the people in that building, the

13   entire elected government?

14                 THE COURT:  The objection is sustained.

15                 MR. HOSTETTER:  Okay.

16                 THE COURT:  Let's talk about what happened at the

17   Capitol.  Whether something else should have happened, I don't

18   care.  Let's talk about what actually happened.

19                 MR. HOSTETTER:  That is all I have.  Thank you.

20                 THE COURT:  Redirect.

21                 MR. MARIANO:  Yes, Your Honor, briefly.

22                        REDIRECT EXAMINATION

23   BY MR. MARIANO:

24           Q.  Captain Mendoza, Mr. Hostetter asked you about law

25   enforcement on the ground when the grounds were finally

1    cleared.  By that point, was it only the officers that had been

2    there at the beginning or had reinforcements been brought in?

3        A.  Reinforcements had been brought in from as far away as

4    New Jersey.

5        Q.  Let me ask you another question.  If you could have

6    prevented January 6th, would you have done it?

7        A.  Absolutely.

8            MR. MARIANO:  No further questions.

9            THE COURT:  Thank you very much, Captain.  You may

10   step down.

11           Next witness.

12           THE WITNESS:  Thank you, Your Honor.

13           MR. MARIANO:  The United States calls Daniel

14   Schwager.  I think he may be in our witness room, so he may be

15   a few steps away.

16                      DANIEL SCHWAGER, sworn.

17           THE WITNESS:  I do.

18                         DIRECT EXAMINATION

19   BY MR. MARIANO:

20       Q.  Good afternoon.

21       A.  Good afternoon.

22       Q.  Could you please state your name and spell it for the

23   record?

24       A.  Daniel Schwager; D-A-N-I-E-L, S-C-H-W-A-G-E-R.

25       Q.  Lift up the microphone if you would a little.

DIRECT EXAMINATION OF DANIEL SCHWAGER                148

1          Where did you work on January 6th -- excuse me --

2    January 6th, 2021?

3          A.   Thank you.  I worked in the United States Senate in

4    the Office of the Secretary of the Senate.

5          Q.   And what was your job title?

6          A.   I was the general counsel to the Secretary of the

7    Senate.

8          Q.   What does the Secretary of the Senate do?

9          A.   The Secretary of the Senate is in some sense the chief

10   administrative officer of the Senate.  The secretary oversees

11   numerous departments that handle various administrative tasks,

12   financial dealings of the Senate and the -- all of the clerks

13   on the floor of the Senate who maintain the legislative

14   business are all under the secretary, as well as the historian

15   and curator, et cetera.

16         Q.   As general counsel to the Secretary of the Senate,

17   what were your job responsibilities?

18         A.   I had a wide portfolio that included things such as

19   contract review, procurement, ethics.  I assisted the secretary

20   in any compliance issues that would come up.  I assisted the

21   secretary or counseled the secretary on any policy issues we

22   needed to deal with, which would have been strictly

23   administrative.  I assisted all of the departments and the

24   department heads for all of the various departments with any

25   needs that they might have and various other responsibilities.

DIRECT EXAMINATION OF DANIEL SCHWAGER

1      Q.   Are you a lawyer by trade?

2      A.   I am.

3      Q.   You mentioned your role with respect to policy I think

4    you said was strictly administrative.  Was your job a partisan

5    job?

6      A.   It was not.

7      Q.   Is the Secretary of the Senate a partisan job?

8      A.   The secretary is typically nominated by the majority

9    leader and then voted on by the entire Senate.  The secretary's

10   job is to serve the entire Senate.  While they are typically

11   former staff of members of one party or another, the

12   secretaries that I worked for have seen it as their duty to

13   serve the entire Senate in a nonpartisan way.

14     Q.   Have you had other jobs in Congress?

15     A.   I have.

16     Q.   What were those jobs?

17     A.   I was a counsel on the Senate ethics committee.  And I

18   was chief counsel and staff director of the House ethics

19   committee.

20     Q.   So across your jobs in Congress, have any of them been

21   partisan jobs?

22     A.   No, they have not.  In fact, the two Senate committees

23   are the only bipartisan committees.  And those positions are

24   explicitly nonpartisan.  And as staff director in the House, I

25   was hired by both the chair and the vice chair or ranking

DIRECT EXAMINATION OF DANIEL SCHWAGER                    150

```
 1    member of the committee and serve them equally, as I did the
 2    entire committee.
 3         Q.  Approximately how long did you work in Congress?
 4         A.  Across all three jobs, almost 11 years.
 5         Q.  And how long have you been a lawyer?
 6         A.  Approximately 25 years.
 7         Q.  At some point, did you stop working in Congress?
 8         A.  I did.
 9         Q.  And approximately when was that?
10         A.  The end of January of 2022.
11         Q.  And do you work for a nonprofit now?
12         A.  I do.
13         Q.  So I'd like to turn to January 6, 2021.  Were you
14    working that day?
15         A.  I was.
16         Q.  Were you at the US Capitol building that day?
17         A.  I was.
18         Q.  Generally, what was scheduled to take place at the US
19    Capitol on January 6th, 2021?
20         A.  It was a joint session of Congress for the purpose of
21    counting of the electoral college ballots.
22         Q.  So let me back up and go over some fundamentals.  Is
23    Congress made up of two houses?
24         A.  It is.
25         Q.  What are the houses?
```

DIRECT EXAMINATION OF DANIEL SCHWAGER                151

1          A.  The House of Representatives and the United States

2     Senate.

3          Q.  So let's start with the House of Representatives.  How

4     many members are in the House?

5          A.  There are 441, including the resident commissioners of

6     the US territories.  But of the fifty states, there are 435.

7          Q.  Is there a member that is elected to oversee the

8     House?

9          A.  By oversee, there is a speaker of the House who is

10    typically thought of as supervising the day-to-day or

11    influences the day-to-day activities and various supervisory

12    roles.  They don't have to be a member, but they typically have

13    been.  But they are elected by the members of the Congress,

14    yes.

15         Q.  And in the absence of the speaker, who presides over

16    the House?

17         A.  When the speaker is not the presiding officer, then

18    they have -- any member typically is a member of the majority

19    party, can serve as the -- I believe they call it the speaker

20    pro tempore, but in essence the acting chair or the presiding

21    officer.

22         Q.  On January 6, 2021, who was the speaker of the House?

23         A.  Nancy Pelosi.

24         Q.  Turning to the Senate, how many members are in the

25    Senate?

```
 1         A.   100.

 2         Q.   Is there a member elected to oversee the Senate

 3    agenda?

 4         A.   Yes.  The Senate agenda is managed by the person

 5    elected by the majority caucus and known as the majority

 6    leader.

 7         Q.   And who was the Senate majority leader on January 6,

 8    2021?

 9         A.   It was Senator Mitch McConnell from Kentucky.

10         Q.   That is Senate majority leader who presides over the

11    Senate?

12         A.   The president of the Senate is the Vice President of

13    the United States.

14         Q.   In the absence of the vice president, who presides

15    over the Senate?

16         A.   There is a designated president pro tempore who is

17    next in line to preside when the vice president is unavailable.

18    But any senator can preside over a session of the Senate.

19         Q.   On January 6, 2021, who was the vice president of the

20    United States?

21         A.   Mike Pence.

22         Q.   Who was the Senate president pro tempore?

23         A.   Chuck Grassley, senator from Iowa.

24         Q.   And are both the House chamber and the Senate chamber

25    inside the US Capitol building?
```

DIRECT EXAMINATION OF DANIEL SCHWAGER                153

1            A.   They are.

2            Q.   Can you generally describe where in the Capitol

3    building they are located?

4            A.   Sure.   The Capitol building is kind of designated in

5    two wings with a central area under the dome.   And at the end

6    of each wing, roughly at the end of the hallway outside is each

7    chamber.   And so each chamber -- the main floor of each chamber

8    is on what we would call the second floor of the Capitol

9    building at opposite ends from the central hallway which is

10   called the rotunda.   So that if you look from the door, the

11   central doorway of each chamber straight down the hall, you

12   would see the door of the other chamber.

13           Q.   I apologize if you said this.   Is the Senate on the

14   north or south side?

15           A.   The Senate on the north side.

16           Q.   And the House is on the south side?

17           A.   Correct.

18           Q.   On November 3rd, 2020, was there a US presidential

19   election?

20           A.   There was.

21           Q.   Can you describe procedurally what happens after

22   November 3rd before January 6th, 2021?

23           A.   Sure.   There are a few steps that lead up to the

24   January 6th, 2021 and the counting of the electoral college

25   ballots.   And I am talking about the steps to determine who the

1   electors are, who will sign those, what we are referring to

2   colloquially as the electoral college ballots.  Within a

3   certain statutory timeframe and essentially as soon as it can

4   be determined, the law will require the governor of each state

5   and the chief election official, typically the Secretary of

6   State, to sign what is called a certificate of ascertainment.

7   That certificate lays out by law the count of votes in the

8   general election and which slate of electors received how many

9   votes.

10       And so as many people know, we do not vote directly for

11   the president and vice president, but we vote for slates of

12   electors who have aligned themselves with one or the other of

13   the candidates.  So the certificate of ascertainment, which

14   must be signed and sealed by the governor and Secretary of

15   State or the chief election official, lays out the number of

16   votes that each slate of electors has received and determines

17   which slate of electors has won the popular election from that

18   year.

19       Following that -- and then that certificate of

20   ascertainment is sent to various places, including the

21   Archivist of the United States.  Following that proceeding, the

22   electors who have been designated by the governor and the chief

23   election official as the winners of the election of the general

24   election, they will meet on a date designated by law in every

25   state.  The electors will meet on the same date in a central

1    location.  And that winning team of electors will vote for

2    president and for vice president.  After they have voted, they

3    will all sign a number of copies of -- they will sign multiple

4    originals of what is called a certificate of vote.  That

5    certificate lays out who each elector's vote was given to for

6    president and who each elector's vote was given to for vice

7    president.  That certificate of vote is what we colloquially

8    refer to as the electoral college ballot or tally.

9        That certificate must be sent, must be sealed, I believe,

10   by the chief election official, I think, and must be sent along

11   with a copy of the certificate of ascertainment to six

12   different locations, including the President of the United

13   States Senate, most importantly for my point of view; Archivist

14   of the United States; the Chief Judge of the District Court in

15   which the electors are sitting, the governor, various other

16   locations.  And so that is how that vote is determined.  We

17   then come to the final step in determining the winner of the

18   election, which is those votes are then counted by law and by

19   constitution in a joint session of Congress.  That session is

20   presided over by the president of the Senate.

21       The Senate having received the ballots or certificates of

22   vote brings them with us to the House, to the House floor where

23   all joint sessions take place, simply because of capacity.  And

24   each certificate is presented to the president of the Senate,

25   who then presents it to tellers to read the contents of the

1    certificate.  That vote total is made and the vice president

2    and president of the Senate reads the total votes.  And that

3    reading of the votes is considered by law to be the final

4    determination of who has been elected president and vice

5    president in the previous general election.

6         Q.  So let me ask just a couple of follow-up questions

7    about what you just outlined.  You mentioned a joint session of

8    Congress.  What is a joint session of Congress?

9         A.  A joint session is when the House of Representatives

10   and the Senate come together and meet to conduct official

11   business of some sort or to receive information or a

12   presentation or something.  It is an official session, so it

13   happens on the floor of one or the other of chambers.  By

14   practice, it always happens on the House floor.  But as I said,

15   the House chamber is much larger than the Senate's and can

16   accommodate all of the members of both bodies.

17        Q.  Physically, how are the electoral votes delivered to

18   Congress?

19        A.  Various ways.  I believe the statute calls for them to

20   be sent by registered mail, if I remember directly.

21        Q.  When they are received, who keeps custody of them in

22   Congress?

23        A.  All Senate records are considered to be in the custody

24   of the Secretary of the Senate and so the President of the

25   Senate, having received a Senate record would commit them to

DIRECT EXAMINATION OF DANIEL SCHWAGER                    157

1   the care and custody of the Secretary of the Senate.  And I

2   should also say that there are other provisions for receiving

3   the certificates.  They can be received by courier from the

4   Chief Judge of the District Court if needed.

5       Q.  So what are the sources of law that govern the

6   procedures for the certification of the electoral college vote?

7       A.  There are three sources.  One is the Constitution of

8   the United States, the second is the United States Code of

9   laws, and the third is the rules of the Congress.  And the

10   rules, both permanent rules and rules as adopted for each

11   proceeding.

12       Q.  Let's go to Government Exhibit 704.  If we can go to

13   the next page.  Do you recognize this document?

14       A.  I do.

15       Q.  What is it?

16       A.  This appears to be a copy of the 12th Amendment to the

17   Constitution of the United States.

18           MR. MARIANO:  I move for the admission of Government

19   Exhibit 704.

20           THE COURT:  Received.

21           (Whereupon, Government Exhibit No. 704 was admitted.)

22   BY MR. MARIANO:

23       Q.  I am not going to ask you to read it.  But can you

24   generally describe what is discussed in this amendment?

25       A.  The 12th Amendment describes the proceeding for

1   determining who has been elected president and describes the

2   joint session for the counting of the electoral college votes

3   and the electoral college itself.

4        Q.  Let's go to Government Exhibit 705.  Do you recognize

5   this document?

6        A.  I do.

7        Q.  What is it?

8        A.  This appears to be Section 15 of Title 3 of the United

9   States Code.

10            MR. MARIANO:  Move for the admission of Government

11   Exhibit 705.

12            THE COURT:  Received.

13            (Whereupon, Government Exhibit No. 705 was admitted.)

14   BY MR. MARIANO:

15        Q.  Again, I won't ask you to read it, but can you

16   describe what Title 3, United States Code Section 15 codifies?

17        A.  Yeah.  This is part of a series of sections that

18   determines what happens with the election of the president and

19   vice president.  And this section in particular contains many

20   of, not necessarily all, but many of the procedures prescribed

21   by law for the counting of the electoral college ballots.

22        Q.  Does this set out the date and time of the

23   certification?

24        A.  I'm sorry?

25        Q.  Does this also set out the date and time of

 1    certification?

 2          A.  I believe it does.  Yes, in the first two sentences.

 3          Q.  Let's go to Government Exhibit 706.  Do you recognize

 4    this document?

 5          A.  I do.

 6          Q.  What is it?

 7          A.  This is Section 16 of Title 3 of the United States

 8    Code.

 9          Q.  Can you describe what this section codifies?

10          A.  This is more of the procedure for the actual joint

11    session itself.  It tells us -- it tells us how to pick

12    tellers, who actually physically counts.  It describes some of

13    the logistics, including some of the time limits for how we are

14    to conduct the session from beginning to end.

15          Q.  Is there any limit regarding the joint -- when the

16    joint session can and cannot take a recess?

17          A.  Yes.  Basically we have a certain amount of time to

18    finish this while taking recesses.  So for the first -- if this

19    takes multiple days, we are permitted to take an overnight

20    recess for several days.  But after that, we are not even

21    permitted to take an overnight recess.  If this went on for a

22    week, we would be there 24 hours for the last I think three

23    days.  I think we take four nights.  I forget exactly.  But it

24    puts some pressure on us to get the job done.

25          Q.  Let's go to Government Exhibit 707.  Do you recognize

1    this document?

2         A.  I do.

3         Q.  What is it?

4         A.  Section 17 of Title 3 of the United States Code.

5              MR. MARIANO:  Move for the admission of Government

6    Exhibit 707.

7              THE COURT:  Received.

8              (Whereupon, Government Exhibit No. 707 was admitted.)

9    BY MR. MARIANO:

10        Q.  Can you describe what this section codifies?

11        A.  This describes one of the procedures within the joint

12   session.  So this specifically describes what is to happen or

13   what the limits are, the time limits are on the proceedings

14   when an objection is made and joined by both a member of the

15   House of Representatives and a senator.  It describes how we

16   are to conduct the debate on that objection to reach a vote on

17   the objection.

18        Q.  Let's go to Government Exhibit 708.  Do you recognize

19   this document?

20        A.  I do.

21        Q.  What is it?

22        A.  It appears to be Section 18 of Title 3 of the United

23   States Code.

24             MR. MARIANO:  I will move for the admission of

25   Government Exhibit 708.

1                  THE COURT:  Received.

2                  (Whereupon, Government Exhibit No. 708 was admitted.)

3      BY MR. MARIANO:

4          Q.  Can you describe what this section codifies?

5          A.  This section prescribes by law who presides over the

6      actual session.  Well, it is actually -- that was described in

7      section 15.  But this limits some of the powers of the

8      president of the Senate within the proceeding itself.  It

9      grants the president of the Senate the power to preserve order,

10     but limits the debates and questions that the vice president

11     may put forward on his own accord.

12         Q.  Government Exhibits 705 through 708 were all from the

13     United States Code; is that correct?

14         A.  That is correct.

15         Q.  Is that a public document?

16         A.  It is.

17         Q.  And that document is federal law; correct?

18         A.  That's correct.

19         Q.  Is the US Constitution also a public document?

20         A.  It is.

21         Q.  Let's go to Government Exhibit 703.  Do you recognize

22     this document?

23         A.  I do.

24         Q.  What is it?

25         A.  This is a concurrent resolution, what we would call

1    S.Con.Res 1 or Senate concurrent resolution number 1 from the

2    117th Congress.

3        Q.   You mentioned S.Con.Res 1 in the top left-hand corner.

4    What does that indicate?

5        A.   So a concurrent resolution is a type or a piece of

6    legislation that is started in one chamber, as all pieces of

7    legislation are, voted on and agreed to by both chambers, but

8    does not require the signature of the president, as opposed to

9    a joint resolution.  So a concurrent resolution, would relate

10   to some proceeding or set of rules, something under the

11   constitutional rule making authority of the chambers and agreed

12   to by both.  It is called a Senate concurrent resolution

13   because it originated within the Senate.  And it is Senate

14   concurrent resolution number 1 because it is the first

15   concurrent resolution from the 117th Congress.

16           MR. MARIANO:  If I haven't already done so, we move

17   for the admission of Government Exhibit 703.

18           THE COURT:  It is received.

19           (Whereupon, Government Exhibit No. 703 was admitted.)

20   BY MR. MARIANO:

21       Q.   On the top right-hand corner, do you see where it says

22   agreed to January 3rd, 2021?

23       A.   I do.

24       Q.   What does that indicate?

25       A.   That is the date upon which the second chambers, so

1    the House, would have agreed to the resolution.  It would have

2    first been voted on by the Senate and then carried to the House

3    by the clerks of the Senate.  And then the House would have

4    voted on it and agreed to it.

5         Q.  I am indicating a portion on the lower right-hand side

6    of the screen.  What does that area indicate?

7         A.  You have circled the signature of Julie E. Adams who

8    was at that time the Secretary of the Senate and my boss.

9         Q.  Can you substantially describe this concurrent

10   resolution?

11        A.  So this concurrent resolution adopts some of the

12   procedures that you saw in law, so some equivalent procedures.

13   It adopts them as a rule of the two chambers, therefore

14   invoking the rule making authority of the chambers to set the

15   rules for their own proceedings as well.  So it is a third

16   source of -- a third source of authority for how the

17   proceedings would work in that joint session.

18        Q.  You spoke earlier generally about your job

19   responsibilities.  Specifically with respect to January 6,

20   2021, what were your job responsibilities?

21        A.  I had some administrative responsibilities to make

22   sure the proceeding went smoothly.  I was part of the team that

23   ensured that we had a complete custody of a full set of

24   electoral college ballots to ensure that they would be present,

25   that they would be safe and secure.  I advised the secretary on

 1   any issues that might arise.  I consulted with the

 2   parliamentarian of the Senate who is the ultimate authority on

 3   the interpretation of the Senate rules, while the ultimate

 4   authority is the Senate itself.  But as the authority within

 5   our office to advise the Senate on the interpretation of their

 6   rules, I consulted with counterparts in the House of

 7   Representatives and anyone else as necessary to make sure that

 8   the proceeding went smoothly and various other

 9   responsibilities.

10        Q.  Have you previously worked in your role as general

11   counsel for Secretary of the Senate for any other electoral

12   vote certifications before Congress?

13        A.  I did on January 6th of 2017.

14        Q.  Let's go Government Exhibit 701.  Do you recognize

15   this document?

16        A.  Yes.

17        Q.  What is it?

18        A.  This appear to be an excerpt of the congressional

19   record from January 6, 2021.

20             MR. MARIANO:  We'll move for the admission of

21   Government Exhibit 701.

22             THE COURT:  Received.

23   BY MR. MARIANO:

24        Q.  What is a congressional record?

25        A.  The congressional record is the daily compilation of a

1    substantially transcribed account of the proceedings of

2    Congress.  It is not exactly chronological in how it is

3    printed.  But it prints a substantially verbatim account of

4    the -- of all of the proceedings in each chamber and various

5    other information as designated.  It is generated by the

6    official reporters of debate, both in the Senate, who also work

7    for the secretary and in the House.  And it is compiled by

8    the -- after they compile it and edit it, it is published by

9    the Government Publishing Office each night overnight and

10   printed for distribution the next day.

11        Q.  You mentioned the document being published.  Is this

12   record available to the public?

13        A.  It is.

14        Q.  Let's go to Government Exhibit 702.  Do you recognize

15   this document?

16        A.  I do.

17        Q.  What is it?

18        A.  It appears to be another excerpt of the congressional

19   record from January 6, 2021.

20        Q.  And is this from the House of Representatives' side?

21        A.  It is.

22            MR. MARIANO:  I will move for admission of Government

23   Exhibit 702.

24            THE COURT:  Received.

25            (Whereupon, Government Exhibit No. 702 was admitted.)

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    BY MR. MARIANO:

2        Q.  We can take that down.  Prior to the trial, have you

3    reviewed a video compilation of events that took place in

4    Congress on January 6, 2021?

5        A.  I have.

6        Q.  Does that video compilation include evidence from the

7    video from the House recording studio?

8        A.  It is my understanding that it does.

9        Q.  Does that also include video evidence from the Senate

10   recording studio?

11       A.  That is my understanding.

12       Q.  Does that compilation also include excerpts from the

13   congressional record?

14       A.  Yes, I do recall that it does.

15       Q.  Let's go to Government Exhibit 002.  And for

16   identification purposes, let's just play the first 12 seconds.

17   We are paused at 12 seconds.  Is this the compilation video

18   that you previously reviewed?

19       A.  It appears to be.

20       Q.  And what does it depict?

21       A.  I'm sorry?

22       Q.  What does it depict?

23       A.  The entire video depicts excerpts of the proceedings

24   and the two chambers, including excerpts of the individual

25   chamber proceedings and excerpts of the joint proceedings as

 1    well.

 2        Q.  Is it a fair and accurate depiction of the

 3    congressional proceedings on January 6th?

 4        A.  To the best of my understanding, it is.

 5            MR. MARIANO:  Move for the admission of Government

 6    Exhibit 002.

 7            THE COURT:  Received.

 8            (Whereupon, Government Exhibit No. 002 was admitted.)

 9    BY MR. MARIANO:

10        Q.  We are paused at 12 seconds.  At the bottom of the

11    screen, there is a depiction of the US Capitol building;

12    correct?

13        A.  Yes.

14        Q.  Can you just describe, there is some highlighting.

15    Can you describe what that sets out?

16        A.  Yes.  As I described, there are two wings emanating

17    from the center of the building under the dome.  And so this

18    would be looking from the east front from basically between the

19    Supreme Court and the Library of Congress, where you would see

20    the House wing as we call it on the left or the southern wing

21    and the senate wing or the northern wing on the right.  And so

22    what is in the square under the word house is where the House

23    chamber exists.

24        Q.  And in the top left corner of the screen, there

25    appears an excerpt from the congressional record; is that

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    correct?

2        A.  Yes.

3        Q.  On the lower left side of the screen is a time stamp;

4    correct?

5        A.  Correct.

6        Q.  Is there also a time stamp on the video itself?

7        A.  There is.

8        Q.  Let's resume at 12 seconds and play until 2:35.

9            (Video played.)

10   BY MR. MARIANO:

11       Q.  We are paused at 2:35.  The time stamp on the right

12   side of the screen is 1:00 p.m.  Can you describe procedurally

13   what we have seen happen to this point?

14       A.  Yeah.  What you have seen is each chamber individually

15   authorized the proceeding into a joint session.  So each

16   chamber does convene on its own prior to a joint session.  And

17   the announcer agreed to enter into a joint session.  And so

18   what you saw in the Senate side, Senator Lankford had the

19   chair.  He was the presiding officer who announced that

20   pursuant to a document you asked me about earlier, S.Con.Res 1,

21   the Senate would then proceed.  And the last thing that you saw

22   was after that vote.  And then you saw some senators gathering

23   by the door, the Senate and some staff, led by the Secretary of

24   the Senate, including and carrying the electoral college

25   ballots proceeded down the hallway from the Senate chamber to

1    the House chamber.  And then the final step was, as you saw,

2    the Sergeant at Arms of the House of Representatives announcing

3    the arrival of the vice president and the Senate.  And then,

4    that proceeding continued into the Senate -- the House chamber.

5        Q.  So what we have on the screen here right now is the

6    House chamber?

7        A.  That is the House chamber.

8            THE COURT:  Leading the way before the vice president

9    arrived were the ballots being carried by your staff; right?

10           THE WITNESS:  That is correct.  After the secretary

11   and the Deputy Sergeant at Arms, some young senate staffers

12   were carrying the ceremonial boxes.  And then the ballots that

13   don't fit in them, that contain the electoral college ballots,

14   that's correct.  And in this, you can see them being placed on

15   the lowest level.

16           THE COURT:  They come to the Senate first and the

17   Senate carries them over to the House?

18           THE WITNESS:  That is correct.  Those documents are

19   in the custody of the Senate until after the proceeding is

20   finished and they are sent to the archives.

21   BY MR. MARIANO:

22       Q.  Can you see who is at the dais in the House chamber

23   right now?

24       A.  I'm sorry?

25       Q.  Can you see who is at the front of the House chamber

DIRECT EXAMINATION OF DANIEL SCHWAGER          170

```
 1     on the dais?

 2          A.  Yes.

 3          Q.  Who is that?

 4          A.  You said at the front of the dais, do you mean at

 5     the --

 6          Q.  I am indicating the person in front of the American

 7     flag slightly to the right.

 8          A.  Yes.  That is the then-Speaker of the House of

 9     Representatives, Nancy Pelosi.

10          Q.  Let's resume at 2:35 and play until 3:41.

11               (Video played.)

12     BY MR. MARIANO:

13          Q.  We are paused at 3:43.  Who is presiding over the

14     joint session at this point?

15          A.  That was Vice President Pence, the President of the

16     Senate.

17          Q.  And, generally, what was Vice President Pence's role

18     that day?

19          A.  As the presiding officer, he gaveled in the joint

20     session.  He directed the ballots to the tellers.  He

21     maintained order.  And when senators rose to make objections --

22     when either House members or senators rose to make objections,

23     he would call on them and allow them to state it.  And then he

24     would direct the separation for the consideration of

25     objections, if the objection was voiced by both a member of the
```

1    House and a member of the Senate.  And then at the end of the

2    proceeding, he would receive the final tally from the tellers.

3    And he would announce the results of the final tally.  And he

4    would declare the count, which would amount to the announcement

5    of who had won the -- who had been elected president and vice

6    president.

7         Q.  So you mentioned objections.  What is an objection in

8    the context of this certification proceeding?

9         A.  So an objection, the law permits members of the House

10   or of the Senate to object to the counting of an electoral

11   college ballot for improper form or a number of reasons that

12   are articulated.  That objection -- any objection will be

13   heard.  If an objection is joined by both a member of the House

14   of Representatives and a senator, together, at least one of

15   each, then the two chambers -- then the procedure kicks in for

16   the consideration of that objection.  If it is not endorsed or

17   joined by at least one member from each chamber, then the

18   objection will not be heard.  And the chambers will not

19   consider it.

20        Q.  Could members of the public lodge objections to

21   certification?

22        A.  Not during the session.  Members of the public are

23   never permitted to participate or speak in a session or joint

24   session of Congress.

25        Q.  Let's resume at 3:43 and play until 5:42.

1          (Video played.)

2    BY MR. MARIANO:

3        Q.  We are paused at 5:42.  What chamber is depicted on

4    the screen now?

5        A.  This is the Senate chamber.

6        Q.  Can you describe what happened and what we just

7    watched?

8        A.  Yes.  While this occurred -- this clip occurred just

9    after -- well, the vice president had been presiding over the

10   debate of the objections in the senate chambers as the

11   president of the senate.  Just prior to this clip, the vice

12   president had been escorted out of the chamber by a security

13   detail.  Senator Grassley had been brought by staff up to the

14   dais or the presiding officer's chair, which is in the center

15   in front of that blue curtain.  And Senator Grassley, the

16   president pro tempore was handed something to say.  And he made

17   the statement that we practiced for situations like this, that

18   the Senate will recess subject to a call of the chair.  And

19   then he was escorted out by a security detail.  Around this

20   time, that is around the time that I came in.  You can see me

21   standing in the background there.  I had been standing in the

22   back of the chamber and had just been told that protesters or

23   rioters had breached the building.  And so I had rushed down

24   there to support the secretary and our clerks and our staff

25   there and help organize.  And then finally, the person you are

1    seeing standing in front of the presiding officer's chair is a

2    Capitol Police officer, again another person who practices this

3    role.  He is one of the regular Capitol Police officers posted

4    in the senate chamber who was about to announce the situation

5    and ask all senators and staff to remain calm, remain where

6    they are and await further direction of the Capitol Police.

7    And he also announced, as this was happening, that the Senate

8    chamber was being locked down due to a threat to the Senate.

9    And so around the room, what you can't see here, there are

10   several doors on -- this is the chamber floor.  So on this

11   level, there are several doors that there are police officers

12   and Capitol Police officers and doorkeepers are coming in and

13   locking these doors.  And then around the chamber above it are

14   the galleries.  And you have doorkeepers and police officers

15   coming in and locking those doors.  So at this time, the Senate

16   chamber is being locked down.

17        Q.  I have some follow-up.  Let me start with the more

18   fundamental question.  What is a recess?

19        A.  The term recess is used in several different ways and

20   has several different meanings.  I am not the authority on what

21   it means in different sessions.  A recess subject to the call

22   of the chair, which is what was just announced is essentially a

23   temporary pause in a proceeding that has not ended.  The

24   proceeding has not adjourned.  The proceeding is ongoing and

25   something needs to be addressed such that they are going to

DIRECT EXAMINATION OF DANIEL SCHWAGER

1  take a pause.  The staff doesn't have to stay at the desk.  The

2  reporters don't have to keep reporting and waiting for the next

3  thing to happen.  And so it is a way to kind of pause the

4  proceedings and then -- with an indication that it will -- we

5  will return to finish whatever proceeding we are in the middle

6  of.

7      Q.  So during a recess, subject to the call of the chair,

8  the official proceeding itself can't continue?

9      A.  I'm sorry?

10     Q.  During the recess, subject to the call of the chair,

11 the official proceeding itself can't continue until that recess

12 is over?

13     A.  That is correct.  Well, the official proceeding is in

14 a sense ongoing, but we can't continue to take the steps to

15 finish it until the chair calls us back.

16     Q.  Do you know why a recess subject to the call of the

17 chair was made in this case?

18     A.  Yes.  As that officer standing there announced right

19 away, although I knew it was going to happen because we had --

20 all of these procedures followed what we drill and what we call

21 an active shooter drill.  So all of the steps followed, so I

22 had a sense what he was going to say is we are under a threat

23 situation.  The Senate chambers is being locked down.  Please

24 remain in place and await further direction of the Capitol

25 Police officers.  So we recessed.  The reason we recess subject

DIRECT EXAMINATION OF DANIEL SCHWAGER                    175

1    to the call of the chair is so the Capitol Police can take

2    charge in essence and can give direction.  If we are in the

3    middle of an active session, the Capitol Police officer can't

4    walk up to the dais and start giving directions.  It still

5    would need to be debating.  There would need to be a vote to do

6    something different.  So the recess subject to the call of the

7    chair is the procedural tool used in an emergency situation to

8    facilitate direction -- further directions.

9         Q.  You mentioned a few times a particular US Capitol

10   Police officer.  Can you indicate that person on the screen?

11        A.  Yes.

12        Q.  The witness has circled the higher portion of the

13   center of the video screen depicting the Senate chamber.  You

14   also mentioned that you are visible on the screen.  Can you

15   indicate where you are?

16        A.  (Indicating.)

17        Q.  And witness has indicated an area in the left-hand

18   third of the screen depicting the Senate chamber.

19        When you heard that rioters had entered the building, what

20   was your priority?

21        A.  My priority was getting down to be near the secretary

22   to make sure she was aware, make sure I supported her in

23   anything she needed and supported the clerks and the

24   parliamentarians in anything they needed, depending on what was

25   going to happen next.

1      Q.  And where were the physical electoral votes at this

2   point?

3      A.  You can see them in this picture.  If you would like

4   me to circle them, they are in the ceremonial boxes.  And then

5   the oversized ones are on a staff table in front of the dais.

6   And I am circling them here.

7      Q.  And the witness has circled an area in the bottom

8   left-hand corner of the screen depicting the Senate chamber.

9      Did you stay in the Senate chamber?

10     A.  I did, yes.  The Senate chamber was locked down so I

11  couldn't leave.  I stayed around to -- the secretary and then

12  at a certain point I walked over to the actual table with the

13  ballot boxes to make sure that nobody in the chamber,

14  innocently enough, but nobody opened the boxes or tried to take

15  a look at what was going on.  Because people were milling

16  around waiting for the next direction -- eventually we were

17  milling around waiting for the next direction.

18     Q.  At some point, were you evacuated from the Senate

19  chamber?

20     A.  We were.

21     Q.  Without identifying where you went, can you generally

22  describe how the evacuation worked?

23     A.  Yes.  All of the staff and the senators together

24  followed the directions of the Capitol Police officers.  A

25  group of us who were in the chamber grabbed the ballots and the

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    other paraphernalia that we needed for the joint session.  And

2    all of us staff and senators together followed the evacuation

3    route that was lined with Capitol Police officers and followed

4    their directions.  The staff had to show our IDs as we went.

5    And, yes, we followed the directions to another -- until we

6    eventually arrived at another location where we all congregated

7    together awaiting further direction and doing whatever we

8    needed to do in the moment.

9         Q.  And based on what you observed, what was the general

10   mood of the people being evacuated?

11        A.  Surprise.  When you say being evacuated -- during the

12   evacuation, I think there was surprise and concern and alarm.

13   Once we were at the location, there was also quite a bit of

14   anger.

15        Q.  Physically what happened to the electoral votes?

16        A.  The electoral ballots?

17        Q.  Yes.

18        A.  We maintained them in our custody and the custody of

19   the secretary of the Senate.  And we received Capitol Police

20   assistance to assure that they remained secure.

21        Q.  Did you personally encounter any rioters that day?

22        A.  Personally, no.  No, not that I was -- not that I was

23   aware of.  I heard them at one point as we were being locked

24   down.  And I stepped into the lobby to get our staffer in the

25   lobby back into the chamber.  And I understand from what I seen

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    since that they were in my line of vision during the

2    evacuation, but I don't recall looking at them or seeing who it

3    was.

4         Q.  You said you worked for Congress for almost 11 years.

5    Have you ever experienced this kind of evacuation before?

6         A.  No.

7         Q.  Have you ever seen Congress' work interrupted in this

8    manner before?

9         A.  I was present for an earthquake but I was not in the

10   chamber.  And I, frankly, don't even know if they were -- I was

11   wearing a suit, so we must have been in session.  Yeah, but I

12   was not -- I was not around the chamber.  I was in an office

13   building on that day.

14        Q.  Let's resume at 5:42 and play until 7:42.  Let's play

15   until 6:55.

16        We paused at 6:55.  Can you describe what we just watched?

17        A.  Yes.  At that point, the two parties have withdrawn to

18   their chambers.  The House was already in its chamber.  The

19   Senate has withdrawn to begin the objection -- the debate on

20   the objection.  I don't know at what state the House was in

21   with regard to their debate on the objection.  But this is in

22   that general time period.  There is an acting speaking or

23   speaker pro tempore or chair pro tempore or whatever they call

24   them.  Another member of the House of Representatives is in the

25   speaker's chair presiding over the session, calling to order,

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    recessing, trying to maintain order within the chamber.

2    Representative Gosar was trying to, I guess, speak on the

3    objection.  And he was -- he had to sit down because there was

4    not order in the chamber.

5        Q.  And at this point, Representative McGovern is

6    presiding over the House; is that correct?

7        A.  That is who that appears to be, yes.

8        Q.  You mentioned earlier that Nancy Pelosi was the

9    Speaker of the House.  Do you know why she wasn't presiding at

10   this point?

11       A.  I don't.  I wasn't present in the House chamber.  If

12   there are rioters in the building and people objecting, then I

13   am -- my expectation, my familiarity is that she would have

14   been removed from the situation.  The speaker doesn't normally

15   preside every minute of every session, in any event.  It is

16   more normal for someone else to.  But in a situation where

17   there is this kind of order and knowing what was going on

18   outside, my expectation is that she was removed from the

19   session, the same way the vice president and the speaker pro

20   tempore were.

21       Q.  Is Congress able to meet when rioters are in the

22   building?

23       A.  Congress is not able to meet when there is a threat to

24   the safety of members of Congress, no.

25       Q.  And, generally, in your experience, can you describe

1    the nature of security that exists when there is a joint

2    session of Congress?

3        A.   Yes.   Whenever there is a joint session of Congress,

4    the security is incredibly increased.   So instances such as the

5    State of the Union, this event, there are much greater

6    restrictions on who may enter the Capitol.   Not all staff is

7    permitted to enter the Capitol.   For instance, you would need

8    special credentials if your office wasn't in the Capitol to get

9    into the building.   Not only did -- I had an office in the

10   Capitol, so I would have been permitted.   But I also had

11   credentials for the event and I was staffing the event.   So it

12   is extremely restricted in terms of who may go in.   In this --

13   and occasionally at events like that, members may invite a

14   number of specified invited guests.   So in that way, members of

15   the public may attend if they have an invitation.   But

16   otherwise, the galleries and chambers are not open during a

17   joint session without invitation typically.

