<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                        Criminal Action
 4            Plaintiff,               No. 1: 21-392-1

 5        vs.                          Washington, DC
                                       July 7, 2023
 6   ALAN HOSTETTER,
                                       10:14 a.m.
 7            Defendant.
     _____/
 8

 9              TRANSCRIPT OF BENCH TRIAL
            BEFORE THE HONORABLE ROYCE LAMBERTH
10              UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:      JASON MANNING
13                           DOJ-CRM
                             Criminal Division, Fraud Section
14                           1400 New York Avenue NW
                             Washington, DC 20005
15
                             ANTHONY WILLIAM MARIANO
16                           U.S. ATTORNEY'S OFFICE FOR DC
                             601 D Street, NW
17                           Washington, DC 20530

18
     For the Defendant:      KARREN KENNEY
19                           KENNEY LEGAL DEFENSE
                             2900 Bristol Street
20                           Suite C204
                             Costa Mesa, CA 92626
21

22
     Court Reporter:         SHERRY LINDSAY
23                           Official Court Reporter
                             U.S. District & Bankruptcy Courts
24                           333 Constitution Avenue, NW
                             Room 6710
25                           Washington, DC 20001
</pre>

```
 1                    TABLE OF CONTENTS

 2                         WITNESSES

 3    On Behalf of the Government:

 4    Daniel Schwager

 5         Cross-examination continued by Mr. Hostetter     4

 6    Russell Taylor

 7         Direct examination by Mr. Manning               10

 8

 9                         EXHIBITS
```

| | |
|---|---|
| Government Exhibit 927.01 | 20 |
| Government Exhibits 927.02, 927.03 | 20 |
| Government Exhibit 602.48 | 25 |
| Government Exhibit 927.03 | 27 |
| Government Exhibit 908 | 29 |
| Government Exhibit 908.01 | 31 |
| Government Exhibits 908.03, 908.04, 908.05, 908.08 | 31 |
| Government Exhibits 908.11, 908.12, 908.14, 908.17 | 31 |
| Government Exhibits 908.18, 908.19, 908.20, 908.21 | 31 |
| Government Exhibit 907.01 | 35 |
| Government Exhibits 907.06 – 907.08 907.10, 907.12, | 36 |
| Government Exhibits 907.14, 907.15, 907.17 – 907.22 | 36 |
| Government Exhibits 907.24 – 907.27 | 36 |
| Government Exhibit 909 | 41 |
| Government Exhibit 909.4 – 909.06 | 42 |
| Government Exhibit 602.49 | 56 |
| Government Exhibit 901.03 | 10 |
| Government Exhibit 906 | 65 |
| Government Exhibit 305 | 67 |
| Government Exhibit 602.51 | 74 |
| Government Exhibit 307 | 79 |
| Government Exhibit 905 | 83 |
| Government Exhibit 515 | 85 |
| Government Exhibit 520 | 92 |
| Government Exhibit 521 | 93 |
| Government Exhibit 308 | 95 |
| Government Exhibit 309 | 96 |
| Government Exhibit 902.02 | 99 |
| Government Exhibit 902.03, 902.04, 902.06 | 99 |
| Government Exhibit 902.1 | 101 |
| Government Exhibit 908.11A | 106 |

```
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        EXHIBITS CONTINUED

2

   Government Exhibit 522                              110
3  Government Exhibit 903.01                           112
   Government Exhibit 903.02, 903.03                   113
4  Government Exhibit 602.11                           116
   Government Exhibit 904.03 - 904-07                  117
5  Government Exhibit 602.13                           130
   Government Exhibit 310                              133
6  Government Exhibit 516                              137
   Government Exhibit 406                              141
7  Government Exhibit 822                              145
   Government Exhibit 823                              146
8  Government Exhibit 829                              147
   Government Exhibit 602.16                           157
9  Government Exhibit 334                              159
   Government Exhibit 407                              160
10 Government Exhibit 410                              161
   Government Exhibit 311.01                           163
11 Government Exhibit 303                              164
   Government Exhibit 408                              166
12 Government Exhibit 409                              168
   Government Exhibit 602.35                           172
13 Government Exhibit 330                              176
   Government Exhibit 403                              179
14 Government Exhibit 404                              183
   Government Exhibit 316.01                           189
15 Government Exhibit 402                              197
   Government Exhibit 312.01                           198
16 Government Exhibit 318                              203

17

18

19

20

21

22

23

24

25

1                        P R O C E E D I N G S

2          THE COURTROOM DEPUTY:  This is criminal case

3    21-392-1, United States of America versus Alan Hostetter.

4    Starting with the government, please approach the podium and

5    state your appearance for the record.

6              MR. MARIANO:  Good morning, Your Honor.  Anthony

7    Mariano for the United States joined by my colleague Jason

8    Manning and our paralegal, Brittany Sheff.

9              MR. HOSTETTER:  Good morning, Your Honor.  Alan

10   Hostetter representing myself pro se with my advisory counsel,

11   Ms. Karren Kenney.

12             THE COURT:  The witness may resume the stand.  I

13   remind you, you are still under oath.  Mr. Hostetter, you may

14   cross-examine.

15                        CROSS-EXAMINATION

16   BY MR. HOSTETTER:

17       Q.  Good morning, Mr. Schwager.

18       A.  Good morning.

19       Q.  Just a few brief questions for you here.  Were you

20   personally aware that hundreds of thousands, if not a million

21   Americans would be traveling to Washington, DC to protest right

22   outside the walls of Congress on January 6 during the joint

23   session of Congress?

24       A.  I was not aware of the number -- of any of the numbers

25   that you mentioned.  I was aware that people would be

CROSS-EXAMINATION OF DANIEL SCHWAGER                    5

1    traveling, as they often do around that time.

2         Q.  Were you ever informed by anyone in your chain of

3    command, if you will, that there was going to be a large

4    protest of some sort?

5         A.  I was aware there would be a large gathering and a

6    rally.  I don't know what it was consisting of.  And I don't

7    know the numbers of -- I don't know if I was told about any

8    numbers.

9         Q.  As far as the numbers or the people being there for

10   any reason at all, what was the point of contention, why were

11   they coming to Washington, DC to protest?

12        A.  I mean, I have a recollection of -- from the press,

13   not that it was a point of discussion as to why in my office.

14   But I certainly was aware of the viewpoints of the president at

15   that time and his followers.  And I was aware that there were

16   senators and members of Congress who had concerns and American

17   people who shared in those concerns.

18        Q.  What were those concerns?

19             MR. MARIANO:  Objection; relevance.

20             THE COURT:  Overruled.

21             THE WITNESS:  I understood that there were

22   allegations being made about the conduct of the elections.  And

23   there were claims being made such as rigged and stolen and

24   generally that type of concern.  I believe that is -- I believe

25   I was under the impression that is what the rallies and almost

1   anything that the then-president was involved in would center

2   around.

3   BY MR. HOSTETTER:

4       Q.  Okay.  If the debate going on inside had not been

5   interrupted by a riot, what were the possible outcomes of the

6   debate?

7       A.  The law provides for what procedures to follow if a

8   state's electoral college ballot is objected to and the

9   chambers sustain the objection.

10      Q.  Was a possible outcome of the debate that some of

11  these electors or the votes in general might be sent back to

12  the individual states for further investigation into the

13  possibility of voter fraud?

14      A.  I am not aware of that being one of the possibilities

15  provided by law.

16      Q.  In the video that I saw yesterday that the prosecution

17  showed, I think I saw Mr. Paul Gosar of Arizona speaking.  He

18  had a mask on.  I believe he was one of the first to make this

19  protest about the election fraud in Arizona.  And I believe

20  that is around the time the security precautions started to be

21  taken and the announcement of the breach took place; is that

22  correct?

23      A.  That is my understanding as well, yes.

24      Q.  Well, one of the outcomes of this debate was not that

25  these election results would be sent back to the states and

CROSS—EXAMINATION OF DANIEL SCHWAGER

1    looked at further, what was the point of the debate if that was

2    not one of the outcomes?

3        A.  As I said, I believe the law provides for certain

4    procedures to follow if an objection is sustained.  I don't

5    recall what those procedures are off the top of my head.  I

6    believe they are contained in some of the government's exhibits

7    and/or sections of Title 3 of the United States Code.

8        Q.  And correct me if I am wrong.  I want to just

9    summarize something that I heard.  That you were vaguely aware

10   that there were some concerns about voter fraud across the

11   country?

12       A.  I was aware of what was being reported almost daily in

13   the press.

14       Q.  And I am not quite sure I understand how definitive

15   you are on whether or not one possibility of that debate going

16   on inside the Congress would be that the results of the

17   election from individual states would be looked at and possibly

18   sent back to the states for further investigation.  If I recall

19   correctly, I think it was going to be a 10—day investigation or

20   something.  But they would be sent back to the states.  And

21   there was a possibility at least, a remote possibility that

22   they might be investigated further.  And that investigation

23   could have resulted in an overturning of the election, send it

24   the other way.  Am I incorrect in my assumption?

25       A.  I am not aware of that being a legal possibility.

1    Whether it is or not, I am not aware whether that was one of

2    the legal possibilities of this proceeding.  I am aware that

3    Senator Cruz proposed a 10—day investigation.  I am aware that

4    there was talk about States trying to take actions.  But I am

5    not aware whether that is one of the procedures provided in

6    Title 3 of the United States Code for what happens if an

7    objection is sustained.

8         Q.  In your position, are you the expert on such matters?

9         A.  I am not the primary expert.  I was one of the people

10   who was more expert in those situations.  But the -- excuse me.

11   The interpretation of the rules of procedure and in the Senate

12   and the House is principally a matter for the parliamentarians

13   to advise each chamber.  I would not have advised the Senate as

14   a whole on such matters.

15        Q.  I want to confirm, you are a trained lawyer; correct?

16        A.  I am.

17        Q.  How many years have you been in your position?

18        A.  I was in that position a total of almost six years.

19        Q.  And how many certifications have you been a part of?

20        A.  That was my second.

21             MR. HOSTETTER:  I have nothing further, Your Honor.

22             THE COURT:  Okay.

23             MR. MARIANO:  No redirect examination.

24             THE COURT:  Okay.  You can step down.

25             Next witness.

CROSS−EXAMINATION OF DANIEL SCHWAGER                    9

1              MR. MARIANO:  Your Honor, before we call the next

2    witness, I understand there were two exhibits that we discussed

3    yesterday that I had not formally moved into evidence.  Those

4    are Government Exhibits 706, which is Title 3, United States

5    Code section 16, and Government Exhibit 809, which is the pair

6    of shoes shown during Sergeant Kennedy's testimony.  So we

7    would move those in at this point.

8              THE COURT:  706 is received.  What was the other one?

9              MR. MARIANO:  809.

10             THE COURT:  What is it?

11             MR. MARIANO:  That is the pair of shoes that Sergeant

12   Kennedy showed.

13             THE COURT:  They are both received.

14             MR. MARIANO:  Thank you.

15             (Whereupon, Government Exhibit No. 706 was admitted.)

16             MR. MARIANO:  Mariano.

17             MR. MANNING:  Your Honor, before we start with the

18   next witness, can I just ask what time the Court would like to

19   break for lunch?

20             THE COURT:  I can't hear you.

21             MR. MANNING:  Before we start with the next witness,

22   may I ask what time the Court would like to break for lunch?

23   We expect this witness to go much beyond --

24             THE COURT:  It sort of will depend on where our break

25   in the witness goes.  Around 12:30 or so.

1          MR. MANNING:  Okay.  Thank you.

2          THE COURT:  I don't have anything scheduled at lunch

3    today.

4          MR. MANNING:  Okay.

5                    RUSSELL TAYLOR, sworn

6          THE WITNESS:  Yes.

7          THE COURTROOM DEPUTY:  Thank you.

8                    DIRECT EXAMINATION

9    BY MR. MANNING:

10         Q.  Good morning, sir.

11         A.  Hello.

12         Q.  Can you please state and spell your name for the

13   record?

14         A.  Russell Brian Taylor; R-U-S-S-E-L-L, B-R-I-A-N,

15   T-A-Y-L-O-R.

16         Q.  What community or area do you live?

17         A.  Ladera Ranch, California.

18         Q.  Is that in southern California?

19         A.  Yes.

20         Q.  Could I ask you to try to pull maybe the microphone a

21   little bit towards you?  Thank you.

22         Have you lived in that area for many years?

23         A.  Yes.

24         Q.  Do you have a college degree?

25         A.  Yes.

1    Q.  And, generally speaking, what type of work do you do?

2    A.  Technology and experience marketing.

3    Q.  Is the use of social media and online communications

4  part of your work?

5    A.  Yes.

6    Q.  Do you consider yourself pretty skilled in that area?

7    A.  Yes.

8    Q.  Separate from your work in the years 2015 through

9  2020, approximately, were you politically active?

10   A.  Yes.

11   Q.  Did you follow the 2020 presidential election?

12   A.  Yes.

13   Q.  And were you active in the run up to that election?

14   A.  Yes.

15   Q.  Did you organize any events?

16   A.  Yes.

17   Q.  Do you organize any of those events in coordination

18  with other people?

19   A.  Yes.

20   Q.  Are any of those people in the room today?

21   A.  Yes.

22   Q.  Can you identify who you see?

23   A.  Alan Hostetter in the black suit.

24   Q.  What is he wearing?

25   A.  A dark suit and tie.

1      Q.  Let the record reflect that Mr. Taylor identified

2   Mr. Hostetter.  Going back to the 2020 election, were you happy

3   with the results of that election?

4      A.  No.

5      Q.  Did you take any actions following the election?

6      A.  Yes.

7      Q.  Did you come to Washington, DC?

8      A.  Yes.

9      Q.  Did you come more than once?

10     A.  Yes.

11     Q.  How many times?

12     A.  Two times.

13     Q.  Was one of the times for the events of January 6th,

14   2021?

15     A.  Yes.

16     Q.  And throughout your testimony today, can we both use

17   the phrase January 6 as a shorthand for January 6, 2021?

18     A.  Yes.

19     Q.  In your own words, what was happening in Washington,

20   DC on January 6 specifically?

21     A.  It was the certification of the 2020 election.

22     Q.  And do you know which branch was supposed to certify

23   the results of the election?

24     A.  Congress.

25     Q.  And did you coordinate your travel plans on January 6

1   with anyone in particular?

2         A.   Yes.

3         Q.   Who?

4         A.   Several people.

5         Q.   Can you name a few of them?

6         A.   Alan Hostetter, Morton Irvine-Smith and a handful of

7   other people that were in the group that we had.

8         Q.   Did you carry any items with you on January 6th?

9         A.   Yes.

10        Q.   What types of items?

11        A.   Weapon, protection, protective armor, hatchets,

12   knives, pepper spray, stun batons, water, things like that.

13        Q.   How did you get those weapons from California to

14   Washington, DC?

15        A.   They were traveled by truck with Alan.

16        Q.   So who was responsible for getting those weapons to

17   Washington, DC?

18        A.   Alan.

19        Q.   Did you go on the grounds of the Capitol building on

20   January 6?

21        A.   Yes.

22        Q.   Was Mr. Hostetter with you?

23        A.   Yes.

24        Q.   Was he with you for most of the day on January 6th?

25        A.   Yes.

1          MS. KENNEY:  I'm sorry.  I am going to object, vague

2     as to time.

3          THE COURT:  Overruled.

4     BY MR. MANNING:

5     Q.  When you were on the -- I'm sorry.  Did you say you

6     were on the grounds of the Capitol building on January 6th?

7     A.  Yes.

8     Q.  Were there lots of other people there as well?

9     A.  Yes.

10     Q.  And what were you, Russell Taylor hoping would be the

11     outcome of all of these people going to the Capitol on

12     January 6th?

13     A.  Basically with the amount of people that we had there,

14     that we would intimidate Congress to challenge the elector and

15     take it back to the states and make sure they did that on that

16     day.

17     Q.  What did you want to see as the end result of it being

18     as you said, taken back to the states?

19     A.  That Trump would win, find the fraud of the election

20     at the state level and that Trump would be elected.

21     Q.  Are you familiar with the phrase, Stop the Steal, as

22     it was being used in the aftermath of the 2020 election?

23     A.  Yes.

24     Q.  What did the steal refer to?

25     A.  The stolen 2020 election.

1        Q.  So on January 6th, did you hope that this group of

2   people on the Capitol would somehow stop the results of the

3   election that you guys didn't like?

4        A.  Yes.

5        Q.  Had you communicated a lot with Mr. Hostetter about

6   the election before January 6?

7        A.  Yes.

8        Q.  Was he also unhappy with the election results?

9        A.  Yes.

10       Q.  Did he share your goals on January 6?

11       A.  Yes.

12            MS. KENNEY:  I am going to object, Your Honor, calls

13   for speculation and it is vague as to --

14            THE COURT:  It is sustained.  You have to lay a

15   foundation for that.

16            MS. KENNEY:  -- move to strike.  I'm sorry.  I didn't

17   hear that.

18            THE COURT:  I said that was sustained.  He has to go

19   back and lay a foundation for that.

20            MS. KENNEY:  Was it stricken?

21            THE COURT:  It is stricken until he lays a

22   foundation.

23            MS. KENNEY:  Thank you.

24   BY MR. MANNING:

25       Q.  You testified that you communicated a lot with

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    Mr. Hostetter about the election before January 6th?

2         A.   Yes.

3         Q.   Had you also communicated with him about the

4    anticipated election in the weeks before the election in

5    November?

6         A.   Yes.

7         Q.   Okay.  In those communications did he frequently

8    express a preference for the outcome he wanted to see?

9         A.   Yes.

10        Q.   And what was the outcome that he wanted to see?

11        A.   That President Trump would be elected.

12             THE COURT:  I cannot hear that.

13             THE WITNESS:  That President Trump would be elected.

14   BY MR. MANNING:

15        Q.   When you traveled to DC for January 6th, did you

16   discuss the goals of your trip together?

17        A.   Yes.

18        Q.   And did he indicate what outcome he wanted to see?

19        A.   That President Trump would be elected.

20        Q.   Mr. Taylor, after January 6, were you charged with

21   crimes related to your conduct on January 6?

22        A.   Yes.

23        Q.   Have you since pleaded guilty to a crime arising from

24   your involvement in those events?

25        A.   Yes.

DIRECT EXAMINATION OF RUSSELL TAYLOR

1          Q.  Did you and your attorney sign a written plea

2     agreement?

3          A.  Yes.

4          Q.  Did an attorney for the government also sign the plea

5     agreement?

6          A.  Yes.

7          Q.  Government Exhibit 1104, please.  Can we scroll down

8     so Mr. Taylor can see the first couple of pages?

9          Mr. Taylor, do you recognize this?

10          A.  Yes.

11          Q.  What is it?

12          A.  This is my plea agreement.

13          Q.  Can we scroll all of the way to the bottom.  Did you

14     sign this?

15          A.  Yes.

16              MR. MANNING:  Your Honor, move to admit Government

17     Exhibit 1104.

18              THE COURT:  Received.

19     BY MR. MANNING:

20          Q.  Did you plead guilty to conspiring to obstruct an

21     official proceeding?

22          A.  Yes.

23          Q.  As part of your pleading guilty to that charge, did

24     the government agree to not prosecute for other crimes arising

25     from January 6, including other crimes that you were charged

DIRECT EXAMINATION OF RUSSELL TAYLOR                18

 1   with in an indictment?

 2        A.  Yes.

 3        Q.  Did you also agree to cooperate with the government as

 4   part of your plea agreement?

 5        A.  Yes.

 6        Q.  Are you hoping to receive any benefit in return for

 7   your cooperation?

 8        A.  Only what is here in my plea agreement.

 9        Q.  Just in your own words, what benefit are you hoping to

10   get by virtue of cooperating with the government?

11        A.  When I pled guilty here with Judge Lamberth, I was

12   given no promises.  In fact, he told me himself he didn't know

13   what the outcome would be.  So I don't know.

14        Q.  But are you hoping by virtue of cooperating and

15   testifying for the government you will have a better outcome

16   than you might otherwise?

17        A.  Yes.

18        Q.  You said the Court has not made any specific promise

19   to you.  Has the government made any specific promise to you

20   about the sentence you will get?

21        A.  No.

22        Q.  And are there various provisions in the plea agreement

23   about the terms of your cooperation?

24        A.  Yes.

25        Q.  And does the agreement specifically provide that if

1   you were to commit perjury in your testimony, that you could be

2   separately prosecuted for that?

3       A.  Yes.

4       Q.  Did you meet with -- we can take this down.  Did you

5   meet with prosecutors and FBI agents in this investigation many

6   times before you reached your plea agreement?

7       A.  After I was indicted, yes.

8       Q.  Many times?

9       A.  Many times, yes.

10      Q.  And in the beginning, was it difficult to have

11  prosecutors and FBI agents asking you lots of questions about

12  yourself and people close to you?

13      A.  Yes.

14      Q.  I would like to bring up Government Exhibit 927.01.

15  Do you recognize this?

16      A.  Yes.

17      Q.  And what is it?

18      A.  This seems to be a text message between myself and

19  Alan.

20      Q.  And is there a -- can you describe the portion of the

21  message that you wrote?

22      A.  I am the gray ending in 9210.

23      Q.  What is the blue?

24      A.  That would be from Alan.

25      Q.  Okay.  And is this a fair and accurate representation

1    of a message you exchanged with Mr. Hostetter?

2         A.   Yes.

3              MR. MANNING:   Move to admit Government

4    Exhibit 927.01.

5              Any objection to 927.01?

6              MS. KENNEY:   No, Your Honor.

7              THE COURT:   Received.

8              (Whereupon, Government Exhibit No. 927.01 was

9    admitted.)

10   BY MR. MANNING:

11        Q.   And, Mr. Taylor, have you also previously reviewed

12   exhibits that are marked as Government Exhibits 927.02 and

13   927.03?

14        A.   Yes.

15        Q.   And are they also messages that you exchanged with

16   Mr. Hostetter?

17        A.   Yes.

18        Q.   Are they all fair and accurate copies of those

19   messages?

20        A.   Yes.

21             MR. MANNING:   For efficiency's sake, Your Honor, we

22   will move to admit 927.02 and .03?

23             THE COURT:   Received.

24             (Whereupon, Government Exhibit Nos. 927.02, 927.03

25   were admitted.)

1    BY MR. MANNING:

2        Q.  So turning to this exhibit in front of us, 927.01, can

3    we blow up the three messages so we can see the messages.

4        What is the date of this message?

5        A.  August 15th, 2020.

6        Q.  Okay.  And is this around the time that you met with

7    Mr. Hostetter or had you met him earlier?

8        A.  Earlier.

9        Q.  Can you describe how you met him?

10       A.  We first met at, I believe, the second event that he

11   coordinated in San Clemente just casually on the street.  And

12   he put together an anti COVID lockdown protest.  And I was

13   there, just shook his hand and said thank you for putting this

14   together.  And that was where we first met.

15       Q.  I'm sorry to bother you about this, if you could try

16   to pull the microphone a little closer.  Thank you.

17       A.  Yeah.

18       Q.  Do you remember approximately the timeframe of that

19   meeting?

20       A.  That would have been in April of 2020, I think the

21   week after Easter.

22       Q.  And in the early period that you knew Mr. Hostetter,

23   did he ever tell you anything about his background?

24       A.  At that time, no.  Just because we had a very brief

25   interaction.  We met more formally I believe in May at the -- I

1     think it was called Beach Church when Governor Newsom shut down

2     all of the churches.  There was a group that put together like

3     an outdoor church.

4           MS. KENNEY:  I'm sorry, Your Honor.  I am having a

5     really difficult time hearing him.

6           THE COURT:  I didn't hear you.

7           MS. KENNEY:  I am having a difficult time hearing the

8     witness.

9           THE COURT:  Yes.  Can you speak into the microphone

10     more.

11           THE WITNESS:  Yes, Your Honor.

12           So we had met at an event I guess called Beach Church

13     that Alan and several other people had organized, I believe it

14     was in May.  And that is when we first started talking more

15     formally.

16           MS. KENNEY:  I am going to object, lacks foundation,

17     calls for speculation as to who actually coordinated this Beach

18     Church event and move to strike.

19           THE COURT:  Overruled.

20     BY MR. MANNING:

21       Q.  So turning to that May time period where you said you

22     met him more formally, in that period did Mr. Hostetter tell

23     you anything about his background?

24       A.  At some point, I was made aware in speaking with him

25     that he was the previous chief of police for one of the large

1    cities in Orange County.

2         Q.   From the time that you met Mr. Hostetter, you said

3    around Easter 2020 through, say, December 2020, how did your

4    relationship evolve?

5         A.   So he was putting on some of the anti lockdown

6    protests.  I was very passionate about some of the things that

7    Governor Newsom was doing and what I felt were removing our

8    freedoms in Orange County and in California.  And I, myself,

9    was planning an event as well that was meant to bring people

10   together and speak out against the lockdowns and things that

11   were happening in California.

12        Q.   And these lockdowns you referenced, they were ordered

13   in response to what?

14        A.   COVID.

15        Q.   Okay.  Could we bring up 927.02, which is already in

16   evidence.  Please zoom in so we can see the messages.  Do you

17   see in the -- is this another exchange between you and

18   Mr. Hostetter?

19        A.   Yes.

20        Q.   What is the date?

21        A.   This is August 23rd, 2020.

22        Q.   Do you see in the first message there is a reference

23   to a motorcade?

24        A.   Yes.

25        Q.   Could you describe this motorcade?

1        A.  This was an event that we were planning that was meant

2    to be for vehicles to come together, to form like a long line

3    in support of President Trump.  Andgo from San Clemente down to

4    San Diego on the freeway.

5        Q.  Did you do it?

6        A.  Yes.

7        Q.  Was it a successful event, in your view?

8        A.  Yes.

9        Q.  In addition to the motorcades in the summer and fall

10   of 2020, did you ever give any speeches at any rallies or

11   protests?

12       A.  Yes.

13       Q.  Did you ever observe Mr. Hostetter doing so?

14       A.  Yes.

15       Q.  Were you present at some of Mr. Hostetter's speeches?

16       A.  Some of them, yes.

17       Q.  Will you bring up video exhibit number 602.48.  Make

18   sure the volume is on.  Play the first 11 seconds and pause.

19            (Video played.)

20   BY MR. MANNING:

21       Q.  Do you recognize this video?

22       A.  Yes.

23       Q.  What is it?

24       A.  This is at the event that I actually hosted on I

25   believe it was September 19th in Ladera Ranch.

1          Q.  Do you appear in this video?

2          A.  Yes.

3          Q.  Is this video a fair and accurate representation of

4     what it shows?

5          A.  Yes.

6               MR. MANNING:  Can we respectfully move to admit

7     Government Exhibit 602.48.

8               THE COURT:  Without objection?

9               MS. KENNEY:  No objection, Your Honor.

10              THE COURT:  Okay.  What was the date of this?

11              (Whereupon, Government Exhibit No. 602.48 was

12    admitted.)

13              THE WITNESS:  I believe it was September 19th, Your

14    Honor.

15    BY MR. MANNING:

16         Q.  Of which year?

17         A.  2020.

18         Q.  Do you recognize the individual with the white T-shirt

19    with the letter Q on it?

20         A.  Yes.

21         Q.  Who is that?

22         A.  Morton Smith.

23         Q.  Is Mr. Hostetter on the screen here?

24         A.  Yes.

25         Q.  Could you circle him?  Pardon, if I didn't give you

1    instructions on the screen.  You can touch the upper right

2    corner.  There we go.

3        Let the record reflect that the witness circled a man in

4    the middle of the screen wearing a black T-shirt and a black

5    hat.

6        Go to the beginning and play the first 29 seconds.

7            (Video played.)

8    BY MR. MANNING:

9        Q.  In this time period did you often hear Mr. Hostetter

10   say that America was at war?

11       A.  Yes.

12       Q.  When he referred here to domestic enemies, what did

13   you understand him to be referring to?

14           MS. KENNEY:  Objection; relevance.

15           THE COURT:  Overruled.

16           THE WITNESS:  Relating to corrupt government

17   individuals.

18   BY MR. MANNING:

19       Q.  Go to play until 2:01 and pause.

20           (Video played.)

21   BY MR. MANNING:

22       Q.  Do you often hear Mr. Hostetter connect his support

23   for President Trump with his issues with COVID 19 policies?

24       A.  Yes.

25       Q.  Can we please skip ahead to 5 minutes, 30 seconds and

1  then from there play 33 seconds, pausing at 6:03.

2  (Video played.)

3  BY MR. MANNING:

4  Q. In 2020, was there a particular organization that

5  Mr. Hostetter led?

6  A. The American Phoenix Project.

7  Q. And who was the founder of the organization?

8  A. Alan was. Alan is the founder.

9  Q. And at some point in 2020, did you take on any role in

10  the American Phoenix Project?

11  A. Yes. Alan invited me to become a board member of the

12  American Phoenix Project.

13  Q. Is the American Phoenix Project sometimes referred to

14  by the acronym APP?

15  A. Yes.

16  Q. If we could bring up Government Exhibit 927.03, which

17  is already admitted. Can we blow up the two messages?

18  Is this another text message between you and

19  Mr. Hostetter?

20  A. Yes.

21  Q. Can you read the first two sentences there of the

22  message on top?

23  A. Yes. "Alan, I am honored to be able to join with you

24  on your board of the American Phoenix Project and join the

25  fight. This is a fight I am in with you shoulder and shoulder

DIRECT EXAMINATION OF RUSSELL TAYLOR

1     all of the way until the end."

2          Q.  What is the date on that message?

3          A.  September 21st, 2020.

4          Q.  Did anyone else join the APP board at this time?

5          A.  Morton Irvine-Smith.

6          Q.  I would like to bring up Government 908.01.  Blow out

7     the top area.  Mr. Taylor, do you recognize this?

8          A.  Yes.

9          Q.  And what is it?

10         A.  This is a text message between myself, Alan and

11    Morton.

12         Q.  Is a series of text messages sometimes referred to as

13    a thread?  Is that --

14              MS. KENNEY:  Your Honor, I am going to actually

15    object.  For some reason, in the middle of this texting

16    conversation, the government has blacked out a large portion of

17    one of the messages.

18              MR. MANNING:  Your Honor, the entire thread has been

19    produced as Government Exhibit 908.  So the defense has it

20    without the redactions.  For the subparts of the thread that

21    are actually relevant to our case, that are introduced into

22    evidence, we have redacted the rest of it.  So, for example, if

23    there is an exchange from a Tuesday that we want to admit and

24    there is another portion that then starts on the Wednesday, we

25    have blacked out the Wednesday because it is separate from what

1    we are admitting.  They have all of 908 if they want to show

2    that or question him on that.

3            THE COURT:  The objection is overruled.  It is

4    received.

5            (Whereupon, Government Exhibit No. 908 was admitted.)

6    BY MR. MANNING:

7        Q.  So this thread among you --

8            THE COURT:  The defendant can offer any part he wants

9    since he has it all?

10           MR. MANNING:  That is correct, Your Honor.

11           Your Honor, while we have this witness up, we could

12   authenticate the entire thread to make that convenient for

13   them.

14           MS. KENNEY:  Your Honor, I'm sorry.  I just want the

15   record to reflect that what counsel said from what I have been

16   provided, the blacked out message was from that same day in

17   relation to what they just covered, just want the record to be

18   clear.

19           MR. MANNING:  Sure, Your Honor.  I used the example

20   of exchanges that start one day to separate them from another

21   day.  But the point is when there is an exchange that relates

22   to a certain conversation, that is what we have included.  If

23   there is a part that follows that they picked it up an hour

24   later or if they changed subjects, then we haven't included it

25   here.  As I said, all of 908 is in.  They can introduce any

1    piece of it they want, if they think it is necessary for

2    context or completeness.  We have endeavored to select subparts

3    that are complete, but also relevant.  There are things in here

4    that are not relevant.

5              MS. KENNEY:  Your Honor, in response to that, there

6    is the issue of the rule of completeness.  I don't know how the

7    government or the Court wants us to handle that.  If we just

8    need to handle that when Mr. Hostetter is cross-examining.

9              THE COURT:  I am not doing it now.  If you have

10   access to it, you can raise those when you look at it.

11             MS. KENNEY:  Okay.  Thank you.

12   BY MR. MANNING:

13      Q.  The Court's indulgence for one moment.  So,

14   Mr. Taylor, looking back here at 901, is the text in the blue

15   blocks the portion of the exchange that you wrote to

16   Mr. Hostetter and Mr. Smith?

17      A.  Yes.

18      Q.  Is this a fair and accurate copy of the message you

19   wrote?

20      A.  Yes.

21             MR. MANNING:  So we'll move admit to Government

22   Exhibit 908.01.

23             THE COURT:  Received.

24             (Whereupon, Government Exhibit No. 908.01 was

25   admitted.)

1    BY MR. MANNING:

2        Q.   Have you previously reviewed other messages from the

3    same thread exchanged among you, Mr. Smith and Mr. Hostetter?

4        A.   Yes.

5        Q.   And, specifically, have you previously reviewed

6    Government Exhibits 908.03, 908.04, 908.05, 908.08, 908.11,

7    908.12, 908.14, 908.17, 908.18, 908.19, 908.20, and 908.21?

8        A.   Yes.

9        Q.   And are they all fair and accurate copies of messages

10   exchanged among you, Mr. Smith and Mr. Hostetter?

11       A.   Yes.

12           MR. MANNING:  The government moves to admit the

13   aforementioned exhibits.  I can repeat them for the court

14   reporter, if you would like.

15           Yes.  908.03, 908.04, 908.05, 908.08, 908.11, 908.12,

16   908.14, 908.17, 908.18, 908.19, 908.20 and 908.21.

17           THE COURT:  They are received.

18           (Whereupon, Government Exhibit Nos. 908.03, 908.04,

19   908.05, 908.08, 908.11, 908.12, 908.14, 908.17, 908.18, 908.19,

20   908.20 and 908.21. were admitted.)

21           MS. KENNEY:  Your Honor, I understand the government

22   is trying to just do these in wholesale fashion, I guess, and

23   get these admitted at once, but there is the continuing issue

24   of blacked-out messages.  I just want to reserve my objections

25   if he is going to go through these individually.

1          THE COURT:  The objection is overruled.  They are

2    received.

3          MR. MANNING:  Your Honor, if I could ask for a quick

4    moment to confer with standby counsel.

5          THE COURT:  I'm sorry?

6          MR. MANNING:  If I could ask for a quick moment to

7    confer with standby counsel, maybe we can save some time.

8          (Pause.)

9          MR. MANNING:  Your Honor, after confirming with the

10   defendant and his standby counsel, we have agreed the

11   government will authenticate individual messages in the fashion

12   that it just did.  But we will also be showing each of those

13   individual messages in evidence.  And if any of the individual

14   messages, the defense has a different agreement about the

15   admissibility based on prejudice or what have you, they are

16   free to make that objection at the time.  This is just about

17   authenticity.  Thank you.

18   BY MR. MANNING:

19       Q.  Mr. Taylor, you testified previously that both you and

20   Mr. Hostetter went to Washington, DC for January 6; is that

21   right?

22       A.  Yes.

23       Q.  Did Mr. Smith go to Washington, DC for January 6th as

24   well?

25       A.  Yes.

1          Q.  Were you and Mr. Smith and Mr. Hostetter in frequent

2     communication between the time you joined the APP board in

3     September 2020 and your trip to Washington, DC on January 6th?

4          A.  Yes.

5          Q.  Can we bring up Government Exhibit 908.03, which has

6     been previously authenticated and admitted.  Can we zoom the

7     message?

8          Is this another message between you and Mr. Hostetter and

9     Smith?

10         A.  Yes.

11         Q.  What is the date?

12         A.  This is October 24th, 2020.

13         Q.  Can you read the first two sentences ending at

14     3:00 p.m.?

15         A.  "Okay.  For tomorrow, will meet at the rally that Alan

16     is speaking at 9:30.  Then we will head over to Fusion at noon

17     and meet Peggy for her event at my facility.  And she asked if

18     we could speak briefly at the beginning at 1:00 p.m.  And then

19     we will leave to get up to Beverly Hills for 3:00 p.m."

20              MS. KENNEY:  Your Honor, I am sorry.  I am going to

21     lodge a relevance objection in regards to this particular

22     conversation.  That happened in October of 2020.  It is outside

23     the time frame that is alleged in the indictment.  I don't know

24     what the relevance would be to what my client is actually

25     charged with.

1          THE COURT:  Overruled.

2     BY MR. MANNING:

3          Q.  And this rally that is referred to here in the first

4     sentence, what was the rally about?

5          A.  I believe that morning there was a small event that

6     Alan was speaking at.  It was at a park in Orange County.

7              MS. KENNEY:  Objection.  That is nonresponsive to the

8     actual question.  Move to strike.

9              THE COURT:  I couldn't hear your response.

10             THE WITNESS:  The answer to the question of what the

11    rally was is that Alan was speaking at a small event or rally

12    that was at a park in Orange County in the morning.

13    BY MR. MANNING:

14         Q.  What was the subject of that event?

15         A.  This was anti-lockdowns at the time.

16             THE COURT:  The lockdown?

17             THE WITNESS:  Yes, sir.

18             THE COURT:  Meaning antivax?

19             THE WITNESS:  Yeah.  Again, because Governor Newsom

20    was shutting down the state, there were a lot of speeches and

21    events that we were attending for that purpose.

22             MS. KENNEY:  Again, Your Honor, based on the

23    response, I would renew my relevance objection.  This has

24    nothing to do with the election.  This is separate in

25    California regarding COVID lockdowns and what Newsom was doing

1    to the state.

2              THE COURT:  Overruled.

3    BY MR. MANNING:

4        Q.  What is the date of this message, sir?

5        A.  October 24th, 2020.

6        Q.  And this event in Beverly Hills that you refer to,

7    what was that about?

8        A.  There was, I believe, weekly around this time an event

9    in Beverly Hills again, anti-lockdown focused and kind of pro

10   Trump and we were going to that event.

11       Q.  Can we have Government Exhibit 907.01?

12       Do you recognize this?

13       A.  Yes.

14       Q.  And what is it?

15       A.  This is a text message between myself and Alan.

16       Q.  And is it a fair and accurate representation of the

17   message between you and Mr. Hostetter?

18       A.  Yes.

19              MR. MANNING:  So I move to admit Government

20   Exhibit 907.01.

21              THE COURT:  Received.

22              (Whereupon, Government Exhibit No. 907.01 was

23   admitted.)

24   BY MR. MANNING:

25       Q.  Have you previously reviewed other messages between

 1    you and Mr. Hostetter from this same thread?

 2        A.  Yes.

 3        Q.  And, specifically, have you previously reviewed the

 4    following Government Exhibits 907.06, 907.07, 907.08, 907.10,

 5    907.12, 907.14, 907.15, 907.17, 907.18, 907.19, 907.20, 907.21,

 6    907.22, 907.24, 907.25, 907.26, and 907.27?

 7        A.  Yes.

 8        Q.  Are they all fair and accurate representations of

 9    messages between you and Mr. Hostetter?

10        A.  Yes.

11            MR. MANNING:  So the government moves to admit the

12    aforementioned exhibits.

13            THE COURT:  Received.

14            MS. KENNEY:  Your Honor, I am just -- I don't know if

15    I need to do this with each series.  I am just reserving my

16    objections with regards to relevance, 403 and the redaction

17    issue.

18            THE COURT:  It is overruled.  They are received.

19            (Whereupon, Government Exhibit Nos. 907.06 - 907.08,

20    907.10, 907.12, 907.14, 907.15, 907.17 - 907.22, 907.24 -

21    907.27 were admitted.)

22    BY MR. MANNING:

23        Q.  And what is the date of this message?

24        A.  November 2nd, 2020.

25        Q.  And what is that date in relation to the 2020

1    presidential election?

2         A.   This is the day before the 2020 election.

3         Q.   Were you with Mr. Hostetter on that date?

4         A.   I believe so.

5         Q.   Bring up Government Exhibit 907.06.  What is the date

6    of this exchange?

7         A.   November 2nd, 2020.

8         Q.   Can you read -- well, just for clarification, which of

9    these messages is the one by you and what is written in

10   response?

11        A.   Mine is blue and Alan is green.

12        Q.   So can you read your message?

13        A.   "Three or four today."

14        Q.   Can you read Mr. Hostetter's response?

15        A.   "3:00 sharp, can you please bring the bullhorn with

16   you too.  Thanks, Ross."

17        Q.   Did Mr. Hostetter use a bullhorn frequently from what

18   you saw?

19        A.   Yes.

20        Q.   Bring up Government Exhibit 907.07.  What is the date

21   of this message?

22        A.   November 3rd, 2020.

23        Q.   What was happening that day?

24        A.   This is the election.

25        Q.   Were you following it pretty closely?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1          A.  Yes.

2          Q.  Mr. Hostetter writes here, "I am reading interesting

3     and good ground reports across the country on conservative

4     treehouse.  Donald Trump Jr. was interviewed on Rush Limbaugh

5     and he sounds excited as hell.  But he is telling people to get

6     out and run up the score, indicating he is getting good data

7     showing big leads.  I am HO, of course."

8          From what you observed, was Mr. Hostetter also following

9     the election closely?

10         A.  Yes.

11         Q.  Bring up Government Exhibit 908.04.

12         Did you write this message?

13         A.  Yes.

14         Q.  And to who?

15         A.  This is to Alan.

16         Q.  Okay.  What is the date of this message?

17         A.  November 4th, 2020.

18         Q.  Could you read the first sentence of your message?

19         A.  "Gentlemen, are you getting as many people contacting

20    you as I am in despair?"

21         Q.  Why were people contacting you in despair on

22    November 4th?

23         A.  Because the media had begun to say Joe Biden had won

24    the election.

25         Q.  Can you read the rest of your message?

1      A.  "People need to breathe for a moment.  How do we

2  inspire?  How do we have a show of force, motorcade, rally,

3  riot?"

4      Q.  Go down to the next message to see Mr. Hostetter's

5  response.  Can you read Mr. Hostetter's response?

6      A.  "Yes.  Getting many people reaching out.  I am just

7  staying optimistic and telling people to hold on a little while

8  longer.  I think we need to watch Trump's press conference in

9  30 minutes, might give some cues on how we react.  If he

10 declares victory, we should announce our victory party shortly

11 thereafter."

12     Q.  In the weeks that followed, did you observe

13 Mr. Hostetter taking any cues from the statements of

14 then-President Trump?

15     A.  Yes.

16     Q.  Going back just to a few days or a week before this.

17 Did you plan any events, really, around Halloween of 2020?

18     A.  Yes.

19     Q.  Okay.  And what event did you plan?

20     A.  We planned the MAGAween event.

21     Q.  What was the theme of the MAGAween event?

22     A.  This was a, I guess, preelection kind of pro-Trump

23 rally.

24     Q.  And did you coordinate with other people in planning

25 that event?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    A.  Yes.

2    Q.  Who?

3    A.  Alan, Morton --

4    Q.  Was there another --

5    A.  -- and various speakers.

6    Q.  Was there another individual who assisted you with any

7  of the logistics?

8    A.  De De.

9    Q.  Did you set up a group text message thread with those

10  three people you just mentioned?

11    A.  Yes.

12    Q.  Bring up Government Exhibit 909.  Could we blow up the

13  top of the first message.  Do you recognize this?

14    A.  Yes.

15    Q.  What is it?

16    A.  This is a text message between myself, Alan, Morton

17  and De De.

18    Q.  And did you participate in this text message thread?

19    A.  Yes.

20    Q.  Is this document a fair and accurate representation of

21  the contents of this chat?

22    A.  Yes.

23       MR. MANNING:  Move to admit Government Exhibit 909.

24  Your Honor, move to admit 909.

25       Any objection to 909?

 1              MS. KENNEY:  Just the relevance and 403 again.  This

 2     is outside the scope of the alleged conduct.

 3              THE COURT:  Overruled.  It is received.

 4              (Whereupon, Government Exhibit No. 909 was admitted.)

 5     BY MR. MANNING:

 6         Q.  So who are the four participants of this chat?

 7         A.  Myself, Alan, Morton and De De.

 8         Q.  Can we bring up Government Exhibit 909.02.  And do you

 9     recognize this?

10         A.  Yes.

11         Q.  Okay.  And what is this?

12         A.  This is a message within that text thread.

13         Q.  Did you participate in this message -- did you

14     participate in this text thread?

15         A.  Yes.

16         Q.  Is this message a fair and accurate representation of

17     a message within that thread?

18         A.  Yes.

19         Q.  And what is the date of it?

20         A.  November 6th, 2020.

21              MS. KENNEY:  Move to admit Government Exhibit 909.02.

22              THE COURT:  Received.

23     BY MR. MANNING:

24         Q.  And, Mr. Taylor, have you previously reviewed

25     Government Exhibits 909.04, 909.05 and 909.06?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1        A.   Yes.

2        Q.   And are they also fair and accurate representations of

3   messages among you, De De, Smith and Mr. Hostetter?

4        A.   Yes.

5             MR. MANNING:   We move to admit Government Exhibits

6   909.04, 909.05, 909.06.

7             THE COURT:   Received.

8             (Whereupon, Government Exhibit Nos. 909.4 - 909.06

9   were admitted.)

10  BY MR. MANNING:

11       Q.   Okay.   So looking at this message 909.02 in front of

12  you.   I'm sorry.   If I asked you this previously.   Can you say

13  the date of this exchange?

14       A.   November 6, 2020.

15       Q.   And De De writes in this first message, "Not sure if

16  you" --

17       I'm sorry.   November 6th, 2020, when is that in relation

18  to the presidential election?

19       A.   A few days shortly thereafter.

20       Q.   And De De writes in the first message, "Not sure if

21  you opened up that text, but there is 34 protest rallies on

22  that list throughout California."

23       Had De De sent you a list of these specific rallies?

24       A.   Yes.

25       Q.   What types of rallies were they?

1          A.   These were various rallies throughout California in

2     opposition to what we believe was the fraudulent election.

3          Q.   And De De writes again, 34.  Could you read

4     Mr. Hostetter's response below?

5          A.   "No surprise.  If this doesn't turn around, we will

6     eventually occupy every state Capitol and DC with millions of

7     people.  This is just the beginning."

8          Q.   Can we blow that up so it can be seen.

9          At this time, did you expect that Mr. Hostetter would in

10    some way take some action in the coming weeks in relation to

11    the election?

12         A.   Yes.

13         Q.   And in the weeks that followed, did you participate in

14    rallies or protests with Mr. Hostetter related to the election?

15         A.   Yes.

16         Q.   Can we have Government Exhibit 607 -- 907.08.

17         Please turn to the second page.  Blow up that second

18    message.  What is the date of this message?

19         A.   November 8, 2020.

20         Q.   And did you send this message?

21         A.   Yes.

22         Q.   To who?

23         A.   Alan.

24         Q.   And could you read the first two sentences ending with

25    "great day"?

1        A.   "Thank you, Brother.  It was a great day."

2        Q.   Did you and Mr. Hostetter do something together that

3    day?

4        A.   Yes.

5        Q.   What did you do?

6        A.   This was the second time that we had gone to the

7    Beverly Hills rally.

8        Q.   And this time on November 8, 2020 what was the focus

9    of the Beverly Hills rally?

10       A.   The Beverly Hills police had sent out effectively a

11   riot police group and had basically told everyone they had to

12   disburse from the area.

13       Q.   Before people got to the area, what was the -- well,

14   withdrawn.

15       What were you doing at the rally?  What was the rally in

16   support of or against?

17       A.   This was, you know, a stolen election rally,

18   basically.

19       Q.   Could you read the last two lines of your message to

20   Mr. Hostetter?

21       A.   "We got up on the front lines.  It is a shame it was

22   with police and not Antifa."

23       Q.   Briefly, what is Antifa?

24       A.   Basically it is a group that attacks Trump supporters.

25   That is the best way to describe it.

1        Q.  And at some rally or events, that you attended in

2   2020, had you seen members of Antifa?

3        A.  Yes.  On multiple occasions.

4        Q.  Turning back to what you were saying earlier.  At

5   Beverly Hills this day, was there a police presence?

6        A.  Yes.

7        Q.  At some point did the police presence give you any

8   commands?

9        A.  We were marching and they told us to disburse from the

10  area.

11       Q.  Okay.  And ultimately did you follow those commands?

12          MS. KENNEY:  Objection, Your Honor, relevance at this

13  point.  403.

14          THE COURT:  Overruled.

15          THE WITNESS:  I'm sorry.  What was the question?

16  BY MR. MANNING:

17       Q.  Ultimately, did you follow the commands of the police

18  that day?

19       A.  Yes.

20       Q.  Can we bring up Government Exhibit 907.09.  Blow up

21  that first message.  And what is the date of this message here?

22       A.  November 9th, 2020.

23       Q.  Can we scroll down to the next page and highlight

24  these two messages.  What are these two messages about here on

25  November 9th?

1       A.   This is planning to go to Washington, DC for the -- I

2  think it was called the Million MAGA March.

3       Q.   Did you end up going to DC for the Million MAGA March?

4       A.   Yes.

5       Q.   What was the Million MAGA March about?

6       A.   Basically standing for the stolen election.

7       Q.   And when you stay standing for the stolen election,

8  can you just describe what you understood the result of the

9  election to have been and what you wanted?

10      A.   We believed that the election was fraudulent and that

11 it was stolen.  And we wanted to go in support of President

12 Trump.

13      Q.   Did you end up going to Washington, DC for the Million

14 MAGA March in November?

15      A.   Yes.

16      Q.   Did Mr. Hostetter end up going?

17      A.   Yes.

18      Q.   How did you get to Washington, DC in November 2020?

19      A.   I flew.

20      Q.   Do you know how Mr. Hostetter got there?

21      A.   He drove.

22      Q.   Did you meet up when you were there?

23      A.   Yes.

24      Q.   Can we bring up Government Exhibit 907.10.  Can we

25 focus on the first two messages there.  What is the date?

1          A.  November 10th, 2020.

2          Q.  Can you read the two messages that you wrote?

3          A.  "Can I bring stuff to you at 8:30 to 9:00?  Are you up

4     for me to drop off the bag to take up?"

5          Q.  And why were you asking for Mr. Hostetter to receive a

6     bag?

7          A.  Because he was going to be driving.  And he indicated

8     he would take my bag that had gear with him to DC in his

9     vehicle.

10         Q.  Why didn't you take that bag with you on the plane?

11         A.  Because I had weapons and other things that I didn't

12    want to check at the TSA.

13         Q.  Okay.  You testified about Antifa earlier.  Did Antifa

14    have anything to do with why you wanted to bring weapons in

15    November of 2020?

16         A.  Yes.

17         Q.  I am going to direct your attention to the next

18    message.  Can we blow up the green?  Mr. Hostetter writes,

19    "Sorry.  Chris had me occupied, Russ.  What is in your bag?

20    You might be overthinking this."

21         Go to the next page to see the two messages you wrote in

22    response.  Can you read this list of items that you stated in

23    response?

24         A.  "Water container, baton, hatchet, boots, helmet, gas

25    mask, flash light, knife, armor vest."

1          Q.   And the next message?

2          A.   "Steel plates.  Are you bringing vest?"

3          Q.   Did Mr. Hostetter initially push back on whether you

4     should actually bring all of these things for this trip?

5          A.   Yeah.  I think in the previous message he said, "Are

6     you overthinking this?"

7          Q.   But ultimately did Mr. Hostetter agree to transport

8     these items for you?

9          A.   Yes.

10         Q.   Did those items that he transported for you include

11    weapons?

12         A.   Yes.

13         Q.   How did you give him that bag?

14         A.   I dropped it off at his apartment in his vehicle.

15         Q.   Can you describe what type of vehicle?

16         A.   It is a black Chevy Silverado pickup.

17         Q.   Can we have Government Exhibit 529, which is already

18    in evidence?  Is this the type of vehicle that you are

19    describing?  Do you recognize that?

20         A.   Yes, I believe so.

21         Q.   And when you said that you -- and where in the vehicle

22    did you put the bag?

23         A.   In the truck bed.

24         Q.   Okay.  Can you go back to 907.10, please.  Go down to

25    page 9.  I believe there is a message at November 10th, 2020 at

1    5:59 a.m. UTC time in blue up top.  Could you read this message

2    here?

3         A.  "I waited for about a half an hour to try and get

4    ahold of you, but you must have fallen sleep.  I just went up

5    and over into the garage and left my bag in your truck bed.  If

6    there is room for it in your back seat, can you please put it

7    in there so it doesn't get wet or stolen?"

8         Q.  Can see the message below that Mr. Hostetter wrote in

9    response?

10        And in the second message there, you see Mr. Hostetter

11   writes, "I just put it in cab and locked it."  And then he

12   writes, "That is a lot of hatchets, Bro."

13        Do you see that?

14        A.  Yes.

15        Q.  Were there hatchets, multiple hatchets in the bag that

16   you put in the back of his truck?

17        A.  Yes.

18        Q.  Take that down.  Did you do any organizing or

19   communications in connection with this trip to DC for the

20   Million MAGA March?

21        A.  Yes.

22        Q.  What did you do?

23        A.  We basically were organizing people that were coming

24   from California that were going to be in DC for that event.

25        Q.  And did you personally play a role in that?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    A.  Yes.

2    Q.  Was there any particular platform that you used to

3  organize people?

4    A.  This was used predominantly through Facebook and

5  Telegram.

6    Q.  And I want to make sure we are clear.  Is it you who

7  primarily did the organizing through Telegram?

8    A.  Yes.

9    Q.  What is Telegram?

10   A.  It is a messaging platform.

11   Q.  Does it have any features that make it different from

12  a regular text messaging platform?

13   A.  It is encrypted.  And you don't have to have your

14  personal cell phone number associated to the account.  You can

15  have like a handle or account to use.

16   Q.  Was there a particular handle that you used?

17   A.  Porter RockQwell.

18   Q.  Can we bring up Government Exhibit 906.  Can we zoom

19  in on the top -- the participants in the first two messages?

20  Do you recognize this?

21   A.  Yes.

22   Q.  What is this?

23   A.  It is a text message between Alan and I.

24   Q.  Is this a regular text message or is this a Telegram

25  kind of message?

1        A.  This is a text message.  I'm sorry.  This -- I believe

2    this is a text message.

3        Q.  Do you see the --

4        A.  Oh, no, this is a Telegram message.

5        Q.  It is a Telegram message?

6        A.  Yes.

7        Q.  Is it a Telegram message in which you participated?

8        A.  Yes.

9        Q.  Is it a fair and accurate representation of that

10   message?

11       A.  Yes.

12            MR. MANNING:  So I move to admit Government

13   Exhibit 906.

14            Any objection to the Telegram message 906?

15            THE COURT:  Received.

16            MS. KENNEY:  Is this -- the original 906 we received

17   was 174 pages.  Is this a different version that is only four

18   pages now?

19            MR. MANNING:  Counsel, would you like a moment to

20   review this document?

21            MS. KENNEY:  In discovery, I received a 906 that was

22   174 pages.  I don't know if they redid it and just gave us

23   another version that is only four pages.  I want to confirm if

24   they switched the exhibit.

25            MR. MANNING:  Your Honor, why don't we review this at

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    a break and we'll come back to it after lunch?

2          THE COURT:  All right.

3    BY MR. MANNING:

4        Q.  With respect to Telegram messages, you testified

5    earlier that you could use a handle.  And repeat what your

6    handle was?

7        A.  Porter RockQwell.

8        Q.  So if somebody receives a Telegram message from you,

9    would they see Porter RockQwell as the name?

10       A.  Yes.

11       Q.  And did you tell Mr. Hostetter at some point that

12   Porter RockQwell was you?

13       A.  That's correct.

14       Q.  You testified a moment before that you had used

15   Telegram to organize people for this Million MAGA March; is

16   that right?

17       A.  Yes.

18       Q.  So did you -- can you describe how do you do that?

19   Did you create some sort of group?  How does that work?

20       A.  Yeah.  You basically create many groups.  And as you

21   do that, you just give the group a title.  There is a

22   description.  You can have a photo, if you would like.  And

23   then you can just begin to add users either via a link that you

24   share with them or you can invite the individuals if you are

25   already linked or associated to them.

1          Q.  And did you use Telegram for various types of group

2     activity and communications in 2020?

3          A.  Yes.

4          Q.  Okay.  Did you invite Mr. Hostetter to some of these

5     Telegram groups?

6          A.  Yes.

7          Q.  Could you describe yourself as a pretty active

8     participant in the Telegram groups?

9          A.  Yes.

10         Q.  Was Mr. Hostetter as active as you were?

11         A.  No.

12         Q.  But was he -- from what you saw, was he capable of

13    reading and sending messages on the platform?

14         A.  Yes.

15              MS. KENNEY:  I'm sorry, Your Honor.  I am going to

16    have to object in regards to this witness' understanding of

17    what my client may have read.  I think that is going beyond

18    what he is able to testify about.  And any questioning in

19    regards to whether or not my client read something, I do not

20    think would be in the purview of allowable testimony.

21              THE COURT:  Sustained.

22    BY MR. MANNING:

23         Q.  Did you receive a Telegram message from Mr. Hostetter?

24         A.  Yes.

25         Q.  Can we bring up 908.05?

1        This message in the blue, who is this from?

2        A.   Morton.

3        Q.   And what is the date?

4        A.   November 13th, 2020.

5        Q.   And he writes, "Boarded in OC."

6        Do you know what OC is a reference to?

7        A.   Orange county.

8        Q.   Mr. Smith wrote that he boarded in OC.  Did you know

9   where Mr. Smith was going from Orange county?

10       A.   This was when we were going to DC.

11       Q.   Was this when you flew to DC for the Million MAGA

12   March?

13       A.   Yes.

14       Q.   And did you meet up with Mr. Smith in DC?

15       A.   Yes.

16       Q.   Did the two of you meet up with Mr. Hostetter as well?

17       A.   Yes.

18       Q.   Can you read the first two lines of Mr. Hostetter's

19   message below?

20       A.   "In my room with all of your gear about to do a little

21   recon, see you in a few hours.  Oops.  Thought you were Russ."

22       Q.   At some point after you flew to DC, did you retrieve

23   your gear from Mr. Hostetter?

24       A.   Yes.

25       Q.   Was the bag of items that you left in the truck the

1    same bag that you received in DC?

2         A.   Yes.

3         Q.   Did it seem to have everything you had left in it?

4         A.   Yes.

5         Q.   Did that include the hatchets?

6         A.   Yes.

7         Q.   Can we have Government Exhibit 907.12.  Please zoom in

8    on those two messages.  What is the date of this message?

9         A.   November 14th, 2020.

10        Q.   Was that the date of the Million MAGA March itself?

11        A.   I believe so, yes.

12        Q.   And can you read the messages that you wrote?

13        A.   "Sorry, Brother.  Just caught up.  Did you bring your

14   bullhorn?"

15        Q.   Did you meet up with Mr. Hostetter during that event?

16        A.   Yes.

17        Q.   Were you together for most of the day?

18        A.   Yes.

19        Q.   Can we bring up Government Exhibit 602.49.  It is a

20   video.  Please play the first 10 seconds and pause.  Do you

21   recognize this video?

22        A.   Yes.

23        Q.   And at some point, do you appear in this video?

24        A.   Yes.

25        Q.   Is the video a fair and accurate representation of

```
 1    what it shows?

 2         A.  Yes.

 3              MR. MANNING:  We move to admit Government

 4    Exhibit 602.49.

 5              THE COURT:  Received.

 6              (Whereupon, Government Exhibit No. 602.49 was

 7    admitted.)

 8    BY MR. MANNING:

 9         Q.  What is the -- do you recognize -- let the record

10    reflect that I have drawn a circle in the upper left corner of

11    the screen with the video held at 10 seconds.  Do you recognize

12    the building inside the circle there?

13         A.  That is the US Capitol.

14         Q.  And are you part of this group of people?

15         A.  Yes.

16         Q.  Were you walking toward the Capitol?

17         A.  Yes.

18         Q.  But at this event in November, did you go all of the

19    way onto the terrace of the Capitol building?

20         A.  No.

21         Q.  Can we go back a few seconds and then we'll play --

22    can we play to the 21-second mark and pause.

23         Do you hear a voice that said, "There is Russ, over there

24    on the right"?

25         A.  Yes.
```

1      Q.   Do you recognize that voice?

2      A.   Yes.

3      Q.   Whose voice is that?

4      A.   Alan's.

5      Q.   Can you describe yourself?  Do you see yourself on the

6  screen here?

7      A.   Yes.

8      Q.   Can you circle yourself?

9      A.   (Complying.)

10     Q.   And what are you wearing on your back?

11     A.   A backpack.

12     Q.   Is that the bag that you had Mr. Hostetter bring for

13  you?

14     A.   Yes.

15     Q.   Were any of the hatchets inside that backpack?

16     A.   Yes.

17     Q.   Go back to the 15-second mark and play the last 6

18  seconds.

19          Do you know what the term "blocking back" refers to?

20     A.   Yes.

21     Q.   What is a blocking back?

22     A.   It is a football term, kind of like a lead blocker

23  going through a defensive line.

24     Q.   You can take this down.

25          In this time period of November 2020, did you ever use the

1    term called So Cal Patriots?

2         A.   Yes.

3         Q.   And what did you use that for?

4         A.   That was referring to a lot of the individuals in

5    southern California that were pushing back against Gavin

6    Newsom's what we felt were tyrannical lockdowns and everything

7    else.

8         Q.   Did you organize that group through any particular

9    platform?

10        A.   Yes.  We had a Telegram group for some of the leaders

11   and speakers.

12        Q.   Can we bring up Government Exhibit 901?

13        Do you recognize this?

14        A.   Yes.

15        Q.   And what is it?

16        A.   This is the So Cal Patriots Telegram group.

17        Q.   Did you create or were you part of creating that

18   group?

19        A.   Yes.

20        Q.   And did you participate in it?

21        A.   Yes.

22        Q.   Okay.  And is this document here a fair and accurate

23   representation of the So Cal Patriot group's contents?

24        A.   Yes.

25             MR. MANNING:  Move to admit Government Exhibit 901.

1          THE COURT:  Received.

2     BY MR. MANNING:

3          Q.  Can we turn to the second page?  Can we blow up

4     the group of names at the top?  Can we go to the first page,

5     please.

6          Do you see this list of names and numbers here?

7          A.  Yes.

8          Q.  What is that?

9          A.  Those are the users in that group.

10         Q.  And can we go down to the second page?  Can we zoom in

11    on the top area there.  Is Mr. Hostetter a user of this group?

12         A.  Yes.

13         Q.  And is Morton, is that a reference to Morton Smith as

14    well?

15         A.  Yes.

16         Q.  And are you also identified as a user of this group?

17         A.  Yes.

18         Q.  And what does it mean to be the owner of a group?

19         A.  Typically, it is either the person who started the

20    group or if you started the group, you could assign kind of

21    dual or multiple ownership to add users, delete users, restrict

22    content, change settings, things like that.

23         Q.  As you mentioned earlier, is that Porter RockQwell, is

24    that your name on the platform?

25         A.  Yes.

DIRECT EXAMINATION OF RUSSELL TAYLOR                    60

1          Q.  With respect to add users, did you add Mr. Hostetter

2     to the group?

3          A.  Either that or I sent the link and he added himself,

4     I'm not sure.

5          Q.  Can we bring up Government Exhibit 901.03?  Can we

6     zoom in on these messages here.  Do you recognize this?

7          A.  Yes.

8          Q.  Is this a series of messages from within that Telegram

9     group we looked at as 901?

10         A.  This is.

11         Q.  Is this a fair and accurate representation of the

12    exchange on the So Cal Patriots Telegram group?

13         A.  Yes, sir.

14         Q.  For the benefit of the court reporter, I will just ask

15    that you let me finish my question, even if you know where I am

16    going.

17         A.  I apologize.

18         Q.  Thank you.  What is the date of this exchange?

19         A.  November 16th, 2020.

20             MR. MANNING:  I move to admit Government

21    Exhibit 901.03.

22             THE COURT:  Received.

23             (Whereupon, Government Exhibit No. 901.03 was

24    admitted.)

25    BY MR. MANNING:

DIRECT EXAMINATION OF RUSSELL TAYLOR                61

1          Q.   This user in the first message here writes, Newsom

2     needs to be thrown out, all caps.  Who did you understand

3     Newsom to be a reference to?

4          A.   Gavin Newsom, the governor of California.

5          Q.   With this chat here, are the messages in green from

6     you?

7          A.   Yes.

8          Q.   Can you read the message that you wrote here?

9          A.   Needs to be drug out on the street.

10         Q.   Turn to the next page.  Can we focus in on the green

11    message as well.  What is the date here?

12         A.   November 16th, 2020.

13         Q.   And is this message from you?

14         A.   Yes.

15         Q.   Can you read this?

16         A.   Possible this Saturday, state capital.

17         Q.   Is that a reference to some possible rally activity at

18    the California state capital?

19         A.   Yes.

20         Q.   Do you see the following message.  And this user

21    writes in response to that or following that message -- this

22    user writes, "I am ready."

23         Can we see what Mr. Taylor wrote in response?

24         Could you read your message here, sir?

25         A.   "Storm it."

DIRECT EXAMINATION OF RUSSELL TAYLOR

1     Q.  We are going to slowly scroll through the rest of this

2  chat.  And I will just ask you to please let us know when you

3  see any other messages after "Storm it" from either you or

4  Mr. Hostetter.  We can make this bigger, if you need.  Make the

5  four blue messages bigger.

6     A.  You can go to the next page.

7     Q.  Okay.  Anything on this page from you or

8  Mr. Hostetter?

9     A.  Next page.

10     Q.  Next page.

11     A.  Right there.

12     Q.  Can we zoom in on the message on the bottom.  What is

13  the date here?

14     A.  November 17th, 2020.

15     Q.  So is that the day after the message we just saw about

16  storm it?

17     A.  Yes.

18     Q.  Can you read what Mr. Hostetter wrote?

19     A.  "Great job, Russ.  Preach it."

20     Q.  In this same November 2020 time period, did

21  Mr. Hostetter occasionally post videos or information to social

22  media?

23     A.  Yes.

24     Q.  And did the American Phoenix Project also occasionally

25  post things to social media?

1          A.  Yes.

2          Q.  And from what you observed as a board member of the

3    APP, who controlled the social media postings of the APP?

4          A.  Alan did.

5          Q.  Can you repeat your answer?

6          A.  Alan did.

7          Q.  Did you ever see a video showing Mr. Hostetter driving

8    to that trip in -- that he took to DC in November 2020?

9          A.  Yes.

10         Q.  Can we bring up Government Exhibit 305 video.  Can you

11    play -- please play the first 11 seconds and pause at 11.

12              (Video played.)

13    BY MR. MANNING:

14         Q.  Do you recognize this video?

15         A.  Yes.

16         Q.  Do you see the platform on which it is posted?

17         A.  It is YouTube.

18         Q.  What is the date?

19         A.  November 27th, 2020.

20         Q.  Do you recognize the voice of the person speaking in

21    it?

22         A.  Yes.

23         Q.  And who is it?

24         A.  Alan.

25         Q.  Okay.  And at some point --

1              THE COURT:  Let's take our 10-minute break here

2    before we go on.

3              MR. MANNING:  Okay.

4              MR. MANNING:  Thank you, Your Honor.

5              (Recess taken.)

6              THE COURT:  You may proceed.

7              MR. MANNING:  Your Honor, if I may we'll return to

8    the government's 906 that there was some question about

9    previously before the break.

10             THE COURT:  305?

11             MR. MANNING:  906.

12             THE COURT:  906, all right.

13             MR. MANNING:  And, Your Honor, just by way of

14   explanation for the Court, we conferred during the break and we

15   determined that we had provided one lengthier version of this

16   at a time when the parties were trying to reach stipulations.

17   And then when we later produced our formal exhibits, we

18   provided this version.  And that is the source of the

19   confusion.  I understand standby counsel has had a chance to

20   review 906 during the break.  So I would just like once again

21   to move it into evidence.

22   BY MR. MANNING:

23      Q.  Can we zoom in on the top portion of the participants

24   and conversation?  And go down to the green message as well.

25        Mr. Taylor, I'm sorry to make you repeat yourself.  Do you

 1   recognize this?

 2        A.  Yes.

 3        Q.  What is it?

 4        A.  This is a Telegram message between myself and Alan.

 5        Q.  Okay.  And did you -- who wrote the blue message?

 6        A.  That is from me.

 7        Q.  And then who wrote the green message?

 8        A.  That is from Alan.

 9        Q.  Is this a fair and accurate representation of a

10   Telegram exchange between you and Mr. Hostetter?

11        A.  Yes.

12             MR. MANNING:  And so I will move to admit Government

13   Exhibit 906.

14             THE COURT:  All right.  It is received.

15             (Whereupon, Government Exhibit No. 906 was admitted.)

16   BY MR. MANNING:

17        Q.  Can you read the message you wrote there?

18        A.  Alan, it is Russ.  I will add you into the group that

19   will be joining us in DC.

20        Q.  And Mr. Hostetter writes in response, "Thank you,

21   Porter"?

22        A.  Yes.

23        Q.  Do you have an understanding of why on the Telegram

24   message he would be writing, "Thank you, Porter"?

25        A.  That was my handle.

1          Q.   Okay.  But at some point, did you make clear to

2     Mr. Hostetter that you were Porter on Telegram?

3          A.   In a previous text message, yes.

4          Q.   I want to go back to Government Exhibit 907.10, which

5     is previously admitted.  Turn to the second page, please.

6     Focus in on the top two messages.  Before the break, you read

7     this list of items here.  And on the second message there is an

8     item, steel plates.  What are steel plates?

9          A.   It is a bulletproof protective armor.

10         Q.   Do you own steel plates?

11         A.   Yes.

12         Q.   Were you intending to bring them to DC in November of

13    2020?

14         A.   Yes.

15         Q.   Can we pull up again the Government's 602.49, which is

16    previously admitted.  And it is a video.  Can we please just

17    hold it at the 20-second mark.  So you previously testified

18    that is you in the backpack there?

19         A.   That is correct.

20         Q.   And at this Million MAGA March in DC in November, did

21    you ultimately choose to wear the steel plates?

22         A.   No.

23         Q.   Let's go back to Government Exhibit 305.  Before the

24    break, was it your testimony that you recognized this video?

25         A.   Yes.

1          Q.  And at some point in 2020, did you listen to this

2     video or watch this video?

3          A.  Yes.

4          Q.  And is this exhibit here a fair and accurate

5     representation of a video you saw on YouTube?

6          A.  Yes.

7               MR. MANNING:  And we'll move to admit Government

8     Exhibit 305?

9               THE COURT:  Received.

10              (Whereupon, Government Exhibit No. 305 was admitted.)

11    BY MR. MANNING:

12         Q.  Do you see the date on the left there?

13         A.  Yes.

14         Q.  Can you read it?

15         A.  November 27th, 2020.

16         Q.  Are you familiar with how to post videos to YouTube?

17         A.  Yes.

18         Q.  Have you done it before?

19         A.  Yes.

20         Q.  So the date that is reflected there is that -- what

21    does that date actually reflect?

22         A.  That would be the date the video was posted to

23    YouTube.

24         Q.  Okay.  So if the video is taken on a Monday, but you

25    post it on a Friday, does it show Friday's date?

1      A.  That is correct.

2      Q.  Can we play from the beginning until 40 seconds.  And

3  pause.

4          (Video played.)

5  BY MR. MANNING:

6      Q.  And this time period of November 2020, did

7  Mr. Hostetter frequently state to you that he believed the

8  election had been stolen?

9      A.  Yes.

10     Q.  Please continue playing until 2 minutes, 58 seconds

11  and stop there.

12         Please skip ahead to the 4:45 mark in the video.  And I

13  will ask you to play from 4:45 and pausing at 6:32.

14         Mr. Taylor, these various allegations that Mr. Hostetter

15  makes here about the election, are they consistent with things

16  that you heard him say at the time?

17     A.  Yes.

18     Q.  Did he say -- did he discuss these things with you

19  frequently?

20     A.  Yes.

21     Q.  Please play until 7 minutes, 33 seconds and pause.

22         And based on your time together with Mr. Hostetter in this

23  period, were these statements about executions consistent with

24  his mindset at the time?

25         MS. KENNEY:  Objection, that would lack foundation,

1    call for speculation.

2              THE COURT:  It calls for mind reading.  It is

3    sustained.

4    BY MR. MANNING:

5         Q.  I will move on.

6         Let me skip ahead to 8:54.  And play from there to 10

7    minutes and 21 seconds.

8         Can we bring up Government Exhibit 907.14, which is in

9    evidence.  Pull those top two messages.  Mr. Taylor, what is

10   the date of this exchange?

11        A.  November 28, 2020.

12        Q.  Mr. Hostetter writes in the message up top, "Hey,

13   buddy I still have your backpack in my truck.  Don't let me

14   forget to give it to you this evening."

15        Why did Mr. Hostetter have your backpack on November 28th

16   of 2020?

17        A.  He drove back with it.

18        Q.  So is that a reference to the same backpack that you

19   had given him to take to the Million MAGA March?

20        A.  Yes.

21        Q.  Can you read your response?

22        A.  "Yes.  Thank you.  Hopefully don't need the hatchets

23   tonight."

24        Q.  In your mind at this time, how could hatchets like

25   this be used?

1          A.  As a weapon.

2          Q.  Can we have Government Exhibit 907.15?  It is already

3     in evidence.

4          Zoom in on that first message up top.  What is the date of

5     this first message?

6          A.  November 28th, 2020.

7          Q.  Mr. Hostetter writes, "I also sent out a newsletter

8     from American Phoenix Project mentioning all of the locations

9     for tonight.  That goes out to over 6,000 people."  Were you

10    and Mr. Hostetter coordinating about an event for that night?

11         A.  Yes.

12         Q.  In his message he references a newsletter going out to

13    over 6,000 people.  Generally did you see Mr. Hostetter trying

14    to promote people coming out to his speeches and events?

15         A.  Yes.

16         Q.  Go back to the full page here.  Zoom into the bottom

17    message there.  And is this a message in blue from you?

18         A.  Yes.

19         Q.  Here you mention a curfew breaker ceremony.  What are

20    you referring to when you are talking about breaking a curfew?

21              MS. KENNEY:  I am going to object in regards to

22    relevance and 403.  This curfew breaker, that was a local thing

23    going on in Orange county, it was completely irrelevant to the

24    presidential election.

25              THE COURT:  Overruled.  The witness can tell us what

1      it is.

2                THE WITNESS:  I'm sorry.  What was your question?

3      BY MR. MANNING:

4          Q.   What is the curfew breaker ceremony that you refer to

5      here?

6          A.   So Gavin Newsom had implemented a 10:00 p.m. curfew

7      for all of the residents of California.  And we were furious

8      about that.  We thought that was a complete overreach.  So in

9      defiance to that, we set up that evening a curfew breakers'

10     event that would count down at exactly 9:59.  And we had a

11     huge, large group out in the streets basically in defiance of

12     that curfew.

13               MS. KENNEY:  I would renew my objection and move to

14     strike.

15               THE COURT:  The objection is overruled.  What are you

16     talking about, a curfew for what?

17               THE WITNESS:  Your Honor, Gavin Newsom, the governor

18     of California, instituted a 10:00 p.m. curfew on or around this

19     date, indicating that all residents had to be inside their

20     homes.

21               THE COURT:  All what?

22               THE WITNESS:  All residents.

23               THE COURT:  Residents had to be in their homes for

24     what?

25               THE WITNESS:  That was just what he said, everybody

1    had to be inside their home at 10:00 p.m., sir.  So in defiance

2    to that, we set up a rally or a protest, started at 9:59.  And

3    we did a countdown ceremony.  So exactly 10:00, we had music.

4    And it was a festive thing to be in defiance --

5              THE COURT:  This was some anticrime thing or what?

6              THE WITNESS:  He, I believe, implemented this for

7    COVID restrictions.

8              THE COURT:  COVID?

9              THE WITNESS:  Yes, sir.  At 10:00 p.m., I believe

10    COVID becomes more virulent.

11              THE COURT:  For COVID.

12              THE WITNESS:  It is very odd.

13              THE COURT:  I don't remember hearing about that.

14              THE WITNESS:  It was definitely something we had to

15    deal with, Your Honor.

16              THE COURT:  The objection is overruled.

17    BY MR. MANNING:

18        Q.  At these -- in November of 2020, at these curfew

19    breaker ceremonies, were there also speeches or activities

20    related to the presidential election?

21        A.  Yes.  After the countdown ceremony, we would usually

22    have various speakers, again anti lockdown and kind of pro

23    Trump just across the board.

24        Q.  And --

25              THE COURT:  It sounds like a Tump person would have

1    been against that.

2              THE WITNESS:  It was a good time.  You should have

3    joined us.

4    BY MR. MANNING:

5         Q.  Where did these events take place?

6         A.  Well, initially, we had them in San Clemente, which

7    is, I believe, the date of this event.  We had one in Hunington

8    Beach, Riverside, San Diego, northern California.  We had

9    various cities and individuals that kind of took upon

10   themselves the same moniker for curfew breakers.  So we had

11   multiple events across California.

12        Q.  Did you mention one of those was Huntington Beach?

13        A.  That is correct.

14        Q.  Did you attend events at Huntington Beach?

15        A.  Yes.

16        Q.  Can we bring out a video, which has been marked as

17   Government Exhibit 602.51.  Sir, do you recognize this video?

18        A.  Yes.

19        Q.  And do you appear in it?

20        A.  Yes.

21        Q.  Is it a fair and accurate representation of what it

22   shows?

23        A.  Yes.

24        Q.  And is this one of those curfew breaker events you

25   were describing?

1      A.  Yes.  But I don't believe it was on the November 28th.

2   But, yes, we did them consecutively over multiple weeks.

3      Q.  You have seen this video before?

4      A.  Yes.

5      Q.  And it is a fair and accurate representation of what

6   it shows?

7      A.  Yes.

8          MS. KENNEY:  Objection.  This is vague as to time.

9          MR. MANNING:  I could try to clear that up, Your

10  Honor.

11         THE COURT:  It is received.

12         (Whereupon, Government Exhibit No. 602.51 was

13  admitted.)

14         MR. MANNING:  Okay.

15  BY MR. MANNING:

16     Q.  Can we -- do you see Mr. Hostetter on the screen here?

17     A.  Yes.

18     Q.  Can you describe what he is wearing?

19     A.  Dark beanie and dark sweatshirt and jeans.

20     Q.  And where are you positioned in relation to

21  Mr. Hostetter?

22     A.  To his left.

23     Q.  Can we play until 1 minute, 5 seconds and pause?

24         MS. KENNEY:  I'm sorry, Your Honor.  I am going to

25  object as to foundation.  I don't think it has been properly

 1    laid.  This witness stated this did not take place on the date

 2    he was being questioned about.

 3               THE COURT:  Overruled.

 4               (Video played.)

 5    BY MR. MANNING:

 6       Q.  Can we have Government Exhibit 909.04.  And this is

 7    already in evidence.  What is the date of this message?

 8       A.  December 2nd, 2020.

 9       Q.  Can you read the first message here from

10    Mr. Hostetter?

11       A.  "Press conference going on right now with Lin Wood and

12    Sydney Powell."

13       Q.  Do you know who Lin Wood and Sydney Powell are?

14       A.  They are both attorneys for President Trump.

15       Q.  And did you have an understanding of what this press

16    conference was about?

17       A.  I believe this was in relation to some of the findings

18    for the errors with the Dominion machines and stolen election

19    effectively.

20       Q.  And so in which election?

21       A.  In the stolen 2020 election.

22       Q.  Go to the next page.  Can we zoom in on the bottom two

23    messages.  De De writes here on December 2nd, "OMG.  I am so on

24    fire right now I can't take it."

25       Can you read Mr. Hostetter's response?

1    A.  "I bet GA," Georgia, "state capitol is flooded

2    tomorrow.  This is exactly what needs to happen.  Big names

3    like Wood and Powell telling people to get angry, engage in

4    civil disobedience, take to the streets."

5    Q.  Bring up Government Exhibit 907.17, which is in

6    evidence.  Zoom in on those two messages here.  Do you see the

7    date of this exchange?

8    A.  December 7th, 2020.

9    Q.  And can you read Mr. Hostetter's message to you?

10   A.  "I am not sure I understand exactly.  As part of Beach

11   Church you are going to burn syringes and masks once a month?"

12   Q.  So can you explain what is happening here, what he is

13   asking you about?

14   A.  Previous to this, we had a mask burning ceremony a few

15   weeks prior.  And I believe in previous messages, I was

16   indicating that we should continue to do something of that

17   nature.  And I think he is miscommunicating or

18   misunderstanding -- I'm sorry -- my intent to do that at Beach

19   Church, which was just a misunderstanding.

20   Q.  And did he seem to disagree with whatever he

21   understood you to be doing?

22   A.  Yes.

23   Q.  And, generally, if there was something that you

24   proposed to Mr. Hostetter in your time together that he didn't

25   agree with was he -- would he say so?

1           MS. KENNEY:  Objection, Your Honor, lacks foundation,

2    calls for speculation and basically mind reading in regards to

3    if my client didn't say something, it doesn't mean he didn't

4    agree with what Mr. Taylor was doing.

5           THE COURT:  Overruled.

6           THE WITNESS:  I'm sorry.  Repeat the question?

7    BY MR. MANNING:

8        Q.  Would you like me to repeat the question?

9        A.  Yes, please.

10       Q.  In your time with Mr. Hostetter were there ever

11   instances where you stated something or proposed something and

12   he stated a disagreement?

13       A.  Yes.

14       Q.  How would you describe the dynamic between the two of

15   you during the course of your relationship?

16       A.  I mean, you know, he is a little bit older than I was.

17   He was a former chief of police.  And then he started the

18   American Phoenix Project, so I always kind of took second in

19   our efforts and kind of pretty much everything had to go

20   through him, for our events, communication, anything else that

21   we were doing.

22           MS. KENNEY:  I'm sorry, Your Honor.  That would

23   misstate the testimony in regards to him taking second.

24           THE COURT:  Overruled.

25           MS. KENNEY:  It is also vague as to what he means by

1    second.

2              THE COURT:  I didn't hear you.

3              MS. KENNEY:  It is vague as to what he means by

4    second.  Mr. Taylor was the one that is initiating all of these

5    Telegram conversations, starting the Telegram groups, doing the

6    majority of the organizing.  So I am a little confused on what

7    he means when he states --

8              THE COURT:  That is what cross-examination is for.

9    BY MR. MANNING:

10       Q.  If we go to the next two messages.  Can you read the

11   message that you wrote here?

12       A.  "Sorry.  Totally separate from Beach Church."

13       Q.  And then Mr. Hostetter starts his message with,

14   "Unless things have changed since I was a cop."  In your time

15   together, did Mr. Hostetter frequently reference his law

16   enforcement experience?

17       A.  Yes.

18       Q.  He then continues, "Unless things changed since I was

19   a cop, it is a misdemeanor to possess a syringe without a

20   prescription, business and professional code 4149 back in the

21   day."

22          In your time together with Mr. Hostetter, did he often

23   hold himself out as generally being knowledgeable about what is

24   legal and illegal?

25       A.  Yes.

1          Q.  Can we have Government Exhibit 307.  It is a video.

2     Why don't we play to 12 seconds and then we'll authenticate.

3          Do you recognize this?

4          A.  Yes.

5          Q.  What is it?

6          A.  It is a YouTube video.

7          Q.  Do you appear in this video?

8          A.  Yes.

9          Q.  It is a fair and accurate representation of what it

10    depicts?

11         A.  Yes.

12              MR. MANNING:  Move to admit Government Exhibit 307.

13              THE COURT:  Received.

14              (Whereupon, Government Exhibit No. 307 was admitted.)

15    BY MR. MANNING:

16         Q.  Mr. Taylor, are you on the screen here?

17         A.  Yes.

18         Q.  Could you describe who you are?

19         A.  I am center right here with the red hat.

20         Q.  And whose voice did we just hear speaking?

21         A.  That is Alan.

22         Q.  And when did this take place?

23         A.  I believe December 13th.  This was a Stop the Steal

24    rally that we organized.  I believe it was on this date.

25         Q.  Can we play until 1 minute, 14 seconds and pause.

1              (Video played.)

2    BY MR. MANNING:

3         Q.  Please skip ahead to 1 minute, 59 seconds.  And please

4    play to 3 minutes, 20 seconds and stop.

5         Mr. Taylor, did you, yourself, also give some public

6    speeches in the fall of 2020 time period?

7         A.  Yes.

8         Q.  Did you also express some strong sentiments in those

9    speeches?

10        A.  Yes.

11             MR. MANNING:  Your Honor, we are approaching

12   12:30 and we are about to shift gears a little bit.  This could

13   be an appropriate time for a break, if it would please the

14   Court.

15             THE COURT:  That is fine.  We'll come back at 1:30.

16             THE COURTROOM DEPUTY:  All rise.  This Court stands

17   in recess until 1:30.  The parties are excused.

18             (Recess taken.)

19             THE COURT:  You can get the witness.

20             All right.  You may proceed, Counsel.

21   BY MR. MANNING:

22        Q.  Ask for Government Exhibit 305, which is in evidence

23   to be put back on the screen.

24        I'm sorry.  307.  Mr. Taylor, before the break, do you

25   recall testifying about this speech here?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1          A.  Yes.

2          Q.  And you testified this was a Stop the Steal rally; is

3     that right?

4          A.  Yes.

5          Q.  Can we now move to Government Exhibit 907.18, which is

6     in evidence.  Please zoom to the top two messages.

7          Mr. Taylor, what is the date of this exchange?

8          A.  12/13/2020.

9          Q.  Could you read your first message?

10         A.  "Are you okay with these quote for Breitbart from

11    you?"

12         Q.  Who are you sending this to?

13         A.  To Alan.

14         Q.  Can you -- can you explain what is going on here?

15         A.  I believe at the time we were going to have an article

16    in Breitbart News.  And I was getting Alan's approval for some

17    quotes about some of the events that we had coming up.

18         Q.  And in part is this referencing the speech we just saw

19    at the event?

20         A.  Yes.

21         Q.  And why did you ask for Alan's approval of this quote?

22         A.  This was a public facing news outlet.  And anything

23    that was going to be coming from American Phoenix or from Alan,

24    obviously, I wanted to get his approval before sending that.

25         Q.  Can you read the second a paragraph there of the

1   proposed quote?

2        A.   "It is critical that we stand with President Trump

3   from sea to shining sea.  And this event was done in Huntington

4   Beach to show our support for the president as well as patriots

5   standing up against the fraud and corruption committed during

6   the election.  We will not back down until our vote counts."

7        Q.   May we see Mr. Hostetter's response, the next message.

8   And did Mr. Hostetter approve the proposed quote?

9        A.   Yes.

10        Q.   Are you familiar with a term California Patriots Spec

11   Ops?

12        A.   Yes.

13        Q.   What is it?

14        A.   It is a Telegram group.

15        Q.   Did you have any association with that Telegram group?

16        A.   Yes.

17        Q.   Can you describe that?

18        A.   It was a group of individuals within California and

19   from some of the other Telegram groups.

20        Q.   Were you one of the organizers of the group?

21        A.   Yes.

22        Q.   And what did the phrase spec ops refer to?

23        A.   Special operations.

24        Q.   Bring up Government Exhibit 905, please.  Do you

25   recognize this document, Mr. Taylor?

1        A.  Yes.

2        Q.  What is it?

3        A.  The Telegram group California Patriots Spec Ops.

4        Q.  Okay.  And is this file a fair and accurate

5   representation of the contents of that Telegram group?

6        A.  Yes.

7             MR. MANNING:  So move to admit Government

8   Exhibit 905.

9             THE COURT:  Received.

10            (Whereupon, Government Exhibit No. 905 was admitted.)

11   BY MR. MANNING:

12       Q.  Look at the first message from the first page here.

13   And this reference to Porter RockQwell creating the group.  Is

14   that a reference to you?

15       A.  Yes.

16       Q.  What is the date here?

17       A.  November 16th, 2020.

18       Q.  Go to the next page, please.  I'd like to pull up a

19   message from Mr. Taylor on November 16th at 7:41 p.m.  Could

20   you read the first few sentences of your message here ending

21   with the word disobedience?

22       A.  "This group is exclusive to patriots that are ready to

23   function as operators of disruption against tyranny.  We are at

24   war.  Similar to patriots that founded America, we must now

25   take action to specifically disrupt the tyranny of the democrat

1    dictators that are attempting to rule on high with tyranny.

2    This group will function as silent disruptors to remove

3    authority.  This will be nonviolent but will be civil

4    disobedience."

5         Q.  All right.  Turn to the top of page 5.  Zoom in on the

6    top green message there.

7         Is this another message you posted to this group?

8         A.  Yes.

9         Q.  What is the date?

10        A.  12/4/2020.

11        Q.  Can you read what you wrote?

12        A.  "I wonder if any of the windows at Facebook need to be

13   fact checked by some rocks."

14        Q.  Do you see the next two messages?  One user writes

15   following that, "YouTube is right around the corner from here.

16   I believe at Hercules 2 campus in walking distance."  You can

17   see the message where you invite another participant.  Can we

18   see the next message after that?

19        We see a user writes here, "Better yet, fact check them

20   with bricks with the Antifa A sketched on them."

21        Did you understand that fact check reference to be a

22   response to your previous message about fact checking the

23   windows at Facebook?

24        A.  Yes.

25        Q.  And was it your understanding that this user was

1    somebody who was part of this Antifa group?

2         A.  No.

3         Q.  So what was your understanding of what this proposal

4    is here?

5         A.  To make it look like that it might be them.

6         Q.  And just to clarify, to make it look like what might

7    be who?

8         A.  It would be Antifa that would be throwing the

9    brick.

10        Q.  Can we bring up Government Exhibit 515.  Do you

11   recognize this?

12        A.  Yes.

13        Q.  What is it?

14        A.  It is an Instagram post.

15        Q.  And who is the entity or person making the post?

16        A.  American Phoenix Project account.

17        Q.  Is it a fair and accurate representation of an APP

18   Instagram post?

19        A.  Yes.

20        Q.  What is the date?

21        A.  December 16th, 2020.

22             MR. MANNING:  I will move to admit Government

23   Exhibit 515.

24             THE COURT:  Received.

25             (Whereupon, Government Exhibit No. 515 was admitted.)

1    BY MR. MANNING:

2         Q.  From left to right, who is in this photo?

3         A.  Morton, myself, Alan.

4         Q.  How would you describe the items in Morton's right

5    hand and Mr. Hostetter's left hand?

6         A.  Those are hatchets.

7         Q.  And who brought the hatchets on this date?

8         A.  I did.

9         Q.  Are these hatchets similar to the hatchets that

10   Mr. Hostetter carried for you to Washington, DC for the event

11   in November 2020?

12        A.  I had my own, but, yes.

13        Q.  But are they --

14        A.  They are the same style, yes.

15             MS. KENNEY:  I'm sorry.  I am going to object to the

16   answer that it actually assumes facts not in evidence.  His

17   reference seemed to indicate that Mr. Hostetter brought his own

18   hatchets, which we would object to that.

19             THE COURT:  Why don't you rephrase your question?

20             MR. MANNING:  Will do, Your Honor.

21             MS. KENNEY:  I'm sorry.  Can I strike the answer?

22             THE COURT:  Current answer is stricken.  Rephrase the

23   question.  The objection is sustained.

24             MS. KENNEY:  Thank you.

25   BY MR. MANNING:

1       Q.  When you went to the Million MAGA March in Washington,

2   DC, did you ask Mr. Hostetter to carry some items on your

3   behalf?

4       A.  Yes.

5       Q.  Were some of the items that you asked him to carry on

6   your behalf hatchets that you owned?

7       A.  Yes.

8       Q.  And the hatchets that we are looking at in this

9   Exhibit 515, are they similar types of hatchets as the hatchets

10  of yours that Mr. Hostetter carried in November?

11      A.  Yes.

12      Q.  Did you purchase these hatchets?

13      A.  Yes.

14      Q.  Did you purchase them online?

15      A.  Yes.

16      Q.  Purchase them from the same place?

17      A.  Yes.

18      Q.  Can you read the second post here from the top

19  beginning with "The time has come"?

20      A.  "The time has come when good people may have to act

21  badly but not wrongly.  #AmericanPhoenixProject, #Tomahawkchop.

22  Thank you @RussTaylor for this gift of the #battleaxe

23  representing the many battles yet to come.  #GodblessAmerica,

24  #patriots."

25      Q.  At this time in December 16th, 2020, who controlled

1    the Instagram account of the American Phoenix Project?

2        A.  Alan.

3        Q.  Bring up Government Exhibit --

4            MS. KENNEY:  I'm sorry, Your Honor.  I am going to

5    have to object that that would lack foundation in regards to

6    control.  It is also vague.

7            THE COURT:  Overruled.

8    BY MR. MANNING:

9        Q.  Bring up Government Exhibit 909.05, which is in

10   evidence.  Please zoom in on these three messages.  Is this

11   another message exchange that includes you, Mr. Hostetter and

12   De De?

13       A.  Yes.

14       Q.  What is the date of the first message?

15       A.  12/16/2020.

16       Q.  And in the first message Mr. Hostetter writes, "De De,

17   do you have direct communication capabilities with Ali of Stop

18   the Steal."  Do you know who Ali is?

19       A.  This is Ali Alexander from the Stop the Steal

20   organization.

21       Q.  And De De writes in response, "Not direct like email

22   or phone.  I communicated with him through direct message on

23   Twitter."  And can you read Mr. Hostetter's response to De De?

24       A.  "Can you try to raise him and see if they are planning

25   any rallies in DC on 1/6/2020, during the joint session of

 1    Congress where the electoral results will either be accepted or

 2    objected to?  If ever a million patriots needed to be in DC, it

 3    will be on this day to put the fear of God in those traitors

 4    and RINO bastards."

 5        Q.  In this time period in mid-December of 2020, did you

 6    frequently communicate with Mr. Hostetter about the

 7    presidential election?

 8        A.  Yes.

 9        Q.  Did he appear to be concerned with the specific

10    processes surrounding the election?

11        A.  Yes.

12        Q.  Go to the next page, please.  Zoom in on the blue

13    message.  So De De writes in response to the message, "We saw.

14    Okay.  I will message him."

15        Can we see the next message?

16        Could you read what Mr. Hostetter wrote next?

17        A.  "Thanks.  Death to traitors will be my preferred chant

18    for that day."

19        Q.  Government Exhibit 907.20, which is already in

20    evidence.  Zoom in to the two messages here.  What is the date

21    of this message on top?

22        A.  12/17/2020.

23        Q.  And in the second message below, what is Mr. Hostetter

24    sending you?

25        A.  This is a web link.

DIRECT EXAMINATION OF RUSSELL TAYLOR

1       Q.  And from the name of the web link, do you have an

2    understanding of what this was about?

3       A.  It says, "John Ratcliff tells CBS news there was

4    foreign election interference.  Election report now delayed."

5       Q.  Let's move Government Exhibit 907.21.  It is already

6    in evidence.  Can we blow out that message, please?  What is

7    the date of this message, sir?

8       A.  12/19/2020.

9       Q.  Do you see the link that Mr. Hostetter sent you on

10   top?

11      A.  Yes.

12      Q.  Can you read the web address there?

13      A.  "The gateway pundit.com/202012 President Donald Trump

14   calls protest DC January 6 says will wild."

15      Q.  Do you know what that is a reference to, that link?

16      A.  I believe it was for the tweet that President Trump

17   sent out saying to be in DC on January 6.

18      Q.  And did you see that tweet that President Trump sent

19   out?

20      A.  Yes.

21      Q.  And I believe you were referencing this at the end of

22   your last answer.  And do you remember what President Trump

23   called for in that tweet?

24      A.  Something to the effect for individuals to come to DC

25   on January 6th.

1          Q.   See the next message, please.  Can you read what

2     Mr. Hostetter wrote here?

3          A.   "We asked for it.  We got it."

4          Q.   And did you understand that to be a reference to the

5     tweet?

6          A.   Yes.

7          Q.   Did you and Mr. Hostetter do anything in particular in

8     response after you were aware of this tweet?

9          A.   We immediately started planning to come to DC

10    ourselves and starting to kind of organize individuals to come

11    with us.

12         Q.   Okay.  And when you say you were planning to come to

13    DC, was there a particular time that you were planning to come?

14         A.   I believe it was from January 4th through the 7th for

15    myself for a flight.

16         Q.   Okay.  Can we bring up Government Exhibit 520.  Do you

17    recognize this?

18         A.   Yes.

19         Q.   What is it?

20         A.   It is a picture of a phone with an Instagram post.

21         Q.   With respect to the Instagram posts, were you

22    following the Instagram posts of American Phoenix Project in

23    December 2020?

24         A.   Yes.

25         Q.   Is this a fair and accurate representation of a post

1   from the American Phoenix Project to its Instagram account?

2        A.  Yes.

3        Q.  What is the date of it?

4        A.  December 19th, 2020.

5             MR. MANNING:  Move to admit Government Exhibit 520.

6             THE COURT:  Received.

7             (Whereupon, Government Exhibit No. 520 was admitted.)

8   BY MR. MANNING:

9        Q.  Can you please read this post?

10       A.  "Fight for Trump.  Late last night President Trump

11   tweeted that all patriots should descend on Washington, DC on

12   Wednesday 1/6/2021.  This is the date of the joint session of

13   Congress in which they will either accept or reject the fake,

14   phony, stolen electoral college votes.  I will be there

15   bullhorns on fire and let the swamp dwellers know we will not

16   let them steal our country from us.  I hope you join me."

17       Q.  Do you see in the upper left there is an indication of

18   views?

19       A.  Yes.

20       Q.  What does that indicate?

21       A.  How many Instagram users have viewed that post.

22       Q.  Can we bring up Government Exhibit 521.  Do you

23   recognize this?

24       A.  Yes.

25       Q.  What is it?

1      A.   It is another Instagram post from American Phoenix

2   Project.

3      Q.   And what is the date?

4      A.   December 20th, 2020.

5      Q.   Is it a fair and accurate representation of an

6   American Phoenix Project Instagram post in December 2020?

7      A.   Yes.

8           MR. MANNING:  Move to admit Government Exhibit 521.

9           THE COURT:  Received.

10           (Whereupon, Government Exhibit No. 521 was admitted.)

11   BY MR. MANNING:

12      Q.   Could you read this post, sir?

13      A.   "Fight for your country, find a way, any way to be in

14   Washington, DC on 1/6/2021, will be a day for the history

15   books."

16      Q.   Look at Government Exhibit 907.22, which is already in

17   evidence.  Look at the message on the bottom there.  If we

18   could scroll down to the next page.  Can we zoom in on that

19   message, please?

20      What is the date of this message?

21      A.   12/19/2020.

22      Q.   And can you read it?

23      A.   "I booked a room at the George again."

24      Q.   And is that a message from Mr. Hostetter to you?

25      A.   Yes.

1      Q.  When he says, again, why is he saying -- do you have

2  an understanding of what me means by again?

3      A.  We had stayed at the George Kimpton Hotel in the

4  November trip.  So we rebooked for the January trip.

5      Q.  Did you both end up staying there in January 2021 as

6  well?

7      A.  Yes.

8      Q.  Bring up Government Exhibit 909.06, which I believe is

9  in evidence on the second page.  Zoom in on the top three

10  messages.  What is the date of the message on top?

11      A.  12/19/2020.

12      Q.  And can you read the message you wrote there?

13      A.  "Are you driving, Alan?"

14      Q.  Can you read Mr. Hostetter's response?

15      A.  "Yes.  I can take your hatchets again.  I can take

16  that backpack speaker of yours too.  Would be great to have

17  inspiring jams out there."

18      Q.  Go down to page 5.  Scroll at the bottom two messages.

19  What is the date of this still, December 19th, 2020?

20      A.  Yes.

21      Q.  And De De writes, "Is anyone else going to Erroll's

22  thing tonight."

23      Can you read Mr. Hostetter's response?

24      A.  We will be in HB for our last curfew breakers' event.

25      Q.  What is HB in reference to?

1       A.  Huntington Beach, California.

2       Q.  Did you go there that night?

3       A.  I believe so, yes.

4       Q.  Did Mr. Hostetter give a speech there that night?

5       A.  I believe so, yes.

6       Q.  Can we pull up Government Exhibit 308?  Please play 3

7   seconds and pause.

8       Do you recognize this?

9       A.  Yes.

10      Q.  What is it?

11      A.  It is a video of the curfew breakers' event.

12      Q.  Were you there for this event?

13      A.  I believe so, yes.

14      Q.  Is this video a fair and accurate representation of

15   what it shows?

16      A.  Yes.

17          MR. MANNING:  Move to admit Government Exhibit 308.

18          THE COURT:  Received.

19          (Whereupon, Government Exhibit No. 308 was admitted.)

20   BY MR. MANNING:

21      Q.  Can we please start from the beginning and just play

22   from the beginning to the end?

23          (Video played.)

24   BY MR. MANNING:

25      Q.  And did you hear this speech?

1         A.  Yes.

2         Q.  And when you heard Mr. Hostetter refer to this problem

3    and to say, one way or another, it is going to be solved,

4    what -- what did you believe the problem was?

5         A.  The fraudulent, stolen election.

6         Q.  Pull up Government Exhibit 309.  Please play 3 seconds

7    and pause.

8         And do you recognize this?

9         A.  Yes.

10        Q.  And what is it?

11        A.  It is a video, I believe, of the same speech.

12        Q.  So is it a different clip but from the same speech?

13        A.  Yes.

14        Q.  Is it a fair and accurate representation of the

15   portion of the speech that it shows?

16        A.  Yes.

17        Q.  Can we move to admit Government Exhibit 309?

18        A.  Received.

19             (Whereupon, Government Exhibit No. 309 was admitted.)

20   BY MR. MANNING:

21        Q.  Please go to the beginning and play until 40 seconds

22   and pause.

23        And did you hear this portion of the speech?

24        A.  Yes.

25        Q.  And when you heard Mr. Hostetter refer to people

1    behind the walls of the Senate and the House who have one

2    choice whether to fix this mess, who did you understand the

3    people behind the walls in the Senate to be?

4                MS. KENNEY:  Objection, relevance.

5                THE COURT:  Overruled.

6                THE WITNESS:  Corrupt government officials.

7    BY MR. MANNING:

8        Q.  And any particular government officials, any

9    particular branch?

10       A.  Predominantly democrats and RINOs, considered RINOs as

11   well.

12       Q.  And when you heard Mr. Hostetter say, "Fix this mess,"

13   what was your understanding what the mess was that needed to be

14   fixed?

15       A.  The election was fraudulent and it was stolen from

16   President Trump.

17       Q.  Can we play until 1 minute and 13 seconds and stop

18   there.

19       Do you recall approximately how big the crowd was for that

20   speech that night?

21       A.  Those events would usually range from a few hundred

22   people to a few thousand in some instances.

23                MS. KENNEY:  Objection, that lacks foundation.  It

24   also is nonresponsive to the actual question and the specific

25   speech, move to strike.

BY MR. MANNING:

Q.   Before I move on, you mentioned in response to a
question a moment ago the term RINO?

A.   Yes.

Q.   And what do you mean when you use the term RINO?

A.   Republican in name only.

Q.   And is that a term you heard Mr. Hostetter use
frequently?

A.   Yes.

Q.   Did you use the Telegram application to organize
people travel to DC for January 6th?

A.   Yes.

Q.   Can we bring up Government Exhibit 902.2.  Do you
recognize this?  Can we zoom in on the bottom there, please?

A.   Yes.

Q.   And what is it?

A.   This I believe is the Telegram group, California
Patriots Answer the Call is the group.  We are organized
individuals that were coming from California to go to DC on
January 6th.

Q.   And did you organize that Telegram group?

A.   Yes.

Q.   And did you participate in it?

A.   Yes.

Q.   Is this a fair and accurate representation of a

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    Telegram message on December 19th?

2        A.  Yes.

3            MR. MANNING:  At this time we move to admit

4    Government Exhibit 902.02?

5            THE COURT:  Received.

6            (Whereupon, Government Exhibit No. 902.02 was

7    admitted.)

8    BY MR. MANNING:

9        Q.  Have you also, Mr. Taylor, reviewed Government

10   Exhibits 902.03, 902.04 and 902.06?

11       A.  Yes.

12       Q.  Are all of them fair and accurate representations of

13   other Telegram messages from this same group?

14       A.  Yes.

15           MR. MANNING:  We would move to admit Government

16   Exhibit 902.03, 902.04 and 902.06.

17           THE COURT:  Received.

18           (Whereupon, Government Exhibit No. 902.03, 902.04,

19   902.06 was admitted.)

20   BY MR. MANNING:

21       Q.  Turning you attention back to this message here marked

22   902.02.  See the string of text that begins with HTTPS?

23       A.  Yes.

24       Q.  What is that?

25       A.  That is -- I believe that is the Twitter link to

DIRECT EXAMINATION OF RUSSELL TAYLOR                100

1    President Trump's tweet.

2        Q.  Okay.  And when you say President Trump's tweet, are

3    you referring to the tweet where he asked people to come to

4    Washington, DC for January 6?

5        A.  That is correct.

6        Q.  At some point around December 19th, 2020, did you

7    change the name of one of the Telegram groups?

8        A.  I believe this one was changed because previously we

9    had used it for the November event.  So we changed it to

10   California Patriots Answer the Call referencing the call in

11   President Trump's message to come to DC.

12       Q.  Can we bring up 902.03?  And does this message reflect

13   what you have just described as far as changing the name of the

14   group?

15       A.  Yes.

16       Q.  What is the date?

17       A.  12/20/2020.

18       Q.  Can we go to Government Exhibit 902.04 also in

19   evidence.  See those two messages, please.  What is the date of

20   the first message?

21       A.  12/21/2020.

22       Q.  Can you read it?

23       A.  This group will serve as the thread to collect

24   individuals that are going to be attending January 6 in DC.

25   With this, we will be able to communicate details of the trip,

1    travel and gathering together as a group.  Details will be

2    provided as the event draws closer.

3        Q.  And does that message capture your purpose in creating

4    the answer the call group?

5        A.  Yes.

6        Q.  Can you bring up Government Exhibit 902.01.  Do you

7    recognize this?

8        A.  This looks to be another Telegram group.

9        Q.  And could we show the list of participants?  And is

10   this a Telegram group that you participated in?

11       A.  Yes.

12       Q.  And have you previously reviewed this?

13       A.  Yes.

14       Q.  Does it fairly and accurately represent the list of

15   participants in that Telegram group?

16       A.  Yes.

17           MR. MANNING:  We'll move to admit Government

18   Exhibit 902.01.

19           THE COURT:  Received.

20           (Whereupon, Government Exhibit No. 902.1 was

21   admitted.)

22   BY MR. MANNING:

23       Q.  If we could blow out the names in the bottom half

24   there.  Does this indicate you are a member of this group?

25       A.  Yes.

1          Q.  As well as De De, the same De De we are talking about

2    previously?

3          A.  Yes.

4          Q.  If we go to the second page, please.  Zoom to the --

5    zoom in on the bottom there, please.  And does this reflect

6    that Mr. Hostetter is a participant in this Telegram group?

7          A.  Yes.

8          Q.  Roughly, if you recall, approximately how many people

9    participated in this Telegram group, would you say, more than

10   50?

11         A.  Yes.

12         Q.  At some point, did you create another subgroup on

13   Telegram for a certain subset of these people who were planning

14   to travel to DC?

15         A.  Yes.

16         Q.  And what did you call that group?

17         A.  That was the DC Brigade.

18         Q.  Can we bring up Government Exhibit 907.24.  Just to be

19   clear, this DC Brigade, what was the purpose of the DC Brigade?

20         A.  This was a group from within this larger group of

21   individuals that were going to be in DC as well and that were

22   willing to fight and protect ourselves.

23         Q.  Did you organize that group?

24         A.  Yes.

25         Q.  Bring up Government Exhibit 907.24, which is in

1    evidence.  Is this another message from Mr. Hostetter to you?

2         A.  Yes.

3         Q.  And what is the date of this message here?

4         A.  12/25/2020.  Mr. Hostetter writes on Rudi's podcast

5    yesterday he stated, "It is all going to come out shortly after

6    Christmas and it is going to shock the country.  This explosion

7    could be a deep state counterattack.  We shall see.  Definitely

8    getting good though."

9         Do you know who Rudi was a reference to?

10        A.  Rudi Giuliani.

11        Q.  Can we go to the next message?  Can you read your

12   response to Mr. Hostetter?

13        A.  "Time to cross the Delaware."

14        Q.  What is cross the Delaware in reference to?

15        A.  George Washington crossing the Delaware.

16        Q.  Crossing the Delaware to do what?

17        A.  Battle.

18        Q.  Can we bring up 902.06, which is in evidence.  Can we

19   zoom in on these three messages?  Are these messages from the

20   same Telegram group we were looking at previously?

21        A.  Yes.

22        Q.  What is the date of the message on top?

23        A.  12/29/2020.

24        Q.  There is a web address there to Wild Protest.com.  Do

25   you know what Wild Protest.com is in reference to?

1      A.  That was a website that was for the group that was

2  organizing one of the predominant events that were going to be

3  happening on January 6.

4      Q.  What was going to be happening in Washington, DC?

5      A.  Yes.

6      Q.  Can you read your message there?

7      A.  From the top?

8      Q.  Just the first two sentences after the web link.

9      A.  This says events starts at 10:00 a.m.  I personally

10  want to be on the front steps and be one of the first ones to

11  breach the doors.

12      Q.  Do you see the response below says, "I like it.  Be

13  the first ones to storm the Capitol.  Go big or go home.  Yes,

14  Porter."  And did you take Porter to be a reference to you?

15      A.  Yes.

16      Q.  Did you plan on bringing weapons with you to DC for

17  January 6?

18      A.  Yes.

19      Q.  Did you discuss that with Mr. Hostetter?

20      A.  Yes.

21      Q.  Bring up Government Exhibit 908.11.  Zoom in, please.

22  What is the date of the message?

23      A.  12/29/2020.

24      Q.  And who did you send this to?

25      A.  To Alan.

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    Q.  Can you read what you wrote?

2    A.  "110K volts of freedom."

3    Q.  Are you referring to anything specific with 110K volts

4  of freedom?

5    A.  That is for an electric stun baton.

6    Q.  Did you own an electric stun baton?

7    A.  Yes.

8    Q.  Did you make that known to Mr. Hostetter?

9    A.  Yes.

10    Q.  In addition to weapons, did you plan on bringing

11  anything for communications on January 6 in DC?

12    A.  We had radios and cell phones.

13    Q.  Can we bring up Government Exhibit 908.12.  Can we

14  zoom in on the first two messages, please.  What is the date of

15  your message here?

16    A.  12/29/2020.

17    Q.  Can you read what you wrote?

18    A.  "Do you guys want me to bring radios if we get

19  disconnected on cell phones like last time?"

20    Q.  What did Mr. Hostetter write in response?

21    A.  Yes.  I can bring a couple too, good idea.

22    Q.  How did you plan to get weapons from California to

23  Washington, DC for January 6th?

24    A.  Alan was driving again across the country.  And he was

25  going to take them for me.

DIRECT EXAMINATION OF RUSSELL TAYLOR

1      Q.  And had he done that for you previously in November?

2      A.  Yes.

3      Q.  Can we bring up Government Exhibit 908.11A.  Do you

4  recognize this?

5      A.  Yes.

6      Q.  And what is it?

7      A.  It is a text message thread.

8      Q.  And is the thread among -- take your time to look at

9  this.  Who is the thread among?

10     A.  This would be between myself Alan Morton.

11     Q.  Is that a fair and accurate representation of a text

12  exchange between yourself, Mr. Hostetter and Mr. Smith?

13     A.  Yes.

14     Q.  Is it part of the same three-way text thread among the

15  three of you that we have looked at previously, but just shown

16  here in a different format?

17     A.  Yes.

18         MR. MANNING:  I will move to admit Government

19  Exhibit 908.11A.

20         THE COURT:  Received.

21         (Whereupon, Government Exhibit No. 908.11A was

22  admitted.)

23  BY MR. MANNING:

24     Q.  Do you see there is a date toward the bottom of the

25  screen?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1        A.   Yes.

2        Q.   What is that date?

3        A.   December 28th.

4        Q.   So the text that is above December 28th, do you know

5   when that text would have been sent?

6        A.   Presumably before.

7        Q.   Would it have been near in time to December 28th?

8        A.   It could be, yes.

9        Q.   Can you read the first message from Mr. Hostetter

10  beginning with, I will be heading?

11       A.   "I will be heading to DC on 12/31.  Let's hook up on

12  12/30 so you can give me your backpack" with hatchet emojis.

13       Q.   I'm sorry.  What do you recognize those three items to

14  be after the word backpack?

15       A.   Like hatchet emojis or axes.

16       Q.   Can you read your response?

17       A.   "Oh, shiz.  I need to pack that up.  Alan, are you

18  bringing firearms?"

19       Q.   Can you read Mr. Hostetter's response back to you?

20       A.   "No, never.  Instagram now monitors all text messages.

21  This has been a public service announcement" laughing emoji or

22  crying, I'm not sure.

23       Q.   So when Mr. Hostetter writes, no, never and the rest

24  of it and including what you described as laughing emojis, when

25  you received this, did you take that to be serious or something

1    else?

2         A.  More comical or facetious.

3         Q.  And what does he write after what you have just read?

4         A.  Stick to and then the axe emoji or hatchet emoji.

5         Q.  And what did you write in response?

6         A.  "Copy that.  Can I drop it off to you Wednesday?"

7         Q.  When you dropped things off for Mr. Hostetter, did you

8    drop off hatchets?

9         A.  Yes.

10        Q.  Did you bring firearms to DC for January 2021?

11        A.  No.

12        Q.  Do you know one way another whether -- let me back up.

13   Ultimately, how did you get to DC for this January 6th?

14        A.  I flew on an airplane.

15        Q.  Do you know how Mr. Hostetter came to DC?

16        A.  He drove.

17        Q.  Do you know whether he brought any firearms with him

18   on that trip?

19        A.  He indicated to me that he had brought his pistol with

20   him, yes.

21             MS. KENNEY:  Objection, Your Honor.  That would lack

22   foundation and call for speculation.  Move to strike.  It is

23   also vague.

24             THE COURT:  Overruled.

25   BY MR. MANNING:

DIRECT EXAMINATION OF RUSSELL TAYLOR          109

1          Q.  So you said he indicated to you that he had brought a

2     firearm?

3          A.  Yes.

4          Q.  But do you know one way or the other whether he

5     brought that firearm with him to the Capitol on January 6th?

6          A.  No.

7          Q.  Government Exhibit 908.14.  What is the date of the

8     message on top?

9          A.  12/30/2020.

10         Q.  And Mr. Hostetter writes, "Where would you like to

11    meet for lunch tomorrow to deliver your bags?"  And did you end

12    up meeting Mr. Hostetter?

13         A.  Yes.

14         Q.  And did you provide him with a bag of items to bring

15    to Washington, DC?

16         A.  Yes.

17         Q.  Did that include any weapons?

18         A.  Yes.

19         Q.  What types of weapons?

20         A.  Hatchets, knives, stun baton, pepper spray.

21         Q.  And had you included many of the same weapons you

22    asked him to carry in November of 2020?

23         A.  Similar.

24         Q.  Bring up Government Exhibit 522.  Do you recognize

25    this?

1        A.  Yes.

2        Q.  And what is it?

3        A.  This is an Instagram post for the American Phoenix

4   Project.

5        Q.  Is the photo above the post the same photo we saw

6   previously of you, Mr. Smith and Mr. Hostetter outside the

7   restaurant holding the hatchets?

8        A.  Yes.

9        Q.  And is this a fair and accurate representation of the

10  text of the American Phoenix Project Instagram post?

11       A.  Yes.

12       Q.  What is the date?

13       A.  December 30th, 2020.

14            MR. MANNING:  We will move to admit Government

15  Exhibit 522.

16            THE COURT:  Received.

17            (Whereupon, Government Exhibit No. 522 was admitted.)

18  BY MR. MANNING:

19       Q.  You testified earlier in relation to a time period

20  that was I believe a few weeks before this that at that time

21  you understood that Mr. Hostetter controlled the APP Instagram

22  account.  Did that ever change, that is did he always control

23  the account, as far as you knew?

24       A.  Yes.

25       Q.  Can you read the text of this post?

1           A.   "Honored to be representing American Phoenix Project

2    with Russ Taylor and Morton Smith.  We will be speaking on the

3    steps of the US Supreme Court with this amazing lineup on

4    1/5/2021, the day before President Trump requested all patriots

5    to descend on DC for the joint session of Congress.  If you are

6    in DC on 1/5, please come by and see us at the Supreme Court.

7    Patriots are making history once again.  Stop the steal.

8    Patriots will prevail, America the beautiful, saving the

9    republic."

10          Q.   Can we bring in Government Exhibit 903.01.

11          Can we zoom in here so we can see the details on top?  Do

12   you recognize this?

13          A.   Yes.

14          Q.   What is this?

15          A.   This is the Telegram group, California Patriots Answer

16   the Call.

17          Q.   Were you part of creating that group?

18          A.   Yes.

19          Q.   Can we see what is just below these details?  Do you

20   see the list of participants here?

21          A.   Yes.

22          Q.   Is this document a fair and accurate representation of

23   the list of participants in the California Patriots Answer the

24   Call Telegram group?

25          A.   Yes.

1           MR. MANNING:  We'll move to admit Government

2    Exhibit 903.01.

3           THE COURT:  Received.

4           (Whereupon, Government Exhibit No. 903.01 was

5    admitted.)

6    BY MR. MANNING:

7        Q.  Can we scroll a couple of pages so we can see the full

8    list of participants.  Here on the last page if we could blow

9    out at the bottom of the participant list.  Is Mr. Hostetter

10   identified as a participant in this Telegram group?

11       A.  Yes.

12       Q.  And do you see him identified as an owner?

13       A.  Yes.

14       Q.  Do you know why he was identified as an owner?

15       A.  In Telegram, that would mean that he would have

16   administrative rights to add people, delete people, remove post

17   and modify settings.

18       Q.  Roughly how many participants did this group have?

19       A.  I believe more than 50.

20       Q.  Can we bring up Government Exhibit 903.02.  Blow up

21   the messages, please.  Do you recognize this?

22       A.  Yes.

23       Q.  And what is it?

24       A.  I believe this is the thread from within that Telegram

25   group.

1      Q.  What is the date of the top message there?

2      A.  12/30/2020.

3      Q.  Is this -- and you participated in that Telegram

4   group?

5      A.  Yes.

6      Q.  And is this a fair and accurate representation of a

7   thread within that Telegram group?

8      A.  Yes.

9      Q.  Okay.  Have you also reviewed the Government

10  Exhibit 903.03?

11     A.  Yes.

12     Q.  And is that also a fair and accurate representation of

13  a message within this Telegram group?

14     A.  Yes.

15         MR. MANNING:  So we'll move to admit Government

16  Exhibit 903.02 and 903.03.

17         THE COURT:  Received.

18         (Whereupon, Government Exhibit Nos. 903.02, 903.03

19  were admitted.)

20  BY MR. MANNING:

21     Q.  So here at 903.02, what is the date of this first

22  message here?

23     A.  12/30/2020.

24     Q.  You write in the first few sentences, "If you are in

25  California and attending Washington, DC, January 6 and would

1    like to join, we have 100-plus California patriots going.  Send

2    me a DM to join our group.  Send the word to other California

3    patriots to join us as we march into the Capitol on

4    January 6th."

5         And at some point did you invite people -- I'm sorry.

6    Withdrawn.

7         After you wrote that portion of the message, what are you

8    trying to do with the rest of the message?

9         A.  We are giving the specifics of where we are going to

10   be for the event that we were speaking at.  And then what we

11   were going to be doing as a group on January 6th.

12        Q.  Okay.  And so around the same time that you are

13   coordinating this larger group, is this also around the same

14   time period where you started that smaller DC Brigade group?

15        A.  Yes.

16        Q.  Can we bring up Government Exhibit 903.03.  Can we

17   zoom into that message?  So, Mr. Taylor, please read the first

18   two sentences of this message?

19        A.  "For all able-bodied individuals here on this thread,

20   that are traveling to DC for the January 6th event that are

21   comfortable with violence, I have created a separate thread

22   within this group.  This separate group will serve as the coms

23   for the individuals that are going to DC on January 6 within

24   the group the California Patriots Answer the Call."

25        Q.  So this thread in which you are seeking people who in

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    your words are comfortable with violence, is that the DC

2    Brigade thread?

3          A.  Yes.

4          Q.  Can you read the last sentence of that first

5    paragraph?

6          A.  "Where we obviously can't guarantee the safety of

7    everyone, we will also will not stand by if violence is

8    presented to us.  And I always prefer to have someone have my

9    back."

10         Q.  Did many people join this DC Brigade Telegram group?

11         A.  Yes.

12         Q.  Did Mr. Hostetter join the DC Brigade Telegram group?

13         A.  Yes.

14         Q.  Bring up Government Exhibit 602.11.  Do you recognize

15    this?

16         A.  Yes.

17         Q.  What is it?

18         A.  This is the profile picture for the DC Brigade group.

19         Q.  And who selected that to be the profile picture for

20    the DC Brigade group?

21         A.  I did.

22         Q.  Do you see the building that I circled in the green

23    there?

24         A.  Yes.

25         Q.  Okay.  And what building is that a representation of?

 1        A.   The US Capitol.

 2        Q.   And I have now drawn a separate circle sort of the

 3   bottom right side of the picture.  Do you recognize what is

 4   inside the hand of the person here?

 5        A.   Yeah.  It is a hatchet.

 6        Q.   Is this a fair and accurate representation of the

 7   image that you selected for the DC Brigade Telegram group?

 8        A.   Yes.

 9             MR. MANNING:  Move to admit Government

10   Exhibit 602.11.

11             THE COURT:  Received.

12             (Whereupon, Government Exhibit No. 602.11 was

13   admitted.)

14   BY MR. MANNING:

15        Q.   Can we bring up Government Exhibit 904.03.  Do you

16   recognize this?

17        A.   Yes.

18        Q.   We'll zoom in for you.

19        A.   Yes.

20        Q.   Just the first message, please.  And what is this?

21        A.   This is the message within the Telegram group, DC

22   Brigade.

23        Q.   Okay.  And you participated in that group?

24        A.   Yes.

25        Q.   Is Porter RockQwell a reference to you?

1          A.  Yes.

2          Q.  Is this a fair and accurate representation of this

3     message?

4          A.  Yes.

5          Q.  Have you also reviewed Government Exhibits 904.04,

6     904.05, 904.06 and 904.07?

7          A.  Yes.

8          Q.  Are they all fair and accurate representations of

9     messages from the DC Brigade Telegram group?

10         A.  Yes.

11             MR. MANNING:  At this time move to admit 904.03,

12     904.04, 904.05, 904.06 and 904.07.

13             THE COURT:  Received.

14             (Whereupon, Government Exhibit Nos. 904.03 - 904.07

15     were admitted.)

16    BY MR. MANNING:

17         Q.  Turning back here to 904.03, what is the date of this

18     message?

19         A.  January 1st, 2021.

20         Q.  Can you read the first few lines that you wrote ending

21     with endeavors?

22         A.  As you join, please provide the following:  Previous

23     law enforcement/military, what branch and specialty, special

24     skills relevant to our endeavors.

25         Q.  Did people, in fact, join the group and provide

1    responsive information?

2        A.  Yes.

3        Q.  Please see the third message on this thread.  What is

4    the date of this message?

5        A.  January 1st, 2021.

6        Q.  Can you read what you wrote here, please?

7        A.  "Initially our intent is not to go after and seek

8    violence, but primary function is preservation of our

9    liberties.  And we will not be intimidated by violence against

10   those liberties as we are on site and events begin to unfold,

11   that may change."

12       Q.  See the fifth message beginning at 9:21 a.m.  Can you

13   read your message here, please?

14       A.  "Not sure why the hell this isn't allowing people to

15   be added.  But here is the link to share to anyone that is

16   joining us in DC and is capable to fight" with the link.

17       Q.  904.04, please.  Can we zoom in on that message,

18   please?

19       Is this another message in that same DC Brigade group on

20   January 6?

21       A.  Yes.

22       Q.  I will read it just skipping over the name.  "My name

23   is" -- "and I am going to DC for rally not to talk, but to take

24   care of business.  Time for talking is over.  This is tyranny

25   and our constitution states we can put explicative 6 feet deep.

1    Let's do it.  There are not enough cops to stop us.  If

2    communists can do it, we the people sure as hell can."

3         Do you remember receiving this message in the group?

4         A.  Yes.

5         Q.  Can you go to the third message in the chain?  Can we

6    zoom in on that message right above?  What is the date of this

7    message?

8         A.  January 1st, 2021.

9         Q.  "Am a USMC and a professional boxer and have killed

10   many in war and this is now war."  Do you recall receiving that

11   message?

12        A.  Yes.

13        Q.  Are these messages people who were introducing

14   themselves to the DC Brigade?

15        A.  Yes.

16        Q.  Now, turn your attention to the message that is two

17   messages below, which is -- zoom in that longer message.  What

18   is the date of this message?

19        A.  January 1st, 2021.

20        Q.  I will read the message skipping over the names.  "I

21   am" blank "driving up with" -- "We are part of So Cal

22   3 percent.  We work well and train with each other.  Leaving

23   tomorrow and driving instead of flying because our luggage

24   would be too heavy.  We will have lots of gear from medical

25   kits, radios, multiple cans of bear spray, knives, flags,

1    plates, goggles, helmets."

2         Do you remember receiving this message?

3         A.  Yes.

4         Q.  What did you understand plates to be a reference to?

5         A.  An armored vest.

6         Q.  The message here concludes, "I think we should clear

7    all texts in this chat on the morning of the 5th just in case

8    for op sec purposes."

9         Is op sec a term that you have used?

10        A.  I am not sure if I have used that before.

11        Q.  Are you familiar with it?

12        A.  Yes.

13        Q.  What do you take it to mean?

14        A.  Operational security.

15        Q.  904.05, please.

16        Zoom in on this message.  What is the date of this

17   message?

18        A.  January 2nd, 2021.

19        Q.  Can you read the short paragraph that begins, I will

20   have?

21        A.  "I will have two med kits on hand.  One black case on

22   left thigh.  May have a backpack on for periods of time,

23   concealed vests.  Am bringing plate carrier."

24        Q.  Do you recall communicating with this individual in

25   connection with the DC Brigade?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1      A.  Yes.

2      Q.  Can we turn to the message on the next page identified

3  from Porter RockQwell at 3:15:54?

4      Did you write this message?

5      A.  Yes.

6      Q.  What is the date?

7      A.  January 6, 2021.

8      Q.  Could you read the message?

9      A.  "Just FYI, DC is super strict for firearms.  I am not

10 saying you don't bring them, just be advised Virginia is fine.

11 DC city limits is Nazi level, so check into that before

12 arriving."

13     Q.  Can we skip a few messages below to a message at 3:24

14 and 20 seconds.  Did you write this message to DC brigade

15 Telegram group?

16     A.  Yes.

17     Q.  What is the date of this one?

18     A.  January 2nd, 2021.

19     Q.  Can you read what you wrote here?

20     A.  I believe you can carry most fixed blades, just not

21 into government buildings.  Something tells me though if we are

22 inside government buildings, it won't be on the top of our

23 list.

24     Q.  When you talk about if we are inside government

25 buildings, are you looking forward to January 6th?

1          A.   That is what this is referencing, yeah.

2          Q.   Bring up 908.17 that is already in evidence.

3          And what is the date of this?

4          A.   January 2nd, 2021.

5          Q.   Okay.  This is message -- did you write this message?

6          A.   Yes.

7          Q.   To who?

8          A.   To Alan.

9          Q.   Can you read it?

10         A.   "I know you guys have been less on the Telegram app.

11   I made a group of about 30 men, law enforcement, military.

12   When you get a moment, please add your info in and check in."

13         Q.   So just to make sure the record is clear, with respect

14   to the messages we were looking at previously from these other

15   DC Brigade users, could you say for certain you know one way or

16   another whether Mr. Hostetter actually saw those particular

17   messages?

18         A.   Within the Telegram group?

19         Q.   Yeah.

20         A.   No.

21         Q.   From your communications with Mr. Hostetter, was he

22   aware that you were using Telegram?  Did you make him aware

23   that you were using Telegram to organize people to come to DC?

24         A.   Yes.

25         Q.   Did you make him aware from your -- that you were

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    organizing a subgroup of people who, in your words, would be

2    comfortable with violence or ready to fight?

3            MS. KENNEY:  Objection, vague.  There were several

4    subgroups Mr. Taylor created, so I am confused about which one

5    we are speaking about.

6            THE COURT:  Overruled.

7            You can answer.

8            THE WITNESS:  Thank you, Your Honor.

9            I'm sorry.  Can you repeat the question.

10   BY MR. MANNING:

11       Q.  Yeah.  And I will clarify we have been talking about

12   the DC Brigade subgroup on Telegram; is that right?

13       A.  Yes.

14       Q.  It is that DC Brigade subgroup that the message you

15   sent proposing it, used the language of looking for people I

16   believe the phrase was, were comfortable with violence; is that

17   right?

18       A.  Yes.

19       Q.  My question to you is did you make Mr. Hostetter aware

20   that you were organizing a subgroup of people who would be

21   comfortable with violence and ready to fight?

22       A.  Yes, similar to the other groups, I would always

23   communicate with him as far as what was going on and what we

24   were doing as part of organizing and getting ready for going to

25   DC.

1          MS. KENNEY:  I'm sorry, Your Honor.  Objection.  That

2     is vague.  It also lacks foundation, calls for speculation in

3     regards to what Mr. Hostetter's knowledge is of all of these

4     different groups, because there is some of Mr. Taylor's

5     activity that --

6          THE COURT:  Don't make an objection like that.  That

7     is what cross-examination is for.

8          That is overruled.

9     BY MR. MANNING:

10    Q.  Did Mr. Hostetter ever discourage you from any of that

11    activity?

12    A.  No.

13    Q.  Bring up Government Exhibit 908.10.  It is already in

14    evidence.  This message begins with, "Hi, guys."  Is this a

15    message in this 908 series from Mr. Hostetter to you and

16    Mr. Smith?

17    A.  Yes.

18    Q.  What is the date of it?

19    A.  January 3rd, 2021.

20    Q.  Could you read the first few sentences there ending

21    with "Whew"?

22    A.  "Hi, guys.  I made it and all of our shit is in the

23    room, whew."

24    Q.  When Mr. Hostetter referred to all of our expletive is

25    in the room, what did you understand him to be referring to?

```
 1        A.  The bags and gear that he took across the country.

 2        Q.  And at some point in Washington, DC, did you go and

 3   retrieve that gear?

 4        A.  I got it from him in his hotel room.

 5        Q.  You got it from who?

 6        A.  I got it from Alan in his hotel room.

 7        Q.  Was that the hotel in Washington, DC?

 8        A.  Yes.

 9        Q.  And in that time that you were in Washington, DC for

10   January 6th, did you ever see a vehicle that Mr. Hostetter

11   brought with him?

12        A.  He had a black truck, the same pickup struck.

13        Q.  When we are talking about the bag you gave to

14   Mr. Hostetter in November 2020, do you recall that you had

15   actually placed the bag in the back of the truck?

16        A.  Yes.

17        Q.  Okay.  And is the truck that you saw Mr. Hostetter

18   have in January of 2020 in DC, is that the same black truck?

19        A.  Yes.

20        Q.  Government Exhibit 908.19, which is also in evidence,

21   please.  What is the date of these messages?

22        A.  January 3rd, 2021.

23        Q.  Can you read the first message?

24        A.  "And I brought plenty of water, Russ."

25        Q.  Do you drink a lot of water?
```

1      A.   I do.

2      Q.   Can you read the second message?

3      A.   "Eight weeks' worth of food, we good."

4      Q.   From any of your communications with Mr. Hostetter in

5    this time, did you have an understanding of why he is saying --

6    why he might have brought eight weeks' worth of food?

7      A.   I believe he was planning on staying in DC.

8      Q.   Were you, yourself, ever planning on staying eight

9    weeks?

10      A.   No.  I had booked a return flight.

11      Q.   Did Mr. Hostetter describe to you any of the

12    circumstances that might have led him to want to stay for eight

13    weeks?

14      A.   He discussed the possibility that, you know, DC would

15    shut off services and wouldn't be able to get food here or

16    access to hotels.  So we might have to, like, camp or wouldn't

17    have access to a hotel.

18      Q.   Do you recall the last time you saw Mr. Hostetter in

19    southern California before he started this trip?

20      A.   Yes.

21      Q.   What do you recall of his demeanor at the time?

22      A.   Fired up about, you know, the election, you know,

23    preparing or being, you know, prepared mindset to be in DC and

24    go and stand and fight against this corruption that we thought

25    was at hand.

1          Q.  Bring up Government Exhibit 904.06, which is already

2     in evidence.  Zoom in on the top message there.  Is this

3     904.06, another message from the DC Brigade Telegram group?

4          A.  Yes.

5          Q.  Go see the message on the bottom of the first page.

6     The message -- what is the date of this message?

7          A.  January 4th, 2021.

8          Q.  Read the message, "Anyone bringing bear spray on as

9     checked item in their suitcase?  Anyone know if it is legal, I

10    am not looking to get arrested before I even get to DC."  Do

11    you recall receiving this message?

12         A.  Yes.

13         Q.  Can we now see the next message?

14    Is this your response?

15         A.  Yes.

16         Q.  Can you read it?

17         A.  I believe some have.  If it is checked, should be

18    okay.

19         Q.  Turn to the fourth page, please.  See the message at

20    854.  What is the date of this message?

21         A.  January 4th, 2021.

22         Q.  And the user writes, "So we have one entrance to get

23    into the Ellipse on Constitution between 15th and 17th.  Strict

24    security, no flags, here is the list of prohibited items."  And

25    there is a web link.  Did you have an understanding of what

1    this user's reference is to the Ellipse?

2         A.   Yes.

3         Q.   What did you understand that to be?

4         A.   That was where President Trump was going to be

5    speaking.

6         Q.   When?

7         A.   On January 6th.

8         Q.   At this time, were you generally aware that

9    participants in this DC Brigade were planning to bring weapons

10   to DC for January 6th?

11        A.   Yes.

12        Q.   Like to see the next few messages.  Do you see the

13   next four messages?  A user writes, "On January 4th we will

14   have our flags."  And another writes, "Agree 100 percent."  And

15   then, "They aren't letting us bring expletive beyond the gate.

16   How close can we get along the outside fence?  I am not leaving

17   my weapons at the hotel."

18        Can we see the next message?

19        And this message on top, did you write this in response to

20   the previous messages?

21        A.   Yes.

22        Q.   The text after the word security, did you write that

23   or did you copy that from something else?

24        A.   That was from the Wild Protest.com website, I

25   believe -- copied.

1        Q.  What you copied says, "All guests must undergo United

2   States Secret Service screening prior to entering the venue.

3   Please see below for prohibited items per United States Secret

4   Service protocol."  Can you write what you wrote right after

5   that?

6        A.  Yes.

7        Q.  I'm sorry.  Can you read what you wrote right after

8   that?

9        A.  "Dude, I might just need to listen from the gate."

10       Q.  And ultimately on January 6th, did you submit to

11   security to go into the speech area or did you stay outside the

12   secure zone?

13       A.  I did not submit to the security and I stayed outside.

14       Q.  Was that deliberate?

15       A.  Yes.

16       Q.  Government Exhibit 907.25, please.  What is the date

17   of this message?

18       A.  January 4th, 2021.

19       Q.  And when you write, "What room?" what are you

20   referring to?

21       A.  What room Alan is in at the Kimpton Hotel.

22       Q.  Is that January 4th, the date that you arrived?

23       A.  I believe so, yes.

24       Q.  Okay.  Did you meet up with Mr. Hostetter on

25   January 4th?

1          A.  Yes.

2          Q.  Government Exhibit 602.13, please.  Do you recognize

3     this?

4          A.  Yes.

5          Q.  What is it?

6          A.  This is a picture of me and Alan Morton from left to

7     right.

8          Q.  And where is it?

9          A.  This is in front of the Supreme Court.

10         Q.  And when was this picture taken?

11         A.  I believe this was taken on January 4th, the night

12    before we had the Women for Trump event in front of the Supreme

13    Court.

14         Q.  Is it a fair and accurate picture?

15         A.  Yes.

16             MR. MANNING:  Move to admit Government

17    Exhibit 602.13.

18             THE COURT:  Received.

19             (Whereupon, Government Exhibit No. 602.13 was

20    admitted.)

21    BY MR. MANNING:

22         Q.  And why did you go to this location the night of

23    January 4th?

24         A.  We were participating with the Women for Trump as kind

25    of a copartner in the event.  And so we were helping set up the

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    stage and some of the sound equipment.

2         Q.   And was that event going to be the follow morning or

3    the following day?

4         A.   Yes.

5         Q.   How did you get from your hotel to this location?

6         A.   We drove there.

7         Q.   In what vehicle?

8         A.   Alan took us in his truck.

9         Q.   Is that the black truck we have been talking about?

10        A.   Yes.

11        Q.   How would you describe Mr. Hostetter's demeanor when

12   you first met up in Washington, DC around January 4th?

13        A.   I guess focused, kind of committed to -- you know, we

14   were speaking the next day.  And then we had January 6 coming

15   up.  So we were all very kind of focused on our event and then

16   the January 6th event as well.

17        Q.   Had you noticed any change in his demeanor from the

18   time you met him in spring of 2020 to here in the first week of

19   January in 2021?

20        A.   I mean, I guess at this point, in comparison to when

21   we first started, maybe slightly more light-hearted and here is

22   more deliberate and intentional and angry.

23        Q.   And just to be clear, which is the period that he was

24   more light-hearted?

25        A.   When I first met him in April.

1      Q.  Okay.  So the next day on January 5th, what did you

2  do?

3      A.  January 5th, we went back to the Supreme Court and we

4  spoke at the Women for Trump event.

5      Q.  Who are you referring to as we?

6      A.  Myself, Alan and Morton.  And there were several other

7  speakers as well.

8      Q.  Did all three of you give your own speeches?

9      A.  Yes.

10     Q.  Did you observe Mr. Hostetter's speech?

11     A.  Yes.

12     Q.  In your speech, did you convey strong feelings?

13     A.  Yes.

14     Q.  Can we bring up Government Exhibit 310.  It is a

15  video.  Can we skip ahead to the 50 second mark and hold it

16  there.

17          THE COURT:  Did you say that is 610?

18          MR. MANNING:  310, Your Honor.

19          THE COURT:  310.

20  BY MR. MANNING:

21     Q.  Do you recognize what is depicted here?

22     A.  Yes.

23     Q.  What is it?

24     A.  This is a video of the speech at the Women for Trump

25  event by Alan.

1          Q.  Is it a fair and accurate representation of

2    Mr. Hostetter's speech?

3          A.  Yes.

4          Q.  And just to be clear, this is -- there is some

5    graphics on the bottom from television or whatever.  And I am

6    not asking about that.  Putting that aside, is the actual video

7    of the speech a fair and accurate representation of the speech?

8          A.  Yes.

9               MR. MANNING:  So with that, I move to admit

10   Government Exhibit 310.

11              THE COURT:  Received.

12              (Whereupon, Government Exhibit No. 310 was admitted.)

13   BY MR. MANNING:

14         Q.  Please play from here through 3 minutes and 32

15   seconds.

16              (Video played.)

17   BY MR. MANNING:

18         Q.  Mr. Taylor, you were there when Mr. Hostetter gave the

19   speech?

20         A.  Yes.

21         Q.  What building was he pointing at or what was he

22   pointing at when he referred to The People's House?

23         A.  The US Capitol.

24         Q.  Go back just a few seconds to 3 minutes and 30 seconds

25   on the bottom.  Please play from here to 4 minutes and 30

1  seconds and stop.

2       Do you hear Mr. Hostetter reference at the end there to if

3  they do the wrong thing?

4       A.  Did I hear that?

5       Q.  Did he make a reference to if they do the wrong thing?

6       A.  Yes.

7       Q.  Okay.  In your own mind on January 5th, what did you

8  think the wrong thing would be for Congress to do?

9            MS. KENNEY:  Objection.  This would lack foundation.

10 It also calls for speculation and mind reading in regards to

11 what Mr. Hostetter said and what he was thinking and what he

12 meant.

13           THE COURT:  Overruled.

14 BY MR. MANNING:

15      Q.  I just want to make sure I clarify the question so

16 there was no misunderstanding.  Mr. Taylor, in your own mind,

17 what would have been the wrong thing for Congress to do on

18 January 6th?

19      A.  Certify a fraudulent election.

20      Q.  By certifying it, in your words, what would that mean

21 for the outcome?  Who would be the winner?

22      A.  Joe Biden.

23      Q.  Please play the next 14 seconds and stop.

24      So based on your testimony today, sir, is it right that

25 you have seen many speeches by Mr. Hostetter before this speech

1    we just saw here?

2         A.  Yes.

3         Q.  On January 5th on this day, did you feel that there

4    was a different sense of urgency or intensity as there had been

5    at any of the previous events?

6         A.  Yes.

7         Q.  To you, what was different about January 5th?

8         A.  That was the day before they were going to certify a

9    fraudulent election.

10        Q.  Had you been upset about the election process since

11   early November 2020?

12        A.  Yes.  I felt there were irregularities and things I

13   personally saw.

14        Q.  Were there things you wanted to see fixed or changed?

15        A.  No.

16        Q.  So let me ask a different question.  Were there things

17   about the election results as they had been announced that you

18   wanted to see changed?

19        A.  I wanted to have the election go back to the states to

20   be challenged and at that point find the fraud and that

21   President Trump would be elected.

22        Q.  And by January 5th, did you feel like there was much

23   time left for that to happen?

24        A.  No.

25        Q.  Government Exhibit 908.20, please.  What is the date

1    of this message?

2         A.   January 5th, 2021.

3         Q.   And this is another three-way message among you,

4    Mr. Hostetter and Mr. Smith?

5         A.   Yes.

6         Q.   In the first message below the word security is this

7    the same information that we saw earlier that you had shared

8    with the DC Brigade group?

9         A.   Yes.

10        Q.   Could you read the next message that you wrote?

11        A.   "That is to get into the Trump event.  I don't want to

12   be weaponless on Wednesday."

13        Q.   Now, you said earlier that you -- on January 6th you

14   stayed outside the security zone of where the speeches were

15   being given; is that right?

16        A.   That is correct.

17        Q.   Did Mr. Hostetter also stay outside the security zone

18   on January 6th?

19        A.   Yes.

20        Q.   And I'm sorry, just to be clear, when I say security

21   zone, did you understand I referred to the zone where Secret

22   Service was checking people to listen to the speeches at the

23   Ellipse?

24        A.   Yes.

25        Q.   Can we bring up Government Exhibit 516.  Do you

1    recognize this?

2         A.   Yes.

3         Q.   What is it?

4         A.   This is the collection of gear that I had, weapons and

5    other items.

6         Q.   Do you know who took this photograph?

7         A.   I did.

8         Q.   Okay.  Is it a fair and accurate representation of a

9    photo that you yourself took?

10        A.   Yes.

11             MR. MANNING:  Move to admit Government Exhibit 516?

12             THE COURT:  Received.

13             (Whereupon, Government Exhibit No. 516 was admitted.)

14   BY MR. MANNING:

15        Q.   Where did you take this photograph?

16        A.   This was taken at the -- in my hotel room.

17        Q.   Let the record reflect that I have drawn a circle to

18   the middle of the bottom part of the screen.  Mr. Taylor, do

19   you recognize a large black item that fills most of that

20   circle?

21        A.   Yes.

22        Q.   What is that?

23        A.   That is a plate carrier or bulletproof vest.

24        Q.   Did you say bulletproof vest?

25        A.   Yes.

1    Q.  And when you say plate carrier, can you describe to

2    someone who is not familiar with that what that means?  Are

3    there things that are plates and things that are carried?  How

4    does that work?

5    A.  It is a fabric material similar to a backpack that is

6    fashioned into a vest and metal plates get sleeved into the

7    front and back.

8    Q.  I have now drawn two green circles on either side of

9    what Mr. Taylor described as the plate carrier.  Do you

10   recognize the objects in these green circles?

11   A.  Yes.

12   Q.  What are they?

13   A.  These are carbon fiber reinforced gloves.

14   Q.  And by virtue of being carbon fiber reinforced gloves,

15   what is the difference between those and any other glove

16   someone might wear on a cold day?

17   A.  These are protective in nature and also used for, you

18   know, punching.

19   Q.  Okay.  Are they heavier or harder?

20   A.  Harder, yeah, not heavier.

21   Q.  Did you wear that plate carrier and these gloves on

22   January 6th?

23   A.  Yes.

24   Q.  Now, I have drawn two ovals just on the outside of the

25   same two gloves that Mr. Taylor just described.  Do you

1    recognize the objects in these two ovals?

2         A.  Yes.

3         Q.  What are they?

4         A.  Hatchets.

5         Q.  Did you carry these hatchets on January 6th?

6         A.  Yes.

7         Q.  Now, I've drawn an oval across the middle of that

8    black plate carrier.  Do you recognize the item in that oval?

9         A.  Yes.

10        Q.  What is that?

11        A.  It is a fixed blade knife.

12        Q.  Did you carry that knife on January 6th?

13        A.  Yes.

14        Q.  Would you have been willing to carry hatchets and a

15   knife on an airplane?

16        A.  No.

17        Q.  I have now drawn a circle above an object above that

18   black plate carrier.  Do you recognize this?

19        A.  Yes.

20        Q.  What is this?

21        A.  It is a bulletproof helmet.

22        Q.  What type of helmet?

23        A.  A bulletproof helmet.

24        Q.  Did you carry that with you on January 6th?

25        A.  Yes.

1       Q.  Now I have drawn a circle to the left side of the

2   screen.  Do you recognize a black object in there?

3       A.  Yes.

4       Q.  What is that?

5       A.  A radio.

6       Q.  Okay.  I have now drawn an oval in between the black

7   plate carrier and the helmet.  Do you recognize the object in

8   the oval?

9       A.  Yes.

10      Q.  What is that?

11      A.  A stun baton.

12      Q.  What is a stun baton?

13      A.  It puts out an electric volt to stun a person.

14      Q.  Is this the same item that you are referring to with

15  the message we saw earlier with the -- where you wrote

16  110 volts of freedom?

17      A.  Yes.

18      Q.  Did Mr. Hostetter bring this stun baton for you from

19  California to Washington, DC for January 6th?

20      A.  Yes.

21      Q.  Did Mr. Hostetter bring all of the items we have just

22  talked about, the knife, the hatchet, the gloves, the

23  bulletproof helmet, did he bring all of those items to you from

24  California to January 6th?

25      A.  Yes.

1          Q.  Bring up Government Exhibit 406.  Please play 2

2     seconds and pause.

3               (Video played.)

4     BY MR. MANNING:

5          Q.  Do you recognize this?

6          A.  Yes.

7          Q.  What is this?

8          A.  It is a video.

9          Q.  And whose voice did we hear?

10         A.  That is mine.

11         Q.  Did you make this video?

12         A.  Yes.

13         Q.  Is it a fair and accurate representation of what it

14    depicts?

15         A.  Yes.

16              MR. MANNING:  Move to admit Government Exhibit 406.

17              THE COURT:  Received.

18              (Whereupon, Government Exhibit No. 406 was admitted.)

19    BY MR. MANNING:

20         Q.  Can we play from the beginning to the end, just 19

21    seconds.

22              (Video played.)

23    BY MR. MANNING:

24         Q.  What was that object that made the flashing lights and

25    noise there?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1       A.  Stun baton.

2       Q.  Is that the same stun baton we saw a moment ago?

3       A.  Yes.

4       Q.  Did you carry that on January 6th as well?

5       A.  Yes.

6       Q.  Can we pull up the photograph again, which I believe

7   was 516.

8       Do you recognize that beigeish object that I circled on

9   the left side of the screen in 516?

10      A.  Yes.

11      Q.  What is that?

12      A.  That was my backpack.

13      Q.  Did Mr. Hostetter transport that backpack from

14  California to DC to you?

15      A.  Yes.

16      Q.  Are some of the items that we have just been talking

17  about inside that backpack?

18      A.  Yes.

19          MR. MANNING:  Your Honor, at this point, we are going

20  to turn to some physical evidence.  If the Court wants to take

21  an afternoon break, this would be a good time and we'll

22  organize the material.

23          THE COURT:  We'll take 10 minutes.

24          MR. MANNING:  Thank you, Your Honor.

25          THE COURTROOM DEPUTY:  This Honorable Court stands in

```
 1   recess for 15 minutes.

 2             (Recess taken.)

 3             MR. MANNING:  Your Honor, the parties have conferred

 4   during the break.  And with the Court's indulgence we propose

 5   the following, which is that at this portion of the testimony,

 6   we are going to review physical evidence with the witness.  The

 7   defense has reviewed the physical evidence during the break, so

 8   that has been accomplished.  We would like to ask for

 9   permission for the witness to stand here by this table of

10   evidence and to use the microphone to project for the court

11   reporter.

12             THE COURT:  Okay.

13             MR. MANNING:  We'll bring in the witness.  Thank you.

14             THE COURT:  I think they are going to ask you to

15   stand there to review the physical evidence.

16             THE WITNESS:  Okay.

17             MR. MANNING:  I'm sorry, Your Honor.  I should have

18   been mere clear.  I will ask the witness a few questions from

19   the witness box and then we'll ask him to move.

20             THE COURT:  All right.

21   BY MR. MANNING:

22       Q.  Good afternoon, Mr. Taylor.  At some point after

23   January 6th, 2021, did the FBI conduct a search at your house?

24       A.  Yes.

25       Q.  Did they seize items from your house?
```

1          A.  Yes.

2          Q.  Did they seize items that you had with you on

3     January 6th?

4          A.  Yes.

5          Q.  I would like to now ask you to move to the large table

6     here.  And I will ask when you respond to the following

7     questions to try to use the microphone for the benefit of the

8     court reporter.  Start with the item that has been marked as

9     Government Exhibit 822.

10              THE COURT:  Your voice floated with your number.

11              MR. MANNING:  I have that marked as 822.

12              Mr. Mariano is putting a stamp on it.

13    BY MR. MANNING:

14         Q.  Do you recognize this item?

15         A.  Yes.

16         Q.  Can you hold it up for the Court to see?

17              THE COURT REPORTER:  Can you verify that mic is on?

18              MR. MANNING:  I will do that again.

19    BY MR. MANNING:

20         Q.  Are you holding what has been marked as Government

21    Exhibit 822, sir?

22         A.  Yes.

23         Q.  Do you recognize this?

24         A.  Yes.

25         Q.  Was it seized from your home?

DIRECT EXAMINATION OF RUSSELL TAYLOR                145

```
1          A.  Yes.

2          Q.  And what is it?

3          A.  A hatchet.

4          Q.  Is it in substantially the same condition as was when

5     it was seized?

6          A.  Yes.

7               MR. MANNING:  I will move to admit Government

8     Exhibit 822.

9               THE COURT:  Received.

10              (Whereupon, Government Exhibit No. 822 was admitted.)

11    BY MR. MANNING:

12         Q.  Is this a hatchet that Mr. Hostetter brought to DC for

13    you on January 6th?

14         A.  Yes.

15         Q.  If you could put that down, sir.

16         If I could direct your attention --

17              THE COURT:  While you were there, how did it get back

18    to your house then?

19              THE WITNESS:  Your Honor, it was traveled back to DC

20    by Alan.

21              THE COURT:  Okay.

22    BY MR. MANNING:

23         Q.  Do you recognize the black item in front of you that

24    Mr. Mariano put a sticker on as 823?

25         A.  Yes.
```

1      Q.  What is it?

2      A.  It is an armor plate carrier.

3      Q.  Was it seized from you?

4      A.  Yes.

5      Q.  Does it appear to be in substantially the same

6  condition as when it was seized?

7      A.  Yes.

8          MR. MANNING:  Move to admit Government Exhibit 823.

9          THE COURT:  Received.

10         (Whereupon, Government Exhibit No. 823 was admitted.)

11  BY MR. MANNING:

12     Q.  Can you pick this up, pick the item up?  Sir, do you

13  lift weights?

14     A.  Yes.

15     Q.  How heavy would you estimate that to be?

16     A.  About 30 pounds.

17     Q.  Do you know what the plates are made of?

18     A.  Steel.

19     Q.  And what is the purpose of wearing steel plates in

20  your mind?

21     A.  To protect yourself from bullets and knives.

22     Q.  Is there a knife affixed to that vest?

23     A.  Yes.

24     Q.  Is that a knife that you carried on January 6th or a

25  different knife?

1        A.  This is a different knife.

2        Q.  If you could place that item down.  Do you see the

3  item that Mr. Mariano has marked with a sticker, Government

4  Exhibit 829?

5        A.  Yes.

6        Q.  Do you recognize it?

7        A.  Yes.

8        Q.  What is it?

9        A.  A knife.

10        Q.  Does it appear in substantially the same condition as

11  when it was seized from you?

12        A.  Yes.

13        Q.  Can you hold it up for the Court?

14            MR. MANNING:  Can we move to admit Government

15  Exhibit 829?

16            THE COURT:  Received.

17            (Whereupon, Government Exhibit No. 829 was admitted.)

18  BY MR. MANNING:

19        Q.  Was this the knife that you carried on Capitol grounds

20  on January 6th?

21        A.  Yes.

22        Q.  Can you carefully remove the sheath?

23        A.  (Complying.)

24        Could you carefully touch the blade?

25        A.  (Complying.)

1       Q.  How would describe the feel of the blade?

2       A.  Sharp.

3       Q.  Can you carefully put it back in the sheath.

4       If I could direct your attention to -- we have marked this

5  as Government Exhibit 827.

6       So do you recognize this canvas-looking item on the table?

7       A.  Yes.

8       Q.  What is it?

9       A.  The backpack.

10      Q.  Was that seized from you?

11      A.  Yes.

12      Q.  Was it in substantially the same condition as -- is it

13  in substantially the same condition as it was when it was

14  seized?

15      A.  Yes.

16          MR. MANNING:  Moved to admit Government Exhibit 827.

17          THE COURT:  Received.

18  BY MR. MANNING:

19      Q.  From the Court's vantage point, there is a series of

20  items that are further back on the table all behind the

21  backpack to the edge of the table.  Are all of those items

22  items that were in the backpack when it was seized?

23      A.  When it was seized, yes.

24      Q.  Is there an item that you would characterize as some

25  form of pepper spray around these items?

1          A.  Yes.

2          Q.  Can you pick that up and hold that for the Court?

3      And can you take it out of the sheathing so we can see?

4          A.  (Complying.)

5          Q.  Did you have that pepper spray with you on

6      January 6th?

7          A.  Yes.

8          Q.  You can put that down, sir.

9              THE COURT:  Does that have a number?

10             MR. MANNING:  All of these items that we are showing

11     now were inside the backpack, so they are all components of

12     827.

13             THE COURT:  Okay.

14     BY MR. MANNING:

15         Q.  Is there an item that you characterize as some form of

16     baton?

17         A.  There is several, yes.

18         Q.  Is there a collapsible one?

19         A.  Yes.

20         Q.  Can you pick that up?

21     Was this in the backpack when it was seized?

22         A.  Yes.

23         Q.  Did you carry that with you on January 6th?

24         A.  Yes.

25         Q.  Does that extend?

DIRECT EXAMINATION OF RUSSELL TAYLOR                    150

```
 1          A.  Yes.

 2          Q.  Can you carefully do so?

 3          Can you put that down, sir?  Thank you.

 4          Is there a gas mask among those items?

 5          A.  Yes.

 6          Q.  Can you pick that up?

 7          Were you carrying that with you on January 6th?

 8          A.  Yes.

 9          Q.  And at times did you wear it?

10          A.  Yes.

11          Q.  Okay.  Can you put that down, sir.  Can you pick up

12   the helmet, please?

13          Was this in the backpack?

14          A.  Yes.

15          Q.  Did you carry that with you on January 6th?

16          A.  Yes.

17          Q.  What type of helmet is that?

18          A.  It is a bulletproof helmet.

19          Q.  Did you say bulletproof helmet?

20          A.  Yes.

21          Q.  You can put that down, sir.

22              THE COURT:  Where do you get a bulletproof helmet?

23              THE WITNESS:  This was purchased online, Your Honor.

24   I think from Arizona.

25              THE COURT:  We didn't have them in World War II, did
```

1    we?  Or Vietnam either I guess.  I don't know.  I never heard

2    of it.

3              THE WITNESS:  I got it from Texas, I believe.

4    BY MR. MANNING:

5        Q.  You testified earlier about an item you described as a

6    stun baton?

7        A.  Yes.

8        Q.  Were there any stun batons in the backpack?

9        A.  Yes.

10       Q.  Can you bring them to the Court's attention, just pick

11   them up?

12       Are those both the same type of items?

13       A.  Yes.

14       Q.  You testified earlier about a video where you saw an

15   item that sort of made a light and shocking sound?

16       A.  Yes.

17       Q.  Is that those items?

18       A.  Yes.

19       Q.  Were those in the backpack?

20       A.  Yes.

21       Q.  Did you carry them on January 6th?

22       A.  Yes.

23       Q.  You can put that down, sir.

24       All of these items that you have held in your hands in the

25   last few minutes, were they all items that Mr. Hostetter

1    transported on your behalf from California to Washington, DC

2    for January 6th?

3         A.  Yes.

4              THE COURT:  And transported back?

5              THE WITNESS:  Yes, Your Honor.

6              THE COURT:  And when they were seized by the FBI,

7    they were at your home?

8              THE WITNESS:  That is correct, Your Honor.

9              THE COURT:  Okay.

10   BY MR. MANNING:

11        Q.  At this point, we can clear the physical items.  And I

12   will ask you to return to the box.  Thank you.

13        Your Honor, I will just need one minute of the Court's

14   indulgence so our paralegal can get back into position to show

15   additional evidence.  Just one moment.  Mr. Taylor --

16        A.  Yes.

17        Q.  -- I'd like to turn your attention to the morning of

18   January 6th.  Were you still staying at the Kimpton George

19   Hotel in Washington, DC?

20        A.  Yes.

21        Q.  Did you meet up with Mr. Hostetter at the hotel on the

22   morning of January 6th?

23        A.  Yes.

24        Q.  Did you meet up with other people, as well?

25        A.  Yes.

1      Q.  Did you and Mr. Hostetter discuss your plans for the

2  day?

3      A.  Yes.

4      Q.  Did you indicate to Mr. Hostetter that morning that

5  you planned to carry any weapons with you that day?

6      A.  Yes.

7      Q.  Can you describe that exchange?

8      A.  We were waiting for the DC Brigade that was going to

9  be meeting us first.  So he and I were in the lobby and I

10 showed him several things that I had with me.  And he pulled

11 out his what I believe was hatchet out of his bag and put it

12 back in.  So I saw the top of the handle and put it back in his

13 bag.

14     Q.  When you said you showed him several things that you

15 had with you, can you describe some of the things you showed

16 him?

17     A.  I remember I showed him my hatchets I had in my jacket

18 at that time.

19     Q.  What was your purpose in showing that to him?

20     A.  Kind of bragging/kind of preparing or showing that I

21 had weapons with me, so if we did run into any Antifa or any

22 problems that we were ready.

23     Q.  And do you recall how he reacted when you showed him

24 that he had weapons?

25     A.  It was complimentary and I guess celebrating or I

1  gather we are ready, like we are prepared.

2       Q.  Was it just the two of you in this discussion?

3       A.  At that moment, yes.

4       Q.  Was it early in the morning?

5       A.  Yes.

6       Q.  You said that he showed you he had something in a bag,

7  generally what kind of bag?  Was it a shopping bag?

8       A.  His backpack.

9       Q.  A backpack?

10      A.  Okay.

11      Q.  And what do you recall seeing that he showed you?

12      A.  It looked like to be the top of the hatchet handle.

13      Q.  Were you surprised to see that he had a hatchet?

14      A.  No.

15      Q.  Just one more physical item, Your Honor, but the

16 witness can stay where he is.  If we can bring up physical item

17 807 which is already introduced into evidence.  Sir, can you

18 remove that item from the bag carefully?

19      A.  (Complying.)

20      Q.  Do you recognize this?

21      A.  Yes.

22      Q.  And what is this?

23      A.  A hatchet.

24      Q.  Is it generally the same type of hatchet that you

25 carried with you on January 6th?

1        A.  Yes.

2        Q.  Is there some sort of cover on the blade?

3        A.  Yes.

4        Q.  Do you know why there is a cover on the blade?

5        A.  To protect the blade and to protect if somebody

6   touches the blade, they don't get cut.

7        Q.  Can you carefully remove the cover.  Can you gently

8   feel the blade?

9        How could you describe it?

10       A.  It is sharp enough.

11       Q.  Can you place the cover -- can you place the cover

12   back on the blade, please.

13       So at times have you carried two of these type of hatchets

14   with you?

15       A.  Yes.

16       Q.  How come you have carried two as opposed to one or

17   three?

18       A.  I have two hands.

19       Q.  Do you, yourself, carry these hatchets with the intent

20   that at least under certain circumstances you might use it as a

21   weapon?

22       A.  Yes.

23       Q.  That hatchet that you are holding in your hand, is

24   that the same type of hatchet that Mr. Hostetter showed you

25   that he had in his bag on the morning of January 6th?

1        A.  I believe so, yes.

2            MS. KENNEY:  Objection, that misstates the testimony.

3    He stated he saw the top of something that he thought was a

4    hatchet.

5            THE COURT:  Overruled.

6            You can answer.

7            THE WITNESS:  I'm sorry.  What was the question?

8    BY MR. MANNING:

9        Q.  The item that you are holding in your hand, is that

10   the same type of item that you believe Mr. Hostetter showed you

11   was in his bag on the morning of January 6th?

12       A.  It appears to be, yes.

13       Q.  Had you given him a hatchet like this as a gift

14   previously?

15       A.  Yes.

16       Q.  Sir, you can put that down.  Take that back.  Could we

17   have Government Exhibit 515.  This is in evidence.  Do you have

18   any -- you testified previously that you had given

19   Mr. Hostetter this hatchet as a gift around December 15th; is

20   that right?

21       A.  Yes.

22       Q.  Do you have any recollection of Mr. Hostetter ever

23   telling you that it had been lost or stolen?

24       A.  Not to my recollection, no.

25       Q.  You testified earlier that you met up with a group of

1    people at the Kimpton on the morning of January 6th; is that

2    right?

3         A.  Yes.

4         Q.  Did the group take a photograph together?

5         A.  Yes.

6         Q.  Bring up Government Exhibit 602.16.  Do you recognize

7    this?

8         A.  Yes.

9         Q.  What is it?

10        A.  This is the group of people that were part of the

11   California Patriots Answer the Call.

12        Q.  And when was that photograph taken?

13        A.  The morning of January 6th.

14        Q.  And is it a fair and accurate depiction of what it

15   shows?

16        A.  Yes.

17            MR. MANNING:  So I will move to admit Government

18   Exhibit 602.16.

19                THE COURT:  Received.

20            (Whereupon, Government Exhibit No. 602.16 was

21   admitted.)

22   BY MR. MANNING:

23        Q.  Can you circle yourself in this photo?

24        A.  Circle myself?

25        Q.  Yeah.

1          Let the record show that the witness has drawn a circle

2     around an individual on the left side of the screen -- on the

3     far left side of the screen.

4          Can you now circle Mr. Hostetter?

5          And let the record reflect the witness has drawn a circle

6     around an individual on the far right side of the group holding

7     a flag in his hand.

8          And what are you wearing on your chest there, sir?

9          A.   That is the bulletproof vest.

10         Q.   After this photo, where did you go?

11         A.   We walked to the Ellipse where President Trump was

12    going to be speaking for the event.

13         Q.   And the moment that you testified about earlier where

14    you and Mr. Hostetter, as you put it, had each shown each other

15    items that you were carrying.  Was that before this photo or

16    after?

17         A.   Before this.

18         Q.   And then after this, you said you go -- do you walk to

19    the Ellipse?

20         A.   Yes.

21         Q.   As you walk to the Ellipse, did Mr. Hostetter record a

22    video of himself?

23         A.   I believe so, yes.

24         Q.   Bring up Government Exhibit 334.  It is a video.

25    Please play the first 8 seconds and pause.

```
 1                    (Video played.)

 2    BY MR. MANNING:

 3        Q.  Do you recognize this?

 4        A.  Yes.

 5        Q.  And whose voice is that?

 6        A.  That is Alan.

 7        Q.  Do you appear in this video?

 8        A.  Yes.

 9        Q.  And is the video a fair and accurate representation of

10    what it shows?

11        A.  Yes.

12             MR. MANNING:  Move to admit Government Exhibit 334.

13             THE COURT:  Received.

14             (Whereupon, Government Exhibit No. 334 was admitted.)

15    BY MR. MANNING:

16        Q.  Can we start from the beginning and play until the 1

17    minute mark and pause?

18                    (Video played.)

19    BY MR. MANNING:

20        Q.  Whose voice was that that was speaking?

21        A.  That is Alan.

22        Q.  And did I hear correctly, that he, the speaker there,

23    made a reference to personal protective gear?

24        A.  Yes.

25        Q.  And based on all of the coordination that you had done
```

1      with Mr. Hostetter before January 6th, what was your

2      understanding of what he was referring to as personal

3      protective gear being the reason not to go into the Ellipse?

4           A.  Weapons and armored vests.

5           Q.  At the end of the segment we just heard, did you hear

6      Mr. Hostetter saying that after the Ellipse, he intended to go

7      toward the Capitol?

8           A.  Yes.

9           Q.  Was that your plan as well?

10          A.  Yes.

11          Q.  Around the same time on this same walk, did you also

12     record a video of yourself?

13          A.  I believe so, yes.

14          Q.  Bring up Government Exhibit 407.  Please play the

15     first 7 -- the first 6 seconds and pause.

16               (Video played.)

17     BY MR. MANNING:

18          Q.  Do you recognize this?

19          A.  Yes.

20          Q.  Did you make this video?

21          A.  Yes.

22          Q.  Is it a fair and accurate representation of what it

23     shows?

24          A.  Yes.

25               MR. MANNING:  Move to admit Government Exhibit 407.

1              THE COURT:  Received.

2              (Whereupon, Government Exhibit No. 407 was admitted.)

3    BY MR. MANNING:

4         Q.  Please go to 2 minutes, 17 seconds and holds it there.

5    Let me go frame by frame until I ask you to stop, please.

6         I'm sorry.  Why don't we go to 2:16 and press play.  Can

7    you play it at half speed?  I want to go to 2:16 and play it at

8    half speed.

9              (Video played.)

10   BY MR. MANNING:

11        Q.  All right.  Pause.  I'm sorry.  I will withdraw the

12   question, Your Honor.  That wasn't what I intended to ask

13   about.

14        Do you also record videos when you got outside the

15   Ellipse?

16        A.  Yes.

17        Q.  Can we bring up Government Exhibit video 410?  Play

18   the first 6 seconds and pause.  Do you recognize this?

19        A.  Yes.  That is a video of me.

20        Q.  Did you make this video?

21        A.  Yes.

22        Q.  Is it a fair and accurate representation of what it

23   shows?

24        A.  Yes.

25              MR. MANNING:  I move to admit Government Exhibit 410.

```
 1                 THE COURT:  Received.
 2                 (Whereupon, Government Exhibit No. 410 was admitted.)
 3     BY MR. MANNING:
 4          Q.  Where are you here?
 5          A.  This is at the -- near the -- in between the National
 6     Monument and the Ellipse.
 7          Q.  Did you stay in this general area for a fair amount of
 8     time?
 9          A.  For the most part, yes.
10          Q.  Why were you there?
11          A.  To listen to President Trump.
12          Q.  Please play until 19 seconds and pause.  Did you
13     generally stay near this jumbotron throughout the speeches that
14     followed?
15          A.  For the most part, yes.
16          Q.  Was Mr. Hostetter with you?
17          A.  Yes.
18          Q.  Were you able to hear the speeches well?
19          A.  Yes.
20          Q.  Did you stay through the end of President Trump's
21     speech?
22          A.  Yes.
23          Q.  Government Exhibit 311.01, please.  Do you recognize
24     anyone drawn in the green circle that I have drawn in the lower
25     left side of the picture?
```

1      A.  That is me and Alan.

2      Q.  Is this a fair and accurate representation --

3      A.  Yes.

4      Q.  -- of the area it depicts?

5      A.  Yes.

6          MR. MANNING:  Move to admit Government

7   Exhibit 311.01?

8          I'm sorry.  I didn't hear, is 311.01 received?

9          THE COURT:  It is received.

10         (Whereupon, Government Exhibit No. 311.01 was

11  admitted.)

12         MR. MANNING:  Thank you.

13  BY MR. MANNING:

14     Q.  What are you and Mr. Hostetter doing in this photo?

15     A.  We are participating in, I believe at this time in

16  President Trump's speech or some of the other speakers.  I am

17  not sure what time this is at, but we were participating in

18  that rally.

19     Q.  If we can have video, Government Exhibit 303.  Can we

20  skip ahead to 45 seconds and then -- yeah, 45.  That is fine.

21  Please play the first 10 seconds and pause.

22         (Video played.)

23  BY MR. MANNING:

24     Q.  You can pause there.  Do you recognize this?

25     A.  Yes.

1        Q.  What is it?

2        A.  President Trump's speech.

3        Q.  On which day?

4        A.  On January 6th.

5        Q.  I'm sorry.  What did you say?

6        A.  On January 6th.

7        Q.  Is it a fair and accurate representation of what it

8   shows?

9        A.  Yes.

10           MR. MANNING:  Move to admit Government Exhibit 303.

11           THE COURT:  What was the number again?

12           MR. MANNING:  303.

13           THE COURT:  Received.

14           (Whereupon, Government Exhibit No. 303 was admitted.)

15   BY MR. MANNING:

16        Q.  And did you listen to this whole speech?

17        A.  Yes.

18        Q.  Was Mr. Hostetter with you throughout the speech?

19        A.  Yes.

20        Q.  From what you saw, did he appear to be paying

21   attention to it?

22        A.  Yes.

23        Q.  Skip to 2 minutes and 27 seconds.  And please play

24   until 3 minutes, 8 seconds and stop there.

25           Please skip to 5 minutes, 40 seconds and then play to

1    7:11.

2         Skip to the 15—minute mark and play to 16:21, please.

3         Skip to 37:24 and then play to 38:02, please.

4         The last clip, please skip to 49:36 and play to 50 minutes

5    flat.

6         Take that down, please.

7         Did you, Mr. Taylor, have an understanding of whether Vice

8    President Pence was there at the Ellipse or was he somewhere

9    else?

10        A.  It was my understanding he was at some point going to

11   be at the Capitol in order to administer the certification of

12   the election.

13        Q.  And you testified earlier that you went from the hotel

14   to the Ellipse?

15        A.  That's correct.

16        Q.  And you stayed at the Ellipse for all of the speeches?

17        A.  Yes.

18        Q.  And then where did you go after the speeches?

19        A.  We marched to the Capitol.

20        Q.  Did Mr. Hostetter go with you?

21        A.  Yes.

22        Q.  Did you film any videos as you walked to the Capitol?

23        A.  Yes.

24        Q.  Can we bring up Government Exhibit 408.  Hold it right

25   there.  Do you recognize this?  Please play the first 12

1    seconds and pause.

2        Do you recognize this?

3        A.  Yes.

4        Q.  And what is it?

5        A.  It is my video.

6        Q.  You filmed this video?

7        A.  Yes.

8        Q.  Is it a fair and accurate representation of what it

9    shows?

10       A.  Yes.

11           MR. MANNING:  Move to admit Government Exhibit 408.

12           THE COURT:  Received.

13           (Whereupon, Government Exhibit No. 408 was admitted.)

14   BY MR. MANNING:

15       Q.  Please go back to the beginning and just hold it

16   there.

17       Do you see Mr. Hostetter in view here?

18       A.  Yes.

19       Q.  Can you circle him?

20       A.  (Complying.)

21       Q.  Let the record reflect that the witness has drawn a

22   circle around an individual in blue jeans carrying a flag,

23   faced from the back.

24       What is Mr. Hostetter wearing on his back there?

25       A.  A flag.

1      Q.  What is he wearing on his back and over his shoulders?

2      A.  A backpack.

3      Q.  Do you recognize the person to his left wearing black

4   with sort of a white cap?

5      A.  Yes.

6      Q.  Who is that?

7      A.  That is his wife.

8      Q.  Can we play to the 30-second mark and pause.

9      When you said, we will see who these guys end up working

10  for, who are you referring to?

11     A.  The police.

12     Q.  Play to 58 seconds and pause.  Can you circle

13  Mr. Hostetter again here, please?

14     Let the record reflect that the witness drew a circle

15  around two-thirds from the left of the screen from this vantage

16  point.  Can you describe what Mr. Hostetter is wearing here?

17     A.  He has got a dark beanie on, black shirt and pants,

18  jeans, and gloves.

19     Q.  What is he carrying on his back there?

20     A.  It looks like a backpack and a flag.

21     Q.  At some point during the day of January 6th did

22  Mr. Hostetter change hats?

23     A.  Yes.

24     Q.  Otherwise is this the same attire that you saw him

25  wearing when you were together throughout the day?

1        A.  I believe so, yes.

2        Q.  And for the most part, were you together with

3    Mr. Hostetter all day on January 6th?

4        A.  For the most part, yes.

5        Q.  Play until 1 minute, 21 seconds and pause.  Did you

6    walk all of the day down to the Capitol?

7        A.  Yes.

8        Q.  About how long did it take?

9        A.  Somewhere 30 to 40 minutes, possibly.

10       Q.  And you still wearing the plate carrier?

11       A.  Yes.

12       Q.  Did we see -- withdrawn.

13       Was Mr. Smith walking with you down to the Capitol as

14   well?

15       A.  Yes.

16       Q.  Government Exhibit 409, please.  Please play the first

17   6 seconds and pause.

18       Do you recognize this?

19       A.  Yes.

20       Q.  What is it?

21       A.  It is a video I took.

22       Q.  Is it a fair and accurate representation of what it

23   shows?

24       A.  Yes.

25            MR. MANNING:  Move to admit Government Exhibit 409?

1          THE COURT:  Received.

2          (Whereupon, Government Exhibit No. 409 was admitted.)

3     BY MR. MANNING:

4     Q.  Please skip to 34 seconds and then please play to 54

5     seconds and pause there.

6          When you say barricades have been breached, what

7     barricades are you referring to?

8     A.  I assumed the Capitol.

9     Q.  Can you explain what you mean by, you assumed?

10    A.  Well, I wasn't there, so I didn't have a first-hand

11    account.  And I believe if I was doing a Facebook live that the

12    message came through and indicated that.

13    Q.  Okay.  So you -- am I understanding you correctly that

14    what you heard on the message, you thought that is what

15    somebody was conveying that that was somebody else?

16    A.  That is correct.

17    Q.  When you heard barricades, in your mind you thought

18    barricades of what?

19    A.  Something at the Capitol, barricades at the Capitol,

20    yeah.

21    Q.  Please play to 1 minute and 35 seconds and pause.

22         Were you expecting to encounter the Capitol Police when

23    you got to the Capitol?

24    A.  Yes.  I would expect they would be present, yeah.

25    Q.  Play to 2 minutes and 3 seconds and pause.

DIRECT EXAMINATION OF RUSSELL TAYLOR

1      How did Mr. Hostetter react when you said that your people

2  were, in your words, storming the Capitol?

3      A.  Positively.

4      Q.  Okay.  Can we go back and play -- did you say

5  positively?

6      A.  Yes.

7      Q.  Can you scroll back and play the last 10 seconds

8  again.  I want you to see if you can hear anything that you

9  recognize to be Mr. Hostetter's voice.  Please play the last 10

10  seconds.

11      Pause.  Did you hear Mr. Hostetter saying something there?

12      A.  Yes.

13      Q.  What did you hear him say?

14      A.  It sounded like he said, "May it be true."

15      Q.  May it be true?

16      A.  Yes.

17      Q.  Please play until 3 minutes and pause.

18      When you said, "Heard some Antifa chants," what were you

19  referring to?

20      A.  I believe someone in the crowd chanted Antifa or

21  something to that extent.

22      Q.  And was that a chant in favor of Antifa or a chant in

23  opposition to Antifa?

24      A.  In opposition.

25      Q.  When you were planning for January 6th in the previous

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    weeks, did you expect there might be some Antifa

2    counter-protesters there?

3        A.  Yes.

4        Q.  But at this point on January 6th, did you see any

5    Antifa on that day?

6        A.  No.

7        Q.  Let the record reflect that I have drawn a circle

8    around the head of an individual over on the left side of the

9    screen.  Do you recognize that individual, sir?

10       A.  Yes.  That is Alan.

11       Q.  Please skip to 4 minutes and 20 seconds and play to 5

12   minutes flat.  You said during the clip the steps will be

13   filled.  What steps were you referring to?

14       A.  The steps of the Capitol.

15       Q.  You also described the size of the crowd.  Were you

16   satisfied to see such a large crowd?

17       A.  Yes.

18       Q.  Let's bring up 60 -- Government Exhibit 602.35.  I

19   have drawn a circle around the lower right quadrant of the

20   screen here.  Do you recognize parts of any individuals here?

21       A.  I believe so.

22       Q.  What do you believe you recognize?

23       A.  I believe that is Morton.

24       Q.  When you say that, can you describe what you are

25   referring to?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1      A.  In the red hat.

2      Q.  I'm sorry.  I didn't mean to talk over you.

3      A.  That is okay.

4      Q.  Can you describe who you believe is Morton?

5      A.  In the red hat, blond hair and I guess dark jacket.

6      Q.  And further in front of him, do you know who that

7  individual is?

8      A.  I believe that is Alan with the beanie and the flag.

9      Q.  I'm sorry.  Is that -- you believe that is

10  Mr. Hostetter with the beanie and the flag, is that in the

11  foreground of the picture?

12      A.  Yes.

13      Q.  And then in sequence, if you have Mr. Hostetter on the

14  foreground and then -- when you say Morton, is that Mr. Morton

15  Irvine-Smith?

16      A.  Yes.

17      Q.  Mr. Smith in the middle.  Do you recognize anyone in

18  the front of Mr. Smith?

19      A.  That is me.

20      Q.  Does this picture fairly and accurately depict an area

21  that the three of you were on January 6th?

22      A.  Yes.

23          MR. MANNING:  Move to admit Government

24  Exhibit 602.35.

25          THE COURT:  Received.

1            (Whereupon, Government Exhibit No. 602.35 were

2    admitted.)

3            MR. MANNING:   Thank you.

4    BY MR. MANNING:

5        Q.   So can you describe, sir, what you were observing in

6    the moment when you got to this part -- I'm sorry.

7        Are you on Capitol grounds here?

8        A.   I believe so, yes.

9        Q.   Can you describe what you are observing in this

10   moment?

11       A.   I believe this is right prior to coming up to the

12   police line at the west plaza.

13       Q.   What did you observe of the crowd around you?

14       A.   There was a lot of people.  They were all kind of

15   getting crammed up in and arriving at the police line.

16       Q.   Was it loud?

17       A.   Yes.

18       Q.   Did you hear anything in particular?

19       A.   Stop the Steal, this is our house, Trump 2020, things

20   like that.

21       Q.   Did you smell anything in particular?

22       A.   At this exact moment, I can't say for sure.  But

23   definitely during the process of arriving at this point and

24   other parts of the day, there was chemical agents like tear

25   gas.

1          Q.  Did you expect that the people inside Congress would

2    be aware by this time that there was a big, loud crowd outside?

3          A.  By this time?  Yes, based on the sheer volume of

4    people that there were, yeah.

5          Q.  The crowd was pretty big?

6          A.  Yes.

7          Q.  The crowd was pretty loud?

8          A.  Yes.

9          Q.  So if someone's goal was simply to let Congress know

10   there was a big crowd outside by this moment, has that goal

11   been accomplished?

12         A.  Yes.

13              MS. KENNEY:  I'm sorry, Your Honor.  I am going to

14   object in regards to the hypothetical he just presented to the

15   witness.  It is irrelevant.

16              THE COURT:  Overruled.

17   BY MR. MANNING:

18         Q.  I have drawn a green circle on the middle of the left

19   side of the screen.  Can you describe what is the area inside

20   of that circle?

21         A.  That is the scaffolding that we eventually made our

22   way to.

23         Q.  I will ask you to bring the microphone --

24         A.  That is the scaffolding that we eventually made our

25   way to.

1        Q.  And is the scaffolding on top of some other structure?

2        A.  It is on top of the stairwell leading up to the

3   Capitol.

4        Q.  So from this area, where this photo is taken, did you

5   go next in that direction of the scaffolding?

6        A.  We first arrived at the police line that was in the

7   west plaza.  And then we, I guess, kind of like water, just

8   moved up into the next available space, which was up the

9   stairs.

10       Q.  And you say a police line, can you explain what you

11   mean by that?

12       A.  When we arrived, there was a police line barricade

13   that was blocking off access to further into the west plaza.

14   And I believe they had like bike racks and there was quite a

15   few officers had formed a line there.

16       Q.  So you testified that you went into this scaffolding

17   area.  And then where did you go?

18       A.  There was an opening through the tarp or fabric from

19   the scaffolding that gave us access to get back out onto the

20   exterior stair portion.  And we -- Alan and I went through that

21   to the exterior of the scaffolding on the stairwell of the west

22   plaza.

23       Q.  So Mr. Smith is down here with you in the photo we are

24   looking at; is that right?

25       A.  Yes.

1      Q.  By the time you got through the scaffolding you just

2   described, is Mr. Smith still with you?

3      A.  No.

4      Q.  Did you see him shortly after that or was it much

5   longer until you saw him?

6      A.  I didn't see him until the evening after we were

7   cleared out of the Capitol grounds.

8      Q.  Bring up Government Exhibit 330.  Please play the

9   first 2 seconds and pause.

10      Do you recognize this?

11      A.  Yes.

12      Q.  What is it?

13      A.  It is a video of me coming out of the scaffolding.

14      Q.  Is it a fair and accurate representation of what it

15   shows?

16      A.  Yes.

17          MR. MANNING:  Move to admit Government Exhibit 330.

18          THE COURT:  Received.

19          (Whereupon, Government Exhibit No. 330 was admitted.)

20   BY MR. MANNING:

21      Q.  Is that you in the middle of the screen there?

22      A.  Yes.

23          THE COURT:  What did you say, you were coming out of

24   the scaffolding there?

25          THE WITNESS:  Your Honor, we were stepping through

1    the tarp coming out of the --

2              THE COURT:  That is the tarp behind you there?

3              THE WITNESS:  Yes, sir.  Yes, Your Honor.

4    BY MR. MANNING:

5        Q.  Is that tarp draped over scaffolding?

6        A.  Yes.

7              THE COURT:  Okay.

8    BY MR. MANNING:

9        Q.  Can we go back to the beginning and play from the

10   beginning to the 20-second mark and pause?

11             THE COURT:  Okay.  I see.

12             He was right behind you then?

13             THE WITNESS:  That is correct, Your Honor.

14   BY MR. MANNING:

15       Q.  If I heard correctly, I believe the Court anticipated

16   my question of who is the individual behind you?

17       A.  Alan was behind me.

18             THE COURT:  I'm sorry about that.

19   BY MR. MANNING:

20       Q.  Can you draw a circle around Mr. Hostetter?

21       A.  (Complying.)

22       Q.  And what is the white object that he is holding in his

23   hand?

24       A.  That is a bullhorn.

25       Q.  Did you hear him using that bullhorn many times while

1    at the Capitol area on January 6th?

2         A.  Yes.

3         Q.  And can you recall exactly what he said?

4         A.  Not exactly, no.

5         Q.  Can you recall generally the types of things you heard

6    him say at the Capitol on January 6th with his bullhorn?

7         A.  Yeah.  It would be Stop the Steal, whose house, our

8    house, tyrants, stop the tyranny, things like that, Trump won.

9         Q.  Is the backpack that -- is the backpack that you are

10   carrying in this photo the backpack that we saw earlier in

11   physical evidence?

12        A.  Yes.

13        Q.  Did it contain all of the items that you were

14   describing earlier as having been with you on January 6th?

15        A.  Yes.

16        Q.  Did you stay in this general area of the Capitol for

17   some time?

18        A.  I would say for maybe 15 to 20 minutes approximately.

19        Q.  From while you were there, could you see the west

20   plaza and the police line below you?

21        A.  Yeah.  We were above it looking down.

22        Q.  Were you watching it?

23        A.  Yes.

24        Q.  And did you film some videos of that police line while

25   you were up there?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    A.  Yes.

2    Q.  Bring up Government Exhibit 403.  Play the first 7

3  seconds and pause.  Do you recognize this?

4    A.  Yes.

5    Q.  What is this?

6    A.  This is a video I took.

7    Q.  Is that your voice in the video?

8    A.  Yes.

9    Q.  Is this a fair and accurate depiction of what it

10  shows?

11    A.  Yes.

12      MR. MANNING:  Move to admit Government Exhibit 403.

13      THE COURT:  Received.

14      (Whereupon, Government Exhibit No. 403 was admitted.)

15  BY MR. MANNING:

16    Q.  And just to be clear, when you are filming this video,

17  are you in the same general area that we saw in the last clip

18  when you emerged from the tarp?

19    A.  Yes.  On the steps just outside the scaffolding.

20    Q.  Do you see that large -- let the record reflect that I

21  have drawn a large oval encompassing most of the middle of the

22  screen.  Do you see the group of people inside the circle?

23    A.  Yes.

24    Q.  Were you somewhere in that general area before you

25  made your way up the scaffolding?

1       A.   Yeah.   Previously we saw the police line there.

2   Obviously, we wanted to kind of get around them.   So we

3   continued up the stairwell and then were behind the police

4   line.

5       Q.   You said you wanted to go around the police line and

6   that is why you went up the stairwell?

7       A.   Correct.

8       Q.   Please go back to the beginning of the video.   And

9   please play from beginning to end.

10          (Video played.)

11  BY MR. MANNING:

12      Q.   Did I hear you correctly that you said they fired 10

13  tear gasses into the crowd?

14      A.   Yes.

15      Q.   And who are you saying fired tear gasses into the

16  crowd?

17      A.   The Capitol Police.

18      Q.   Could you smell anything -- at this point, were you up

19  the stairs here?

20      A.   Yes.

21      Q.   What could you smell?

22      A.   The tear gas.

23      Q.   Was it pretty strong?

24      A.   Very.

25      Q.   Please go back to the beginning of the video and hold

DIRECT EXAMINATION OF RUSSELL TAYLOR                    181

1   it there.  We are still on Government Exhibit 403.  I have

2   drawn a green circle along the bottom of the screen about a

3   third of the way in from the left.  Do you recognize what is in

4   front of you there?

5       A.  Yes.

6       Q.  What is that?

7       A.  That is Alan's beanie.

8       Q.  Do you recall him being this close to you at this

9   time?

10      A.  Yes.

11      Q.  If we could go to the 13-second mark and hold it

12  there.

13      I have drawn an oval sort of to the left side of the

14  screen across the middle.  Is that part of what you were

15  referring to as the police line?

16      A.  Yes.

17      Q.  And from the vantage point you had, were you watching

18  this area?

19      A.  Yes.

20      Q.  And from what you saw, were the police allowing the

21  crowd to get past them onto the Capitol?

22      A.  No.

23      Q.  Please go to the 17-second mark and hold it there.  Go

24  forward a few frames.  I'm sorry.  Go back, hold it there.  I

25  have drawn a green circle in the upper right corner of the

DIRECT EXAMINATION OF RUSSELL TAYLOR

1   screen.  If I refer to this area as the inaugural stage, will

2   you understand what I am referring to?

3        A.  Yes.

4        Q.  At this point -- I'm sorry.  See this gentleman that I

5   circled here in the middle of the screen?

6        A.  Yes.

7        Q.  What type of person is he?

8        A.  A Capitol Police officer.

9        Q.  At this point -- withdrawn.  Were there other police

10  officers in this area as well?

11       A.  Directly near us, there was maybe 6 to 8 officers that

12  had formed a -- basically a human barricade at the corner to

13  turn up to go towards the inaugural stage.

14       Q.  And at this time, was the group of police officers

15  allowing members of the crowd to get past them to the inaugural

16  stage?

17       A.  No.

18       Q.  How did that number of what you said, 6 to 8 police

19  officers, compare to the number of people in the crowd that had

20  come to this area?

21       A.  Significantly outnumbered.

22       Q.  And who outnumbered who?

23       A.  The protesters to the Capitol Police.

24       Q.  Government Exhibit 404, please.  Please play the first

25  10 seconds and pause.  Do you recognize this?

1      A.  Yes.

2      Q.  What is it?

3      A.  It is a video I took.

4      Q.  Did you take this video from the same vantage point we

5   saw in the last video?

6      A.  Yes.

7      Q.  Does it fairly and accurately represent what it shows?

8      A.  Yes.

9          MR. MANNING:  Move to admit Government Exhibit 404.

10         THE COURT:  Received.

11         (Whereupon, Government Exhibit No. 404 was admitted.)

12  BY MR. MANNING:

13     Q.  Please go back to the beginning and play to the

14  32-second mark.

15     Is that your voice shouting, move forward Americans?

16     A.  Yes.

17     Q.  When you say move forward, you meant -- who are you

18  urging to move forward?

19     A.  The protesters.

20     Q.  And move from where to where?

21     A.  From the current location through the police line.

22     Q.  Did you say through the police line?

23     A.  Yes.

24     Q.  Drawing a green oval on the right side of the screen.

25  Do you recognize whose hand that is?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    A.   That is Alan holding the flag.

2    Q.   Why do you say that?

3    A.   Based on the shirt or jacket and the flagpole.

4    Q.   Do you recall being with him in this moment?

5    A.   Yes.

6    Q.   And how do you recall him reacting to what is

7    happening to the police line here?

8    A.   Very positively and encouraging.

9    Q.   Did you say you saw the crowd go past the police line?

10   A.   Yes.

11   Q.   And when you saw that happening, did you see how the

12   crowd got past the police line?

13   A.   They were pushing, punching, throwing stuff.

14   Q.   When you say they, who are you referring to just to be

15   clear?

16   A.   I'm sorry.  The protestors.

17   Q.   Who were they pushing and punching through?

18   A.   Through the police line and the police officers.

19   Q.   I want to be very clear about this.  At this moment

20   here, was there any doubt in your mind that people were using

21   force to get past the police?

22   A.   No.

23   Q.   Do you have any reason to believe that Mr. Hostetter

24   didn't see the same things that you were seeing, looking at

25   here?

1          MS. KENNEY:  Objection, that would lack foundation,

2     call for speculation and be guessing at Mr. Hostetter's state

3     of mind, what he saw and didn't see.

4          THE COURT:  Overruled.  He is standing right next to

5     him is what you said; right?

6          THE WITNESS:  That is correct, Your Honor.

7          THE COURT:  How could he not see it?

8          MS. KENNEY:  Your Honor, there is a lot going on.

9     There was a video of the police.

10         THE COURT:  Give me a break.  Overruled.

11         You are not blind, are you?

12         THE WITNESS:  No, Your Honor.

13    BY MR. MANNING:

14       Q.  Just to be clear, is the answer to the question no?

15    Let me ask the question --

16         THE WITNESS:  Can you restate the question?

17         THE COURT:  Anything blocking his view?  Wasn't he

18    right beside you?

19         THE WITNESS:  No, Your Honor.

20    BY MR. MANNING:

21       Q.  Please go back to 30 seconds.  Pause.

22       As we play the next few seconds at half speed, I will ask

23    you to keep your eye on the flagpole in front of you.  Pause.

24       Did you note anything about the movement of the flag

25    there?

DIRECT EXAMINATION OF RUSSELL TAYLOR      186

1          A.   It is going up and down.

2          Q.   Can we go regular speed and play until 57 seconds and

3     pause.

4          Did you hear someone say something like, this is how it

5     works with an expletive?

6          A.   Yes.

7          Q.   Do you recognize that voice?

8          A.   Yes.

9          Q.   Whose voice is that?

10          A.   That is Alan.

11          Q.   And was that your voice that yelled, "Move back" and

12     "Last chance, boys"?

13          A.   Yes.

14          Q.   Was that directed at this group of police?

15          A.   Yes.

16          Q.   Did you then move in the direction of this group of

17     police?

18          A.   Yes.

19          Q.   Before we move on, I just want to establish for

20     reference in the next few videos where this group of police is

21     currently standing.  Do you see I have drawn a green circle

22     across the middle of the screen there.  Do you see some sort of

23     white physical structure in the middle of that?

24          A.   Yes.

25          Q.   Do you recall what that was?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1       A.  A small retaining wall, I guess.

2       Q.  And about how high was it in relation to -- was it

3  over your head, below your waist?

4       A.  I would say about 3 feet possibly.

5       Q.  And I will draw a second oval in the middle of the

6  screen from sort of the center to the top.  Do you see a --

7  some sort of railing there?

8       A.  Yes.

9       Q.  Does that lead up some steps?

10      A.  Yes.

11      Q.  And to get to the base of those steps, do you have to

12  get to that small retaining wall and turn around?

13      A.  To get to the base of the steps?

14      Q.  If you want to go up the steps and up where the

15  railing is, do you have to get towards that?

16      A.  Yes.  Towards that, yes.

17      Q.  And about --

18          THE COURT:  That is where you want to go?  You want

19  to go down here or are you going up?

20          THE WITNESS:  Well, eventually we went up, Your

21  Honor.

22          THE COURT:  But I am not getting the point.

23          Go ahead and try.

24          MR. MANNING:  That is probably because of some poor

25  questions, Your Honor.  Let me try again.

1    BY MR. MANNING:

2         Q.  Do these steps lead up toward the Capitol?

3         A.  Yes.

4         Q.  To go to these steps --

5              THE COURT:  But I thought he had already come up?

6              THE WITNESS:  He is up now.

7    BY MR. MANNING:

8         Q.  Had you already come up some steps?

9         A.  We had come up some steps, Your Honor --

10             THE COURT:  But not these, okay.

11             THE WITNESS:  No, Your Honor.

12   BY MR. MANNING:

13        Q.  Are there more steps to go?

14        A.  Yes.

15             THE COURT:  So you want to get over to these to go up

16   eventually?

17             THE WITNESS:  Yes, Your Honor.

18             THE COURT:  That is your next objective?

19             THE WITNESS:  Yes, Your Honor.

20             THE COURT:  Okay.  I didn't get that.

21   BY MR. MANNING:

22        Q.  About how big is the distance between the back of the

23   group of police or -- and that barricade or that we circled?

24        A.  I would say potentially 30 to 40 feet.

25        Q.  Please bring up Government Exhibit 316.01.  Play 2

1    seconds and pause.  Can we go forward a few frames.

2         We can just pause there.

3         Have you seen this video before?

4    A.  Yes.

5    Q.  And do you appear in it?

6    A.  Yes.

7    Q.  Are you in that same general area that we are talking

8    about before?

9    A.  Yes.

10   Q.  Does this video fairly and accurately represent what

11   it depicts?

12   A.  Yes.

13        MR. MANNING:  We'll move admit Government

14   Exhibit 316.01.

15        THE COURT:  Received.

16        (Whereupon, Government Exhibit No. 316.01 was

17   admitted.)

18   BY MR. MANNING:

19   Q.  And before we play the video, can you draw with a

20   circle where those police officers we are talking about a

21   moment ago, where they were?

22   A.  (Indicating).

23   Q.  And which direction have they moved now?

24   A.  (Indicating).

25   Q.  Let the record reflect that the witness drew a circle

1    about at the 4 second-mark at the video about a third of the

2    way in from the left side of the screen to indicate where the

3    police had been.  And then drew an arrow further to the right

4    indicating the area back towards where the police had gone.

5              THE COURT:  Before you play it, where were you?

6              THE WITNESS:  I am right here, Your Honor.

7              THE COURT:  Okay.

8    BY MR. MANNING:

9        Q.  Can we go back to the beginning and play from the

10   beginning?

11             THE COURT:  I'm sorry.  So you want to come across

12   here and go up this stair up here?

13             THE WITNESS:  That is correct, Your Honor.

14   BY MR. MANNING:

15       Q.  Can we play from the beginning to 9 seconds and pause?

16             THE COURT:  You had already come up some stairs to

17   get up to that level where you are at now?

18             THE WITNESS:  Yes, Your Honor.  We came up these

19   stairs right here.

20             THE COURT:  Where these police are blocking you is on

21   the extra stairs up there.  Okay.

22             THE WITNESS:  Yeah.  The Capitol Police were right

23   here inside the circle and they were kind of held at a human

24   barricade, if you will.

25             THE COURT:  Right.  And those police are on those

1   stairs up, that is actually above where you are now?

2                THE WITNESS:  I am right here, Your Honor.

3                THE COURT:  Okay.

4                THE WITNESS:  The police are right here.

5                THE COURT:  Mr. Hostetter is right beside you there?

6                THE WITNESS:  At this moment he is actually over here

7   inside this circle.

8                THE COURT:  Oh, he is over here.

9                THE WITNESS:  Yes, Your Honor.

10               THE COURT:  When did you move over to this position?

11               THE WITNESS:  Shortly after the police line had been

12  pushed forward on the west plaza.  The group up there, kind of

13  got generally encouraged by that.  And eventually the Capitol

14  Police that were at our level, kind of just slowly moved back

15  to the area that they were in there.

16               THE COURT:  That is when they moved back over to try

17  to protect that stairwell.

18               THE WITNESS:  That is correct, Your Honor.  But it

19  was a -- they moved back.  They kind of stepped back towards

20  that.  And then the crowd just pushed forward.

21               THE COURT:  Pushed.  Okay.  And at the point of that

22  picture, he was still over here?

23               THE WITNESS:  That is correct, Your Honor.

24               THE COURT:  Okay.

25  BY MR. MANNING:

1    Q.  Play -- Mr. Taylor, can you draw a circle around where

2    you are now in this video?

3    A.  (Complying).

4    Q.  Let the record reflect the witness has drawn a circle

5    around an individual with a red hat in the center of the

6    screen.  Can you draw a second circle around Mr. Hostetter.

7    A.  (Complying).

8    Q.  In those 9 seconds we just watched, what was just

9    happening there?

10   A.  Like I said, we basically pushed our way -- pushed the

11   police back towards the stairwell and towards that like

12   retaining wall.

13   Q.  So part of the action that you described in response

14   to the Court's previous question is that what we saw?

15   A.  Yeah.  There was just a large group.  You can see I am

16   about five or six people back.  And the whole group just pushed

17   forward.

18           THE COURT:  Now, at this point do you have your gas

19   mask on?

20           THE WITNESS:  No, Your Honor.

21           THE COURT:  You still don't?

22           THE WITNESS:  No, Your Honor.

23   BY MR. MANNING:

24   Q.  And in the direction that you are going, are you going

25   closer to the Capitol building?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1       A.  Yes.

2       Q.  And at this moment, did you believe that the police

3   were trying to keep you from getting closer to the Capitol?

4       A.  Yes.

5       Q.  Did you keep going?

6       A.  Yes.

7       Q.  Was it your expectation that Mr. Hostetter would

8   follow you?

9       A.  Yes.

10      Q.  And did he?

11      A.  Yes.

12      Q.  At some time after this moment, were you confronted by

13  police?

14      A.  Yes.

15      Q.  And what happened?

16      A.  As the police moved back over that wall, I finally

17  arrived at that wall, stepped over into the inaugural stage and

18  immediately came, I guess, face to face with another officer.

19  And he sprayed me two or three times and then I retreated back.

20      Q.  Did you recognize what you were sprayed with?

21      A.  It was a pepper spray of some sort.

22      Q.  You said you retreated back after being pepper

23  sprayed.  How did you physically feel when you were pepper

24  sprayed?

25      A.  I had never been pepper sprayed before.  And it

1    definitely wasn't something I enjoyed.

2         Q.  After you retreated back, what did you do next?

3         A.  I went back over that retaining wall.  And then kind

4    of collected myself for a few moments.  And then Alan and I

5    went up the stairwell, the second stairwell right here.

6              THE COURT:  This stairwell where the yellow line is?

7              THE WITNESS:  Yes, Your Honor.

8              THE COURT:  By that point, the police had retreated.

9              THE WITNESS:  They had -- basically this whole cavity

10   here no longer had police presence.  And they had moved into

11   kind of this central area at the inaugural stage.  And so the

12   stairwell had free access at that point to just go up.

13   BY MR. MANNING:

14        Q.  Government Exhibit 101, it is already in evidence.

15        A.  If I may, Your Honor, when I did come over to the

16   police officer, I didn't contact him at all.  He sprayed me and

17   then I retreated back, just to make that clear.

18        Q.  When the officer sprayed you, what was your

19   understanding of why you were being sprayed?

20        A.  I was not somewhere I was supposed to be and I needed

21   to go back.

22        Q.  Did you recognize the police were trying to keep you

23   off the inaugural stage?

24        A.  Clearly, yes.

25        Q.  But after you collected yourself, did you keep going

 1    up anyway?

 2         A.  Unfortunately, yes.

 3         Q.  Can we skip to the 6-minute mark?

 4             THE COURT:  Mr. Hostetter at that point did not get

 5    pepper sprayed?

 6             THE WITNESS:  I do not believe so, no.

 7             THE COURT:  Just you?

 8             THE WITNESS:  Yes.

 9    BY MR. MANNING:

10         Q.  Did he know that you had been pepper sprayed?

11         A.  Yes.  He was still in the walkway.  And I went back

12    and told him that I had been sprayed.  And at that point, you

13    know, we were together.  I kind of cleared myself.  I kind of

14    caught my breath and that is when at that point together we

15    went up the stairwell.

16         Q.  And when you say you communicated to him that you had

17    been sprayed, did you communicate who had sprayed you?

18         A.  Capitol Police, yeah.

19         Q.  Please play from the 6-minute mark of Government

20    Exhibit 101 to the 6:46 mark.  And I will direct your attention

21    to the area that I will draw on the circle here.  And let the

22    record reflect, I have drawn a circle on the lower right

23    quadrant of the Government Exhibit 101.  And I will direct the

24    witness' attention there as we play the next clip.

25             Mr. Taylor, can you circle yourself on the screen here?

1          Let the record reflect that the witness has drawn a circle

2     around an individual in a gray jacket and backpack about a

3     quarter in from the left side of the screen.

4          Is this incident that we are about to see the pepper spray

5     incident that you have described in your testimony a moment

6     ago?

7          A.  Yes.

8          Q.  Can we zoom out for a moment to see the time stamp,

9     sir?  Can you read the time stamp in the upper left corner

10    there?

11         A.  Wednesday, January 6th, 2021, 2:31 and 46 seconds p.m.

12         Q.  Thank you.  Could you zoom back in to the lower right

13    quadrant?

14         Can we keep playing and pause at 7 minutes and 9 seconds.

15              THE COURT:  Did you say that is Government

16    Exhibit 101?

17              MR. MANNING:  Yes, Your Honor, 101.

18              THE COURT:  Okay.

19    BY MR. MANNING:

20         Q.  Government Exhibit 402, please.  Please play for 5

21    seconds and pause.

22         Do you recognize this?

23         A.  Yes.

24         Q.  And what is it?

25         A.  It is a video.

1      Q.  Does it fairly and accurately represent what it shows?

2      A.  Yes.

3           MR. MANNING:  Can we move to admit Government

4   Exhibit 402?

5           THE COURT:  Received.

6           (Whereupon, Government Exhibit No. 402 was admitted.)

7   BY MR. MANNING:

8      Q.  Please play from the beginning to 14 seconds and

9   pause.

10      What is happening here?

11      A.  This is just a few moments after I had been pepper

12   sprayed and retreated back to that walkway.

13      Q.  Can you circle yourself.

14      Can you circle Mr. Hostetter?

15      Let the record reflect that the witness first drew a

16   circle around an individual with a red hat about halfway in

17   from the left side of the screen and a second circle around

18   another individual closer to the left side of the screen.

19   BY MR. MANNING:

20      Q.  Can we bring up Government Exhibit 312.01.  Just play

21   5 seconds and pause.  Do you recognize this?

22      A.  Yes.

23      Q.  What is this?

24      A.  A video of that area.

25      Q.  Are you in this video clip?

DIRECT EXAMINATION OF RUSSELL TAYLOR

1    A.  Yes.

2    Q.  Does it fairly and accurately represent what it shows?

3    A.  Yes.

4        MR. MANNING:  Move admit to Government

5    Exhibit 312.01.

6        THE COURT:  Received.

7        (Whereupon, Government Exhibit No. 312.01 was

8    admitted.)

9    BY MR. MANNING:

10   Q.  Draw a circle in the -- over in the center of the

11   screen.  Is that the same railing to the stairways that we have

12   been discussing earlier?

13   A.  Yes.

14   Q.  And I will draw another circle along the banister at

15   the bottom of the screen.  Are you in that circle?

16   A.  Yes.

17   Q.  Yes.  Okay.  And is this in the same area that we are

18   looking at in the last video where you described yourself as

19   having just been pepper sprayed?

20   A.  Yes.

21   Q.  Please play until the 22 second mark and pause.

22       Is that the moment that you described earlier when you

23   went from the area where you had been sprayed and up the steps?

24   A.  Yes.

25   Q.  Can you circle yourself in the video?

1          A.  (Complying).

2          Q.  Do you know where Mr. Hostetter is at this moment?

3          A.  I believe right here or maybe right here actually.

4          Q.  Why don't we play a few more seconds and you let us

5     know if you see him.

6          Keep playing at half speed.  Pause there.

7          Do you recognize yourself in this moment?

8          A.  Yeah.

9          Q.  Do you recognize Mr. Hostetter?

10         A.  Yeah.

11         Q.  Let the record reflect that the witness drew two

12    circles, one around an individual about halfway up the steps

13    and a second one around a second individual just behind him.

14         We could ask -- what is Mr. Hostetter carrying here?

15         A.  His flag.

16         Q.  Ask you to keep your eye on the two of you in this

17    video as we play for the next 6 seconds.  And we can play at

18    regular speed and pause at 33 seconds.

19         Did you stop there?

20         A.  Yes.

21         Q.  And where did Mr. Hostetter go?

22         A.  He continued up the stairs.

23         Q.  Let the record reflect that I have drawn an oval

24    across the top half of the screen.  Did you ultimately go to

25    this area inside the oval?

DIRECT EXAMINATION OF RUSSELL TAYLOR                200

1              A.  Yes.

2              Q.  And what is that?  Are those bleachers or benches?

3              A.  Bleachers.

4              Q.  Are those bleachers closer to the Capitol building

5    than where you are now?

6              A.  Yes.

7              Q.  I would like to bring up Government Exhibit 102, which

8    is already in evidence.

9              Can we skip ahead to 8:46 and hold it there.  Mr. Taylor,

10   can you read the time stamp in the upper left corner?

11             A.  Wednesday, January 26 -- I'm sorry.  Wednesday

12   January 6, 2021, 2:33:46 p.m.

13             Q.  And I have drawn an oval about a third of the way in

14   from the right side of the screen.  Do you recognize any

15   individuals there?

16             A.  Yes.

17             Q.  Can you explain?

18             A.  Myself and Alan.

19             Q.  And can you describe where the two of you are?

20             A.  Do you want me to circle it or --

21             Q.  Yes, please.

22             A.  This is me.  This is Alan.

23             Q.  Okay.  Fair to say that at this point there has become

24   a -- there is a little physical distance between you?

25             A.  Yes.

1      Q.  And what does Mr. Hostetter appear to be wearing on

2  his back here?

3      A.  A backpack.

4      Q.  Would you please keep your attention on Mr. Hostetter

5  as we play to 9:08 and pause.

6      Was it intentional that the two of you reconnected in that

7  moment?

8      A.  Yes.

9      Q.  Were you trying to -- was it your intention to stick

10  with him throughout the day?

11      A.  Yes.

12      Q.  Go back to the 8:58 mark and pause.  Just hold it

13  there.  Drawing a circle on the bottom of the screen about a

14  third of the way in from the left.  Is that Mr. Hostetter

15  again?

16      A.  Yes.

17      Q.  What is he holding in front of him in that moment?

18      A.  A bullhorn and a flag.

19      Q.  I would like to bring up Government Exhibit 318.

20      Can we play the first 5 seconds and pause.

21      Do you recognize this?

22      A.  Yes.  It is a Facebook video.

23      Q.  And do you appear in it?

24      A.  I believe so, yes.

25      Q.  Does it fairly and accurately represent what it shows?

DIRECT EXAMINATION OF RUSSELL TAYLOR                    202

1        A.  Yes.

2        Q.  Please go back to the beginning and play to the end.

3   Did I hear correctly in the beginning of the clip that someone

4   said, "The people have taken back their house"?

5        A.  Yes.

6        Q.  Do you recognize that voice?

7        A.  Yes.

8        Q.  Whose voice is that?

9        A.  That is Alan.

10       Q.  Did I hear correctly that someone then said something

11   to the effect of, "I don't think I have seen something so

12   beautiful in my whole life"?

13       A.  Yes.

14       Q.  Do you recognize the voice?

15       A.  Yes.

16       Q.  Who is that?

17       A.  Alan.

18       Q.  Did you hear also a shout of someone saying "Inside"?

19       A.  Yes.

20       Q.  I'm sorry.  Let me withdraw that.  Did I hear

21   correctly that first someone said with some sort of expletive,

22   they are going inside?

23       A.  Yes.

24       Q.  Did you know who that person was?

25       A.  I would have to listen to it again.  I am not sure.

1     Q.  Why don't we play the last 10 seconds of the clip

2     again.  And before I play these last 10 seconds of the clip, I

3     had asked you previously if you recognize this video?

4     A.  Yes.

5     Q.  And if you appeared in it?

6     A.  Yes.

7     Q.  And that it fairly and accurately depicts what it

8     shows?

9     A.  Yes.

10         MR. MANNING:  Can we move into evidence Government

11    Exhibit 318.

12         THE COURT:  Received.

13         (Whereupon, Government Exhibit No. 318 was admitted.)

14    BY MR. MANNING:

15    Q.  Why don't we start at about 25 seconds and play from

16    there.

17         At first, did we hear an expletive and they are going

18    inside?

19    A.  Yes.

20    Q.  Do you know who that person is?

21    A.  I do not.

22    Q.  Did we hear someone shout inside?

23    A.  Yes.

24    Q.  Was that you?

25    A.  Yes.

1          Q.  In this moment did you also hear or see Mr. Hostetter

2     acknowledge that people were reportedly going inside?

3          A.  Yes.

4          Q.  In your mind, this talk of going inside, what did it

5     mean, inside what?

6          A.  Inside the Capitol.

7          Q.  Did you then move closer to the Capitol building?

8          A.  Yes.

9          Q.  With Mr. Hostetter as well?

10         A.  Yes.

11              MR. MANNING:  Your Honor, it is 5:00.  If it is the

12     Court's preference, we could keep going.  If it is the Court's

13     preference --

14              THE COURT:  I think we will call a halt for the day.

15     We'll start back at 10:00 on Monday.  We do have -- on Monday I

16     have to do a hard stop at 4:20.  Other than that, we will be on

17     regular 10:00 to 5:00 schedule each day.  I think -- do I have

18     a noon thing on Monday?

19              So we'll have 10:00 to 4:20.  I do have a hard stop

20     at 4:20 Monday.  Otherwise, we should be on a regular schedule

21     10:00 to 5:00 each day.

22              Anything else you all want to raise today?

23              MR. MANNING:  Nothing from the government, Your

24     Honor.

25              THE COURT:  Mr. Hostetter?

1                    MR. HOSTETTER:  No, sir.

2                    THE COURT:  All right.  Mr. Huish.

3                    MR. HUISH:  Yes, Your Honor.  I believe that because

4     we are staying over the weekend and Mr. Taylor is in Virginia,

5     he needs the Court's permission to be in Virginia over the

6     weekend, since he didn't have specific permission to be out of

7     the district in Virginia, which is where he is saying.

8                    THE COURT:  Okay.  That is granted.

9                    MR. MANNING:  Thank you.

10                   THE COURT:  Do I need to call somebody at pretrial?

11                   MR. HUISH:  I think we are all okay.  I just need to

12    make sure --

13                   THE COURT:  That is granted.  You all have a good

14    weekend, if you can.

15                   MR. MANNING:  Thank you.

16                   (Proceedings concluded at 5:04 p.m.)

1                          C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                   Dated this 27th day of July, 2023.

11

12                                                    _____
                                     Sherry Lindsay, RPR
13                                   Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. HOSTETTER: [2]**  4/16 6/3
**BY MR. MANNING: [133]**  10/9 14/4
15/24 16/14 17/19 20/10 21/1
22/20 24/20 25/15 26/8 26/18
26/21 27/3 29/6 30/12 31/1 32/18
34/2 34/13 35/3 35/24 36/22 41/5
41/23 42/10 45/16 52/3 53/22 56/8
59/2 60/25 63/13 64/22 65/16
67/11 68/5 69/4 71/3 72/17 73/4
74/15 75/5 77/7 78/9 79/15 80/2
80/21 83/11 86/1 86/25 88/8 92/8
93/11 95/20 95/24 96/20 97/7 98/1
99/8 99/20 101/22 106/23 108/25
110/18 112/6 113/20 116/14 117/16
123/10 124/9 130/21 132/20 133/13
133/17 134/14 137/14 141/4 141/19
141/23 143/21 144/13 144/19
145/11 145/22 146/11 147/18
148/18 149/14 151/4 152/10 156/8
157/22 159/2 159/15 159/19 160/17
161/3 161/10 162/3 163/13 163/23
164/15 166/14 169/3 173/4 174/17
176/20 177/4 177/8 177/14 177/19
179/15 180/11 183/12 185/13
185/20 188/1 188/7 188/12 188/21
189/18 190/8 190/14 191/25 192/23
194/13 195/9 196/19 197/7 197/19
198/9 203/14
**MR. HOSTETTER: [3]**  4/9 8/21
205/1
**MR. HUISH: [2]**  205/3 205/11
**MR. MANNING: [94]**  9/17 9/21 10/1
10/4 17/16 20/3 20/21 25/6 28/18
29/10 29/19 30/21 31/12 32/3 32/6
32/9 35/19 36/11 40/23 42/5 51/12
51/19 51/25 56/3 58/25 60/20 64/3
64/4 64/7 64/11 64/13 65/12 67/7
74/9 74/14 79/12 80/11 83/7 85/22
86/20 92/5 93/8 95/17 99/3 99/15
101/17 106/18 110/14 112/1 113/15
116/9 117/11 130/16 132/18 133/9
137/11 141/16 142/19 142/24 143/3
143/13 143/17 144/11 144/18 145/7
146/8 147/14 148/16 149/10 157/17
159/12 160/25 161/25 163/6 163/12
164/10 164/12 166/11 168/25
172/23 173/3 176/17 179/12 183/9
187/24 189/13 196/17 197/3 198/4
203/10 204/11 204/23 205/9 205/15
**MR. MARIANO: [8]**  4/6 5/19 8/23
9/1 9/9 9/11 9/14 9/16
**MS. KENNEY: [49]**  14/1 15/12
15/16 15/20 15/23 20/6 22/4 22/7
22/16 25/9 26/14 28/14 29/14 30/5
30/11 31/21 33/20 34/7 34/22
36/14 41/1 41/21 45/12 51/16
51/21 53/15 68/25 70/21 71/13
74/8 74/24 77/1 77/22 77/25 78/3
86/15 86/21 86/24 88/4 97/4 97/23
108/21 123/3 124/1 134/9 156/2
174/13 185/1 185/8
**THE COURT REPORTER: [1]**  144/17
**THE COURT: [183]**  4/12 5/20 8/22
8/24 9/8 9/10 9/13 9/20 9/24 10/2
14/3 15/14 15/18 15/21 16/12
17/18 20/7 20/23 22/6 22/9 22/19
25/8 25/10 26/15 29/3 29/8 30/9
30/23 31/17 32/1 32/5 34/1 34/9
34/16 34/18 35/2 35/21 36/13
36/18 41/3 41/22 42/7 45/14 51/15
52/2 53/21 56/5 59/1 60/22 64/1
64/6 64/10 64/12 65/14 67/9 69/2
70/25 71/15 71/21 71/23 72/5 72/8
72/11 72/13 72/16 72/25 74/11
75/3 77/5 77/24 78/2 78/8 79/13
80/15 80/19 83/9 85/24 86/19
86/22 88/7 92/6 93/9 95/18 97/5
99/5 99/17 101/19 106/20 108/24
110/16 112/3 113/17 116/11 117/13
123/6 124/6 130/18 132/17 132/19

---

133/11 134/13 137/12 141/17
144/10 145/9 145/17 145/21 146/9
147/16 148/17 149/9 149/13 150/22
150/25 152/4 152/6 152/9 156/5
157/19 159/13 161/1 162/1 163/9
164/11 164/13 166/12 169/1 172/25
174/16 176/18 176/23 177/2 177/7
177/11 177/18 179/13 183/10 185/4
185/7 185/10 185/17 187/18 187/22
188/5 188/10 188/15 188/18 188/20
189/15 190/5 190/7 190/11 190/16
190/20 190/25 191/3 191/5 191/8
191/10 191/16 191/21 191/24
192/18 192/21 194/6 194/8 195/4
195/7 196/15 196/18 197/5 198/6
203/12 204/14 204/25 205/2 205/8
205/10 205/13
**THE COURTROOM DEPUTY: [4]**  4/2
10/7 80/16 142/25
**THE WITNESS: [58]**  5/21 10/6
16/13 22/11 25/13 26/16 34/10
34/17 34/19 45/15 71/2 71/17
71/22 71/25 72/6 72/9 72/12 72/14
73/2 77/6 97/6 123/8 143/16
145/19 150/23 151/3 152/5 152/8
156/7 176/25 177/3 177/13 185/6
185/12 185/16 185/19 187/20 188/6
188/11 188/17 188/19 190/6 190/13
190/18 190/22 191/2 191/4 191/6
191/9 191/11 191/18 191/23 192/20
192/22 194/7 194/9 195/6 195/8

.

**.03 [1]**  20/22

0

**07 [1]**  3/4

1

**1/5 [1]**  111/6
**1/5/2021 [1]**  111/4
**1/6/2020 [1]**  88/25
**1/6/2021 [2]**  92/12 93/14
**10 [13]**  2/7 2/18 55/20 56/11 69/6
142/23 163/21 170/7 170/9 180/12
182/25 203/1 203/2
**10-day [2]**  7/19 8/3
**10-minute [1]**  64/1
**100 percent [1]**  128/14
**100-plus [1]**  114/1
**101 [6]**  2/24 194/14 195/20 195/23
196/16 196/17
**102 [1]**  200/7
**106 [1]**  2/25
**10:00 [4]**  72/3 204/17 204/19
204/21
**10:00 a.m [1]**  104/9
**10:00 on [1]**  204/15
**10:00 p.m [4]**  71/6 71/18 72/1
72/9
**10:14 [1]**  1/6
**10th [2]**  47/1 48/25
**11 [3]**  24/18 63/11 63/11
**110 [1]**  3/2
**110 volts [1]**  140/16
**1104 [2]**  17/7 17/17
**110K [2]**  105/2 105/3
**112 [1]**  3/3
**113 [1]**  3/3
**116 [1]**  3/4
**117 [1]**  3/4
**12 [2]**  79/2 165/25
**12/13/2020 [1]**  81/8
**12/16/2020 [1]**  88/15
**12/17/2020 [1]**  89/22
**12/19/2020 [3]**  90/8 93/21 94/11
**12/20/2020 [1]**  100/17
**12/21/2020 [1]**  100/21
**12/25/2020 [1]**  103/4
**12/29/2020 [3]**  103/23 104/23

---

105/16
**12/3/2020 [1]**  112/23
**12/30/2020 [3]**  109/9 113/2 113/23
**12/31 [1]**  107/11
**12/4/2020 [1]**  84/10
**12:30 [1]**  9/25
**12:30 and [1]**  80/12
**13 [1]**  97/17
**13-second [1]**  181/11
**130 [1]**  3/5
**133 [1]**  3/5
**137 [1]**  3/6
**13th [2]**  54/4 79/23
**14 [3]**  79/25 134/23 197/8
**1400 [1]**  1/14
**141 [1]**  3/6
**145 [1]**  3/7
**146 [1]**  3/7
**147 [1]**  3/8
**14th [1]**  55/9
**15 [2]**  143/1 178/18
**15-minute [1]**  165/2
**15-second [1]**  57/17
**157 [1]**  3/8
**159 [1]**  3/9
**15th [3]**  21/5 127/23 156/19
**16 [1]**  9/5
**160 [1]**  3/9
**161 [1]**  3/10
**163 [1]**  3/10
**164 [1]**  3/11
**166 [1]**  3/11
**168 [1]**  3/12
**16:21 [1]**  165/2
**16th [6]**  60/19 61/12 83/17 83/19
85/21 87/25
**17 [1]**  161/4
**17-second [1]**  181/23
**172 [1]**  3/12
**174 [2]**  51/17 51/22
**176 [1]**  3/13
**179 [1]**  3/13
**17th [2]**  62/14 127/23
**183 [1]**  3/14
**189 [1]**  3/14
**19 [3]**  26/23 141/20 162/12
**197 [1]**  3/15
**198 [1]**  3/15
**19th [6]**  24/25 25/13 92/4 94/19
99/1 100/6
**1:00 p.m [1]**  33/18
**1:30 [2]**  80/15 80/17
**1st [4]**  117/19 118/5 119/8 119/19

2

**20 [6]**  2/10 2/10 80/4 121/14
171/11 178/18
**20-second [2]**  66/17 177/10
**20001 [1]**  1/25
**20005 [1]**  1/14
**2015 [1]**  11/8
**2020 [95]**  11/9 11/11 12/2 12/21
14/22 14/25 21/5 21/20 23/3 23/3
23/21 24/10 25/17 27/4 27/9 28/3
33/3 33/12 33/22 35/5 36/24 36/25
37/2 37/7 37/22 38/17 39/17 41/20
42/14 42/17 43/19 44/8 45/2 45/22
46/18 47/1 47/15 48/25 53/2 54/4
55/9 57/25 60/19 61/12 62/14
62/20 63/8 63/19 66/13 67/1 67/15
68/6 69/11 69/16 70/6 72/18 75/8
75/21 76/8 80/6 81/8 83/17 84/10
85/21 86/11 87/25 88/15 88/25
89/5 89/22 90/8 91/23 92/4 93/4
93/6 93/21 94/11 94/19 100/6
100/17 100/21 103/4 103/23 104/23
105/16 109/9 109/22 110/13 113/2
113/23 125/14 125/18 131/18
135/11 173/19
**202012 [1]**  90/13
**2021 [25]**  12/14 12/17 92/12 93/14
94/5 108/10 111/4 117/19 118/5

**2**

**2021... [16]** 119/8 119/19 120/18
121/7 121/18 122/4 124/19 125/22
127/7 127/21 129/18 131/19 136/2
143/23 196/11 200/12
**2023 [2]** 1/5 206/10
**203 [1]** 3/16
**20530 [1]** 1/17
**20th [1]** 93/4
**21 [2]** 69/7 168/5
**21-392-1 [2]** 1/4 4/3
**21-second [1]** 56/22
**21st [1]** 28/3
**22 [1]** 198/21
**23rd [1]** 23/21
**24th [2]** 33/12 35/5
**25 [2]** 2/11 203/15
**26 [1]** 200/11
**27 [2]** 2/11 164/23
**27th [3]** 63/19 67/15 206/10
**28 [1]** 69/11
**28th [6]** 69/15 70/6 74/1 107/3
107/4 107/7
**29 [2]** 2/12 26/6
**2900 [1]** 1/19
**2:01 [1]** 26/19
**2:16 [2]** 161/6 161/7
**2:31 [1]** 196/11
**2:33:46 p.m [1]** 200/12
**2nd [7]** 36/24 37/7 75/8 75/23
120/18 121/18 122/4

**3**

**3 feet [1]** 187/4
**3 percent [1]** 119/22
**30 [8]** 26/25 39/9 122/11 133/24
133/25 168/9 185/21 188/24
**30 pounds [1]** 146/16
**30-second [1]** 167/8
**303 [5]** 3/11 163/19 164/10 164/12
164/14
**305 [7]** 2/19 63/10 64/10 66/23
67/8 67/10 80/22
**307 [5]** 2/20 79/1 79/12 79/14
80/24
**308 [4]** 2/22 95/6 95/17 95/19
**309 [4]** 2/23 96/6 96/17 96/19
**30th [1]** 110/13
**31 [5]** 2/12 2/13 2/13 2/14 107/11
**310 [6]** 3/5 132/14 132/18 132/19
133/10 133/12
**311.01 [5]** 3/10 162/23 163/7
163/8 163/10
**312.01 [4]** 3/15 197/20 198/5
198/7
**316.01 [4]** 3/14 188/25 189/14
189/16
**318 [4]** 3/16 201/19 203/11 203/13
**32 [1]** 133/14
**32-second [1]** 183/14
**33 [3]** 27/1 68/21 199/18
**330 [4]** 3/13 176/8 176/17 176/19
**333 [1]** 1/24
**334 [4]** 3/9 158/24 159/12 159/14
**34 [3]** 42/21 43/3 169/4
**35 [2]** 2/14 169/21
**36 [3]** 2/15 2/15 2/16
**37:24 [1]** 165/3
**38:02 [1]** 165/3
**3:00 [1]** 37/15
**3:00 p.m [2]** 33/14 33/19
**3:15:54 [1]** 121/3
**3:24 [1]** 121/13
**3rd [3]** 37/22 124/19 125/22

**4**

**40 [4]** 68/2 96/21 164/25 168/9
**40 feet [1]** 188/24
**402 [4]** 3/15 196/20 197/4 197/6
**403 [9]** 3/13 36/16 41/1 45/13
70/22 179/2 179/12 179/14 181/1

**404 [4]** 3/14 182/24 183/9 183/11
**405 [1]** 184/1
**407 [4]** 3/9 160/14 160/25 161/2
**408 [4]** 3/11 165/24 166/11 166/13
**409 [4]** 3/12 168/16 168/25 169/2
**41 [1]** 2/16
**410 [4]** 3/10 161/17 161/25 162/2
**4149 [1]** 78/20
**42 [1]** 2/17
**45 [2]** 163/20 163/20
**46 [1]** 196/11
**49:36 [1]** 165/4
**4:20 [3]** 204/16 204/19 204/20
**4:45 [2]** 68/12 68/13
**4th [12]** 38/17 38/22 91/14 127/7
127/21 128/13 129/18 129/22
129/25 130/11 130/23 131/12

**5**

**50 [4]** 102/10 112/19 132/15 165/4
**515 [6]** 2/21 85/10 85/23 85/25
87/9 156/17
**516 [6]** 3/6 136/25 137/11 137/13
142/7 142/9
**520 [4]** 2/21 91/16 92/5 92/7
**521 [4]** 2/22 92/22 93/8 93/10
**522 [4]** 3/2 109/24 110/15 110/17
**529 [1]** 48/17
**54 [1]** 169/4
**56 [1]** 2/17
**57 [1]** 186/2
**58 [2]** 68/10 167/12
**59 [1]** 80/3
**5:00 [3]** 204/11 204/17 204/21
**5:04 [1]** 205/16
**5:59 a.m [1]** 49/1
**5th [8]** 120/7 132/1 132/3 134/7
135/3 135/7 135/22 136/2

**6**

**6 feet [1]** 118/25
**6,000 [2]** 70/9 70/13
**6-minute [2]** 195/3 195/19
**60 [1]** 171/18
**601 [1]** 1/16
**602.11 [4]** 3/4 115/14 116/10
116/12
**602.13 [4]** 3/5 130/2 130/17
130/19
**602.16 [4]** 3/8 157/6 157/18
157/20
**602.35 [4]** 3/12 171/18 172/24
173/1
**602.48 [4]** 2/11 24/17 25/7 25/11
**602.49 [5]** 2/17 55/19 56/4 56/6
66/15
**602.51 [3]** 2/19 73/17 74/12
**607 [1]** 43/16
**610 [1]** 132/17
**65 [1]** 2/18
**67 [1]** 2/19
**6710 [1]** 1/24
**6:03 [1]** 27/1
**6:32 [1]** 68/13
**6:46 [1]** 195/20
**6th [67]** 12/13 13/8 13/24 14/6
14/12 15/1 16/1 16/15 32/23 33/3
41/20 42/17 90/25 98/1 98/20
105/23 108/13 109/5 114/4 114/11
114/20 121/25 125/10 128/7 128/10
129/10 131/16 134/18 136/13
136/18 138/22 139/5 139/12 139/24
140/19 140/24 142/4 143/23 144/3
145/13 146/24 147/20 149/6 149/23
150/7 150/15 151/21 152/2 152/18
152/22 154/25 155/25 156/11 157/1
157/13 160/1 164/4 164/6 167/21
168/3 170/25 171/4 172/21 178/1
178/6 178/14 196/11

**7**

**706 [3]** 9/4 9/8 9/15

**74 [1]** 2/19
**7:11 [1]** 165/1
**7:41 p.m [1]** 83/19
**7th [2]** 76/8 91/14

**8**

**807 [1]** 154/17
**809 [2]** 9/5 9/9
**822 [6]** 3/7 144/9 144/11 144/21
145/8 145/10
**823 [4]** 3/7 145/24 146/8 146/10
**827 [3]** 148/5 148/16 149/12
**829 [4]** 3/8 147/4 147/15 147/17
**83 [1]** 2/20
**85 [1]** 2/21
**854 [1]** 127/20
**8:30 [1]** 47/3
**8:46 [1]** 200/9
**8:54 [1]** 69/6
**8:58 [1]** 201/12

**9**

**901 [4]** 30/14 58/12 58/25 60/9
**901.03 [4]** 2/18 60/5 60/21 60/23
**902.01 [2]** 101/6 101/18
**902.02 [4]** 2/23 99/4 99/6 99/22
**902.03 [5]** 2/24 99/10 99/16 99/18
100/12
**902.04 [5]** 2/24 99/10 99/16 99/18
100/18
**902.06 [5]** 2/24 99/10 99/16 99/19
103/18
**902.1 [2]** 2/24 101/20
**902.2 [1]** 98/13
**903.01 [4]** 3/3 111/10 112/2 112/4
**903.02 [5]** 3/3 112/20 113/16
113/18 113/21
**903.03 [5]** 3/3 113/10 113/16
113/18 114/16
**904-07 [1]** 3/4
**904.03 [5]** 3/4 116/15 117/11
117/14 117/17
**904.04 [3]** 117/5 117/12 118/17
**904.05 [3]** 117/6 117/12 120/15
**904.06 [4]** 117/6 117/12 127/1
127/3
**904.07 [3]** 117/6 117/12 117/14
**905 [4]** 2/20 82/24 83/8 83/10
**906 [12]** 2/18 50/18 51/13 51/14
51/16 51/21 64/8 64/11 64/12
64/20 65/13 65/15
**907.01 [4]** 2/14 35/11 35/20 35/22
**907.06 [4]** 2/15 36/4 36/19 37/5
**907.07 [2]** 36/4 37/20
**907.08 [4]** 2/15 36/4 36/19 43/16
**907.09 [1]** 45/20
**907.10 [6]** 2/15 36/4 36/20 46/24
48/24 66/4
**907.12 [4]** 2/15 36/5 36/20 55/7
**907.14 [4]** 2/15 36/5 36/20 69/8
**907.15 [4]** 2/15 36/5 36/20 70/2
**907.17 [4]** 2/15 36/5 36/20 76/5
**907.18 [2]** 36/5 81/5
**907.19 [1]** 36/5
**907.20 [2]** 36/5 89/19
**907.21 [2]** 36/5 90/5
**907.22 [4]** 2/15 36/6 36/20 93/16
**907.24 [5]** 2/16 36/6 36/20 102/18
102/25
**907.25 [2]** 36/6 129/16
**907.26 [1]** 36/6
**907.27 [3]** 2/16 36/6 36/21
**908 [6]** 2/12 28/19 29/1 29/5
29/25 124/15
**908.01 [4]** 2/12 28/6 30/22 30/24
**908.03 [5]** 2/13 31/6 31/15 31/18
33/5
**908.04 [5]** 2/13 31/6 31/15 31/18
38/11
**908.05 [5]** 2/13 31/6 31/15 31/19
53/25

**908.08 [4]**   2/13 31/6 31/15 31/19
**908.10 [1]**   124/13
**908.11 [5]**   2/13 31/6 31/15 31/19 104/21
**908.11A [4]**   2/25 106/3 106/19 106/21
**908.12 [5]**   2/13 31/7 31/15 31/19 105/13
**908.14 [5]**   2/13 31/7 31/16 31/19 109/7
**908.17 [5]**   2/13 31/7 31/16 31/19 122/2
**908.18 [4]**   2/14 31/7 31/16 31/19
**908.19 [5]**   2/14 31/7 31/16 31/19 125/20
**908.20 [5]**   2/14 31/7 31/16 31/20 135/25
**908.21 [5]**   2/14 31/7 31/16 31/20
**909 [6]**   2/16 40/12 40/23 40/24 40/25 41/4
**909.02 [3]**   41/8 41/21 42/11
**909.04 [3]**   41/25 42/6 75/6
**909.05 [3]**   41/25 42/6 88/9
**909.06 [5]**   2/17 41/25 42/6 42/8 94/8
**909.4 [2]**   2/17 42/8
**92 [1]**   2/21
**9210 [1]**   19/22
**92626 [1]**   1/20
**927.01 [6]**   2/10 19/14 20/4 20/5 20/8 21/2
**927.02 [5]**   2/10 20/12 20/22 20/24 23/15
**927.03 [5]**   2/10 2/11 20/13 20/24 27/16
**93 [1]**   2/22
**95 [1]**   2/22
**96 [1]**   2/23
**99 [2]**   2/23 2/24
**9:00 [1]**   47/3
**9:08 [1]**   201/5
**9:21 a.m [1]**   118/12
**9:30 [1]**   33/16
**9:59 [2]**   71/10 72/2
**9th [2]**   45/22 45/25

---

**A**

**a.m [4]**   1/6 49/1 104/9 118/12
**able [6]**   27/23 53/18 100/25 114/19 126/15 162/18
**able-bodied [1]**   114/19
**about [85]**   5/7 5/22 6/19 7/10 8/4 15/5 16/1 16/3 18/20 18/23 19/11 21/15 21/23 22/23 23/6 32/14 32/16 34/4 35/7 45/24 46/5 47/13 49/3 53/18 54/20 62/15 64/8 68/15 68/23 70/10 70/20 71/8 71/16 72/13 75/2 75/16 76/13 78/23 80/12 80/25 81/17 84/22 89/6 90/2 102/1 121/24 122/11 123/4 123/5 123/11 125/13 126/22 131/9 133/6 135/7 135/10 135/17 140/22 142/17 146/16 151/5 151/14 158/13 161/13 168/8 177/18 181/2 184/19 185/24 187/2 187/4 187/17 188/22 189/8 189/20 190/1 190/1 192/16 196/2 196/4 197/16 199/12 200/13 201/13 203/15
**above [8]**   107/4 110/5 119/6 139/17 139/17 178/21 191/1 206/5
**above-entitled [1]**   206/5
**accept [1]**   92/13
**accepted [1]**   89/1
**access [6]**   30/10 126/16 126/17 175/13 175/19 194/12
**accomplished [2]**   143/8 174/11
**account [8]**   50/14 50/15 85/16 88/1 92/1 110/22 110/23 169/11
**accurate [50]**   19/25 20/18 25/3 30/18 31/9 35/16 36/8 40/20 41/16

42/2 51/9 55/25 58/22 60/11 65/9
66/2 77/5 78/12 79/7 80/17 81/5
91/25 93/5 95/14 96/14 98/25
99/12 106/11 110/9 112/22 113/6
113/12 116/6 117/2 117/8 130/14
133/1 133/7 137/8 141/13 157/14
159/9 160/22 161/22 163/2 164/7
166/8 168/22 176/14 179/9
**accurately [8]**   101/14 172/20 183/7 189/10 197/1 198/2 201/25 203/7
**acknowledge [1]**   204/2
**acronym [1]**   27/14
**across [11]**   7/10 38/3 72/23 73/11 105/24 125/1 139/7 181/14 186/22 190/11 199/24
**act [1]**   87/20
**action [4]**   1/3 43/10 83/25 192/13
**actions [2]**   8/4 12/5
**active [1]**   11/9 11/13 53/7 53/10
**activities [1]**   72/19
**activity [4]**   53/2 61/17 124/5 124/11
**actual [3]**   34/8 97/24 133/6
**actually [13]**   22/17 24/24 28/14 28/21 33/24 48/4 67/21 86/16 122/16 125/15 191/1 191/6 199/3
**add [7]**   52/23 59/21 60/1 60/1 65/18 122/16 122/12
**added [2]**   60/3 118/15
**addition [2]**   24/9 105/10
**additional [1]**   152/15
**address [2]**   90/12 103/24
**administer [1]**   165/11
**administrative [1]**   112/16
**admissibility [1]**   32/15
**admit [58]**   17/16 20/3 20/22 25/6 28/23 30/21 31/12 35/19 36/11 40/23 40/24 41/21 42/5 51/12 56/3 58/25 60/20 65/12 67/7 79/12 83/7 85/22 92/5 93/8 95/17 96/17 99/3 99/15 101/17 106/18 110/14 112/1 113/15 116/9 117/11 130/16 133/9 137/11 141/16 145/7 146/8 147/14 148/16 157/17 159/12 160/25 161/25 163/6 164/10 166/11 168/25 172/23 176/17 179/12 183/9 189/13 197/3 198/4
**admitted [60]**   9/15 20/9 20/25 25/12 27/17 29/5 30/25 31/20 31/23 33/6 35/23 36/21 41/4 42/9 56/7 60/24 65/15 66/5 66/16 67/10 74/13 79/14 83/10 85/25 92/7 93/10 95/19 96/19 99/7 99/19 101/21 106/22 110/17 112/5 113/19 116/13 117/15 130/20 133/12 137/13 141/19 145/10 146/10 147/17 157/21 159/14 161/2 162/2 163/11 164/14 166/13 169/2 173/2 176/19 179/14 183/11 189/17 197/6 198/8 203/13
**admitting [1]**   29/1
**advise [1]**   8/13
**advised [2]**   8/13 121/10
**advisory [1]**   4/10
**affixed [1]**   146/22
**aforementioned [2]**   31/13 36/12
**after [34]**   16/20 19/7 21/21 32/9 52/1 54/22 62/3 62/15 72/21 84/18 91/8 103/5 104/8 107/14 108/3 114/7 118/7 128/22 129/4 129/7 143/22 158/10 158/16 158/18 160/6 165/18 176/4 176/6 191/11 193/12 193/22 194/2 194/25 197/11
**aftermath [1]**   14/22
**afternoon [2]**   142/21 143/22
**again [23]**   34/19 34/22 35/9 41/1 43/3 64/20 66/15 72/22 93/23 94/1 94/2 94/15 105/24 111/7 142/6 144/18 164/11 167/13 170/8 187/25 201/15 202/25 203/2
**against [8]**   23/10 44/16 58/5 73/1

82/5 83/23 118/9 126/24
**age [3]**   146/21 173/1 173/24
**ago [4]**   98/3 142/2 189/21 196/6
**agree [6]**   17/24 18/3 48/7 76/25 77/4 128/14
**agreed [1]**   32/10
**agreement [9]**   17/2 17/5 17/12 18/4 18/8 18/22 18/25 19/6 32/14 105/24 116/2 116/4
**ahead [8]**   26/25 68/12 69/6 80/3 132/15 163/20 187/23 200/9
**ahold [1]**   49/4
**airplane [2]**   108/14 139/15
**ALAN [64]**   1/6 4/3 4/9 11/23 13/6 13/15 13/18 19/19 19/24 22/13 27/8 27/8 27/11 27/23 28/10 33/15 34/6 34/11 35/15 37/11 38/15 40/3 40/16 41/7 43/23 50/23 63/4 63/6 63/24 65/4 65/8 65/18 79/21 81/13 81/23 86/3 88/2 94/13 104/25 105/24 106/10 107/17 122/8 125/6 129/21 130/6 131/8 132/6 132/25 145/20 159/6 159/21 163/1 171/10 172/8 175/20 177/17 184/1 186/10 194/4 200/18 200/22 202/9 202/17
**Alan's [4]**   57/4 81/16 81/21 181/7
**Alexander [1]**   88/19
**Ali [3]**   88/17 88/18 88/19
**all [62]**   5/10 14/11 17/13 20/18 22/2 28/1 29/1 29/9 29/25 31/9 36/8 48/4 52/2 54/20 56/18 61/2 64/12 65/14 70/8 71/7 71/19 71/21 71/22 78/4 80/16 80/20 84/5 92/11 99/12 103/5 107/20 111/4 114/19 117/8 120/7 124/3 124/22 124/24 129/1 131/15 132/8 140/21 140/23 143/20 148/20 148/21 149/10 149/11 151/24 151/25 159/25 161/11 165/16 168/3 168/6 173/14 178/13 194/16 204/22 205/2 205/11 205/13
**allegations [2]**   5/22 68/14
**alleged [2]**   33/23 41/2
**allowable [1]**   53/20
**allowing [3]**   118/14 181/20 182/15
**almost [3]**   5/25 7/12 8/18
**along [3]**   128/16 181/2 198/14
**already [18]**   23/15 27/17 48/17 52/25 70/2 75/7 89/19 90/5 93/16 122/2 124/13 127/1 154/17 188/5 188/8 190/16 194/14 200/8
**also [37]**   15/8 16/3 17/4 18/3 20/11 20/15 30/3 32/12 38/8 42/2 59/16 62/24 70/7 72/19 77/25 80/5 80/8 88/6 97/24 99/9 100/18 108/23 113/9 113/12 114/13 115/7 117/5 124/2 125/20 134/10 136/17 138/17 160/11 161/14 171/15 202/18 204/1
**always [4]**   77/18 110/22 115/8 123/22
**am [60]**   6/14 7/8 7/14 7/24 7/25 8/1 8/2 8/3 8/4 8/9 8/16 14/1 15/12 19/22 22/4 22/7 22/16 27/23 27/25 28/14 30/9 33/20 33/20 36/14 36/15 38/2 38/7 38/20 39/6 47/17 53/15 60/15 61/22 70/21 74/24 75/23 76/10 78/6 79/19 86/15 88/4 118/23 119/9 119/21 120/10 120/23 121/9 123/4 127/10 128/16 133/5 163/16 169/13 174/13 182/2 187/22 190/6 191/2 192/15 202/25
**amazing [1]**   111/3
**AMERICA [5]**   1/3 4/3 26/10 83/24 111/8
**American [19]**   5/16 27/6 27/10 27/12 27/13 27/24 62/24 70/8 77/18 81/23 85/16 88/1 91/22 92/1 93/1 93/6 110/3 110/10 111/1
**AmericanPhoenixProject [1]**   87/21
**Americans [2]**   4/21 183/15
**among [9]**   29/7 31/3 31/10 42/3

## A

**among... [5]**   106/8 106/9 106/14
136/3 150/4
**amount [2]**   14/13 162/7
**Andgo [1]**   24/3
**angry [2]**   76/3 131/22
**announce [1]**   39/10
**announced [1]**   135/17
**announcement [2]**   6/21 107/21
**another [25]**   23/17 27/18 28/24
29/20 33/8 40/4 40/6 51/23 84/7
84/17 88/11 93/1 96/3 101/8
102/12 103/1 108/12 118/19 122/16
127/3 128/14 136/3 193/18 197/18
198/14
**answer [16]**   34/10 63/5 86/16
86/21 86/22 90/22 98/18 100/10
101/4 111/15 111/23 114/24 123/7
156/6 157/11 185/14
**ANTHONY [2]**   1/15 4/6
**anti [5]**   21/12 23/5 34/15 35/9
72/22
**anti-lockdown [1]**   35/9
**anti-lockdowns [1]**   34/15
**anticipated [2]**   16/4 177/15
**anticrime [1]**   72/5
**Antifa [15]**   44/22 44/23 45/2
47/13 47/13 84/20 85/1 85/8
153/21 170/18 170/20 170/22
170/23 171/1 171/5
**antivax [1]**   34/18
**any [57]**   4/24 5/7 5/10 11/15
11/17 11/20 12/5 13/8 18/6 18/18
18/19 20/5 24/10 24/10 27/9 29/8
29/25 32/13 39/13 39/17 40/6
40/25 45/7 49/18 50/2 50/11 51/14
53/18 57/15 58/8 62/3 82/15 84/12
88/25 93/13 97/8 97/8 108/17
109/17 124/10 126/4 126/11 131/17
135/5 138/15 151/8 153/5 153/21
153/21 156/18 156/22 165/22 171/4
171/20 184/20 184/23 200/14
**anyone [9]**   5/2 13/1 28/4 94/21
118/15 127/8 127/9 162/24 172/17
**anything [18]**   6/1 10/2 21/23
22/23 47/14 62/7 77/20 81/22 91/7
105/3 105/11 170/8 173/18 173/21
180/18 185/17 185/24 204/22
**anyway [1]**   195/1
**apartment [1]**   48/14
**apologize [1]**   60/17
**app [8]**   27/14 28/4 33/2 63/3 63/3
85/17 110/21 122/10
**appear [12]**   25/1 55/23 73/19 79/7
89/9 146/5 147/10 159/7 164/20
189/5 201/1 201/23
**appearance [1]**   4/5
**APPEARANCES [1]**   1/11
**appeared [1]**   203/5
**appears [1]**   156/12
**application [1]**   98/10
**approach [1]**   4/4
**approaching [1]**   80/11
**appropriate [1]**   80/13
**approval [3]**   81/16 81/21 81/24
**approve [1]**   82/8
**approximately [5]**   11/9 21/18
97/19 102/8 178/18
**April [2]**   21/20 131/25
**are [176]**   4/13 7/5 7/6 7/15 8/8
8/15 9/4 9/13 11/20 14/21 18/6
18/9 18/14 18/22 20/12 20/15
20/18 28/21 28/21 29/1 30/3 30/3
30/4 31/9 31/17 32/1 32/15 36/8
36/18 38/19 41/6 42/2 45/24 47/3
48/2 48/5 48/18 50/6 52/24 56/14
57/10 59/9 59/16 61/5 62/1 66/8
67/16 68/15 70/19 70/20 71/15
74/20 75/13 75/14 76/11 79/16
79/18 80/11 80/12 80/17 81/10
81/12 82/10 83/22 83/23 84/1 86/6
86/9 86/13 86/14 87/8 87/9 98/24
101/24 102/1 103/19 105/3 107/17
111/5 111/7 113/24 114/7 114/9
114/9 114/12 114/20 114/20 114/23
114/25 115/1 117/8 118/10 119/1
119/13 119/21 120/11 121/21
121/24 121/25 123/5 125/13 129/19
132/5 138/2 138/3 138/3 138/12
138/13 138/17 138/19 139/3 140/14
142/16 142/19 143/6 143/14 144/20
146/17 148/20 148/21 149/10
149/11 151/12 154/1 154/1 155/23
156/9 158/8 162/4 163/14 163/15
167/10 169/7 171/24 173/7 173/9
175/23 178/9 179/16 179/17 180/15
181/1 183/17 184/14 185/11 185/11
187/19 188/13 189/7 189/7 189/20
190/17 190/20 190/25 191/1 191/4
192/2 192/24 192/24 196/4 197/25
198/15 198/17 200/2 200/4 200/5
200/19 202/22 203/17 205/4 205/11
**area [32]**   10/16 10/22 11/6 28/7
44/12 44/13 45/10 59/11 129/11
162/7 163/4 172/20 174/19 175/4
175/17 178/1 178/16 179/17 179/24
181/18 182/1 182/10 182/20 189/7
190/4 191/15 194/11 195/21 197/24
198/17 198/23 199/25
**aren't [1]**   128/15
**arising [2]**   16/23 17/24
**Arizona [3]**   6/17 6/19 150/24
**armor [4]**   13/1 47/25 66/9 146/2
**armored [2]**   120/5 160/4
**around [37]**   5/1 6/2 6/20 9/25
21/6 23/23 35/8 39/17 43/5 71/18
84/15 100/6 114/12 114/13 131/12
148/25 156/19 158/2 158/6 160/11
166/22 167/15 171/8 171/19 173/13
177/20 180/2 180/5 187/12 192/1
192/5 192/6 196/2 197/16 197/17
199/12 199/13
**arrested [1]**   127/10
**arrived [4]**   129/22 175/6 175/12
193/17
**arriving [3]**   121/12 173/15 173/23
**arrow [1]**   190/3
**article [1]**   81/15
**as [122]**   5/1 5/9 5/9 5/13 5/23
6/23 7/3 8/13 12/17 14/2 14/8
14/17 14/18 14/21 15/13 17/23
18/3 20/12 22/17 23/9 28/12 28/19
29/25 32/23 38/5 38/19 38/20 52/9
52/20 53/7 53/10 53/10 54/16
59/13 59/16 59/23 60/9 61/11 63/2
64/24 70/1 73/16 74/8 74/25 76/10
77/25 78/3 78/23 82/4 82/4 83/23
84/2 87/9 94/5 97/10 100/13
100/13 100/23 101/1 101/2 102/1
102/1 102/21 107/24 110/23 110/23
112/10 112/12 112/14 114/3 114/11
114/20 117/22 118/10 119/2 123/23
123/23 123/24 127/8 130/24 131/16
132/5 132/7 135/4 135/17 138/9
142/4 144/8 144/11 144/20 145/4
145/24 146/6 147/10 148/5 148/12
148/13 148/24 149/15 151/5 152/24
155/16 155/20 156/13 156/19
158/14 158/21 160/2 160/9 165/22
168/13 178/14 181/15 182/1 182/10
185/22 193/16 195/24 198/18
205/15 205/15 204/9
**aside [1]**   133/6
**ask [26]**   9/18 9/22 10/20 32/3
32/6 60/14 62/2 68/13 80/22 81/21
87/2 135/16 143/8 143/14 143/18
143/19 144/5 144/6 152/12 161/5
161/12 174/23 185/15 185/22
199/14 199/16
**asked [7]**   33/17 42/12 87/5 91/3
100/3 109/22 203/3
**asking [4]**   19/11 47/5 76/13 133/6

**assign [1]**   59/20
**assigned [1]**
**associated [2]**   50/14 52/25
**association [2]**   82/15
**assumed [2]**   169/8 169/9
**assumes [1]**   86/16
**assumption [1]**   7/24
**attacks [1]**   44/24
**attempting [1]**   84/1
**attend [1]**   73/14
**attended [1]**   45/1
**attending [3]**   34/21 100/24 113/25
145/16 148/4 151/10 152/17 164/21
195/20 195/24 201/4
**attire [1]**   167/24
**attorney [2]**   17/1 17/4
**ATTORNEY'S [1]**   1/16
**attorneys [1]**   75/14
**August [2]**   21/5 23/21
**August 15th [1]**   21/5
**August 23rd [1]**   23/21
**authenticate [3]**   29/12 32/11 79/2
**authenticated [1]**   33/6
**authenticity [1]**   32/17
**authority [1]**   84/3
**available [1]**   175/8
**Avenue [2]**   1/14 1/24
**aware [22]**   4/20 4/24 4/25 5/5
5/14 5/15 6/14 7/9 7/12 7/25 8/1
8/2 8/3 8/5 22/24 91/8 122/22
122/22 122/25 123/19 128/8 174/2
**axe [1]**   108/4
**axes [1]**   107/15

## B

**back [89]**   6/11 6/25 7/18 7/20
12/2 14/15 14/18 15/19 30/14
39/16 45/4 48/3 48/24 49/6 49/16
52/1 56/21 57/10 57/17 57/19
57/21 58/5 66/4 66/23 69/17 70/16
78/20 80/15 80/23 82/6 99/21
107/19 108/12 115/9 117/17 125/15
132/3 133/24 135/19 138/7 145/17
145/19 148/3 148/20 152/4 152/14
153/12 153/12 155/12 156/16
166/15 166/23 166/24 167/1 167/19
170/4 170/7 175/19 177/9 180/8
180/25 181/24 183/13 185/21
186/11 188/22 190/4 190/9 191/14
191/16 191/19 191/19 192/11
192/16 193/16 193/19 193/22 194/2
194/3 194/17 194/21 195/11 196/12
197/12 201/2 201/12 202/2 202/4
204/15
**background [2]**   21/23 22/23
**backpack [31]**   57/11 57/15 66/18
69/13 69/15 69/18 94/16 107/12
107/14 120/22 138/5 142/12 142/13
142/17 148/9 148/21 148/22 149/11
149/21 150/13 151/8 151/19 154/8
154/9 167/2 167/20 178/9 178/9
178/10 196/2 201/3
**badly [1]**   87/21
**bag [23]**   47/4 47/6 47/8 47/10
47/19 48/13 48/22 49/5 49/15
54/25 55/1 57/12 109/14 125/13
125/15 153/11 153/13 154/6 154/7
154/7 154/18 155/25 156/11
**bags [2]**   109/11 125/1
**ballot [1]**   6/8
**banister [1]**   198/14
**Bankruptcy [1]**   1/23
**barricade [4]**   175/12 182/12
188/23 190/24
**barricades [5]**   169/6 169/7 169/17
169/18 169/19
**base [2]**   187/11 187/13
**based [7]**   32/15 34/22 68/22
134/24 159/25 174/3 184/3
**basically [12]**   14/13 44/11 44/18
44/24 46/6 49/23 52/20 71/11 77/2

**B**

**basically... [3]** 182/12 192/10 194/9
**bastards [1]** 89/4
**baton [11]** 47/24 105/5 105/6 109/20 140/11 140/12 140/18 142/1 142/2 149/16 151/6
**batons [2]** 13/12 151/8
**Battle [1]** 103/17
**battleaxe [1]** 87/22
**battles [1]** 87/23
**be [147]** 4/21 4/25 5/3 5/5 6/11 6/20 6/25 7/16 7/17 7/19 7/20 7/22 14/10 14/20 16/11 16/13 16/19 18/13 19/1 19/18 19/24 24/2 26/13 27/23 29/17 32/12 33/24 43/8 47/7 47/20 49/24 53/20 59/18 61/2 61/3 61/9 65/19 65/24 67/22 69/25 71/19 71/23 72/1 72/4 76/21 80/13 80/23 81/23 84/3 84/12 84/21 85/5 85/7 85/8 85/8 85/8 89/1 89/2 89/3 89/9 89/17 90/17 91/4 92/14 93/13 93/14 94/16 94/24 96/3 97/3 97/13 100/24 100/25 101/1 101/8 102/18 102/21 103/7 104/2 104/4 104/10 104/10 104/12 104/14 106/10 107/8 107/10 107/11 107/14 107/25 111/1 111/2 114/10 114/11 115/19 118/9 118/15 119/24 120/4 121/10 121/22 123/1 123/20 124/25 126/15 126/23 127/17 128/3 128/4 131/2 131/23 133/4 134/8 134/21 135/20 135/21 136/12 136/20 142/21 146/5 146/15 153/9 154/12 156/12 158/12 164/20 165/11 169/24 170/9 170/14 170/15 171/1 171/12 174/2 178/7 179/16 184/14 184/19 185/2 185/14 194/20 201/1 204/16 204/20 205/5 205/6
**Beach [11]** 22/1 22/12 22/17 73/8 73/12 73/14 76/10 76/18 78/12 82/4 95/1
**beanie [5]** 74/19 167/17 172/8 172/10 181/7
**bear [2]** 119/25 127/8
**beautiful [2]** 111/8 202/12
**because [11]** 21/24 28/25 34/19 38/23 47/7 47/11 100/8 119/23 124/4 187/24 205/3
**become [2]** 27/11 200/23
**becomes [1]** 72/10
**bed [2]** 48/23 49/5
**been [42]** 6/4 8/17 8/19 21/20 28/18 29/15 33/6 46/9 68/8 73/1 73/16 74/25 107/5 107/7 107/21 122/10 123/11 131/9 134/17 135/4 135/10 135/17 139/14 142/16 143/8 143/18 144/8 144/20 156/23 169/6 174/11 178/14 190/3 191/11 193/25 195/10 195/12 195/17 197/11 198/12 198/19 198/23
**before [42]** 1/9 9/1 9/17 9/21 15/6 16/1 16/4 19/6 37/2 39/16 44/13 52/14 64/2 64/9 66/6 66/23 67/18 74/3 80/24 81/24 98/2 107/6 110/20 111/4 120/10 121/11 126/19 127/10 130/12 134/25 135/8 158/15 158/17 160/1 179/24 186/19 189/3 189/8 189/19 190/5 193/25 203/2
**begin [2]** 52/23 118/10
**beginning [26]** 19/10 26/6 33/18 43/7 68/2 87/19 95/21 95/22 96/21 107/10 118/12 141/20 159/16 166/15 177/9 177/10 180/8 180/9 180/25 183/13 190/9 190/10 190/15 197/8 202/2 202/3
**begins [3]** 99/22 120/19 124/14
**begun [1]** 38/23
**behalf [4]** 2/3 87/3 87/6 152/1
**behind [9]** 97/1 97/3 148/20 177/2 177/12 177/16 177/17 180/3 199/13

**beigeish [1]** 142/8
**being [62]** 6/1 6/12 6/18 7/9 7/12 7/25 14/17 14/22 75/2 78/23 126/23 136/15 138/14 160/3 181/8 184/4 193/22 194/19
**believe [78]** 5/24 5/24 6/18 6/19 7/3 7/6 21/10 21/25 22/13 24/25 25/13 34/5 35/8 37/4 43/2 48/20 48/25 51/1 55/11 72/6 72/9 73/7 74/1 75/17 76/15 79/23 79/24 81/15 84/16 90/16 90/21 91/14 94/8 95/3 95/5 95/13 96/4 96/11 98/17 99/25 100/8 110/20 112/19 112/24 121/20 123/16 126/7 127/17 128/25 129/23 130/11 142/6 151/3 153/11 156/1 156/10 158/23 160/13 163/15 168/1 169/11 170/20 171/21 171/22 171/23 172/4 172/8 172/9 173/8 173/11 175/14 177/15 184/23 193/2 195/6 199/3 201/24 205/3
**believed [2]** 46/10 68/7
**below [12]** 43/4 49/8 54/19 89/23 104/12 111/19 119/17 121/13 129/3 136/6 178/20 187/3
**BENCH [1]** 1/9
**benches [1]** 200/2
**benefit [4]** 18/6 18/9 60/14 144/7
**beside [1]** 185/18 191/5
**best [1]** 44/25
**bet [1]** 76/1
**better [2]** 18/15 84/19
**between [23]** 19/18 23/17 27/18 28/10 33/2 33/8 35/15 35/17 35/25 36/9 40/16 50/23 65/4 65/10 77/14 106/10 106/12 127/23 138/15 140/6 162/5 188/22 200/24
**Beverly [7]** 33/19 35/6 35/9 44/7 44/9 44/10 45/5
**beyond [3]** 9/23 53/17 128/15
**Biden [2]** 38/23 134/22
**big [8]** 38/7 76/2 97/19 104/13 174/2 174/5 174/10 188/22
**bigger [2]** 62/4 62/5
**bike [1]** 175/14
**bit [3]** 10/21 77/16 80/12
**black [16]** 11/23 26/4 26/4 48/16 120/21 125/12 125/18 131/9 137/19 139/8 139/18 140/2 140/6 145/23 167/3 167/17
**blacked [4]** 28/16 28/25 29/16 31/24
**blacked-out [1]** 31/24
**blade [9]** 139/11 147/24 148/1 155/2 155/4 155/5 155/6 155/8 155/12
**blades [1]** 121/20
**blank [1]** 119/21
**bleachers [3]** 200/2 200/3 200/4
**blind [1]** 185/11
**blocker [1]** 57/22
**blocking [5]** 57/19 57/21 175/13 185/17 190/20
**blocks [1]** 30/15
**blond [1]** 172/5
**blow [13]** 21/3 27/17 28/6 40/12 43/8 43/17 45/20 47/18 59/3 90/6 101/23 112/8 112/20
**blue [10]** 19/23 30/14 37/11 49/11 54/1 62/5 65/5 70/17 89/12 166/22
**board [6]** 27/11 27/24 28/4 33/2 63/2 72/23
**boarded [2]** 54/5 54/8
**bodied [1]** 114/19
**booked [2]** 93/23 126/10
**books [1]** 93/15
**boots [1]** 47/24
**both [6]** 9/13 12/16 32/19 75/14 94/5 151/12
**bother [1]** 21/15
**bottom [19]** 17/13 62/12 70/16 75/22 93/17 94/18 98/14 101/23 102/5 106/24 112/9 116/3 127/5

**bounce [2]** 111/12 111/14
**bounces [2]** 112/13 113/1
**bouncing [1]** 75/9
**box [2]** 143/19 152/12
**boxer [1]** 119/9
**boys [1]** 186/12
**bragging [1]** 153/20
**bragging/kind [1]** 153/20
**branch [3]** 12/22 97/9 117/23
**breach [2]** 6/21 104/11
**breached [1]** 169/6
**break [16]** 9/19 9/22 9/24 52/1 64/1 64/9 64/14 64/20 66/6 66/24 80/13 80/24 142/21 143/4 143/7 185/10
**breaker [5]** 70/19 70/22 71/4 72/19 73/24
**breakers [1]** 73/10
**breakers' [3]** 71/9 94/24 95/11
**breaking [1]** 70/20
**breath [1]** 195/14
**breathe [1]** 39/1
**Breitbart [2]** 81/10 81/16
**Brian [1]** 10/14
**brick [1]** 85/9
**bricks [1]** 84/20
**brief [2]** 4/19 21/24
**briefly [2]** 33/18 44/23
**brigade [23]** 102/17 102/19 102/19 114/14 115/2 115/10 115/12 115/18 115/20 116/7 116/22 117/9 118/19 119/14 120/25 121/14 122/15 123/12 123/14 127/3 128/9 136/8 153/8
**bring [84]** 19/14 23/9 23/15 24/17 27/16 28/6 33/5 37/5 37/15 37/20 38/11 40/12 41/8 45/20 46/24 47/3 47/14 48/4 50/18 53/25 55/13 55/19 57/12 58/12 60/5 63/10 66/12 69/8 73/16 76/5 82/24 85/10 88/3 88/9 91/16 92/22 94/8 98/13 100/12 101/6 102/18 102/25 103/18 104/21 105/13 105/18 105/21 106/3 108/10 109/14 109/24 111/10 112/20 114/16 115/14 116/15 121/10 122/2 124/13 127/1 128/9 128/15 132/14 136/25 140/18 140/21 140/23 141/1 143/13 151/10 154/16 157/6 158/24 160/14 161/17 165/24 171/18 174/23 176/8 179/2 188/25 197/20 200/7 201/19
**bringing [6]** 48/2 104/16 105/10 107/18 120/23 127/8
**Bristol [1]** 1/19
**Brittany [1]** 4/8
**Bro [1]** 49/12
**Brother [2]** 44/1 55/13
**brought [10]** 86/7 86/17 108/17 108/19 109/1 109/5 125/11 125/24 126/6 145/12
**buddy [1]** 69/13
**building [10]** 13/19 14/6 56/12 56/19 115/22 115/25 133/21 192/25 200/4 204/7
**buildings [3]** 121/21 121/22 121/25
**bulletproof [10]** 66/9 137/23 137/24 139/21 139/23 140/23 150/18 150/19 150/22 158/9
**bullets [1]** 146/21
**bullhorn [7]** 37/15 37/17 55/14 177/24 177/25 178/6 201/18
**bullhorns [1]** 92/15
**burn [1]** 76/11
**burning [1]** 76/14
**business [2]** 78/20 118/24

**C**

**C204 [1]** 1/20
**CA [1]** 1/20
**cab [1]** 49/11
**Cal [5]** 58/1 58/16 58/23 60/12 119/21

**133/5 133/25 137/18 181/2 198/15 199/13**

California [36]    10/17 10/18 13/13
23/8 23/11 34/25 42/22 43/1 49/24
58/5 61/4 61/18 71/7 71/18 73/8
73/11 82/10 82/18 83/3 95/1 98/17
98/19 100/10 105/22 111/15 111/23
113/25 114/1 114/2 114/24 126/19
140/19 140/24 142/14 152/1 157/11
call [15]    9/1 69/1 98/18 100/10
100/10 101/4 102/16 108/22 111/16
111/24 114/24 157/11 185/2 204/14
205/10
called [5]    22/1 22/12 46/2 58/1
90/23
calls [7]    15/12 22/17 69/2 77/2
90/14 124/2 134/10
came [4]    108/15 169/12 190/18
193/18
camp [1]    126/16
campus [1]    84/16
can [300]
can't [4]    9/20 75/24 115/6 173/22
cannot [1]    16/12
cans [1]    119/25
canvas [1]    148/6
canvas-looking [1]    148/6
cap [1]    167/4
capabilities [1]    88/17
capable [2]    53/12 118/16
capital [2]    61/16 61/18
capitol [47]    13/19 14/6 14/11
15/2 43/6 56/13 56/16 56/19 76/1
104/13 109/5 114/3 116/1 133/23
147/19 160/7 165/11 165/19 165/22
168/6 168/13 169/8 169/19 169/19
169/22 169/23 170/2 171/14 173/7
175/3 176/7 178/1 178/6 178/16
180/17 181/21 182/8 182/23 188/2
190/22 191/13 192/25 193/3 195/18
200/4 204/6 204/7
caps [1]    61/2
capture [1]    101/3
carbon [2]    138/13 138/14
care [1]    118/24
carefully [6]    147/22 147/24 148/3
150/2 154/18 155/7
carried [8]    86/10 87/10 138/3
146/24 147/19 154/25 155/13
155/16
carrier [10]    120/23 137/23 138/1
138/9 138/21 139/8 139/18 140/7
146/2 168/10
carry [15]    13/8 87/2 87/5 109/22
121/20 139/5 139/12 139/14 139/24
142/4 149/23 150/15 151/21 153/5
155/19
carrying [6]    150/7 158/15 166/22
167/19 178/10 199/14
case [4]    4/2 28/21 120/7 120/21
casually [1]    21/11
caught [2]    55/13 195/14
cavity [1]    194/9
CBS [1]    90/3
celebrating [1]    153/25
cell [3]    50/14 105/12 105/19
center [5]    6/1 79/19 187/6 192/5
198/10
central [1]    194/11
ceremonies [1]    72/19
ceremony [5]    70/19 71/4 72/3
72/21 76/14
certain [5]    7/3 29/22 102/13
122/15 155/20
certainly [1]    5/14
certification [2]    12/21 165/11
certifications [1]    8/19
certify [4]    12/22 134/19 135/8
206/3
certifying [1]    134/20
chain [2]    5/2 119/5
challenge [1]    14/14

challenged [1]    135/20
challenges [1]    135/20
chambers [1]    6/9
chance [2]    64/19 186/12
change [6]    59/22 100/7 110/22
118/11 131/17 167/22
changed [7]    29/24 78/14 78/18
100/8 100/9 135/14 135/18
changing [1]    100/13
chant [3]    89/17 170/22 170/22
chanted [1]    170/20
chants [1]    170/18
characterize [2]    148/24 149/15
charge [1]    17/23
charged [3]    16/20 17/25 33/25
chat [5]    40/21 41/6 61/5 62/2
120/7
check [5]    47/12 84/19 84/21
121/11 122/12
checked [3]    84/13 127/9 127/17
checking [2]    84/22 136/22
chemical [1]    173/24
chest [1]    158/8
Chevy [1]    48/16
chief [2]    22/25 77/17
choice [1]    97/2
choose [1]    66/21
Chris [1]    47/19
Christmas [1]    103/6
church [2]    22/1 22/3 22/12 22/18
76/11 76/19 78/12
churches [1]    22/2
circle [49]    25/25 56/10 56/12
57/8 116/2 137/17 137/20 139/17
140/1 157/23 157/24 158/1 158/4
158/5 162/24 166/19 166/22 167/12
167/14 171/7 171/19 174/18 174/20
177/20 179/22 181/2 181/25 186/21
189/20 189/25 190/23 191/7 192/1
192/4 192/6 195/21 195/22 195/25
196/1 197/13 197/14 197/16 197/17
198/10 198/14 198/15 198/25
200/20 201/13
circled [5]    26/3 115/22 142/8
182/5 188/23
circles [3]    138/8 138/10 199/12
circumstances [2]    126/12 155/20
cities [2]    23/1 73/9
city [1]    121/11
civil [2]    76/4 84/3
claims [1]    5/23
clarification [1]    37/8
clarify [3]    85/6 123/11 134/15
clear [17]    29/18 50/6 66/1 74/9
102/19 120/6 122/13 131/23 133/4
136/20 143/18 152/11 179/16
184/15 184/19 185/14 194/17
cleared [2]    176/7 195/13
Clearly [1]    194/24
Clemente [3]    21/11 24/3 73/6
client [4]    33/24 53/17 53/19 77/3
clip [9]    96/12 165/4 171/12
179/17 195/24 197/25 202/3 203/1
203/2
close [3]    19/12 128/16 181/8
closely [2]    37/25 38/9
closer [7]    21/16 101/2 192/25
193/3 197/18 200/4 204/7
code [4]    7/7 8/6 9/5 78/20
cold [1]    138/16
collapsible [1]    149/18
colleague [1]    147/14
collect [1]    100/23
collected [2]    194/4 194/25
collection [1]    137/4
college [3]    6/8 10/24 92/14
COLUMBIA [1]    1/1
come [26]    12/7 12/9 24/2 52/1
80/15 87/19 87/20 87/23 90/24
91/9 91/10 91/12 91/13 100/3
100/11 103/5 111/6 122/23 155/16
182/20 188/5 188/8 188/9 190/11

190/16 194/15
comes [1]    115/1
123/2 123/16 123/21
comical [1]    108/2
coming [12]    5/11 43/10 49/23
70/14 81/17 81/23 98/19 131/14
173/11 176/13 176/23 177/1
command [1]    5/3
commands [3]    45/8 45/11 45/17
commit [1]    19/1
committed [2]    82/5 131/13
communicate [4]    89/6 100/25
123/23 195/17
communicated [5]    15/5 15/25 16/3
88/22 195/16
communicating [1]    120/24
communication [3]    33/2 77/20
88/17
communications [7]    11/3 16/7
49/19 53/2 105/11 122/21 126/4
communists [1]    119/2
community [1]    10/16
compare [1]    182/19
comparison [1]    131/20
complete [2]    30/3 71/8
completely [1]    70/23
completeness [2]    30/2 30/6
complimentary [1]    153/25
Complying [10]    57/9 147/23 147/25
149/4 154/19 166/20 177/21 192/3
192/7 199/1
components [1]    149/11
coms [1]    114/22
concealed [1]    120/23
concern [1]    5/24
concerned [1]    89/9
concerns [4]    5/16 5/17 5/18 7/10
concluded [1]    205/16
concludes [1]    120/6
condition [5]    145/4 146/6 147/10
148/12 148/13
conduct [4]    5/22 16/21 41/2
143/23
confer [2]    32/4 32/7
conference [3]    39/8 75/11 75/16
conferred [2]    64/14 143/3
confirm [2]    8/15 51/23
confirming [1]    32/9
confronted [1]    193/12
confused [2]    78/6 123/4
confusion [1]    64/19
Congress [13]    4/22 4/23 5/16 7/16
12/24 14/14 89/1 92/13 111/5
134/8 134/17 174/1 174/9
connect [1]    26/22
connection [2]    49/19 120/25
consecutively [1]    74/2
conservative [1]    38/3
consider [1]    11/6
considered [1]    97/10
consistent [2]    68/15 68/23
consisting [1]    5/6
conspiring [1]    17/20
constitutes [1]    206/4
constitution [3]    1/24 118/25
127/23
contact [1]    194/16
contacting [2]    38/19 38/21
contain [1]    178/13
contained [1]    7/6
container [1]    47/24
content [1]    59/22
contention [1]    5/10
contents [4]    2/1 40/21 58/23 83/5
context [1]    30/2
continue [2]    68/10 76/16
continued [4]    2/5 3/1 180/3
199/22
continues [1]    78/18
continuing [1]    31/23
control [2]    88/6 110/22
controlled [3]    63/3 87/25 110/21

**C**

convenient [1]   29/12
conversation [4]   28/16 29/22
  33/22 64/24
conversations [1]   78/5
convey [1]   132/12
conveying [1]   169/15
cooperate [1]   18/3
cooperating [2]   18/10 18/14
cooperation [2]   18/7 18/23
coordinate [2]   12/25 39/24
coordinated [2]   21/11 22/17
coordinating [2]   70/10 114/13
coordination [2]   11/17 159/25
cop [2]   78/14 78/19
copartner [1]   130/25
copied [2]   128/25 129/1
copies [2]   20/18 31/9
cops [1]   119/1
copy [3]   30/18 108/6 128/23
corner [7]   26/2 56/10 84/15
  181/25 182/12 196/9 200/10
correct [20]   6/22 7/8 8/15 29/10
  52/13 66/19 68/1 73/13 100/5
  136/16 152/8 165/15 169/16 177/13
  180/7 185/6 190/13 191/18 191/23
  206/4
correctly [8]   7/19 159/22 169/13
  177/15 180/12 202/3 202/10 202/21
corrupt [2]   26/16 97/6
corruption [2]   82/5 126/24
Costa [1]   1/20
could [55]   7/23 10/20 19/1 21/15
  23/15 23/25 25/25 27/16 29/11
  32/3 32/6 33/18 38/18 40/12 43/3
  43/24 44/19 49/1 52/5 53/7 59/20
  61/24 69/24 74/9 79/18 80/12 81/9
  83/19 89/16 93/12 93/18 101/9
  101/23 103/7 107/8 112/8 121/8
  122/15 124/20 136/10 145/15
  145/16 147/2 147/24 148/4 155/9
  156/16 178/19 180/18 180/21
  181/11 185/7 196/12 199/14 204/12
couldn't [1]   34/9
counsel [8]   4/10 29/15 32/4 32/7
  32/10 51/19 64/19 80/20
count [1]   71/10
countdown [2]   72/3 72/21
counter [1]   171/2
counter-protesters [1]   171/2
counterattack [1]   103/7
country [7]   7/11 38/3 92/16 93/13
  103/6 105/24 125/1
counts [1]   82/6
county [7]   23/1 23/8 34/6 34/12
  54/7 54/9 70/23
couple [3]   17/8 105/21 112/7
course [2]   38/7 77/15
court [27]   1/1 1/22 1/23 9/18
  9/22 18/18 30/7 31/13 60/14 64/14
  80/14 80/16 111/3 111/6 130/9
  130/13 132/3 142/20 142/25 143/10
  144/8 144/16 147/13 149/2 177/15
  206/3 206/13
Court's [9]   30/13 143/4 148/19
  151/10 152/13 192/14 204/12
  204/12 205/5
Courts [1]   1/23
cover [5]   155/2 155/4 155/7
  155/11 155/11
covered [1]   29/17
COVID [8]   21/12 23/14 26/23 34/25
  72/7 72/8 72/10 72/11
crammed [1]   173/15
create [4]   52/19 52/20 58/17
  102/12
created [2]   114/21 123/4
creating [4]   58/17 83/13 101/3
  111/17
crime [1]   16/23
crimes [3]   16/21 17/24 17/25

**criminal** [3]   1/3 1/13 4/2
CRM [1]   1/13
cross [8]   2/5 4/14 4/15 30/8 78/8
  103/13 103/14 124/7
cross-examination [4]   2/5 4/15
  78/8 124/7
cross-examine [1]   4/14
cross-examining [1]   30/8
crossing [2]   103/15 103/16
crowd [17]   97/19 170/20 171/15
  171/16 173/13 174/2 174/5 174/7
  174/10 180/13 180/16 181/21
  182/15 182/19 184/9 184/12 191/20
Cruz [1]   8/3
crying [1]   107/22
cues [2]   39/9 39/13
curfew [14]   70/19 70/20 70/22
  71/4 71/6 71/9 71/12 71/16 71/18
  72/18 73/10 73/24 94/24 95/11
current [2]   86/22 183/21
currently [1]   186/21
cut [1]   155/6

**D**

daily [1]   7/12
Daniel [1]   2/4
dark [5]   11/25 74/19 74/19 167/17
  172/5
data [1]   38/6
date [78]   21/4 23/20 25/10 28/2
  33/11 35/4 36/23 36/25 37/3 37/5
  37/20 38/16 41/19 42/13 43/18
  45/21 46/25 54/3 55/8 55/10 60/18
  61/11 62/13 63/18 67/12 67/20
  67/21 67/22 67/25 69/10 70/4
  71/19 73/7 75/1 75/7 76/7 79/24
  81/7 83/16 84/9 85/20 86/7 88/14
  89/20 90/7 92/3 92/12 93/3 93/20
  94/10 94/19 100/16 100/19 103/3
  103/22 104/22 105/14 106/24 107/2
  109/7 110/12 113/1 113/21 117/17
  118/4 119/6 119/18 120/16 121/6
  121/17 123/4 123/18 125/21 127/6
  127/20 129/16 129/22 135/25
Dated [1]   206/10
day [41]   7/19 8/3 13/24 14/16
  29/16 29/20 29/21 37/2 37/23
  43/25 44/1 44/3 45/5 45/18 55/17
  62/15 78/21 89/3 89/18 93/14
  111/4 131/3 131/14 132/1 135/3
  135/8 138/16 153/2 153/5 164/3
  167/21 167/25 168/3 168/6 171/5
  173/24 201/10 204/14 204/17
  204/21 206/10
days [2]   39/16 42/19
DC [109]   1/5 1/14 1/16 1/17 1/25
  4/21 5/11 12/7 12/20 13/14 13/17
  16/15 32/20 32/23 33/3 43/6 46/1
  46/3 46/13 46/18 47/8 49/19 54/24
  54/10 54/11 54/14 54/22 55/1 63/8
  65/19 66/12 66/20 86/10 87/2
  88/25 89/2 90/14 90/17 90/24 91/9
  91/13 92/11 93/14 98/11 98/19
  100/4 100/11 100/24 102/14 102/17
  102/19 102/19 102/21 104/4 104/16
  105/11 105/23 107/11 108/10
  108/13 108/15 109/15 111/5 111/6
  113/25 114/14 114/20 114/23 115/1
  115/10 115/12 115/18 115/20 116/7
  116/21 117/9 118/16 118/19 118/23
  119/14 120/25 121/9 121/11 121/14
  122/15 122/23 123/12 123/14
  123/25 125/2 125/7 125/9 125/18
  126/7 126/14 126/23 127/3 127/10
  129/8 128/10 131/12 136/8 140/19
  142/14 145/12 145/19 152/1 152/19
  153/8
De [34]   40/8 40/8 40/17 40/17
  41/7 41/7 42/3 42/3 42/15 42/15
  42/20 42/20 42/23 42/23 43/3 43/3
  75/23 75/23 88/12 88/12 88/16

88/16 88/21 88/21 88/23 88/23
  88/23 88/24 89/15 89/21 102/1
  102/1 102/1 102/1
De De [1]   40/17
deal [1]   72/15
Death [1]   89/17
debate [6]   6/4 6/6 6/10 6/24 7/1
  7/15
December [20]   23/3 75/8 75/23
  76/8 79/23 85/21 87/25 89/5 91/23
  92/4 93/4 93/6 94/19 99/1 100/6
  107/3 107/4 107/7 110/13 156/19
December 13th [1]   79/23
December 15th [1]   156/19
December 16th [2]   85/21 87/25
December 19th [4]   92/4 94/19 99/1
  100/6
December 2020 [3]   23/3 91/23 93/6
December 20th [1]   93/4
December 28th [3]   107/3 107/4
  107/7
December 2nd [2]   75/8 75/23
December 30th [1]   110/13
December 7th [1]   76/8
declares [1]   39/10
deep [2]   103/7 118/25
defendant [4]   1/7 1/18 29/8 32/10
defense [4]   1/19 28/19 32/14
  143/7
defensive [1]   57/23
defiance [4]   71/9 71/11 72/1 72/4
definitely [4]   72/14 103/7 173/23
  194/1
definitive [1]   7/14
degree [1]   10/24
Delaware [4]   103/13 103/14 103/15
  103/16
delayed [1]   90/4
delete [2]   59/21 112/16
deliberate [2]   129/14 131/22
deliver [1]   109/11
demeanor [3]   126/21 131/11 131/17
democrat [1]   83/25
democrats [1]   97/10
depend [1]   9/24
depict [2]   172/20
depicted [1]   132/21
depiction [2]   157/14 179/9
depicts [5]   79/10 141/14 163/4
  189/11 203/7
descend [2]   92/11 111/5
describe [28]   19/20 21/9 23/25
  44/25 46/8 48/15 52/18 53/7 57/5
  74/18 77/14 79/18 82/17 86/4
  126/11 131/11 138/1 148/1 153/7
  153/15 155/9 167/16 171/24 172/4
  173/5 173/9 174/19 200/19
described [11]   100/13 107/24
  138/9 138/25 151/5 171/15 176/2
  192/13 196/5 198/18 198/22
describing [3]   48/19 73/25 178/14
description [1]   52/22
despair [2]   38/20 38/21
details [4]   100/25 101/1 111/11
  111/19
determined [1]   64/15
dictators [1]   84/1
did [316]
didn't [21]   15/3 15/16 18/12 22/6
  25/25 47/10 47/11 76/24 77/3 77/3
  78/2 150/25 163/8 169/10 172/2
  176/6 184/24 185/3 188/20 194/16
  205/6
Diego [2]   24/4 73/8
difference [1]   138/15
different [11]   32/14 50/11 51/7
  96/12 106/16 124/4 135/4 135/7
  135/16 146/25 147/1
difficult [3]   19/10 22/5 22/7
direct [10]   2/7 10/8 47/17 88/17
  88/21 88/22 145/16 148/4 195/20
  195/23

**D**

directed [1]   186/14
direction [4]   175/5 186/16 189/23
192/24
Directly [1]   182/11
disagree [1]   76/20
disagreement [1]   77/12
disburse [2]   44/12 45/9
disconnected [1]   105/19
discourage [1]   124/10
discovery [1]   51/21
discuss [4]   16/16 68/18 104/19
153/1
discussed [2]   9/2 126/14
discussing [1]   198/12
discussion [2]   5/13 154/2
disobedience [3]   76/4 83/21 84/4
disrupt [1]   83/25
disruption [1]   83/23
disruptors [1]   84/2
distance [3]   84/16 188/22 200/24
district [5]   1/1 1/1 1/10 1/23
205/7
Division [1]   1/13
DM [1]   114/2
do [229]
document [5]   40/20 51/20 58/22
82/25 111/22
does [26]   18/25 50/11 52/19 59/18
67/21 67/25 92/20 100/12 101/3
101/14 101/24 102/5 108/3 138/4
146/5 147/10 149/9 149/25 172/20
183/7 187/9 189/10 197/1 198/2
201/1 201/25
doesn't [3]   43/5 49/7 77/3
doing [13]   23/7 24/13 30/9 34/25
44/15 76/21 77/4 77/21 78/5
114/11 123/24 163/14 169/11
DOJ [1]   1/13
DOJ-CRM [1]   1/13
domestic [1]   26/12
Dominion [1]   75/18
don't [30]   5/6 5/6 5/7 7/4 10/2
18/13 30/6 33/23 36/14 50/13
51/22 51/25 69/13 69/22 72/13
74/1 74/25 79/2 86/19 121/10
124/6 136/11 151/1 155/6 161/6
192/21 199/4 202/11 203/1 203/15
Donald [2]   38/4 90/13
done [4]   67/18 82/3 106/1 159/25
doors [1]   104/11
doubt [1]   184/20
down [32]   8/24 17/7 19/4 22/1
24/3 34/20 39/4 45/23 48/24 49/18
57/24 59/10 64/24 71/10 82/6
93/18 94/18 145/15 147/2 149/8
150/3 150/11 150/21 151/23 156/16
165/6 168/6 168/13 175/23 178/21
186/1 187/19
draped [1]   177/5
draw [8]   177/20 187/5 189/19
192/1 192/6 195/21 198/10 198/14
Drawing [2]   183/24 201/13
drawn [27]   56/10 116/2 137/17
138/8 138/24 139/7 139/17 140/1
140/6 158/1 158/5 162/24 162/24
166/21 171/7 171/19 174/18 179/21
181/2 181/13 181/25 186/21 192/4
195/22 196/1 199/23 200/13
draws [1]   101/2
drew [5]   167/14 189/25 190/3
197/15 199/11
drink [1]   125/25
driving [6]   47/7 63/7 94/13
105/24 119/21 119/23
drop [3]   47/4 108/6 108/8
dropped [2]   48/14 108/7
drove [4]   46/21 69/17 108/16
131/6
drug [1]   61/9
dual [1]   59/21

Dude [1]   129/9
during [22]   9/16 37/19 47/22
64/20 77/15 82/5 88/25 143/4
143/7 167/21 171/12 173/23
dwellers [1]   92/15
dynamic [1]   77/14

**E**

each [8]   8/13 32/12 36/15 119/22
158/14 158/14 204/17 204/21
earlier [19]   21/7 21/8 45/4 47/13
52/5 59/23 110/19 136/7 136/13
140/15 151/5 151/14 156/25 158/13
165/13 178/10 178/14 198/12
198/22
early [21]   21/22 135/11 154/4
Easter [2]   21/21 23/3
edge [1]   148/21
effect [2]   90/24 202/11
effectively [2]   44/10 75/19
efficiency's [1]   20/21
efforts [1]   77/19
eight [4]   126/3 126/6 126/8
126/12
either [8]   52/23 59/19 60/3 62/3
89/1 92/13 138/8 151/1
elected [5]   14/20 16/11 16/13
16/19 135/21
election [56]   6/19 6/25 7/17 7/23
11/11 11/13 12/2 12/3 12/5 12/21
12/23 14/19 14/22 14/25 15/3 15/6
15/8 16/1 16/4 16/4 34/24 37/1
37/2 37/24 38/9 38/24 42/18 43/2
43/11 43/14 44/17 46/6 46/7 46/9
46/10 68/8 68/15 70/24 72/20
75/18 75/20 75/21 82/6 89/7 89/10
90/4 90/4 96/5 97/15 126/22
134/19 135/9 135/10 135/17 135/19
165/12
elections [1]   5/22
elector [1]   14/14
electoral [3]   6/8 89/1 92/14
electors [1]   6/11
electric [3]   105/5 105/6 140/13
Ellipse [13]   127/23 128/1 136/23
158/11 158/19 158/21 160/3 160/6
161/15 162/6 165/8 165/14 165/16
else [9]   28/4 58/7 77/20 94/21
108/1 128/23 165/9 169/15 204/22
email [1]   88/21
emerged [1]   179/18
emoji [3]   107/21 108/4 108/4
emojis [3]   107/12 107/15 107/24
encompassing [1]   179/21
encounter [1]   169/22
encouraged [1]   191/13
encouraging [1]   184/8
encrypted [1]   50/13
end [16]   14/17 28/1 46/3 46/13
46/16 90/21 94/5 95/22 109/11
134/2 141/20 160/5 162/20 167/9
180/9 202/2
endeavored [1]   30/2
endeavors [2]   117/21 117/24
ending [6]   19/22 33/13 43/24
83/20 117/20 124/20
enemies [1]   26/12
enforcement [3]   78/16 117/23
122/11
enforcement/military [1]   117/23
engage [1]   76/3
enjoyed [1]   194/1
enough [2]   119/1 155/10
entering [1]   129/2
entire [2]   28/18 29/12
entitled [1]   206/5
entity [1]   85/15
entrance [1]   127/22
equipment [1]   131/1
Erroll's [1]   94/21
errors [1]   75/18
establish [1]   186/19

estimate [1]   146/15
average [1]   202/10
evening [3]   69/14 71/9 176/6
event [43]   21/10 22/12 22/18 23/9
24/1 24/7 24/24 33/17 34/5 34/11
34/14 35/6 35/8 35/10 39/19 39/20
39/21 39/25 49/24 55/15 56/18
70/10 71/10 73/7 81/19 82/3 86/10
94/24 95/11 95/12 100/9 101/2
114/10 114/20 130/12 130/25 131/2
131/15 131/16 132/4 132/25 136/11
158/12
events [19]   11/15 11/17 12/13
16/24 34/21 39/17 45/1 70/14 73/5
73/11 73/14 73/24 77/20 81/17
97/21 104/2 104/9 118/10 135/5
eventually [6]   43/6 174/21 174/24
187/20 188/16 191/13
ever [13]   5/2 21/23 24/10 24/13
57/25 63/7 77/10 89/2 110/22
124/10 125/10 126/8 156/22
every [1]   43/6
everybody [1]   71/25
everyone [2]   44/11 115/7
everything [3]   55/3 58/6 77/19
evidence [37]   9/3 23/16 28/22
32/13 48/18 64/21 69/9 70/3 75/7
76/6 80/22 81/6 86/16 88/10 89/20
90/6 93/17 94/9 100/19 103/1
103/18 122/2 124/14 125/20 127/2
142/20 143/6 143/7 143/10 143/15
152/15 154/17 156/17 178/11
194/14 200/8 203/10
evolve [1]   23/4
exact [1]   173/22
exactly [6]   71/10 72/3 76/2 76/10
178/3 178/4
examination [7]   2/5 2/7 4/15 8/23
10/8 78/8 124/7
examine [1]   4/14
examining [1]   30/8
example [2]   28/22 29/19
exchange [15]   23/17 28/23 29/21
30/15 37/6 42/13 60/12 60/18
65/10 69/10 76/7 81/7 88/11
106/12 153/7
exchanged [4]   20/1 20/15 31/3
31/10
exchanges [1]   29/20
excited [1]   38/5
exclusive [1]   83/22
excuse [1]   8/10
excused [1]   80/17
executions [1]   68/23
exhibit [260]
Exhibit 101 [4]   194/14 195/20
195/23 196/16
Exhibit 102 [1]   200/7
Exhibit 1104 [2]   17/7 17/17
Exhibit 303 [2]   163/19 164/10
Exhibit 305 [4]   63/10 66/23 67/8
80/22
Exhibit 307 [2]   79/1 79/12
Exhibit 308 [2]   95/6 95/17
Exhibit 309 [2]   96/6 96/17
Exhibit 310 [2]   132/14 133/10
Exhibit 311.01 [2]   162/23 163/7
Exhibit 312.01 [2]   197/20 198/5
Exhibit 316.01 [2]   188/25 189/14
Exhibit 318 [2]   201/19 203/11
Exhibit 330 [2]   176/8 176/17
Exhibit 334 [2]   158/24 159/12
Exhibit 402 [2]   196/20 197/4
Exhibit 403 [3]   179/2 179/12
181/1
Exhibit 404 [2]   182/24 183/9
Exhibit 406 [2]   141/1 141/16
Exhibit 407 [2]   160/14 160/25
Exhibit 408 [2]   160/25 166/11
Exhibit 409 [2]   168/16 168/25
Exhibit 410 [1]   161/25
Exhibit 515 [4]   85/10 85/23 87/9

# E

**Exhibit 515...** **[1]**   156/17
**Exhibit 516** **[2]**   136/25 137/11
**Exhibit 520** **[2]**   91/16 92/5
**Exhibit 521** **[2]**   92/22 93/8
**Exhibit 522** **[2]**   109/24 110/15
**Exhibit 529** **[1]**   48/17
**Exhibit 602.11** **[2]**   115/14 116/10
**Exhibit 602.13** **[2]**   130/2 130/17
**Exhibit 602.16** **[2]**   157/6 157/18
**Exhibit 602.35** **[2]**   171/18 172/24
**Exhibit 602.48** **[1]**   25/7
**Exhibit 602.49** **[2]**   55/19 56/4
**Exhibit 602.51** **[1]**   73/17
**Exhibit 607** **[1]**   43/16
**Exhibit 809** **[1]**   9/5
**Exhibit 822** **[3]**   144/9 144/21 145/8
**Exhibit 823** **[1]**   146/8
**Exhibit 827** **[2]**   148/5 148/16
**Exhibit 829** **[2]**   147/4 147/15
**Exhibit 901** **[2]**   58/12 58/25
**Exhibit 901.03** **[2]**   60/5 60/21
**Exhibit 902.01** **[2]**   101/6 101/18
**Exhibit 902.02** **[1]**   99/4
**Exhibit 902.03** **[1]**   99/16
**Exhibit 902.04** **[1]**   100/18
**Exhibit 902.2** **[1]**   98/13
**Exhibit 903.01** **[1]**   112/2
**Exhibit 903.02** **[2]**   112/20 113/16
**Exhibit 903.03** **[1]**   113/10
**Exhibit 904.03** **[1]**   116/15
**Exhibit 904.06** **[1]**   127/1
**Exhibit 905** **[2]**   82/24 83/8
**Exhibit 906** **[3]**   50/18 51/13 65/13
**Exhibit 907.01** **[2]**   35/11 35/20
**Exhibit 907.06** **[1]**   37/5
**Exhibit 907.07** **[1]**   37/20
**Exhibit 907.09** **[1]**   45/20
**Exhibit 907.10** **[1]**   66/4
**Exhibit 907.12** **[1]**   55/7
**Exhibit 907.15** **[1]**   70/2
**Exhibit 907.17** **[1]**   76/5
**Exhibit 907.18** **[1]**   81/5
**Exhibit 907.20** **[1]**   89/19
**Exhibit 907.21** **[1]**   90/5
**Exhibit 907.22** **[1]**   93/16
**Exhibit 907.24** **[2]**   102/18 102/25
**Exhibit 907.25** **[1]**   129/16
**Exhibit 908** **[1]**   28/19
**Exhibit 908.01** **[1]**   30/22
**Exhibit 908.03** **[1]**   33/5
**Exhibit 908.04** **[1]**   38/11
**Exhibit 908.10** **[1]**   124/13
**Exhibit 908.11** **[1]**   104/21
**Exhibit 908.11A** **[1]**   106/19
**Exhibit 908.14** **[1]**   109/7
**Exhibit 908.19** **[1]**   125/20
**Exhibit 908.20** **[1]**   135/25
**Exhibit 909** **[2]**   40/12 40/23
**Exhibit 909.02** **[2]**   41/8 41/21
**Exhibit 909.04** **[1]**   75/6
**Exhibit 909.05** **[1]**   88/9
**Exhibit 909.06** **[1]**   94/8
**Exhibit 927.01** **[1]**   19/14 20/4
**Exhibit 927.03** **[1]**   27/16
**Exhibit video** **[1]**   161/17
**exhibits** **[23]**   2/9 2/10 2/13 2/13 2/14 2/15 2/15 2/16 3/1 7/6 9/2 9/4 20/12 20/12 31/6 31/13 36/4 36/12 41/25 42/5 64/17 99/10 117/5
**expect** **[5]**   9/23 43/9 169/24 171/1 174/1
**expectation** **[1]**   193/7
**expecting** **[1]**   169/22
**experience** **[2]**   11/2 78/16
**expert** **[3]**   8/8 8/9 8/10
**explain** **[5]**   76/12 81/14 169/9 175/10 200/17
**explanation** **[1]**   64/14

**expletive** **[5]**   124/24 128/15 186/5
**explicative** **[1]**   118/25
**explosion** **[1]**   103/6
**express** **[2]**   16/8 80/8
**extend** **[1]**   149/25
**extent** **[1]**   170/21
**exterior** **[2]**   175/20 175/21
**extra** **[1]**   190/21
**eye** **[2]**   185/23 199/16

# F

**fabric** **[2]**   138/5 175/18
**face** **[2]**   193/18 193/18
**Facebook** **[5]**   50/4 84/12 84/23 169/11 201/22
**faced** **[1]**   166/23
**facetious** **[1]**   108/2
**facility** **[1]**   33/17
**facing** **[1]**   81/22
**fact** **[6]**   18/12 84/13 84/19 84/21 84/22 117/25
**facts** **[1]**   86/16
**fair** **[52]**   19/25 20/18 25/3 30/18 31/9 35/16 36/8 40/20 41/16 42/2 51/9 55/25 58/22 60/11 65/9 67/4 73/21 74/5 79/9 83/4 85/17 91/25 93/5 95/14 96/14 98/25 99/12 106/11 110/9 111/22 113/6 113/12 116/6 117/2 117/8 130/14 133/1 133/7 137/8 141/13 157/14 159/9 160/22 161/22 162/7 163/2 164/7 166/8 168/22 176/14 179/9 200/23
**fairly** **[8]**   101/14 172/20 183/7 189/10 197/1 198/2 201/25 203/7
**fake** **[1]**   92/13
**fall** **[2]**   24/9 80/6
**fallen** **[1]**   49/4
**familiar** **[5]**   14/21 67/16 82/10 120/11 138/2
**far** **[6]**   5/9 100/13 110/23 123/23 158/3 158/6
**fashion** **[2]**   31/22 32/11
**fashioned** **[1]**   138/6
**favor** **[1]**   170/22
**FBI** **[4]**   19/5 19/11 143/23 152/6
**fear** **[1]**   89/3
**features** **[1]**   50/11
**feel** **[5]**   135/3 135/22 148/1 155/8 193/23
**feelings** **[1]**   132/12
**feet** **[3]**   118/25 187/4 188/24
**felt** **[3]**   23/7 58/6 135/12
**fence** **[1]**   128/16
**festive** **[1]**   72/4
**few** **[27]**   4/19 13/5 39/16 42/19 54/21 56/21 76/14 83/20 97/21 97/22 110/20 113/24 117/20 121/13 124/20 128/12 133/24 143/18 151/25 175/15 181/24 185/22 186/20 189/1 194/4 197/11 199/4
**fiber** **[2]**   138/13 138/14
**fifth** **[1]**   118/12
**fight** **[9]**   27/25 27/25 92/10 93/13 102/22 118/16 123/2 123/21 126/24
**file** **[1]**   83/4
**filled** **[1]**   171/13
**fills** **[1]**   137/19
**film** **[2]**   165/22 178/24
**filmed** **[1]**   166/6
**filming** **[1]**   179/16
**finally** **[1]**   193/16
**find** **[3]**   14/19 93/13 135/20
**findings** **[1]**   75/17
**fine** **[3]**   80/15 121/10 163/20
**finish** **[1]**   60/15
**fire** **[2]**   75/24 92/15
**firearm** **[2]**   109/2 109/5
**firearms** **[4]**   107/18 108/10 108/17 121/9
**fired** **[3]**   126/22 180/12 180/15
**first** **[70]**   6/18 17/8 21/10 21/14

22/14 23/22 24/18 26/6 27/21 31/21 31/24 37/13 42/13 42/15 42/20 43/24 45/21 46/25 50/19 54/18 55/20 59/4 61/1 63/11 70/4 70/5 75/9 81/9 83/12 83/12 83/20 88/14 88/16 100/20 104/8 104/10 104/13 105/14 107/9 113/21 113/24 114/17 115/4 116/20 117/20 124/20 125/23 127/5 131/12 131/18 131/21 131/25 136/6 153/9 158/25 160/15 160/15 161/18 163/21 165/25 168/16 169/10 175/6 176/9 179/2 182/24 197/15 201/20 202/21 203/17
**first-hand** **[1]**   169/10
**five** **[1]**   192/16
**fix** **[2]**   97/2 97/12
**fixed** **[4]**   97/14 121/20 135/14 139/11
**flag** **[10]**   158/7 166/22 166/25 167/20 172/8 172/10 184/1 185/24 199/15 201/18
**flagpole** **[2]**   184/3 185/23
**flags** **[3]**   119/25 127/24 128/14
**flash** **[1]**   47/25
**flashing** **[1]**   141/24
**flat** **[2]**   165/5 171/12
**flew** **[4]**   46/19 54/11 54/22 108/14
**flight** **[2]**   91/15 126/10
**floated** **[1]**   144/10
**flooded** **[1]**   76/1
**flying** **[1]**   119/23
**focus** **[4]**   44/8 46/25 61/10 66/6
**focused** **[3]**   35/9 131/13 131/15
**follow** **[7]**   6/7 7/4 11/11 45/11 45/17 131/2 193/8
**followed** **[3]**   39/12 43/13 162/14
**followers** **[1]**   5/15
**following** **[12]**   12/5 36/4 37/25 38/8 61/20 61/21 84/15 91/22 117/22 131/3 143/5 144/6
**follows** **[1]**   29/23
**food** **[3]**   126/3 126/6 126/15
**football** **[1]**   57/22
**force** **[2]**   39/2 184/21
**foregoing** **[1]**   206/4
**foreground** **[2]**   172/11 172/14
**foreign** **[1]**   90/4
**forget** **[1]**   69/14
**form** **[3]**   24/2 148/25 149/15
**formal** **[1]**   64/17
**formally** **[4]**   9/3 21/25 22/15 22/22
**format** **[1]**   106/16
**formed** **[2]**   175/15 182/12
**former** **[1]**   77/17
**forward** **[9]**   121/25 181/24 183/15 183/17 183/18 189/1 191/12 191/20 192/17
**foundation** **[13]**   15/15 15/19 15/22 22/16 68/25 74/25 77/1 88/5 97/23 108/22 124/2 134/9 185/1
**founded** **[1]**   83/24
**founder** **[2]**   27/7 27/8
**four** **[6]**   37/13 41/6 51/17 51/23 62/5 128/13
**fourth** **[1]**   127/19
**frame** **[3]**   33/23 161/5 161/5
**frames** **[1]**   181/24 189/1
**fraud** **[7]**   1/13 6/13 6/19 7/10 14/19 82/5 135/20
**fraudulent** **[6]**   43/2 46/10 96/5 97/15 134/19 135/9
**free** **[2]**   32/16 194/12
**freedom** **[3]**   105/2 105/4 140/16
**freedoms** **[1]**   23/8
**freeway** **[1]**   24/4
**frequent** **[1]**   33/1
**frequently** **[7]**   16/7 37/17 68/7 68/19 78/15 89/6 98/8
**Friday** **[1]**   67/25
**Friday's** **[1]**   67/25

**F**

front **[13]** 21/2 42/11 44/21
104/10 130/9 130/12 138/7 145/23
172/6 172/18 181/4 185/23 201/17
full **[2]** 70/16 112/7
function **[3]** 83/23 84/2 118/8
furious **[1]** 71/7
further **[9]** 6/12 7/1 7/18 7/22
8/21 148/20 172/6 175/13 190/3
Fusion **[1]** 33/16
FYI **[1]** 121/9

**G**

GA **[1]** 76/1
garage **[1]** 49/5
gas **[5]** 47/24 150/4 173/25 180/22
192/18
gasses **[2]** 180/13 180/15
gate **[2]** 128/15 129/9
gateway **[1]** 90/13
gather **[1]** 154/1
gathering **[2]** 5/5 101/1
gave **[4]** 51/22 125/13 133/18
175/19
Gavin **[4]** 58/5 61/4 71/6 71/17
gear **[9]** 47/8 54/20 54/23 119/24
125/1 125/3 137/4 159/23 160/3
gears **[1]** 80/12
general **[6]** 6/11 162/7 178/16
179/17 179/24 189/7
generally **[11]** 5/24 11/1 70/13
76/23 78/23 128/8 154/7 154/24
162/13 178/5 191/13
gentleman **[1]** 182/4
Gentlemen **[1]** 38/19
gently **[1]** 155/7
George **[4]** 93/23 94/3 103/15
152/18
Georgia **[1]** 76/1
get **[41]** 13/13 18/10 18/20 31/23
33/19 38/5 46/18 49/3 49/7 76/3
80/19 81/24 105/18 105/22 108/13
122/12 126/15 127/10 127/10
127/22 128/16 131/5 136/11 138/6
145/17 150/22 152/14 155/6 175/19
180/2 181/21 182/15 184/17 187/11
187/12 187/13 187/15 188/15
188/20 190/17 195/4
getting **[10]** 13/16 38/6 38/19
39/6 81/16 103/8 123/24 173/15
187/22 193/3
gift **[3]** 87/22 156/13 156/19
Giuliani **[1]** 103/10
give **[12]** 24/10 25/25 39/9 45/7
48/13 52/21 69/14 80/5 95/4
107/12 132/8 185/10
given **[5]** 18/12 69/19 136/15
156/13 156/18
giving **[1]** 114/9
glove **[1]** 138/15
gloves **[6]** 138/13 138/14 138/21
138/25 140/22 167/18
go **[91]** 9/23 13/19 15/18 26/2
26/6 26/19 31/25 32/23 39/4 46/1
46/11 47/21 48/24 48/24 56/18
56/21 57/17 59/4 59/10 62/6 64/2
64/24 66/4 66/23 70/16 75/22
77/19 78/10 83/18 89/12 94/18
95/2 96/21 98/19 100/18 102/4
103/11 104/13 104/13 118/7 119/5
125/2 126/24 127/5 129/11 130/22
133/24 135/19 158/10 158/18 160/3
160/6 161/4 161/5 161/6 161/7
165/18 165/20 166/15 170/4 175/5
175/17 177/9 180/5 180/8 180/25
181/11 181/23 181/23 181/24
182/13 183/13 184/9 185/21 186/2
187/14 187/18 187/19 187/23 188/4
188/13 188/15 189/1 190/9 190/12
194/12 194/21 199/21 199/24
201/12 202/2

goal **[2]** 174/9 174/10
God **[1]** 89/3
GodblessAmerica **[1]** 87/23
goes **[2]** 9/25 70/9
goggles **[1]** 120/1
going **[76]** 5/3 6/4 7/15 7/19 12/2
14/1 14/11 15/12 22/16 28/14
31/25 33/20 35/10 39/16 46/3
46/13 46/16 47/7 47/17 49/24
53/15 53/17 54/9 54/10 57/23
60/16 62/1 70/12 70/21 70/23
74/24 75/11 76/11 81/14 81/15
81/23 86/15 88/4 94/21 96/3
100/24 102/21 103/5 103/6 104/2
104/4 105/25 114/1 114/9 114/11
114/23 118/23 123/23 123/24 128/4
131/2 135/8 142/10 143/6 143/14
153/8 158/12 165/10 174/13 185/8
186/1 187/19 192/24 192/24 193/5
194/25 202/22 203/17 204/2 204/4
204/12
gone **[2]** 44/6 190/4
good **[15]** 4/6 4/9 4/17 4/18 10/10
38/3 38/6 73/2 87/20 103/8 105/21
126/3 142/21 143/22 205/13
Gosar **[1]** 6/17
got **[15]** 44/13 44/21 46/20 91/3
125/4 125/5 125/6 151/3 161/14
167/17 169/23 173/6 176/1 184/12
191/13
government **[292]**
government's **[3]** 7/6 64/8 66/15
governor **[5]** 22/1 23/7 34/19 61/4
71/17
granted **[2]** 205/8 205/13
graphics **[1]** 133/5
gray **[2]** 19/22 196/2
great **[4]** 43/25 44/1 62/19 94/16
green **[16]** 37/11 47/18 61/5 61/10
64/24 65/7 84/6 115/22 138/8
138/10 162/24 174/18 181/2 181/25
183/24 186/21
ground **[1]** 38/3
grounds **[5]** 13/19 14/6 147/19
173/7 176/7
group **[102]** 13/7 15/1 22/2 40/9
44/11 44/24 52/19 52/21 53/1
56/14 58/8 58/10 58/16 58/18 59/4
59/9 59/11 59/16 59/18 59/20
59/20 60/2 60/9 60/12 65/18 71/11
82/14 82/15 82/18 82/20 83/3 83/5
83/13 83/22 84/2 84/7 85/1 98/17
98/18 98/21 99/13 100/14 100/23
101/1 101/4 101/8 101/10 101/15
101/24 102/6 102/9 102/16 102/20
102/20 102/23 103/20 104/1 111/15
112/25 113/4 113/7 113/13 114/2
114/11 114/13 114/14 114/22
114/22 114/24 115/10 115/12
115/18 115/20 116/7 116/21 116/23
117/9 117/25 118/19 119/3 121/15
122/11 122/18 127/3 136/8 156/25
157/4 157/10 158/6 179/22 182/14
186/14 186/16 186/20 188/23
191/12 192/15 192/16
group's **[1]** 58/23
groups **[8]** 52/20 53/5 53/8 78/5
82/19 100/7 123/22 124/4
guarantee **[1]** 115/6
guess **[11]** 22/12 31/22 39/22
131/13 131/20 151/1 153/25 172/5
175/7 187/1 193/18
guessing **[1]** 185/2
guests **[1]** 129/1
guilty **[4]** 16/23 17/20 17/23
18/11
guys **[6]** 15/3 105/18 122/10
124/14 124/22 167/9

**H**

had **[103]** 5/16 6/4 6/18 9/3 13/7
14/13 15/5 16/3 21/7 21/24 22/12
22/13 38/23 38/23 42/23 44/6
44/10 44/11 44/11 45/2 47/8 47/11
47/19 52/14 55/3 57/12 58/10
64/15 64/19 68/8 69/19 71/6 71/10
71/19 71/23 72/1 72/3 72/14 73/6
73/7 73/8 73/10 76/14 77/19 81/17
86/12 94/3 100/9 105/12 106/1
108/19 109/1 109/21 125/12 125/14
126/10 130/12 131/14 131/17 135/4
135/10 135/17 136/7 137/4 144/2
153/10 153/15 153/17 153/21
153/24 154/6 154/13 155/25 156/13
156/18 156/23 158/14 159/25
175/14 175/15 181/17 182/12
182/19 188/5 188/8 188/9 190/3
190/4 190/16 191/11 193/25 194/8
194/9 194/10 194/10 194/12 195/10
195/12 195/16 195/17 197/11
198/23 203/3
hair **[1]** 172/5
half **[7]** 49/3 101/23 161/7 161/8
185/22 199/6 199/24
halfway **[2]** 197/16 199/12
Halloween **[1]** 39/17
halt **[1]** 204/14
hand **[12]** 21/13 86/5 86/5 116/4
120/21 126/25 155/23 156/9 158/7
169/10 177/23 183/25
handful **[1]** 13/6
handle **[9]** 30/7 30/8 50/15 50/16
52/5 52/6 65/25 153/12 154/12
hands **[2]** 151/24 155/18
happen **[2]** 76/2 135/23
happened **[2]** 33/22 193/15
happening **[10]** 12/19 23/11 37/23
76/12 104/3 104/4 184/7 184/11
192/9 197/10
happens **[1]** 8/6
happy **[1]** 12/2
hard **[2]** 204/16 204/19
harder **[2]** 138/19 138/20
has **[29]** 15/18 18/18 18/19 28/16
28/18 28/19 29/9 32/14 33/5 34/23
64/19 73/16 74/25 87/19 87/20
107/21 143/7 143/8 144/8 144/20
147/3 158/1 158/5 166/21 167/17
174/10 192/4 196/1 200/23
hat **[6]** 26/5 79/19 172/1 172/5
192/5 197/16
hatchet **[18]** 47/24 107/12 107/15
108/4 116/5 140/22 145/3 145/12
153/11 154/12 154/13 154/23
154/24 155/23 155/24 156/4 156/13
156/19
hatchets **[28]** 13/11 49/12 49/15
49/15 55/5 57/15 69/22 69/24 86/6
86/7 86/9 86/9 86/18 87/6 87/8
87/9 87/9 87/12 94/15 108/8
109/20 110/7 139/4 139/5 139/14
153/17 153/13 155/19
hats **[1]** 167/22
have **[167]** 5/12 7/23 8/13 8/17
8/19 8/21 10/2 10/22 10/24 15/14
16/23 18/15 19/10 20/11 21/20
28/22 28/25 29/1 29/11 29/15
29/22 30/2 30/9 31/2 31/5 32/10
32/15 35/11 35/25 36/3 39/2 41/24
43/16 46/9 47/14 48/17 49/4 50/11
50/13 50/13 50/15 52/22 53/16
53/17 55/3 55/7 56/10 65/23 67/18
69/13 69/15 70/2 72/22 72/25 73/2
74/3 75/6 75/15 78/14 79/1 81/15
82/15 87/20 88/5 88/17 90/1 92/21
94/1 94/16 97/1 99/9 100/13
101/12 106/15 107/5 107/7 108/3
112/15 112/18 113/9 114/1 114/21
115/8 115/8 116/2 117/5 119/9
119/24 120/9 120/10 120/20 120/21

**have... [75]**   120/22 122/10 123/11
125/18 126/5 126/6 126/12 126/16
126/17 127/17 127/22 127/25
128/14 131/9 134/17 134/25 135/19
137/17 138/8 138/24 139/14 139/17
140/1 140/6 140/21 142/16 143/3
143/17 144/11 148/4 149/5 149/9
150/25 151/24 155/13 155/16
155/18 156/17 156/17 156/22
162/24 163/19 165/7 169/6 169/10
171/7 171/19 172/13 174/18 179/21
181/1 181/13 181/25 184/23 186/21
187/11 187/15 189/3 189/23 192/18
195/22 196/5 198/11 199/23 200/13
202/4 202/11 202/25 204/15 204/16
204/17 204/19 204/19 205/6 205/13
**haven't [1]**   29/24
**having [4]**   22/4 22/7 178/14
198/19
**HB [2]**   94/24 94/25
**he [151]**   6/17 6/18 11/24 13/24
15/8 15/10 15/18 15/21 16/7 16/8
16/10 16/18 16/18 18/12 18/12
21/10 21/12 21/23 22/25 23/5
26/12 29/8 29/9 31/25 38/5 38/5
38/6 39/9 46/21 47/7 47/7 47/8
48/5 48/10 49/11 53/12 53/12
53/18 54/5 54/8 60/3 63/8 65/24
68/7 68/18 68/18 69/17 70/12
71/25 72/6 74/18 75/2 76/12 76/17
76/20 76/20 76/24 76/25 76/25
77/3 77/12 77/16 77/17 77/17
77/25 78/3 78/7 78/7 78/18 78/22
89/9 94/1 94/1 100/3 103/5 105/24
106/1 108/3 108/16 108/17 108/19
108/19 109/1 109/1 109/4 110/22
112/14 112/15 122/21 125/1 125/12
126/5 126/6 126/7 126/14 126/19
131/23 133/21 133/21 133/22 134/5
134/11 134/11 140/23 153/9 153/10
153/23 153/24 154/6 154/6 154/11
154/13 154/16 155/25 156/3 156/3
156/3 159/22 160/2 160/6 164/20
165/8 165/10 167/1 167/17 167/19
170/14 174/14 177/12 177/22 178/3
182/7 185/3 185/4 185/7 185/17
188/5 188/6 191/6 191/8 191/22
193/10 193/19 194/16 195/10
195/11 199/22 201/17 205/5 205/6
205/7
**head [4]**   7/5 33/16 171/8 187/3
**heading [2]**   107/10 107/11
**hear [33]**   9/20 15/17 16/12 22/6
26/9 26/22 34/9 56/23 78/2 79/20
95/25 96/23 134/2 134/4 141/9
159/22 160/5 162/18 163/8 170/8
170/11 170/13 173/18 177/25
180/12 186/4 202/3 202/10 202/18
202/20 203/17 203/22 204/1
**heard [13]**   7/9 68/16 96/2 96/25
97/12 98/7 151/1 160/5 169/14
169/17 170/18 177/15 178/5
**hearing [3]**   22/5 22/7 72/13
**hearted [2]**   131/21 131/24
**heavier [2]**   138/19 138/20
**heavy [2]**   119/24 146/15
**held [3]**   56/11 151/24 190/23
**hell [3]**   38/5 118/14 119/2
**Hello [1]**   10/11
**helmet [11]**   47/24 139/21 139/22
139/23 140/7 140/23 150/12 150/17
150/18 150/19 150/22
**helmets [1]**   120/1
**helping [1]**   130/25
**her [1]**   33/17
**Hercules [1]**   84/16
**here [109]**   4/19 18/8 18/11 25/23
26/12 29/25 30/3 30/14 34/3 38/2
45/21 45/24 49/2 57/6 58/22 59/6
60/6 61/1 61/5 61/8 61/11 61/24

62/13 64/1 66/7 67/4 68/15 70/16
76/12 78/11 79/16 79/19 80/25
81/14 83/12 83/16 83/20 84/15
84/19 85/4 87/18 89/20 91/2 99/21
103/3 105/15 106/16 111/11 111/20
112/8 113/21 113/22 114/19 116/4
117/17 118/6 118/13 118/15 120/6
121/19 126/15 127/24 131/18
131/21 132/21 133/14 133/25 135/1
143/9 144/6 162/4 166/17 167/13
167/16 171/20 171/20 173/7 175/23
180/19 182/5 184/7 184/20 184/25
187/19 190/6 190/12 190/12 190/19
190/23 191/2 191/4 191/6 191/8
191/22 194/5 194/10 195/21 195/25
197/10 199/3 199/3 199/14 201/2
**Hey [1]**   69/12
**Hi [2]**   124/14 124/22
**high [2]**   84/1 187/2
**highlight [1]**   45/23
**Hills [7]**   33/19 35/6 35/9 44/7
44/9 44/10 45/5
**him [62]**   16/3 21/7 21/9 22/5
22/22 22/24 25/25 26/13 29/2 47/8
48/13 68/16 69/19 77/20 77/23
87/5 88/22 88/24 89/14 108/17
108/20 109/5 109/14 109/22 112/12
122/22 122/25 123/23 124/25 125/4
125/11 126/12 131/18 131/25
143/19 153/10 153/14 153/16
153/17 153/19 153/23 156/13
166/19 167/24 170/13 172/6 176/4
176/5 176/6 177/25 178/6 181/8
184/4 184/6 185/5 194/16 195/12
195/16 199/5 199/13 201/10 201/17
**himself [4]**   18/12 60/3 78/23
158/22
**his [44]**   5/15 21/13 21/23 22/23
26/22 26/23 32/10 47/8 48/14
48/14 49/16 68/24 70/12 70/14
74/22 78/13 78/15 81/24 86/16
86/17 108/19 125/4 125/6 126/21
131/8 131/17 153/11 153/11 153/12
154/8 155/25 156/11 158/7 166/24
167/1 167/1 167/3 167/7 167/19
177/22 178/6 185/17 199/15 201/2
**history [2]**   93/14 111/7
**HO [1]**   38/7
**hold [15]**   39/7 66/17 78/23 132/15
144/16 147/13 149/2 165/24 166/15
180/25 181/11 181/23 181/24 200/9
201/12
**holding [8]**   110/7 144/20 155/23
156/9 158/6 177/22 184/1 201/17
**holds [1]**   161/4
**home [4]**   72/1 104/13 144/25 152/7
**homes [2]**   71/20 71/23
**Honor [86]**   4/6 4/9 8/21 9/1 9/17
15/12 17/16 20/6 20/21 22/4 22/11
25/9 25/14 28/14 28/18 29/10
29/11 29/14 29/19 30/5 31/21 32/3
32/9 33/20 34/22 36/14 40/24
45/12 51/25 53/15 64/4 64/7 64/13
71/17 72/15 74/10 74/24 77/1
77/22 80/11 86/20 88/4 108/21
123/8 124/1 132/18 142/19 142/24
143/3 143/17 145/19 150/23 152/5
152/8 152/13 154/15 161/12 174/13
176/25 177/3 177/13 185/6 185/8
185/12 185/19 187/21 187/25 188/9
188/11 188/17 188/19 190/6 190/13
190/18 191/2 191/9 191/18 191/23
192/20 192/22 194/7 194/15 196/17
204/11 204/24 205/3
**HONORABLE [2]**   1/9 142/25
**honored [2]**   27/23 111/1
**hook [1]**   107/11
**hope [2]**   15/1 92/16
**Hopefully [1]**   69/22
**hoping [4]**   14/10 18/6 18/9 18/14
**hosted [1]**   24/24

**HOSTETTER [190]**   1/6 2/5 4/3 4/10
4/22 4/24 5/10 9/16 13/22 15/5
16/1 20/1 20/16 21/7 21/22 22/22
23/2 23/18 24/13 25/23 26/9 26/22
27/5 27/19 30/8 30/16 31/3 31/10
32/20 33/1 33/8 35/17 36/1 36/9
37/3 37/17 38/2 38/8 39/13 42/3
43/9 43/14 44/2 44/20 46/16 46/20
47/5 47/18 48/3 48/7 49/8 49/10
52/11 53/4 53/10 53/23 54/16
54/23 55/15 57/12 59/11 60/1 62/4
62/8 62/18 62/21 63/7 65/10 65/20
66/2 68/7 68/14 68/22 69/12 69/15
70/7 70/10 70/13 74/16 74/21
75/10 76/24 77/10 78/13 78/15
78/22 82/8 86/10 86/17 87/2 87/10
88/11 88/16 89/6 89/16 89/23 90/9
91/2 91/7 93/24 95/4 96/2 96/25
97/12 98/7 102/6 103/1 103/4
103/12 104/19 105/8 105/20 106/12
107/9 107/23 108/7 108/15 109/10
109/12 110/6 110/21 112/9 115/12
122/16 122/21 123/19 124/10
124/15 124/24 125/10 125/14
125/17 126/4 126/11 126/18 129/24
133/18 134/2 134/11 134/25 136/4
136/17 140/18 140/21 142/13
145/12 151/25 152/21 153/1 153/4
155/24 156/10 156/19 156/22 158/4
158/14 158/21 160/1 160/6 162/16
163/14 164/18 165/20 166/17
166/24 167/13 167/16 167/22 168/3
170/1 170/11 172/10 172/13 177/20
184/23 191/5 192/6 193/7 195/4
197/14 199/2 199/9 199/14 199/21
201/1 201/4 201/14 204/1 204/9
204/25
**Hostetter's [20]**   24/15 37/14 39/4
39/5 43/4 54/18 75/25 76/9 82/7
86/5 88/23 94/14 94/23 107/19
124/3 131/11 132/10 133/2 170/9
185/2
**hotel [12]**   94/3 125/4 125/6 125/7
126/17 128/17 129/21 131/5 137/16
152/19 152/21 165/13
**hotels [1]**   126/16
**hour [2]**   29/23 49/3
**hours [1]**   54/21
**house [10]**   8/12 97/1 133/22
143/23 143/25 145/18 173/19 178/7
178/8 202/4
**how [47]**   7/14 8/17 8/19 12/11
13/13 21/9 23/3 30/6 39/1 39/2
39/9 46/18 46/20 48/13 52/18
52/19 67/16 69/24 77/14 86/4
92/21 97/19 102/8 105/22 108/13
108/15 112/18 128/16 131/5 131/11
138/3 145/17 146/15 148/1 153/23
155/9 155/16 168/8 170/1 182/18
184/6 184/11 185/7 186/4 187/2
188/22 193/23
**HTTPS [1]**   99/22
**huge [1]**   71/11
**Huish [1]**   205/2
**human [2]**   182/12 190/23
**hundred [1]**   97/21
**hundreds [1]**   4/20
**Hunington [1]**   73/7
**Huntington [4]**   73/12 73/14 82/3
95/1
**hypothetical [1]**   174/14

**I**

**I'd [2]**   83/18 152/17
**I'm [47]**   14/1 14/5 15/16 21/15
22/4 29/14 32/5 42/12 42/17 45/15
51/1 53/15 60/4 64/25 71/2 74/24
76/18 77/6 77/22 80/24 86/15
86/21 88/4 107/13 107/22 114/5
123/9 124/1 129/7 136/20 143/17
156/7 161/6 161/11 163/8 164/5
172/2 172/9 173/6 174/13 177/18

## I

I'm... [6]  181/24 182/4 184/16
190/11 200/11 202/20
I've [1]  139/7
idea [1]  105/21
identified [6]  12/1 59/16 112/10
112/12 112/14 121/2
identify [1]  11/22
II [1]  150/25
illegal [1]  78/24
image [1]  116/7
immediately [2]  91/9 193/18
implemented [2]  71/6 72/6
impression [1]  5/25
inaugural [6]  182/1 182/13 182/15
193/17 194/11 194/23
incident [2]  196/4 196/5
include [3]  48/10 55/5 109/17
included [3]  29/22 29/24 109/21
includes [1]  88/11
including [2]  17/25 107/24
incorrect [1]  7/24
indicate [6]  16/18 86/17 92/20
101/24 153/4 190/2
indicated [4]  47/7 108/19 109/1
169/12
indicating [6]  38/6 71/19 76/16
189/22 189/24 190/4
indication [1]  92/17
indicted [1]  19/7
indictment [2]  18/1 33/23
individual [21]  6/12 7/17 25/18
32/11 32/13 32/13 40/6 120/24
158/2 158/6 166/22 171/8 171/9
172/7 177/16 192/5 196/2 197/16
197/18 199/12 199/13
individually [1]  31/25
individuals [14]  26/17 52/24 58/4
73/9 82/18 90/24 91/10 98/19
100/24 102/21 114/19 114/23
171/20 200/15
indulgence [3]  30/13 143/4 152/14
info [1]  122/12
information [3]  62/21 118/1 136/7
informed [1]  5/2
initially [3]  48/3 73/6 118/7
initiating [1]  78/4
inside [25]  6/4 7/16 56/12 57/15
71/19 72/1 116/4 121/22 121/24
142/17 149/11 174/1 174/19 179/22
190/23 191/7 199/25 202/18 202/22
203/18 203/22 204/2 204/4 204/5
204/6
inspire [1]  39/2
inspiring [1]  94/17
Instagram [14]  85/14 85/18 88/1
91/20 91/21 91/22 92/1 92/21 93/1
93/6 107/20 110/3 110/10 110/21
instances [2]  77/11 97/22
instead [1]  119/23
instituted [1]  71/18
instructions [1]  26/1
intended [2]  160/6 161/12
intending [1]  66/12
intensity [1]  135/4
intent [3]  76/18 118/7 155/19
intention [1]  201/9
intentional [2]  131/22 201/6
interaction [1]  21/25
interesting [1]  38/2
interference [1]  90/4
interpretation [1]  8/11
interrupted [1]  6/5
interviewed [1]  38/4
intimidate [1]  14/14
intimidated [1]  118/9
introduce [1]  29/25
introduced [2]  28/21 154/17
introducing [1]  119/13
investigated [1]  7/22
investigation [6]  6/12 7/18 7/19

7/22 8/3 19/5
invitation [1]  51/12
invited [1]  27/11
involved [1]  6/1
involvement [1]  16/24
irregularities [1]  135/12
irrelevant [2]  70/23 174/15
Irvine [3]  13/6 28/5 172/15
Irvine-Smith [3]  13/6 28/5 172/15
is [683]
isn't [1]  118/14
issue [3]  30/6 31/23 36/17
issues [1]  26/23
it [374]
item [21]  66/8 127/9 137/19 139/8
140/14 144/18 144/14 145/23 146/12
147/2 147/3 148/6 148/24 149/15
151/5 151/15 154/15 154/16 154/18
156/9 156/10
items [33]  13/8 13/10 47/22 48/8
48/10 54/25 66/7 86/4 87/2 87/5
107/13 109/14 127/24 129/3 137/5
140/21 140/23 142/16 143/25 144/2
148/20 148/21 148/22 148/25
149/10 150/4 151/12 151/17 151/24
151/25 152/11 158/15 178/13
its [1]  92/1
itself [1]  55/10

## J

jacket [4]  153/17 172/5 184/3
196/2
jams [1]  94/17
January [122]  4/22 12/13 12/17
12/17 12/20 12/25 13/8 13/20
13/24 14/6 14/12 15/1 15/6 15/10
16/1 16/15 16/20 16/21 17/25
32/20 32/23 33/3 90/14 90/17
90/25 91/14 94/4 94/5 98/11 98/20
100/4 100/24 104/3 104/17 105/11
105/23 108/10 108/13 109/5 113/25
114/4 114/11 114/20 114/23 117/19
118/5 118/20 119/8 119/19 120/18
121/7 121/18 125/22 127/7 127/21
128/7 128/10 128/13 129/10 129/18
129/22 129/25 130/11 130/23
131/12 131/14 131/16 131/19 132/1
132/3 134/7 134/18 135/3 135/7
135/22 136/2 136/18 136/18 138/22
139/5 139/12 139/24 140/19 140/24
142/4 143/23 144/3 145/13 146/24
147/20 149/6 149/23 150/7 150/15
151/21 152/2 152/18 152/22 154/25
155/25 156/11 157/1 157/13 160/1
164/4 164/6 167/21 168/3 170/25
171/4 172/21 178/1 178/6 178/14
196/11 200/11 200/12
January 1st [4]  117/19 118/5
119/8 119/19
January 2021 [2]  94/5 108/10
January 26 [1]  200/11
January 2nd [3]  120/18 121/18
122/4
January 3rd [2]  124/19 125/22
January 4th [10]  91/14 127/7
127/21 128/13 129/18 129/22
129/25 130/11 130/23 131/12
January 5th [7]  132/1 132/3 134/7
135/3 135/7 135/22 136/2
January 6 [24]  4/22 12/17 12/17
12/20 12/25 13/20 15/6 15/10
16/20 16/21 32/20 90/14 90/17
100/4 100/24 104/3 104/17 105/11
113/25 114/23 118/20 121/7 131/14
200/12
January 6th [63]  12/13 13/8 13/24
14/6 14/12 15/1 16/1 16/15 33/3
90/25 98/11 98/20 105/23 108/13
109/5 114/4 114/20 114/23 121/25
125/10 128/7 128/10 129/10 131/16
134/18 136/13 136/18 138/22 139/5

139/12 139/24 140/19 140/24 142/4
143/23 144/3 145/13 146/24 147/20
149/6 149/23 150/7 150/15 151/21
152/2 152/18 152/22 154/25 155/25
156/11 157/1 157/13 160/1 164/4
164/6 168/3 170/25 174/1 172/21
178/1 178/6 178/14 196/11
JASON [2]  1/12 4/7
jeans [3]  74/19 166/22 167/18
job [1]  62/19
Joe [2]  38/23 134/22
John [1]  90/3
join [11]  27/23 27/24 28/4 92/16
114/1 114/2 114/3 115/10 115/12
117/22 117/25
joined [3]  4/7 33/2 73/3
joining [2]  65/19 118/16
joint [4]  4/22 88/25 92/12 111/5
Jr [1]  38/4
JUDGE [2]  1/10 18/11
July [2]  1/5 206/10
jumbotron [1]  162/13
just [99]  4/19 7/8 9/18 18/9
21/11 21/13 21/24 29/14 29/17
29/17 30/7 31/22 31/24 32/12
32/16 36/14 36/15 37/8 39/6 39/16
40/10 41/1 43/7 46/8 49/4 49/11
51/22 52/21 52/23 55/13 60/14
62/2 62/15 64/13 64/20 66/16
71/25 72/23 76/19 79/20 81/18
85/6 95/21 100/13 102/18 104/8
106/15 108/3 111/19 116/20 118/22
120/7 121/9 121/10 121/20 122/13
129/9 131/23 133/4 133/24 134/15
135/1 136/20 138/24 138/25 140/21
141/20 142/16 151/10 152/13
152/15 154/2 154/15 160/5 166/15
174/14 175/7 176/1 179/16 179/19
184/14 185/14 186/19 189/2 191/14
191/20 192/8 192/8 192/15 192/16
194/12 194/17 195/7 197/11 197/20
198/19 199/13 201/12 205/11

## K

KARREN [2]  1/18 4/11
keep [10]  185/23 193/3 193/5
194/22 194/25 196/14 199/6 199/16
201/4 204/12
Kennedy [1]  9/12
Kennedy's [1]  9/6
KENNEY [3]  1/18 1/19 4/11
killed [1]  119/9
Kimpton [4]  94/3 129/21 152/18
157/1
kind [27]  35/9 39/22 50/25 57/22
59/20 72/22 73/9 77/18 77/19
91/10 130/24 131/13 131/15 153/20
153/20 154/7 173/14 175/7 180/2
190/23 191/12 191/14 191/19 194/3
194/11 195/13 195/13
kits [2]  119/25 120/21
knew [2]  21/22 101/23
knife [11]  47/25 139/11 139/12
139/15 140/22 146/22 146/24
146/25 147/1 147/9 147/19
knives [4]  13/12 109/20 119/25
146/21
know [51]  5/6 5/7 5/7 12/22 18/12
18/13 30/6 33/23 36/14 44/17
46/20 51/22 54/6 54/8 57/19 60/15
62/2 75/13 77/16 88/18 90/15
92/15 103/9 103/25 107/4 108/12
108/15 108/17 109/4 112/14 122/10
122/15 126/14 126/22 126/22
126/23 127/9 131/13 137/6 138/18
146/17 151/1 155/4 172/6 174/9
195/10 195/13 199/2 199/5 202/24
203/20
knowledge [1]  124/3
knowledgeable [1]  78/23
known [1]  105/8

**L**

**lacks [4]** 22/16 77/1 97/23 124/2
**Ladera [2]** 10/17 24/25
**laid [1]** 75/1
**LAMBERTH [1]** 1/9 18/11
**language [1]** 123/15
**large [11]** 5/3 5/5 22/25 28/16
71/11 137/19 144/5 171/16 179/20
179/21 192/15
**larger [2]** 102/20 114/13
**last [19]** 44/19 57/17 90/22 92/10
94/24 105/19 112/8 115/4 126/18
151/25 165/4 170/7 170/9 179/17
183/5 186/12 198/18 203/1 203/2
**Late [1]** 92/10
**later [2]** 29/24 64/17
**laughing [2]** 107/21 107/24
**law [6]** 6/7 6/15 7/3 78/15 117/23
122/11
**lawyer [1]** 8/15
**lay [2]** 15/14 15/19
**lays [1]** 15/21
**lead [3]** 57/22 187/9 188/2
**leaders [1]** 58/10
**leading [1]** 175/2
**leads [1]** 38/7
**least [2]** 7/21 155/20
**leave [1]** 33/19
**leaving [2]** 119/22 128/16
**led [2]** 27/5 126/12
**left [30]** 49/5 54/25 55/3 56/10
67/12 74/22 86/2 86/5 92/17
120/22 130/6 135/23 140/1 142/9
158/2 158/3 162/25 167/3 167/15
171/8 174/18 181/3 181/13 190/2
196/3 196/9 197/17 197/18 200/10
201/14
**legal [5]** 1/19 7/25 8/2 78/24
127/9
**lengthier [1]** 64/15
**less [1]** 122/10
**let [31]** 12/1 26/3 56/9 60/15
62/2 69/6 69/13 92/15 92/16
108/12 135/16 137/17 158/1 158/5
161/5 166/21 167/14 171/7 174/9
179/20 185/15 187/25 189/25 192/4
195/21 196/1 197/15 199/4 199/11
199/23 202/20
**Let's [6]** 64/1 66/23 90/5 107/11
119/1 171/18
**letter [1]** 25/19
**letting [1]** 128/15
**level [4]** 14/20 121/11 190/17
191/14
**liberties [2]** 118/9 118/10
**life [1]** 202/12
**lift [1]** 146/13
**light [4]** 47/25 131/21 131/24
151/15
**light-hearted [1]** 131/21 131/24
**lights [1]** 141/24
**like [50]** 9/18 9/22 13/12 15/3
19/14 22/2 24/2 28/6 31/14 50/15
51/19 52/22 57/22 59/22 64/20
69/24 72/25 76/3 77/8 83/18 85/5
85/6 88/21 104/12 105/19 107/15
109/10 114/1 124/6 126/16 128/12
135/22 143/8 144/5 152/17 154/1
154/12 156/13 167/20 170/14
173/20 173/24 175/7 175/14 178/8
186/4 192/10 192/11 200/7 201/19
**Limbaugh [1]** 38/4
**limits [1]** 121/11
**Lin [2]** 75/11 75/13
**LINDSAY [3]** 1/22 206/3 206/12
**line [22]** 24/2 57/23 173/12
173/15 175/6 175/10 175/12 175/15
178/20 178/24 180/1 180/4 180/5
181/15 183/21 183/22 184/7 184/9
184/12 184/18 191/11 194/6
**lines [4]** 44/19 44/21 54/18

117/20
**link [11]** 52/23 60/3 89/25 90/1
90/9 90/15 99/25 104/8 118/15
118/16 127/25
**linked [1]** 52/25
**list [13]** 42/22 42/23 47/22 59/6
66/7 101/9 101/14 111/20 111/23
112/8 112/9 121/23 127/24
**listen [6]** 67/1 129/9 136/22
162/11 164/16 202/25
**little [8]** 10/21 21/16 39/7 54/20
77/16 78/6 80/12 200/24
**live [2]** 10/16 169/11
**lived [1]** 10/22
**lobby [1]** 153/9
**local [1]** 70/22
**location [2]** 130/22 131/5 183/21
**locations [1]** 70/8
**lockdown [5]** 21/12 23/5 34/16
35/9 72/22
**lockdowns [5]** 23/10 23/12 34/15
34/25 58/6
**locked [1]** 49/11
**lodge [1]** 33/21
**logistics [1]** 40/7
**long [2]** 24/2 168/8
**longer [4]** 39/8 119/17 176/5
194/10
**look [7]** 30/10 83/12 85/5 85/6
93/16 93/17 106/8
**looked [5]** 7/1 7/17 60/9 106/15
154/12
**looking [13]** 30/14 42/11 87/8
103/20 121/25 122/14 123/15
127/10 148/6 175/24 178/21 184/24
198/18
**looks [1]** 101/8 167/20
**lost [1]** 156/23
**lot [8]** 15/5 15/25 34/20 49/12
58/4 125/25 173/14 185/8
**lots [3]** 14/8 19/11 119/24
**loud [3]** 173/16 174/2 174/7
**lower [4]** 162/24 171/19 195/22
196/12
**luggage [1]** 119/23
**lunch [5]** 9/19 9/22 10/2 52/1
109/11

**M**

**machines [1]** 75/18
**made [14]** 5/22 5/23 18/18 18/19
22/24 122/11 124/22 141/24 146/17
151/15 159/23 174/21 174/24
179/25
**MAGA [11]** 46/2 46/3 46/5 46/14
49/20 52/15 54/11 55/10 66/20
69/19 87/1
**MAGAween [2]** 39/20 39/21
**majority [1]** 78/6
**make [26]** 6/18 14/15 24/17 29/12
32/16 50/6 50/11 62/4 62/4 64/25
66/1 85/5 85/6 105/8 122/13
122/22 122/25 123/19 124/6 134/5
134/15 141/11 160/20 161/20
194/17 205/12
**makes [1]** 68/15
**making [2]** 85/15 111/7
**man [1]** 26/3
**MANNING [3]** 1/12 2/7 4/8
**many [19]** 8/17 8/19 10/22 12/11
19/5 19/8 19/9 38/19 39/6 52/20
87/23 92/21 102/8 109/21 112/18
115/10 119/10 134/25 177/25
**march [12]** 46/2 46/3 46/5 46/14
49/20 52/15 54/12 55/10 66/20
69/19 87/1 114/3
**marched [1]** 165/19
**marching [1]** 45/9
**MARIANO [6]** 1/15 4/7 9/16 144/12
145/24 147/3
**mark [18]** 56/22 57/17 66/17 68/12

132/15 159/17 165/2 167/8 177/10
190/21 190/21 190/1 195/3
195/19 195/20 198/21 201/12
**marked [8]** 20/12 73/16 99/21
144/8 144/11 144/20 147/3 148/4
**marketing [1]** 11/2
**mask [5]** 6/18 47/25 76/14 150/4
192/19
**masks [1]** 76/11
**material [2]** 138/5 142/22
**matter [2]** 8/12 206/5
**matters [2]** 8/8 8/14
**may [17]** 4/12 4/13 9/22 21/25
22/14 22/21 53/17 64/6 64/7 80/20
82/7 87/20 118/11 120/22 170/14
170/15 194/15
**maybe [6]** 10/20 32/7 131/21
178/18 182/11 199/3
**me [38]** 7/8 8/10 18/12 27/11 47/4
47/19 60/15 65/6 69/6 69/13 77/8
92/16 94/2 105/18 105/25 107/12
108/12 108/19 114/2 121/21 130/6
135/16 153/10 153/21 161/5 161/19
163/1 172/19 176/13 177/17 185/10
185/15 187/25 193/19 194/16
200/20 200/22 202/20
**mean [13]** 5/12 59/18 77/3 77/16
98/5 112/15 120/13 131/20 134/20
169/9 172/2 175/11 204/5
**Meaning [1]** 34/18
**means [5]** 77/25 78/3 78/7 94/2
138/2
**meant [4]** 23/9 24/1 134/12 183/17
**med [1]** 120/21
**media [5]** 11/3 38/23 62/22 62/25
63/3
**medical [1]** 119/24
**meet [12]** 19/4 19/5 33/15 33/17
46/22 54/14 54/16 55/15 109/11
129/24 152/21 152/24
**meeting [3]** 21/19 109/12 153/9
**member [3]** 27/11 63/2 101/24
**members [3]** 5/16 45/2 182/15
**men [1]** 122/11
**mention [2]** 70/19 73/12
**mentioned [4]** 4/25 40/10 59/23
98/2
**mentioning [1]** 70/8
**mere [1]** 143/18
**Mesa [1]** 1/20
**mess [3]** 97/2 97/12 97/13
**message [198]** 19/18 19/21 20/1
21/4 23/22 27/18 27/22 28/2 28/10
29/16 30/18 33/7 33/8 35/4 35/15
35/17 36/23 37/12 37/21 38/12
38/16 38/18 38/25 39/4 40/9 40/13
40/16 40/18 41/12 41/13 41/16
41/17 42/11 42/15 42/20 43/18
43/18 43/20 44/19 45/21 45/21
47/18 48/1 48/5 48/25 49/1 49/8
49/10 50/23 50/24 50/25 51/1 51/2
51/4 51/5 51/7 51/10 51/14 52/8
53/23 54/1 54/19 55/8 61/1 61/8
61/11 61/13 61/20 61/21 61/24
62/12 62/15 64/24 65/4 65/5 65/7
65/17 65/24 66/3 66/7 69/12 70/4
70/5 70/12 70/17 70/17 75/7 75/9
76/9 78/11 78/13 81/9 82/7 83/12
83/19 83/20 84/6 84/7 84/17 84/18
84/22 88/11 88/14 88/16 88/22
89/13 89/13 89/14 89/15 89/21
89/23 90/6 90/7 91/1 93/17 93/19
93/20 93/24 94/10 94/12 99/1
99/21 100/11 100/12 100/20 101/3
103/1 103/3 103/11 103/22 104/6
104/22 105/15 106/7 107/9 109/8
113/1 113/13 113/22 114/7 114/8
114/17 114/18 116/20 116/21 117/3
117/18 118/3 118/4 118/12 118/13
118/17 118/19 119/3 119/5 119/6
119/7 119/11 119/16 119/17 119/18
119/20 120/2 120/6 120/16 120/17

**M**

message... **[32]**   121/2 121/4 121/8
121/13 121/14 122/5 122/5 123/14
124/14 124/15 125/23 126/2 127/2
127/3 127/5 127/6 127/6 127/8
127/11 127/13 127/19 127/20
128/18 128/19 129/17 136/1 136/3
136/6 136/10 140/15 162/12 169/14
**messages [62]**   20/15 20/19 21/3
21/3 23/16 27/17 28/12 28/17 31/2
31/9 31/24 32/11 32/13 32/14
35/25 36/9 37/9 42/3 45/24 45/24
46/25 47/2 47/21 50/19 52/4 53/13
55/8 55/12 60/6 60/8 61/5 62/3
62/5 66/6 69/9 75/23 76/6 76/15
78/10 81/6 84/14 88/10 89/20
94/10 94/18 99/13 100/19 103/19
103/19 105/14 107/20 112/21 117/9
119/13 119/17 121/13 122/14
122/17 125/21 128/12 128/13
128/20
**messaging [2]**   50/10 50/12
**met [13]**   21/6 21/7 21/9 21/10
21/14 21/25 22/12 22/22 23/2
131/12 131/18 131/25 156/25
**metal [1]**   138/6
**mic [1]**   144/17
**microphone [6]**   10/20 21/16 22/9
143/10 144/7 174/23
**mid [1]**   89/5
**mid-December [1]**   89/5
**middle [13]**   26/4 28/15 137/18
139/7 172/17 174/18 176/21 179/21
181/14 182/5 186/22 186/23 187/5
**might [14]**   6/11 7/22 18/16 39/9
47/20 85/5 85/6 126/6 126/12
126/16 129/9 138/16 155/20 171/1
**military [2]**   117/23 122/11
**million [13]**   4/20 46/2 46/3 46/5
46/13 49/20 52/15 54/11 55/10
66/20 69/19 87/1 89/2
**millions [1]**   43/6
**mind [11]**   69/2 69/24 77/2 134/7
134/10 134/16 146/20 169/17
184/20 185/3 204/4
**mindset [2]**   68/24 126/23
**mine [2]**   37/11 141/10
**minute [12]**   64/1 74/23 79/25 80/3
97/17 152/13 159/17 165/2 168/5
169/21 195/3 195/19
**minutes [24]**   26/25 39/9 68/10
68/21 69/7 80/4 133/14 133/24
133/25 142/23 143/1 151/25 161/4
164/23 164/24 164/25 165/4 168/9
169/25 170/17 171/11 171/12
178/18 196/14
**miscommunicating [1]**   76/17
**misdemeanor [1]**   78/19
**misstate [1]**   77/23
**misstates [1]**   156/2
**misunderstanding [3]**   76/18 76/19
134/16
**modify [1]**   112/17
**moment [30]**   30/13 32/4 32/6 39/1
51/19 52/14 98/3 122/12 142/2
152/15 154/3 158/13 173/6 173/10
173/22 174/10 184/4 184/19 189/21
191/6 193/2 193/12 196/5 196/8
198/22 199/2 199/7 201/7 201/17
204/1
**moments [2]**   194/4 197/11
**Monday [5]**   67/24 204/15 204/15
204/18 204/20
**moniker [1]**   73/10
**monitors [1]**   107/20
**month [1]**   76/11
**Monument [1]**   162/6
**more [16]**   8/10 12/9 21/25 22/10
22/14 22/22 72/10 102/9 108/2
112/19 131/21 131/22 131/24
154/15 188/13 199/4

**morning [17]**   4/6 4/9 4/17 4/18
5/5 6/6 24/1 91/5 148/25 149/6
152/17 152/22 153/4 154/4 155/25
156/11 157/1 157/13
**Morton [19]**   13/6 25/22 28/5 28/11
40/3 40/16 41/7 54/2 59/13 59/13
86/3 106/10 111/2 130/6 132/6
171/23 172/4 172/14 172/14
**Morton's [1]**   86/4
**most [9]**   13/24 55/17 121/20
137/19 162/9 162/15 168/2 168/4
179/21
**motorcade [3]**   23/23 23/25 39/2
**motorcades [1]**   24/9
**move [78]**   9/7 15/16 17/16 20/3
20/22 22/18 25/6 30/21 34/8 35/19
40/23 40/24 41/21 42/5 51/12 56/3
58/25 60/20 64/21 65/12 67/7 69/5
71/13 79/12 81/5 83/7 85/22 90/5
92/5 93/8 95/17 96/17 97/25 98/2
99/3 99/15 101/7 106/18 108/22
110/14 112/1 113/15 116/9 117/11
130/16 133/9 137/11 141/16 143/19
144/5 145/7 146/8 147/14 157/17
159/12 160/25 161/25 163/6 164/10
166/11 168/25 172/23 176/17
179/12 183/9 183/15 183/17 183/18
183/20 186/11 186/16 186/19
189/13 191/10 197/3 198/4 203/10
204/7
**moved [9]**   9/3 148/16 175/8 189/23
191/14 191/16 191/19 193/16
194/10
**movement [1]**   185/24
**moves [2]**   31/12 36/11
**Mr [48]**   2/5 2/7 16/20 17/8 17/9
20/11 24/15 28/7 32/19 32/20
41/24 47/18 54/9 54/14 61/23
64/25 68/14 69/9 77/4 78/4 78/13
79/16 80/5 80/24 81/7 82/25 83/19
99/9 106/12 114/17 123/4 124/4
133/18 134/16 137/18 138/9 138/25
143/22 144/12 145/24 147/3 152/15
155/24 165/7 192/1 195/4 195/25
200/9
**Mr. [219]**
**Mr. Hostetter [179]**   4/13 12/2
13/22 15/5 16/1 20/1 20/16 21/7
21/22 22/22 23/2 23/18 24/13
25/23 26/9 26/22 27/5 27/19 30/8
30/16 31/3 31/10 33/1 33/8 35/17
36/1 36/9 37/3 37/17 38/2 38/8
39/13 42/3 43/9 43/14 44/2 44/20
46/16 46/20 47/5 48/3 48/7 49/8
49/10 52/11 53/4 53/10 53/23
54/16 54/23 55/15 57/12 59/11
60/1 62/4 62/8 62/18 62/21 63/7
65/10 65/20 66/2 68/7 68/14 68/22
69/12 69/15 70/7 70/10 70/13
74/16 74/21 75/10 76/24 77/10
78/15 78/22 82/8 86/10 86/17 87/2
87/10 88/11 88/16 89/6 89/16
89/23 90/9 91/2 91/7 93/24 95/4
96/2 96/25 97/12 98/7 102/6 103/1
103/4 103/12 104/19 105/8 105/20
106/12 107/9 107/23 108/7 108/15
109/10 109/12 110/6 110/21 112/9
115/12 122/16 122/21 123/19
124/10 124/15 124/24 125/10
125/14 125/17 126/4 126/11 126/18
129/24 133/18 134/2 134/11 134/25
136/4 136/17 140/18 140/21 142/13
145/12 151/25 152/21 153/1 153/4
156/10 156/19 156/22 158/4 158/14
158/21 160/1 160/6 162/16 163/14
164/18 165/20 166/17 166/24
167/13 167/16 167/22 168/3 170/1
170/11 172/10 172/13 177/20
184/23 191/5 192/6 193/7 197/14
199/2 199/9 199/14 199/21 201/1
201/4 201/14 204/1 204/9 204/25
**Mr. Hostetter's [19]**   37/14 39/4

39/5 43/4 54/18 75/25 76/9 82/7
92/9 105/10 106/16 106/23 107/19
124/3 131/11 132/10 133/2 170/9
185/2
**Mr. Huish [1]**   205/2
**Mr. Morton [1]**   172/14
**Mr. Paul [1]**   6/17
**Mr. Schwager [1]**   4/17
**Mr. Smith [14]**   30/16 31/3 31/10
32/23 33/1 54/8 110/6 124/16
136/4 168/13 172/17 172/18 175/23
176/2
**Mr. Taylor [3]**   12/1 30/14 205/4
**Ms. [1]**   4/11
**Ms. Karren [1]**   4/11
**much [4]**   9/23 77/19 135/22 176/4
**multiple [6]**   45/3 49/15 59/21
73/11 74/2 119/25
**music [1]**   72/3
**must [3]**   49/4 83/24 129/1
**my [41]**   4/7 4/10 5/13 6/23 7/5
7/24 8/20 17/12 18/8 31/24 33/17
33/24 34/23 36/15 47/8 49/5 53/17
53/19 54/20 60/15 65/25 69/13
71/13 76/18 77/3 86/12 89/17
115/8 118/22 123/19 128/17 137/16
142/12 153/17 153/17 156/24
165/10 166/5 177/16 195/14 202/12
**myself [16]**   4/10 19/18 23/8 28/10
35/15 40/16 41/7 65/4 86/3 91/15
106/10 132/6 157/24 194/4 195/13
200/18

**N**

**name [10]**   10/12 13/5 52/9 59/24
90/1 98/6 100/7 100/13 118/22
118/22
**names [5]**   59/4 59/6 76/2 101/23
119/20
**National [1]**   162/5
**nature [2]**   76/17 138/17
**Nazi [1]**   121/11
**near [4]**   107/7 162/5 162/13
182/11
**necessary [1]**   30/1
**need [12]**   30/8 36/15 39/1 39/8
62/4 69/22 84/12 107/17 129/9
152/13 205/10 205/11
**needed [3]**   89/2 97/13 194/20
**needs [4]**   61/2 61/9 76/2 205/5
**never [4]**   107/20 107/23 151/1
193/25
**New [1]**   1/14
**news [3]**   81/16 81/22 90/3
**newsletter [2]**   70/7 70/12
**Newsom [9]**   22/1 23/7 34/19 34/25
61/1 61/3 61/4 71/6 71/17
**Newsom's [1]**   58/6
**next [43]**   8/25 9/1 9/18 9/21 39/4
45/23 47/17 47/21 48/1 61/10 62/6
62/9 62/10 75/22 78/10 82/7 83/18
84/14 84/18 89/12 89/15 89/16
91/1 93/18 103/11 121/2 127/13
128/12 128/13 128/18 131/14 132/1
134/23 136/10 175/5 175/8 185/4
185/22 186/20 188/18 194/2 195/24
199/17
**night [7]**   70/10 92/10 95/2 95/4
97/20 130/11 130/22
**no [92]**   1/4 8/23 9/15 12/4 18/12
18/21 20/6 20/8 21/24 25/9 25/11
29/5 30/24 35/22 41/4 43/5 51/4
53/11 56/6 56/20 60/23 65/15
66/22 67/10 74/12 79/14 83/10
85/2 85/25 92/7 93/10 95/19 96/19
99/6 99/18 101/20 106/21 107/20
107/23 108/11 109/6 110/17 112/4
116/12 122/20 124/12 126/10
127/24 130/19 133/12 134/16
135/15 135/24 137/13 139/16
141/18 145/10 146/10 147/17
154/14 156/24 157/20 159/14 161/2

**N**

no... [28]   162/2 163/10 164/14
166/13 169/2 171/6 173/1 176/3
176/19 178/4 179/14 181/22 182/17
183/11 184/22 185/12 185/14
185/19 188/11 189/16 192/20
192/22 194/10 195/6 197/6 198/7
203/13 205/1
noise [1]   141/25
nonresponsive [2]   34/7 97/24
nonviolent [1]   84/3
noon [2]   33/16 204/18
northern [1]   73/8
Nos [6]   20/24 31/18 36/19 42/8
113/18 117/14
not [62]   4/20 4/24 5/13 6/4 6/14
6/24 7/2 7/14 7/15 7/25 8/1 8/1
8/5 8/9 8/13 9/3 17/24 18/18 30/4
30/9 42/15 42/20 44/22 53/19
53/19 60/4 75/1 76/10 82/6 86/16
87/21 88/21 92/15 107/22 115/7
118/7 118/9 118/14 118/23 119/1
120/10 121/9 121/20 127/10 128/16
129/13 133/6 138/2 138/20 156/24
160/3 163/17 178/4 185/7 185/11
187/22 188/10 194/20 195/4 195/6
202/25 203/21
note [1]   185/24
nothing [3]   8/21 34/24 204/23
noticed [1]   131/17
November [47]   16/5 36/24 37/7
37/22 38/17 38/22 41/20 42/14
42/17 43/19 44/8 45/22 45/25
46/14 46/18 47/1 47/15 48/25 54/4
55/9 56/18 57/25 60/19 61/12
62/14 62/20 63/8 63/19 66/12
66/20 67/15 68/6 69/11 69/15 70/6
72/18 74/1 83/17 83/19 86/11
87/10 94/4 100/9 106/1 109/22
125/14 135/11
November 10th [2]   47/1 48/25
November 13th [1]   54/4
November 14th [1]   55/9
November 16th [4]   60/19 61/12
83/17 83/19
November 17th [1]   62/14
November 2020 [8]   46/18 57/25
62/20 63/8 68/6 86/11 125/14
135/11
November 27th [2]   63/19 67/15
November 28 [1]   69/11
November 28th [3]   69/15 70/6 74/1
November 2nd [2]   36/24 37/7
November 3rd [1]   37/22
November 4th [2]   38/17 38/22
November 6 [1]   42/14
November 6th [1]   41/20
November 8 [2]   43/19 44/8
November 9th [2]   45/22 45/25
now [29]   30/9 51/18 75/11 75/24
81/5 83/24 90/4 107/20 116/2
119/10 119/16 127/13 136/13 138/8
138/24 139/7 139/17 140/1 140/6
144/5 149/11 158/4 188/6 189/23
190/17 191/1 192/2 192/18 200/5
number [8]   4/24 24/17 50/14
144/10 149/9 164/11 182/18 182/19
numbers [5]   4/24 5/7 5/8 5/9 59/6
NW [3]   1/14 1/16 1/24

**O**

oath [1]   4/13
object [17]   14/1 15/12 22/16
28/15 53/16 70/21 74/25 86/15
86/18 88/5 139/17 140/2 140/7
141/24 142/8 174/14 177/22
objected [2]   6/8 89/2
objection [33]   5/19 6/9 7/4 8/7
20/5 25/8 25/9 26/14 29/3 32/1
32/16 33/21 34/7 34/23 40/25
45/12 51/14 68/25 71/13 71/15
72/16 74/8 77/1 86/23 97/4 97/23
156/2 185/1
objections [2]   31/24 36/16
objective [1]   188/18
objects [2]   138/10 139/1
observe [4]   24/13 39/12 132/10
173/13
observed [2]   38/8 63/2
observing [2]   173/5 173/9
obstruct [1]   17/20
obviously [2]   81/24 115/6 180/2
OC [3]   54/5 54/6 54/8
occasionally [2]   62/21 62/24
occasions [1]   45/3
occupied [1]   47/19
occupy [1]   43/6
October [3]   33/12 33/22 35/5
October 24th [2]   33/12 35/5
odd [1]   72/12
off [9]   7/5 47/4 48/14 108/6
108/7 108/8 126/15 175/13 194/23
offer [1]   29/8
office [2]   1/16 5/13
officer [4]   182/8 193/18 194/16
194/18
officers [7]   175/15 182/10 182/11
182/14 182/19 184/18 189/20
official [4]   1/23 17/21 206/3
206/13
officials [2]   97/6 97/8
often [4]   5/1 26/9 26/22 78/22
Oh [3]   51/4 107/17 191/8
okay [71]   6/4 8/22 8/24 10/1 10/4
16/7 19/25 21/6 23/15 25/10 30/11
33/15 38/16 39/19 41/11 42/11
45/11 47/13 48/24 53/4 58/22 62/7
63/25 64/3 65/5 66/1 67/24 74/14
81/10 83/4 89/14 91/12 91/16
100/2 113/9 114/12 115/25 116/23
122/5 125/17 127/18 129/24 132/1
134/7 137/8 138/19 140/6 143/12
143/16 145/21 149/13 150/11 152/9
154/10 169/13 170/4 172/3 177/7
177/11 188/10 188/20 190/7 190/21
191/3 191/21 191/24 196/18 198/17
200/23 205/8 205/11
older [1]   77/16
OMG [1]   75/23
once [5]   12/9 31/23 64/20 76/11
111/7
one [42]   6/14 6/18 6/24 7/2 7/15
8/1 8/5 8/9 9/8 12/13 22/25 28/17
29/20 30/13 37/9 64/15 73/7 73/12
73/24 78/4 82/20 84/14 96/3 97/1
100/7 100/8 104/2 104/10 108/12
109/4 120/21 121/17 122/15 123/4
127/22 149/18 152/13 152/15
154/15 155/16 199/12 199/13
ones [2]   104/10 104/13
online [3]   11/3 87/14 150/23
only [4]   18/8 51/17 51/23 98/6
Oops [1]   54/21
op [2]   120/8 120/9
opened [1]   42/21
opening [1]   175/18
Operational [1]   120/14
operations [1]   82/23
operators [1]   83/23
opposed [1]   155/16
opposition [3]   43/2 170/23 170/24
ops [3]   82/11 82/22 83/3
optimistic [1]   39/7
Orange [7]   23/1 23/8 34/6 34/12
54/7 54/9 70/23
order [1]   165/11
ordered [1]   23/12
organization [3]   27/4 27/7 88/20
organize [11]   11/15 11/17 50/3
52/15 58/8 91/10 98/10 98/21
102/23 122/23 142/22
organized [3]   22/13 79/24 98/18

72/16 74/8 77/1 86/23 97/4 97/23
156/2 185/1
organizers [1]   82/20
organizing [2]   49/23 50/7
78/6 104/2 123/1 123/20 123/24
original [1]   51/16
other [30]   7/24 9/8 11/18 13/7
14/8 17/24 17/25 22/13 31/2 35/25
39/24 47/11 62/3 82/19 99/13
109/4 114/2 119/22 122/14 123/22
132/6 137/5 138/15 152/24 158/14
163/16 173/24 175/1 182/9 204/16
otherwise [3]   18/16 167/24 204/20
our [31]   4/8 9/24 23/7 28/21
39/10 64/1 64/17 77/19 77/20 82/4
82/6 92/16 94/24 114/2 117/24
118/7 118/8 118/25 119/23 121/22
124/22 124/24 128/14 131/15
152/14 173/19 174/21 174/24 178/7
191/14 192/10
ourselves [2]   91/10 102/22
out [36]   23/10 28/6 28/16 28/25
29/16 31/24 38/6 39/6 44/10 61/2
61/9 70/7 70/9 70/12 70/14 71/11
73/16 78/23 90/6 90/17 90/19
94/17 101/23 103/5 112/9 140/13
149/3 153/11 153/11 175/19 176/7
176/13 176/23 177/1 196/8 205/6
outcome [8]   6/10 14/11 16/8 16/10
16/18 18/13 18/15 134/21
outcomes [3]   6/5 6/24 7/2
outdoor [1]   22/3
outlet [1]   81/22
outnumbered [2]   182/21 182/22
outside [14]   4/22 33/22 41/2
110/6 128/16 129/11 129/13 136/14
136/17 138/24 161/14 174/2 174/10
179/19
oval [11]   139/7 139/8 140/6 140/8
179/21 181/13 183/24 187/5 199/23
199/25 200/13
ovals [2]   138/24 139/1
over [27]   33/16 49/5 56/23 70/9
70/13 74/2 118/22 118/24 119/20
167/1 171/8 172/2 177/5 187/3
188/15 191/6 191/8 191/10 191/16
191/22 193/16 193/17 194/3 194/15
198/10 205/4 205/5
overreach [1]   71/8
overruled [27]   5/20 14/3 22/19
26/15 29/3 32/1 34/1 35/2 36/18
41/3 45/14 70/25 71/15 72/16 75/3
77/5 77/24 88/7 97/5 108/24 123/6
124/8 134/13 156/5 174/16 185/4
185/10
overthinking [2]   47/20 48/6
overturning [1]   7/23
own [9]   12/19 18/9 66/10 86/12
86/17 105/6 132/8 134/7 134/16
owned [1]   87/6
owner [3]   59/18 112/12 112/14
ownership [1]   59/21

**P**

p.m [11]   33/14 33/18 33/19 71/6
71/18 72/1 72/9 83/19 196/11
200/12 205/16
pack [1]   107/17
page [27]   43/17 45/23 47/21 48/25
59/3 59/4 59/10 61/10 62/6 62/7
62/9 62/10 66/5 70/16 75/22 83/12
83/18 84/5 89/12 93/18 94/9 94/18
102/4 112/8 121/2 127/5 127/19
pages [6]   17/8 51/17 51/18 51/22
51/23 112/7
pair [2]   9/5 9/11
pants [1]   167/17
paragraph [3]   81/25 115/5 120/19
paralegal [2]   4/8 152/14
Pardon [1]   25/25
park [2]   34/6 34/12
parliamentarians [1]   8/12
part [24]   8/19 11/4 17/23 18/4
29/8 29/23 56/14 58/17 76/10

**part... [15]**  81/18 85/1 106/14
111/17 119/21 123/24 137/18
157/10 162/9 162/15 168/2 168/4
173/6 181/14 192/13
**participant [5]**  53/8 84/17 102/6
112/9 112/10
**participants [10]**  41/6 50/19
64/23 101/9 101/15 111/20 111/23
112/8 112/18 128/9
**participate [6]**  40/18 41/13 41/14
43/13 58/20 98/23
**participated [5]**  51/7 101/10
102/9 113/3 116/23
**participating [3]**  130/24 163/15
163/17
**particular [13]**  13/1 27/4 33/21
50/2 50/16 58/8 91/7 91/13 97/8
97/9 122/16 173/18 173/21
**parties [3]**  64/16 80/17 143/3
**parts [2]**  171/20 173/24
**party [1]**  39/10
**passionate [1]**  23/6
**past [5]**  181/21 182/15 184/9
184/12 184/21
**Patriot [1]**  58/23
**patriots [22]**  58/1 58/16 60/12
82/4 82/10 83/3 83/22 83/24 87/24
89/2 92/11 98/18 100/10 111/4
111/7 111/8 111/15 111/23 114/1
114/3 114/24 157/11
**Paul [1]**  6/17
**pause [52]**  24/18 26/19 32/8 55/20
56/22 63/11 68/3 68/21 74/23
79/25 95/7 96/7 96/22 141/2
158/25 159/17 160/15 161/11
161/18 162/12 163/21 163/24 166/1
167/8 167/12 168/5 168/17 169/5
169/21 169/25 170/11 170/17 176/9
177/10 179/3 182/25 185/21 185/23
186/3 189/1 189/2 190/15 196/14
196/21 197/9 197/21 198/21 199/6
199/18 201/5 201/12 201/20
**pausing [2]**  27/1 68/13
**paying [1]**  164/20
**Peggy [1]**  33/17
**Pence [1]**  165/8
**people [68]**  4/25 5/9 5/17 8/9
11/18 11/20 13/4 13/7 14/8 14/11
14/13 15/2 19/12 22/13 23/9 38/5
38/19 38/21 39/1 39/6 39/7 39/24
40/10 43/7 44/13 49/23 50/3 52/15
56/14 70/9 70/13 70/14 76/3 87/20
96/25 97/3 97/22 98/11 100/3
102/8 102/13 112/16 112/16 114/5
114/25 115/10 117/25 118/14 119/2
119/13 122/23 123/1 123/15 123/20
136/22 152/24 157/1 157/10 170/1
173/14 174/1 174/4 179/22 182/19
184/20 192/16 202/4 204/2
**People's [1]**  133/22
**pepper [13]**  13/12 109/20 148/25
149/5 193/21 193/22 193/23 193/25
195/5 195/10 196/4 197/11 198/19
**per [1]**  129/3
**percent [2]**  119/22 128/14
**period [13]**  21/22 22/21 22/22
26/9 57/25 62/20 68/6 68/23 80/6
89/5 110/19 114/14 131/23
**periods [1]**  120/22
**perjury [1]**  19/1
**permission [3]**  143/9 205/5 205/6
**person [10]**  59/19 63/20 72/25
85/15 116/4 140/13 167/3 182/7
202/24 203/20
**personal [3]**  50/14 159/23 160/2
**personally [4]**  4/20 49/25 104/9
135/13
**Phoenix [18]**  27/6 27/10 27/12
27/13 27/24 62/24 70/8 77/18
81/23 85/16 88/1 91/22 92/1 93/1

93/6 110/3 110/10 111/1
**phone [3]**  88/8 88/14 106/19
**phones [2]**  105/12 105/19
**phony [1]**  92/14
**photo [12]**  52/22 86/2 110/5 110/5
137/9 157/23 158/10 158/15 163/14
175/4 175/23 178/10
**photograph [5]**  137/6 137/15 142/6
157/4 157/12
**phrase [4]**  12/17 14/21 82/22
123/16
**physical [10]**  142/20 143/6 143/7
143/15 152/11 154/15 154/16
178/11 186/23 200/24
**physically [1]**  193/23
**pick [7]**  146/12 146/12 149/2
149/20 150/6 150/11 151/10
**picked [1]**  29/23
**pickup [2]**  48/16 125/12
**picture [11]**  91/20 115/18 115/19
116/3 130/6 130/10 130/14 162/25
172/11 172/20 191/22
**piece [1]**  30/1
**pistol [1]**  108/19
**place [8]**  6/21 73/5 75/1 79/22
87/16 147/2 155/11 155/11
**placed [1]**  125/15
**Plaintiff [2]**  1/4 1/12
**plan [6]**  39/17 39/19 104/16
105/10 105/22 160/9
**plane [1]**  47/10
**planned [2]**  39/20 153/5
**planning [13]**  23/9 24/1 39/24
46/1 88/24 91/9 91/12 91/13
102/13 126/7 126/8 128/9 170/25
**plans [2]**  12/25 153/1
**plate [10]**  120/23 137/23 138/1
138/9 138/21 139/8 139/18 140/7
146/2 168/10
**plates [11]**  48/2 66/8 66/8 66/10
66/21 120/1 120/4 138/3 138/6
146/17 146/19
**platform [7]**  50/2 50/10 50/12
53/13 58/9 59/24 63/16
**play [85]**  24/18 26/6 26/19 27/1
49/25 55/20 56/21 56/22 57/17
63/11 63/11 68/2 68/13 68/21 69/6
74/23 79/2 79/25 80/4 95/6 95/21
96/6 96/21 97/17 133/14 133/25
134/23 141/1 141/20 158/25 159/16
160/14 161/6 161/7 161/7 161/17
162/12 163/21 164/23 164/25 165/2
165/3 165/4 165/25 167/8 167/12
168/5 168/16 169/4 169/21 169/25
170/4 170/7 170/9 170/17 171/11
176/8 177/9 179/2 180/9 182/24
183/13 185/22 186/2 188/25 189/19
190/5 190/9 190/15 192/1 195/19
195/24 196/20 197/8 197/20 198/21
199/4 199/17 199/17 201/5 201/20
202/2 203/1 203/2 203/15
**played [18]**  24/19 26/7 26/20 27/2
63/12 68/4 75/4 80/1 95/23 133/16
141/3 141/22 159/1 159/18 160/16
161/9 163/22 180/10
**playing [3]**  68/10 196/14 199/6
**plaza [6]**  173/12 175/7 175/13
175/22 178/20 191/12
**plea [7]**  17/1 17/4 17/12 18/4
18/8 18/22 19/6
**plead [1]**  17/20
**pleaded [1]**  16/23
**pleading [1]**  17/23
**please [108]**  4/4 10/12 17/7 23/16
26/25 37/15 43/17 48/24 49/6 55/7
55/20 59/5 62/2 63/11 66/5 66/16
68/10 68/12 68/21 77/9 80/3 80/3
80/13 81/6 82/24 83/18 88/10
89/12 90/6 91/1 92/9 93/19 95/6
95/21 96/6 96/21 98/14 100/19
102/4 102/5 104/21 105/14 111/6
112/21 114/17 116/20 117/22 118/3

118/6 118/13 118/17 118/18 120/15
120/22 123/17 129/3 129/16
130/2 133/14 133/25 134/23 135/25
141/1 150/12 155/12 158/25 160/14
161/4 161/5 162/12 162/23 163/21
164/23 164/25 165/2 165/3 165/4
165/6 165/25 166/15 167/13 168/16
168/16 169/4 169/4 169/21 170/9
170/17 171/11 176/8 180/8 180/9
180/25 181/23 182/24 182/24
183/13 185/21 188/25 195/19
196/20 196/20 197/8 198/21 200/21
201/4 202/2
**pled [1]**  18/11
**plenty [1]**  125/24
**plus [1]**  114/1
**podcast [1]**  103/4
**podium [1]**  4/4
**point [44]**  5/10 5/13 7/1 9/7
22/24 27/9 29/21 45/7 45/13 52/11
54/22 55/23 63/25 66/1 67/1 100/6
102/12 114/5 125/2 131/20 135/20
142/19 143/22 148/19 152/11
165/10 167/16 167/21 171/4 173/23
180/18 181/17 182/4 182/9 183/4
187/22 191/21 192/18 194/8 194/12
195/4 195/12 195/14 200/23
**pointing [2]**  133/21 133/22
**police [59]**  22/25 44/10 44/11
44/22 45/5 45/7 45/17 77/17
167/11 169/22 173/12 173/15 175/6
175/10 175/12 178/20 178/24 180/1
180/3 180/5 180/17 181/15 181/20
182/8 182/9 182/14 182/18 182/23
183/21 183/22 184/7 184/9 184/12
184/18 184/18 184/21 185/9 186/14
186/17 186/20 188/23 189/20 190/3
190/4 190/20 190/22 190/25 191/4
191/11 191/14 192/11 193/2 193/13
193/16 194/8 194/10 194/16 194/22
195/18
**policies [1]**  26/23
**politically [1]**  11/9
**poor [1]**  187/24
**Porter [13]**  50/17 52/7 52/9 52/12
59/23 65/21 65/24 66/2 83/13
104/14 104/14 116/25 121/3
**portion [10]**  19/20 28/16 28/24
30/15 64/23 96/15 96/23 114/7
143/5 175/20
**position [5]**  8/8 8/17 8/18 152/14
191/10
**positioned [1]**  74/20
**positively [3]**  170/3 170/5 184/8
**possess [1]**  78/19
**possibilities [2]**  6/14 8/2
**possibility [6]**  6/13 7/15 7/21
7/21 7/25 126/14
**possible [4]**  6/5 6/10 61/16 61/17
**possibly [3]**  7/17 168/9 187/4
**post [20]**  62/21 62/25 67/16 67/25
85/14 85/15 85/18 87/18 91/20
91/25 92/9 92/21 93/1 93/6 93/12
110/3 110/5 110/10 110/25 112/16
**posted [3]**  63/16 67/22 84/7
**postings [1]**  63/3
**posts [2]**  91/21 91/22
**potentially [1]**  188/24
**pounds [1]**  146/16
**Powell [3]**  75/12 75/13 76/3
**Preach [1]**  62/19
**precautions [1]**  6/20
**predominant [1]**  104/2
**predominantly [2]**  50/4 97/10
**preelection [1]**  39/22
**prefer [1]**  115/8
**preference [3]**  16/8 204/12 204/13
**preferred [1]**  89/17
**prejudice [1]**  32/15
**prepared [2]**  126/23 154/1
**preparing [2]**  126/23 153/20
**prescription [1]**  78/20

## P

**presence [3]** 45/5 45/7 194/10
**present [2]** 24/15 169/24
**presented [2]** 115/8 174/14
**preservation [1]** 118/8
**president [30]** 5/14 6/1 16/11
16/13 16/19 24/3 26/23 39/14
46/11 75/14 82/2 82/4 90/13 90/16
90/18 90/22 92/10 97/16 100/1
100/2 100/11 111/4 128/4 135/21
158/11 162/11 162/20 163/16 164/2
165/8
**presidential [6]** 11/11 37/1 42/18
70/24 72/20 89/7
**press [6]** 5/12 7/13 39/8 75/11
75/15 161/6
**Presumably [1]** 107/6
**pretrial [1]** 205/10
**pretty [7]** 11/6 37/25 53/7 77/19
174/5 174/7 180/23
**prevail [1]** 111/8
**previous [11]** 22/25 48/5 66/3
76/14 76/15 84/22 117/22 128/20
135/5 170/25 192/14
**previously [25]** 20/11 31/2 31/5
32/19 33/6 35/25 36/3 41/24 42/12
64/9 66/5 66/16 66/17 100/8
101/12 102/2 103/20 106/1 106/15
110/6 122/14 156/14 156/18 180/1
203/3
**primarily [1]** 50/7
**primary [2]** 8/9 118/8
**principally [1]** 8/12
**prior [5]** 76/15 129/2 173/11
**pro [4]** 4/10 35/9 39/22 72/22
**pro-Trump [1]** 39/22
**probably [1]** 187/24
**problem [2]** 96/2 96/4
**problems [1]** 153/22
**procedure [1]** 8/11
**procedures [4]** 6/7 7/4 7/5 8/5
**proceed [2]** 64/6 80/20
**proceeding [2]** 8/2 17/21
**proceedings [2]** 205/16 206/5
**process [2]** 135/10 173/23
**processes [1]** 89/10
**produced [2]** 28/19 64/17
**professional [2]** 78/20 119/9
**profile [2]** 115/18 115/19
**prohibited [2]** 127/24 129/3
**project [18]** 27/6 27/10 27/12
27/13 27/24 62/24 70/8 77/18
85/16 88/1 91/22 92/1 93/2 93/6
110/4 110/10 111/1 143/10
**promise [2]** 18/18 18/19
**promises [1]** 18/12
**promote [1]** 70/14
**properly [1]** 74/25
**proposal [1]** 85/3
**propose [1]** 143/4
**proposed [5]** 8/3 76/24 77/11 82/1
82/8
**proposing [1]** 123/15
**prosecute [1]** 17/24
**prosecuted [1]** 19/2
**prosecution [1]** 6/16
**prosecutors [2]** 19/5 19/11
**protect [5]** 102/22 146/21 155/5
155/5 191/17
**protection [1]** 13/11
**protective [5]** 13/11 66/9 138/17
159/23 160/3
**protest [8]** 4/21 5/4 5/11 6/19
21/12 42/21 72/2 90/14
**Protest.com [3]** 103/24 103/25
128/24
**protesters [3]** 171/2 182/23
183/19
**protestors [1]** 184/16
**protests [3]** 23/6 24/11 43/14
**protocol [1]** 129/4

**provide [4]** 18/25 109/14 117/22
**provided [6]** 6/15 8/5 29/16 64/15
64/18 101/2
**provides [2]** 6/7 7/3
**provisions [1]** 18/22
**public [3]** 80/5 81/22 107/21
**pull [6]** 10/20 21/16 66/15 69/9
83/18 95/6 96/6 142/6
**pulled [1]** 153/10
**punching [2]** 138/18 184/13 184/17
**pundit.com [1]** 90/13
**pundit.com/202012 [1]** 90/13
**purchase [2]** 87/12 87/14 87/16
**purchased [1]** 150/23
**purpose [5]** 34/21 101/3 102/19
146/19 153/19
**purposes [1]** 120/8
**purview [1]** 53/20
**push [1]** 48/3
**pushed [6]** 191/12 191/20 191/21
192/10 192/10 192/16
**pushing [3]** 58/5 184/13 184/17
**put [21]** 21/12 22/2 48/22 49/6
49/11 49/16 80/23 89/3 118/25
145/15 145/24 148/3 149/8 150/3
150/11 150/21 151/23 153/11
153/12 156/16 158/14
**puts [1]** 140/13
**putting [4]** 21/13 23/5 133/6
144/12

## Q

**quadrant [3]** 171/19 195/23 196/13
**quarter [1]** 196/3
**question [24]** 29/2 34/8 34/10
45/15 60/15 64/8 71/2 77/6 77/8
86/19 86/23 97/24 98/3 123/9
123/19 134/15 135/16 156/7 161/12
177/16 185/14 185/15 185/16
192/14
**questioned [1]** 75/2
**questioning [1]** 53/18
**questions [5]** 4/19 19/11 143/18
144/7 187/25
**quick [2]** 32/3 32/6
**quite [2]** 7/14 175/14
**quote [4]** 81/10 81/21 82/1 82/8
**quotes [1]** 81/17

## R

**R-U-S-S-E-L-L [1]** 10/14
**racks [1]** 175/14
**radio [1]** 140/5
**radios [3]** 105/12 105/18 119/25
**railing [3]** 187/7 187/15 198/11
**raise [3]** 30/10 88/24 204/22
**rallies [8]** 5/25 24/10 42/21
42/23 42/25 43/1 43/14 88/25
**rally [20]** 5/6 33/15 34/3 34/4
34/11 34/11 39/2 39/23 44/7 44/9
44/15 44/15 44/17 45/1 61/17 72/2
79/24 81/2 118/23 163/18
**Ranch [2]** 10/17 24/25
**range [1]** 97/21
**Ratcliff [1]** 90/3
**reach [1]** 64/16
**reached [1]** 19/6
**reaching [1]** 39/6
**react [2]** 39/9 170/1
**reacted [1]** 153/23
**reacting [1]** 184/6
**read [75]** 27/21 33/13 37/8 37/12
37/14 38/18 38/25 39/5 43/3 43/24
44/19 47/2 47/22 49/1 53/17 53/19
54/18 55/12 61/5 61/16 61/24
62/18 65/17 66/6 67/14 69/21 75/9
75/25 76/9 78/10 81/9 81/25 83/20
84/11 87/18 88/23 89/16 90/12
91/1 92/9 93/12 93/22 94/12 94/14
94/23 100/22 103/11 104/6 105/1
105/17 107/9 107/16 107/19 108/3

110/25 114/17 115/4 117/20 118/6
118/20 120/8 120/19 121/8
121/19 122/9 124/20 125/23 126/2
127/8 127/16 129/7 136/10 196/9
200/10
**reading [5]** 38/2 53/13 69/2 77/2
134/10
**ready [7]** 61/22 83/22 123/2
123/21 123/24 153/22 154/1
**really [2]** 22/5 39/17
**reason [4]** 5/10 28/15 160/3
184/23
**rebooked [1]** 94/4
**recall [19]** 7/5 7/18 80/25 97/19
102/8 119/10 120/24 125/14 126/18
126/21 127/11 153/23 154/11 178/3
178/5 181/8 184/4 184/6 186/25
**receive [3]** 18/6 47/5 53/23
**received [67]** 9/8 9/13 17/18 20/7
20/23 29/4 30/23 31/17 32/2 35/21
36/13 36/18 41/3 41/22 42/7 51/15
51/16 51/21 55/1 56/5 59/1 60/22
65/14 67/9 74/11 79/13 83/9 85/24
92/6 93/9 95/18 96/18 99/5 99/17
101/19 106/20 107/25 110/16 112/3
113/17 116/11 117/13 130/18
133/11 137/12 141/17 145/9 146/9
147/16 148/17 157/19 159/13 161/1
162/1 163/8 163/9 164/13 166/12
169/1 172/25 176/18 179/13 183/10
189/15 197/5 198/6 203/12
**receives [1]** 52/8
**receiving [4]** 119/3 119/10 120/2
127/11
**recess [5]** 64/5 80/17 80/18 143/1
143/2
**recognize [87]** 17/9 19/15 24/21
25/18 28/7 35/12 40/13 41/9 48/19
50/20 55/21 56/9 56/11 57/1 58/13
60/6 63/14 63/20 65/1 73/17 79/3
82/25 85/11 91/17 92/23 95/8 96/8
98/14 101/7 106/4 107/13 109/24
111/12 112/21 115/14 116/3 116/16
130/2 132/21 137/1 137/19 138/10
139/1 139/8 139/18 140/2 140/7
141/5 142/8 144/14 144/23 145/23
147/6 148/6 154/20 157/6 159/3
160/18 161/18 162/23 163/24
165/25 166/2 167/3 168/18 170/9
170/21 172/10 171/22 172/17 176/10
179/3 181/3 182/25 183/25 186/7
193/20 194/22 196/22 197/21 199/7
199/9 200/14 201/21 202/6 202/14
203/3
**recognized [1]** 66/24
**recollection [3]** 5/12 156/22
156/24
**recon [1]** 54/21
**reconnected [1]** 201/6
**record [26]** 4/5 10/13 12/1 26/3
29/15 29/17 56/9 122/13 137/17
158/1 158/5 158/21 160/12 161/14
166/21 167/14 171/7 179/20 189/25
192/4 195/22 196/1 197/15 199/11
199/23 206/5
**red [5]** 79/19 172/1 172/5 192/5
197/16
**redacted [1]** 28/22
**redaction [1]** 36/16
**redactions [1]** 28/20
**redid [1]** 51/22
**redirect [1]** 8/23
**refer [7]** 14/24 35/6 71/4 82/22
96/2 96/25 182/1
**reference [25]** 23/22 54/6 59/13
61/3 61/17 69/18 78/15 83/13
83/14 84/21 86/17 90/15 91/4
94/25 103/9 103/14 103/25 104/14
116/25 120/4 128/1 134/2 134/5
159/23 186/20
**referenced [1]** 23/12
**references [1]** 70/12

**referencing [4]**  81/18 90/21
100/10 122/1
**referred [7]**  26/12 27/13 28/12
34/3 124/24 133/22 136/21
**referring [18]**  26/13 58/4 70/20
100/3 105/3 124/25 129/20 132/5
140/14 160/2 167/10 169/7 170/19
171/13 171/25 181/15 182/2 184/14
**refers [1]**  57/19
**reflect [20]**  12/1 26/3 29/15
56/10 67/21 100/12 102/5 137/17
158/5 166/21 167/14 171/7 179/20
189/25 192/4 195/22 196/1 197/15
199/11 199/23
**reflected [1]**  67/20
**regarding [1]**  34/25
**regards [11]**  33/21 36/16 53/16
53/19 70/21 77/2 77/23 88/5 124/3
134/10 174/14
**regular [6]**  50/12 50/24 186/2
199/18 204/17 204/20
**reinforced [2]**  138/13 138/14
**reject [1]**  92/13
**related [3]**  16/21 43/14 72/20
**relates [1]**  29/21
**Relating [1]**  26/16
**relation [8]**  29/17 36/25 42/17
43/10 74/20 75/17 110/19 187/2
**relationship [2]**  23/4 77/15
**relevance [10]**  5/19 26/14 33/21
33/24 34/23 36/16 41/1 45/12
70/22 97/4
**relevant [4]**  28/21 30/3 30/4
117/24
**remember [6]**  21/18 72/13 90/22
119/3 120/2 153/17
**remind [1]**  4/13
**remote [1]**  7/21
**remove [5]**  84/2 112/16 147/22
154/18 155/7
**removing [1]**  23/7
**renew [2]**  34/23 71/13
**repeat [7]**  31/13 52/5 63/5 64/25
77/6 77/8 123/9
**rephrase [2]**  86/19 86/22
**report [1]**  90/4
**reported [1]**  7/12
**reportedly [1]**  204/2
**reporter [8]**  1/22 1/23 31/14
60/14 143/11 144/8 206/3 206/13
**reports [1]**  38/3
**represent [6]**  101/14 183/7 189/10
197/1 198/2 201/25
**representation [41]**  19/25 25/3
35/16 40/20 41/16 51/9 55/25
58/23 60/11 65/9 67/5 73/21 74/5
79/9 83/5 85/17 91/25 93/5 95/14
96/14 98/25 106/11 110/9 111/22
113/6 113/12 115/25 116/6 117/2
133/1 133/7 137/8 141/13 159/9
160/22 161/22 163/2 164/7 166/8
168/22 176/14
**representations [4]**  36/8 42/2
99/12 117/8
**representing [3]**  4/10 87/23 111/1
**republic [1]**  111/9
**Republican [1]**  98/6
**requested [1]**  111/4
**reserve [1]**  31/24
**reserving [1]**  36/15
**residents [4]**  71/7 71/19 71/22
71/23
**respect [4]**  52/4 60/1 91/21
122/13
**respectfully [1]**  25/6
**respond [1]**  144/6
**response [35]**  23/13 30/5 34/9
34/23 37/10 37/14 39/5 39/5 43/4
47/22 47/23 49/9 61/21 61/23
65/20 69/21 75/25 82/7 84/22

88/21 88/23 89/13 91/8 94/14
107/16 107/19 108/5 127/14 128/19
192/13
**responsible [1]**  13/16
**responsive [1]**  118/1
**rest [5]**  28/22 38/25 62/1 107/23
114/8
**restate [1]**  185/16
**restaurant [1]**  110/7
**restrict [1]**  59/21
**restrictions [1]**  72/7
**result [2]**  14/17 46/8
**resulted [1]**  7/23
**results [8]**  6/25 7/16 12/3 12/23
15/2 15/8 89/1 135/17
**resume [1]**  4/12
**retaining [4]**  187/1 187/12 192/12
194/3
**retreated [6]**  193/19 193/22 194/2
194/8 194/17 197/12
**retrieve [2]**  54/22 125/3
**return [4]**  18/6 64/7 126/10
152/12
**review [5]**  51/20 51/25 64/20
143/6 143/15
**reviewed [11]**  20/11 31/2 31/5
35/25 36/3 41/24 99/9 101/12
113/9 117/5 143/7
**rigged [1]**  5/23
**right [57]**  4/21 26/1 32/21 52/2
52/16 56/24 62/11 64/12 65/14
75/11 75/24 79/19 80/20 81/3 84/5
84/15 86/2 86/14 116/3 119/6
123/12 123/17 129/4 129/7 130/7
134/24 136/15 143/20 156/20 157/2
158/6 161/11 165/24 171/19 173/11
175/24 177/12 181/25 183/24 185/4
185/5 185/18 190/3 190/6 190/19
190/22 190/25 191/2 191/4 191/5
194/5 195/22 196/12 199/3 199/3
200/14 205/2
**rights [1]**  112/16
**RINO [3]**  89/4 98/3 98/5
**RINOs [2]**  97/10 97/10
**riot [1]**  6/5 39/3 44/11
**rise [1]**  80/16
**Riverside [1]**  73/8
**RockQwell [8]**  50/17 52/7 52/9
52/12 59/23 83/13 116/25 121/3
**rocks [1]**  84/13
**role [2]**  27/9 49/25
**room [12]**  1/24 11/20 49/6 54/20
93/23 124/23 124/25 125/4 125/6
129/19 129/21 137/16
**Ross [1]**  37/16
**Roughly [2]**  102/8 112/18
**ROYCE [1]**  1/9
**RPR [1]**  206/12
**Rudi [2]**  103/9 103/10
**Rudi's [1]**  103/4
**rule [2]**  30/6 84/1
**rules [1]**  8/11
**run [3]**  11/13 38/6 153/21
**Rush [1]**  38/4
**Russ [7]**  47/19 54/21 56/23 62/19
65/18 111/2 125/24
**Russell [4]**  2/6 10/5 10/14 14/10
**RussTaylor [1]**  87/22

**S**
**safety [1]**  115/6
**said [34]**  7/3 14/18 15/18 18/18
21/13 22/21 23/2 29/15 29/25 48/5
48/21 56/23 71/25 109/1 134/11
136/13 153/14 154/6 158/18 167/9
170/1 170/14 170/18 171/12 178/3
180/5 180/12 182/18 185/5 192/10
193/22 202/4 202/10 202/21
**sake [1]**  20/21
**same [44]**  29/16 31/3 36/1 55/1
62/20 69/18 73/10 86/14 87/16

96/11 96/12 99/13 102/1 103/20
108/10 108/13 114/4 114/12 114/13
118/19 125/12 125/18 136/7 138/25
140/14 142/2 145/4 146/5 147/10
148/12 148/13 151/12 154/24
155/24 156/10 160/11 160/11
167/24 179/17 183/4 184/24 189/7
190/11 198/17
**San [5]**  21/11 24/3 24/4 73/6 73/8
**satisfied [1]**  171/16
**Saturday [1]**  61/16
**save [1]**  32/7
**saving [1]**  111/8
**saw [32]**  6/16 6/17 37/18 53/12
62/15 67/5 81/18 89/13 110/5
122/16 125/17 126/18 135/1 135/13
136/7 140/15 142/2 151/14 153/12
156/3 164/20 167/24 176/5 178/10
179/17 180/1 181/20 183/5 184/9
184/11 185/3 192/14
**say [42]**  14/5 23/3 26/10 38/23
42/12 68/16 68/18 76/25 77/3
91/12 96/3 97/12 100/2 102/9
122/15 132/17 136/20 137/24 138/1
150/19 164/5 169/6 170/4 170/13
171/24 172/14 173/22 175/10
176/23 178/6 178/18 183/17 183/22
184/2 184/9 184/14 186/4 187/4
188/24 195/16 196/15 200/23
**saying [10]**  45/4 90/17 94/1
121/10 126/5 160/6 170/11 180/15
202/18 205/7
**says [6]**  90/3 90/14 94/1 104/9
104/12 129/1
**scaffolding [13]**  174/21 174/24
175/1 175/5 175/16 175/19 175/21
176/1 176/13 176/24 177/5 179/19
179/25
**schedule [2]**  204/17 204/20
**scheduled [1]**  10/2
**Schwager [2]**  2/4 4/17
**scope [1]**  41/2
**score [1]**  38/6
**screen [38]**  25/23 26/1 26/4 56/11
57/6 74/16 79/16 80/23 106/25
137/18 140/2 142/9 158/2 158/3
167/15 171/9 171/20 174/19 176/21
179/22 181/2 181/14 182/1 182/5
183/24 186/22 187/6 190/2 192/6
195/25 196/3 197/17 197/18 198/11
198/15 199/24 200/14 201/13
**screening [1]**  129/2
**scroll [8]**  17/7 17/13 45/23 62/1
93/18 94/18 112/7 170/7
**se [1]**  4/10
**sea [2]**  82/3 82/3
**search [1]**  143/23
**seat [1]**  49/6
**sec [2]**  120/8 120/9
**second [37]**  8/20 21/10 43/17
43/17 44/6 49/10 56/22 57/17 59/3
59/10 66/5 66/7 66/17 77/18 77/23
78/1 78/4 81/25 87/18 89/23 94/9
102/4 126/2 132/15 167/8 177/10
181/11 181/23 183/14 187/5 190/1
192/6 194/5 197/17 198/21 199/13
199/13
**second-mark [1]**  190/1
**seconds [72]**  24/18 26/6 26/25
27/1 55/20 56/11 56/21 57/18
63/11 68/2 68/10 68/21 69/7 74/23
79/2 79/25 80/3 80/4 95/7 96/6
96/21 97/17 121/14 133/15 133/24
133/24 134/1 134/23 141/2 141/21
158/25 160/15 161/4 161/18 162/12
163/20 163/21 164/23 164/24
164/25 166/1 167/12 168/5 168/17
169/4 169/5 169/21 169/25 170/7
170/10 171/11 176/9 179/3 182/25
185/21 185/22 186/2 189/1 190/15
192/8 196/11 196/14 196/21 197/8
197/21 199/4 199/17 199/18 201/20

**S**

seconds... [3] 203/1 203/2 203/15
Secret [3] 129/2 129/3 136/21
section [2] 1/13 9/5
sections [1] 7/7
secure [1] 129/12
security [10] 6/20 120/14 127/24 128/22 129/11 129/13 136/6 136/14 136/17 136/20
see [93] 11/22 14/17 16/8 16/10 16/18 17/8 21/3 23/16 23/17 23/22 39/4 47/21 49/8 49/10 49/13 51/3 52/9 54/21 57/5 59/6 61/20 61/23 62/3 63/7 63/16 67/12 70/13 74/16 76/6 82/7 84/14 84/17 84/18 84/19 88/24 89/15 90/9 90/18 91/1 92/17 99/22 100/19 103/7 104/12 106/24 111/6 111/11 111/19 111/20 112/7 112/12 115/22 118/3 118/12 125/10 127/5 127/13 127/19 128/12 128/12 128/18 129/3 135/14 135/18 144/16 147/2 149/3 154/13 166/17 167/9 168/12 170/8 171/4 171/16 176/4 176/6 177/11 178/19 179/20 179/22 182/4 184/11 184/24 185/3 185/7 186/21 186/22 187/6 192/15 196/4 196/8 199/5 204/1
seeing [2] 154/11 184/24
seek [1] 118/7
seeking [1] 114/25
seem [2] 55/3 76/20
seemed [1] 86/17
seems [1] 19/18
seen [6] 43/8 45/2 74/3 134/25 189/3 202/11
segment [1] 160/5
seize [2] 143/25 144/2
seized [11] 144/25 145/5 146/3 146/6 147/11 148/10 148/14 148/22 148/23 149/21 152/6
select [1] 30/2
selected [2] 115/19 116/7
Senate [4] 8/11 8/13 97/1 97/3
Senator [1] 8/3
senators [1] 5/16
send [5] 7/23 43/20 104/24 114/1 114/2
sending [4] 53/13 81/12 81/24 89/24
sense [1] 135/4
sent [13] 6/11 6/25 7/18 7/20 42/23 44/10 60/3 70/7 90/9 90/17 90/18 107/5 123/15
sentence [4] 18/20 34/4 38/18 115/4
sentences [8] 27/21 33/13 43/24 83/20 104/8 113/24 114/18 124/20
sentiments [1] 80/8
separate [8] 11/8 28/25 29/20 34/24 78/12 114/21 114/22 116/2
separately [1] 19/2
September [4] 24/25 25/13 28/3 33/3
September 19th [2] 24/25 25/13
September 2020 [1] 33/3
September 21st [1] 28/3
sequence [1] 172/13
Sergeant [2] 9/6 9/11
series [5] 28/12 36/15 60/8 124/15 148/19
serious [1] 107/25
serve [2] 100/23 114/22
service [4] 107/21 129/2 129/4 136/22
services [1] 126/15
session [4] 4/23 88/25 92/12 111/5
set [4] 40/9 71/9 72/2 130/25
settings [2] 59/22 112/17
several [7] 13/4 22/13 123/3 132/6 149/17 153/10 153/14

shall [1] 103/7
share [3] 15/10 52/24 118/15
shared [5] 5/17 136/7
sharp [3] 37/15 148/2 155/10
she [1] 33/17
sheath [2] 147/22 148/3
sheathing [1] 149/3
sheer [1] 174/3
Sheff [1] 4/8
SHERRY [3] 1/22 206/3 206/12
shift [1] 80/12
shining [1] 82/3
shirt [4] 25/18 26/4 167/17 184/3
shit [1] 124/22
shiz [1] 107/17
shock [1] 103/6
shocking [1] 151/15
shoes [2] 9/6 9/11
shook [1] 21/13
shopping [1] 154/7
short [1] 120/19
shorthand [1] 12/17
shortly [5] 39/10 42/19 103/5 176/4 191/11
should [9] 39/10 48/4 73/2 76/16 92/11 120/6 127/17 143/17 204/20
shoulder [2] 27/25 27/25
shoulders [1] 167/1
shout [2] 202/18 203/22
shouting [1] 183/15
show [7] 29/1 39/2 67/25 82/4 101/9 152/14 158/1
showed [11] 6/17 9/12 153/10 153/14 153/15 153/17 153/23 154/6 154/11 155/24 156/10
showing [6] 32/12 38/7 63/7 149/10 153/19 153/20
shown [3] 9/6 106/15 158/14
shows [20] 24/5 56/1 73/22 74/6 95/15 96/15 157/15 159/10 160/23 161/23 164/8 166/9 168/23 176/15 179/10 183/7 197/1 198/2 201/25 203/8
shut [2] 22/1 126/15
shutting [1] 34/20
side [17] 116/3 138/8 140/1 142/9 158/2 158/3 158/6 162/25 171/8 174/19 181/13 183/24 192/2 196/3 197/17 197/18 200/14
sign [3] 17/1 17/4 17/14
Significantly [1] 182/21
silent [1] 84/2
Silverado [1] 48/16
similar [6] 83/24 86/9 87/9 109/23 123/22 138/5
simply [1] 174/9
since [6] 16/23 29/9 78/14 78/18 135/10 205/6
sir [27] 10/10 34/17 35/4 60/13 61/24 72/1 72/9 73/17 90/7 93/12 134/24 144/21 145/15 146/12 149/8 150/3 150/11 150/21 151/23 154/17 156/16 158/8 171/9 173/5 177/3 196/9 205/1
site [1] 118/10
situations [1] 8/10
six [2] 8/18 192/16
size [1] 171/15
sketched [1] 84/20
skilled [1] 11/6
skills [1] 117/24
skip [16] 26/25 68/12 69/6 80/3 121/13 132/15 163/20 164/23 164/25 165/2 165/3 165/4 169/4 171/11 195/3 200/9
skipping [2] 118/22 119/20
sleep [1] 49/4
sleeved [1] 138/6
slightly [1] 131/21
slowly [2] 62/1 191/14
small [4] 34/5 34/11 187/1 187/12

smaller [1] 114/14
smell [1] 180/21
Smith [25] 13/6 25/22 28/5 30/16 31/3 31/10 32/23 33/1 33/9 42/3 54/8 54/9 54/14 59/13 106/12 110/6 111/2 124/16 136/4 168/13 172/15 172/17 172/18 175/23 176/2
so [120] 9/6 9/25 13/16 15/1 17/8 18/13 21/2 21/3 22/12 22/21 23/5 23/16 24/13 28/19 28/22 29/7 30/13 30/21 35/19 36/11 37/4 37/12 41/6 42/11 43/8 48/20 49/7 51/12 52/8 52/18 55/11 58/1 58/16 58/23 60/12 62/15 64/20 65/12 66/17 67/20 67/24 69/18 71/6 71/8 72/1 72/3 73/10 75/20 75/23 76/12 76/25 77/18 78/6 83/7 85/3 89/13 94/4 95/3 95/5 95/13 96/12 100/9 107/4 107/12 107/23 109/1 111/11 112/7 113/15 113/21 114/12 114/17 114/25 119/21 121/11 122/13 123/4 126/16 127/22 129/23 130/25 131/15 132/1 133/9 134/15 134/24 135/16 143/7 148/6 149/3 149/11 150/2 152/14 153/9 153/12 153/21 155/13 156/1 157/17 158/23 160/13 168/1 169/10 169/13 171/21 173/5 173/8 174/9 175/4 175/16 175/23 180/2 188/15 190/11 192/13 194/11 195/6 201/24 202/11 204/19
social [4] 11/3 62/21 62/25 63/3
solved [1] 96/3
some [72] 5/4 6/10 7/6 7/10 22/24 23/5 23/6 24/15 24/16 24/16 27/9 28/15 32/7 39/9 43/10 43/10 45/1 45/7 52/11 52/19 53/4 54/22 55/23 58/10 61/17 63/25 64/8 66/1 67/1 72/5 75/17 80/5 80/8 81/6 81/17 82/19 84/13 87/2 87/5 97/22 100/6 102/12 114/5 124/4 125/2 127/17 131/1 133/4 142/16 142/20 143/22 148/24 149/15 153/15 155/2 163/16 165/10 167/21 170/18 171/1 175/1 178/17 178/24 186/22 187/7 187/9 187/24 188/8 188/9 190/16 193/12 193/21 202/21
somebody [6] 52/8 85/1 155/5 169/15 169/15 205/10
somehow [1] 15/2
someone [10] 115/8 138/2 138/16 170/20 186/4 202/3 202/10 202/18 202/21 203/22
someone's [1] 174/9
something [23] 7/9 7/20 44/2 53/19 72/14 76/16 76/23 77/3 77/11 77/11 90/24 107/25 121/21 128/23 154/6 156/3 169/19 170/11 170/21 186/4 194/1 202/10 202/11
sometimes [2] 27/13 28/12
somewhere [4] 165/8 168/9 179/24 194/20
sorry [49] 14/1 14/5 15/16 21/15 22/4 29/14 32/5 33/20 42/12 42/17 45/15 47/19 51/1 53/15 55/13 64/25 71/2 74/24 76/18 77/6 77/22 78/12 80/24 86/15 86/21 88/4 107/13 114/5 123/9 124/1 129/7 136/20 143/17 156/7 161/6 161/11 163/8 164/5 172/2 172/9 173/6 174/13 177/18 181/24 182/4 184/16 190/11 200/11 202/20
sort [13] 5/4 9/24 52/19 116/2 151/15 155/2 167/4 181/13 186/22 187/6 187/7 193/21 202/21
sound [2] 131/1 151/15
sounded [1] 170/14
sounds [2] 38/5 72/25
source [1] 64/18
southern [3] 10/18 58/5 126/19
space [1] 175/8
speak [3] 22/9 23/10 33/18
speaker [2] 94/16 159/22

**S**

**speakers [5]** 40/5 58/11 72/22 132/7 163/16

**speaking [15]** 6/17 11/1 22/24 33/16 34/6 34/11 63/20 79/20 111/2 114/10 123/5 128/5 131/14 158/12 159/20

**spec [3]** 82/10 82/22 83/3

**special [2]** 82/23 117/23

**specialty [1]** 117/23

**specific [7]** 18/18 18/19 42/23 89/9 97/24 105/3 205/6

**specifically [5]** 12/20 18/25 31/5 36/3 83/25

**specifics [1]** 114/9

**speculation [8]** 15/13 22/17 69/1 77/2 108/22 124/2 134/10 185/2

**speech [24]** 80/25 81/18 95/4 95/25 96/11 96/12 96/15 96/23 97/20 97/25 129/11 132/10 132/12 132/24 133/2 133/7 133/7 133/19 134/25 162/21 163/16 164/2 164/16 164/18

**speeches [15]** 24/10 24/15 34/20 70/14 72/19 80/6 80/9 132/8 134/25 136/14 136/22 162/13 162/18 165/16 165/18

**speed [6]** 161/7 161/8 185/22 186/2 199/6 199/18

**spell [1]** 10/12

**spoke [1]** 132/4

**spray [8]** 13/12 109/20 119/25 127/8 148/25 149/5 193/21 196/4

**sprayed [16]** 193/19 193/20 193/23 193/24 193/25 194/16 194/18 194/19 195/5 195/10 195/12 195/17 195/17 197/12 198/19 198/23

**spring [1]** 131/18

**stage [7]** 131/1 182/1 182/13 182/16 193/17 194/11 194/23

**stair [2]** 175/20 190/12

**stairs [7]** 175/9 180/19 190/16 190/19 190/21 191/1 199/22

**stairways [1]** 198/11

**stairwell [11]** 175/2 175/21 180/3 180/6 191/17 192/11 194/5 194/5 194/6 194/12 195/15

**stamp [4]** 144/12 196/8 196/9 200/10

**stand [6]** 4/12 82/2 115/7 126/24 143/9 143/15

**standby [4]** 32/4 32/7 32/10 64/19

**standing [5]** 46/6 46/7 82/5 185/4 186/21

**stands [2]** 80/16 142/25

**start [8]** 9/17 9/21 29/20 95/21 144/8 159/16 203/15 204/15

**started [10]** 6/20 22/14 59/19 59/20 72/2 77/17 91/9 114/14 126/19 131/21

**starting [3]** 4/4 78/5 91/10

**starts [3]** 28/24 78/13 104/9

**state [12]** 4/5 10/12 14/20 34/20 35/1 43/6 61/16 61/18 68/7 76/1 103/7 185/2

**state's [1]** 6/8

**stated [6]** 47/22 75/1 77/11 77/12 103/5 156/3

**statements [2]** 39/13 68/23

**states [21]** 1/1 1/3 1/10 4/3 4/7 6/12 6/25 7/7 7/17 7/18 7/20 8/4 8/6 9/4 14/15 14/18 78/7 118/25 129/2 129/3 135/19

**stay [9]** 46/7 126/12 129/11 136/17 154/16 162/7 162/13 162/20 178/16

**stayed [4]** 94/3 129/13 136/14 165/16

**staying [6]** 39/7 94/5 126/7 126/8 152/18 205/4

**steal [10]** 14/21 14/24 79/23 81/2

**steel [7]** 48/2 66/8 66/8 66/10 66/21 146/18 146/19

**step [1]** 8/24

**stepped [2]** 191/19 193/17

**stepping [1]** 176/25

**steps [17]** 104/10 111/3 171/12 171/13 171/14 179/19 187/9 187/11 187/13 187/14 188/2 188/4 188/8 188/9 188/13 198/23 199/12

**stick [2]** 108/4 201/9

**sticker [2]** 145/24 147/3

**still [10]** 4/13 69/13 94/19 152/18 168/10 176/2 181/1 191/22 192/21 195/11

**stipulations [1]** 64/16

**stolen [5]** 5/23 14/25 44/17 46/6 46/7 46/11 49/7 68/8 75/18 75/21 92/14 96/5 97/15 156/23

**stop [21]** 14/21 15/2 68/11 79/23 80/4 81/2 88/17 88/19 97/17 111/7 119/1 134/1 134/23 161/5 164/24 173/19 178/7 178/8 199/19 204/16 204/19

**storm [4]** 61/25 62/3 62/16 104/13

**storming [1]** 170/2

**street [4]** 1/16 1/19 21/11 61/9

**streets [2]** 71/11 76/4

**stricken [3]** 15/20 15/21 86/22

**strict [2]** 121/9 127/23

**strike [7]** 15/16 22/18 34/8 71/14 86/21 97/25 108/22

**string [1]** 99/22

**strong [3]** 80/8 132/12 180/23

**struck [1]** 125/12

**structure [2]** 175/1 186/23

**stuff [2]** 47/3 184/13

**stun [12]** 13/12 105/5 105/6 109/20 140/11 140/12 140/13 140/18 142/1 142/2 151/6 151/8

**style [1]** 86/14

**subgroup [5]** 102/12 123/1 123/12 123/14 123/20

**subgroups [1]** 123/4

**subject [1]** 34/14

**subjects [1]** 29/24

**submit [1]** 129/10 129/13

**subparts [2]** 28/20 30/2

**subset [1]** 102/13

**substantially [5]** 145/4 146/5 147/10 148/12 148/13

**successful [1]** 24/7

**such [4]** 5/23 8/8 8/14 171/16

**suit [2]** 11/23 11/25

**suitcase [1]** 127/9

**Suite [1]** 1/20

**summarize [1]** 7/9

**summer [1]** 24/9

**super [1]** 121/9

**support [5]** 24/3 26/22 44/16 46/11 82/4

**supporters [1]** 44/24

**supposed [2]** 12/22 194/20

**Supreme [5]** 111/3 111/6 130/9 130/12 132/3

**sure [19]** 7/14 14/15 24/18 29/19 42/15 42/20 50/6 60/4 76/10 107/22 118/14 119/2 120/10 122/13 134/15 163/17 173/22 202/25 205/12

**surprise [1]** 43/5

**surprised [1]** 154/13

**surrounding [1]** 89/10

**sustain [1]** 6/9

**sustained [7]** 7/4 8/7 15/14 15/18 53/21 69/3 86/23

**swamp [1]** 92/15

**sweatshirt [1]** 74/19

**switched [1]** 51/24

**sworn [1]** 10/5

**Sydney [2]** 75/12 75/13

**syringe [1]** 78/19

**syria [1]**

**T**

**T-A-Y-L-O-R [1]** 10/15

**T-shirt [2]** 25/18 26/4

**table [6]** 2/1 143/9 144/5 148/6 148/20 148/21

**take [36]** 8/4 12/5 14/15 19/4 27/9 43/10 47/4 47/8 47/10 49/18 57/24 64/1 69/19 73/5 75/1 75/24 76/4 79/22 83/25 94/15 94/15 104/14 105/25 106/8 107/25 118/23 120/13 137/15 142/20 142/23 149/3 156/16 157/4 165/6 168/8 183/4

**taken [12]** 6/21 14/18 64/5 67/24 80/18 130/10 130/11 137/16 143/2 157/12 175/4 202/4

**taking [2]** 39/13 77/23

**talk [5]** 8/4 118/23 121/24 172/2 204/4

**talked [1]** 140/22

**talking [11]** 22/14 70/20 71/16 102/1 118/24 123/11 125/13 131/9 142/16 189/7 189/20

**tarp [5]** 175/18 177/1 177/2 177/5 179/18

**Taylor [41]** 2/6 10/5 10/14 12/1 14/10 16/20 17/8 17/9 20/11 28/7 30/14 32/19 41/24 61/23 64/25 68/14 69/9 77/4 78/4 79/16 80/5 80/24 81/7 82/25 83/19 99/9 111/2 114/17 123/4 133/18 134/16 137/18 138/9 138/25 143/22 152/15 165/7 192/1 195/25 200/9 205/4

**Taylor's [1]** 124/4

**tear [4]** 173/24 180/13 180/15 180/22

**Technology [1]** 11/2

**Telegram [63]** 50/5 50/7 50/9 50/24 51/4 51/5 51/7 51/14 52/4 52/8 52/15 53/1 53/5 53/8 53/23 58/10 58/16 60/8 60/12 65/4 65/10 65/23 66/2 78/5 78/5 82/14 82/15 82/19 83/3 83/5 98/10 98/17 98/21 99/1 99/13 100/7 101/8 101/10 101/15 102/6 102/9 102/13 103/20 111/15 111/24 112/10 112/15 112/24 113/3 113/7 113/13 115/10 115/12 116/7 116/21 117/9 121/15 122/10 122/18 122/22 122/23 123/12 127/3

**television [1]** 133/5

**tell [4]** 21/23 22/22 52/11 70/25

**telling [4]** 38/5 39/7 76/3 156/23

**tells [2]** 90/3 121/21

**term [8]** 57/19 57/22 58/1 82/10 98/3 98/5 98/7 120/9

**terms [1]** 18/23

**terrace [1]** 56/19

**testified [15]** 15/25 32/19 47/13 52/4 52/14 66/17 81/2 110/19 151/5 151/14 156/18 156/25 158/13 165/13 175/16

**testify [1]** 53/18

**testifying [2]** 18/15 80/25

**testimony [10]** 9/6 12/16 19/1 53/20 66/24 77/23 134/24 143/5 156/2 196/5

**Texas [1]** 151/3

**text [28]** 19/18 27/18 28/10 28/12 30/14 35/15 40/9 40/16 40/18 41/12 41/14 42/21 50/12 50/23 50/24 51/1 51/2 66/3 99/22 106/7 106/11 106/14 107/4 107/5 107/20 110/10 110/25 128/22

**texting [1]** 28/15

**texts [1]** 120/7

**than [7]** 12/9 18/16 77/16 102/9 112/19 200/5 204/16

**thank [27]** 9/14 10/1 10/7 10/21 15/23 21/13 21/16 30/11 32/17

thank... [18]   44/1 60/18 64/4
65/20 65/24 69/22 86/24 87/22
123/8 142/24 143/13 150/3 152/12
163/12 173/3 196/12 205/9 205/15
**Thanks [2]**   37/16 89/17
**that [807]**
**That's [2]**   52/13 165/15
**their [5]**   71/19 71/23 72/1 127/9
202/4
**them [26]**   13/5 24/16 29/13 29/20
31/13 52/24 52/25 66/12 73/6 74/2
84/19 84/20 85/5 87/14 87/16
92/16 99/12 105/25 121/10 150/25
151/10 151/11 151/21 180/2 181/21
182/15
**theme [1]**   39/21
**themselves [2]**   73/10 119/14
**then [44]**   6/1 27/1 28/24 29/24
33/16 33/18 39/14 49/11 52/23
56/21 64/17 65/7 77/17 78/13
78/18 79/2 108/4 114/10 128/15
131/14 131/15 143/19 145/18
158/18 163/20 164/25 165/3 165/18
169/4 172/13 172/14 175/7 175/17
177/12 180/3 186/16 190/3 191/20
193/19 194/3 194/4 194/17 202/10
204/7
**then-President [2]**   6/1 39/14
**there [184]**   5/3 5/5 5/9 5/15 5/21
5/23 7/10 7/21 8/4 9/2 14/8 14/8
14/13 18/22 19/20 21/13 22/2
23/22 26/2 27/1 27/4 27/21 28/23
28/24 29/21 29/23 30/3 30/5 31/23
34/5 34/20 35/8 40/4 40/6 42/21
45/5 46/20 46/22 46/25 48/25 49/6
49/7 49/10 49/15 50/2 50/16 52/21
56/12 56/23 56/23 59/11 62/11
64/8 65/17 66/7 66/18 67/12 67/20
68/11 69/6 70/17 72/19 76/23
77/10 81/25 84/6 90/3 90/12 91/13
92/14 92/17 93/17 94/5 94/12
94/17 95/2 95/4 95/12 97/18 98/14
101/24 102/5 103/24 103/24 104/6
106/24 113/1 115/23 119/1 123/3
124/4 124/20 127/2 127/25 131/6
132/6 132/16 133/4 133/18 134/2
134/16 135/3 135/4 135/12 135/14
135/16 135/22 138/3 140/2 141/25
143/15 145/17 146/22 148/19
148/24 149/15 149/17 149/18 150/4
151/8 155/2 155/4 158/8 159/22
161/4 162/10 163/24 164/24 165/8
165/25 166/16 166/24 167/19 169/5
169/10 170/11 171/1 171/2 173/14
173/24 174/2 174/4 174/10 175/12
175/14 175/15 175/18 176/21
176/24 177/2 178/19 178/25 180/1
181/1 181/4 181/12 181/23 181/24
182/9 182/11 184/20 185/8 185/9
185/25 186/22 187/7 188/13 189/2
190/21 191/5 191/12 191/15 192/9
192/15 195/24 196/10 199/6 199/19
200/9 200/15 200/23 200/24 201/13
203/16
**thereafter [2]**   39/11 42/19
**these [54]**   6/11 6/25 14/11 23/12
31/22 31/23 31/25 37/9 42/23 43/1
45/24 45/24 48/4 48/8 53/4 60/6
68/14 68/18 68/23 72/18 72/18
73/5 78/4 81/10 86/9 87/12 88/10
102/13 103/19 103/19 111/19
119/13 122/14 124/3 125/21 138/10
138/13 138/17 138/21 139/1 139/5
148/25 149/10 151/24 155/13
155/19 167/9 188/2 188/4 188/10
188/15 190/18 190/20 203/2
**they [74]**   5/1 5/11 7/6 7/20 7/22
9/13 13/15 14/15 20/15 20/18
23/12 29/1 29/1 29/17 29/23 29/24
29/25 30/1 30/1 31/9 31/17 32/1

32/15 36/8 36/18 42/2 42/25 44/11
44/24 48/25 69/22 83/1 84/1 84/1
86/13 86/14 87/9 88/24 92/13
117/8 128/15 134/3 134/5 135/8
135/17 138/12 138/19 139/3 143/14
143/25 144/2 149/11 151/25 152/6
152/7 155/6 169/24 173/14 175/14
180/12 184/13 184/14 184/17
189/21 189/23 190/23 191/15
191/16 191/19 191/19 194/9 194/10
202/22 203/17
**thigh [1]**   120/22
**thing [9]**   70/22 72/4 72/5 94/22
134/3 134/5 134/8 134/17 204/18
**things [25]**   13/12 23/6 23/10 30/3
47/11 48/4 59/22 62/25 68/15
68/18 78/14 78/18 108/7 135/12
135/14 135/16 138/3 138/3 153/10
153/14 153/15 173/19 178/5 178/8
184/24
**think [20]**   6/17 7/19 21/20 22/1
30/1 39/8 46/2 48/5 53/17 53/20
74/25 76/17 120/6 134/8 143/14
150/24 202/11 204/14 204/17
205/11
**thinking [1]**   134/11
**third [6]**   118/3 119/5 181/3 190/1
200/13 201/14
**thirds [1]**   167/15
**this [507]**
**those [46]**   5/17 5/18 7/5 8/10 9/3
9/7 11/17 11/20 13/13 13/16 16/7
16/24 20/18 30/10 32/12 40/9
45/11 48/10 55/8 59/9 69/9 73/12
73/24 76/6 80/8 86/6 89/3 97/21
100/19 107/13 118/10 122/16
138/15 140/23 148/21 150/4 151/12
151/17 151/19 187/11 189/20
190/25 190/25 192/8 200/2 200/4
**though [2]**   103/8 121/21
**thought [7]**   54/21 71/8 126/24
156/3 169/14 169/17 188/5
**thousand [1]**   97/22
**thousands [1]**   4/20
**thread [24]**   28/13 28/18 28/20
29/7 29/12 31/3 36/1 40/9 40/18
41/12 41/14 41/17 100/23 106/7
106/8 106/9 106/14 112/24 113/7
114/19 114/21 114/25 115/2 118/3
**three [14]**   21/3 37/13 40/10 88/10
94/9 103/19 106/14 106/15 107/13
132/8 136/3 155/17 172/21 193/19
**three-way [2]**   106/14 136/3
**through [22]**   11/8 23/3 31/25 50/4
50/7 57/23 58/8 62/1 77/20 88/22
91/14 133/14 162/20 169/12 175/18
175/20 176/1 176/25 183/21 183/22
184/17 184/18
**throughout [7]**   12/16 42/22 43/1
162/13 164/18 167/25 201/10
**throwing [2]**   85/8 184/13
**thrown [1]**   61/2
**tie [1]**   11/25
**time [81]**   5/1 5/15 6/20 9/18 9/22
14/2 21/6 21/24 22/5 22/7 22/21
23/2 26/9 28/4 32/7 32/16 33/2
33/23 34/15 35/8 43/9 44/6 44/8
49/1 57/25 62/20 64/16 68/6 68/16
68/22 68/24 69/24 73/2 74/8 76/24
77/10 78/14 78/22 80/6 80/13
81/15 87/19 87/20 87/25 89/5
91/13 99/3 103/13 105/19 106/8
107/7 110/19 110/20 114/12 114/14
117/11 118/24 120/22 125/9 126/5
126/18 126/21 128/8 131/18 135/23
142/21 153/18 160/11 162/8 163/15
163/17 174/2 174/3 176/1 178/17
181/9 182/14 193/12 196/8 196/9
200/10
**timeframe [1]**   21/18
**times [10]**   12/11 12/12 12/13 19/6
19/8 19/9 150/9 155/13 177/25

193/19
tiffany... [2]   48/24 52/21
**today [10]**   10/3 11/20 12/16 37/13
134/24 204/22
**together [18]**   16/16 21/12 21/14
22/2 23/10 24/2 44/2 55/17 68/22
76/24 78/15 78/22 101/1 157/4
167/25 168/2 195/13 195/14
**told [5]**   5/7 18/12 44/11 45/9
195/12
**Tomahawkchop [1]**   87/21
**tomorrow [4]**   33/15 76/2 109/11
119/23
**tonight [3]**   69/23 70/9 94/22
**too [4]**   37/16 94/16 105/21 119/24
**took [11]**   6/21 63/8 73/9 77/18
125/1 131/8 137/6 137/9 168/21
179/6 183/3
**top [36]**   7/5 27/22 28/7 40/13
49/1 50/19 59/9 51/11 64/23 66/6
69/9 69/12 70/4 81/6 84/5 84/6
87/18 89/21 90/10 94/9 94/10
103/22 104/7 109/8 111/11 113/1
121/22 127/2 128/19 153/12 154/12
156/3 175/1 175/2 187/6 199/24
**total [1]**   8/18
**Totally [1]**   78/12
**touch [2]**   26/1 147/24
**touches [1]**   155/6
**toward [4]**   56/16 106/24 160/7
188/2
**towards [8]**   10/21 182/13 187/15
187/16 190/4 191/19 192/11 192/11
**train [1]**   119/22
**trained [1]**   8/15
**traitors [2]**   89/3 89/17
**transcript [2]**   1/9 206/4
**transport [2]**   48/7 142/13
**transported [3]**   48/10 152/1 152/4
**travel [4]**   12/25 98/11 101/1
102/14
**traveled [3]**   13/15 16/15 145/19
**traveling [3]**   4/21 5/1 114/20
**treehouse [1]**   38/4
**TRIAL [1]**   1/9
**trip [10]**   16/16 33/3 48/4 49/19
63/8 94/4 94/4 100/25 108/18
126/19
**truck [12]**   13/15 48/23 49/5 49/16
54/25 69/13 125/12 125/15 125/17
125/18 131/8 131/9
**true [3]**   170/14 170/15 206/4
**Trump [35]**   14/19 14/20 16/11
16/13 16/19 24/3 26/23 35/10 38/4
39/14 39/22 44/24 46/12 72/23
75/14 82/2 90/13 90/16 90/18
90/22 92/10 92/10 97/16 111/4
128/4 130/12 130/24 132/4 132/24
135/21 136/11 158/11 162/11
173/19 178/8
**Trump's [7]**   39/8 100/1 100/2
100/11 162/20 163/16 164/2
**try [9]**   10/20 21/15 49/3 74/9
88/24 144/7 187/23 187/25 191/16
**trying [8]**   8/4 31/22 64/16 70/13
114/8 193/3 194/22 201/9
**TSA [1]**   47/12
**Tuesday [1]**   28/23
**Tump [1]**   72/25
**turn [13]**   43/5 43/17 59/3 61/10
66/5 84/5 119/16 121/2 127/19
142/20 152/17 182/13 187/12
**turning [5]**   21/2 22/21 45/4 99/21
117/17
**tweet [8]**   90/16 90/18 90/23 91/5
91/8 100/1 100/2 100/3
**tweeted [1]**   92/11
**Twitter [2]**   88/23 90/25
**two [46]**   9/2 12/12 27/17 27/21
33/13 43/24 44/19 45/24 45/24
46/25 47/2 47/21 50/19 54/16
54/18 55/8 66/6 69/9 75/22 76/6

**T**

two... **[26]**   4/7/14 78/10 81/6
84/14 89/20 94/18 100/19 104/8
105/14 114/18 119/16 120/21 138/8
138/24 138/25 139/1 154/2 155/13
155/16 155/18 167/15 193/19
199/11 199/16 200/19 201/6
**two-thirds [1]**   167/15
**type [12]**   5/24 11/1 48/15 48/18
139/22 150/17 151/12 154/24
155/13 155/24 156/10 182/7
**types [6]**   13/10 42/25 53/1 87/9
109/19 178/5
**Typically [1]**   59/19
**tyrannical [1]**   58/6
**tyranny [5]**   83/23 83/25 84/1
118/24 178/8
**tyrants [1]**   178/8

**U**

**U.S [2]**   1/16 1/23
**ultimately [7]**   45/11 45/17 48/7
66/21 108/13 129/10 199/24
**under [2]**   4/13 5/25 155/20
**undergo [1]**   129/1
**understand [15]**   7/14 9/2 26/13
31/21 61/2 64/19 76/10 84/21 91/4
97/2 120/4 124/25 128/3 136/21
182/2
**understanding [16]**   6/23 53/16
65/23 75/15 84/25 85/3 90/2 94/2
97/13 126/5 127/25 160/2 165/7
165/10 169/13 194/19
**understood [4]**   5/21 46/8 76/21
110/21
**unfold [1]**   118/10
**Unfortunately [1]**   195/2
**unhappy [1]**   15/8
**UNITED [10]**   1/1 1/3 1/10 4/3 4/7
7/7 8/6 9/4 129/1 129/3
**Unless [2]**   78/14 78/18
**until [22]**   15/21 26/19 28/1 68/2
68/10 68/21 74/23 79/25 80/17
82/6 96/21 97/17 159/16 161/5
162/12 164/24 168/5 170/17 176/5
176/6 186/2 198/21
**up [164]**   11/13 19/14 21/3 23/15
24/17 27/16 27/17 28/6 29/11
29/23 33/5 33/19 37/5 37/20 38/6
38/11 40/9 40/12 40/12 41/8 42/21
43/8 43/17 44/21 45/20 45/20 46/3
46/13 46/16 46/22 46/24 47/3 47/4
47/18 49/1 49/4 50/18 53/25 54/14
54/16 55/13 55/15 55/19 58/12
59/3 60/5 63/10 66/15 69/8 69/12
70/4 71/9 72/2 74/9 76/5 81/17
82/5 82/24 83/18 85/10 88/3 88/9
91/16 92/22 94/5 94/8 95/6 96/6
98/13 100/12 101/6 102/18 102/25
103/18 104/21 105/13 106/3 107/11
107/17 108/12 109/12 109/24
112/20 112/20 114/16 115/14
116/15 119/21 122/2 124/13 126/22
127/1 129/24 130/25 131/12 131/15
132/14 136/25 141/1 142/6 144/16
146/12 146/12 147/13 149/2 149/20
150/6 150/11 151/11 152/21 152/24
154/16 156/25 157/6 158/24 160/14
161/17 165/24 167/9 171/18 173/11
173/15 175/2 175/8 175/8 176/8
178/25 179/2 179/25 180/3 180/6
180/18 182/13 186/1 187/9 187/14
187/14 187/19 187/20 188/2 188/5
188/6 188/8 188/9 188/15 188/25
190/12 190/12 190/16 190/17
190/18 190/21 191/1 191/12 194/5
194/12 195/1 195/15 197/20 198/23
199/12 199/22 200/7 201/19
**upon [1]**   73/9
**upper [6]**   26/1 56/10 92/17 181/25
196/9 200/10

**upset [1]**   135/10
**upset [1]**   182/24
**urging [1]**   183/18
**us [25]**   21/2 30/7 45/9 51/22
56/13 62/2 65/19 70/25 73/3 91/11
92/16 111/3 111/6 114/3 115/8
116/1 118/16 119/1 128/15 131/8
133/23 153/9 175/19 182/11 199/4
**use [14]**   11/3 12/16 37/17 50/15
52/5 53/1 57/25 58/3 98/5 98/7
98/10 143/10 144/7 155/20
**used [12]**   14/22 29/19 50/2 50/4
50/16 52/14 69/25 100/9 120/9
120/10 123/15 138/17
**user [10]**   59/11 59/16 61/1 61/20
61/22 84/14 84/19 84/25 127/22
128/13
**user's [1]**   128/1
**users [7]**   52/23 59/9 59/21 59/21
60/1 92/21 122/15
**using [4]**   122/22 122/23 177/25
184/20
**USMC [1]**   119/9
**usually [2]**   72/21 97/21
**UTC [1]**   49/1

**V**

**vague [9]**   14/1 15/13 74/8 77/25
78/3 88/6 108/23 123/3 124/2
**vaguely [1]**   7/9
**vantage [4]**   148/19 167/15 181/17
183/4
**various [7]**   18/22 40/5 43/1 53/1
68/14 72/22 73/9
**vehicle [7]**   47/9 48/14 48/15
48/18 48/21 125/10 131/7
**vehicles [1]**   24/2
**venue [1]**   129/2
**verify [1]**   144/17
**version [4]**   51/17 51/23 64/15
64/18
**versus [1]**   4/3
**very [7]**   21/24 23/6 72/12 131/15
180/24 184/8 184/19
**vest [8]**   47/25 48/2 120/5 137/23
137/24 138/6 146/22 158/9
**vests [2]**   120/23 160/4
**via [1]**   52/23
**Vice [1]**   165/7
**victory [2]**   39/10 39/10
**video [90]**   6/16 24/17 24/19 24/21
25/1 25/3 26/7 26/20 27/2 55/20
55/21 55/23 55/25 56/11 63/7
63/10 63/12 63/14 66/16 66/24
67/2 67/2 67/5 67/22 67/24 68/4
68/12 73/16 73/17 74/3 75/4 79/1
79/6 79/7 80/1 95/11 95/14 95/23
96/11 132/15 132/24 133/6 133/16
141/3 141/8 141/11 141/22 151/14
158/22 158/24 159/1 159/7 159/9
159/18 160/12 160/16 160/20 161/9
161/17 161/19 161/20 163/19
163/22 166/5 166/6 168/21 176/13
179/6 179/7 179/16 180/8 180/10
180/25 183/3 183/4 183/5 185/9
189/3 189/10 189/19 190/1 192/2
196/25 197/24 197/25 198/18
198/25 199/17 201/22 203/3
**videos [6]**   62/21 67/16 161/14
165/22 178/24 186/20
**Vietnam [1]**   151/1
**view [3]**   24/7 166/17 185/17
**viewed [1]**   92/21
**viewpoints [1]**   5/14
**views [1]**   92/18
**violence [8]**   114/21 115/1 115/7
118/8 118/9 123/2 123/16 123/21
**Virginia [4]**   121/10 205/4 205/5
205/7
**virtue [3]**   18/10 18/14 138/14
**virulent [1]**   72/10
**voice [18]**   56/23 57/1 57/3 63/20

79/20 141/9 144/10 159/5 159/20
159/20 186/7 186/9
186/11 202/6 202/8 202/14
**volt [1]**   140/13
**volts [3]**   105/2 105/3 140/16
**volume [2]**   24/18 174/3
**vote [1]**   82/6
**voter [2]**   6/13 7/10
**votes [2]**   6/11 92/14
**vs [1]**   1/5

**W**

**waist [1]**   187/3
**waited [1]**   49/3
**waiting [1]**   153/8
**walk [4]**   158/18 158/21 160/11
168/6
**walked [2]**   158/11 165/22
**walking [3]**   56/16 84/16 168/13
**walkway [2]**   195/11 197/12
**wall [6]**   187/1 187/12 192/12
193/16 193/17 194/3
**walls [3]**   4/22 97/1 97/3
**want [29]**   7/8 8/15 14/17 28/23
29/1 29/14 29/17 30/1 31/24 47/12
50/6 51/23 66/4 104/10 105/18
126/12 134/15 136/11 161/7 170/8
184/19 186/19 187/14 187/18
187/18 188/15 190/11 200/20
204/22
**wanted [12]**   16/8 16/10 16/18 46/9
46/11 47/14 81/24 135/14 135/18
135/19 180/2 180/5
**wants [3]**   29/8 30/7 142/20
**war [5]**   26/10 83/24 119/10 119/10
150/25
**was [345]**
**Washington [33]**   1/5 1/14 1/17
1/25 4/21 5/11 12/7 12/19 13/14
13/17 32/20 32/23 33/3 46/1 46/13
46/18 86/10 87/1 92/11 93/14
100/4 103/15 104/4 105/23 109/15
113/25 125/2 125/7 125/9 131/12
140/19 152/1 152/19
**wasn't [4]**   161/12 169/10 185/17
194/1
**watch [2]**   39/8 67/2
**watched [1]**   192/8
**watching [2]**   178/22 181/17
**water [5]**   13/12 47/24 125/24
125/25 175/7
**way [23]**   7/24 17/13 28/1 43/10
44/25 56/19 64/13 93/13 93/13
96/3 106/14 108/12 109/4 122/15
136/3 174/22 174/25 179/25 181/3
190/2 192/10 200/13 201/14
**we [378]**
**we'll [18]**   30/21 52/1 56/21 64/7
67/7 79/2 80/15 101/17 112/1
113/15 116/18 142/21 142/23
143/13 143/19 189/13 204/15
204/19
**weapon [3]**   13/11 70/1 155/21
**weaponless [1]**   136/12
**weapons [18]**   13/13 13/16 47/11
47/14 48/11 104/16 105/10 105/22
109/17 109/19 109/21 128/9 128/17
137/4 153/5 153/21 153/24 160/4
**wear [4]**   66/21 138/16 138/21
150/9
**wearing [13]**   11/24 26/4 57/10
74/18 146/19 158/8 166/24 167/1
167/3 167/16 167/25 168/10 201/1
**web [6]**   89/25 90/1 90/12 103/24
104/8 127/25
**website [2]**   104/1 128/24
**Wednesday [8]**   28/24 28/25 92/12
108/6 136/12 196/11 200/11 200/11
**week [3]**   21/21 39/16 131/18
**weekend [2]**   205/4 205/6 205/14
**weekly [1]**   35/8
**weeks [10]**   16/4 39/12 43/10 43/13

**weeks... [6]** 74/2 76/15 110/20 126/9 126/13 171/1

**weeks' [2]** 126/3 126/6

**weights [1]** 146/13

**well [29]** 6/23 6/24 14/8 23/9 32/24 37/8 44/13 54/16 59/14 61/11 64/24 73/6 82/4 94/6 97/11 102/1 102/21 119/22 131/16 132/7 142/4 152/24 160/9 162/18 168/14 169/10 182/10 187/20 204/9

**went [14]** 32/20 49/4 87/1 132/3 165/13 175/16 175/20 180/6 187/20 194/3 194/5 195/11 195/15 198/23

**were [179]** 4/19 5/2 5/10 5/15 5/18 5/21 5/23 6/5 7/9 7/10 9/2 11/9 11/13 12/2 13/7 13/15 14/5 14/6 14/8 14/10 16/20 17/25 19/1 20/25 23/7 23/11 23/12 24/1 24/15 31/20 33/1 34/20 34/21 35/10 36/21 37/3 37/25 38/21 42/9 42/25 43/1 44/15 45/4 45/9 46/22 47/5 49/15 49/23 49/23 49/24 53/10 54/10 54/21 55/17 56/16 57/15 58/5 58/6 58/17 64/16 66/2 66/12 68/23 70/9 71/7 72/19 73/25 77/10 77/21 81/15 82/20 87/5 90/21 91/8 91/12 91/13 91/21 95/12 98/19 102/13 102/21 102/21 103/20 104/2 111/17 113/19 114/10 114/11 117/15 119/13 122/14 122/22 122/23 122/25 123/3 123/16 123/20 123/24 125/9 126/8 128/8 128/9 130/24 130/25 131/14 131/15 132/6 133/18 135/8 135/12 135/14 135/16 136/14 145/17 148/22 149/11 150/7 151/8 151/19 151/25 152/6 152/7 152/18 153/8 153/9 153/22 154/13 157/10 158/15 162/10 162/18 163/17 167/25 168/2 169/22 170/2 170/18 170/25 171/13 171/15 172/21 173/1 173/5 173/14 174/4 176/6 176/23 176/25 178/13 178/19 178/21 178/22 178/25 179/24 180/3 180/18 181/14 181/17 181/20 182/9 184/13 184/17 184/20 184/24 189/21 190/5 190/22 190/23 191/14 191/15 193/3 193/12 193/20 193/23 194/19 194/22 195/13 201/9 204/2

**west [6]** 173/12 175/7 175/13 175/21 178/19 191/12

**wet [1]** 49/7

**what [386]**

**whatever [2]** 76/20 133/5

**when [86]** 14/5 16/15 18/11 22/1 22/14 26/12 29/21 30/8 30/10 42/17 46/7 46/22 48/21 54/10 54/11 62/2 64/16 64/17 70/20 78/7 79/22 87/1 87/20 91/12 94/1 96/2 96/25 97/12 98/5 100/2 107/5 107/23 107/24 108/7 121/24 122/12 124/24 125/13 128/6 129/19 130/10 131/11 131/20 131/25 133/18 133/22 136/20 138/1 144/6 145/4 146/6 147/11 148/13 148/22 148/23 149/21 152/6 153/14 153/23 157/12 161/14 167/9 167/25 169/6 169/17 169/22 170/1 170/18 170/25 171/24 172/14 173/6 175/12 179/16 179/18 183/17 184/11 184/14 191/10 191/16 193/23 194/15 194/18 195/14 195/16 198/22

**where [54]** 9/24 21/14 22/21 48/21 54/9 60/15 73/5 74/20 77/11 84/17 89/1 100/3 109/10 114/9 114/14 115/6 128/4 130/8 136/14 136/21 137/15 140/15 150/22 151/14 154/16 158/10 158/11 158/13 162/4 165/18 175/4 175/17 183/20 183/20 186/20 187/14 187/18 189/20 189/21 190/2 190/4 190/5 190/17

**190/20 191/1 192/1 194/6 199/18 205/7**

**Whereupon [55]** 9/15 20/8 20/24 25/11 29/5 30/24 31/18 35/22 36/19 41/4 42/8 56/6 60/23 65/15 67/10 74/12 79/14 83/10 85/25 92/7 93/10 95/19 96/19 99/6 99/18 101/20 106/21 110/17 112/4 113/18 116/12 117/14 130/19 133/12 137/13 141/18 145/10 146/10 147/17 157/20 159/14 161/2 162/2 163/10 164/14 166/13 169/2 173/1 176/19 179/14 183/19 189/16 197/6 198/7 203/13

**whether [12]** 7/15 8/1 8/1 8/5 48/3 53/19 97/2 108/12 108/17 109/4 122/16 165/7

**whew [2]** 124/21 124/23

**which [43]** 9/4 9/5 12/22 23/15 25/16 27/16 33/5 37/8 48/17 51/7 63/16 66/4 66/15 69/8 73/6 73/16 75/20 76/5 76/19 80/22 81/5 86/18 88/9 89/19 92/13 93/16 94/8 102/25 103/18 114/25 119/17 123/4 125/20 127/1 131/23 142/6 143/5 154/17 164/3 175/8 189/23 200/7 205/7

**while [6]** 29/11 39/7 145/17 177/25 178/19 178/24

**white [4]** 25/18 167/4 177/22 186/23

**who [65]** 5/16 5/17 8/10 11/22 13/3 13/16 22/17 25/21 27/7 38/14 40/2 40/6 41/6 43/22 50/6 54/1 59/19 61/2 63/3 63/23 65/5 65/7 75/13 79/18 81/12 85/1 85/7 85/15 86/2 86/7 87/25 88/18 97/1 97/2 102/13 103/9 104/24 106/9 114/25 115/19 119/13 122/7 123/1 123/20 125/5 132/5 134/21 137/6 138/2 167/6 167/9 167/10 172/4 172/6 177/16 180/15 182/22 182/22 183/17 184/14 184/17 195/17 202/16 202/24 203/20

**whole [5]** 8/14 164/16 192/16 194/9 202/12

**wholesale [1]** 31/22

**whose [9]** 57/3 79/20 141/9 159/5 159/20 178/7 183/25 186/9 202/8

**why [27]** 5/10 5/13 38/21 47/5 47/10 47/14 51/25 65/23 69/15 79/2 81/21 86/19 94/1 112/14 118/14 126/5 126/6 130/22 155/4 161/6 162/10 180/6 184/2 194/19 199/4 203/1 203/15

**wife [1]** 167/7

**wild [4]** 90/14 103/24 103/25 128/24

**will [76]** 5/3 9/24 18/15 18/20 20/22 24/17 32/11 32/12 33/15 33/16 33/19 43/5 60/14 62/2 65/12 65/18 65/19 68/13 69/5 82/6 84/2 84/3 84/3 85/22 86/20 89/1 89/3 89/14 89/17 90/14 92/13 92/14 92/15 93/14 94/24 100/23 100/25 101/1 106/18 107/10 107/11 110/14 111/2 111/8 114/25 115/7 115/7 118/9 118/22 119/20 119/24 120/19 120/21 123/11 128/13 143/18 144/6 144/18 145/7 152/12 152/13 157/17 161/11 167/9 174/23 182/1 185/22 187/5 190/24 195/20 195/21 195/23 198/14 204/14 204/16

**WILLIAM [1]** 1/15

**willing [2]** 102/22 139/14

**win [1]** 14/19

**windows [2]** 84/12 84/23

**winner [1]** 134/21

**withdraw [2]** 161/11 202/20

**withdrawn [4]** 44/14 114/6 168/12 182/9

**within [12]** 41/12 41/17 60/8 70/13 113/7 113/13 114/22 114/23 116/21 122/18

**without [3]** 25/8 28/20 78/19

**witness [29]** 4/12 8/25 9/2 9/18 9/21 9/23 9/25 22/8 26/3 29/11 70/25 75/1 80/19 143/6 143/9 143/13 143/18 143/19 154/16 158/1 158/5 166/21 167/14 174/15 189/25 192/4 196/1 197/15 199/11

**witness' [2]** 53/16 195/24

**WITNESSES [1]** 2/2

**Women [4]** 130/12 130/24 132/4 132/24

**won [2]** 38/23 178/8

**won't [1]** 121/22

**wonder [1]** 84/12

**Wood [3]** 75/11 75/13 76/3

**word [5]** 83/21 107/14 114/2 128/22 136/6

**words [6]** 12/19 18/9 115/1 123/1 134/20 170/2

**work [6]** 11/1 11/4 11/8 52/19 119/22 138/4

**working [1]** 167/9

**works [1]** 186/5

**World [1]** 150/25

**worth [2]** 126/3 126/6

**would [96]** 4/21 4/25 5/5 6/1 6/25 7/16 7/17 7/20 8/13 9/7 9/18 9/22 14/10 14/14 14/19 14/20 15/2 16/11 16/13 16/19 18/14 19/24 19/24 21/20 28/6 31/14 33/24 34/23 43/9 47/8 51/19 52/9 52/22 53/20 64/20 65/24 67/22 68/25 71/10 71/13 72/2 72/25 76/25 77/8 77/14 77/22 80/13 85/8 85/8 86/4 86/18 88/5 94/16 97/21 99/15 102/9 106/10 107/5 107/7 108/21 109/10 112/15 112/15 113/25 119/24 123/1 123/20 123/22 126/14 131/11 134/8 134/9 134/17 134/20 134/21 135/21 139/14 142/21 143/8 144/5 146/15 148/1 148/24 169/24 169/24 174/1 178/7 178/18 185/1 187/4 188/24 193/7 200/7 201/4 201/19 202/25

**wouldn't [2]** 126/15 126/16

**write [12]** 38/12 105/20 108/3 108/5 113/24 121/4 121/14 122/5 128/19 128/22 129/4 129/19

**writes [27]** 38/2 42/15 42/20 43/3 47/18 49/11 49/12 54/5 61/1 61/21 61/22 65/20 69/12 70/7 75/23 84/14 84/19 88/16 88/21 89/13 94/21 103/4 107/23 109/10 127/22 128/13 128/14

**writing [1]** 65/24

**written [2]** 17/1 37/9

**wrong [5]** 7/8 134/3 134/5 134/8 134/17

**wrongly [1]** 87/21

**wrote [29]** 19/21 30/15 30/19 47/2 47/21 49/8 54/8 55/12 61/8 61/23 62/18 65/5 65/7 65/17 78/11 84/11 89/16 91/2 94/12 105/1 105/17 114/7 117/20 118/6 121/19 129/4 129/7 136/10 140/15

Y

**yeah [22]** 21/17 34/19 48/5 52/20 116/5 122/1 122/19 123/11 138/20 157/25 163/20 169/20 169/24 174/4 178/7 178/21 180/1 190/22 192/15 195/18 199/8 199/10

**year [1]** 25/16

**years [4]** 8/17 8/18 10/22 11/8

**yelled [1]** 186/11

**yellow [1]** 194/6

**yes [647]**

**yesterday [3]** 6/16 9/3 103/5

**yet [2]** 84/19 87/23

**Y**

**York [1]**  1/14
**you [1264]**
**your [219]**
**yours [2]**  87/10 94/16
**yourself [21]**  11/6 19/12 53/7
57/5 57/5 57/8 64/25 80/5 106/12
126/8 137/9 146/21 155/19 157/23
160/12 194/25 195/25 197/13
198/18 198/25 199/7
**YouTube [6]**  63/17 67/5 67/16
67/23 79/6 84/15

**Z**

**zone [5]**  129/12 136/14 136/17
136/21 136/21
**zoom [35]**  23/16 33/6 50/18 55/7
59/10 60/6 62/12 64/23 70/4 70/16
75/22 76/6 81/6 84/5 88/10 89/12
89/20 93/18 94/9 98/14 102/4
102/5 103/19 104/21 105/14 111/11
114/17 116/18 118/17 119/6 119/17
120/16 127/2 196/8 196/12