# STEVEN C. ADAMS

1735 Partridge Ave.
Upland, CA 91784
Phone (909) 851-4501
steveadamspss@gmail.com

U.S. District Court
Judge Royce C. Lamberth
333 Constitution Avenue
NW Washington, DC 20001

*Let this be filed*
*Royce C. Lamberth*
*U. S. D. J.  8/31/23*

Reference – United States vs. HOSTETTER 1:21-cr-00392 –1

Dear Judge Lamberth,

My name is Steve Adams. I am a retired police chief from southern California. I worked in law enforcement for 30 years and have been a licensed California Private Investigator for the past 10 years. I am writing on behalf of my friend, Mr. Alan Hostetter.  Leaving political opinions aside I am writing to provide you a glimpse of what a great man Mr. Hostetter was and is. I have known Alan for over 20 years and we have been close friends. We worked together professionally and spent time together socially.

Please allow me to tell just one quick story of the wonderful man I know. Approximately 12 years ago I was going through a very difficult time professionally. To put it mildly I was having a difficult time after retirement. The specifics are long not important here but what Alan did form me is important. Alan saw that I needed help and he relentlessly reached out to me offering his assistance. I rebuffed his efforts numerous times but Alan never gave up on me. His tenacity and investment in me and our friendship truly changed my life for the better. His friendship, caring and empathy I would say literally saved me. I will always be grateful for him.

While he has refused to talk with me or have any contact over the past few years I will not abandon him in his time of need. Alan closed off most relationships falsely believing everyone was conspiring against him.

Your honor, I believe incarceration is not what Alan needs. He needs some mental type help. Putting him in jail does not make society safer. Alan is and always has been a protector. He served and protected our country in the U.S. Army. He then had a stellar career as a public servant, law enforcement officer.

There is much more I could elaborate on but I hope this short note makes an impact in your sentencing decision. Alan Hostetter is a man who you will find to have high ethics and integrity. He is thoroughly professional, dedicated to serving God with humility, his family with love, and caring for the community that he lives and works in.

In closing, thank you your honor for taking this note into consideration.

Respectfully,

Steve Adams (Police Chief, Ret.)