IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            Criminal Action No. 21-CR-392-RCL

v.

RONALD MELE

    Defendant.

---

**DEFENDANT MELE JOINDER IN THE JOINT PRE-TRIAL STATEMENT FILED BY THE GOVERNMENT AND DEFENDANTS.**

---

**I.    Introduction**

DEFENDANT Ronald Mele, through counsel, hereby moves to officially join in the joint pre-trial motion filed herein.

**II.    Procedural History**

The superseding indictment charges the defendant with conspiracy to obstruct an official proceeding, in violation of 18 U.S.C. § 1512(k) (Count One); obstruction of an official proceeding in violation of 18 U.S.C. § 1512(c)(2) (Count Two); entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1) (Count Four); and disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2) (Count Five).

**III.    Notice of motion to join in the joint pre-trial statement filed herein jointly by the Government and Defendants.**

Defendant Ronald Mele, through counsel, hereby joins and adopts the statement of the

case, voir dire questions, jury instructions and verdict forms submitted in the pre-trial statement. Defendant Mele, though counsel, also joins the objections filed by defendants and incorporated in the pre-trial statement. To the extent that the motions are fact-specific to those defendants, the legal analysis nonetheless applies to the defendant.

IV. **Conclusion**

Accordingly, the defendant requests the Court add defendant counsel to the signature block of the pre-trial statement.

Respectfully Submitted,

/s/Steven C. Bailey
STEVEN C BAILEY
Attorney for defendant, RONALD MELE
2535 Kettner Blvd 2A1
San Diego CA., 93101
Tel: (530) 409 0027
steven@baileyandromerolaw.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Clerk of Court for filing and service on all interested parties on this 18 day of August 2023.

Respectfully submitted,

/s/ Steven C. Bailey
Steven C. Bailey SBN 146382
2535 Kettner Blvd Suit A1
San Diego, CA 92101
Phone (530) 212 3407
Steven@baileyandromerolaw.net