# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 21-CR-392-RCL |
| v. | : |
| ERIK SCOTT WARNER,<br>FELIPE ANTONIO "TONY" MARTINEZ,<br>DEREK KINNISON, and<br>RONALD MELE, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Terence A. Parker hereby enters his appearance in the above referenced matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ Terence A. Parker
Terence A. Parker
NY Bar No. 5775192
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
(202) 803-1600
Terence.Parker3@usdoj.gov