# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ALAN HOSTETTER ) | Criminal No. 21CR0392-RCL |

## NOTICE OF APPEAL

Name and address of appellant:  Alan Hostetter
c/o Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626

Name and address of appellant's attorney:  Karren Kenney (CJA Advisory Counsel)
DC State Bar No. 1782083
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626

Offense:  18 USC 1512, 1752,

Concise statement of judgment or order, giving date, and any sentence:

> Judge Lamberth entered judgment and a sentence on December 7, 2023, imposing a 135 month sentence.  This sentence is in violation of the 8th Amendment and constitutes Cruel and Unusual Punishment.

Name and institution where now confined, if not on bail:  Report date is Jan 5, 2024

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Dec 12, 2023

DATE

*Alan Hostetter (Dec 12, 2023 12:30 MST)*
APPELLANT

*Karren Kenney*
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

Does counsel wish to appear on appeal?     YES ✔     NO ☐
Has counsel ordered transcripts?              YES ☐     NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES ✔     NO ☐