# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: 21-CR-392-RCL |
| ) | |
| v. ) | |
| ) | |
| ALAN HOSTETTER, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of defendant's Motion for Stay and Release Pending Appeal, it is hereby ORDERED that the Motion is GRANTED; it is further ORDERED that the defendant, Alan Hostetter, shall remain on release until further Order of this Court.

                                                                       Royce C. Lamberth
                                                                       United States District Court Judge