18        And particularly we were in a time of COVID, so the

19   buildings were not open to the public anyway.   So we had

20   multiple layers of restriction on attendances within the

21   building.

22             THE COURT:   But if members of the public had been

23   allowed in, they would have been through a metal detector

24   first?

25             THE WITNESS:   If members of -- any staff or member of

 1    the public --

 2            THE COURT:  Staff too?

 3            THE WITNESS:  Yes.  I had gone through a metal

 4    detector that day, for instance, to enter the building.  Yeah.

 5    Any member of the public entering the building does have to go

 6    through a metal detector.

 7            THE COURT:  So once people are climbing through

 8    windows and going through doors like this, you knew none of

 9    them had been through a metal detector?

10            THE WITNESS:  Well, that is correct, Your Honor.

11    Yes, metal detectors are only at the actual doors.

12            THE COURT:  So, obviously, it is an insecure building

13    at that point?

14            THE WITNESS:  That is correct.

15            THE COURT:  To anybody?

16            THE WITNESS:  That is correct.

17    BY MR. MARIANO:

18        Q.  Let's resume at 6:55 and play for the remainder of the

19    video.

20            (Video played.)

21    BY MR. MARIANO:

22        Q.  We can pull that exhibit down.  At some point, did you

23    personally return to the Senate?

24        A.  I did.

25        Q.  What did you do when you returned?

1      A.  I was one of the first two very small groups of staff

2   who went back with some Capitol Police officers and other

3   escorts to kind of examine the condition.  I went back to

4   report back to the secretary as to whether I thought the

5   chamber itself was in a suitable condition to reconvene for the

6   senators to return and to reconvene, whether the dais was in

7   order, whether what the clerks needed was there, whether the

8   furniture was in sufficient order.  And then also one of our --

9   I did this more later on, but one of our departments is the

10  curator of the Senate who is responsible for all of the art and

11  historical artifacts.  So I wanted to assess conditions to

12  report back to the curator to what extent any emergency

13  conservators needed to be contacted, et cetera.

14      Q.  Can you describe generally the conditions of the

15  building when you returned?

16      A.  The building outside the chamber was a mess.  It

17  was -- there was powder all over.  There were pockmarks on the

18  walls.  The Brumidi corridors were gouged, pockmarks in them.

19  There was shattered furniture and glass in the hallways.  There

20  was what appeared to be blood on one the busts of the vice

21  presidents.  There was powder all over the historical art.

22  Yeah, it was a mess.  One of the offices was torn apart.  It

23  was a mess.

24      Inside the chamber, the furniture appeared to be in okay

25  condition.  There were papers strewn about.  But the chamber

1    appeared to be suitable to reconvene.

2         Q.  In your 11 years in Congress, have you ever seen the

3    building like that?

4         A.  Never.

5         Q.  Did the Senate ultimately return to the chamber, as

6    well?

7         A.  They did.

8         Q.  Can you describe how the proceedings continued after

9    they returned?

10        A.  After they returned, I believe there were -- there was

11   authority to give remarks by the majority and I think minority

12   leaders.  And then they returned to the debate over the

13   objection.  They voted on the debate.  And they returned to the

14   joint session.  There was another -- there was one other

15   debate.  There was one other objection that was debated on,

16   returned after that.  No further interruptions and the session

17   concluded at about 3:45 in the morning.

18        Q.  What time had you arrived at the Capitol on January 6

19   for work?

20        A.  I think it was probably 7:30 in the morning.  I don't

21   remember exactly.

22        Q.  And what time were you actually able to leave?

23        A.  A little bit before 4:00 in the morning on the 7th.

24             MR. MARIANO:  Thank you, Mr. Schwager, no further

25   questions.

1              THE COURT:  All right.  In light of the hour, we will

2      convene at 10:00 tomorrow.  Court will be in recess.  I will

3      see you tomorrow morning.

4              THE WITNESS:  Thank you.

5              THE COURTROOM DEPUTY:  This Honorable Court is

6      adjourned.

7              (Proceedings concluded at 4:52 p.m.)

1                    C E R T I F I C A T E

2

3           I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                    Dated this 27th day of July, 2023.

11

12                    _____
                      Sherry Lindsay, RPR
13                    Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**0**

001 [7] 9/4 92/22 92/25 93/3
93/14 93/16 99/15
002 [4] 3/13 166/15 167/6 167/8

**1**

1.5 [1] 114/6
10 [1] 128/8
10,000 [2] 129/25 130/23
10-foot [3] 129/6 129/22 131/7
10-minute [1] 17/9
100 [2] 3/5 152/1
101 [5] 3/6 106/9 106/11 106/20 106/22
102 [6] 3/7 110/10 110/12 110/21 110/23 110/25
103 [7] 3/7 112/11 112/13 112/23 112/25 113/1 113/2
1033 [1] 89/22
104 [6] 3/8 64/17 114/10 114/12 114/22 114/24
105 [6] 3/5 3/8 117/2 117/4 117/13 117/15
106 [3] 3/6 3/6 112/24
107 [8] 3/9 122/6 122/8 122/16 122/18 124/3 124/4 124/6
108 [5] 3/9 123/17 123/19 124/2 124/6
109 [5] 3/9 125/4 125/6 125/17 125/19
10:00 tomorrow [1] 184/2
10:43 [1] 17/6
11 [11] 37/12 48/1 48/15 63/8 64/10 69/21 70/1 70/9 150/4 178/4 183/2
110 [7] 3/5 3/7 99/16 99/19 100/8 100/10 100/12
111 [5] 3/5 105/5 105/7 105/16 105/18
112 [6] 3/6 3/7 105/20 105/22 106/5 106/7
114 [1] 3/8
117 [1] 3/8
117th [2] 162/2 162/15
12 [9] 38/2 38/7 38/7 38/8 38/9 166/16 166/17 167/10 168/8
124 [1] 3/9
125 [1] 3/9
128 [1] 2/8
12:30 [1] 62/9
12:53 [3] 118/9 136/25 136/25
12th [2] 157/16 157/25
13 [10] 35/5 92/23 93/2 93/18 97/5 99/17 99/18 100/14 100/24 131/1
13:30 [3] 88/18 88/18 91/17
14 [18] 37/21 38/12 38/12 38/13 62/14 62/23 63/16 63/16 63/18 66/10 68/22 68/24 69/21 70/7 70/8 70/15 70/18 70/20
1400 [1] 1/14
146 [1] 2/9
147 [1] 2/11
14:00 [3] 88/17 88/18 91/17
15 [7] 50/5 50/5 50/7 50/14 158/8 158/16 161/7
157 [1] 3/10
158 [1] 3/10
15:00 [1] 88/13
16 [3] 3/16 140/5 159/7
160 [1] 3/11
161 [1] 3/11
162 [1] 3/12
165 [1] 3/12
167 [1] 3/13
16:00 [1] 88/13
17 [1] 160/4
1776 [1] 15/5
18 [3] 140/8 143/23 160/22
180 [1] 137/1
19 [1] 11/16

**BY MR. HOSTETTER: [19]** 53/4 54/7 54/10 57/7 58/15 60/2 128/14 129/20 133/9 137/24 138/7 138/10 139/1 139/18 141/1 141/25 142/21 145/13 146/7

**BY MR. MARIANO: [93]** 26/17 28/2 29/6 30/13 31/15 32/17 33/18 34/17 35/16 36/7 36/17 37/9 39/6 40/5 40/16 40/24 41/7 41/21 42/21 44/2 44/15 44/19 44/23 45/11 46/1 46/5 46/14 47/4 47/16 48/19 49/4 50/1 50/25 51/6 51/17 72/12 72/20 73/2 74/21 77/25 78/11 81/1 81/9 82/9 83/25 84/13 85/4 86/8 91/15 93/1 93/17 95/19 96/25 97/12 100/13 100/23 101/14 103/17 104/9 104/20 105/19 106/8 106/23 109/10 111/2 111/20 112/10 113/3 114/9 114/25 117/16 121/9 122/19 124/8 125/20 126/18 127/7 146/23 147/19 157/22 158/14 160/9 161/3 162/20 164/23 166/1 167/9 168/10 169/21 170/12 172/2 181/17 181/21

**MR. HOSTETTER: [20]** 4/11 6/6 7/16 16/19 53/21 57/6 60/1 62/1 128/12 129/13 138/5 138/13 138/16 138/21 138/25 139/13 145/9 145/12 146/15 146/19

**MR. MANNING: [8]** 62/12 63/18 64/9 64/16 64/20 65/17 66/12 66/15

**MR. MARIANO: [114]** 4/6 5/16 5/20 5/24 6/3 6/9 6/15 7/14 7/20 7/22 9/11 9/14 9/21 10/3 10/22 13/14 15/24 26/9 26/14 27/24 29/13 29/18 29/21 30/10 33/9 34/12 35/12 36/3 37/5 39/2 40/1 40/12 40/23 41/3 41/17 42/17 43/4 43/10 43/16 43/18 43/22 44/11 45/7 45/20 46/10 46/25 47/12 48/18 49/1 49/22 50/21 51/13 52/18 52/22 52/25 54/6 59/22 62/3 62/6 62/10 66/19 67/22 68/2 68/11 68/17 70/25 72/16 77/16 77/20 78/7 81/5 82/5 83/21 84/25 86/5 92/25 93/14 100/7 100/10 105/15 106/4 106/19 110/20 111/1 112/22 112/25 114/21 117/12 122/15 124/1 124/24 125/16 128/5 129/9 132/25 137/22 138/9 139/16 140/23 142/18 145/7 146/5 146/21 147/8 147/13 157/18 158/10 160/5 160/24 162/16 164/20 165/22 167/5 183/24

**MS. KENNEY: [35]** 6/17 6/20 6/24 7/8 7/11 27/22 28/24 29/15 30/2 31/9 33/12 43/6 43/17 43/20 58/11 63/10 64/23 65/16 67/2 68/18 68/23 69/1 69/3 69/5 69/15 71/8 71/12 72/9 74/17 80/23 84/9 91/10 126/14 126/23 141/19

**THE COURT: [213]**

**THE COURTROOM DEPUTY: [7]** 4/2 26/13 68/5 68/8 77/11 77/21 184/5

**THE WITNESS: [65]** 26/12 29/24 30/1 36/15 45/24 49/12 49/16 49/20 56/22 57/1 57/4 69/14 77/15 77/24 91/13 94/12 94/15 94/21 94/25 95/4 95/8 95/11 95/13 95/17 96/1 96/11 96/14 96/19 96/21 96/24 97/10 100/22 102/5 102/8 102/11 102/15 102/20 102/23 103/3 103/6 103/9 103/11 103/14 103/16 103/20 103/22 103/25 104/3 104/5 104/7 104/13 133/3 138/20 140/24 142/20 147/12 147/17 169/10 169/18 180/25 181/3 181/10 181/14 181/16 184/4

**'**

**'80s [1]** 53/9

**1999 [1]** 26/24
**19:40 [1]** 91/19
**1:00 [1]** 67/24
**1:00 p.m [1]** 168/12
**1:15 [2]** 68/1 68/4
**1:55 [1]** 97/21
**1st [1]** 4/20

**2**

**2,000 [1]** 140/8
**20 [6]** 7/14 25/5 25/10 60/20 127/11 134/1
**20-plus [2]** 76/21 127/16
**2000 [1]** 17/20
**20001 [1]** 1/25
**20005 [1]** 1/14
**2002 [1]** 73/6
**2015 [1]** 27/6
**2017 [2]** 66/13 164/13
**2020 [21]** 4/18 4/22 5/3 5/11 8/17 8/18 9/9 10/1 10/4 11/19 12/14 17/7 54/11 54/18 66/17 129/5 134/20 135/3 135/6 145/15 153/18
**2021 [27]** 4/23 7/23 27/6 28/4 29/22 57/1 64/3 66/23 73/12 80/20 106/14 110/15 110/18 117/8 148/2 150/13 150/19 151/22 152/8 152/19 153/22 153/24 162/22 163/20 164/19 165/19 166/4
**2022 [1]** 150/10
**2023 [4]** 1/5 4/20 70/13 185/10
**20530 [1]** 1/17
**20:00 [1]** 126/11
**21 [1]** 29/1
**21-392 [1]** 68/9
**21-392-1 [2]** 1/4 4/3
**21st [6]** 4/18 4/22 5/3 5/11 53/22 54/11
**24 [3]** 134/12 134/12 159/22
**24/7 [1]** 86/20
**25 [1]** 150/6
**26 [1]** 2/5
**27th [5]** 28/4 28/23 29/22 57/1 185/10
**29 [1]** 2/14
**29-person [1]** 18/15
**2900 [1]** 1/19
**2:00 [1]** 88/19
**2:00 p.m [1]** 88/19
**2:20 [1]** 101/16
**2:23 [3]** 102/1 103/18 104/10
**2:31 [1]** 102/19
**2:31 p.m [2]** 106/24 106/24
**2:31:00 [1]** 107/5
**2:31:11 [1]** 101/18
**2:31:30 [2]** 107/5 107/6
**2:31:31 [1]** 107/13
**2:31:40 [1]** 108/4
**2:31:41 [1]** 108/8
**2:31:46 [2]** 108/9 109/7
**2:32:50 [2]** 111/4 111/9
**2:32:59 [2]** 109/7 109/11
**2:33:01 [1]** 110/5
**2:33:05 [3]** 111/9 111/10 111/18
**2:33:10 [2]** 110/5 110/6
**2:33:30 [2]** 113/4 113/4
**2:33:34 [1]** 113/5
**2:33:38 [1]** 113/6
**2:33:38 and [1]** 113/10
**2:33:58 [3]** 111/18 111/21 112/8
**2:34:16 [1]** 112/8
**2:34:25 [2]** 113/11 113/11
**2:35 [3]** 168/8 168/11 170/10
**2:35:10 [1]** 113/17
**2:35:14 [3]** 113/18 113/18 113/22
**2:36:07 [2]** 113/22 113/23
**2:36:07 and [1]** 114/5
**2:39:00 [1]** 114/5
**2:40 [1]** 105/4
**2:45:20 [1]** 115/1
**2:45:43 [2]** 115/1 115/2
**2:45:43 and [1]** 115/8

**2**

2:45:47 [2]   115/8 115/9
2:45:47 and [1]   115/14
2:45:56 [4]   115/14 115/15 116/6 116/12
2:46:01 [1]   116/17
2:46:39 [1]   116/24
2:46:40 [3]   116/7 116/7 116/22
2nd [4]   129/5 134/20 134/23 135/6

**3**

30 [1]   87/20
305 [1]   70/3
308 [1]   9/15
30th [1]   64/2
31 [1]   2/14
32 [1]   2/15
33 [1]   2/15
333 [1]   1/24
34 [1]   2/16
3413905 [1]   70/14
35 [1]   2/16
36 [1]   2/17
38 [1]   2/17
382 [1]   69/23
39 [2]   2/18 2/18
392 [1]   68/9
3:00 [1]   88/14
3:00 p.m [1]   88/15
3:39 p.m [1]   98/5
3:40:48 [2]   117/17 119/1
3:41 [1]   170/10
3:41:22 [1]   119/1
3:43 [2]   170/13 171/25
3:45 [1]   183/17
3:47:28 [1]   119/2
3:47:28 I [1]   119/2
3:47:28 to [1]   119/7
3:48:07 [2]   119/7 119/8
3:58:46 [2]   119/16 119/16
3:59:00 [3]   119/17 119/18 120/1
3:59:18 [1]   120/2
3d [4]   66/22 69/24 86/1 86/2
3rd [4]   134/21 153/18 153/22 162/22

**4**

40 [3]   2/19 2/19 136/13
401 [1]   7/1
403 [2]   7/1 68/20
404 [2]   4/19 5/13
41 [1]   2/20
42 [1]   2/20
435 [1]   151/6
441 [1]   151/5
45 [2]   2/21 97/23
46 [2]   2/21 2/22
48 [1]   2/22
49 [1]   2/23
499 [1]   89/17
4:00 [1]   183/23
4:00 p.m [2]   88/14 88/15
4:11:13 [2]   120/3 120/8
4:11:14 [1]   120/3
4:12:00 [2]   120/8 120/9
4:20:45 [2]   120/16 120/18
4:20:45 to [1]   120/22
4:21:10 [2]   120/22 120/23
4:23:00 [2]   121/6 121/16
4:23:10 [3]   121/17 121/17 121/24
4:24:00 [1]   121/24
4:25:20 [1]   121/25
4:25:20 to [1]   122/1
4:26:00 [2]   122/1 122/2
4:27:00 [1]   122/20
4:27:00 to [1]   122/20
4:27:11 [2]   122/22 123/3
4:27:12 [1]   122/21
4:28:09 [3]   123/3 123/3 123/10
4:28:43 [2]   123/11 123/16
4:29:19 [1]   124/9

**4**

4:29:19 to [1]   124/10
4:29:36 and [1]   124/13 124/16
4:29:36 [2]   123/10 123/16
4:29:52 [2]   124/17 124/24
4:30:10 [4]   124/11 124/16 124/24 124/25
4:37:22 and [1]   125/5
4:37:25 [1]   125/24
4:38:30 [2]   125/24 125/25
4:52 [1]   184/7
4th [1]   13/3

**5**

50 [3]   2/23 135/3 146/3
501 [7]   2/25 77/6 77/7 78/1 78/8 78/10 78/13
502 [5]   3/2 80/14 80/15 81/6 81/8
503 [5]   3/3 83/13 83/14 83/22 83/24
504 [5]   3/2 81/20 81/21 82/6 82/8
505 [11]   3/3 84/14 84/15 85/1 85/3 85/6 138/6 138/22 138/23 139/2 139/19
506 [5]   3/4 85/22 85/23 86/5 86/7
51 [2]   2/24 69/24
523 [2]   2/15 34/15
528 [4]   33/25 34/1 34/9 34/13
529 [1]   34/3
53 [1]   2/5
530 [1]   34/5
531 [6]   2/15 34/7 34/9 34/13 34/15 34/18
535 [2]   2/23 51/7 51/8 51/14 51/16
537 [7]   2/22 47/5 47/6 47/13 47/15 48/12 48/21
541 [4]   2/18 39/15 40/2 40/4
542 [6]   2/18 40/6 40/7 40/13 40/15 40/17
543 [7]   2/19 41/11 41/12 41/18 41/20 42/7 44/3
549 [7]   2/16 35/17 36/4 36/6 36/19 37/10 37/20
55 [2]   97/5 97/13
551 [5]   2/17 38/15 38/16 39/3 39/5
557 [1]   70/3
563 [1]   66/22
59 [1]   69/24
5:10 [1]   124/10
5:42 [3]   171/25 172/3 178/14
5:45 [2]   97/22 98/20
5:59 [3]   98/20 98/21 99/6
5th [3]   4/20 13/9 143/9

**6**

60 [1]   69/24
601 [11]   1/16 2/22 48/13 48/14 48/17 48/18 49/2 49/23 49/24 49/25 51/1
603 [6]   2/23 50/3 50/11 50/22 50/24 51/1
6710 [1]   1/24
691 [1]   66/22
695 [1]   66/22
696 [1]   66/22
6:00 [2]   82/22 84/8
6:06 [2]   99/6 99/7
6:55 [3]   178/15 178/16 181/18
6th [74]   9/22 10/10 10/10 11/23 12/15 12/17 13/14 13/24 14/20 15/10 16/9 19/18 29/1 29/3 30/6 55/13 60/7 71/2 71/3 73/12 75/16 75/20 78/15 80/20 81/17 83/11 83/19 84/23 85/13 86/9 86/10 86/12 86/16 86/17 86/22 87/5 88/11 88/13 88/16 91/7 91/18 92/13 93/6 93/9 96/3 100/5 105/13 106/2 106/14 112/20 114/19 117/8 117/10 122/13 123/24 125/14 126/12 127/22 127/24 130/5 137/15 137/16 140/6 140/7 142/5 144/8

**7**

70 [1]   2/24
701 [2]   164/14 164/21
702 [5]   3/12 63/16 165/14 165/23 165/25
703 [4]   3/12 161/21 162/17 162/19
704 [4]   3/10 157/12 157/19 157/21
705 [5]   3/10 158/4 158/11 158/13 161/12
706 [1]   159/3
707 [4]   3/11 159/25 160/6 160/8
708 [5]   3/11 160/18 160/25 161/2 161/12
72 [1]   2/8
722 [9]   2/24 62/15 62/16 63/2 64/9 64/11 64/18 70/19 70/21
723 [1]   64/10
726 [8]   2/24 62/15 64/8 64/9 64/13 64/19 70/19 70/21
727 [1]   64/12
731 [5]   2/15 32/23 32/24 33/10 33/17
732 [4]   2/14 32/2 32/14 32/16
733 [18]   2/14 28/18 28/19 29/14 30/9 35/4 38/6 39/7 44/16 46/2 46/19 49/3 49/5 50/2 50/5 50/14 50/16 51/25
734 [1]   29/7
78 [1]   2/25
7:30 [1]   183/20
7:42 [1]   178/14
7th [1]   183/23

**8**

801 [6]   2/16 34/21 34/23 35/13 35/15 44/13
803 [6]   2/17 36/20 37/6 37/8 37/17 37/19
804 [5]   2/19 40/18 40/23 41/4 41/6
805 [6]   2/20 42/8 42/9 42/10 42/18 42/20
806 [7]   2/20 42/22 42/23 42/24 43/5 43/24 44/1
807 [6]   2/24 51/24 52/4 52/9 52/19 52/21
809 [4]   44/4 44/5 44/6 44/12
81 [1]   3/2
810 [7]   2/21 46/15 46/16 46/17 46/22 47/1 47/3
811 [7]   2/21 45/12 45/13 45/21 46/2 46/11 46/13
812 [5]   44/24 44/25 45/2 45/8 45/10
82 [1]   3/2
83 [1]   3/3
85 [1]   3/3
859 [2]   66/17 66/19
86 [1]   3/4
872 [1]   66/20
8:00 p.m [1]   126/11

**9**

902 [17]   62/14 62/23 63/16 63/18 66/10 68/22 68/24 69/19 69/21 69/21 70/1 70/7 70/8 70/9 70/15 70/18 70/20
921 [1]   66/18
92626 [1]   1/20
93 [1]   3/4
961 [2]   66/17 66/19

**A**

a.m [1]   1/6
Aaron [1]   26/20
ability [2]   20/5 65/6
able [17]   11/18 15/17 21/14 52/11 61/12 78/19 91/25 107/17 118/23

**able... [8]** 124/21 130/4 130/12
131/12 132/18 179/21 179/23
183/22

**about [68]** 5/11 8/20 8/20 8/22
9/5 9/5 9/6 9/23 10/5 11/5 12/10
12/13 14/18 15/9 15/11 17/13
17/15 17/21 17/22 18/1 18/11
21/18 21/23 22/12 23/4 23/23 25/2
25/14 53/25 54/13 54/19 55/5 60/4
61/21 62/22 72/14 75/4 75/9 76/18
78/17 81/11 82/10 86/9 89/24
101/3 115/17 115/24 115/25 116/13
129/21 131/16 133/17 135/8 138/8
138/18 140/19 142/3 142/16 146/16
146/18 146/24 153/25 156/7 163/18
168/20 173/4 182/25 183/17

**about an [1]** 138/8

**above [7]** 19/13 97/24 100/17
125/22 128/3 173/13 185/15

**above-entitled [1]** 185/5

**absence [3]** 5/7 151/15 152/14

**Absolutely [1]** 147/7

**accommodate [3]** 87/6 87/10 156/16

**accord [1]** 161/11

**according [2]** 21/6 145/4

**account [4]** 61/20 61/21 165/1
165/3

**accounts [1]** 59/16

**accurate [34]** 29/7 32/7 33/3
34/10 35/25 38/21 39/23 40/9
41/14 47/9 51/10 78/4 80/21 81/2
82/2 83/18 84/22 86/2 93/11 94/5
98/18 100/2 100/4 105/12 106/1
106/16 111/17 112/19 114/18 117/9
122/12 123/23 125/13 167/2

**accused [1]** 17/3

**across [5]** 20/7 61/23 89/16
149/20 150/4

**act [1]** 10/23

**acted [1]** 11/8

**acting [2]** 151/20 178/22

**action [2]** 1/3 135/7

**actions [1]** 11/9

**activate [3]** 86/25 132/2 136/18

**activated [1]** 87/3

**active [5]** 12/5 135/25 135/25
174/21 175/3

**activities [2]** 56/14 151/11

**activity [1]** 71/13

**actors [1]** 20/2

**actual [7]** 29/2 71/21 84/9 159/10
161/6 176/12 181/11

**actually [29]** 20/20 20/24 22/6
22/21 25/4 30/5 31/11 43/11 69/7
71/20 86/11 87/24 88/16 91/17
96/2 100/24 101/15 101/24 103/11
103/12 123/11 124/12 127/5 129/14
130/6 146/18 159/12 161/6 183/22

**Adams [1]** 163/7

**add [2]** 32/1 68/22

**added [2]** 23/12 66/13

**addition [3]** 20/6 85/16 119/9

**additional [5]** 75/10 82/25 82/25
85/18 130/23

**Additionally [1]** 5/1

**address [4]** 15/13 16/20 67/18
69/24

**addressed [1]** 173/25

**adds [1]** 30/18

**adjourned [2]** 173/24 184/6

**administrative [5]** 148/10 148/11
148/23 149/4 163/21

**admission [52]** 29/14 30/11 32/13
33/9 34/12 35/12 36/3 37/5 39/2
40/1 40/12 41/3 41/17 42/17 43/4
44/11 45/7 45/20 46/25 47/12 49/1
49/23 50/21 51/13 52/18 62/13
78/7 81/5 82/5 83/21 84/25 86/5
93/14 100/7 105/15 106/4 106/19
110/20 112/22 114/21 117/12

122/15 124/1 125/16 157/18 158/10
167/5

**admit [2]** 16/23 17/5

**admitted [48]** 30/9 32/16 33/17
34/16 35/15 36/6 37/8 39/5 40/4
40/15 41/6 41/20 42/20 44/1 46/13
47/3 47/15 49/25 50/24 51/16
52/21 70/22 78/10 81/8 82/8 83/24
85/3 86/7 93/16 100/12 105/18
106/7 106/22 110/22 110/25 113/2
114/24 117/15 122/18 124/7 125/19
157/21 158/13 160/8 161/2 162/19
165/25 167/8

**adopted [1]** 157/10

**adopts [2]** 163/11 163/13

**advance [5]** 5/25 15/20 63/23
108/25 109/1

**advise [1]** 164/5

**advised [1]** 163/25

**advisory [3]** 4/13 6/20 58/2

**advocating [2]** 9/12 15/25

**aerial [4]** 78/4 78/12 80/21 81/2

**affect [2]** 126/13 126/15

**after [26]** 4/20 15/5 18/20 18/22
19/17 29/1 51/3 54/11 56/23 56/24
60/13 91/18 129/7 129/24 134/13
153/21 155/2 159/20 165/8 168/22
169/10 169/19 172/9 183/8 183/10
183/16

**afternoon [8]** 72/13 72/21 86/16
128/7 128/15 128/16 147/20 147/21

**afterwards [1]** 9/17

**again [30]** 9/18 13/11 21/8 21/12
25/11 25/17 33/13 45/23 59/2 59/4
64/6 75/20 80/18 84/5 92/24 99/17
111/8 112/11 116/10 116/23 129/14
134/1 134/14 135/13 135/24 144/11
145/1 145/19 158/15 173/2

**against [4]** 11/6 21/5 65/9 65/10

**agencies [6]** 75/18 87/20 130/16
132/16 143/24 145/21

**agency [3]** 87/15 143/18 143/25

**agenda [2]** 152/3 152/4

**agent [14]** 4/8 6/10 6/11 6/13
19/7 19/7 19/11 24/19 31/7 31/17
57/23 62/21 62/25 65/25

**agents [16]** 19/11 20/1 20/8 22/10
23/6 23/7 23/22 24/10 24/11 25/3
27/14 53/14 60/19 60/22 135/3
146/3

**ago [4]** 7/22 24/4 63/8 64/5

**agree [1]** 133/20

**agreed [6]** 162/7 162/11 162/22
163/1 163/4 168/17

**agreement [1]** 10/25

**ahead [10]** 28/1 54/9 67/20 113/17
119/2 119/16 120/3 120/16 121/25
135/11

**aid [6]** 131/16 131/17 132/2 132/6
132/8 132/11

**aids [1]** 137/17

**Al [1]** 69/23

**Al-Iman [1]** 69/23

**ALAN [33]** 1/6 4/3 4/12 8/6 8/8
8/17 8/21 9/2 10/12 10/15 10/20
11/10 11/24 12/5 12/15 12/18
12/24 13/7 13/9 13/14 13/24 14/9
14/19 15/6 15/14 15/21 15/24 16/4
27/18 28/5 32/22 61/20 68/10

**Alan's [1]** 47/21

**alarm [1]** 177/12

**alcove [1]** 80/5

**aligned [1]** 154/12

**Alinaya [3]** 53/19 54/2 54/15

**Alinaya's [1]** 55/6

**all [97]** 6/7 7/18 8/9 11/19 15/10
15/11 15/17 15/17 15/19 16/1
16/15 16/17 17/12 18/8 18/10 21/9
21/16 22/24 24/1 25/22 26/7 43/8
49/9 49/21 52/23 53/23 54/17
55/23 60/22 62/1 62/4 62/8 64/5

64/14 67/19 68/3 68/3 68/5 71/19
72/2 73/25 76/2 77/16 87/8 88/25
94/23 98/18 103/1 103/3 103/4
103/8 103/23 104/4 104/6 115/11
118/15 126/8 128/4 128/7 128/10
128/19 129/7 130/12 132/3 132/5
132/12 132/16 133/8 142/2 143/15
144/8 144/17 146/19 148/12 148/14
148/23 148/24 150/4 155/3 155/23
156/16 156/23 158/20 161/12 162/6
165/4 173/5 174/20 174/21 176/23
177/2 177/6 180/6 182/10 182/17
182/21 184/1

**allegations [1]** 136/19

**alleged [1]** 29/3

**alleviate [1]** 137/2

**allow [3]** 75/15 96/2 170/23

**allowed [10]** 20/16 75/22 75/23
76/1 76/12 94/24 108/15 110/7
126/25 180/23

**allowing [1]** 6/21

**almost [7]** 8/24 15/11 24/12 134/3
136/17 150/4 178/4

**alone [1]** 10/23

**along [8]** 81/15 85/10 85/10 85/15
90/4 94/9 96/7 155/10

**already [13]** 10/10 15/21 17/19
17/21 18/8 22/3 71/4 72/16 85/5
138/14 141/6 162/16 178/18

**also [41]** 4/9 9/23 14/13 14/18
27/13 27/23 30/2 44/13 56/8 56/14
59/14 63/4 70/12 71/18 78/24
79/10 87/25 92/19 94/2 103/24
105/2 109/2 114/4 118/21 131/1
131/16 132/14 141/15 142/2 157/2
158/25 161/19 165/6 166/9 166/12
168/6 173/7 175/14 177/13 180/10
182/8

**although [3]** 64/25 67/25 174/19

**always [5]** 24/19 26/3 79/12 134/2
156/14

**am [119]** 9/16 16/20 16/22 16/24
17/2 17/3 17/3 17/12 19/6 19/14
21/17 22/2 22/8 22/13 22/13 22/15
22/16 23/17 25/4 25/10 25/12
25/15 26/25 27/3 27/24 28/24 30/2
30/15 31/9 32/18 33/12 37/11
37/21 38/1 43/10 51/18 53/25
55/17 55/22 56/19 57/23 58/23
59/17 59/22 60/16 64/23 70/25
74/17 76/24 77/17 78/20 78/21
79/8 79/19 80/1 80/11 80/24 82/23
84/9 98/25 99/7 100/14 105/2
106/25 107/6 107/25 108/9 109/17
111/10 113/18 113/23 114/2 114/6
115/2 115/9 115/15 115/17 115/24
116/5 119/2 119/18 120/4 120/18
121/17 121/20 121/23 122/22
125/21 127/11 129/14 130/3 130/25
131/20 131/24 132/22 134/14
134/19 136/23 138/16 139/12
139/23 141/19 143/22 144/9 144/11
144/13 144/20 144/22 145/1 145/25
146/1 149/2 153/25 157/23 163/5
170/6 173/20 176/6 179/13

**amazing [1]** 19/15

**amendment [5]** 70/5 70/15 157/16
157/24 157/25

**AMERICA [7]** 1/3 4/3 20/7 20/14
20/16 68/9 121/19

**American [19]** 11/13 107/11 107/14
107/17 107/24 111/15 111/24 113/8
113/12 113/20 115/6 123/4 123/13
124/14 124/18 125/21 126/1 126/3
170/6

**Americans [1]** 17/25

**Americans' [1]** 133/21

**among [1]** 15/18

**amongst [1]** 21/15

**amount [6]** 105/2 105/3 118/24
118/24 159/17 171/4

**analysis [2]** 65/3 67/6

**A**

analyst [1]  67/9
analysts [1]  64/25
analyzed [1]  58/9
Anderson [2]  66/22 70/13
anger [1]  177/14
angry [8]  17/5 17/5 17/15 17/22
17/24 21/17 25/14 142/4
announce [1]  171/3 173/4
announced [4]  168/19 173/7 173/22
174/18
announcement [1]  171/4
announcer [1]  168/17
announcing [1]  169/2
another [28]  13/9 13/24 14/16
15/22 58/3 59/25 60/3 66/20 79/8
79/19 87/10 90/25 101/16 107/25
111/14 118/21 119/23 140/15 142/7
143/25 147/5 149/11 165/18 173/2
177/5 177/6 178/24 183/14
answer [12]  74/22 84/9 91/14
121/8 126/19 135/9 141/23 144/20
145/1 145/5 145/6 145/18
ANTHONY [2]  1/15 4/6
anticipate [5]  104/14 142/22
143/1 143/2 143/4
Antifa [4]  21/22 135/2 143/7
143/20
any [74]  4/15 5/4 5/14 6/4 7/6
7/16 14/22 15/2 17/19 19/6 21/4
24/23 30/5 32/1 35/23 41/8 51/22
54/19 55/5 55/11 56/2 56/3 60/9
60/10 60/11 60/11 61/8 61/9 61/14
61/18 61/21 63/24 63/25 66/9
66/25 67/4 67/6 71/13 71/22 75/9
76/9 76/11 83/11 87/15 116/17
126/3 130/2 130/6 133/24 134/9
134/25 134/25 134/25 136/18
138/18 141/3 142/15 143/17 144/9
148/20 148/21 148/24 149/20
151/18 152/18 159/15 164/1 164/11
171/12 177/21 179/15 180/25 181/5
182/12
anybody [5]  21/5 104/16 133/16
137/3 181/15
anymore [1]  55/22
anyone [4]  13/25 14/20 134/11
164/7
anything [11]  20/1 56/17 61/8
61/18 65/5 99/11 126/6 127/24
141/5 175/23 175/24
anytime [1]  43/12
anyway [3]  49/19 108/22 180/19
anyways [1]  14/3
anywhere [2]  19/22 121/14
apart [5]  24/17 131/13 131/14
131/15 182/22
apologies [1]  88/15
apologize [3]  115/23 137/16
153/13
app [1]  12/2
apparently [5]  59/17 71/15 104/4
104/6 141/20
Appeals [1]  66/6
appear [8]  37/16 48/20 48/23
50/18 119/4 120/5 120/19 164/18
appearance [2]  4/5 48/2
APPEARANCES [1]  1/11
appeared [5]  86/3 136/17 182/20
182/24 183/1
appears [17]  35/11 37/4 98/3
99/10 107/19 109/25 117/24 120/25
136/15 142/1 157/16 158/8 160/22
165/18 166/19 167/25 179/7
applied [1]  70/18
applies [1]  70/8
apply [1]  6/1
appreciate [1]  128/17
approach [3]  4/4 52/25 58/11
approached [1]  14/9
approaching [1]  79/22

approximately [12]  7/14 17/8 28/3
140/6 150/3 150/6 150/9
archives [1]  169/20
Archivist [2]  154/21 155/13
are [256]
area [78]  33/2 36/11 37/21 48/6
48/9 51/18 71/1 71/23 71/24 78/21
78/22 79/2 79/3 79/8 79/11 79/19
79/22 79/23 80/2 80/2 80/5 80/7
80/8 80/11 80/12 81/12 81/13
81/18 82/1 82/11 82/23 82/25 83/2
83/6 83/7 83/9 83/17 83/18 84/2
84/18 84/20 84/23 85/10 85/19
90/14 94/9 94/24 95/20 95/22 97/3
97/20 98/21 100/14 100/15 100/17
100/25 101/19 102/22 102/24
105/10 106/25 107/1 107/4 111/4
111/5 111/6 111/6 113/14 117/17
117/18 121/1 121/20 121/23 124/13
153/5 163/6 175/17 176/7
areas [13]  75/1 75/2 75/23 75/23
75/24 76/25 79/6 80/20 91/24 95/1
108/24 136/4 136/16
argument [2]  63/15 127/4
arise [1]  164/1
armed [1]  20/8
Arms [2]  169/2 169/11
Army [3]  26/1 105/1 127/10
around [24]  15/4 19/11 48/3 61/19
74/13 74/14 80/10 88/17 94/16
111/3 124/20 129/7 130/20 140/17
141/7 143/8 172/19 172/20 173/9
173/13 176/11 176/16 176/17
178/12
arrest [4]  53/23 54/5 54/11 54/12
arrested [1]  54/13
arrival [3]  87/14 88/6 169/3
arrived [7]  12/24 88/17 89/23
141/5 169/9 177/6 183/18
art [2]  182/10 182/21
article [1]  59/19
articles [1]  67/15
articulate [1]  132/9
articulated [1]  171/12
artifacts [1]  182/11
as [157]  4/25 5/5 5/5 5/9 5/13
5/16 6/11 7/8 9/1 9/1 9/15 10/22
11/4 12/14 14/9 15/16 16/7 17/6
17/6 17/7 17/25 18/1 18/21 19/15
20/5 20/16 22/19 24/10 25/3 26/1
26/2 26/4 26/4 27/10 27/13 27/23
28/15 28/15 35/10 36/18 37/3 42/5
42/6 42/12 43/1 43/15 43/19 44/8
45/4 45/17 46/23 53/15 57/3 57/9
57/14 58/7 61/3 61/3 61/7 61/7
62/17 68/20 68/20 69/20 69/22
70/9 70/11 70/18 70/19 70/23
70/23 72/24 74/14 74/18 76/2 76/2
76/10 76/10 76/21 80/24 84/6
84/10 86/3 89/7 89/17 95/5 95/5
100/21 102/2 103/7 103/21 104/19
115/6 115/6 116/7 116/17 118/5
118/9 118/9 118/19 118/20 124/3
124/4 127/15 129/3 129/16 130/8
130/17 133/12 135/3 136/2 138/11
142/24 142/25 144/23 146/11 147/3
147/3 148/14 148/14 148/16 148/18
149/12 149/24 150/1 151/10 151/19
152/5 154/2 154/3 154/3 154/10
154/23 155/8 156/14 157/10 162/6
162/8 163/13 163/15 164/4 164/7
164/10 165/5 166/25 167/16 167/20
169/1 170/19 172/10 173/7 174/18
177/4 177/23 180/4 182/4 183/5
ascertainment [4]  154/6 154/13
154/20 155/11
ashamed [2]  15/1 53/25
aside [1]  37/19
ask [9]  16/14 20/21 34/19 52/24
53/9 54/9 54/20 55/25 56/1 57/15
69/16 78/17 81/11 82/10 88/23

91/16 107/14 116/5 121/23 123/2
123/18 123/19 123/23 135/7 138/5
142/8 144/20 145/11 147/5 156/6
157/23 158/15 173/5
asked [9]  56/6 57/10 57/11 68/13
89/10 144/3 144/24 146/24 168/20
asking [7]  5/21 5/23 131/10
134/19 136/23 144/22 144/23
assault [1]  14/20
assaulted [2]  7/25 127/25
assaulting [1]  13/20
assaults [1]  15/5
assembling [1]  9/23
assess [1]  182/11
assigned [4]  27/5 54/24 86/11
133/4
assignment [3]  21/15 73/16 86/10
assist [2]  27/14 145/22
assistance [8]  55/25 89/19 90/13
104/25 132/17 145/22 145/23
177/20
assistant [6]  73/9 73/13 140/10
140/11 140/14 140/15
assisted [3]  148/19 148/20 148/23
assisting [1]  6/13
association [3]  142/6 142/9
142/10
assume [5]  71/25 72/2 72/4 72/7
124/3
assuming [1]  132/23
assure [1]  177/20
assured [1]  25/7
ATF [1]  90/13
attached [1]  54/20
attack [1]  130/5
attempt [1]  58/5
attempted [1]  59/9
attempting [1]  84/20
attend [5]  60/7 132/22 133/3
133/8 180/15
attendances [1]  180/20
attended [1]  133/7
attending [1]  18/1
attention [4]  37/10 60/13 142/15
142/15
attest [1]  143/18
attorney [3]  26/2 26/5 58/3
ATTORNEY'S [1]  1/16
attorneys [1]  24/16
audible [1]  141/12
audio [2]  93/19 141/3
authenticate [2]  69/22 70/7
authenticated [1]  63/19
authenticating [1]  70/5
authenticity [3]  62/24 63/24 69/6
authority [8]  162/11 163/14
163/16 164/2 164/4 164/4 173/20
183/11
authorized [3]  121/3 141/13
168/15
avail [2]  104/4 104/6
available [4]  43/13 66/2 129/23
165/12
Avenue [4]  1/14 1/24 102/6 102/10
await [2]  173/6 174/24
awaiting [1]  177/7
aware [21]  4/22 22/14 56/9 56/12
56/16 56/20 57/2 58/16 58/23
130/3 139/9 139/12 144/6 144/22
144/24 145/14 145/25 146/1 146/2
175/22 177/23
away [9]  14/8 14/9 16/1 19/18
124/21 130/12 147/3 147/15 174/19
axe [5]  52/2 52/6 52/14 61/22
61/24
axes [1]  61/21

**B**

back [62]  8/16 10/5 10/7 10/8
16/1 17/7 18/12 18/18 21/4 21/25
23/5 23/22 24/2 25/3 26/1 26/2
29/16 35/8 39/7 39/14 44/21 50/10

**B**

back... **[40]** 52/3 52/7 53/8 54/1
54/18 55/16 56/11 56/18 57/18
57/25 58/1 58/16 58/21 59/2 59/3
59/4 59/13 61/19 65/9 68/1 68/8
77/23 89/1 101/16 102/25 109/19
116/12 116/22 122/21 131/7 133/16
139/21 150/22 172/22 174/15
177/25 182/2 182/3 182/4 182/12
**background [2]** 115/18 172/21
**backpack [15]** 40/19 40/21 41/8
41/13 41/23 41/25 42/2 42/16
42/25 44/14 109/15 111/24 115/6
115/22 118/3
**backwards [1]** 139/10
**bad [5]** 19/8 21/12 21/16 24/19
59/12
**badge [1]** 104/16
**bag [13]** 12/16 16/1 31/24 35/7
35/22 36/23 38/5 38/11 38/14
38/20 50/10 76/8 108/7
**ballistic [1]** 38/13
**ballot [3]** 155/8 171/11 176/13
**ballots [13]** 150/21 153/25 154/2
155/21 158/21 163/24 168/25 169/9
169/12 169/13 170/20 176/25
177/16
**balls [2]** 136/6 136/10
**bangs [5]** 13/16 20/10 136/5 136/7
136/8
**Bankruptcy [1]** 1/23
**Barack [2]** 20/21 20/25
**barred [2]** 94/20 95/7
**barricade [1]** 74/16
**barricades [3]** 7/24 16/10 74/23
**barriers [1]** 82/3
**based [9]** 23/22 75/12 75/17 88/9
94/4 98/17 108/1 124/21 177/9
**basement [1]** 8/22
**basic [2]** 76/25 118/17
**basically [16]** 20/17 28/14 31/23
55/19 56/8 59/6 74/24 75/15 76/7
80/19 88/22 89/10 90/8 91/24
159/17 167/18
**basics [1]** 73/24
**basis [1]** 135/15
**baton [4]** 37/1 37/2 37/15 37/16
**be [145]** 6/25 7/16 10/11 11/7
11/18 14/18 15/9 15/10 15/16
15/18 16/2 16/4 16/15 16/20 17/17
17/25 18/7 18/9 18/16 19/25 20/12
20/16 21/13 21/22 23/10 23/13
23/13 23/19 24/8 25/7 26/13 35/11
37/16 48/20 48/23 50/18 51/4
52/11 56/7 57/11 57/12 57/13
57/15 57/22 57/24 58/6 58/21 60/3
61/12 61/20 62/20 63/20 65/12
66/2 67/23 69/1 69/10 69/12 71/11
71/14 72/1 72/4 72/5 72/6 72/7
74/4 74/7 74/7 76/6 86/13 87/20
88/14 88/25 91/1 91/25 94/11
95/12 95/23 98/3 99/10 102/14
116/3 116/12 117/24 118/23 118/23
119/4 120/5 120/19 120/25 121/3
121/18 124/21 126/21 126/25
128/24 131/12 132/18 133/22
133/23 134/6 136/5 136/13 137/1
142/1 142/3 142/22 143/2 144/8
144/10 144/25 147/14 147/14
151/12 154/4 154/14 155/9 155/9
155/10 156/3 156/20 156/23 157/3
157/16 158/8 159/22 160/22 163/24
163/25 164/18 165/18 166/19
167/18 171/12 171/18 173/25 175/5
175/5 175/21 179/7 182/13 182/20
182/24 183/1 184/2
**bear [16]** 22/11 22/11 23/1 23/8
23/9 23/16 24/1 35/2 35/21 36/8
36/10 42/4 42/11 55/18 55/21
60/15
**bears [1]** 55/21

**beat [1]** 20/19
**beautiful [1]** 21/22
**because [42]** 6/13 9/22 10/6 11/5
11/20 16/3 17/3 18/5 20/12 23/8
24/13 24/23 25/20 25/21 58/1
63/13 67/3 75/11 82/20 87/23
88/24 89/16 90/4 90/12 96/17
104/22 109/2 121/14 132/10 132/19
135/7 141/12 141/21 142/3 145/2
145/18 155/23 162/13 162/14
174/19 176/15 179/3
**become [1]** 76/22
**been [59]** 4/22 5/12 8/7 14/12
17/19 17/23 18/8 18/25 23/3 30/5
31/12 34/22 43/7 55/17 55/18
56/19 56/20 56/22 57/2 57/14
57/16 61/13 64/6 67/9 73/10 117/1
120/5 120/10 120/20 127/25 128/3
128/21 130/4 131/11 132/7 134/2
147/1 147/2 147/3 148/22 149/20
150/5 151/13 154/22 156/4 158/1
163/2 171/5 172/9 172/12 172/13
172/21 172/22 178/11 179/14
180/10 180/22 180/23 181/9
**before [44]** 1/9 4/16 5/15 6/2
8/16 10/14 16/13 22/7 23/4 24/15
55/13 56/20 56/22 56/24 59/5
68/11 69/19 73/15 73/17 90/3
90/24 121/13 127/10 127/25 129/2
129/5 129/8 129/11 130/1 132/3
134/12 134/20 134/24 139/15 141/8
143/7 143/20 144/16 153/22 164/12
169/8 178/5 178/8 183/23
**began [4]** 11/11 82/19 84/5 129/2
**begin [3]** 73/5 101/10 178/19
**beginning [3]** 47/22 147/2 159/14
**behalf [2]** 2/3 6/22
**behaving [1]** 90/21
**behind [3]** 1/21 96/15 115/24
**being [31]** 11/2 17/3 20/18 25/2
25/5 25/15 53/22 57/8 63/25 67/6
70/11 89/7 90/23 90/23 93/21
103/4 117/17 119/9 128/17 138/3
146/2 146/3 165/11 169/9 169/14
173/8 173/16 174/23 177/10 177/11
177/23
**believe [26]** 9/14 17/6 17/16
17/16 17/18 19/9 20/20 20/24 25/4
25/6 25/12 38/4 53/21 55/7 59/14
59/15 129/24 131/18 134/21 136/10
143/5 151/19 155/9 156/19 159/2
183/10
**believed [3]** 9/8 17/7 18/7
**below [2]** 102/22 142/2
**bench [2]** 1/9 7/3
**Beretta [1]** 39/13
**Berkeley [1]** 140/19
**Besides [1]** 67/19
**best [2]** 99/5 167/4
**betrayed [1]** 142/5
**better [4]** 24/19 25/16 116/8
132/1
**between [8]** 23/6 24/9 60/17 95/1
96/9 101/7 143/20 167/18
**beyond [6]** 15/13 17/18 94/23
104/15 128/4 134/18
**Biden [3]** 20/20 20/23 20/25
**Biden's [1]** 11/17
**big [15]** 8/17 22/11 22/11 23/1
23/8 23/9 23/16 24/1 55/21 60/15
101/2 104/15 121/12 132/4 135/2
**bigger [1]** 55/19
**bike [16]** 81/18 82/14 82/17 84/19
84/21 84/22 85/12 85/15 85/16
85/17 85/18 85/20 97/3 131/11
131/14 133/12
**bipartisan [1]** 149/23
**bit [9]** 21/1 40/20 56/12 86/20
90/12 101/23 108/2 177/13 183/23
**black [17]** 35/7 35/21 36/23 38/11
38/14 38/20 39/13 98/3 109/25
111/25 115/5 115/13 115/22 119/24

132/14 143/13 144/2
**blasting [1]** 82/4
**BLM [3]** 21/22 135/2 143/6
**blood [2]** 17/25 182/20
**blown [1]** 16/25
**blue [4]** 45/3 99/2 99/4 172/15
**blurry [1]** 108/3
**board [2]** 11/12 84/3
**bodies [1]** 156/16
**bodily [2]** 134/4 134/4
**bolster [1]** 127/4
**bomb [1]** 134/3
**bombs [1]** 103/24
**books [1]** 140/21
**boots [1]** 44/7
**boring [1]** 17/13
**borrow [1]** 77/17
**boss [1]** 163/8
**Botanical [1]** 96/12
**both [19]** 5/6 12/17 18/18 18/22
56/13 64/1 65/14 120/14 124/5
149/25 152/24 156/16 157/10
160/14 162/7 162/12 165/6 170/25
171/13
**bottom [22]** 32/18 38/1 82/11 83/6
95/6 98/25 100/1 100/21 100/25
101/17 111/5 111/11 111/22 113/16
113/19 113/24 114/3 120/4 123/7
136/24 167/10 176/7
**Bowl [1]** 24/25
**box [1]** 31/24
**boxes [4]** 169/12 176/4 176/13
176/14
**Boys [2]** 143/11 143/20
**bragging [1]** 15/2
**branch [3]** 55/2 87/10 135/13
**branches [1]** 87/7
**brand [1]** 61/23
**brass [1]** 46/18
**brass-knuckle [1]** 46/18
**brawl [1]** 143/10
**breach [7]** 12/4 89/24 118/9
118/13 119/9 139/2 139/4
**breached [4]** 114/17 118/9 136/25
172/23
**breaching [1]** 97/8
**break [4]** 53/24 62/7 67/21 67/23
**breaking [1]** 9/5
**brief [2]** 30/20 62/15
**briefly [2]** 65/17 146/21
**brigade [1]** 12/3
**bring [6]** 48/13 50/2 62/16 63/5
87/25 142/14
**bringing [1]** 16/8
**brings [1]** 155/22
**Bristol [1]** 1/19
**Brittany [1]** 4/8
**broadcasts [1]** 141/3
**broke [2]** 7/24 69/20
**broken [2]** 28/16 131/11
**brought [3]** 147/2 147/3 172/13
**brown [5]** 50/10 108/7 109/15
115/21 118/3
**Brumidi [1]** 182/18
**build [2]** 79/17 109/1
**building [69]** 7/24 8/1 11/20 14/6
14/21 14/25 71/17 71/22 72/4 72/6
73/25 74/6 74/10 74/13 74/14 75/4
75/24 75/25 76/15 76/22 76/25
77/3 78/2 78/3 81/25 91/7 103/12
103/14 103/15 112/17 112/18
116/21 118/7 121/4 121/12 121/13
121/13 121/15 125/10 126/9 129/23
130/20 131/3 131/4 135/17 141/13
144/8 144/11 146/12 150/16 152/25
153/3 153/4 153/9 167/11 167/17
172/23 175/19 178/13 179/12
179/22 180/9 180/21 181/4 181/5
181/12 182/15 182/16 183/3
**buildings [3]** 76/6 92/4 180/19
**bulletproof [2]** 37/25 38/13
**bullets [1]** 136/12

**B**

bullhorn [3]    8/25 111/24 117/25
bumper [1]    22/21
bungalow [1]    23/24
bunker [4]    23/20 23/25 135/4 145/16
bureau [3]    55/3 55/3 55/4
burgundy [1]    42/4
burned [2]    135/6 146/2
burning [1]    145/15
business [5]    63/20 92/10 92/20 148/14 156/11
busts [1]    182/20
busy [1]    57/13
butt [1]    39/17

**C**

C-A-R-N-E-Y-S-H-A [1]    72/23
C204 [1]    1/20
CA [1]    1/20
California [9]    8/12 8/24 20/5 22/11 22/12 23/2 26/24 60/15 62/20
call [38]    13/11 16/5 18/21 26/7 38/7 38/12 39/11 44/17 46/3 46/3 46/19 49/6 50/5 51/25 54/3 72/18 77/12 88/18 89/19 89/21 140/20 142/6 142/7 142/8 151/19 153/8 161/25 167/20 170/23 172/18 173/21 174/7 174/10 174/16 174/20 175/1 175/6 178/23
called [15]    9/7 11/13 12/3 13/2 15/4 50/15 58/5 78/25 89/1 142/10 144/13 153/10 154/6 155/4 162/12
calling [12]    10/15 10/18 10/19 11/19 12/4 15/7 17/10 62/10 63/11 65/4 89/19 178/25
calls [8]    26/9 68/15 84/10 89/22 89/23 147/13 156/19 174/15
calm [1]    173/5
came [10]    10/8 18/23 62/22 102/6 102/9 102/12 102/13 102/16 144/16 172/20
camera [3]    92/12 93/7 98/17
cameras [4]    91/20 91/23 92/3 92/6
can [193]
can't [16]    22/15 23/6 49/15 59/20 84/7 96/5 99/14 101/21 107/21 129/4 131/13 173/9 174/8 174/11 174/14 175/3
candidates [1]    154/13
cannot [3]    107/8 143/18 159/16
cans [1]    35/2
capabilities [3]    88/1 90/12 132/10
capacity [1]    155/23
Capitol [119]    7/24 7/25 8/5 8/9 11/20 12/17 13/8 13/15 16/10 19/23 20/12 25/5 27/11 30/6 71/2 71/6 71/14 71/16 71/24 72/4 72/6 73/4 73/5 73/20 73/25 74/3 74/6 74/9 74/10 74/13 74/14 75/21 75/24 76/1 76/4 76/15 76/21 76/22 76/25 77/3 78/2 78/3 78/5 78/14 80/22 81/3 81/25 84/2 86/1 86/2 86/22 87/6 87/7 87/9 87/15 87/23 88/7 89/17 89/20 91/4 91/7 91/20 91/20 91/23 92/10 92/15 92/20 93/20 93/23 98/22 98/24 114/15 114/16 118/5 125/10 127/16 127/17 129/7 129/23 130/6 130/13 130/15 135/12 135/17 136/15 140/22 140/12 142/6 142/16 144/1 145/1 145/19 145/21 146/11 146/17 150/16 150/19 152/25 153/2 153/4 153/8 167/11 173/2 173/3 173/6 173/12 174/24 175/1 175/3 175/9 176/24 177/3 177/19 180/6 180/7 180/8 180/10 182/2 183/18
Capitols [1]    9/5
captain [16]    68/15 68/17 70/23

73/8 73/10 73/15 73/17 97/1 118/5 132/1 139/11 140/2 142/2 145/22 146/24 147/9
captains [2]    140/1 140/8
capture [3]    92/6 92/7 92/7
captured [1]    93/8
car [1]    34/10
care [2]    146/18 157/1
career [1]    134/2
carjacking [1]    144/16
Carneysha [5]    2/7 68/15 68/17 69/13 72/23
carried [3]    12/17 163/2 169/9
carries [1]    169/17
carry [1]    12/11
carrying [10]    21/23 99/4 111/15 113/7 113/12 123/4 123/13 126/1 168/24 169/12
carved [1]    70/5
case [25]    4/2 5/4 6/11 6/14 7/9 8/15 11/18 14/19 19/7 21/2 21/18 21/24 24/7 24/15 25/3 27/17 48/3 54/22 55/6 66/9 66/20 69/7 70/13 126/16 174/17
cases [9]    56/13 66/15 66/25 67/6 67/15 69/6 70/16 72/1 72/8
caucus [1]    152/5
CCTV [3]    71/5 93/7 93/23
CDU [2]    104/18 104/21
cell [1]    23/9
Cellebrite [2]    67/7 67/8
center [41]    36/12 37/12 39/22 46/7 46/21 49/8 51/18 55/1 73/19 74/3 76/2 76/5 80/7 95/21 97/21 97/24 99/7 100/15 108/10 109/23 111/5 111/11 111/22 112/2 113/7 115/3 115/10 115/16 116/14 117/22 119/3 119/19 120/4 120/19 121/18 122/23 124/13 125/21 167/17 172/14 175/13
central [4]    153/5 153/9 153/11 154/25
centuries [1]    8/3
ceremonial [2]    169/12 176/4
certain [11]    35/25 41/14 75/1 92/1 92/2 92/3 105/2 105/3 154/3 159/17 176/12
certainly [2]    5/25 132/9
certificate [16]    64/11 64/13 66/5 69/22 70/7 154/6 154/7 154/13 154/19 155/4 155/5 155/7 155/9 155/11 155/24 156/1
certificates [5]    62/13 63/22 70/5 155/21 157/3
certification [12]    11/17 70/9 70/10 75/19 87/4 108/21 109/4 157/6 158/23 159/1 171/8 171/21
certifications [4]    62/23 69/25 70/14 164/12
certified [1]    10/11
certify [2]    18/5 185/3
cetera [3]    145/17 148/15 182/13
chain [5]    67/12 129/6 129/22 131/7 134/23
chair [16]    149/25 149/25 151/20 168/19 172/14 172/18 173/1 173/22 174/7 174/10 174/15 174/17 175/1 175/7 178/23 178/25
challenge [1]    18/24
chamber [52]    105/10 152/24 152/24 153/7 153/7 153/7 153/11 153/12 156/15 162/6 165/4 166/25 167/23 168/14 168/16 168/25 169/1 169/4 169/6 169/7 169/22 169/25 171/17 172/3 172/5 172/12 172/22 173/4 173/8 173/10 173/13 173/16 175/13 175/18 176/8 176/9 176/10 176/13 176/19 176/25 177/25 178/10 178/12 178/18 179/1 179/4 179/11 182/5 182/16 182/24 182/25 183/5
chambers [16]    18/23 91/5 105/11 156/13 162/7 162/11 162/25 163/13

163/14 166/24 171/15 171/18 176/23 180/13 180/16
chance [2]    127/5 135/1
change [1]    88/9
changed [2]    22/22 89/9
characterize [1]    80/12
charge [1]    175/2
charged [2]    14/22 14/23
Charles [1]    72/24
chart [2]    72/15 140/1
cheek [1]    55/24
cheered [2]    13/19 16/11
cheering [2]    12/20 21/13
chief [13]    13/25 140/10 140/11 140/14 140/15 148/9 149/18 154/5 154/15 154/22 155/10 155/14 157/4
children [1]    20/11
chilling [1]    9/22
chooses [1]    141/24
chronological [1]    165/2
Chuck [1]    152/23
church [3]    135/5 145/16 146/1
circle [19]    78/19 81/14 84/18 85/9 85/11 94/9 94/11 95/20 95/24 96/9 96/11 96/11 96/16 101/2 102/3 102/14 102/17 118/10 176/4
circled [12]    16/6 33/19 33/22 36/11 83/5 95/22 97/1 97/20 123/1 163/7 175/12 176/7
circles [4]    81/14 96/7 96/8 96/9
circling [41]    30/15 32/18 78/21 79/2 79/23 80/1 80/7 80/11 81/12 82/11 97/23 98/25 99/7 107/6 107/25 109/11 109/17 109/23 111/10 111/14 111/21 112/1 113/6 113/19 113/23 115/2 115/9 115/15 117/22 119/3 119/23 120/4 120/11 120/18 121/17 121/20 122/22 123/7 124/13 125/21 176/6
circuit [4]    66/6 66/17 69/24 70/13
circumstances [1]    4/24
citation [1]    66/17
cite [3]    66/13 66/15 66/20
cited [1]    67/15
citizens [1]    73/23
city [4]    22/24 74/4 86/23 87/1
civil [10]    73/8 86/25 87/3 104/13 120/25 130/25 133/6 134/3 134/7 135/25
claim [1]    19/6
clarify [3]    43/10 96/5 134/1
clause [5]    65/13 66/7 70/1 70/12 70/17
clear [10]    14/18 15/18 16/4 43/23 69/16 116/12 118/24 121/2 121/4 121/11
cleared [3]    117/1 126/9 147/1
clearing [3]    90/14 90/15 91/7
clearly [2]    118/15 121/22
Clemente [6]    22/12 22/21 22/24 23/6 24/1 60/14
clerks [5]    148/12 163/3 172/24 175/23 182/7
client [1]    71/16
climb [2]    96/17 110/7
climbed [1]    96/22
climbing [2]    114/2 181/7
clip [5]    9/25 122/3 125/1 172/8 172/11
close [3]    60/20 130/9 130/9
closed [15]    14/12 81/18 82/1 82/25 83/3 83/7 83/9 83/17 83/18 84/2 84/20 84/23 85/19 97/3 135/15
closer [1]    27/1
closing [3]    5/25 6/2 130/6
closure [1]    97/4
clothing [4]    28/8 116/4 118/4 119/25
co [1]    16/9
co-conspirator [1]    16/9

**coat [1]**   109/25
**Code [7]**   157/8 158/9 158/16 159/8 160/4 160/23 161/13
**codefendant [2]**   5/5 11/4
**codifies [2]**   158/16 159/9 160/10 161/4
**colleague [3]**   4/7 34/20 62/11
**colleagues [1]**   21/11
**collect [2]**   12/4 140/21
**collected [12]**   8/11 12/9 18/9 28/11 28/15 29/8 30/19 31/2 31/5 31/6 31/16 33/4
**college [13]**   10/11 150/21 153/24 154/2 155/8 157/6 158/2 158/3 158/21 163/24 168/24 169/13 171/11
**colloquially [2]**   154/2 155/7
**color [1]**   111/25
**colored [7]**   108/5 109/14 109/15 110/2 111/25 115/13 115/22
**COLUMBIA [3]**   1/1 77/5 143/24
**column [6]**   30/17 30/19 31/2 31/6 31/17 38/9
**columns [5]**   30/15 30/16 30/21 31/21 32/1
**come [27]**   10/7 16/13 18/2 43/19 56/1 60/13 61/23 67/3 67/13 68/1 71/10 75/21 76/6 77/13 86/16 86/20 88/13 89/2 90/8 100/20 102/17 133/19 134/8 148/20 155/17 156/10 169/16
**coming [11]**   10/5 19/18 24/23 64/14 77/22 86/14 87/1 87/23 102/3 173/12 173/15
**command [1]**   73/19
**commander [9]**   73/8 73/9 73/13 73/13 73/19 86/12 86/13 130/25 143/14
**commanders [2]**   104/23 104/24
**comment [2]**   24/6 25/1
**comments [4]**   17/13 25/4 31/21 31/24
**commissioners [1]**   151/5
**commit [1]**   156/25
**committee [6]**   63/21 131/25 149/17 149/19 150/1 150/2
**committees [2]**   149/22 149/23
**common [1]**   58/20
**communication [2]**   23/18 23/19
**community [1]**   8/22
**comparable [2]**   135/18 135/19
**compare [1]**   127/22
**compartmentalization [1]**   21/8
**compartmentalized [1]**   19/12
**compilation [6]**   93/7 164/25 166/3 166/6 166/12 166/17
**compile [1]**   165/8
**compiled [1]**   165/7
**complete [1]**   163/23
**completed [1]**   82/22
**completely [3]**   56/8 118/22 127/2
**complex [1]**   98/22
**compliance [1]**   148/20
**comprised [1]**   79/5
**computer [4]**   51/5 58/19 65/1 65/6
**conceded [1]**   71/17
**concern [7]**   71/14 133/24 134/6 134/7 134/9 134/9 177/12
**concerned [1]**   89/5
**concluded [3]**   69/25 183/17 184/7
**concurrent [9]**   161/25 162/1 162/5 162/9 162/12 162/14 162/15 163/9 163/11
**concussion [1]**   139/6
**condition [16]**   35/10 37/3 40/25 42/12 43/1 44/8 45/4 45/17 46/23 48/24 50/19 52/15 56/9 182/3 182/5 182/25
**conditions [2]**   182/11 182/14
**condo [1]**   22/25

**conduct [8]**   27/11 29/2 61/12
**conducted [1]**   65/2
**conducting [1]**   57/10
**cones [1]**   94/13
**confidential [1]**   54/4
**confirm [1]**   53/10
**confront [1]**   65/8
**confrontation [12]**   31/13 63/13 65/8 65/13 66/7 69/2 69/4 70/1 70/6 70/12 70/16 70/17
**confused [1]**   63/11
**congregated [1]**   177/6
**Congress [45]**   8/1 8/13 9/24 10/12 10/13 10/18 13/5 13/11 14/15 15/1 15/6 15/15 73/22 74/5 91/1 91/4 119/13 126/9 149/14 149/20 150/3 150/7 150/20 150/23 151/13 155/19 156/8 156/18 156/18 156/22 157/9 162/2 162/15 164/12 165/2 166/4 167/19 171/24 178/4 179/21 179/23 179/24 180/2 180/3 183/2
**Congress' [1]**   178/7
**congressional [8]**   75/2 164/18 164/24 164/25 165/18 166/13 167/3 167/25
**Congressman [1]**   18/10
**connected [1]**   55/7
**conservative [3]**   20/7 20/15 20/16
**conservators [1]**   182/13
**consider [1]**   171/19
**consideration [4]**   63/5 64/17 170/24 171/16
**considered [4]**   18/8 60/25 156/3 156/23
**considering [1]**   33/14
**consistent [3]**   70/11 71/25 72/7
**console [3]**   46/7 46/21 49/8
**conspiracy [4]**   8/19 8/22 11/2 11/6
**conspirator [1]**   16/9
**constantly [1]**   8/20
**constitutes [1]**   185/4
**constitution [5]**   1/24 155/19 157/7 157/17 161/19
**constitutional [1]**   162/11
**constructed [2]**   79/12 79/16
**construction [2]**   83/9 109/3
**consulted [2]**   164/1 164/6
**contacted [5]**   88/21 88/23 89/9 89/9 182/13
**contain [2]**   30/16 169/13
**contains [1]**   158/19
**contemplates [1]**   63/19
**contents [2]**   2/1 155/25
**context [2]**   9/21 171/8
**continue [9]**   17/16 108/4 113/5 121/5 126/21 127/8 174/8 174/11 174/14
**continued [7]**   3/1 13/17 14/2 125/2 126/22 169/4 183/8
**contraband [2]**   76/9 76/11
**contract [1]**   148/19
**contrary [1]**   64/3
**controversial [1]**   128/3
**convene [2]**   168/16 184/2
**convenience [1]**   133/8
**converging [1]**   14/11
**conversation [3]**   24/21 54/15 120/14
**convinced [1]**   19/25
**cool [1]**   23/19
**Cooper [1]**   69/22
**cooperation [1]**   10/25
**cooperative [2]**   53/15 55/16
**coordinate [3]**   87/15 87/21 88/1
**coordinates [1]**   87/24
**copies [3]**   70/7 70/10 155/3
**copy [4]**   58/19 69/22 155/11 157/16
**corner [14]**   93/24 99/1 100/1 100/25 101/18 106/25 113/16

113/19 113/24 123/8 162/3 162/21
**correct [39]**   6/12 29/24 41/23 41/24 49/20 55/17 56/10 57/4 59/1 61/2 61/10 69/5 96/14 96/19 96/21 97/10 102/8 102/20 103/3 130/14 139/22 153/17 161/13 161/14 161/17 161/18 167/12 168/1 168/4 168/5 169/10 169/14 169/18 174/13 179/6 181/10 181/14 181/16 185/4
**correctly [1]**   59/21
**correlate [1]**   33/23
**corridors [1]**   182/18
**corrupt [4]**   15/14 19/7 19/9 19/10
**corruption [1]**   19/13
**Costa [1]**   1/20
**could [34]**   12/11 17/2 17/24 23/13 23/13 26/18 36/24 44/5 47/25 48/2 50/11 56/22 57/12 57/13 62/16 67/9 72/21 74/4 89/2 89/4 91/13 95/23 102/3 107/20 116/10 119/13 121/13 126/9 130/7 132/19 135/2 147/5 147/22 171/20
**couldn't [5]**   80/23 90/19 90/19 127/20 176/11
**Council [1]**   131/24
**counsel [11]**   4/9 4/13 6/11 6/20 58/2 69/20 148/6 148/16 149/17 149/18 164/11
**counsel's [1]**   65/18
**counseled [1]**   148/21
**counselor [1]**   64/22
**count [5]**   11/6 11/6 127/20 154/7 171/4
**counted [1]**   155/18
**counterparts [1]**   164/6
**counterprotest [1]**   21/22
**counterterrorism [3]**   55/2 55/3 55/4
**counting [5]**   150/21 153/24 158/2 158/21 171/10
**country [13]**   8/3 8/11 12/11 16/8 17/23 18/21 18/25 19/12 20/7 25/15 127/14 127/15 144/7
**counts [2]**   16/16 159/12
**county [8]**   26/23 26/24 51/4 53/8 53/23 58/18 65/2 132/15
**couple [8]**   47/22 48/7 67/23 82/10 117/21 129/1 129/3 156/6
**coupled [1]**   76/2
**courier [1]**   157/3
**course [5]**   29/11 32/10 33/6 92/9 92/20
**court [56]**   1/1 1/22 1/23 6/1 6/21 6/24 7/2 9/17 11/18 13/10 15/12 15/16 15/20 15/21 21/10 33/20 34/23 36/24 38/8 39/12 40/21 42/3 42/10 42/23 44/6 45/1 45/14 46/17 48/16 50/12 52/5 52/12 57/22 62/6 63/7 63/8 66/6 66/13 66/15 66/21 68/6 69/24 70/4 70/11 70/12 70/16 77/17 114/6 144/16 155/14 157/4 167/19 184/2 184/5 185/3 185/13
**Court's [10]**   4/21 4/25 5/17 5/21 5/22 5/24 7/4 63/4 64/16 70/2
**courtroom [2]**   22/7 28/5
**courts [3]**   1/23 66/5 70/2
**cover [2]**   52/8 52/13
**covering [3]**   52/13 86/19 115/7
**COVID [3]**   11/16 56/14 180/18
**COVID-19 [1]**   11/16
**coworkers [1]**   86/17
**cracks [4]**   48/4 48/5 48/7 48/10
**crawl [1]**   131/12
**credentials [2]**   180/8 180/11
**credible [1]**   134/24
**criminal [4]**   1/3 1/13 4/2 68/9
**crisis [1]**   20/2
**critical [3]**   5/3 144/12 144/18
**CRM [1]**   1/13
**cross [14]**   2/5 2/8 5/10 12/11 18/17 53/3 65/7 66/2 95/4 95/5

**C**

cross... **[4]** 128/11 128/13 143/16
143/16
cross-examination **[6]** 2/5 2/8
5/10 53/3 66/2 128/13
cross-examine **[2]** 65/7 128/11
cross-examining **[1]** 18/17
crowd **[12]** 102/9 102/11 104/15
125/22 128/22 136/4 136/4 136/16
136/18 141/8 141/15 143/2
crucial **[1]** 65/10
CS **[3]** 13/17 104/1 104/2
cup **[1]** 46/7
curator **[3]** 148/15 182/10 182/12
current **[3]** 27/2 54/22 73/7
currently **[3]** 26/23 27/3 140/3
curriculum **[3]** 63/6 64/10 64/12
curtain **[1]** 172/15
custody **[8]** 67/12 156/21 156/23
157/1 163/23 169/19 177/18 177/18
cutting **[1]** 141/7

**D**

D'Souza's **[1]** 17/20
D-A-N-I-E-L **[1]** 147/24
daily **[4]** 134/4 134/6 135/15
164/25
dais **[7]** 169/22 170/1 170/4
172/14 175/4 176/5 182/6
Daniel **[4]** 2/10 147/13 147/16
147/24
dark **[8]** 108/5 109/14 109/15
115/13 115/22 116/4 118/4 119/24
dark-colored **[4]** 108/5 109/14
115/13 115/22
dash **[1]** 69/23
date **[8]** 56/25 94/1 94/4 154/24
154/25 158/22 158/25 162/25
Dated **[1]** 185/10
day **[59]** 7/23 10/11 10/13 10/18
14/1 15/5 16/7 19/21 20/2 20/13
21/21 23/5 25/6 25/17 31/8 31/19
58/9 59/10 74/9 74/11 74/12 74/12
75/20 126/12 127/18 127/21 128/21
129/5 129/8 129/15 129/24 130/17
130/24 131/17 132/3 134/8 134/20
134/24 136/6 137/4 139/3 139/24
140/9 141/4 142/17 145/10 145/23
150/14 150/16 151/10 151/10
151/11 151/11 165/10 170/18
177/21 178/13 181/4 185/10
day's **[1]** 131/8
days **[8]** 22/6 26/3 26/4 26/5 29/1
159/19 159/20 159/23
DC **[28]** 1/5 1/14 1/16 1/17 1/25
8/12 9/24 10/4 10/5 10/15 11/23
11/25 12/3 12/21 12/25 13/4 16/2
16/8 17/8 18/3 18/6 22/20 61/16
74/1 87/19 133/19 142/24 145/20
deadline **[1]** 4/20
deal **[2]** 59/15 148/22
dealing **[4]** 54/21 67/5 128/23
132/23
dealings **[1]** 148/12
dealt **[1]** 143/18
death **[3]** 10/18 22/19 56/13
debate **[8]** 160/16 165/6 172/10
178/19 178/21 183/12 183/13
183/15
debated **[1]** 183/15
debates **[1]** 161/10
debating **[1]** 175/5
December **[4]** 9/19 10/9 12/14
15/22
decide **[1]** 129/18
decided **[3]** 59/17 134/22 137/4
decision **[1]** 70/2
declaration **[1]** 63/13
declare **[1]** 171/4
decline **[1]** 5/11
deeds **[1]** 24/2

deep **[1]** 92/1
defacing **[1]** 94/17
defend **[1]** 21/25
defendant **[18]** 1/7 1/18 9/23 10/7
10/9 10/22 12/14 15/9 16/14 57/18
58/21 63/22 64/2 64/21 68/14 69/7
69/20 71/6
Defendant's **[2]** 40/17 52/4
defending **[2]** 8/5 17/1
defense **[6]** 1/19 24/16 26/1 26/4
58/23 64/22
defer **[1]** 62/6
defined **[1]** 8/3
delay **[2]** 58/7 59/8
delineate **[1]** 97/4
delineation **[1]** 72/14
delivered **[2]** 13/15 156/17
Democrats **[1]** 19/4
demonstration **[1]** 88/25
demonstrations **[1]** 89/8
demos **[1]** 132/15
deny **[1]** 4/25
department **[10]** 26/24 53/8 53/18
54/13 56/15 75/13 75/15 134/2
140/12 148/24
departments **[4]** 148/11 148/23
148/24 182/9
depending **[2]** 31/25 175/24
depends **[2]** 57/13 57/19
depict **[2]** 166/20 166/22
depicted **[4]** 79/13 98/22 117/18
172/3
depicting **[4]** 106/14 175/13
175/18 176/8
depiction **[16]** 80/19 83/18 93/11
100/4 105/12 106/1 106/16 110/17
112/19 114/18 117/9 122/12 123/23
125/13 167/2 167/11
depicts **[1]** 166/23
deployed **[1]** 136/6
deputies **[1]** 53/15
Deputy **[1]** 169/11
describe **[45]** 30/22 38/8 39/11
48/2 52/11 53/15 78/22 79/3 85/12
90/20 95/22 97/25 98/21 99/1 99/9
107/20 107/25 109/12 109/24
111/22 113/24 115/3 115/11 115/20
117/23 118/2 119/23 120/9 153/2
153/21 157/24 158/16 159/9 160/10
161/4 163/9 167/14 167/15 168/12
172/6 176/22 178/16 179/25 182/14
183/8
described **[4]** 4/18 20/17 161/6
167/16
describes **[9]** 28/14 31/23 63/4
157/25 158/1 159/12 160/11 160/12
160/15
describing **[1]** 141/21
description **[3]** 30/19 30/20 38/10
descriptions **[1]** 98/16
designated **[5]** 152/16 153/4
154/22 154/24 165/5
desk **[3]** 54/16 55/6 174/1
destroy **[1]** 14/20
detail **[4]** 53/10 57/24 172/13
172/19
detained **[1]** 57/9
detected **[1]** 24/22
detective **[1]** 24/11
detective's **[1]** 24/20
detector **[5]** 76/10 180/23 181/4
181/6 181/9
detectors **[1]** 181/11
determination **[1]** 156/4
determine **[1]** 153/25
determined **[2]** 154/4 155/16
determines **[2]** 154/16 158/18
determining **[2]** 155/17 158/1
device **[4]** 58/17 65/3 89/15 89/16
devices **[7]** 58/16 58/20 59/2
59/13 63/19 65/14 70/8

Diaz **[3]** 70/3 70/4 70/11
Díaz **[9]** 11/7 14/23
15/3 15/9 15/17 18/2 20/3 20/14
24/15 25/13 26/6 26/3 27/4 27/5
27/10 27/12 27/13 27/16 30/10
41/8 41/10 41/25 43/23 45/22
55/24 56/1 58/8 60/7 60/8 60/9
60/10 60/13 60/17 61/11 61/18
61/23 67/9 73/5 85/8 87/14 88/16
88/20 89/6 90/2 90/11 91/3 91/17
104/5 104/12 104/14 104/21 108/13
113/11 116/18 116/17 122/2 123/3
123/6 123/12 124/25 125/25 126/3
126/6 126/12 129/24 132/20 132/21
133/3 133/10 133/14 133/24 133/24
134/25 135/3 135/22 135/24 140/12
141/3 142/6 142/8 142/14 142/22
143/1 143/14 143/16 144/4 145/23
148/1 150/1 150/3 150/7 150/8
164/13 176/9 176/10 177/21 180/9
181/22 181/24 181/25 182/9 183/5
183/7
didn't **[29]** 7/4 10/16 10/23 14/16
14/19 14/20 14/21 15/2 16/1 19/22
22/11 23/16 25/21 58/5 67/17 72/3
88/23 91/3 96/3 98/7 110/22
121/14 131/5 133/8 137/12 138/19
141/16 143/2 143/16
different **[10]** 16/21 55/2 91/16
135/13 135/17 155/12 173/19
173/20 173/21 175/6
difficult **[1]** 20/22
digital **[2]** 63/19 70/8
dignitaries **[4]** 88/10 92/5 109/5
134/5
Dinesh **[1]** 17/20
direct **[15]** 2/5 2/8 2/11 26/16
30/14 35/5 38/6 67/9 71/13 72/11
140/12 141/21 145/24 147/18
170/24
directed **[2]** 62/19 170/20
direction **[10]** 21/7 104/7 116/20
173/6 174/24 175/2 175/8 176/16
176/17 177/7
directions **[5]** 175/4 175/8 176/24
177/4 177/5
directly **[6]** 105/1 138/21 140/13
141/17 154/10 156/20
director **[2]** 149/18 149/24
disappointed **[1]** 24/12
disappointment **[1]** 24/22
disassembled **[3]** 56/8 56/9 56/10
disconnected **[1]** 17/14
discovery **[11]** 22/5 24/4 24/9
58/1 58/5 58/25 59/4 64/5 67/8
71/20 143/5
discretion **[1]** 4/25
discuss **[6]** 70/17 133/10 133/14
134/14 134/16 144/9
discussed **[5]** 53/22 133/14 136/2
142/24 157/24
discussion **[3]** 23/6 24/9 24/10
dismiss **[1]** 4/24
dispatch **[2]** 89/9 89/9
dispatcher **[1]** 89/11
dispute **[2]** 15/9 15/11
disregarded **[1]** 16/9
disrupt **[2]** 8/14 118/20
disrupting **[1]** 18/4
distant **[1]** 17/17
distribution **[1]** 165/10
district **[12]** 1/1 1/1 1/10 1/23
66/20 66/21 66/23 74/2 77/4
143/24 155/14 157/4
disturbance **[10]** 73/8 86/25 87/4
104/13 120/25 131/1 133/6 134/3
134/8 135/25
division **[6]** 1/13 73/9 73/14
88/22 127/15 144/12
DNC **[2]** 89/15 89/19
do **[191]**
document **[23]** 28/13 29/10 30/23

**D**

document... **[20]**  31/3 31/17 31/22
32/3 32/10 33/6 33/24 157/13
158/5 159/4 160/1 160/19 161/15
161/17 161/19 161/22 164/15
165/11 165/15 168/20
**documented [1]**  31/12
**documents [1]**  169/18
**does [44]**  5/9 7/12 28/13 31/3
31/6 31/16 31/20 37/16 38/12
48/20 48/23 49/10 50/5 50/15
50/18 52/1 74/2 74/9 76/5 87/6
88/6 91/20 113/14 127/22 131/23
143/11 146/11 148/8 158/22 158/25
159/2 162/4 162/8 162/24 163/6
166/6 166/8 166/9 166/12 166/14
166/20 166/22 168/16 181/5
**doesn't [11]**  8/15 30/7 32/1 49/14
87/1 131/13 138/12 138/15 138/18
174/1 179/14
**dog [1]**  72/18
**doing [20]**  12/1 18/1 20/3 20/6
21/5 25/14 25/14 26/4 50/4 51/25
52/12 61/4 64/23 86/15 103/10
113/25 120/23 122/3 124/25 177/7
**DOJ [2]**  1/13 19/5
**DOJ-CRM [1]**  1/13
**dome [2]**  153/5 167/17
**don't [66]**  7/1 7/6 9/15 15/8
15/10 21/4 29/2 54/25 55/5 55/15
55/22 56/17 60/11 61/7 61/8 65/11
65/11 65/12 66/10 67/1 67/17
69/15 71/19 71/22 72/18 74/8
76/8 76/11 77/9 82/21 84/7 91/10
91/13 95/5 96/2 116/22 118/17
118/18 118/18 118/19 130/9 133/13
134/16 137/7 137/10 139/7 139/17
141/16 142/13 144/11 144/19
144/23 145/2 145/2 145/11 145/24
145/25 146/17 151/12 169/13 174/2
178/2 178/10 178/20 179/11 183/20
**don't close [1]**  130/9
**done [10]**  29/1 65/1 67/6 128/2
130/8 136/19 146/12 147/6 159/24
162/16
**door [25]**  5/10 5/12 14/7 14/9
14/11 53/22 65/9 79/25 89/25
97/15 97/18 98/8 98/11 98/12
98/14 114/15 114/17 116/24 117/1
117/7 117/18 117/19 153/10 153/12
168/23
**doorkeepers [2]**  173/12 173/14
**doors [11]**  12/4 20/10 80/6 89/24
105/10 173/10 173/11 173/13
173/15 181/8 181/11
**doorway [2]**  71/16 153/11
**doubt [3]**  15/14 17/18 24/23
**down [37]**  15/11 23/5 23/11 28/16
34/18 40/17 44/3 47/22 49/15 50/2
62/4 86/23 87/25 99/15 102/6
128/1 131/11 141/6 141/7 142/2
145/15 146/2 146/2 146/4 147/10
153/11 166/2 168/25 172/23 173/8
173/16 174/23 175/21 176/10
177/24 179/3 181/22
**download [4]**  65/1 65/1 65/5 65/5
**downtown [1]**  87/3
**drafted [1]**  134/7
**dragging [1]**  20/11
**drawing [1]**  115/23
**drawn [1]**  101/2
**dressed [1]**  89/17
**drill [2]**  174/20 174/21
**drive [1]**  74/15
**driven [3]**  30/5 30/7 135/4
**driving [7]**  17/7 22/20 23/5 29/23
29/24 30/1 145/16
**drove [6]**  8/11 12/10 16/7 60/14
60/15 82/20
**drum [1]**  20/19
**DuckDuckGo [1]**  13/2

**due [3]**  108/21 135/5 173/8
**dump [1]**  58/2
**dumping [2]**  58/7 59/4
**Dunnican [1]**  66/16
**during [18]**  17/11 25/20 33/4
54/22 54/23 55/8 69/8 71/17 103/8
103/10 133/10 141/4 171/22 174/7
174/10 177/11 178/1 180/16
**duty [3]**  73/15 86/10 149/12

**E**

**each [22]**  31/5 33/22 58/17 59/5
65/3 153/6 153/6 153/7 153/7
153/11 154/4 154/16 155/5 155/6
155/24 157/10 165/4 165/9 168/14
168/15 171/15 171/17
**ear [1]**  139/14
**earlier [12]**  53/22 101/19 107/2
108/11 116/9 119/8 119/20 136/2
141/14 163/18 168/20 179/8
**early [3]**  78/14 86/14 88/20
**earthquake [1]**  178/9
**easier [1]**  71/11
**east [8]**  80/10 80/13 80/13 89/23
105/25 105/25 126/2 167/18
**Eastern [2]**  66/20 66/22
**edit [1]**  165/8
**effect [1]**  108/23
**effectively [1]**  70/4
**effort [1]**  132/8
**eight [1]**  104/15
**either [5]**  5/14 7/1 31/5 57/10
58/20 64/21 65/7 67/1 170/22
**elaborate [1]**  135/10
**elected [10]**  144/6 144/25 146/13
151/7 151/13 152/2 152/5 156/4
158/1 171/5
**election [29]**  8/17 8/18 8/20 9/3
9/8 11/17 17/15 17/19 17/22 18/5
18/7 20/20 129/6 133/20 134/21
134/24 135/1 153/19 154/5 154/8
154/15 154/17 154/23 154/23
154/24 155/10 155/18 156/5 158/18
**elector's [2]**  155/5 155/6
**electoral [22]**  10/11 75/19 87/4
108/21 109/4 150/21 153/24 154/2
155/8 156/17 157/6 158/2 158/3
158/21 163/24 164/11 168/24
169/13 171/10 176/1 177/15 177/16
**electors [9]**  154/1 154/8 154/12
154/16 154/17 154/22 154/25 155/1
155/15
**electronic [3]**  17/20 17/21 67/5
**electronically [1]**  64/2
**ellipse [2]**  102/7 102/17
**ELMO [3]**  77/18 77/20 81/21
**else [8]**  23/10 23/12 92/8 120/15
123/1 146/17 164/7 179/16
**email [2]**  61/19 61/23
**emails [1]**  61/25
**emanating [1]**  167/16
**embarrassed [1]**  15/2
**embraced [1]**  8/19
**emergency [2]**  175/7 182/12
**empathize [1]**  128/23
**employed [1]**  26/23
**employee [1]**  53/19
**empty [1]**  10/6
**en [1]**  89/18
**encounter [1]**  177/21
**encountered [1]**  127/23
**encountering [1]**  71/15
**encouraging [1]**  133/18
**encrypted [1]**  12/1
**end [14]**  15/8 16/4 16/13 26/3
39/17 53/24 122/3 125/1 133/22
150/10 153/5 153/6 159/14 171/1
**ended [5]**  29/3 54/16 55/6 129/1
173/23
**ending [1]**  133/23
**endorsed [1]**  171/16
**ends [1]**  153/9

**energy [1]**  128/22
**enforce [2]**  82/16 96/3
**enforcement [18]**  7/25 8/4 15/6
19/4 22/13 56/3 116/19 117/1
120/23 122/3 124/25 125/2 127/1
129/10 134/15 134/18 143/24
146/25
**engage [2]**  143/10 143/15
**engaged [1]**  91/6
**engaging [1]**  18/3
**enough [3]**  21/25 60/18 176/14
**ensure [3]**  76/10 109/6 163/24
**ensured [1]**  163/23
**entail [1]**  76/5
**enter [9]**  14/21 72/1 74/15 74/25
90/2 168/17 180/6 180/7 181/4
**entered [5]**  71/24 72/3 72/5 90/5
175/19
**entering [3]**  14/5 72/6 181/5
**entertains [1]**  7/2
**entire [19]**  17/11 65/4 65/19
65/20 65/22 108/19 111/6 129/2
129/17 134/7 135/25 145/9 146/10
146/13 149/9 149/10 149/13 150/2
166/23
**entitled [1]**  185/5
**entrance [1]**  46/10
**entry [3]**  94/20 95/7 95/7
**Epps [5]**  137/19 137/20 138/8
139/14 139/20
**equally [2]**  17/25 150/1
**equipment [1]**  92/12
**equipped [1]**  104/17
**equivalent [1]**  163/12
**erection [1]**  134/17
**escorted [3]**  128/1 172/12 172/19
**escorts [1]**  182/3
**especially [2]**  8/4 19/10
**essence [2]**  151/20 175/2
**essential [1]**  11/7
**essentially [2]**  154/3 173/22
**establish [2]**  27/24 65/23
**established [2]**  118/15 143/17
**et [3]**  145/17 148/15 182/13
**et cetera [2]**  145/17 182/13
**ethics [3]**  148/19 149/17 149/18
**evacuated [4]**  91/1 176/18 177/10
177/11
**evacuation [5]**  176/22 177/2
177/12 178/2 178/5
**evade [1]**  143/8
**even [14]**  10/14 11/8 20/15 25/6
58/5 59/11 95/24 102/25 108/23
130/3 132/1 134/11 159/20 178/10
**evening [2]**  86/14 143/9
**event [18]**  5/4 83/12 86/17 86/21
106/16 109/6 132/3 132/13 132/18
132/22 133/4 133/7 142/5 146/11
179/15 180/5 180/11 180/11
**events [23]**  86/18 86/19 91/18
93/11 100/4 105/12 106/1 106/14
110/15 110/17 112/19 114/18 117/9
122/12 123/23 125/13 131/9 132/12
132/13 132/20 143/14 166/3 180/13
**eventually [6]**  90/3 90/16 109/20
130/13 176/16 177/6
**ever [15]**  18/2 18/22 60/13 61/23
66/10 67/1 71/22 76/12 87/6 129/2
134/11 142/14 178/5 178/7 183/2
**every [14]**  11/21 12/18 16/3 25/20
31/7 31/17 69/24 127/18 127/21
144/6 144/24 154/24 179/15 179/15
**everybody [3]**  16/24 20/18 130/20
**everything [2]**  12/6 92/8
**evidence [46]**  4/17 5/2 8/15 10/7
11/18 11/20 13/23 14/19 15/17
15/18 15/19 16/4 16/15 18/8 24/14
28/11 28/14 28/22 29/8 31/8 31/11
31/17 31/18 34/19 36/1 41/14
43/12 57/19 57/21 57/22 58/9
59/12 59/16 62/14 62/22 63/12

**E**

evidence... [10]   64/15 65/10
65/19 65/22 66/1 67/5 70/19
126/25 166/6 166/9
evolved [1]   11/16
exact [2]   136/13 137/1
exactly [15]   14/23 14/24 20/3
20/6 23/7 53/13 56/7 58/22 60/18
84/7 114/2 139/8 159/23 165/2
183/21
examination [15]   2/5 2/5 2/8 2/8
2/9 2/11 5/10 26/16 53/3 66/2
72/11 128/13 141/21 146/22 147/18
examine [3]   65/7 128/11 182/3
examiner [2]   64/11 64/12
examining [1]   18/17
example [4]   19/7 22/8 83/2 134/19
Examples [1]   13/6
exception [2]   6/16 63/21
excerpt [3]   164/18 165/18 167/25
excerpts [4]   166/12 166/23 166/24
166/25
exclude [3]   4/17 6/7 6/10
exculpatory [1]   59/16
excuse [4]   69/3 119/16 124/10
148/1
executions [2]   9/7 9/11
exhibit [285]
Exhibit 001 [3]   92/22 93/3 99/15
Exhibit 002 [1]   166/15
Exhibit 101 [3]   106/9 106/11
106/20
Exhibit 102 [3]   110/10 110/12
110/21
Exhibit 103 [3]   112/11 112/13
112/23
Exhibit 104 [3]   114/10 114/12
114/22
Exhibit 105 [3]   117/2 117/4
117/13
Exhibit 107 [3]   122/6 122/8
122/16
Exhibit 108 [3]   123/17 123/19
124/2
Exhibit 109 [3]   125/4 125/6
125/17
Exhibit 110 [3]   99/16 99/19 100/8
Exhibit 111 [3]   105/5 105/7
105/16
Exhibit 112 [3]   105/20 105/22
106/5
Exhibit 501 [4]   77/6 77/7 78/1
78/13
Exhibit 502 [3]   80/14 80/15 81/6
Exhibit 503 [3]   83/13 83/14 83/22
Exhibit 504 [3]   81/20 81/21 82/6
Exhibit 505 [5]   84/14 85/1 85/6
138/6 138/22
Exhibit 506 [2]   85/22 85/23
Exhibit 528 [2]   33/25 34/1
Exhibit 529 [1]   34/3
Exhibit 530 [1]   34/5
Exhibit 531 [2]   34/7 34/18
Exhibit 535 [3]   51/7 51/8 51/14
Exhibit 537 [5]   47/5 47/6 47/13
48/12 48/21
Exhibit 541 [2]   39/15 40/2
Exhibit 542 [3]   40/6 40/7 40/13
Exhibit 543 [5]   41/11 41/12 41/18
42/7 44/3
Exhibit 549 [5]   35/17 36/4 36/19
37/10 37/20
Exhibit 551 [2]   38/15 38/16
Exhibit 601 [4]   48/13 48/14 49/23
51/1
Exhibit 603 [2]   50/11 50/22
Exhibit 701 [2]   164/14 164/21
Exhibit 702 [2]   165/14 165/23
Exhibit 703 [2]   161/21 162/17
Exhibit 704 [1]   157/12
Exhibit 705 [1]   158/4

Exhibit 706 [1]   159/3
Exhibit 707 [2]   155/8 155/24
Exhibit 708 [2]   160/18 160/25
Exhibit 722 [2]   63/2 70/19
Exhibit 723 [1]   64/10
Exhibit 727 [1]   64/12
Exhibit 731 [3]   32/23 32/24 33/10
Exhibit 732 [2]   32/2 32/14
Exhibit 733 [14]   28/18 29/14 35/4
38/6 39/7 44/16 46/2 46/19 49/5
50/2 50/5 50/14 50/16 51/25
Exhibit 734 [1]   29/7
Exhibit 801 [2]   34/21 34/23
Exhibit 803 [4]   36/20 37/6 37/17
37/19
Exhibit 804 [2]   40/18 41/4
Exhibit 805 [4]   42/8 42/9 42/10
42/18
Exhibit 806 [5]   42/22 42/23 42/24
43/5 43/24
Exhibit 807 [3]   51/24 52/9 52/19
Exhibit 809 [3]   44/4 44/5 44/6
Exhibit 810 [4]   46/15 46/16 46/17
47/1
Exhibit 811 [5]   45/12 45/13 45/21
46/2 46/11
Exhibit 812 [3]   44/24 45/2 45/8
exhibits [21]   2/13 2/15 2/24 3/1
6/25 34/9 43/8 43/9 62/15 63/9
128/20 161/12
exist [1]   74/13
exists [2]   167/23 180/1
exit [2]   110/10 113/12
expect [5]   7/12 7/15 15/8 15/10
132/4
expectation [2]   179/13 179/18
expecting [1]   87/9
expects [1]   5/2
experience [3]   71/3 77/2 179/25
experienced [2]   126/12 178/5
expert [1]   55/23
explain [2]   16/22 62/16
explaining [3]   25/13 25/16 141/4
explicitly [1]   149/24
explosive [2]   89/15 89/16
express [1]   15/2
extension [1]   59/8
extent [3]   54/7 55/20 182/12
extremely [3]   65/9 118/23 180/12

**F**

F.3d [2]   66/17 66/19
face [3]   99/12 99/13 126/22
Facebook [1]   99/16
facial [2]   115/5 115/13
facilitate [1]   175/8
facility [1]   130/1
facing [1]   25/5
fact [7]   12/16 18/11 18/25 56/12
135/14 143/6 149/22
factually [1]   133/20
failure [1]   115/23
fair [33]   29/7 32/7 33/3 34/9
35/25 38/21 39/23 40/9 41/14 47/9
51/10 60/18 65/12 78/4 80/21 81/2
82/2 83/18 84/22 86/2 93/11 100/4
105/12 106/1 106/16 110/17 112/19
114/18 117/9 122/12 123/23 125/13
167/2
fairly [1]   89/25
falls [1]   70/10
familiar [8]   71/5 72/16 76/22
76/24 76/24 77/1 131/18 143/11
familiarity [1]   179/13
far [11]   61/3 61/7 98/25 106/25
107/7 109/12 118/20 123/7 139/9
142/24 147/3
fashion [1]   132/6
fast [1]   116/11
favor [1]   104/8
FBI [21]   4/8 6/10 19/5 19/10 20/8
21/15 22/13 22/14 24/8 25/2 27/4

27/5 27/10 27/13 28/10 29/11 32/6
32/8 33/21 125/14 155/12 179/2
179/9 180/19 181/14 182/11 182/19
fear [2]   10/17 13/9
fed [2]   18/21 138/11
fed-surrection [1]   18/21
federal [8]   20/1 20/1 62/14 75/18
130/10 144/7 144/25 161/17
federally [2]   18/20 135/16
feel [2]   24/22 131/8
feeling [2]   7/7 128/22
feelings [2]   16/23 21/5
fellow [1]   17/25
felt [1]   142/5
female [2]   139/5 139/7
fence [7]   54/12 54/13 129/6
129/23 129/23 131/12 131/15
fencing [19]   81/18 82/1 82/13
82/15 82/16 82/25 84/19 85/16
94/10 94/12 94/15 94/16 94/19
131/8 133/12 134/12 134/17 134/23
141/8
fervently [1]   17/6
few [15]   22/6 48/4 57/12 57/13
57/24 57/25 78/17 86/21 89/1 90/3
113/5 126/20 147/15 153/23 175/9
fiasco [2]   129/2 129/15
field [4]   19/12 73/13 86/12 86/13
Fifteen [1]   140/5
fifty [1]   151/6
fight [1]   127/14
fighters [1]   12/3
fighting [1]   130/19
fights [1]   127/25
figure [1]   142/24
filed [1]   4/19
files [3]   58/7 59/5 59/7
filing [1]   59/15
filings [2]   20/17 25/19
filled [2]   102/2 102/21
final [6]   24/3 155/17 156/3 169/1
171/2 171/3
finally [6]   4/11 12/24 23/4 24/24
146/25 172/25
financial [1]   148/12
find [8]   5/13 22/16 22/16 23/11
23/24 24/18 42/1 127/5
finding [1]   55/25
fine [1]   95/5
finish [3]   159/18 174/5 174/15
finished [4]   25/12 25/16 84/8
169/20
firearm [6]   38/21 38/24 39/8
39/19 39/23 40/9
firearms [3]   55/25 56/2 56/4
fired [1]   136/3
firing [3]   136/16 141/14 141/16
first [41]   13/4 26/7 30/14 30/17
30/17 38/9 53/9 57/15 58/9 74/1
81/15 84/18 85/9 85/10 88/22
92/23 94/9 95/25 96/7 99/17 105/6
105/21 106/10 110/11 112/12
114/11 117/3 118/9 118/15 122/7
128/19 139/2 139/4 159/2 159/18
162/14 163/2 166/16 169/16 180/24
182/1
fit [3]   32/1 60/3 169/13
fixture [1]   8/23
flag [27]   99/5 107/10 107/11
107/15 107/18 107/19 107/24
109/25 111/15 111/24 113/8 113/12
113/20 115/6 117/25 121/19 122/24
123/1 123/2 123/4 123/13 124/14
124/18 125/21 126/1 126/3 170/7
flash [3]   13/16 20/10 136/5 136/7
136/8
flashlight [1]   46/18
flee [1]   22/13
floor [7]   148/13 153/7 153/8
155/22 156/13 156/14 173/10
flying [1]   125/22
focus [3]   107/14 116/5 123/2
focused [3]   10/10 12/25 55/12

**F**

**follow [6]** 54/16 55/6 70/2 118/17
156/6 173/17
**follow-up [2]** 156/6 173/17
**followed [6]** 174/20 174/21 176/24
177/2 177/3 177/5
**following [4]** 21/7 75/14 154/19
154/21
**fond [1]** 53/7
**foot [3]** 129/6 129/22 131/7
**footage [3]** 71/5 93/8 93/23
**force [10]** 27/6 27/8 27/9 31/7
31/18 54/24 55/12 130/11 130/13
137/4
**forced [4]** 8/1 14/15 14/17 15/6
**forecast [1]** 5/1
**foregoing [1]** 185/4
**forensic [8]** 51/5 58/17 58/19
58/21 62/19 64/12 64/25 65/3
**Forensics [1]** 58/19
**forget [2]** 131/17 159/23
**forgive [3]** 25/15 53/13 137/17
**form [1]** 171/11
**formation [1]** 121/1
**former [5]** 13/25 13/25 22/13
24/11 149/11
**forming [1]** 120/25
**forth [4]** 23/22 25/3 61/19 63/21
**forward [10]** 107/9 109/21 109/22
116/22 116/23 117/21 120/17 121/6
125/5 161/11
**found [14]** 22/6 30/25 51/11 54/11
54/14 66/3 67/13
**foundation [10]** 27/23 29/5 31/10
33/13 65/23 67/4 67/10 67/12
80/24 84/10
**founded [1]** 11/14
**four [3]** 74/4 74/11 159/23
**frame [4]** 101/23 107/9 109/22
120/17
**frankly [1]** 178/10
**Fraud [1]** 1/13
**freeway [2]** 53/11 54/23
**frequent [1]** 8/23
**frequently [1]** 83/12
**front [28]** 13/10 14/18 17/1 20/9
28/9 80/10 97/4 104/24 105/25
105/25 106/15 106/15 108/19 109/3
110/16 117/18 118/10 125/9 126/2
139/8 139/17 167/18 169/25 170/4
170/6 172/15 173/1 176/5
**full [4]** 10/4 16/25 63/25 163/23
**full-blown [1]** 16/25
**Fullerton [3]** 63/12 64/25 65/7
**fundamental [1]** 173/18
**fundamentally [1]** 65/12
**fundamentals [1]** 150/22
**furniture [3]** 182/8 182/19 182/24
**further [22]** 7/6 18/12 18/19
19/16 52/22 54/16 63/6 79/8 80/1
85/18 101/1 102/25 112/1 115/18
128/5 147/8 173/6 174/24 175/8
177/7 183/16 183/24
**furtherance [2]** 11/9 12/7
**fusion [1]** 55/1
**future [4]** 17/17 60/4 139/20
140/22

**G**

**gained [1]** 144/2
**galleries [2]** 173/14 180/16
**game [4]** 24/8 25/2 25/6 25/9
**Gardens [1]** 96/13
**Garfield [4]** 96/11 96/12 102/4
102/14
**gas [9]** 13/17 103/2 103/23 104/1
104/2 104/12 104/14 105/2 105/3
**gaslit [1]** 20/16
**gathering [1]** 168/22
**gave [7]** 12/13 13/9 16/2 56/6
71/18 77/17 143/6

**gaveled [1]** 170/19
**gavel-out [1]** 171/1
104/18 104/21
**general [12]** 30/24 31/1 60/18
141/17 148/6 148/16 154/8 154/23
156/5 164/10 177/9 178/22
**generally [17]** 28/13 73/20 85/12
88/3 88/6 90/20 97/13 98/21
133/11 150/18 153/2 157/24 163/18
170/17 176/21 179/25 182/14
**generated [2]** 67/7 165/5
**gentleman [2]** 21/3 139/9
**get [36]** 5/25 8/25 11/25 12/12
12/21 21/12 21/25 31/11 57/25
58/4 59/10 59/24 63/12 65/4 67/12
75/1 77/12 89/25 92/1 100/20
101/9 116/8 127/3 134/3 134/4
139/19 139/19 139/21 143/7 143/9
144/13 144/19 145/2 159/24 177/24
180/8
**gets [1]** 24/15
**getting [5]** 20/23 22/19 114/3
145/14 175/21
**gift [1]** 12/14
**give [10]** 19/16 57/18 63/23 69/9
74/8 91/13 133/24 134/19 175/2
183/11
**given [6]** 58/21 59/13 75/13 75/14
155/5 155/6
**gives [1]** 30/25
**giving [4]** 11/24 12/19 65/6 175/4
**glance [1]** 60/6
**glass [1]** 182/19
**glasses [1]** 98/3
**global [2]** 11/15 58/5
**Gmail [1]** 61/20
**go [103]** 5/15 7/8 9/24 11/23 19/2
21/12 22/2 22/11 22/17 23/12 24/2
24/12 28/1 29/16 32/2 32/23 33/25
34/3 35/17 36/18 36/19 38/6 38/15
39/7 39/15 40/6 40/17 41/11 42/6
42/7 42/22 44/24 45/12 46/3 46/15
47/5 49/5 51/7 51/24 54/9 56/11
67/20 72/3 77/6 80/14 81/20 83/13
84/14 85/22 89/3 89/6 92/1 92/2
92/22 99/15 101/15 105/5 105/20
106/9 106/24 109/21 110/10 111/4
112/11 113/4 114/10 115/1 116/12
116/22 116/23 117/2 117/17 117/21
121/6 121/25 122/6 122/20 122/21
123/17 124/9 125/4 125/4 126/24
133/13 135/11 136/4 137/7 137/10
137/13 144/14 150/22 157/12
157/12 158/4 159/3 159/25 160/18
161/21 164/14 165/14 166/15
180/12 181/5
**goal [2]** 13/7 15/16
**god [2]** 10/17 23/19
**goes [5]** 7/3 7/5 8/16 24/1 59/4
**going [81]** 5/24 7/3 10/25 11/4
16/20 16/20 16/22 17/12 18/5 18/7
18/11 18/24 19/13 19/14 21/10
22/2 22/4 22/9 22/15 22/16 23/24
25/3 28/24 30/2 31/9 33/12 34/19
53/24 54/17 55/16 56/18 56/19
61/11 66/1 66/2 67/13 67/17 70/24
71/8 74/17 75/11 80/1 80/24 84/9
87/20 88/25 89/10 89/12 89/14
89/15 108/23 116/3 116/5 118/20
121/23 132/11 134/14 135/9 140/16
141/3 141/19 144/8 144/9 144/10
144/20 144/25 145/1 146/8 157/23
173/25 174/19 174/22 175/25
176/15 179/17 181/8
**gone [2]** 55/23 181/3
**good [16]** 4/6 4/10 6/17 6/19
24/15 25/8 53/5 53/6 59/15 72/13
72/21 92/12 128/15 128/16 147/20
147/21
**Google [1]** 13/2
**Gosar [1]** 179/2

**got [21]** 16/25 19/24 19/25 20/21
21/1 22/4 24/2 24/4 44/2 44/22
88/18 89/8 89/10 89/13 89/17 90/3
90/7 100/20 102/18 104/15 116/15
141/8
**gotten [1]** 57/25
**gouged [1]** 182/18
**govern [1]** 157/5
**government [305]**
**Government Exhibit [1]** 35/13
**government's [4]** 4/18 4/25 5/1
5/3
**governments [2]** 13/6 131/24
**governor [4]** 154/4 154/14 154/22
155/15
**grabbed [1]** 176/25
**Graham [3]** 18/14 18/17 18/22
**granted [2]** 4/19 6/16
**grants [1]** 161/9
**Grassley [3]** 152/23 172/13 172/15
**grassy [1]** 75/23
**gray [5]** 40/19 42/16 44/14 111/12
112/3
**great [4]** 22/8 44/3 78/1 132/1
**greater [1]** 180/5
**green [4]** 108/6 109/15 115/21
118/3
**greenish [3]** 108/6 108/7 109/15
**greenish-brown [2]** 108/7 109/15
**ground [6]** 14/15 16/11 90/24
135/6 136/1 146/25
**grounds [42]** 8/1 12/23 13/16
16/10 71/6 71/24 72/1 72/3 72/6
74/10 74/14 74/15 74/23 74/25
75/5 75/6 75/16 75/22 76/18 76/19
76/20 76/23 76/24 77/1 77/2 77/4
78/3 78/13 80/18 87/24 88/7 88/10
91/7 91/21 91/23 92/4 126/9
130/10 136/24 137/3 145/21 146/25
**group [7]** 12/3 21/13 21/15 58/3
96/15 122/4 176/25
**groups [1]** 182/1
**growing [1]** 102/18
**Guard [1]** 130/4
**guardsman [1]** 129/25
**guardsmen [1]** 130/23
**guess [9]** 7/8 17/24 18/15 67/11
71/18 87/20 102/7 128/24 179/2
**guests [1]** 180/14
**guide [1]** 76/3
**guilty [7]** 11/2 16/15 17/2 17/3
17/3 24/20 127/5
**gun [1]** 46/18
**guns [1]** 19/22
**guy [8]** 8/21 21/9 21/12 21/16
21/16 22/17 24/20 114/1
**guys [2]** 54/25 57/9

**H**

**had [101]** 4/14 8/6 8/10 8/10 8/24
10/12 12/7 13/21 15/14 15/15
17/23 18/8 18/18 18/25 21/18
21/25 22/21 23/3 24/14 25/1 25/21
36/13 54/14 56/19 56/20 57/2 59/6
61/4 61/9 64/4 64/5 67/2 68/12
71/22 75/11 86/16 88/12 88/21
90/11 90/12 90/13 91/1 104/13
104/16 104/16 104/18 109/6 116/8
118/15 118/25 121/12 126/15 127/1
127/12 129/10 132/12 132/10 130/16
130/23 132/12 132/13 132/19
134/24 136/4 136/25 137/1 137/2
137/3 143/17 144/1 144/2 144/15
146/10 147/1 147/2 147/3 148/18
149/14 163/21 163/23 168/18 171/5
171/5 172/9 172/12 172/13 172/21
172/22 172/23 172/23 174/19
174/22 175/19 177/4 179/3 180/9
180/10 180/19 180/22 181/3 181/9
183/18
**hadn't [2]** 90/24 127/24
**hair [3]** 111/24 115/5 115/13

**H**

half [8]   7/22 20/14 57/18 59/9
64/4 73/11 107/13 119/17
hall [1]   153/11
hallway [4]   22/7 153/6 153/9
168/25
hallways [1]   182/19
halted [1]   8/2
hand [22]   8/25 19/24 20/1 30/15
32/19 36/13 37/22 38/2 93/24
100/1 100/25 101/18 107/7 113/16
113/19 113/24 133/16 162/3 162/21
163/5 175/17 176/8
handed [2]   34/22 172/16
handle [7]   39/17 86/11 89/7
132/18 132/19 132/20 148/11
handled [2]   132/13 142/16
handling [2]   34/19 132/14
hands [1]   25/10
happen [11]   51/3 53/18 60/7 87/2
91/25 133/16 160/12 168/13 174/3
174/19 175/25
happened [15]   20/12 25/17 67/11
90/5 116/11 116/24 127/1 129/24
130/5 143/23 146/16 146/17 146/18
172/6 177/15
happening [8]   10/13 24/7 86/22
101/20 101/22 126/6 136/5 173/7
happens [4]   153/21 156/13 156/14
158/18
happy [8]   9/16 27/24 43/10 43/16
62/6 70/25 77/18 114/6
harassment [1]   56/13
hard [4]   21/4 74/7 74/7 87/20
115/10 118/23
harm [3]   118/20 134/4 134/4
has [49]   4/21 5/9 5/12 8/3 11/1
15/13 15/21 17/19 20/16 20/19
22/14 31/12 36/11 39/21 48/3 48/4
54/3 54/4 55/17 57/22 58/21 58/22
62/11 64/3 65/8 65/20 65/21 66/11
69/25 71/13 71/25 83/5 88/8 97/20
116/24 117/1 123/8 133/19 154/16
154/17 156/4 158/1 173/20 173/23
173/24 175/12 175/17 176/7 178/19
hat [14]   42/5 42/5 42/25 98/4
99/2 99/4 108/6 109/15 115/12
115/21 117/25 118/3 119/24 139/10
hatchet [8]   12/13 12/13 12/15
51/9 51/10 51/19 52/2 52/6
hatchets [1]   12/17
have [196]
haven't [6]   43/7 49/16 59/3 63/24
67/2 162/16
having [11]   12/12 24/21 26/25
66/10 102/17 118/6 120/14 128/21
128/21 155/21 156/25
he [144]   5/9 5/9 5/10 5/10 6/13
8/6 8/10 8/10 8/11 8/18 8/19 8/20
8/23 8/23 8/24 9/4 9/5 9/6 9/7
9/8 9/12 9/18 10/5 10/7 10/16
10/16 10/18 10/23 11/1 11/9 12/2
12/3 12/7 12/9 12/10 12/11 12/13
12/14 12/15 12/16 12/19 12/21
12/25 13/3 13/4 13/15 13/17 13/24
14/2 14/4 14/4 14/5 14/6 14/20
14/21 14/21 14/23 14/23 14/24
15/1 15/1 15/2 15/2 15/3 15/3
15/4 15/11 15/15 15/25 16/1 16/1
16/2 16/6 16/7 16/9 16/9 16/23
17/2 21/3 21/11 21/12 21/16 21/17
21/20 24/12 24/25 28/8 28/9 29/4
29/18 29/21 29/24 30/1 31/23
34/20 54/9 54/14 56/20 57/2 58/21
64/3 65/8 68/14 68/24 71/21 71/22
72/3 72/5 88/5 99/13 108/14 110/3
114/4 115/5 126/4 126/7 133/19
133/22 138/2 138/2 138/16 139/11
141/13 142/3 142/4 142/5 147/14
147/14 168/19 170/19 170/20
170/20 170/23 170/23 171/2 171/3

171/3 172/16 172/19 173/3 173/7
head [3]   21/1 21/19 115/7
heads [1]   148/24
Health [2]   75/13 75/15
hear [6]   5/22 10/24 11/1 64/21
71/11 110/22
heard [21]   13/16 14/5 14/6 15/4
21/6 25/11 62/17 64/3 72/8 89/19
89/22 104/25 137/19 137/19 137/25
138/1 141/4 171/13 171/18 175/19
177/23
hearing [6]   25/20 26/25 59/5
93/19 103/19 137/17
hearsay [5]   31/12 33/14 63/20
65/13 69/5
heart [1]   53/24
heavyset [2]   115/12 117/24
held [4]   16/11 57/21 66/5 70/14
Hello [1]   4/11
help [7]   34/20 56/2 59/18 103/21
129/25 132/6 172/25
helps [1]   26/5
her [21]   21/9 21/11 21/11 71/3
71/25 72/4 72/7 77/8 77/15 89/3
89/4 89/10 126/14 126/15 127/1
138/16 138/17 138/23 140/19
141/24 175/22
here [48]   15/22 17/1 17/12 18/16
21/7 21/9 21/14 22/4 22/7 23/10
24/7 25/9 28/9 49/10 49/13 58/3
60/6 62/17 63/2 63/10 64/24 67/4
70/6 77/15 79/13 82/10 82/24 95/3
95/14 95/24 95/24 97/9 98/22
101/15 102/18 104/24 111/5 116/1
128/17 129/14 130/22 133/17
133/21 139/3 139/21 169/5 173/9
176/6
heroically [1]   8/5
hers [1]   140/13
hey [4]   21/15 67/13 89/10 132/3
hide [4]   22/13 22/15 22/15 22/18
hideaway [1]   23/24
high [1]   60/25
high-risk [1]   60/25
higher [2]   82/23 175/12
highers [1]   59/18
highest [1]   9/11
highlight [1]   21/14
highlighting [1]   167/14
Hill [2]   87/2 89/8
him [19]   12/11 12/20 21/12 23/12
28/7 54/3 56/7 56/7 59/18 65/9
65/10 68/13 115/24 129/11 133/20
137/25 138/12 138/15 138/18
himself [5]   16/8 17/1 64/2 72/6
133/18
hint [1]   24/22
hired [1]   149/25
his [38]   4/23 5/12 8/21 8/22 8/25
8/25 9/4 10/3 10/14 10/17 11/8
11/9 11/9 13/1 13/11 13/15 16/5
16/8 21/9 24/25 27/21 28/7 54/7
54/16 56/21 57/5 63/4 63/5 63/6
65/11 99/13 110/1 118/1 126/5
133/18 139/14 142/5 161/11
historian [1]   148/14
historical [2]   182/11 182/21
history [1]   142/23
hold [1]   16/14
holder [1]   46/7
holding [6]   14/15 107/17 107/19
113/20 124/18 126/4
Hom [2]   64/24 65/7
home [8]   22/20 23/16 23/17 23/18
23/25 24/5 60/14 60/16
homes [1]   20/11
homicide [1]   24/14
honest [2]   58/6 91/14
honesty [1]   53/24
Honor [80]   4/6 4/11 5/16 6/3 6/9
6/15 6/17 7/14 7/17 7/20 9/14

9/21 17/2 24/5 25/1 25/7 26/14
26/21 27/9 27/18 28/19 29/15
30/2 31/9 33/12 43/6 43/10 43/17
52/22 52/25 53/21 54/6 58/6 58/11
59/6 59/22 62/2 62/3 62/12 62/17
63/18 64/20 64/23 64/24 65/16
65/17 67/2 68/2 68/11 68/18 68/23
69/15 71/1 71/4 71/8 71/12 72/9
72/16 74/17 77/16 80/23 91/10
112/25 124/4 126/14 126/23 129/9
129/13 132/25 137/22 138/9 139/13
139/16 140/23 145/7 145/12 146/5
146/21 147/12 181/10
HONORABLE [3]   1/9 68/5 184/5
hope [2]   18/6 21/13
hopefully [1]   17/17
hoping [1]   23/23
horizontal [1]   95/21
horrible [2]   21/10 21/16
Hos [1]   22/23
Hos-traitor [1]   22/23
HOSTETTER [71]   1/6 2/5 2/8 3/16
4/3 4/12 4/23 5/8 6/5 6/21 6/22
8/6 8/8 8/17 8/21 9/2 10/13 10/15
10/20 11/2 11/4 11/6 11/7 11/10
11/12 11/14 11/21 11/24 12/5 12/8
12/9 12/10 12/19 12/21 12/24 13/8
13/8 13/9 13/14 13/22 13/24 14/7
14/9 14/13 14/19 15/6 15/14 15/24
16/5 16/17 22/23 23/10 25/24
27/18 28/5 29/23 32/8 32/22 52/23
54/7 58/12 61/20 65/6 65/12 68/10
68/14 127/1 127/5 128/10 141/20
146/24
Hostetter's [13]   4/17 5/6 5/7
12/16 12/18 15/21 34/2 62/19
68/19 70/8 71/13 71/21 126/16
hotel [1]   22/1
hour [1]   184/1
hours [15]   8/5 14/14 16/12 67/23
74/9 74/11 78/14 84/7 88/13 88/18
91/17 126/11 134/12 134/13 159/22
house [56]   22/12 23/13 23/13
130/8 134/22 135/5 135/12 135/14
135/14 145/17 149/18 149/24 151/1
151/3 151/4 151/8 151/9 151/16
151/22 152/24 153/16 155/22
155/22 156/9 156/14 156/15 160/15
163/1 163/2 163/3 164/6 165/7
165/20 166/7 167/20 167/22 167/22
169/1 169/2 169/4 169/6 169/7
169/17 169/22 169/25 170/8 170/22
171/1 171/9 171/13 178/18 178/20
178/24 179/6 179/9 179/11
houses [3]   20/10 150/23 150/25
how [62]   7/3 7/5 7/12 9/2 9/7
10/20 11/11 11/16 11/22 11/25
12/2 12/3 12/9 12/10 13/19 13/21
14/13 17/1 24/14 31/23 33/14
57/11 57/11 57/13 59/12 60/19
65/11 65/13 67/12 73/10 74/5 74/9
76/22 80/12 81/16 85/12 88/6
90/18 90/20 91/6 101/9 126/12
127/19 127/20 127/22 131/8 140/1
142/25 150/3 150/5 151/3 151/24
154/8 155/16 156/17 159/11 159/13
160/15 163/16 165/2 176/22 183/8
However [1]   19/6
HSI [1]   134/21
huge [2]   63/13 65/7
huh [1]   103/16
hunting [1]   23/12

**I**

I have [1]   143/22
I'd [4]   6/6 7/5 90/16 150/13
I'm [44]   5/19 9/15 27/22 28/24
29/20 29/25 30/2 30/10 30/12 31/9
33/12 43/6 45/22 49/22 57/20
63/10 63/10 63/11 66/19 68/16
69/15 71/8 74/17 80/23 92/24 94/3
101/15 107/23 110/22 121/7 121/17

**I**

**I'm...** [13]   126/23 129/21 131/5
137/12 137/16 138/13 142/8 145/12
146/8 158/24 166/21 169/24 174/9
**ID** [1]   75/2
**idea** [5]   25/1 60/18 61/5 61/6
130/2
**identification** [13]   92/23 99/18
105/6 105/21 106/10 110/11 112/12
114/11 117/3 122/7 123/18 125/6
166/16
**identified** [10]   23/7 43/11 68/14
101/19 107/2 108/11 116/8 119/5
119/20 122/5
**identify** [7]   15/19 28/7 30/16
42/3 61/12 68/14 81/13
**identifying** [5]   64/6 120/6 120/20
141/20 176/21
**ideology** [1]   9/4
**IDs** [1]   177/4
**image** [8]   58/17 62/24 65/19 65/20
65/22 66/4 84/22 86/2
**imaged** [2]   62/20 62/20
**images** [7]   58/21 59/3 59/13 62/23
63/19 63/25 64/4
**imagine** [1]   20/22
**imaging** [1]   66/8
**Iman** [1]   69/23
**Immediately** [1]   19/17
**impact** [9]   88/7 88/8 118/5 118/8
118/12 119/10 127/12 130/24
136/13
**impacted** [1]   131/8
**importance** [2]   10/10 14/1
**important** [5]   10/14 13/23 65/10
108/24 121/2
**importantly** [1]   155/13
**impressive** [1]   16/24
**improper** [1]   171/11
**inaugural** [18]   13/18 14/2 79/4
79/5 79/10 79/12 79/15 100/16
101/11 102/22 107/1 108/14 108/15
108/22 108/25 109/19 110/7 111/8
**inauguration** [3]   79/7 79/18 109/1
**incident** [9]   4/18 4/22 5/3 5/11
29/1 55/8 85/6 139/24 145/24
**incidents** [3]   144/12 144/18 146/9
**include** [3]   166/6 166/9 166/12
**included** [1]   148/18
**including** [13]   9/18 22/24 66/6
75/18 122/4 131/2 144/7 151/5
154/20 155/12 159/13 166/24
168/24
**increased** [1]   180/4
**incredibly** [1]   180/4
**indeed** [2]   90/11 132/18
**indefinitely** [1]   57/17
**Indiana** [1]   42/5
**indicate** [18]   33/21 36/9 37/20
38/12 39/19 50/6 52/1 54/17 83/2
97/17 101/1 115/16 115/19 162/4
162/24 163/6 175/10 175/15
**indicated** [7]   5/9 39/21 79/9
93/25 94/2 111/5 175/17
**indicates** [4]   5/2 38/8 38/13
39/12
**indicating** [21]   37/11 37/21 38/1
48/6 48/9 51/18 79/8 79/19 82/23
97/19 100/14 100/25 106/25 107/24
108/9 111/4 118/1 119/18 163/5
170/6 175/16
**indication** [2]   30/4 174/4
**indicted** [1]   58/4
**individual** [67]   17/15 27/18 28/16
65/24 97/24 97/25 98/2 98/25 99/1
99/2 99/7 107/20 107/25 108/5
108/9 108/11 108/13 109/11 109/13
109/17 109/23 109/24 109/25
111/10 111/11 111/15 111/15
111/21 111/22 112/1 112/2 113/7
113/8 113/11 113/19 113/20 114/3

115/2 115/4 115/9 115/11 115/15
116/8 116/13 116/14 116/20 117/22
117/23 117/24 118/1 118/2 120/15
123/4 123/7 123/8 123/12 124/18
124/20 125/25 141/18 141/22
166/24
**individually** [1]   168/14
**individuals** [28]   27/11 31/4 31/4
74/6 82/21 84/20 90/20 108/20
113/23 114/16 114/17 118/6 118/16
119/3 119/4 119/9 119/18 119/20
119/22 120/4 120/5 120/10 120/14
120/18 120/20 121/20 121/21 122/5
**inflame** [1]   136/18
**influences** [1]   151/11
**informant** [2]   54/4 138/11
**informants** [1]   20/2
**information** [9]   54/3 62/25 65/21
65/24 75/12 144/22 145/6 156/11
165/5
**infrastructure** [4]   130/7 133/11
133/15 136/2
**initial** [2]   72/24 130/18
**initially** [3]   11/14 58/4 90/7
**initiated** [1]   18/21
**injured** [5]   135/4 137/1 139/6
139/7 146/3
**injuries** [3]   71/19 126/21 126/21
**innocently** [1]   176/14
**inquiry** [1]   5/10
**insane** [1]   19/20
**insecure** [1]   181/12
**inside** [10]   41/8 77/2 90/8 103/12
103/14 103/15 119/11 121/14
152/25 182/24
**Instagram** [2]   15/3 59/16
**installation** [1]   54/14
**instance** [2]   180/7 181/4
**instances** [1]   180/4
**instead** [2]   129/7 134/12
**instigated** [1]   18/20
**instructions** [3]   5/17 5/21 5/25
**instructor** [1]   105/3
**insurrection** [1]   19/24
**intact** [1]   19/2
**intelligence** [5]   88/22 144/13
144/14 145/3 145/4
**intend** [1]   18/2
**intended** [1]   62/24
**intends** [1]   6/1
**intense** [1]   130/19
**intent** [3]   5/7 15/14 17/24
**intention** [1]   18/3
**intentionally** [2]   136/18 136/20
**intentions** [2]   118/18 118/19
**interdiction** [1]   74/25
**interesting** [2]   24/3 60/5
**interject** [1]   63/10
**internet** [1]   13/1
**interpretation** [2]   164/3 164/5
**interrupt** [2]   7/4 131/5
**interrupted** [1]   178/7
**interruptions** [1]   183/16
**intimidate** [4]   8/13 9/24 13/11
14/25
**intimidation** [1]   16/6
**introduce** [5]   5/2 5/4 65/19 65/22
66/1
**introduced** [2]   63/9 63/20
**investigate** [1]   27/10
**investigated** [1]   24/14
**investigating** [2]   19/8 19/17
**investigations** [1]   27/15
**invitation** [2]   180/15 180/17
**invite** [1]   180/13
**invited** [1]   180/14
**invoked** [2]   6/8 15/5
**invoking** [1]   163/14
**involved** [15]   21/5 25/3 25/9
27/17 27/20 28/15 33/14 53/15
60/23 61/1 130/16 134/21 142/4

144/19 145/2
**iPhone** [14]   47/7 47/9 47/21 48/1
48/15 49/7 49/11 49/14 49/15 51/2
62/18 63/7 64/1 64/10
**irrelevant** [1]   127/2
**is** [715]
**isn't** [2]   54/25 79/15
**issue** [15]   54/12 63/13 63/24
63/25 64/24 66/7 67/3 67/4 67/12
67/14 67/16 69/6 69/25 118/22
132/4
**issues** [11]   6/4 31/13 59/4 65/14
70/18 77/12 90/4 132/24 148/20
148/21 164/1
**it** [461]
**item** [43]   28/7 28/11 28/14 28/16
28/22 30/17 30/17 30/18 30/20
30/25 32/18 33/23 34/23 35/6 35/9
36/19 36/21 37/11 37/12 37/21
37/24 38/1 38/2 38/9 40/18 40/18
40/25 42/7 42/12 42/15 46/6 46/20
48/13 49/5 50/3 50/7 52/15 62/11
66/8 107/6 121/17 122/22 122/23
**items** [16]   28/16 28/16 31/5 33/3
33/20 33/22 35/23 41/8 41/22
41/25 42/1 42/3 61/12 61/15 66/1
103/7
**its** [8]   4/19 74/10 76/22 91/7
119/13 126/10 168/16 178/18
**itself** [20]   47/17 74/14 75/5
75/25 86/9 94/11 96/16 96/18
96/23 97/4 106/15 132/22 158/3
159/11 161/8 164/4 168/6 174/8
174/11 182/5

**J**

**J6** [2]   132/12 132/12
**jacket** [7]   45/3 108/6 109/14
111/12 111/25 112/3 115/6
**Jane** [1]   137/14
**January** [125]   7/23 8/5 8/8 8/16
9/22 10/7 10/10 10/10 11/23 12/15
12/16 12/22 13/3 13/9 13/14 13/24
14/20 15/9 16/7 16/9 19/18 19/19
27/11 28/4 29/1 29/3 29/22 30/6
55/13 56/14 56/16 56/23 56/24
57/1 57/3 60/7 60/10 60/14 61/4
61/16 71/2 71/3 73/12 74/12 74/19
74/19 75/9 75/16 75/20 76/15
78/15 80/20 81/17 82/3 83/11
83/19 84/23 85/13 86/3 86/9 86/10
86/12 86/16 86/17 86/22 87/5 87/9
88/11 88/13 88/16 91/7 91/18
92/13 93/6 93/9 93/12 96/3 99/22
100/5 105/13 106/2 106/14 106/17
110/15 110/18 112/20 114/19 117/8
117/10 122/13 124/24 125/14
126/12 127/22 127/24 130/5 137/8
137/10 137/15 137/16 140/6 140/7
142/5 143/9 143/21 144/8 147/6
148/1 148/2 150/10 150/13 150/19
151/22 152/7 152/19 153/22 153/24
162/22 163/19 164/13 164/19
165/19 166/4 167/3 183/18
**January 27th** [3]   28/4 29/22 57/1
**January 3rd** [1]   162/22
**January 4th** [1]   13/3
**January 5th** [1]   143/9
**January 6** [39]   7/23 8/8 8/16 10/7
12/16 12/22 16/7 27/11 56/14
56/16 56/23 56/24 57/3 60/10
60/14 61/16 74/19 75/9 76/15 82/3
86/3 87/9 93/12 99/22 106/17
110/15 110/18 137/8 137/10 143/21
150/13 151/22 152/7 152/19 163/19
164/19 165/19 166/4 183/18
**January 6th** [70]   9/22 10/10 10/10
11/23 12/15 13/14 13/24 14/20
16/9 19/18 29/1 29/3 30/6 55/13
60/7 71/2 71/3 73/12 75/16 78/15
80/20 81/17 83/11 83/19 84/23

**J**

January 6th... **[45]**  85/13 86/9
86/10 86/12 86/16 86/17 86/22
87/5 88/11 88/13 88/16 91/7 91/18
92/13 93/6 93/9 96/3 100/5 105/13
106/2 106/14 112/20 114/19 117/8
117/10 122/13 123/24 125/14
126/12 127/22 127/24 130/5 137/15
137/16 140/6 142/5 144/8 147/6
148/1 148/2 150/19 153/22 153/24
164/13 167/3
**JASON [3]**  1/12 4/7 62/11
**jeans [2]**  110/1 111/25
**Jersey [1]**  147/4
**Jessica [2]**  4/8 6/10
**job [13]**  21/5 24/15 55/18 144/12
148/5 148/17 149/4 149/5 149/7
149/10 159/24 163/18 163/20
**jobs [5]**  149/14 149/16 149/20
149/21 150/4
**Joe [4]**  11/17 20/20 20/22 20/25
**John [1]**  145/16
**John's [1]**  135/5
**join [2]**  14/24 132/6
**joined [4]**  4/7 160/14 171/13
171/17
**joint [31]**  10/12 13/5 27/5 27/7
54/24 55/12 150/20 155/19 155/23
156/7 156/8 156/9 158/2 159/10
159/15 159/16 160/11 162/9 163/17
166/25 168/15 168/16 168/17
170/14 170/19 171/23 177/1 180/1
180/3 180/17 183/14
**Jones [1]**  42/5
**journalist [1]**  59/20
**JT2F [1]**  55/4
**judge [6]**  1/10 24/16 26/2 69/22
155/14 157/4
**Julie [1]**  163/7
**July [2]**  1/5 185/10
**jump [5]**  113/17 119/2 119/16
120/3 120/16
**jumped [2]**  10/20 108/14
**June [3]**  4/20 26/24 135/3
**June 5th [1]**  4/20
**jury [1]**  24/16
**just [94]**  6/9 6/24 7/4 7/5 7/8
8/21 10/1 10/16 12/18 13/24 17/6
17/13 19/1 19/15 20/17 20/18 22/5
22/7 23/7 24/20 29/4 43/6 43/8
43/9 52/11 54/6 56/2 57/23 58/8
59/6 60/6 62/17 64/3 64/16 65/17
68/12 69/9 71/19 74/24 75/4 77/10
79/9 79/20 82/1 85/15 90/7 90/8
91/24 93/19 96/5 96/15 99/14
99/17 101/23 101/25 102/17 105/6
107/4 108/13 109/21 110/11 116/12
116/16 119/5 120/12 120/17 123/12
126/23 129/18 129/23 130/5 130/11
130/13 130/15 130/20 131/11
131/14 133/6 134/1 135/7 138/19
141/13 141/21 145/3 156/6 156/7
166/16 167/14 172/6 172/8 172/11
172/22 173/22 178/16
**justice [1]**  24/6

**K**

**K-E-N-N-E-D-Y [1]**  26/21
**KARREN [2]**  1/18 6/20
**keep [17]**  21/3 26/3 29/10 32/10
33/6 36/18 42/6 57/17 91/20 91/24
92/4 92/4 94/16 96/16 109/2 109/5
174/2
**keeping [1]**  57/12
**keeps [2]**  71/8 156/21
**Kelly [2]**  18/14 18/22
**Kennedy [26]**  2/4 26/10 26/11
26/20 26/22 28/19 30/14 32/2
32/18 33/19 34/22 36/21 44/25
45/13 46/6 46/16 48/14 49/6 51/18
52/1 52/4 53/5 59/23 62/18 63/9
68/13
**KENNEDY [32]**  1/12 51/9 52/5
59/9 66/25
**Kentucky [1]**  152/9
**kept [3]**  92/9 92/19 102/18
**kicking [1]**  20/10
**kicks [1]**  171/15
**kind [19]**  19/15 22/17 24/8 24/11
24/12 24/21 25/2 52/8 86/15 89/2
89/11 95/20 142/24 144/17 153/4
174/3 178/5 179/17 182/3
**kindness [1]**  25/18
**knew [10]**  14/1 24/23 60/16 86/23
87/2 88/24 104/23 144/10 174/19
181/8
**knit [2]**  42/5 42/25
**knocked [1]**  141/6
**know [77]**  5/16 6/21 6/24 7/1
13/23 18/24 21/19 22/25 23/1 23/3
24/12 24/15 25/8 25/21 25/25 29/2
31/24 32/1 35/6 36/21 37/24
53/18 58/8 65/13 67/5 67/17 67/25
69/15 71/19 74/18 79/20 79/24
82/18 82/21 82/22 84/4 85/5 86/24
88/3 90/23 90/25 91/10 91/13
91/24 96/1 101/21 104/17 105/2
118/18 118/18 118/19 118/20
118/24 126/8 127/9 127/13 127/13
128/1 129/16 130/8 132/2 132/9
138/2 138/12 138/15 139/7 142/13
144/4 144/10 144/15 145/2 145/3
154/10 174/16 178/10 178/20 179/9
**knowing [1]**  179/17
**knowingly [1]**  19/9
**knowledge [14]**  33/15 54/4 54/19
55/5 55/10 55/11 55/15 59/3 61/8
71/13 138/18 140/24 142/20 145/25
**known [2]**  13/3 152/5
**knows [2]**  22/17 23/14
**knuckle [1]**  46/18

**L**

**lab [5]**  51/5 58/19 62/19 65/2
67/11
**labeled [2]**  37/12 37/21
**lack [1]**  33/15
**lacks [2]**  80/24 84/10
**LAMBERTH [1]**  1/9
**Lankford [1]**  168/18
**lapse [2]**  99/22 99/23
**large [3]**  19/10 136/16 143/2
**larger [2]**  102/16 156/15
**largest [1]**  102/9 142/23 142/23
168/21
**late [2]**  4/22 86/14
**later [6]**  9/19 23/11 62/21 86/20
89/1 182/9
**law [32]**  7/25 8/4 9/6 15/5 16/9
19/4 22/13 56/3 66/9 116/19 117/1
120/23 122/2 124/25 125/2 127/11
129/10 134/15 134/18 143/23
146/24 154/4 154/7 154/24 155/18
156/3 157/5 158/21 161/5 161/17
163/12 171/9
**lawlessness [1]**  16/6
**laws [1]**  157/9
**lawyer [2]**  149/1 150/5
**lawyers [1]**  67/25
**lay [1]**  67/10
**layers [3]**  33/13 85/18 180/20
**laying [1]**  29/4
**lays [3]**  154/7 154/15 155/5
**lead [14]**  109/18 109/19 113/14
153/23
**leader [5]**  8/23 149/9 152/6 152/7
152/10
**leaders [1]**  183/12
**leadership [3]**  20/4 142/6 142/15
**leading [7]**  75/9 75/16 75/24
80/10 107/1 132/22 169/8
**leads [2]**  101/6 101/7
**learned [1]**  23/23
**lease [1]**  52/19
**least [6]**  9/22 9/24 18/1 22/14
132/4 171/14 171/17
**leather [1]**  52/13
**leave [7]**  14/16 19/2 24/25 48/12
91/18 176/11 183/22
**leaving [1]**  25/20
**led [3]**  17/14 129/16 168/23
**left [37]**  17/10 30/15 32/19 36/12
37/22 39/22 48/5 48/6 78/21 81/12
93/24 98/1 98/14 98/25 100/1
101/18 102/13 107/24 111/3 111/10
111/14 113/7 113/12 113/16 113/19
113/24 115/3 121/18 123/5 123/7
130/20 162/3 167/20 167/24 168/3
175/17 176/8
**left-hand [12]**  30/15 32/19 37/22
93/24 100/1 101/18 113/16 113/19
113/24 162/3 175/17 176/8
**legal [7]**  1/19 5/17 5/20 5/25
94/11 95/2 95/10
**legislation [2]**  162/6 162/7
**legislative [3]**  73/22 121/5
148/13
**legitimate [1]**  20/20
**length [5]**  8/11 16/7 22/3 111/23
142/3
**lengthy [2]**  16/20 17/13
**less [11]**  12/5 24/4 90/10 90/10
105/2 131/2 135/24 136/3 141/14
141/16 141/17
**let [29]**  6/24 15/19 19/1 25/8
25/19 27/17 30/14 31/16 37/20
39/11 54/19 56/11 57/15 60/6
68/21 69/18 73/24 82/10 83/5
91/16 129/11 132/2 135/7 139/21
145/18 147/5 150/22 156/6 173/17
**let's [123]**  32/2 32/23 33/25
35/17 36/18 38/6 38/15 39/7 39/15
40/6 41/11 42/6 42/22 44/16 44/24
45/12 47/5 48/12 49/5 49/22 51/7
51/24 59/24 62/8 77/6 83/13 84/14
85/22 86/9 92/22 97/5 98/20 99/6
100/19 100/24 101/2 101/15
101/17 101/25 105/5 105/20 106/9
106/24 107/4 107/4 107/13 108/4
108/8 109/7 109/23 110/5 110/10
111/3 111/4 111/9 111/18 112/8
112/11 113/4 113/5 113/5 113/6
113/17 113/18 113/22 114/10 115/1
115/1 115/8 115/14 116/12 116/16
117/2 117/17 117/21 119/1 119/2
119/7 119/16 119/17 120/1 120/3
120/8 120/16 120/22 121/6 121/16
121/25 122/1 122/6 122/20 123/2
123/10 123/11 123/16 123/17 124/9
124/10 124/16 124/17 124/24 125/4
125/24 132/1 146/16 146/18 151/3
157/12 158/4 159/3 159/25 160/18
161/21 164/14 165/14 166/15
166/16 168/18 170/10 171/25 178/14
178/14 181/18
**lethal [9]**  90/10 90/11 105/2
131/2 135/24 136/3 141/14 141/16
141/17
**Lets [1]**  124/12
**letter [1]**  64/5
**level [5]**  9/12 128/25 144/7
169/15 173/11
**levels [2]**  88/9 132/9
**liberal [1]**  20/22
**Library [1]**  167/19
**lie [1]**  74/2
**life [1]**  25/10
**Lift [1]**  147/25
**light [3]**  110/2 111/25 184/1
**light-colored [2]**  110/2 111/25
**lightly [1]**  111/14
**like [50]**  6/6 19/11 20/4 24/11
24/22 26/6 43/18 46/18 48/3 49/16
53/9 60/20 63/1 63/19 69/21 75/25
77/16 78/14 78/17 79/10 80/5

like... [29] 87/20 89/11 89/12
90/16 92/1 99/4 99/13 114/1
119/19 119/24 126/7 127/9 127/24
129/23 130/6 130/10 130/19 131/11
132/3 132/5 133/4 133/11 137/14
150/13 172/17 176/3 180/13 181/8
183/3
likely [2] 18/10 103/23
limine [1] 129/10
limit [1] 159/15
limited [1] 90/11
limits [5] 159/13 160/13 160/13
161/7 161/10
LINDSAY [6] 1/22 18/14 18/17
18/22 185/3 185/12
line [41] 13/17 13/20 13/22 14/1
14/4 14/10 14/10 14/17 28/25 35/5
38/7 38/7 38/8 38/12 38/12 38/13
39/11 39/13 44/17 46/3 46/19
47/17 47/22 49/6 50/5 50/5 50/14
52/1 52/1 52/2 80/19 95/21 97/8
118/9 118/16 118/16 123/14 136/24
143/16 152/17 178/1
lined [1] 177/3
lines [6] 7/25 16/10 85/14 85/15
143/8 143/17
link [4] 129/6 129/22 131/7
134/23
list [5] 18/15 29/7 31/6 43/8
43/11
listed [1] 49/10
listening [1] 89/18
lists [1] 31/4
literal [1] 20/8
little [12] 19/24 21/1 26/25 27/1
56/12 63/11 86/20 101/22 108/2
115/10 147/25 183/23
live [2] 20/18 23/1
lived [1] 22/21
lives [4] 20/19 132/14 143/13
144/2
loathe [1] 59/22
lobbed [1] 103/4
lobby [2] 177/24 177/25
located [11] 38/4 38/11 38/14
38/19 39/13 46/7 52/2 52/6 73/25
97/18 153/3
location [15] 28/7 28/14 30/22
30/22 30/24 30/24 30/25 31/1
81/11 85/6 97/14 98/17 155/1
177/6 177/13
locations [3] 78/17 155/12 155/16
locked [5] 173/8 173/16 174/23
176/10 177/23
locker [1] 89/8
locking [2] 173/13 173/15
lodge [3] 30/3 31/10 171/20
Loeffler [2] 18/14 18/22
log [4] 28/11 28/14 28/22 59/11
logistics [1] 159/13
long [14] 7/12 8/16 21/25 55/12
55/18 57/11 73/10 76/2 90/18 91/6
95/5 144/4 150/3 150/5
longer [3] 7/16 11/3 90/16
look [10] 15/17 21/9 21/9 21/16
24/19 66/24 67/15 116/8 153/10
176/15
looked [4] 18/9 78/14 126/7
128/19
looking [12] 20/7 22/10 25/10
47/17 58/8 79/20 93/24 94/7 98/13
135/16 167/18 178/2
looks [5] 48/3 99/4 99/13 114/1
119/24
lose [1] 8/19
lost [2] 24/8 25/7
lot [9] 6/25 11/5 86/24 89/7
89/12 104/11 104/17 104/24 128/2
lots [1] 65/20
loud [1] 90/22

lower [9] 39/21 78/23 78/24 79/11
lowest [1] 169/15
lunch [4] 62/7 66/24 67/21 68/3

## M

M-E-N-D-O-Z-A [1] 72/24
M-I-C-H-A-E-L [1] 26/20
ma'am [1] 73/18
Mac [2] 64/8 64/9
MacBook [12] 50/7 50/13 50/15
50/18 51/2 56/11 57/8 57/12 62/18
64/1 65/20 65/25
machine [3] 19/22 76/7 76/8
mad [1] 19/1
made [20] 10/22 13/4 14/4 15/3
17/5 17/15 19/1 22/21 24/6 24/17
25/1 58/17 69/16 69/20 85/20
150/23 156/1 160/14 172/16 174/17
MAGA [3] 10/4 134/10 134/10
magnetometer [1] 76/9
mail [1] 156/20
main [1] 153/7
mainly [1] 126/22
maintain [2] 148/13 179/1
maintained [2] 170/21 177/18
majority [9] 102/11 141/8 149/8
151/18 152/5 152/5 152/7 152/10
183/11
make [21] 6/6 7/15 21/20 24/19
43/13 43/23 58/5 58/19 70/24
88/12 126/24 129/14 133/24 145/11
163/21 164/7 170/21 170/22 175/22
175/22 176/13
makes [2] 76/8 118/21
making [4] 17/23 19/6 162/11
163/14
male [12] 98/3 99/4 99/10 109/14
111/23 115/5 115/12 115/21 116/4
117/24 118/3 119/24
mall [1] 86/24
man [4] 14/2 16/2 25/4 141/6
managed [2] 143/7 152/4
management [1] 128/25
manner [2] 79/13 178/8
MANNING [4] 1/12 4/8 34/20 62/11
many [19] 8/4 9/1 18/21 33/14
60/19 74/5 74/9 83/9 127/19
127/20 133/21 140/1 142/25 151/4
151/24 154/8 154/10 158/19 158/20
map [2] 80/19 85/14
March [2] 10/4 27/6
MARIANO [1] 1/15 2/5 2/8 2/9 2/11
3/16 4/7 16/21
Mark [1] 59/17
maroon [2] 42/4 42/25
masks [1] 104/12 104/14
mass [1] 13/6
Massachusetts [1] 70/3
massive [3] 21/21 21/22 146/3
match [2] 49/11 50/15
matches [3] 36/13 49/13 49/18
materials [3] 24/4 24/9 64/6
matter [8] 4/14 24/14 30/7 132/14
133/19 143/13 144/2 185/5
mattered [1] 14/2
matters [2] 4/15 5/14
may [38] 4/18 4/20 4/22 5/3 5/10
5/11 5/22 7/18 7/20 7/21 20/4
26/7 26/13 26/14 27/6 30/5 52/24
52/25 53/21 53/22 54/11 54/18
55/6 57/15 58/11 61/12 72/10 85/5
128/10 141/6 147/9 147/14 147/14
161/11 180/6 180/12 180/13 180/15
May 1st [1] 4/20
May 21st [6] 4/18 4/22 5/3 5/11
53/22 54/11
maybe [23] 17/7 23/15 23/24
23/25 60/20 66/11 67/22 87/20
88/13 88/18 89/1 89/11 91/19 96/6
101/16 101/16 108/6 109/21 110/1
111/23 136/14 139/19 143/24

McConnell [1] 152/9
McCoage [1] 200 of 212
McCMCOG [1] 131/22
me [116] 4/13 6/21 7/6 15/19 19/1
19/8 19/18 19/15 19/17 20/4 20/6
20/24 22/12 24/23 24/19 25/4 25/8
25/9 25/15 25/19 25/20 26/2 26/5
27/17 30/14 31/16 32/19 37/20
39/11 49/16 53/10 53/13 53/15
54/5 54/13 54/17 54/17 54/20
54/21 54/23 55/12 55/12 55/17
55/25 56/11 56/5 56/6 56/11
57/11 57/14 57/15 57/16 57/24
58/2 58/2 60/6 60/9 60/10 61/9
61/14 61/21 61/22 61/22 68/21
69/3 69/9 69/18 71/11 73/24 74/8
75/4 77/11 82/10 85/15 88/21
88/23 88/23 89/1 89/2 89/13 91/8
91/16 116/10 119/16 120/12 124/10
127/12 128/3 133/4 133/6 134/6
134/9 135/7 135/7 135/9 135/10
137/17 139/21 141/13 141/17 142/8
143/6 143/19 144/4 144/20 144/24
145/18 147/5 148/1 150/22 156/6
168/20 172/20 173/17 176/4
mean [15] 23/11 58/24 63/16 75/23
87/1 89/4 91/25 105/1 112/5
127/13 131/5 131/13 132/17 142/11
170/4
meanings [1] 173/20
means [1] 173/21
meant [1] 131/12
meantime [1] 69/12
media [4] 19/18 19/19 20/19 21/12
156/10 179/21 179/23
meet [6] 4/12 154/24 154/25
156/10 179/21 179/23
meeting [2] 15/15 18/4
meetings [10] 21/18 75/17 132/21
132/22 132/23 133/3 133/10 133/14
134/15 134/17
Melendez [3] 70/3 70/4 70/11
Melendez-Diaz [3] 70/3 70/4 70/11
member [14] 150/1 151/7 151/12
151/18 151/18 152/2 160/14 170/25
171/1 171/13 171/17 178/24 180/25
181/5
members [24] 9/24 10/17 14/25
75/20 76/12 91/1 91/3 91/4 108/15
110/6 149/11 151/4 151/13 151/24
156/16 170/22 171/9 171/20 171/22
179/24 180/13 180/14 180/22
180/25
memories [1] 53/7
men [1] 20/11
Mendoza [11] 2/7 68/15 68/17
69/13 70/23 72/23 72/24 97/1
128/5 128/15 146/24
mentioned [11] 18/14 76/4 117/17
149/3 156/7 162/3 165/11 171/7
175/9 175/14 179/8
Mesa [1] 1/20
mesh [1] 82/16
mess [3] 182/16 182/22 182/23
message [2] 8/25 66/4
messages [2] 61/19 61/21
messaging [1] 12/1
metal [7] 76/10 85/21 180/23
181/3 181/6 181/19 181/11
method [2] 31/21 31/23
Metro [1] 130/17
Metropolitan [4] 87/19 131/24
132/16 145/20
Michael [4] 2/4 26/9 26/11 26/20
Michigan [2] 66/21 66/23
microphone [3] 8/25 27/1 147/25
mid [1] 10/9
mid-December [1] 10/9
middle [3] 72/23 174/5 175/3
midnight [2] 91/19 91/19
might [15] 18/13 18/17 21/18
21/22 24/4 57/24 67/23 89/2 129/1
131/8 135/1 135/2 141/4 148/25

**M**

might... [1]  164/1
Mike [1]  152/21
mile [1]  19/18
miles [1]  22/12
millimeter [1]  136/13
milling [2]  176/15 176/17
Million [1]  10/4
mind [3]  26/3 26/25 40/20
minds [1]  15/15
mindset [6]  16/22 19/16 21/4 22/8
25/13 26/5
mine [2]  77/9 104/18
mini [2]  52/2 52/6
minority [1]  183/11
minute [7]  17/9 17/9 69/18 77/10
97/5 97/13 179/15
minutes [6]  7/14 7/16 89/1 93/6
97/23 128/8
mirrored [2]  59/3 59/13
MISCELLANY [1]  3/15
mistake [1]  5/7
mistakes [2]  24/17 24/18
Mitch [1]  152/9
mob [5]  7/23 8/2 9/23 13/8 14/24
model [1]  47/23
moment [7]  37/20 69/9 81/11 94/7
108/1 116/23 177/8
momentarily [1]  63/5
moments [1]  63/8
montage [3]  71/4 93/6 93/7
Montgomery [1]  132/15
month [2]  4/20 9/19
months [5]  57/13 57/25 64/5 79/18
109/1
mood [1]  177/10
more [25]  18/15 20/21 20/23 20/25
22/3 22/3 48/4 54/20 59/7 59/8
62/25 77/2 81/11 83/11 101/23
102/2 102/3 108/2 133/5 134/9
146/12 159/10 173/17 179/16 182/9
morning [17]  4/6 4/10 6/17 6/19
12/16 53/5 53/6 67/18 78/14 82/22
84/8 86/15 144/15 183/17 183/20
183/23 184/3
most [6]  18/10 85/17 132/10 134/2
141/5 155/13
motion [3]  4/23 6/6 129/10
motorcade [3]  87/24 87/24 87/25
mountain [1]  23/5
mountains [1]  23/2
mouth [2]  145/19 146/9
move [59]  19/15 29/13 32/13 33/9
34/12 35/12 36/3 37/5 39/2 40/1
40/12 41/3 41/17 42/17 43/4 43/15
43/23 44/4 44/11 45/7 45/20 46/10
46/25 47/12 49/1 49/22 50/21
51/13 52/18 78/7 81/5 82/5 83/21
84/10 84/25 86/5 93/14 100/7
101/25 105/15 106/4 106/19 110/20
112/22 114/21 117/12 122/15
123/13 124/1 125/16 130/12 157/18
158/10 160/5 160/24 162/16 164/20
165/22 167/5
Movement [1]  92/8
moves [1]  62/13
moving [5]  12/23 27/1 30/21 64/18
71/6
**Mr [15]**  2/5 2/5 2/8 2/8 2/9 2/11
3/16 3/16 4/17 4/23 11/4 34/2
34/20 68/19 71/6
**Mr. [48]**  5/6 5/7 5/8 6/5 6/21
6/22 11/2 11/6 11/7 11/7 11/8
11/14 11/21 12/6 12/8 12/19 16/17
16/21 25/24 26/22 32/8 52/23 54/2
54/7 54/15 58/12 60/4 62/19 63/12
64/24 64/25 65/6 65/7 65/7 65/12
68/14 70/8 71/13 71/21 126/16
127/1 127/5 128/10 137/19 139/14
141/20 146/24 183/24
**Mr. Alinaya [2]**  54/2 54/15

**Mr. Fullerton [3]**  63/12 64/25
**Mr. Hom [2]**  64/24 65/7
**Mr. Hostetter [25]**  65/6 8/5 6/21
6/22 11/2 11/6 11/7 11/14 11/21
12/8 12/19 16/17 25/24 32/8 52/23
54/7 58/12 65/6 65/12 68/14 127/1
127/5 128/10 141/20 146/24
**Mr. Hostetter's [7]**  5/6 5/7 62/19
70/8 71/13 71/21 126/16
**Mr. Kennedy [1]**  26/22
**Mr. Mariano [1]**  16/21
**Mr. Ray [1]**  137/19
**Mr. Samsel [1]**  139/14
**Mr. Schwager [1]**  183/24
**Mr. Taylor [3]**  11/7 11/8 12/6
**Mr. Zuckerberg [1]**  60/4
**Ms [1]**  21/6
**Ms. [3]**  4/13 59/9 66/25
**Ms. Kenney [3]**  4/13 59/9 66/25
much [17]  11/18 15/9 15/10 16/20
20/15 21/20 22/2 24/14 25/16
25/21 88/24 92/8 104/16 130/23
147/9 156/15 180/5
Mules [1]  17/21
multiple [10]  9/18 22/19 33/13
89/22 132/12 132/13 143/12 155/3
159/19 180/20
munitions [1]  136/3
must [6]  23/10 154/14 155/9 155/9
155/10 178/11
mutual [7]  131/16 131/17 132/2
132/6 132/8 132/11 132/17
my [110]  4/7 4/13 9/16 16/22
16/22 16/22 17/23 17/25 18/14
20/17 21/18 22/12 22/22 22/22
22/25 23/1 23/9 23/15 23/19 24/2
24/5 24/7 25/3 25/10 25/13 25/19
25/19 25/22 26/1 34/20 53/22
53/24 54/2 54/5 54/11 55/6 56/1
56/13 57/8 57/8 57/12 57/12 58/2
59/2 59/2 59/13 59/16 60/6 60/19
61/4 61/19 61/20 61/20 62/11
64/24 71/14 71/16 77/8 86/17
87/24 88/12 88/15 88/21 88/23
89/8 89/16 89/18 90/10 90/10 91/3
114/1 115/23 126/21 126/22 128/24
129/16 130/25 131/4 131/10 132/25
133/7 133/7 133/21 134/1 134/2
135/24 135/25 136/21 136/21 137/2
137/7 137/10 137/13 139/21 140/18
141/17 142/8 144/12 144/14 145/19
155/13 163/8 166/8 166/11 167/4
175/21 178/1 179/13 179/13 179/18
myopia [1]  21/14
myself [2]  4/12 23/21
mysteriously [1]  141/7

**N**

name [11]  22/22 26/18 47/18 47/23
72/22 131/17 131/18 131/21 138/1
142/7 147/22
named [5]  27/18 53/19 63/3 89/14
139/10
Nancy [3]  151/23 170/9 179/8
nasty [1]  18/25
national [3]  129/25 130/4 130/23
nationalists [1]  128/1
nature [3]  131/2 132/20 180/1
ne'er [1]  24/2
ne'er-do-well [1]  24/2
near [4]  80/5 114/4 118/10 175/21
necessarily [2]  87/1 158/20
necessary [1]  164/7
need [14]  9/6 15/12 23/11 32/1
59/7 59/8 59/8 75/2 126/23 126/24
132/10 175/5 175/5 180/7
needed [10]  12/20 89/3 148/22
157/4 175/23 175/24 177/1 177/8
182/7 182/13
needs [2]  148/25 173/25
neglected [1]  68/12

never [15]  19/25 57/14 57/16
57/25 66/14
67/25 69/7 71/16 71/21 137/25
171/23 183/4
new [4]  1/14 61/24 66/12 147/4
news [1]  142/2
newspaper [1]  59/19
next [26]  11/4 23/18 23/18 30/21
31/2 36/18 42/6 57/9 62/5 62/7
62/10 67/22 68/11 89/6 107/14
108/8 133/18 141/11 147/11 152/17
157/13 165/10 174/2 175/25 176/16
176/17
next direction [1]  176/16
nice [3]  4/11 6/17 68/3
night [9]  19/19 82/19 84/6 86/14
129/5 143/7 143/20 144/5 165/9
nightmare [2]  8/6 58/4
nights [2]  143/13 159/23
no [109]  1/4 10/12 11/3 18/2
20/19 20/21 24/14 25/1 25/8 30/4
30/9 32/16 33/17 35/15 36/6 37/8
39/5 40/4 40/15 41/6 41/20 42/20
44/1 45/10 46/13 47/3 47/15 49/25
50/24 51/16 52/21 52/22 55/10
56/5 61/4 61/6 62/3 64/16 66/6
67/2 67/3 76/14 77/9 78/10 81/8
82/8 83/24 85/3 86/7 93/16 94/25
95/7 100/12 104/4 104/6 105/18
106/7 106/22 108/17 110/9 110/25
113/2 114/24 117/15 119/15 121/22
122/18 125/19 128/5 129/4 130/4
130/7 130/21 130/25 131/4 133/8
134/24 135/20 136/24 136/24
137/21 137/23 137/25 138/4 138/17
140/18 140/20 140/24 142/14
142/20 143/1 143/4 143/4 143/19
147/8 149/22 157/21 158/13 160/8
161/2 162/19 165/25 167/8 177/22
177/22 178/6 179/24 183/16 183/24
nobody [2]  176/13 176/14
noise [1]  128/23
nominated [1]  149/8
non [1]  131/12
non-scalable [1]  131/12
none [1]  181/8
nonpartisan [2]  149/13 149/24
nonprofit [1]  150/11
normal [4]  7/4 99/24 101/24
179/16
normally [2]  43/20 179/14
north [13]  14/11 79/4 80/6 80/13
101/3 101/6 101/11 112/16 114/16
123/22 125/2 153/14 153/15
northern [1]  167/21
northwest [4]  101/19 107/2 112/17
125/9
Nos [3]  34/15 70/21 124/6
not [136]  5/3 5/8 9/15 10/6 13/1
14/19 14/21 16/19 17/2 17/3 17/3
17/10 17/12 17/17 18/4 19/6 20/8
21/2 22/15 22/16 24/6 31/20 39/10
44/14 53/13 53/24 54/19 55/8
55/14 55/22 56/5 57/18 58/2 58/16
58/23 60/8 60/16 60/22 61/6 61/9
61/17 63/11 64/14 65/18 65/21
67/10 70/1 70/15 70/17 72/5 74/12
75/15 75/20 76/17 77/8 77/21 92/1
92/7 94/25 96/17 104/8 104/12
104/14 104/17 104/23 107/21
108/18 114/2 121/3 121/22 126/15
126/25 129/19 129/22 130/3 130/6
131/3 131/12 132/12 132/18 133/4
133/7 134/9 134/14 135/12 135/18
135/19 135/22 136/21 137/13
139/12 140/18 140/20 141/4 141/12
142/23 143/1 143/15 143/16 143/22
144/1 144/9 144/20 145/1 145/20
145/23 146/1 146/2 146/9 149/6
149/22 151/17 154/10 157/23
158/20 159/20 162/8 165/2 171/16
171/18 171/18 171/22 173/20

**N**

not... **[13]**   1/3/23 173/24 177/22
177/22 178/9 178/12 178/12 179/4
179/23 180/6 180/9 180/16 180/19
**note [1]**   70/16
**noted [1]**   69/22
**notes [3]**   60/6 63/21 139/21
**nothing [3]**   53/25 65/21 127/1
**notice [4]**   4/19 4/19 4/25 5/13
**November [11]**   9/9 10/1 10/4 17/7
129/5 134/20 134/21 134/23 135/6
153/18 153/22
**November 2020 [2]**   9/9 10/1
**November 2nd [3]**   129/5 134/20
135/6
**November 3rd [2]**   134/21 153/22
**now [35]**   7/6 19/1 19/6 20/15 21/4
22/7 23/19 33/19 41/22 43/18
49/15 59/9 62/7 67/4 67/13 67/21
67/23 70/23 75/7 94/24 97/2 98/7
101/25 102/25 103/1 123/11 127/10
133/6 140/16 140/21 141/20 150/11
169/5 169/23 172/4
**nowhere [1]**   136/4
**number [43]**   4/2 9/13 9/15 17/19
30/18 30/18 33/19 33/23 37/12
38/2 38/9 38/9 38/11 40/22 41/22
45/25 49/3 49/6 49/10 49/10 49/10
49/12 49/14 49/18 50/3 50/7 50/8
50/15 50/16 63/8 68/9 74/1 74/8
92/24 98/17 100/9 102/16 154/15
155/3 162/1 162/14 171/11 180/14
**numbers [6]**   9/15 23/8 28/17 33/22
33/23 128/21
**numerous [2]**   67/7 148/11
**NW [3]**   1/14 1/16 1/24

**O**

**Obama [2]**   20/21 20/25
**object [10]**   28/25 33/13 54/7
59/22 74/18 80/24 84/9 126/4
141/19 171/10
**objected [2]**   7/1 69/8
**objecting [1]**   179/12
**objection [46]**   27/22 27/23 29/15
30/3 30/8 31/10 54/6 68/18 68/22
69/1 69/4 69/20 126/14 127/6
129/9 129/19 132/25 133/1 137/22
138/9 138/14 139/16 140/23 141/24
142/18 145/7 146/5 146/6 146/14
160/14 160/16 160/17 170/25 171/7
171/9 171/12 171/12 171/13 171/16
171/18 178/19 178/20 178/21 179/3
183/13 183/15
**objections [9]**   6/22 64/24 69/11
170/21 170/22 170/25 171/7 171/20
172/10
**objects [1]**   114/6
**observe [2]**   74/24 91/25
**observed [6]**   31/2 31/5 31/6 31/17
120/10 177/9
**obstruct [4]**   8/10 8/13 11/2 15/15
**obvious [4]**   19/3 24/13 129/16
138/8
**obviously [4]**   69/11 71/12 71/14
181/12
**OC [2]**   103/25 103/25
**occasionally [1]**   180/13
**occupying [1]**   9/5
**occur [1]**   87/5
**occurred [8]**   18/22 23/4 23/5
143/25 145/21 146/9 172/8 172/8
**OCIAC [8]**   53/19 54/4 54/15 54/17
54/21 54/25 55/3 55/11
**OCRCL [1]**   51/5
**odd [1]**   146/11
**off [9]**   71/9 98/14 111/3 122/5
123/4 125/2 129/23 135/1 145/21
**offer [1]**   69/16
**offered [2]**   43/12 129/25
**offers [2]**   7/2 7/2

**office [10]**   1/16 21/3 21/3 89/17
123/9 163/6 173/9 177/2 180/7
180/9
**officer [20]**   13/25 27/9 31/7
31/18 76/8 76/21 89/22 89/24
139/5 139/7 142/1 148/10 151/17
151/21 168/19 170/19 173/2 174/18
175/3 175/10
**officer's [2]**   172/14 173/1
**officers [36]**   14/10 14/11 14/17
19/22 53/14 73/21 74/24 81/19
89/19 90/23 91/4 104/11 104/14
104/25 118/25 128/23 130/20 136/1
136/3 136/25 137/1 137/2 141/10
141/14 142/7 142/8 144/15 147/1
173/3 173/11 173/12 173/14 174/25
176/24 177/3 182/2
**officers' [1]**   142/10
**offices [2]**   19/12 182/22
**official [16]**   1/23 11/3 144/6
144/25 154/5 154/15 154/23 155/10
156/10 156/12 165/6 174/8 174/11
174/13 185/3 185/13
**officially [1]**   88/17
**Oh [5]**   23/19 44/18 132/1 137/16
146/1
**okay [76]**   6/8 7/8 7/10 7/15 36/16
37/19 43/14 43/22 44/3 44/22 46/9
53/18 55/5 55/9 55/11 55/15 56/6
56/18 57/23 60/21 60/25 61/3
61/18 62/1 65/15 66/24 67/19 69/9
71/7 72/9 72/10 75/8 77/14 78/1
81/20 89/13 93/2 95/2 95/14 95/18
96/23 97/5 98/3 99/15 103/15
104/10 107/22 108/5 113/4 113/10
115/8 115/21 115/25 116/5 119/7
121/25 130/22 133/10 133/16
135/23 136/11 137/1 137/18 138/21
138/21 138/25 139/13 139/19
140/16 142/14 142/22 143/19 145/5
145/12 146/15 182/24
**once [9]**   9/18 13/11 14/4 58/6
71/24 72/1 74/25 177/13 181/7
**one [65]**   4/14 8/12 10/12 10/23
15/12 15/19 18/13 20/17 21/17
22/24 23/9 24/3 24/8 24/24 29/16
35/2 35/7 38/4 49/13 54/20 56/15
61/21 68/23 69/6 69/18 71/4 77/17
81/11 81/14 86/19 88/21 90/25
95/6 95/7 95/9 96/6 98/1 105/10
108/20 120/15 121/7 126/20 139/2
139/5 139/11 142/22 144/8 146/10
149/11 154/12 156/13 157/7 160/11
162/6 171/14 171/17 173/3 177/23
182/1 182/8 182/9 182/20 182/22
183/14 183/15
**ones [1]**   176/5
**ongoing [2]**   173/24 174/14
**only [14]**   16/14 39/8 58/2 66/4
79/17 116/3 127/3 129/22 132/12
143/12 147/1 149/23 180/9 181/11
**open [13]**   5/10 34/25 42/9 44/5
45/13 46/16 50/11 52/4 53/22
76/15 76/19 180/16 180/19
**opened [2]**   5/12 176/14
**opening [12]**   3/16 3/16 4/16 5/15
7/13 7/15 7/19 9/16 16/18 25/22
40/20 71/17
**operate [1]**   86/20
**operating [1]**   57/17
**operations [4]**   73/9 73/14 86/12
144/11
**opinion [9]**   129/16 130/25 131/4
131/10 133/21 136/21 136/21
136/22 136/23
**opinions [1]**   133/21
**opportunity [1]**   63/23
**oppose [2]**   11/15 11/17
**opposed [1]**   162/8
**opposite [1]**   153/9
**orange [8]**   26/23 26/24 51/4 53/8
53/23 58/18 65/2 94/13

**order [15]**   4/21 74/15 75/1 84/2
89/19 120/21 121/17 161/9 170/21
178/25 179/1 179/4 179/17 182/7
182/8
**ordered [1]**   61/23
**ordering [1]**   61/21
**organic [1]**   17/20
**organization [2]**   11/13 128/25
**organizational [1]**   140/1
**organize [1]**   172/25
**organizing [2]**   10/16 12/2
**originally [1]**   89/14
**originals [1]**   155/4
**originated [1]**   162/13
**other [56]**   4/15 5/1 5/14 6/4 8/9
14/14 19/11 20/1 24/24 27/14
31/11 32/1 35/23 61/15 68/21
69/19 72/1 72/8 75/18 83/11 87/7
87/15 87/20 95/23 103/7 121/8
126/3 126/4 127/9 127/17 127/22
130/10 130/16 131/1 132/11 132/16
136/4 139/20 140/13 142/15 143/10
143/17 148/25 149/14 153/12
154/12 155/15 156/13 157/2 164/8
164/11 165/5 177/1 182/2 183/14
183/15
**others [1]**   11/25
**otherwise [1]**   180/16
**our [35]**   6/11 15/3 18/25 25/14
43/11 58/3 62/15 67/22 75/6 86/25
87/3 87/3 88/1 88/9 92/4 101/25
104/8 109/5 127/14 127/14 127/15
128/7 134/5 134/7 140/7 143/16
147/14 164/5 172/24 172/24 177/4
177/18 177/24 182/8 182/9
**ourselves [4]**   75/17 132/14 132/18
132/19
**out [57]**   9/1 10/14 10/19 14/24
17/10 18/23 19/12 19/22 19/24
19/25 20/7 20/11 21/7 22/18 38/7
38/12 39/11 41/22 41/25 42/23
44/17 46/3 46/3 46/19 49/6 50/5
50/15 52/1 54/11 54/14 62/22
65/11 70/5 79/18 85/20 86/18
86/19 90/9 96/16 104/24 121/1
121/11 132/16 133/19 133/21 137/7
137/10 137/13 140/8 154/7 154/15
155/5 158/22 158/25 167/15 172/12
172/19
**outer [1]**   85/17
**outlined [1]**   156/7
**outnumbered [1]**   118/22
**outside [8]**   98/13 105/10 105/11
121/12 121/13 153/6 179/18 182/16
**over [40]**   4/20 8/18 15/1 20/15
22/24 25/11 25/11 25/11 65/2
66/24 67/8 73/11 74/15 90/9 95/4
96/12 108/14 110/1 127/11 142/2
143/10 144/14 144/14 150/22
151/15 152/10 152/15 152/18
155/20 161/5 169/17 170/13 172/9
174/12 176/12 178/25 179/6 182/17
182/21 183/12
**Overall [1]**   91/6
**overarching [1]**   62/16
**overcoat [1]**   115/22
**overcome [1]**   65/13
**overnight [3]**   159/19 159/21 165/9
**overriding [1]**   8/12
**overruled [14]**   29/4 30/8 31/14
33/16 69/21 74/20 80/25 84/12
91/12 126/17 127/6 133/2 141/24
142/19
**overrun [2]**   102/24 137/1
**oversee [3]**   151/7 151/9 152/2
**oversees [1]**   148/10
**oversized [1]**   176/5
**overthrow [1]**   19/2
**overthrowing [2]**   18/4 18/4
**overthrown [3]**   17/23 18/25 25/15
**overwhelmed [1]**   21/24
**own [14]**   5/6 5/12 9/4 11/8 54/7

**O**

own... **[9]**  71/3 88/12 115/23
127/14 127/14 130/13 161/11
163/15 168/16
owned **[1]**  23/15

**P**

p.m **[10]**  88/14 88/15 88/15 88/19
98/5 106/24 106/24 126/11 168/12
184/7
package **[1]**  31/23
packaged **[1]**  31/23
packaging **[1]**  31/21
packets **[1]**  77/17
page **[5]**  35/5 38/7 46/3 46/3
157/13
pages **[1]**  69/24
pair **[1]**  44/7
pandemic **[3]**  11/15 75/12 75/12
pants **[2]**  109/16 110/2
papers **[1]**  182/25
paragraph **[1]**  63/7
paraphernalia **[1]**  177/1
parking **[1]**  75/2
parliamentarian **[3]**  98/8 98/11
164/2
parliamentarians **[1]**  175/24
part **[30]**  6/22 9/16 15/4 15/21
17/10 27/10 27/13 53/10 55/1 58/3
67/10 76/19 76/20 78/3 80/18 98/7
98/7 100/16 100/18 100/21 102/9
104/11 109/5 111/8 117/19 125/11
130/17 132/21 158/17 163/22
Partially **[1]**  76/19
participate **[2]**  28/10 171/23
particular **[14]**  12/12 12/25 66/3
66/3 83/9 85/6 85/13 86/22 87/18
87/22 89/21 116/18 158/19 175/9
particularly **[1]**  180/18
parties **[1]**  178/17
partisan **[3]**  149/4 149/7 149/21
party **[2]**  149/11 151/19
pass **[1]**  75/3
passed **[1]**  16/10
passionate **[1]**  18/1
past **[7]**  7/24 7/24 13/20 13/22
14/4 22/6 71/23
patience **[1]**  25/18
patriotic **[1]**  127/12
pause **[17]**  58/14 97/13 98/7
101/15 101/17 107/16 109/23 113/6
116/16 117/21 120/17 123/11
124/12 124/17 173/23 174/1 174/3
paused **[49]**  93/2 93/18 97/23
98/21 99/6 99/18 100/14 100/24
101/17 106/24 107/6 108/9 109/11
110/6 111/9 111/21 113/6 113/11
113/18 113/23 115/2 115/9 115/15
116/7 116/16 116/24 119/2 119/8
119/17 120/3 120/9 120/18 120/22
121/16 121/17 122/2 122/22 123/3
123/11 124/12 124/17 124/25
125/25 166/17 167/10 168/11
170/13 172/3 178/16
Peace **[11]**  81/14 84/18 85/9 94/9
94/10 95/24 96/9 96/11 102/3
102/16 118/10
peaceful **[3]**  8/2 8/14 13/7
peers **[1]**  88/21
Pelosi **[3]**  151/23 170/9 179/8
Pence **[4]**  87/13 87/14 152/21
170/15
Pence's **[1]**  170/17
Pennsylvania **[2]**  102/6 102/10
people **[54]**  8/4 9/1 9/8 9/11 18/6
19/11 19/17 19/23 21/7 21/23 25/8
28/15 31/11 33/14 76/10 90/8 90/9
94/17 94/18 94/23 95/9 96/2 96/4
96/16 101/21 102/2 102/3 103/21
109/2 118/13 118/24 119/14 121/11
121/13 121/14 125/12 127/14 128/22
130/12 131/4 131/14 132/10 132/10
133/11 135/11 146/12 154/12 177/10
146/12 154/10 176/15 177/10
179/12 181/7
people's **[3]**  130/8 135/14 142/15
pepper **[5]**  13/16 45/16 45/24 46/4
55/19
perimeter **[7]**  81/3 81/10 81/16
84/6 85/17 108/23 109/5
period **[1]**  178/22
permanent **[1]**  157/10
permanently **[1]**  130/9
permits **[2]**  69/21 171/9
permitted **[5]**  159/19 159/21
171/23 180/7 180/10
person **[19]**  4/12 6/18 18/15 19/8
54/14 61/13 63/3 76/11 99/8
107/25 115/20 116/18 119/23
119/23 152/4 170/6 172/25 173/2
175/10
personal **[10]**  21/23 33/15 55/5
61/7 61/8 61/9 61/15 65/20 126/15
138/18
personally **[10]**  55/25 59/17 91/6
91/8 126/15 127/2 127/24 177/21
177/22 181/23
personnel **[2]**  60/22 121/1
Phoenix **[1]**  11/13
phone **[20]**  23/9 48/2 48/20 48/23
56/11 56/18 57/8 57/12 65/11 65/4
65/5 65/11 65/19 65/24 66/4 67/12
67/14 126/5 126/5 126/6
photo **[10]**  34/2 34/6 34/8 39/17
41/14 49/14 49/18 78/2 81/25
120/15
photograph **[16]**  35/18 35/21 35/23
35/25 36/9 38/21 39/16 39/23 40/8
40/9 47/7 47/9 51/10 60/9 66/3
78/12
photographed **[1]**  82/24
photographs **[5]**  34/10 61/8 61/11
61/14 77/18
photos **[1]**  60/11
phrased **[1]**  84/10
physical **[13]**  34/19 36/19 40/18
42/6 42/7 43/7 43/9 43/12 48/13
50/3 126/20 133/11 176/1
physically **[4]**  143/15 156/17
159/12 177/15
pick **[2]**  24/16 159/11
picture **[5]**  22/22 78/2 86/1 96/6
176/3
pictured **[1]**  48/20
pictures **[3]**  61/14 92/8 96/6
piece **[4]**  15/19 31/8 31/18 162/5
pieces **[3]**  62/22 65/24 162/6
pin **[1]**  66/19
ping **[1]**  23/9
pistol **[5]**  38/10 38/19 39/8 39/13
40/8
pistols **[1]**  38/4
Pittman **[1]**  140/17
Pittman's **[1]**  140/9
place **[17]**  11/15 13/5 17/14 22/17
31/18 75/10 75/17 85/8 94/8 95/16
118/17 129/15 136/2 150/18 155/23
166/3 174/24
placed **[1]**  169/14
places **[2]**  90/3 154/20
Plaintiff **[2]**  1/4 1/12
plan **[6]**  11/9 12/7 12/18 87/16
90/9 145/3
plane **[1]**  12/12
planned **[1]**  8/10 11/22 86/13
86/16 88/12
planning **[3]**  8/7 75/17 134/15
134/15 134/17
plans **[2]**  5/4 10/23
platform **[3]**  9/3 11/16 16/5
platoons **[1]**  104/15
play **[64]**  92/22 97/21 98/20 99/6
99/17 100/19 101/12 101/22 101/25
105/5 105/20 106/9 107/5 107/13
108/9 108/22 110/16 110/11 111/9
111/18 112/8 112/12 113/5 113/5
113/10 113/18 113/22 114/5 114/6
114/10 115/1 115/8 115/14 116/6
116/10 116/23 117/3 119/1 119/7
119/17 120/1 120/8 120/22 121/16
121/24 122/1 122/7 122/20 123/2
123/10 123/16 123/17 124/10
124/16 124/24 125/5 125/24 166/16
168/8 170/10 171/25 178/14 178/14
181/18
played **[19]**  9/10 9/20 10/2 10/21
13/13 15/23 17/8 97/7 97/11
101/13 109/9 111/19 112/9 114/8
116/7 168/9 170/11 172/1 181/20
plaza **[8]**  13/18 13/20 78/25 80/13
80/13 89/23 105/25 106/15
pleaded **[1]**  11/1
pleading **[1]**  17/2
pleads **[1]**  24/20
please **[15]**  4/4 26/18 36/24 42/10
45/14 48/2 48/16 52/5 55/17 72/21
121/10 127/18 145/25 147/22 174/23
pled **[1]**  17/2
plenty **[1]**  144/2
plus **[2]**  76/21 127/16
POA **[3]**  142/7 142/10 142/13
pockmarks **[2]**  182/17 182/18
podium **[2]**  4/5 71/10
point **[33]**  17/11 17/17 20/18
22/11 23/23 24/3 24/5 25/25 58/18
66/25 67/1 90/13 91/1 100/25
116/25 120/23 129/13 130/11
138/17 139/4 147/1 150/7 155/13
168/13 170/14 176/2 176/12 176/18
177/23 178/17 179/5 179/10 181/13
181/22
points **[3]**  16/21 65/18 139/2
police **[67]**  7/24 7/25 13/17 13/20
13/22 13/25 13/25 14/1 14/4 14/10
14/10 14/17 16/10 19/21 21/24
73/4 73/5 73/20 74/9 76/21 84/3
87/6 87/9 87/15 87/19 91/4 91/20
92/10 92/15 92/20 93/20 93/23
102/25 103/4 118/5 118/16 123/13
127/16 130/15 132/16 136/15 140/2
140/12 142/6 142/11 143/8 143/8
143/16 143/16 143/17 144/1 145/19
145/20 173/2 173/3 173/6 173/11
173/12 173/14 174/25 175/1 175/3
175/10 176/24 177/3 177/19 182/2
policemen **[1]**  95/14
policer **[1]**  142/10
policy **[2]**  148/21 149/3
political **[4]**  8/23 11/12 144/20
144/23
politics **[1]**  144/19
pony **[1]**  72/18
popped **[1]**  98/16
popular **[1]**  154/17
portfolio **[1]**  148/18
portion **[18]**  9/25 15/22 39/21
52/14 75/21 78/24 79/9 79/20
79/24 82/2 82/12 99/8 101/20
108/22 111/11 123/12 163/5 175/12
pose **[1]**  70/1
position **[6]**  5/22 24/20 73/12
129/1 140/18 140/19
positions **[1]**  149/23
possessing **[1]**  61/15
possession **[3]**  60/10 60/12 61/4
possible **[3]**  9/1 48/3 132/7
possibly **[7]**  110/1 111/25 130/17
132/8 136/7 138/11 142/23
post **[4]**  15/3 59/19 74/19 84/6
posted **[3]**  84/5 84/8 173/3
posting **[2]**  22/23 84/5
posts **[1]**  74/25
posture **[3]**  75/12 88/8 88/9
postures **[2]**  92/1 92/2
potential **[1]**  132/5

**P**

powder [2]  182/17 182/21
power [3]  8/3 8/14 161/9
powers [1]  161/7
practically [1]  18/24
practice [1]  156/14
practiced [1]  172/17
practices [1]  173/2
praying [1]  23/23
pre [1]  74/19
pre-January 6 [1]  74/19
precautions [2]  135/21 135/24
preliminary [3]  4/15 5/14 64/17
preparations [2]  129/10 133/1
prepare [3]  99/17 85/13 86/15
prepared [2]  28/11 28/22
preplanning [1]  132/21
prepper [1]  22/17
prescribed [1]  158/20
prescribes [1]  161/5
presence [1]  130/3
present [6]  55/8 60/19 128/22
163/24 178/9 179/11
presentation [2]  6/14 156/12
presented [1]  155/24
presenting [1]  68/25
presents [1]  155/25
preserve [1]  161/9
preside [3]  152/17 152/18 179/15
presided [1]  155/20
president [57]  8/18 8/19 10/14
10/19 51/23 87/13 87/13 87/14
87/23 88/3 88/7 129/25 133/18
135/4 144/7 144/10 145/16 152/12
152/12 152/14 152/16 152/17
152/19 152/22 154/11 154/11 155/2
155/2 155/6 155/7 155/12 155/20
155/24 156/1 156/2 156/4 156/5
156/24 158/1 158/18 158/19 161/8
161/9 161/10 162/8 169/3 169/8
170/15 170/15 170/17 171/5 171/6
172/9 172/11 172/12 172/16 179/19
President Trump [3]  10/19 51/23
129/25
presidential [1]  153/18
presidents [1]  182/21
presides [4]  151/15 152/10 152/14
161/5
presiding [11]  151/17 151/20
168/19 170/13 170/19 172/9 172/14
173/1 178/25 179/6 179/9
pressure [1]  159/24
pretty [5]  16/23 92/7 104/16
116/11 127/11
prevented [1]  147/6
previous [4]  33/23 38/25 96/6
156/5
previously [4]  27/4 122/5 164/10
166/18
principle [1]  70/9
printed [2]  165/3 165/10
prints [1]  165/3
prior [11]  56/16 61/11 82/20 84/6
86/14 108/23 132/11 132/19 166/2
168/16 172/11
priority [2]  175/20 175/21
prison [2]  25/5 25/10
pro [12]  4/13 50/7 50/13 64/8
64/9 151/20 152/16 152/22 172/16
178/23 178/23 179/19
probably [7]  21/2 21/11 49/14
71/11 131/10 132/23 183/20
probative [1]  5/6
problem [3]  104/11 136/17 142/14
problems [2]  70/1 134/25
procedural [1]  175/7
procedurally [2]  153/21 168/12
procedure [3]  57/17 159/10 171/15
procedures [8]  58/23 118/17 157/6
158/20 160/11 163/12 163/12
174/20

**P**

proceed [5]  7/18 7/20 26/14 72/10
proceeded [4]  89/8 89/20 89/25
168/25
proceeding [22]  8/10 8/14 11/3
154/21 157/11 157/25 161/8 162/10
163/22 164/8 168/15 169/4 169/19
171/2 171/8 173/23 173/24 173/24
174/5 174/8 174/11 174/13
proceedings [16]  118/6 119/11
127/3 160/13 163/15 163/17 165/1
165/4 166/23 166/25 166/25 167/3
174/4 183/8 184/7 185/5
proceeds [1]  7/9
process [8]  7/4 25/19 66/8 67/10
73/22 76/4 121/5 134/5
procurement [1]  148/19
produced [3]  58/1 64/1 64/6
product [1]  67/9
proffer [3]  70/24 70/25 72/2
programs [1]  131/1
progressive [1]  20/24
project [2]  11/13 11/14
promise [1]  13/15
promising [1]  22/4
promote [1]  9/4
proof [2]  7/2 69/16
proper [1]  70/19
properly [1]  95/12
properties [1]  130/10
property [4]  14/21 32/6 32/6 32/7
prosecuting [2]  19/8 25/8
prosecution [7]  26/4 58/22 58/24
61/22 128/20 138/5 143/6
prosecutor [1]  24/7
protect [4]  73/22 73/23 128/2
146/12
protected [1]  81/16
protectee [1]  88/4
protecting [1]  143/9
protective [4]  21/24 61/7 61/9
61/15
protest [14]  10/15 10/16 10/20
13/7 18/2 19/24 56/14 86/23 87/2
96/2 133/17 135/2 135/5 142/23
protesters [2]  144/3 172/22
protesting [2]  54/13 95/12
protestors [1]  71/15
protests [9]  8/24 86/25 127/17
127/20 127/21 127/22 134/25
143/13 144/2
Proud [2]  143/10 143/20
proven [3]  15/13 17/18 17/19
provide [3]  9/16 43/18 62/25
provided [7]  4/21 63/22 64/4
64/13 69/25 70/17 71/20
provides [2]  30/20 38/9
provisions [1]  157/2
public [22]  16/5 75/21 76/12
76/16 76/20 108/15 110/6 130/7
134/5 135/15 144/22 145/5 161/15
161/19 165/12 171/20 171/22
180/15 180/19 180/22 181/1 181/5
publically [1]  9/7
published [2]  165/8 165/11
Publishing [1]  165/9
pull [13]  28/18 34/18 35/4 40/17
44/3 44/16 49/22 50/2 50/4 51/25
99/15 138/5 181/22
pulled [1]  19/22
purpose [6]  8/12 20/3 62/17 66/5
75/6 150/20
purposes [3]  101/25 126/25 166/16
pursuant [6]  10/25 62/14 62/23
63/20 69/25 168/20
push [6]  90/9 121/11 121/12
121/13 121/14 125/2
pushed [4]  7/24 13/22 20/19 90/23
pushing [4]  13/20 19/21 121/1
122/4
put [17]  10/17 11/15 16/23 43/7
43/8 43/9 68/12 75/10 75/16 76/7

**P**

77/18 79/17 84/4 118/17 129/7
puts [1]  159/24
putting [4]  54/7 134/12 145/18
146/9

**Q**

quadrants [1]  74/4
qualifications [3]  63/4 63/6
64/17
qualified [2]  63/3 64/11
question [36]  31/16 53/23 54/2
54/8 54/9 54/20 56/3 56/6 56/21
57/5 57/15 59/24 66/10 68/22
68/24 69/19 69/19 91/16 128/24
129/11 129/12 129/18 131/16
134/20 135/8 135/10 137/5 137/17
138/24 141/23 144/23 145/6 145/11
145/18 147/5 173/18
questioning [2]  28/25 91/11
questions [10]  15/12 52/22 52/24
59/23 128/6 144/20 147/8 156/6
161/10 183/25
quick [1]  60/6
quickly [1]  67/25
quiet [1]  20/18
quit [1]  58/8
quite [3]  90/12 129/15 177/13
quote [1]  133/22
quoted [1]  69/7

**R**

rack [10]  82/14 82/17 84/19 84/21
85/15 85/16 85/17 97/3 131/11
131/14
racks [6]  81/18 84/22 85/12 85/19
85/20 133/12
radio [7]  89/18 90/10 92/17 92/19
93/8 93/20 103/19
radios [1]  92/15
raid [2]  23/4 23/4
raise [8]  4/16 5/15 6/4 17/25
31/12 62/11 63/23 133/16
raised [2]  63/25 69/19
rally [2]  143/7 143/9
rallying [2]  11/25 14/14
rank [4]  128/24 139/22 140/9
140/11
ranking [1]  149/25
ray [7]  76/7 76/8 137/19 137/19
138/8 139/14 139/20
reach [1]  160/16
read [11]  23/21 47/20 47/25 51/22
61/25 84/1 144/14 145/3 155/25
157/23 158/15
reading [2]  8/22 156/3
reads [1]  156/2
ready [1]  114/3
real [1]  60/6
realize [2]  25/9 25/9
realized [2]  58/6 70/12
really [19]  17/5 18/16 18/16
21/20 21/21 25/13 25/17 88/12
90/19 92/1 96/5 101/22 102/21
104/14 108/3 121/14 136/17 144/23
145/1
reappeared [1]  123/8
reason [7]  14/8 19/25 104/22
108/20 127/3 130/9 174/25
reasonable [2]  15/14 17/18
reasons [4]  18/13 24/13 63/21
171/11
recall [8]  24/5 56/17 60/11 61/17
89/23 134/11 166/14 178/2
recapping [1]  64/5
receipt [3]  32/6 32/6 32/7
receive [4]  70/19 145/4 156/11
171/2
received [65]  22/5 30/8 30/12
32/15 33/11 33/16 34/14 35/14
36/5 37/3 37/7 39/4 40/3 40/14
41/5 41/19 42/19 44/20 45/9 45/10

**received... [45]** 46/12 47/2 47/14
49/9 49/24 50/23 51/15 52/20 59/2
59/3 59/14 78/9 81/7 82/7 83/23
85/2 86/6 93/15 100/11 105/17
106/6 106/21 110/24 113/1 114/23
117/14 122/17 124/5 125/18 126/20
154/8 154/16 155/21 156/21 156/25
157/3 157/20 158/12 160/7 161/1
162/18 164/22 165/24 167/7 177/19
**receiving [3]** 56/12 89/21 157/2
**recently [1]** 26/1
**recess [21]** 8/2 14/16 15/6 68/6
68/7 128/8 128/9 159/16 159/20
159/21 172/18 173/18 173/19
173/21 174/7 174/10 174/11 174/16
174/25 175/6 184/2
**recessed [1]** 174/25
**recesses [1]** 159/18
**recessing [1]** 179/1
**reckoning [1]** 16/7
**recognize [38]** 28/19 32/3 32/24
35/17 38/3 38/16 77/6 80/2 80/15
81/22 83/13 84/14 85/22 93/2
99/18 105/7 105/22 106/10 110/12
112/2 112/5 112/13 114/12 116/17
117/4 121/18 122/8 122/23 123/19
125/6 157/13 158/4 159/3 159/25
160/18 161/21 164/14 165/14
**recognized [2]** 36/8 70/10
**recommended [1]** 134/11
**reconvene [3]** 182/5 182/6 183/1
**record [27]** 4/5 6/9 26/19 36/11
43/7 43/9 43/23 47/20 47/25 52/12
68/8 68/12 72/22 83/5 95/20 96/2
126/24 147/23 156/25 164/19
164/24 164/25 165/12 165/19
166/13 167/25 185/5
**recorded [1]** 92/17
**recording [3]** 126/7 166/7 166/10
**recordings [1]** 93/8
**records [2]** 63/20 156/23
**recover [1]** 53/1
**recovered [13]** 34/24 35/3 35/6
35/7 36/22 36/23 39/8 42/15 46/6
46/20 47/10 49/7 50/9
**red [11]** 80/19 85/14 85/14 98/4
108/6 109/15 115/12 115/21 117/25
119/24 139/10
**redirect [4]** 2/9 62/3 146/20
146/22
**refer [2]** 76/10 155/8
**reference [3]** 63/7 98/8 143/6
**referenced [2]** 62/15 64/1
**referred [2]** 4/23 86/21
**referring [4]** 23/8 101/18 143/25
154/1
**reflect [1]** 83/5
**regard [1]** 178/21
**regarding [12]** 23/18 30/4 54/2
56/11 57/8 71/1 71/2 71/3 71/5
71/18 129/10 159/15
**regards [10]** 7/1 27/14 28/25 30/3
31/10 33/13 67/3 68/19 69/17
74/18
**region [1]** 131/17
**Regional [3]** 51/4 58/19 65/2
**registered [1]** 156/20
**regret [1]** 15/2
**regular [8]** 29/10 32/10 33/6 92/9
92/19 109/8 120/1 173/3
**reinforce [1]** 82/13 82/17
**reinforced [1]** 84/19
**reinforcements [2]** 147/2 147/3
**reinforcing [1]** 85/17
**rejected [2]** 130/1 130/2
**relate [3]** 24/10 24/13 162/9
**related [4]** 4/17 27/18 56/13
56/14
**relates [2]** 129/3 138/21
**relation [1]** 98/11

**relationship [1]** 11/11
**relationships [6]** 11/16/
**released [1]** 57/22
**relevance [9]** 29/2 68/19 91/11
126/14 129/9 133/1 137/22 140/23
142/18
**relevant [5]** 65/25 71/14 71/20
72/5 126/15
**relocated [3]** 91/2 91/2 91/4
**remain [3]** 173/5 173/5 174/24
**remainder [4]** 100/19 101/12 102/1
181/18
**remained [2]** 14/13 177/20
**remains [1]** 8/6
**remarks [1]** 183/11
**remember [9]** 18/13 18/17 28/3
59/20 59/20 66/10 98/9 156/20
183/21
**remembering [1]** 53/13
**remote [1]** 127/5
**removed [2]** 179/14 179/18
**renew [1]** 132/25
**repacked [1]** 60/14
**repeat [2]** 31/16 137/17
**repeatedly [2]** 9/7 25/11
**repeating [1]** 13/10
**report [5]** 54/15 67/8 140/13
182/4 182/12
**reported [2]** 56/15 140/15
**Reporter [4]** 1/22 1/23 185/3
185/13
**reporters [2]** 165/6 174/2
**reporting [4]** 19/19 19/20 140/13
174/2
**reports [1]** 67/7
**representations [1]** 64/3
**Representative [2]** 179/2 179/5
**Representatives [9]** 151/1 151/3
156/9 160/15 164/7 169/2 170/9
171/14 178/24
**Representatives' [1]** 165/20
**representing [1]** 4/12
**republicans [2]** 18/23 19/3
**request [6]** 4/17 5/18 104/25
132/17 145/22 145/22
**requested [3]** 90/10 90/13 145/23
**requests [1]** 7/2
**require [2]** 154/4 162/8
**required [1]** 5/8
**resident [1]** 151/5
**resigned [1]** 140/7
**resolution [11]** 161/25 162/1
162/5 162/9 162/9 162/12 162/14
162/15 163/1 163/10 163/11
**respect [5]** 51/1 120/10 144/3
149/3 163/19
**respond [15]** 65/17 87/25 90/10
90/11 104/16 104/18 104/21 132/4
132/5 144/12 144/13 144/17 144/18
145/22 145/23
**responded [6]** 104/18 104/22
104/25 127/17 127/25 144/16
**responding [1]** 104/15
**response [4]** 88/1 131/16 132/2
132/9
**responsibilities [6]** 148/17
148/25 163/19 163/20 163/21 164/9
**responsibility [1]** 21/21
**responsible [3]** 9/8 16/14 182/10
**rest [2]** 20/7 25/7
**restrict [2]** 108/24 108/25
**restricted [17]** 71/1 71/24 75/1
75/16 75/25 76/20 80/19 81/3
81/10 81/16 94/24 95/1 108/19
108/21 108/22 109/3 180/12
**restriction [2]** 95/16 180/20
**restrictions [6]** 11/15 74/13
75/10 75/14 75/17 180/6
**result [2]** 9/8 57/3
**results [3]** 18/11 18/18 171/3
**resume [32]** 97/5 97/21 98/20 99/6
100/19 103/18 104/10 105/4 107/13

108/8 109/7 110/5 111/18 112/8
115/7 115/8 115/8 115/14
116/6 116/13 120/1 121/24 123/16
124/16 124/24 126/10 168/8 170/10
171/25 178/14 181/18
**retirement [1]** 140/22
**retreating [1]** 102/25
**return [7]** 16/14 60/17 81/10
174/5 181/23 182/6 183/5
**returned [10]** 57/14 57/16 60/16
181/25 182/15 183/9 183/10 183/12
183/13 183/16
**review [5]** 18/12 18/19 94/4 98/18
148/19
**reviewed [3]** 18/7 166/3 166/18
**revolution [1]** 15/7
**revolutionary [1]** 9/4
**revolving [1]** 140/16
**rewind [1]** 116/10
**right [92]** 7/18 16/17 19/6 22/24
26/7 30/21 37/12 38/2 48/9 49/9
49/21 51/18 52/23 56/24 62/4 62/8
63/16 64/14 65/8 67/19 68/3 70/6
70/15 75/7 79/2 79/8 79/19 79/23
80/11 83/6 85/10 94/12 94/14
94/16 94/19 94/20 94/24 97/1 97/9
97/20 98/1 98/2 98/15 100/25
102/7 106/25 107/7 108/10 109/12
109/23 111/6 111/22 112/2 114/1
115/10 115/16 116/1 116/13 117/19
117/22 118/1 119/3 119/18 119/22
120/19 123/11 124/12 124/13
125/21 128/7 128/10 130/19 135/14
139/3 139/9 139/10 139/15 140/16
140/21 141/11 146/2 146/4 162/21
163/5 167/21 168/11 169/5 169/9
169/23 170/7 174/18 184/1
**right-hand [5]** 38/2 100/25 107/7
162/21 163/5
**riot [2]** 129/7 146/3
**rioter [1]** 13/24
**rioters [12]** 8/9 13/19 14/5 14/15
14/25 16/11 126/8 172/23 175/19
177/21 179/12 179/21
**riots [1]** 145/15
**rise [1]** 68/5
**risk [1]** 60/25
**roadway [2]** 95/24 95/25
**role [4]** 149/3 164/10 170/17
173/3
**roles [1]** 151/12
**rolling [1]** 20/9
**roof [3]** 131/3 145/10 146/10
**room [6]** 1/24 16/24 22/1 133/17
147/14 173/9
**rose [2]** 170/21 170/22
**rotate [1]** 86/18
**rotunda [16]** 71/16 89/24 90/1
90/2 90/4 90/6 90/7 90/9 90/14
90/14 90/15 90/21 104/22 104/23
104/25 153/10
**roughly [1]** 153/6
**rounds [1]** 136/13
**route [2]** 89/18 177/3
**routine [2]** 66/7 86/11
**routinely [1]** 66/5
**rows [1]** 47/22
**ROYCE [1]** 1/9
**RPR [1]** 185/12
**rubber [1]** 136/12
**rule [22]** 5/11 6/8 13/9 30/10
62/14 64/7 64/17 66/12 68/24
69/10 69/18 69/21 69/21 70/1 70/7
70/8 70/9 70/14 70/20 162/11
163/13 163/14
**ruled [3]** 66/10 66/14 67/1
**rules [8]** 157/9 157/10 157/10
157/10 162/10 163/15 164/3 164/6
**running [2]** 21/8 90/4
**runs [1]** 96/7
**rushed [2]** 172/23
**Russell [8]** 5/5 10/24 10/24 11/3

**R**

Russell... [4]   11/5 12/5 15/16
15/25
Ryan [1]   139/10

**S**

S-C-H-W-A-G-E-R [1]   147/24
S.Con.Res [3]   162/1 162/3 168/20
sad [2]   127/13 127/14
safe [6]   55/17 61/3 92/5 109/2
109/5 163/25
safety [1]   179/24
said [35]   9/18 15/11 15/18 16/21
21/19 22/2 25/21 36/8 54/15 55/16
57/12 77/1 85/5 89/13 89/13 91/17
94/20 99/23 115/19 119/8 127/9
133/4 134/16 137/12 137/14 137/23
137/25 138/12 138/15 138/20 149/4
153/13 156/14 170/4 178/4
sake [1]   95/20
Salo [9]   4/8 6/10 19/7 19/11 21/6
62/21 62/25 65/25 67/9
same [46]   9/22 9/25 23/5 29/15
34/4 34/6 34/8 35/5 35/9 36/23
37/2 37/15 37/16 38/14 38/24 40/8
40/25 41/13 42/12 43/1 44/8 45/4
45/17 46/23 48/23 50/19 52/15
58/22 63/8 64/4 70/8 94/21 107/1
108/10 110/3 111/3 119/4 120/5
120/19 129/6 131/14 132/15 136/14
140/6 154/25 179/19
Samsel [2]   139/10 139/14
San [6]   22/12 22/21 22/24 23/6
24/1 60/14
Sauer [3]   38/10 38/19 39/8
saver [1]   48/4
saw [20]   8/19 10/1 12/15 19/18
19/21 31/11 38/24 60/9 63/8 90/7
98/7 122/4 133/23 136/10 141/17
163/12 168/18 168/21 168/22 169/1
say [35]   5/9 17/25 20/22 25/19
25/21 36/24 45/22 55/17 55/24
59/6 59/14 61/3 66/2 67/13 94/21
98/17 104/5 112/5 118/11 118/12
121/7 127/19 132/1 132/3 133/17
134/8 135/9 135/22 138/19 144/15
145/25 157/2 172/16 174/22 177/11
saying [7]   12/6 18/24 21/17 21/20
73/1 89/24 143/3
says [9]   23/10 23/11 23/16 24/24
77/9 84/1 94/20 95/7 162/21
scaffolding [4]   13/19 79/6 114/2
114/4
scalable [1]   131/12
scandal [2]   140/16 140/20
scene [1]   143/14
scenes [1]   12/1
schedule [1]   88/12
scheduled [4]   87/2 87/5 88/11
150/18
scheduling [1]   4/21
Schwager [5]   2/10 147/14 147/16
147/24 183/24
scratch [1]   21/1
scratched [1]   21/19
screen [89]   30/15 32/19 35/4 36/9
36/9 36/19 37/11 37/22 38/2 39/20
39/21 42/7 47/17 48/4 48/4 48/5
48/6 48/9 48/12 51/19 77/8 77/8
77/12 77/15 78/18 78/21 80/1 80/7
81/12 82/11 82/24 83/2 83/3 83/6
93/22 93/25 94/7 95/21 97/1 97/14
97/17 97/21 97/24 98/8 98/16
98/22 99/1 99/8 100/15 100/17
101/1 101/2 101/18 107/7 108/10
109/12 109/24 112/1 112/1 113/7
113/12 113/17 113/20 113/24 114/3
115/3 115/10 115/16 116/14 117/23
119/4 119/19 120/4 122/23 123/5
123/8 124/21 163/6 167/11 167/24
168/3 168/12 169/5 172/4 175/10

175/13 175/14 175/18 176/8
screening [1]   54/22
screening [1]   76/4
scuffling [1]   19/21
se [1]   4/13
sea [1]   90/7
sealed [2]   154/14 155/9
search [26]   20/12 27/18 27/20
28/3 28/11 28/15 29/1 29/8 29/16
29/18 29/21 30/5 32/8 33/4 33/14
34/10 36/1 39/9 39/24 41/15 42/1
47/10 51/11 57/9 57/10 61/12
searched [2]   27/21 33/2
searches [3]   13/1 13/4 27/14
searching [1]   13/3
seat [4]   35/8 50/10 52/3 52/7
seated [2]   26/13
second [15]   13/5 23/13 23/13
23/15 23/17 23/18 23/24 23/25
30/19 42/4 66/11 122/21 153/8
157/8 162/25
seconds [31]   14/12 92/23 93/2
93/18 97/5 97/6 97/13 97/23 99/17
99/18 100/14 100/24 105/6 105/21
106/10 107/14 108/8 109/21 110/12
112/12 113/6 114/11 117/3 117/21
122/7 123/18 125/5 166/16 166/17
167/10 168/8
Secret [7]   75/18 87/19 87/21 88/4
135/3 145/20 146/3
secretaries [1]   149/12
secretary [27]   148/4 148/6 148/8
148/9 148/10 148/14 148/16 148/19
148/21 148/21 149/7 149/8 154/5
154/14 156/24 157/1 163/8 163/25
164/11 165/7 168/23 169/10 172/24
175/21 176/11 177/19 182/4
secretary's [1]   149/9
section [12]   1/13 158/8 158/16
158/19 159/7 159/9 160/4 160/10
160/22 161/4 161/5 161/7
sections [1]   158/17
secure [9]   13/3 74/9 91/24 92/4
130/1 130/13 131/4 163/25 177/20
security [24]   21/20 88/1 88/7
88/8 88/9 92/2 109/4 118/8 118/13
118/15 118/22 119/9 129/3 130/18
130/24 132/24 133/13 134/14
142/16 144/9 172/12 172/19 180/1
180/4
see [109]   4/15 6/17 7/3 7/5 8/16
9/2 9/6 10/5 10/6 10/9 10/20
10/22 11/9 11/11 11/16 11/25 12/2
12/3 12/6 12/22 12/25 13/1 13/19
13/21 13/23 14/6 14/8 14/13 14/16
15/20 19/22 23/21 24/7 28/5 31/18
35/23 36/10 37/12 37/21 39/19
43/12 43/14 44/18 47/18 47/23
48/7 48/10 49/10 51/19 57/14
60/10 61/7 61/11 61/3 63/7 65/11
68/4 68/21 77/8 77/9 77/15 77/23
77/24 78/19 82/10 94/13 94/13
96/5 96/15 99/5 99/8 101/21
101/24 107/17 108/1 108/5 113/8
113/11 113/20 115/11 121/21 122/2
123/1 123/4 123/12 124/14 124/17
124/21 124/25 125/22 125/25 126/3
126/6 127/13 127/14 129/12 138/11
138/23 141/16 153/12 162/21
167/19 169/14 169/22 169/25
172/20 173/9 176/3 184/3
seeing [5]   15/5 20/8 60/11 173/1
178/2
seeking [3]   65/18 65/22 65/23
seeks [1]   70/6
seem [1]   119/19
seemed [1]   142/3
seems [1]   72/16
seen [19]   15/21 17/21 31/7 90/24
112/6 127/24 128/21 136/14 136/15
136/18 137/5 137/7 141/6 149/12
168/13 168/14 177/25 178/7 183/2

seized [14]   32/7 36/1 41/1 41/9
41/9 41/9 41/21 41/22 48/24 50/19
51/3 52/16 62/18 66/8
seizure [6]   35/10 38/22 40/10
45/5 45/18 46/23
senate [105]   18/23 80/5 80/9
97/15 97/17 98/12 98/13 105/10
105/11 114/15 117/7 117/18 117/19
148/3 148/4 148/7 148/8 148/9
148/10 148/12 148/13 148/16 149/7
149/9 149/10 149/13 149/17 149/22
151/2 151/24 151/25 152/2 152/4
152/7 152/10 152/11 152/12 152/15
152/18 152/22 152/24 153/13
153/15 155/13 155/20 155/21
155/24 156/2 156/10 156/23 156/24
156/25 156/25 157/1 161/8 161/9
162/1 162/12 162/13 162/13 163/2
163/3 163/8 164/2 164/3 164/4
164/5 164/11 165/6 166/9 167/21
168/18 168/21 168/23 168/24
168/25 169/4 169/11 169/16 169/16
169/17 169/19 170/16 171/1 171/10
172/5 172/10 172/11 172/18 173/4
173/7 173/8 173/15 174/23 175/13
175/18 176/8 176/9 176/10 176/18
177/19 178/19 181/23 182/10 183/5
Senate's [1]   156/15
senator [9]   18/14 152/9 152/18
152/23 160/15 168/18 171/14
172/13 172/15
senators [8]   18/10 168/22 170/21
170/22 173/5 176/23 177/2 182/6
send [3]   10/19 18/11 18/18
sending [1]   58/18
sense [6]   20/9 21/20 127/13 148/9
174/14 174/22
sensitive [1]   134/16
sent [8]   10/14 51/4 61/19 154/20
155/9 155/10 156/20 169/20
sentences [1]   159/2
sentencing [2]   126/24 127/4
separate [2]   55/4 84/21
separation [1]   170/24
September [1]   64/2
September 30th [1]   64/2
sergeant [24]   27/3 28/18 30/14
32/2 32/18 33/19 34/22 36/21
44/25 45/13 46/6 46/15 48/13 49/6
51/18 52/1 52/4 53/5 59/23 62/18
63/9 68/13 169/2 169/11
serial [7]   38/10 49/12 49/13 50/7
50/15 50/16 63/8
series [3]   5/17 5/20 158/17
serve [4]   149/10 149/13 150/1
151/19
served [2]   127/10 127/11
service [9]   53/7 75/18 87/19
87/21 88/4 128/17 135/3 145/20
146/3
serving [1]   20/11
session [37]   10/12 13/5 74/5
150/20 152/18 155/19 155/19 156/7
156/8 156/9 156/12 158/2 159/11
159/14 159/16 160/12 161/6 163/17
168/15 168/16 168/17 170/14
170/20 171/22 171/23 171/24 175/3
177/1 178/11 178/25 179/15 179/19
180/2 180/3 180/17 183/14 183/16
sessions [2]   155/23 173/21
set [12]   11/14 14/24 37/19 63/21
82/3 82/18 82/22 158/22 158/25
162/10 163/14 163/23
sets [1]   167/15
setting [2]   82/19 82/21
setup [2]   142/4 142/4
seven [1]   107/14
several [12]   6/25 53/14 79/18
84/7 85/18 87/17 132/23 159/20
173/10 173/11 173/19 173/20
share [2]   19/14 22/5
shared [2]   11/10 12/7

**sharp [1]** 52/13
**shattered [1]** 182/19
**she [47]** 59/11 59/11 66/1 66/2
66/3 67/10 67/13 69/11 71/2 71/3
71/5 71/18 71/19 71/25 71/25
72/14 72/25 73/1 77/11 88/22
88/22 89/1 89/5 89/9 89/11 89/11
89/12 89/13 89/13 137/23 138/12
138/12 138/14 138/15 138/17
140/10 140/21 140/21 141/20
141/21 141/23 141/23 175/22
175/23 179/9 179/13 179/18
**she's [1]** 71/23
**Sheff [1]** 4/8
**sheriff's [5]** 26/23 53/8 53/18
54/12 56/15
**SHERRY [3]** 1/22 185/3 185/12
**shirt [1]** 115/13
**shock [1]** 18/15
**shocked [1]** 146/1
**shoes [1]** 44/20
**shooter [1]** 174/21
**shootings [1]** 144/17
**shot [1]** 15/4
**should [3]** 126/25 146/17 157/2
**shoulder [4]** 12/22 12/23 110/1
111/23
**shouting [1]** 103/21
**shoving [1]** 19/21
**show [22]** 11/21 14/19 17/11 21/8
21/10 22/9 36/24 42/9 42/23 43/15
44/5 44/25 45/14 46/16 48/16
50/11 52/5 62/24 72/18 138/23
142/25 177/4
**showed [6]** 21/11 61/22 61/22
85/15 120/12 141/13
**showing [3]** 40/20 61/23 128/20
**shown [16]** 20/4 43/7 93/12 93/21
100/5 100/21 105/12 106/2 106/17
110/18 112/20 114/19 117/10
122/13 123/24 125/14
**shows [1]** 63/6
**side [34]** 5/15 30/15 32/19 37/22
38/2 48/5 48/6 48/9 79/4 80/6
80/9 80/13 94/10 95/23 98/23
101/11 102/13 107/7 112/16 112/17
112/17 114/15 114/16 123/22 125/9
143/10 153/14 153/15 153/16 163/5
165/20 168/3 168/12 168/18
**SIG [3]** 38/10 38/19 39/8
**sign [11]** 83/3 83/17 83/19 84/1
84/20 94/20 94/22 154/1 154/6
155/3 155/3
**signal [1]** 77/9
**signature [4]** 32/20 32/21 162/8
163/7
**signed [2]** 64/11 154/14
**significant [11]** 48/5 88/8 118/8
118/8 118/12 118/13 118/21 119/9
119/10 127/12 134/6
**signs [14]** 51/23 81/18 82/1 83/1
83/7 83/10 84/4 84/23 85/19 94/19
96/14 96/20 97/3 141/5
**silenced [1]** 20/14
**silver [1]** 50/7
**similar [3]** 12/15 78/13 132/20
**similarly [1]** 70/14
**simple [1]** 130/21
**simply [4]** 25/13 66/7 134/25
155/23
**since [7]** 4/22 7/3 26/24 55/18
64/23 140/7 178/11
**single [2]** 127/21 144/6
**sir [91]** 6/6 16/19 25/23 36/15
57/6 60/1 81/4 83/20 84/16 84/24
85/7 85/24 86/4 87/8 87/11 87/17
88/5 91/22 92/11 92/14 92/16
92/18 92/21 93/4 93/10 93/13 94/3
94/6 94/12 94/21 94/25 95/4 95/8
95/11 95/13 95/17 96/1 96/14

96/19 96/21 96/24 97/10 98/6
100/22 102/8 102/11 102/23 103/3
103/6 103/9 103/20 103/22 103/25
104/3 105/8 105/14 105/23 106/3
106/12 106/18 107/3 108/12 108/17
110/4 110/9 110/19 111/17 112/14
112/21 113/9 113/13 113/21 119/15
119/21 120/7 120/21 123/15 124/19
124/23 125/15 128/12 136/24 138/6
138/13 138/20 138/25
**sit [1]** 179/3
**site [1]** 66/19
**sits [1]** 11/4
**sitting [9]** 16/24 16/25 18/16
22/6 28/9 79/6 135/4 146/10
155/15
**situation [7]** 31/25 137/2 173/4
174/23 175/7 179/14 179/16
**situations [1]** 172/17
**six [3]** 89/14 93/6 155/11
**Sixth [5]** 66/6 66/17 70/5 70/12
70/15
**sixty [1]** 22/12
**size [1]** 40/21
**sketch [3]** 33/2 33/3 33/20
**skirmishes [1]** 143/19
**slate [3]** 154/8 154/16 154/17
**slates [1]** 154/11
**slightly [23]** 36/12 37/11 39/22
79/2 79/19 79/23 82/23 83/6 97/20
97/24 107/24 111/10 115/9 115/15
116/13 117/22 118/1 119/3 119/18
119/22 121/18 124/13 170/7
**slung [1]** 110/1
**small [3]** 48/3 51/9 182/1
**smelled [1]** 13/16
**smoke [1]** 103/1 103/23 103/24
103/25
**smoothly [2]** 163/22 164/8
**snow [5]** 81/18 82/13 82/15 84/19
85/16
**snowing [1]** 23/3
**so [213]**
**so-called [1]** 58/5
**sock [2]** 39/18 56/7
**some [81]** 8/21 17/5 17/11 17/16
20/4 21/7 21/18 21/19 21/23 22/5
22/10 22/14 22/20 24/8 24/17
24/18 25/2 25/6 26/4 34/19 52/8
54/3 54/4 56/13 61/11 64/5 67/15
68/21 70/24 71/18 72/17 73/24
75/24 75/25 76/10 79/6 81/25
82/20 86/15 90/13 102/13 115/6
115/13 116/4 127/4 129/15 130/11
133/3 133/7 134/7 134/9 136/1
136/10 136/14 136/15 137/7 139/20
140/7 140/13 143/5 144/13 148/9
150/7 150/22 156/11 159/12 159/13
159/24 161/7 162/10 163/11 163/12
163/21 167/14 168/22 168/23
169/11 173/17 176/18 181/22 182/2
**somebody [13]** 20/4 22/20 23/12
23/16 54/3 56/1 56/7 57/10 57/23
57/24 62/8 66/11 96/22
**somehow [1]** 143/8
**someone [6]** 23/10 107/17 107/19
118/21 120/15 179/16
**something [16]** 7/6 18/1 31/25
67/20 90/24 99/13 110/1 123/1
143/25 144/3 146/17 156/12 162/10
172/16 173/25 175/6
**sometimes [4]** 25/20 78/24 78/25
134/18
**somewhat [1]** 67/11
**somewhere [3]** 60/4 103/8 139/8
**soon [2]** 118/9 154/3
**sorry [42]** 5/19 27/22 28/24 29/20
29/25 30/2 30/10 30/12 31/9 33/12
43/6 45/22 49/22 57/20 63/10
63/10 66/19 68/16 69/15 71/8
74/17 80/23 92/24 94/3 101/15

107/23 110/22 121/7 121/17 126/23
129/9 137/16 138/13 137/16 138/13
142/8 145/12 146/8 158/24 166/21
169/24 174/9
**sort [4]** 25/6 101/1 115/7 156/11
**sound [2]** 92/7 143/11
**sounded [3]** 89/5 89/11 137/14
**source [4]** 93/18 93/21 163/16
163/16
**sources [2]** 157/5 157/7
**south [4]** 14/10 89/17 153/14
153/16
**southern [3]** 8/24 62/20 167/20
**southward [1]** 123/13
**speak [2]** 171/23 179/2
**speaker [22]** 151/9 151/15 151/17
151/19 151/22 170/8 178/23 179/9
179/14 179/19
**speaker's [1]** 178/25
**speaking [2]** 145/24 178/22
**special [14]** 4/8 6/10 19/7 19/11
27/14 31/7 31/17 62/21 62/24
65/25 73/9 73/13 144/11 180/8
**specific [6]** 30/22 30/25 30/25
31/25 62/22 131/18
**specifically [10]** 12/11 17/9
30/18 56/15 59/10 61/17 61/25
63/18 160/12 163/19
**specifics [1]** 133/13
**specified [1]** 180/14
**speculation [1]** 84/10
**sped [1]** 99/23
**speech [4]** 13/10 15/22 15/25
145/11
**speeches [3]** 11/19 11/24 12/20
**speechless [1]** 25/20
**speed [7]** 99/24 101/24 107/13
109/8 114/7 119/17 120/1
**spell [3]** 26/18 72/21 147/22
**spend [1]** 17/12
**spent [2]** 16/5 22/3
**spoke [6]** 82/1 82/20 139/14
163/18
**spot [2]** 139/6 139/8
**spray [12]** 13/17 35/2 35/21 36/8
36/10 42/4 42/11 45/16 45/24 46/4
55/18 55/19
**square [1]** 167/22
**St [2]** 135/5 145/16
**stabbings [1]** 144/17
**staff [17]** 149/11 149/18 149/24
168/23 169/9 172/13 172/24 173/5
174/1 176/5 176/23 177/2 177/4
180/6 180/25 181/2 182/1
**staffer [1]** 177/24
**staffers [1]** 169/11
**staffing [2]** 88/2 180/11
**stage [20]** 13/18 14/3 79/4 79/5
79/10 79/12 79/15 100/16 101/11
102/18 107/1 108/14 108/16 108/22
108/25 109/2 109/19 110/7 111/8
142/2
**staged [1]** 129/17
**stair [1]** 101/19
**stairs [12]** 95/5 95/6 101/7 101/9
107/2 109/17 109/18 109/19 110/3
110/7 111/12 111/16
**stairway [4]** 98/14 101/3 101/4
101/6
**stairways [1]** 76/1
**stakes [1]** 25/9
**stamp [3]** 168/3 168/6 168/11
**stamps [2]** 94/5 100/1
**stand [2]** 67/13 131/23
**standard [2]** 57/16 57/21
**standby [3]** 64/22 65/18 69/20
**standing [11]** 24/5 74/4 79/6
94/18 95/15 141/10 141/11 172/21
172/21 173/1 174/18
**stands [2]** 68/6 102/22
**start [14]** 8/15 34/19 62/5 62/7
62/8 63/2 73/24 88/11 88/16 88/20

**S**

**start . . . [4]** 111/3 151/3 173/17 175/4
**started [6]** 19/19 22/23 84/6 88/17 91/16 162/6
**starting [2]** 4/4 34/20
**starts [1]** 47/17
**state [13]** 4/5 9/5 20/5 26/18 72/21 147/22 154/4 154/6 154/15 154/25 170/23 178/20 180/5
**stated [5]** 17/9 54/5 59/15 133/19 133/22
**statement [9]** 3/16 3/16 7/19 9/16 16/18 25/22 71/18 71/18 172/17
**statements [7]** 4/16 5/6 5/15 17/6 17/15 17/24 21/10
**states [42]** 1/1 1/3 1/10 4/3 4/7 11/1 15/13 18/18 26/9 66/16 66/21 68/9 68/15 69/23 70/13 73/4 73/20 73/23 84/2 121/19 127/10 135/17 144/1 145/19 147/13 148/3 151/1 151/6 152/13 152/20 154/21 155/13 155/14 157/8 157/8 157/17 158/9 158/16 159/7 160/4 160/23 161/13
**statue [4]** 94/15 94/16 94/17 96/18
**statute [3]** 96/16 96/23 156/19
**statutory [1]** 154/3
**stay [4]** 6/13 100/24 174/1 176/9
**stayed [2]** 86/14 176/11
**step [8]** 11/21 12/18 16/3 29/16 62/4 147/10 155/17 169/1
**stepped [1]** 177/24
**steps [7]** 11/20 95/15 147/15 153/23 153/25 174/14 174/21
**stick [1]** 21/2
**stickers [1]** 22/22
**sticking [2]** 41/22 41/25
**still [10]** 15/7 18/6 29/5 37/11 50/14 101/23 112/1 125/11 141/10 175/4
**sting [2]** 136/6 136/10
**stipulations [1]** 67/3
**stolen [6]** 8/20 9/3 17/15 17/16 17/22 133/20
**stood [1]** 131/3
**stop [12]** 55/16 56/3 56/19 56/20 56/25 60/19 60/25 61/11 62/9 81/21 130/5 150/7
**stopped [2]** 14/8 53/10
**stopping [1]** 54/23
**stormed [2]** 7/23 16/10
**story [1]** 60/5
**straight [1]** 153/11
**strategy [1]** 58/8
**street [18]** 1/16 1/19 57/9 74/1 81/15 84/18 85/9 85/10 89/16 89/17 94/9 94/17 95/25 96/3 96/7 128/2 146/2 146/4
**strength [1]** 140/8
**strewn [1]** 182/25
**strictly [2]** 148/22 149/4
**strike [2]** 84/11 146/11
**strikes [1]** 135/7
**strong [1]** 7/6
**struck [1]** 141/18
**structure [1]** 140/11
**studio [2]** 166/7 166/10
**study [2]** 59/7 59/8
**stuff [4]** 56/16 56/16 132/11 144/17
**stun [5]** 37/1 37/2 37/15 37/16 46/18
**subject [8]** 137/4 172/18 173/21 174/7 174/10 174/16 174/25 175/6
**submitted [3]** 5/17 5/20 18/15
**substantially [16]** 35/9 37/2 40/25 42/12 43/1 44/8 45/4 45/17 46/22 48/23 50/18 52/15 78/13 163/9 165/1 165/3
**successful [2]** 90/15 109/6

**successfully [2]** 8/2 134/10
**such [16]** 144/14 162/14 162/22 180/4
**sufficient [2]** 75/6 182/8
**suggested [1]** 134/12
**suit [2]** 28/9 178/11
**suitable [2]** 182/5 183/1
**suitcase [1]** 39/14
**Suite [1]** 1/20
**summer [1]** 145/15
**Super [1]** 24/25
**supervising [1]** 151/10
**supervisory [1]** 151/11
**Supp [2]** 66/22 69/24
**support [1]** 172/24
**supported [3]** 16/15 175/22 175/23
**supporter [1]** 8/17
**supporters [2]** 19/1 133/19
**supports [1]** 66/9
**supposed [2]** 86/13 96/17
**Supreme [5]** 13/10 70/2 70/4 70/11 167/19
**sure [23]** 9/15 16/24 43/23 59/17 60/16 76/8 77/19 83/4 85/14 97/19 108/4 111/23 114/2 115/12 116/12 136/9 153/4 153/23 163/22 164/7 175/22 175/22 176/13
**surprise [2]** 177/11 177/12
**surrection [1]** 18/21
**surround [3]** 13/8 14/25 96/15
**surrounding [2]** 75/24 78/3
**suspect [1]** 71/4
**suspected [1]** 138/2
**sustained [7]** 71/19 129/19 138/14 140/25 145/8 146/6 146/14
**swarmed [1]** 7/25
**SWAT [5]** 20/9 60/23 61/1 88/23 131/2
**sweater [2]** 108/6 109/14
**switch [1]** 77/23
**sworn [6]** 26/11 69/10 69/12 69/13 73/21 147/16
**system [2]** 59/10 59/12

**T**

**table [6]** 2/1 4/9 6/11 6/13 176/5 176/12
**tactical [1]** 131/1
**take [30]** 4/14 13/5 20/4 22/4 42/22 59/25 62/7 69/11 85/8 103/2 105/1 105/3 128/7 129/15 131/13 131/14 135/21 135/24 137/4 150/18 155/23 159/16 159/19 159/21 159/23 166/2 174/1 174/14 175/1 176/14
**taken [3]** 47/7 68/7 128/9
**takes [2]** 84/6 159/19
**taking [5]** 67/23 94/7 120/15 120/15 159/18
**talk [9]** 11/5 11/18 17/13 72/14 75/4 75/9 86/9 146/16 146/18
**talked [5]** 8/20 9/4 9/5 9/6 142/3
**talking [12]** 9/23 18/11 21/23 23/22 24/5 53/24 101/3 115/17 115/24 115/25 116/13 153/25
**talks [1]** 10/5
**tally [3]** 55/8 171/2 171/3
**tanks [2]** 20/8 20/8
**tape [1]** 15/10
**task [7]** 27/5 27/7 27/9 31/7 31/18 54/24 55/12
**tasks [1]** 148/11
**Taylor [28]** 5/5 10/24 10/24 11/3 11/5 11/7 11/8 11/11 11/17 11/21 11/22 11/25 12/2 12/5 12/6 12/9 12/12 12/19 12/20 12/20 13/15 13/21 14/6 14/13 14/24 15/16 15/25 71/6
**team [12]** 60/23 61/1 88/23 90/10 90/11 91/3 91/3 130/18 135/25 135/25 155/1 163/22
**teams [2]** 131/2 131/2

**tear [2]** 103/2 103/23
**tears [1]** 103/24 103/24 104/2
**technology [1]** 22/14
**Telegram [2]** 12/2 12/6
**tell [32]** 10/12 11/22 12/9 12/10 12/13 12/14 12/17 20/23 23/7 24/10 32/19 33/20 34/23 49/11 56/2 82/19 82/24 84/7 89/2 89/4 89/13 90/5 90/19 99/11 99/14 101/22 102/2 102/3 107/7 116/3 131/2 143/12
**tellers [4]** 155/25 159/12 170/20 171/2
**telling [9]** 20/24 21/9 77/11 138/16 138/17 141/11 141/12 143/19 143/22
**tells [2]** 159/11 159/11
**temporary [1]** 173/23
**tempore [7]** 151/20 152/16 152/22 172/16 178/23 178/23 179/20
**term [3]** 91/2 142/13 173/19
**terms [1]** 180/12
**terrace [32]** 14/5 14/7 14/14 16/11 76/13 78/23 78/25 79/11 79/22 79/25 80/6 80/10 97/16 98/23 100/18 101/8 109/20 112/16 113/15 117/19 118/6 118/14 119/10 119/14 120/24 121/2 121/4 122/5 122/11 123/22 125/3 125/11
**terraces [1]** 76/1
**territories [1]** 151/6
**terrorism [4]** 27/5 27/7 54/24 55/12
**terrorist [2]** 16/25 21/12
**testified [4]** 29/18 29/21 71/23 72/1
**testify [10]** 5/8 5/9 10/25 16/22 62/21 66/1 71/1 71/2 71/3 71/5
**testifying [1]** 68/13
**testimony [10]** 5/5 5/13 54/8 71/25 72/5 72/7 72/8 130/22 141/20 141/24
**text [1]** 66/3
**than [18]** 7/16 12/5 18/16 20/1 20/21 20/23 20/25 22/3 24/4 83/11 90/16 102/4 126/3 133/5 134/9 135/17 136/5 156/15
**thank [26]** 6/3 7/11 16/16 16/19 25/18 25/21 25/24 26/13 43/17 43/21 53/7 62/2 65/16 72/9 111/1 128/5 128/12 128/17 128/18 129/13 146/19 147/9 147/12 148/3 183/24 184/4
**that [747]**
**that's [2]** 161/18 169/14
**theft [4]** 17/18 17/20 17/20 17/21
**their [21]** 12/1 19/23 20/9 20/11 20/18 21/1 21/5 21/25 27/14 71/17 74/24 99/11 118/18 118/19 133/16 149/12 163/15 164/5 177/4 178/18 178/21
**them [62]** 8/20 9/16 11/25 12/4 14/17 19/13 21/11 21/17 22/15 23/9 24/24 25/2 43/11 43/13 43/14 43/15 43/15 43/18 51/3 56/15 57/18 57/25 57/25 58/18 59/7 59/14 63/23 83/12 84/5 88/25 99/9 104/14 122/2 128/2 132/2 133/8 141/16 142/7 143/15 144/3 145/22 149/20 150/1 155/22 156/19 156/21 156/25 163/13 169/13 169/14 169/17 170/23 170/23 176/3 176/4 176/6 177/18 177/23 178/2 178/24 181/9 182/18
**themselves [8]** 12/10 13/22 16/25 20/16 21/1 21/25 58/20 154/12
**then [71]** 4/14 8/18 8/19 13/18 14/7 17/7 18/9 18/13 18/20 23/10 23/12 23/16 23/17 24/24 31/2 38/1 38/10 47/22 58/20 59/6 60/15 68/1 69/10 69/10 75/15 76/9 80/1 80/11 81/21 85/18 87/14 94/17 95/16

**T**

then... [38]   96/7 97/9 102/21
109/3 111/14 116/16 119/22 131/10
138/23 143/9 149/9 151/17 154/19
155/17 155/18 155/25 163/2 163/3
168/21 168/22 169/1 169/3 169/12
170/8 170/23 171/1 171/15 171/15
171/17 172/19 172/25 173/13 174/4
176/4 176/11 179/12 182/8 183/12
**then-President [2]**   8/18 8/19
**then-Speaker [1]**   170/8
**then-Vice [1]**   87/14
**theories [3]**   8/19 8/22 9/3
**there [191]**
**therefore [2]**   70/9 163/13
**these [34]**   4/24 9/3 16/3 17/14
21/9 21/18 22/23 23/22 24/3 24/9
25/4 25/8 61/21 62/14 62/23 63/13
63/22 64/4 64/6 70/2 83/7 84/4
95/9 96/20 108/24 119/4 120/19
127/2 136/16 136/19 136/19 146/9
173/13 174/20
**they [185]**   11/22 12/17 12/22
13/16 13/16 13/19 13/21 14/8 14/8
14/16 15/17 15/18 18/11 18/17
18/20 19/12 19/20 20/3 20/5 20/6
20/12 20/17 20/25 21/2 21/6 21/6
21/8 21/10 21/11 21/18 21/24
22/10 22/15 22/16 22/22 22/23
23/1 23/7 23/8 23/8 23/15 23/22
23/23 24/18 24/18 24/21 24/23
25/3 25/4 25/6 30/16 31/10 34/11
42/2 43/8 43/12 43/14 43/19 44/8
44/8 44/9 44/13 44/13 44/21 51/3
51/4 55/23 56/7 56/8 56/9 57/12
57/13 57/14 57/16 57/19 58/6 59/7
63/12 63/14 63/24 64/25 65/1
65/10 65/13 67/15 71/20 72/2 72/2
72/15 75/22 75/23 76/1 76/2 79/17
82/19 84/5 84/5 84/6 87/1 89/24
90/11 90/12 90/12 92/7 92/7 92/11
93/8 94/21 94/24 94/25 94/25 95/2
95/4 95/5 95/5 96/15 97/8 99/11
101/9 101/11 102/6 102/21 102/24
104/17 109/1 113/25 118/19 118/20
120/7 121/3 124/21 131/14 132/11
134/22 134/22 134/24 134/25 135/6
137/3 141/12 141/12 142/9 142/16
143/7 143/15 143/16 144/4 145/22
148/25 149/10 149/22 151/12
151/12 151/13 151/18 151/19 153/1
153/3 154/24 155/2 155/2 155/3
156/21 157/3 163/24 163/25 165/8
169/16 169/20 173/6 173/25 175/24
176/4 177/20 178/1 178/10 178/23
180/15 180/23 183/7 183/9 183/10
183/12 183/13 183/13
**thing [13]**   19/9 53/9 58/22 94/21
116/3 118/21 121/8 127/9 128/19
129/17 143/12 168/21 174/3
**things [18]**   14/22 21/6 21/16
21/19 25/16 75/11 82/10 86/15
89/14 90/23 91/25 92/3 128/2
129/1 129/3 129/16 133/11 148/18
**think [45]**   17/14 21/1 21/13 21/15
23/10 25/6 25/16 26/2 53/14 55/22
55/23 56/20 57/5 57/11 58/1 58/2
60/3 63/15 67/1 67/14 67/22 67/24
71/22 75/6 83/11 88/17 88/18
88/24 90/18 101/25 127/12 129/2
133/24 134/6 139/5 142/5 143/23
147/14 149/3 155/10 159/22 159/23
177/12 183/11 183/20
**thinking [4]**   16/25 18/16 23/17
25/25
**third [5]**   83/6 157/9 163/15
163/16 175/18
**this [284]**
**those [72]**   5/22 9/22 10/23 14/22
18/25 26/3 26/4 26/5 30/16 30/22
31/4 31/5 33/20 33/22 33/22 42/1

42/3 57/17 61/14 62/22 64/14
66/14 66/16 84/7 89/10 92/2 92/3
92/3 92/6 92/9 92/17 92/19 94/4
94/13 94/18 94/23 95/2 95/15 96/3
96/7 96/9 96/14 97/3 98/16 98/18
101/7 101/9 109/18 109/19 110/7
119/19 119/22 120/5 121/21 122/4
132/13 132/20 133/10 134/15
134/16 137/5 137/11 137/13 144/3
144/21 145/21 149/16 149/23 154/1
155/18 169/18 173/15
**though [3]**   89/7 103/19 130/19
**thought [9]**   18/6 22/8 23/15 23/15
23/21 132/17 132/19 151/10 182/4
**thoughts [1]**   16/22
**thousands [6]**   58/7 58/7 59/5 59/5
59/7 74/7
**thread [1]**   23/11
**threat [8]**   8/13 9/25 10/6 13/11
20/5 173/8 174/22 179/23
**threatened [2]**   56/20 57/2
**threats [6]**   22/19 56/13 134/3
134/4 134/5 134/24
**three [7]**   48/10 73/11 73/11 133/6
150/4 157/7 159/22
**through [26]**   11/18 12/23 13/1
13/1 13/2 13/18 25/18 34/9 34/13
34/15 54/8 54/25 69/5 71/6 76/9
89/25 95/24 103/1 103/4 161/12
180/23 181/3 181/6 181/7 181/8
181/9
**throughout [2]**   16/21 177/4
**throwing [1]**   20/10
**thrown [2]**   90/23 136/6
**time [80]**   5/12 8/2 9/23 13/10
18/2 18/5 18/9 20/15 22/3 25/12
25/15 26/1 26/6 34/10 35/5 35/10
36/1 38/22 39/24 40/10 41/1 41/15
42/1 42/13 43/2 45/5 45/18 46/23
47/10 48/24 50/19 51/11 52/16
53/14 54/21 54/22 54/23 55/18
59/8 59/25 61/20 62/12 74/18
80/24 87/8 88/16 88/22 89/1 91/17
94/2 94/4 98/17 99/22 99/23 100/1
103/11 108/16 110/8 111/3 126/8
132/15 133/5 136/17 141/5 158/22
158/25 159/13 159/17 160/13 163/8
168/3 168/6 168/11 172/20 172/20
173/15 178/22 180/18 183/18
183/22
**timeframe [1]**   154/3
**times [5]**   9/18 79/15 86/21 86/24
175/9
**timing [2]**   5/21 5/24
**title [9]**   27/2 27/7 73/7 148/5
158/8 158/16 159/7 160/4 160/22
**today [6]**   7/22 17/6 28/5 112/6
120/11 130/22
**together [15]**   11/7 11/12 11/22
11/23 12/23 13/16 14/14 16/3
16/23 88/1 156/10 171/14 176/23
177/2 177/7
**told [7]**   25/5 54/3 56/7 57/24
59/18 89/2 172/22
**tomorrow [3]**   132/4 184/2 184/3
**tongue [1]**   55/24
**too [6]**   11/5 17/17 23/14 75/4
104/2 181/2
**took [7]**   16/1 90/16 90/18 95/16
131/14 135/6 166/3
**tool [1]**   175/7
**top [15]**   19/10 36/12 47/17 52/8
63/3 80/7 81/12 95/15 115/3
115/10 115/16 116/14 162/3 162/21
167/24
**toppling [1]**   13/6
**torn [1]**   182/22
**total [2]**   156/1 156/2
**totally [3]**   135/13 135/16 135/17
**touch [1]**   36/9
**tour [1]**   76/3
**tours [1]**   75/15

**toward [5]**   101/6 116/21 123/13
135/1
**towards [2]**   81/12 123/4
**town [1]**   22/21
**tracked [1]**   23/9
**trade [1]**   149/1
**traffic [2]**   56/3 60/19
**train [1]**   59/12
**training [2]**   59/10 59/11
**traitor [1]**   22/23
**traitors [1]**   10/18
**tranche [1]**   58/9
**transcribed [1]**   165/1
**transcript [2]**   1/9 185/4
**transfer [2]**   8/3 8/14
**transferred [1]**   16/2
**transmissions [3]**   92/17 92/19
93/20
**treated [1]**   126/21
**trespassed [1]**   13/15
**trial [24]**   1/9 5/2 5/9 6/22 7/3
10/24 11/5 15/8 16/4 16/13 16/21
17/1 17/11 19/16 24/12 24/23
25/13 62/15 62/21 63/23 65/21
65/25 69/8 166/2
**tried [4]**   49/16 90/8 96/22 176/14
**trip [1]**   10/3
**trouble [2]**   26/25 89/22
**truck [1]**   10/8
**true [2]**   104/13 185/4
**Trump [10]**   8/18 8/19 10/14 10/19
19/1 20/23 51/23 51/23 129/25
135/1
**try [6]**   24/18 49/17 65/9 67/25
77/21 89/25
**trying [9]**   8/25 31/11 63/12 63/14
65/3 127/3 129/14 179/1 179/2
**tunnel [1]**   21/14
**turn [7]**   27/17 49/15 77/20 80/23
124/20 135/2 150/13
**turned [5]**   12/21 14/8 14/9 65/2
67/8
**Turning [2]**   37/10 151/24
**TV [1]**   88/24
**tweet [4]**   10/14 10/19 133/22
133/23
**Twenty [1]**   74/11
**Twenty-four [1]**   74/11
**two [57]**   7/22 13/4 16/3 23/4
30/14 30/21 31/4 31/4 35/2 48/4
59/9 62/13 62/23 64/18 65/18
66/15 75/11 94/13 95/1 96/7 96/7
96/9 105/6 105/21 106/10 109/21
110/11 112/12 113/23 114/11 117/3
119/3 119/4 119/18 119/19 120/4
120/5 120/10 120/18 120/19 121/20
122/4 122/7 123/18 125/5 132/19
133/18 149/22 150/23 153/5 159/2
163/13 166/24 167/16 171/15
178/17 182/1
**type [9]**   29/10 42/5 46/18 67/6
116/18 127/4 130/6 144/9 162/5
**types [2]**   74/13 133/11
**typical [6]**   56/2 74/12 74/12
75/20 83/7 83/10
**typically [8]**   127/20 149/8 149/10
151/10 151/12 151/18 154/5 180/17

**U**

**U.S [2]**   1/16 1/23
**Uh [1]**   103/16
**Uh-huh [1]**   103/16
**ultimate [2]**   164/2 164/3
**ultimately [2]**   126/8 183/5
**unable [1]**   59/11
**unauthorized [3]**   114/16 119/13
121/1
**unavailable [1]**   152/17
**under [16]**   4/24 52/3 55/3 55/4
63/15 64/17 70/14 70/20 145/9
146/10 148/14 153/5 162/10 167/17
167/22 174/22

**U**

**underground [2]**   23/20 23/25
**underneath [2]**   22/25 51/19
**understand [6]**   6/10 25/25 69/5
72/25 137/12 177/25
**understanding [5]**   25/17 51/2
166/8 166/11 167/4
**Understood [1]**   137/5
**undoubtedly [1]**   24/17
**unfolded [1]**   110/15
**Unfortunately [1]**   104/7
**unhook [1]**   52/11
**union [5]**   142/9 142/11 142/13
142/14 180/5
**unit [10]**   73/8 86/25 87/4 87/24
104/13 120/25 131/1 133/7 134/3
134/8
**UNITED [40]**   1/1 1/3 1/10 4/3 4/7
11/1 15/13 26/9 66/16 66/21 68/9
68/15 69/23 70/13 73/4 73/20
73/23 84/2 121/19 127/10 135/17
144/1 145/19 147/13 148/3 151/1
152/13 152/20 154/21 155/12
155/14 157/8 157/8 157/17 158/8
158/16 159/7 160/4 160/22 161/13
**unknown [1]**   89/25
**unless [3]**   7/5 114/6 145/21
**unpacked [1]**   60/14
**unprecedented [1]**   8/1
**unscalable [5]**   129/6 129/22 131/7
133/12 134/23
**until [29]**   14/16 95/4 97/21 98/20
99/6 102/18 109/7 110/5 111/18
112/8 113/5 113/10 113/18 113/22
114/5 115/1 115/8 115/14 116/6
119/17 120/2 121/24 123/16 124/24
168/8 169/19 170/10 171/25 174/11
174/15 177/5 178/14 178/15
**untimely [2]**   5/1 5/13
**up [82]**   4/14 11/14 13/17 14/7
14/18 20/9 22/11 23/2 23/16 23/23
26/3 28/9 28/18 35/4 40/20 42/9
44/5 44/16 46/16 48/13 49/22 50/2
50/4 50/11 51/25 53/24 54/16
54/16 55/6 55/7 61/11 62/16 63/5
67/3 71/10 75/9 75/16 75/25 77/22
79/14 79/17 80/1 82/3 82/18 82/19
82/21 82/22 84/4 87/23 87/25 90/8
95/14 96/17 96/22 98/16 99/23
100/21 101/1 101/2 101/7 102/17
110/3 111/12 111/16 112/1 120/25
129/7 130/20 131/12 132/22 134/12
138/5 142/25 147/25 148/20 150/22
150/23 153/23 156/6 172/13 173/17
175/4
**uphold [1]**   73/22
**upon [2]**   59/5 162/25
**upper [30]**   14/5 14/7 14/14 16/11
76/12 79/10 79/22 79/25 80/6 80/9
93/24 97/15 98/23 100/16 101/7
109/20 112/16 113/15 117/19 118/6
118/14 119/10 119/14 120/24 121/2
121/4 122/11 123/22 125/11 128/25
**uprisings [1]**   13/6
**upset [2]**   20/15 142/16
**upstairs [1]**   100/20
**us [67]**   7/23 8/8 11/20 13/10
14/15 16/25 17/1 17/14 27/11
43/18 56/2 56/2 58/7 63/25 70/3
71/2 73/5 73/24 74/9 74/10 75/13
75/14 76/21 78/4 78/13 80/22 81/2
82/24 86/2 86/20 86/22 87/6 87/7
87/9 87/15 88/4 88/7 90/5 91/20
92/10 92/15 92/20 104/17 118/5
118/22 121/11 127/13 127/16 132/6
132/6 132/16 133/6 150/16 150/18
151/6 152/25 153/18 155/22 159/11
159/11 159/24 161/19 167/11
174/15 175/9 176/25 177/2
**US Capitol [1]**   80/22
**use [7]**   8/13 69/21 70/6 70/10
92/3 92/15 133/12
**used [16]**   3/5 8/13 36/23 64/9
65/5 82/13 82/16 83/11 83/12
85/13 90/12 91/2 132/11 136/12
173/19 175/7
**using [6]**   6/12 16/5 24/2 65/10
130/13 130/15
**usually [1]**   86/17

**V**

**vague [2]**   27/23 74/18
**vagueness [1]**   30/3
**valuable [1]**   26/2
**value [1]**   18/16
**vapor [1]**   103/25
**various [11]**   74/23 88/9 148/11
148/24 148/25 151/11 154/20
155/15 156/19 164/8 165/4
**vehicle [26]**   27/21 29/17 29/19
29/22 29/24 30/1 30/4 30/4 30/5
32/8 34/2 34/4 34/6 34/8 35/3
35/8 39/14 44/21 46/8 46/21 47/8
49/8 51/11 52/3 56/1 62/19
**vehicles [1]**   20/9
**verbatim [1]**   165/3
**verdict [1]**   16/15
**versus [8]**   4/3 66/16 66/21 68/9
69/23 70/3 70/13 133/12
**very [8]**   16/20 18/9 25/24 76/24
77/1 128/3 147/9 182/1
**vest [2]**   37/25 38/13
**vice [29]**   87/13 87/13 87/14 87/23
88/3 88/6 144/7 144/10 149/25
152/12 152/14 152/17 152/19
154/11 155/2 155/6 156/1 156/4
158/19 161/10 169/3 169/8 170/15
170/17 171/5 172/9 172/11 179/19
182/20
**video [51]**   9/10 9/20 10/2 10/21
13/13 15/12 15/23 17/9 17/11 72/2
93/6 93/7 93/21 97/7 97/11 99/22
99/23 100/19 101/12 101/13 101/24
102/1 104/10 106/14 107/21 108/2
109/9 110/15 111/4 111/19 112/9
114/8 116/7 117/7 126/4 141/7
141/13 142/1 166/3 166/6 166/7
166/9 166/17 166/23 168/6 168/9
170/11 172/1 175/13 181/19 181/20
**videos [13]**   71/4 92/9 112/5
136/10 136/14 136/19 137/6 137/7
137/8 137/9 137/10 137/11 137/13
**Vietnam [1]**   26/1
**view [7]**   13/21 78/4 80/21 81/2
82/2 144/23 155/13
**viewed [1]**   20/5
**viewing [1]**   61/18
**violate [1]**   70/15
**violation [3]**   65/8 72/4 72/7
**violence [11]**   8/13 9/6 9/25 11/19
13/12 16/6 17/10 18/3 134/25
143/20 145/15
**violent [2]**   9/4 135/2
**visible [1]**   175/14
**vision [2]**   21/14 178/1
**visit [1]**   75/21
**visiting [1]**   88/10
**visitor [2]**   76/5 87/10
**visitors [1]**   87/6
**visitors' [1]**   76/2
**vitae [3]**   63/6 64/10 64/12
**voice [2]**   89/3 89/4
**voiced [1]**   170/25
**volunteered [1]**   57/10
**vote [15]**   154/10 154/11 155/1
155/4 155/5 155/6 155/7 155/16
155/22 156/1 157/6 160/16 164/12
168/22 175/5
**voted [6]**   149/9 155/2 162/7 163/2
163/4 183/13
**votes [17]**   20/21 20/23 20/25
75/19 87/4 108/21 109/4 154/7
154/9 154/16 155/18 156/2 156/3
156/17 158/22 176/1 177/15
**vs [1]**   1/5

**W**

**Wait [2]**   69/18 77/10
**waiting [3]**   174/2 176/16 176/17
**walk [5]**   76/9 101/7 123/4 124/20
175/4
**walked [3]**   22/7 126/1 176/12
**walking [7]**   18/23 109/17 110/3
111/12 111/16 116/20 141/7
**wall [1]**   108/14
**walls [1]**   182/18
**want [36]**   4/16 6/4 7/4 7/5 10/16
14/18 15/20 17/13 19/15 19/16
22/16 23/12 25/7 25/18 43/6 43/14
43/23 52/23 53/10 54/6 62/5 67/20
67/20 71/11 75/4 81/11 89/2
101/22 109/21 124/3 128/19 133/13
134/16 135/9 135/10 144/20
**wanted [12]**   6/24 10/16 13/8 22/4
43/9 43/12 68/12 68/22 121/7
124/20 132/2 182/11
**wants [4]**   5/15 20/18 20/22 54/9
**warrants [1]**   20/12
**was [470]**   30/7
**was driven [1]**   30/7
**Washington [25]**   1/5 1/14 1/17
1/25 8/12 9/24 10/3 10/5 10/15
11/23 12/21 12/24 13/4 16/2 16/8
17/8 18/3 18/6 22/20 59/19 61/16
74/1 130/17 133/19 142/24
**wasn't [15]**   8/21 12/18 13/7 13/24
15/1 15/1 21/20 67/10 88/24
130/19 130/21 146/12 179/9 179/11
180/8
**waste [1]**   17/12
**watch [6]**   73/19 121/23 137/7
137/9 137/10 137/13
**watched [3]**   123/12 172/7 178/16
**watching [2]**   88/24 129/14
**way [33]**   7/7 11/19 11/21 12/19
12/21 16/3 19/20 19/23 22/3 24/1
53/8 54/18 58/1 60/3 72/25 90/4
90/25 91/16 102/12 102/17 130/4
130/7 131/14 137/7 137/10 137/13
141/23 142/16 149/13 169/8 174/3
179/19 180/14
**ways [3]**   17/19 156/19 173/19
**we [304]**
**we'll [26]**   16/13 29/13 32/13 36/3
36/19 39/2 41/3 41/17 43/4 46/15
47/12 49/1 51/13 52/18 62/9 67/25
101/24 106/4 116/6 116/6 117/3
122/15 122/20 125/16 128/7 164/20
**weapon [1]**   39/17
**weapons [6]**   8/11 10/8 12/4 12/10
12/11 12/21 16/1 16/8 60/10 60/11
61/15 76/11 118/19 136/16 141/14
141/17
**wear [1]**   137/16
**wearing [8]**   28/8 28/9 99/11 99/13
111/11 115/5 139/10 178/11
**website [2]**   13/2 13/2
**week [3]**   24/4 133/18 159/22
**weeks [6]**   8/7 8/10 16/5 23/4
57/13 57/24
**well [38]**   4/24 5/5 17/2 22/2 24/2
24/24 25/25 26/4 28/15 42/5 59/6
68/20 86/23 88/21 89/13 89/22
90/22 101/21 103/7 104/19 104/22
108/19 108/25 115/6 121/3 124/3
124/4 126/20 130/11 130/15 148/14
161/6 163/15 167/1 172/9 174/13
181/10 183/6
**went [16]**   14/7 18/6 23/1 59/11
71/16 71/21 89/8 90/3 90/9 159/21
163/22 164/8 176/21 177/4 182/2
182/3
**went a [1]**   90/3
**were [158]**   5/21 5/23 8/4 8/9 9/8

**were... [153]** 41/9 11/22 12/22
14/5 14/11 16/3 18/10 18/11 19/3
19/4 19/17 19/20 20/2 21/6 21/7
21/7 21/23 21/24 22/10 22/10 23/3
23/5 25/3 27/11 27/17 27/20 33/3
33/14 34/16 42/2 43/8 44/9 44/9
44/13 44/13 44/17 44/21 51/3
53/10 53/13 53/14 53/16 54/20
54/21 54/23 56/1 56/8 56/9 57/2
57/9 58/6 60/19 61/14 61/19 64/1
65/1 65/1 67/3 67/7 67/17 70/16
70/21 73/15 75/10 75/12 75/13
76/19 76/20 76/20 77/11 79/20
82/3 84/4 84/5 85/13 85/15 88/11
89/21 90/15 90/21 90/22 91/6
93/19 102/3 103/7 103/10 103/13
104/17 104/23 104/23 107/17
108/15 110/6 118/22 119/14 124/6
126/8 128/22 128/23 129/15 132/14
132/20 132/21 132/23 135/4 136/1
136/3 136/5 136/6 136/7 136/12
136/15 136/24 136/25 139/24
140/12 140/13 141/3 141/6 141/10
141/11 141/12 141/12 142/16 143/8
144/6 146/25 148/17 149/16 150/13
150/16 161/12 163/20 169/9 169/12
176/1 176/15 176/16 176/18 176/20
176/25 177/13 177/23 178/1 178/10
179/20 180/18 180/19 182/17
182/18 182/25 183/10 183/22
**weren't [1]** 136/16
**west [48]** 13/18 13/20 14/5 14/7
14/14 16/11 76/13 78/23 78/25
78/25 79/11 79/22 79/25 80/6 80/9
81/15 84/19 85/10 97/4 97/15
98/23 98/23 100/18 101/7 104/24
106/15 106/15 108/19 109/3 109/20
110/16 112/16 112/17 113/15
117/19 118/6 118/10 118/14 119/10
119/14 120/24 121/2 121/4 122/11
123/22 125/9 125/11 139/8
**Westlaw [1]** 70/13
**what [298]**
**whatever [8]** 72/19 94/20 137/2
137/4 143/17 174/5 177/7 178/23
**when [73]** 4/23 5/21 7/23 8/18
10/5 10/19 11/8 12/19 12/20 12/24
13/3 13/21 14/6 15/1 18/20 19/19
20/21 23/21 24/15 24/20 25/1
27/23 28/3 28/10 37/3 41/8 44/9
53/9 53/15 55/24 57/8 57/25 66/7
68/13 68/13 73/5 74/5 75/20 79/15
82/18 82/21 84/4 84/7 88/11 89/9
89/19 89/23 90/5 90/7 98/16
104/24 112/5 128/19 133/23 135/3
145/22 146/25 150/9 151/17 152/17
156/9 156/21 159/15 160/14 170/21
170/22 175/19 177/11 179/21
179/23 180/1 181/25 182/15
**whenever [3]** 79/14 118/16 180/3
**where [70]** 13/4 14/5 17/14 23/1
26/22 30/24 33/3 34/23 35/6 36/10
36/21 39/19 41/25 42/15 44/17
46/6 46/20 49/6 50/9 67/6 67/14
69/7 72/14 73/3 73/24 74/2 74/24
79/20 85/8 86/18 86/19 88/23 89/6
92/2 94/7 94/13 94/18 94/23 95/2
95/4 95/9 95/14 95/15 97/8 97/17
98/11 98/14 101/9 109/18 113/14
114/15 125/25 133/18 136/4 136/15
143/23 144/13 146/8 148/1 153/2
155/22 162/21 167/19 167/22 173/5
175/15 176/1 176/15 177/6 179/16
**Whereupon [48]** 30/9 32/16 33/17
34/15 35/15 36/6 37/8 39/5 40/4
40/15 41/6 41/20 42/20 44/1 45/10
46/13 47/3 47/15 49/25 50/24
51/16 52/21 70/21 78/10 81/8 82/8
83/24 85/3 86/7 93/16 100/12
105/18 106/7 106/22 110/25 113/2

114/24 117/15 122/18 124/6 125/19
130/7 130/17 140/20 146/20 152/16
165/25 167/8
**whether [21]** 5/12 15/13 15/15
31/24 54/19 55/6 58/16 61/9 63/24
72/5 88/3 90/25 104/16 118/18
118/20 129/19 146/17 182/4 182/6
182/7 182/7
**which [35]** 5/6 17/8 17/9 20/21
23/16 37/11 54/16 62/15 63/5 65/2
65/20 65/23 66/16 67/4 67/6 68/13
68/23 70/14 71/17 91/1 94/11
102/13 111/6 134/10 148/22 153/9
154/8 154/13 154/17 155/15 155/18
162/25 171/4 172/14 173/22
**whichever [1]** 130/16
**while [12]** 11/3 11/24 12/5 14/15
50/4 51/24 62/10 119/13 149/10
159/18 164/3 172/8
**whispered [1]** 139/14
**white [16]** 99/4 99/10 109/14
111/23 115/5 115/12 115/21 116/4
117/24 118/3 128/1 134/22 135/5
135/12 135/14 145/17
**who [71]** 6/10 8/4 8/9 17/1 19/8
19/17 20/4 20/5 21/3 21/7 22/17
23/7 23/14 27/11 28/15 31/7 31/18
53/13 64/11 64/13 74/24 87/12
87/18 104/16 115/17 115/19 137/3
138/2 138/16 144/10 148/13 151/9
151/15 151/22 152/7 152/10 152/14
152/16 152/19 152/22 153/25 154/1
154/12 154/22 155/5 155/6 155/25
156/4 156/21 158/1 159/12 161/5
163/7 164/2 165/6 168/19 169/22
169/25 170/3 170/13 171/5 171/5
173/2 173/4 176/25 178/2 179/7
180/6 180/12 182/2 182/10
**whoever [4]** 21/3 86/18 86/19
130/17
**whole [8]** 19/9 25/19 72/15 72/15
102/22 102/24 127/15 144/12
**whose [1]** 32/21
**why [27]** 10/13 14/1 21/23 24/24
25/14 25/14 57/23 60/25 66/14
87/3 87/21 88/20 91/23 104/21
108/18 108/24 118/11 118/12 121/2
126/25 130/22 139/20 132/10 134/7
134/19 174/16 179/9
**wide [1]** 148/18
**wife [1]** 23/1
**wild [3]** 10/15 133/22 133/23
**will [131]** 4/15 5/9 5/10 6/2 6/23
6/25 8/16 9/2 9/6 10/5 10/6 10/9
10/20 10/22 10/24 11/1 11/7 11/8
11/11 11/16 11/17 11/20 11/22
11/25 12/2 12/3 12/6 12/9 12/10
12/12 12/14 12/16 12/22 12/25
13/1 13/4 13/19 13/21 13/23 14/6
14/8 14/13 14/16 14/19 15/9 15/10
15/12 15/16 15/18 16/4 16/15
17/11 17/17 19/1 19/2 19/25 24/17
24/25 25/16 34/19 35/5 38/6 54/3
57/11 58/6 59/14 60/3 62/16 62/21
63/5 63/7 64/21 65/17 66/2 66/13
66/15 66/20 66/24 67/15 68/4 69/9
69/11 70/19 71/1 71/2 71/3 71/5
71/11 72/1 72/2 72/2 72/14 77/12
77/20 77/21 77/23 80/14 81/10
81/20 81/20 86/19 95/20 107/14
123/2 129/11 133/22 133/23 134/19
138/23 139/19 142/9 145/5 146/8
154/1 154/4 154/24 154/25 155/1
155/3 155/3 160/24 165/22 171/12
171/18 171/18 172/18 174/4 174/5
184/1 184/2 184/2
**WILLIAM [1]** 1/15
**win [1]** 135/1
**wind [1]** 104/7
**window [1]** 22/25
**windows [1]** 181/8
**wing [13]** 80/5 97/15 97/17 98/12

98/13 117/7 117/18 117/19 153/6
154/23 167/7 167/17 167/18 167/21
165/25 167/8
**wings [2]** 153/5 167/16
**winner [1]** 155/17
**winners [1]** 154/23
**winning [1]** 155/1
**winter [1]** 23/2
**wise [1]** 135/16
**wishes [1]** 70/16
**wisps [1]** 103/1
**withdrawn [2]** 178/17 178/19
**within [19]** 4/24 14/12 31/1 33/20
35/21 39/18 42/2 42/16 46/19
70/10 74/2 128/25 154/2 160/11
161/8 162/13 164/4 179/1 180/20
**without [9]** 12/12 24/23 65/4 65/6
104/18 104/21 130/6 176/21 180/17
**witness [27]** 18/15 26/8 36/11
39/21 59/24 62/5 62/7 62/10 67/22
68/11 68/19 69/10 69/11 69/17
70/23 71/1 71/12 71/15 83/5 97/20
139/17 139/20 147/11 147/14
175/12 175/17 176/7
**witness' [1]** 141/19
**witnesses [7]** 2/2 6/7 6/8 6/25
10/23 65/4 65/9
**wives [1]** 20/11
**won [4]** 24/8 25/7 154/17 171/5
**won't [2]** 7/16 158/15
**wondering [2]** 21/17 57/23
**woods [1]** 22/17
**word [1]** 167/22
**words [4]** 9/22 10/17 145/19 146/9
**work [26]** 12/1 26/22 27/4 27/10
27/13 28/10 29/11 32/11 33/7
54/25 73/3 74/6 77/20 86/18 86/19
88/11 88/16 119/13 126/10 148/1
150/3 150/11 163/17 165/6 178/7
183/19
**worked [10]** 11/12 77/2 134/3
134/10 143/12 148/3 149/12 164/10
176/22 178/4
**working [9]** 53/8 54/17 54/20
55/12 73/5 81/21 92/12 150/7
150/14
**world [1]** 15/4
**worn [1]** 49/14
**worth [2]** 67/23 139/14
**would [101]** 10/11 14/12 18/9
18/16 22/25 23/19 26/25 31/7
31/12 31/18 40/20 42/9 43/13
43/18 48/16 49/16 51/3 51/4 52/11
53/9 53/15 54/16 56/7 57/17 58/24
61/20 62/25 63/2 65/11 67/8 69/1
69/16 71/14 72/5 72/6 72/7 74/7
74/7 74/15 75/2 77/16 78/14 78/17
80/12 86/3 88/14 101/9 102/13
118/23 119/10 124/21 126/24
127/19 128/24 130/4 131/11 132/3
132/5 132/6 132/12 132/18 133/12
134/6 134/8 134/22 140/20 142/22
142/25 143/2 147/6 147/25 148/20
148/22 153/8 153/12 156/25 159/22
161/25 162/9 163/1 163/1 163/3
163/17 163/24 163/25 167/18
167/19 168/21 170/23 170/24 171/2
171/3 171/4 171/4 175/5 175/5
176/3 179/13 180/7 180/10 180/23
**wouldn't [2]** 24/24 130/23
**wrap [1]** 134/22
**written [2]** 15/11 59/19
**wrong [1]** 55/17
**wrote [1]** 15/3

**X**

**X-ray [2]** 76/7 76/8

**Y**

**yards [1]** 20/9
**yeah [22]** 23/11 23/17 24/11 30/24
35/7 74/23 86/13 90/24 92/8 99/10
104/7 108/20 112/17 131/6 134/14

**Y**

**yeah... [7]**   141/18 145/2 158/17
168/14 178/11 181/4 182/22
**year [2]**   64/4 154/18
**years [15]**   7/22 25/5 25/10 57/18
59/9 73/11 73/11 76/21 127/11
127/16 134/1 150/4 150/6 178/4
183/2
**yelling [2]**   90/22 142/3
**yes [219]**
**Yogananda [2]**   140/9 140/17
**York [1]**   1/14
**you [671]**
**young [1]**   169/11
**your [155]**   4/5 4/6 4/11 5/16 6/3
6/9 6/15 6/17 7/13 7/14 7/17 7/20
9/14 9/21 17/2 24/5 25/1 25/7
25/10 25/18 25/18 25/25 26/7
26/14 26/18 27/2 27/7 27/10 27/13
27/22 27/24 28/10 28/24 29/11
29/13 29/15 30/2 31/9 32/11 33/7
33/12 36/9 36/13 37/10 43/6 43/10
43/17 51/2 52/22 52/25 53/7 53/21
54/6 57/24 58/6 58/11 59/6 59/22
60/12 60/13 60/17 61/13 61/25
62/1 62/3 62/5 62/12 62/17 63/15
63/18 64/20 64/23 64/24 65/16
65/17 67/2 67/14 68/2 68/11 68/18
68/23 69/11 69/15 70/25 71/4 71/8
71/12 72/9 72/16 72/21 73/7 73/12
73/15 74/17 76/7 76/11 76/21 77/1
77/16 80/23 86/9 91/10 94/4 98/18
104/21 112/25 124/4 126/14 126/23
127/16 128/17 128/23 128/25 129/9
129/13 129/18 130/13 130/22
131/16 131/17 132/25 136/21
136/23 137/22 138/9 138/24 139/5
139/13 139/16 140/23 142/6 142/9
142/14 142/14 145/7 145/12 146/5
146/9 146/21 147/12 147/22 148/5
148/17 149/3 149/4 149/20 163/18
163/20 164/10 169/9 175/20 179/25
180/8 181/10 183/2
**yourself [1]**   133/25

**Z**

**zone [1]**   109/3
**zoom [4]**   24/6 107/4 110/11 113/16
**Zuckerberg [2]**   59/17 60/4

