| | |
|---|---|
1
2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3   UNITED STATES OF AMERICA,

                                            Criminal Action
4           Plaintiff,                      No. 1:21-cr-392-1

5       vs.                                 Washington, DC
                                            December 7, 2023
6   ALAN HOSTETTER,
                                            12:12 p.m.
7           Defendant.
    _____/

8

9                   TRANSCRIPT OF SENTENCING
          BEFORE THE HONORABLE ROYCE C. LAMBERTH
10             UNITED STATES DISTRICT JUDGE

11

APPEARANCES:

12

13  For the Government:    ANTHONY MARIANO
                           TERENCE PARKER
14                           DOJ-USAO
                             601 D Street, NW
15                           Washington, DC 20004

                           JASON MANNING
16                           DOJ-CRM
                             1400 New York Avenue, NW
17                           Washington, DC 20005

18

19  For the Defendant:     ALAN HOSTETTER
    (Pro Se)

20  For the Defendant:     KARREN KENNEY     (appearance by Zoom)
    (Standby Counsel)        Kenney Legal Defense
21                           2900 Bristol Street, Suite C204
                             Costa Mesa, CA 92626
22

23  Court Reporter:        JEFF HOOK
                             Official Court Reporter
24                           U.S. District & Bankruptcy Courts
                             333 Constitution Avenue, NW
25                           Washington, DC 20001

**P R O C E E D I N G S**

**DEPUTY CLERK:** This is criminal case 21-392-1, United States of America v. Alan Hostetter. Starting with the government, please approach the podium and state your appearance for the record.

**MR. MARIANO:** Good morning, Your Honor. Anthony Mariano for the United States. I'm joined by my colleagues Jason Manning and Terence Parker.

**MR. HOSTETTER:** Good morning, Your Honor. Alan Hostetter appearing pro se. My advisory counsel, Ms. Kenney, is also present and on the line.

**THE COURT:** Okay. Can you hear me okay, Ms. Kenney?

**MS. KENNEY:** Yes, Your Honor, I can. Thank you.

**THE COURT:** Okay. First, I need to go through the guideline calculations and determine the guidelines before we go to allocution. The first step then is the government's position on the guideline calculations.

**MR. MARIANO:** Yes, Your Honor, we included our position in our filing. If Your Honor has questions, I'm happy to address any of those, otherwise we'll rest on our filing on that.

**THE COURT:** Mr. Hostetter, if you'll come up to the podium. The first step the Court has to determine at a sentencing hearing is a calculation of the guidelines. And then after I determine what guidelines apply in the case --

1   of course, the guidelines are not binding on the Court, and

2   each side can articulate what they think the appropriate

3   guidelines would be.  The Court has to consider the

4   guidelines in determining the sentence, but I have to make a

5   finding of what the guidelines would be that I would

6   consider.

7        So you had the presentence report, and you were able to

8   consult with your attorney about that.  And the government

9   filed a sentencing memorandum in which they had some views on

10  the guideline calculation by the probation office.  They also

11  suggested a variation from the guidelines -- or I guess not a

12  variation, they suggested some other -- an addition to the

13  guidelines so that the total offense level would be different

14  than set forth in that report.

15       So I guess this would be an opportunity for you to

16  express any views you have of what the guideline calculation

17  should be.  If you want to consult with Ms. Kenney and let

18  her address that, you can, or you can address that yourself;

19  either way, however you'd like to proceed.  And then after I

20  actually make a finding of what I think the guidelines would

21  be, then I'll let each side articulate -- the government will

22  go first and then you -- about what the appropriate sentence

23  will be.  All of the guidelines are just advisory to the

24  Court anyway.

25       **MR. HOSTETTER:**  Thank you, sir.  That was my question,

1    actually, is whether or not this was my time to speak

2    basically.

3        **THE COURT:**  No, it really is just a question of what

4    guidelines I'm going to consider as what the guidelines would

5    be, not what the sentence is going to be, because the

6    guidelines would just be advisory then.

7        **MR. HOSTETTER:**  Okay, Your Honor.  I would ask Ms. Kenney

8    if she has anything she wants to add at this point then,

9    because I don't.

10       **THE COURT:**  Okay.  Ms. Kenney.

11       **MS. KENNEY:**  Thank you, Your Honor.  As the Court knows,

12   I'm limited on what I can actually do in this case because I

13   am advisory only.  I did advise Mr. Hostetter that he could

14   file sentencing documents, and he chose not to.  But I did

15   tell him I wanted to address the Court in regards to some of

16   these enhancements that are mentioned in not only the PSR,

17   but the government's filing, if I may.

18       **THE COURT:**  Sure.  You can be seated, Mr. Hostetter.

19       **MS. KENNEY:**  As the Court knows, the guidelines are

20   advisory only, and this case is extremely different than most

21   cases that come into your Court, aside from the other January

22   6th defendants that are facing similar situations.  In the

23   government's brief, they referred to what other judges have

24   been doing on these enhancements.  And that begged the

25   question as to why, because everyone's case is different.

Everyone's individual conduct was different on January 6th. So I don't know if that was put in their paperwork to try to pressure the Court to say, hey, this judge did this, this judge did that. But I don't think that their arguments are compelling and nor should the Court necessarily follow what they're asking.

The government makes a big deal in their paperwork about the Oath Keepers case and the Rhodes case that was not in front of this Court. The conduct involved in that case was completely different than the conduct that Mr. Hostetter engaged in on January 6th. The Rhodes case was a sedition charge, a conspiracy sedition charge. Those defendants actually went into the Capitol building. Mr. Hostetter never went inside.

As the Court knows, Mr. Hostetter's conduct was basically going to the January 6th event, walking around with his flag and his bullhorn. And during the time he was there -- and the crowd was just going up the steps of the Capitol, when you look and parse out Mr. Hostetter's actual conduct, he never pressed against a police line, he never threatened anybody. He was simply there like hundreds of other people that haven't been charged.

The government wants Mr. Hostetter to basically be punished for his First Amendment activities that he engaged in in California when the protests were going on. Again, he

never went into the building. And it seems like that's been more of a bigger deal with some of the other judges that have sentenced other J6 defendants. So asking for this ridiculous amount of time with all of these enhancements is absurd. And the disparity amongst Mr. Hostetter, if that's actually imposed, with all of these other people that engaged in violent acts, that went into the building, that actually destroyed property, I think it's evident. And I think the evidence that was presented in this case supports my position and my arguments in that regard.

The government wants 12 and a half years. They want him to be punished because he was a law enforcement officer at some point. He was a patriot, like most of the other people that were there. And we now know there's other things that are coming out about people that were actually at January 6th. I don't know if the Court has, you know, seen all of this other footage that has come out and the arguments in the media that suggest that there were operatives in that crowd. And I get it, that's not why we're here today. But it was still part of what was going on that day if you look at the totality of the circumstances.

In regards to the Note 4 application for an upward departure, the legislative history on that does not support the application of that in these circumstances. And I would just refer the Court to U.S. vs. Graham. It's found at 275

F.3d 490.  The government failed to address the legislative

history in regards to this Note 4 application.  They cited

the Doggart case, and that is not controlling in your

courtroom, Your Honor, and it's absolutely distinguishable.

The Doggart case involved a Muslim who was obsessed with the

jihadist camps.  The FBI in that case set up a sting

operation.  A completely different factual situation,

completely different charges.  That enhancement under Note 4

for the plus two should not be -- should not be applied in

this case.

But the bigger issue is this plus eight that the

government's asking for for causing or threatening physical

injury.  Basically, the government's asking that his --

Mr. Hostetter's First Amendment activities from when he was

in California be used against him to add on eight levels.

They're claiming he personally threatened violence.  On who?

I sat during this whole trial, and I -- most of the time the

Court actually let me object, but most of the time I had to

just sit there.  And there were times I just wanted to scream

because of things that were being said in court, and I

couldn't do anything because I'm advisory only.  He didn't

threaten anybody.

Your Honor, if you'd look and you focus on his conduct,

he was there, he had his flag, he had his bullhorn.  There's

no evidence that he was yelling at people to go in there and

hurt and destroy property. He didn't threaten or cause

injury to anybody. He didn't even push up against a police

officer like we saw on some of those videos that were

admitted into evidence that others engaged in.

In regards to the plus two under 2J1.2(b)(3), planning,

preparation and the extensiveness of planning and preparation

that the government wants to be added to that same guidelines

calculation, again, they're referencing Mr. Hostetter's

speech activities of protests. They're claiming that raises

to the level of extensive preparation, going to January 6th.

Again, he's being punished -- they're trying to add on these

enhancements for conduct that's protected under the First

Amendment.

In regards to the plus three enhancement, substantial

interference with justice, unnecessary expenditure of

substantial government resources, 2.9 million. Again,

Mr. Hostetter did not go in the building. He did not injure

anybody. He did not even commit a simple battery. He didn't

touch a police officer. He didn't ruin anybody's property,

anything inside the building. And to have a claim that he

substantially -- his conduct substantially interfered with

justice, I just don't see it based on the evidence.

And then the plus two for the 3C1.1, obstruction

enhancement, false testimony at trial. Maybe I read this

wrong, Your Honor, but I didn't see anything where the Court

was literally calling Mr. Hostetter a liar on the stand. I
didn't see that in your opinion. The way I took it was the
Court didn't think what he said was credible. But there's a
difference between thinking somebody's not credible because
that's what they're thinking in their head, that's their
state of mind when they're explaining it, as opposed to
outright lying. I don't think that that should be imposed,
because I don't think there's evidence that he lied on the
stand. He has very tight beliefs, and he has stuck by his
beliefs this entire time over the last three years.

And Your Honor, the only other additional comment I want
to make is this report was done in October, and the law
changed in regards to the zero criminal history points for
the minus two reduction. I think that that shouldn't be
applied as well. That's my comment on the enhancements, Your
Honor.

**THE COURT:** Okay. Thank you very much, Ms. Kenney. The
government can respond.

**MR. MARIANO:** Yes, I'll respond just briefly, Your Honor.
On the zero criminal history point, my understanding is that
does not apply for defendants who carried a weapon. That
includes this defendant.

**THE COURT:** I'm sorry?

**MR. MARIANO:** That does not apply for defendants who
carried a weapon, as in this case where the defendant was

1   convicted of having a hatchet on Capitol grounds in his bag.

2   Let me address briefly Note 4, because I think the Note 4

3   application is important.  As we said in our filing,

4   regardless of what the Court concludes on the application of

5   Note 4 and the upward departure, we believe the same sentence

6   would be appropriate under the 3553(a) factors, and we would

7   ask the Court to make that finding even if it does impose

8   that.

9   But this argument from Ms. Kenney to distinguish Doggart

10  I do not think is persuasive.  I think Doggart is a very

11  persuasive case that the Court should rely on, because it

12  makes the distinction between commentary that expands a

13  mandatory adjustment and commentary that adds a discretionary

14  upward departure.  That's what distinguishes Doggart and this

15  Note 4 application from other enhancements where the

16  commentary had expanded adjustments beyond statutory text.

17  So we think it's perfectly appropriate for the Court to

18  consider that in this case.

19  And factually in this case, it certainly applies.  We

20  think either through the guidelines or certainly through the

21  3553(a) factors, the Court should acknowledge that this

22  defendant's conduct was that of a terrorist.  His words were

23  those of a terrorist.  That Doggart dealt with jihadists

24  doesn't change that.  It's not about the source of who does

25  it.  Domestic terrorism is a huge problem in this country,

and Your Honor saw that very well in the testimony and the
evidence that was presented at trial.

Your Honor, if there are no questions about the other
enhancements, I'm happy to address any of those, but I know
Your Honor has --

**THE COURT:** Well, I'm going to decline to do the
four-point enhancement. I will -- I agree, you can argue at
sentencing whatever factors there you want to argue. I do
have a question, I think the eight points are appropriate.
I'm not sure where that puts us in terms of the total
guidelines. The total offense level that probation had come
to was 33, and you came to 31.

Explain what the difference is there and how you have 31.

**MR. MARIANO:** Yes, Your Honor. Let me just first
clarify, you said you didn't want to impose the four-point
adjustment. I understand you to be referring to the Note 4
adjustment?

**THE COURT:** Right.

**MR. MARIANO:** So the difference in probation's
calculation of 33 and our calculation of 31 is based on the
aggravating role. Now, when we initially reached out to
probation with our view, we suggested that Mr. Hostetter
applied for -- qualified for a plus four aggravating role.

**THE COURT:** Right.

**MR. MARIANO:** In looking at the D.C. Brigade cases

further, looking at comparable cases, we believe that only a

two-point adjustment is appropriate.

THE COURT: So where is that in the probation report

then, that would be what page?

MR. MARIANO: In the PSR, that is -- I apologize, Your

Honor, I have the draft portion of the PSR. But I have it as

page 15, paragraph 85. But it's the enhancement under USSG

section 3B1.1.

THE COURT: Just a second. All right. So that would be

a two instead of a four?

MR. MARIANO: That's our position, Your Honor.

THE COURT: I agree with you on the eight in 81. Okay,

so if we do that, two instead of four, then that's where

we're going to end up with 31 as a total offense level. All

right.

MR. MARIANO: Yes, Your Honor, and that imputes a

guidelines range of 108 to 135.

THE COURT: So I'll find that the total offense level

would be 31, criminal history category one; that the zero --

I think it's zero, does not apply when there was no weapon

involved. So the guideline provisions I will find then would

be 108 to 135 months on counts one and two, but the maximum

of counts three and four are 120 months. So the guideline

obviously would be 108 to 120 months on counts three and

four, but 108 to 135 on counts one and two. Of course,

that's only the guidelines.  The statutory maximum would

remain 20 years on counts one and two, and 10 years on counts

three and four.

The supervised release term would -- under the guidelines

would continue to be one to three years.  He would be

ineligible for probation.  The guidelines, I take it -- and

let me check that with probation, would remain 35,000 to

250,000.  Would that be what the guideline would be?

**MS. LUSTIG:**  It would be 30,000 to 250,000.

**THE COURT:**  30,000, okay, to 250?

**MS. LUSTIG:**  To 250.

**THE COURT:**  Okay.  And then the restitution to be

determined, and $400 would be required to be imposed as a

special assessment, which is a hundred dollars per count.  So

that's my determination, then, of the actual guideline

sentence.  Of course, as I said at the outset, pursuant to

the Sentencing Reform Act, I have to consider the guidelines,

but I have the authority to impose a sentence that I think is

appropriate under all the circumstances.

So I'll let the government allocute first, and then I'll

hear from Mr. Hostetter about the appropriate sentence within

the statutory range, considering the guidelines and all the

other factors under 18 U.S.C. section 3553.  Okay, you may

proceed.

**MR. MARIANO:**  Thank you, Your Honor.  And if Your Honor

does have questions about anything in particular, I'm happy
to tailor my arguments to what Your Honor's focused on.  The
Court's already very well familiar with Mr. Hostetter's
conduct before, after and during January 6th.  You saw the
evidence in detail at the bench trial.  You rendered a
verdict that made clear findings of fact.  So I won't spend
much time going through all the specific facts of the case.
You also know about the conduct --

**THE COURT:**  I recall it well.

**MR. MARIANO:**  I trust you do, Your Honor.  You also know
about the conduct of Mr. Hostetter's principal co-conspirator
and co-defendant, Russell Taylor, who testified in that
trial.  And more recently, Your Honor has heard in detail
about the conduct of four other co-defendants and
co-conspirators who were also convicted for obstruction of an
official proceeding and conspiracy to obstruct an official
proceeding.

**THE COURT:**  By a jury.

**MR. MARIANO:**  By a jury.  So I'll keep my comments
focused on the 3553(a) --

**THE COURT:**  In the two-week trial that turned into four
weeks.

**MR. MARIANO:**  Sorry, yes, Your Honor.  I don't know if we
take responsibility for that or not, but we'll take our
share.  So let me start with the seriousness of the offense

and the need to provide just --

**THE COURT:** I do give Mr. Hostetter credit, he had a much more abbreviated trial, and I got the same information in four weeks there that I got from him in four days.

**MR. MARIANO:** That's true, Your Honor.

**THE COURT:** I appreciated that.

**MR. MARIANO:** So let me start with the defendant's words. December 19th: "Choke that city off, fill it with patriots. 5,000,000 people outside the walls are going to drag us out by our hair and tie us to a fucking lamppost." January 5th: "Put the fear of God into members of Congress." He said that at the Supreme Court across the street from the U.S. Capitol building. "They need to know we, as a people, a hundred million strong, are coming for them if they do the wrong thing." Those were the defendant's words in the days leading up to January 6th.

And Your Honor heard in other speeches how the defendant repeatedly called for executions of the people he viewed as his political enemies. And we quoted those statements a lot during that trial. We played the videos a lot for Your Honor. And it is my sincere hope that by focusing on them and showing them multiple times, that we didn't ever mute the impact of those words. Because the first time you hear them, they are truly shocking. And in the context of January 6th, they're horrific, deeply disturbing.

1    Because Ms. Kenney respectfully is wrong, this is not a
2    case that's just about words.  This isn't a case of a
3    defendant who's being prosecuted for the words that he said
4    and things that he never did.  Because this man took actions
5    based on those words.  Days before January 6th, you heard how
6    he was in California preparing to come to Washington, D.C.
7    You heard how he loaded a hatchet into his car.  Then
8    another, then another.  He loaded in knives, tactical gear,
9    stun batons, pepper spray.  This is a man who, through his
10   actions, showed that he meant every word he said.
11   He took those weapons and drove all the way from
12   California to come to Washington, D.C. to be a part of the
13   mob that surrounded the Capitol in a riot.  He wasn't just
14   present or just standing there, as Ms. Kenney said.  He
15   joined Russell Taylor, the man that he said was his blocking
16   back, his body guard.  They walked onto the West Plaza past
17   barricades, police lines, flashbangs going off.  They went
18   straight up to the inaugural stage.  And Your Honor saw how
19   the defendant had that bullhorn that he had used so many
20   times before.  But this time, it was directed at the crowd on
21   the West Plaza that was trying to overrun police officers.
22   He was there inciting that crowd from what Your Honor rightly
23   said was that visible perch, the crowd could see him.  They
24   could see him and Russell Taylor advancing past a police
25   line.  He said:  "This is how it works."

And then you saw how he stayed on the Upper West Terrace
for hours in defiance of police commands.  He stood there
with a backpack that had a hatchet in it.  He stood there
next to Russell Taylor who was carrying a plate carrier over
his chest with a knife visible to anyone that was walking by.
The police certainly noticed it, you heard that in testimony
as well.  One of the truly distressing facts about this case
is that the defendant wasn't just any rioter on January 6th.
He was a former police officer and a former chief of police
with decades of service.  If anyone knew the dangers of a
mob, it was this man.  If anyone knew the importance of a
police line and why to follow it, it was this man.  But he
joined the mob, and he didn't respect the police lines.

Ms. Kenney's right, in another case in a different time
with different facts, Mr. Hostetter's decades of service
would be a factor in his favor, it would be mitigating.  But
here it's one of the most shocking facts of the case, because
it underscores how he knew better, how he knew how wrongful
his conduct was.

Your Honor also needs to consider the need to provide
adequate deterrence and protect the public in the sentence
imposed.  In these cases, we talk a lot about general
deterrence, and that's a critically important factor here.
It's important in every one of these cases, but particularly
here where the defendant made himself a public figure before

January 6th as he was calling for violence and directing people to January 6th as a day of reckoning. And after he used his bullhorn on that inaugural stage to incite the crowd, he hasn't given up that bullhorn since. He's used it since to make himself a poster child for January 6th conspiracy theories.

The pro se defendant who was going to put the government to its proof at trial to show just how deep the rabbit hole goes, to show that January 6th was all an inside job, and at a trial that took place over two and a half years after the events of January 6th, he showed up with nothing, nothing. His big moment, and he had not a piece of evidence to support his theories or to undercut the reality that it was people like the defendant, no one else, that was responsible for what happened on January 6th at the Capitol. And still he has never acknowledged responsibility. Still he promotes the dangerous lie that January 6th was a false flag operation.

Throughout this case, the Court has heard just about everything from the defendant, about the 2020 election, about COVID, about the JFK assassination and about the Wizard of Oz. The Court has heard almost everything. One thing the Court has never heard is a statement of regret. One thing the Court has never heard is an acknowledgement of wrongdoing. One thing the Court has never heard is a commitment to never do something like this again. And that

underscores the need not just for general deterrence in this case, but specific deterrence, the need to protect the public.

And maybe I'm wrong, I don't expect that the Court will hear those statements from the defendant today either, if he chooses to address the Court.  If he does, I suspect the Court will hear what it has always heard:  The defendant pointing fingers at the FBI, the prosecutors, the U.S. Capitol Police, at anyone but himself.  We said it at trial, and I'll say it again here:  If the defendant wants to know what could have stopped January 6th, he can start by looking in the mirror.

Now, I understand the legal issues regarding the Note 4 application, and I respect Your Honor's ruling on that.  I won't argue that point.  But I will reiterate that the reality is that through his words and deeds on January 6th, Alan Hostetter was a terrorist.  And it's important that that be said.  He stormed the Capitol while Congress was at work on executing the peaceful transfer of power.  And when he did it, as he testified, he wanted members of Congress to think that they might be killed by the mob if they didn't take his side.  He wanted them to hear the threats that he was making.

And like any terrorist, his crime had a specific target, but it had a broader disruptive purpose.  Because Hostetter's crime wasn't just a crime against Congress, it was a crime

against us all.  It was a crime against our constitutional

order.  That's why chief among the offensive elements in this

case -- and there were many, was the defendant's practice of

wrapping himself in the American flag and taking on the

mantle of freedom fighter.  Because nothing he did was

patriotic on January 6th.  Not one moment of it was

keeping -- was within keeping of the spirit of 1776 when this

nation chose rule by the will of the people rather than

fidelity to one ruler above all.  Days before January 6th,

Your Honor saw in the evidence the defendant searched for

examples of mass uprisings toppling governments.

So I'll wrap this up by reminding the Court how the

defendant celebrated on the grounds after that riot in the

days that followed.  And in the moments while he was at the

Capitol, he said:  "The people have taken back their house."

As he watched police lines overrun and the Capitol

surrounded, he said he had never seen such a beautiful sight

in his whole life.  After the violence and destruction of

January 6th, the defendant sent out messages and posted on

social media bragging about the Capitol attack as the shot

heard around the world, the 2021 version of 1776.  He said

that he was leading the charge that day.

The defendant wanted the riot at the Capitol on January

6th to send a message to the world, and it did.  It sent a

message to the world about how fragile democracy can be.  It

sent a message that the peaceful transfer of power that this country has so long prided itself on could be taken away in moments by a violent mob bent on destruction and revolution. So it's now up to this Court to send a message to the world, to this defendant and to anyone who would pick up his mantle and try to commit a crime like this ever again.

As I said before, the defendant's actions were not patriotism, they were terrorism, and the Court should impose a sentence that makes that clear. We ask that the Court sentence the defendant to 151 months imprisonment. Thank you.

**THE COURT:** Thank you. Mr. Hostetter.

**MR. HOSTETTER:** Thank you, Your Honor. After listening to Mr. Mariano, I have a little bit of -- kind of an alteration to my plans of how I was going to present this. I've got to give Mr. Mariano credit, he always comes up to the microphone with a whole lot of passion. And a lot of what he expressed I explained already in my pretrial filings, including some things -- not specifically actions related to the -- to January 6th and the lead up to January 6th, but more in the delivery of my message, if you will.

I've had quite an amazing experience the past nearly four years now since COVID swept the country -- and the world, and changed everybody's lives. And when I listen to Mr. Mariano speak in such terms where he refers to me as a terrorist --

and in the filing that he presented to the Court, he claimed
that I am a threat to the community. And when I listen to
the things that he said when I -- I was here, I watched all
the videos of myself walking around with my flag. And when I
hear those kinds of comments, sometimes I feel like I'm
living in a parallel universe, some weird fever dream, or
that I'm watching some sort of a strange movie unfold before
my eyes that, you know, in my wildest dreams, in my wildest
conspiracy theories, I think to myself is this movie and me
getting swept up into it some sort of way that corruption is
being exposed in this government of ours. I know that's
nuts, right, it's a conspiracy theory. But I think about it
sometimes when I listen to comments like this, because
they're so over the top.

And I trust that you got a feel for me, you have a
general idea of what I'm like, what I'm about, what my past
history is. And when it comes to what I was doing leading up
to 2020 when COVID swept the country --

**THE COURT:** You had a good history up to then.

**MR. HOSTETTER:** I darn sure did. And I think, I truly
still to this day believe, that when the dust settles on this
craziness, I'm still going to have a good reputation. And I
think that day will come hopefully in the not too distant
future. But I still feel confident -- I have complete faith
and confidence in God, I have complete faith and confidence

that in his perfect timing and in his perfect way, we're going to see some incredible things. And ultimately we are going to be led down a timeline that we're all on right now that's going to have a very glorious ending where I think people are going to come together and rise above politics. And that's one of the things that I've learned so much about through my experience these past four years, is what's really important in this world.

I kind of went off on a tangent there. I want to thank Ms. Kenney, first of all, for the work that she's done for me for the past, you know, few years now. And, you know, last night, we spoke on the phone, and she gave me some great ideas, things to consider and talk about as she always has since this trial began. I'm grateful for her as I listened to her fight for me once again in this conference. I'm grateful for everything she's done for me.

**THE COURT:** And with passion.

**MR. HOSTETTER:** And with passion, yes, sir. With passion, very much so, and I'm grateful for that. Your Honor, I said -- when I spoke -- when I testified in trial, I testified truthfully. And when I say this to you right now, I say this with utmost respect: You, as a human being, as a federal judge, even you can make a mistake. I've certainly made many mistakes in my life, and I've had time to reflect on them. But when Russell Taylor testified to you that I had

an ax in my backpack, he committed perjury, he lied through his teeth to you in this courtroom.

His testimony completely changed from the time that he wrote out -- when the government gave him his sweetheart deal to tell them what they wanted to hear, he wrote out plainly: "I saw an ax in his backpack."  By the time I had him on cross-examination here in your courtroom, that changed completely.  He said:  "Maybe I saw the top of an ax handle sticking out from his backpack."  What I testified to and what I explained in my pretrial filing about what happened with that ax and it being stolen was the absolute truth.  And as I said, you made a mistake in that, in your judgment of that, and it happens.  I'm not here ranting and raving and screaming about it, it happens, but it was a mistake.

As they talk about me claiming that I didn't testify truthfully in this case, again, I feel like I'm watching some sort of a strange movie when the entire premise of their case claiming that January 6th was just some organic spontaneous riot engaged in by a bunch of Trump supporters who came with the intent to disrupt the only chance that we had at the time to see any reflection on those results and have them sent back to the states.  The whole premise is silly to begin with from the outset, that we would go there with that intention.

As I testified and as I put in my pretrial hearings, one, it doesn't take much insight to look at the security that day

and the staging of the security that day to see that it was

an obvious, obvious setup from minute one. I explained my

training, my experience, my actual experience dealing with

crowds of up to 150,000 people coming in and out of the city

that I worked in, and the type of details that law

enforcement planners look for to make sure that an event goes

off without a hitch. This was absurd, the security.

And when you look at how absurd it was, to think that

there were numerous law enforcement leaders sitting in rooms

leading up to January 6th planning this, planning the

security for this, and to think that that was what they

decided to do -- and that's legitimate, that is not. There's

no possible chance -- and I'm actually disappointed that more

law enforcement leaders across the country at the local and

state level have not weighed in on this and said this guy's

right, Your Honor. There is absolutely no way with every

member of Congress, every member of the Senate, the Vice

President of the United States all sitting under one roof

that they decided the best course of action for this with a

potential BLM/Antifa counter-protest that may be in the tens

or hundreds of thousands, massive violence in the streets,

all over that Capitol building, and they all agreed, all

these top notch law enforcement leaders said:  You know what,

bike racks, that's how we're going to deal with this, 3-foot

tall disconnected bike racks that can be easily pulled apart.

And if they decide to get nuts, there's real violence and somebody decides they do want to get in that building, other than the obvious crisis actors, federal informants and agents that were there instigating that day, that anybody could have gotten into that Capitol. They did this intentionally. There really is no other logical, rational explanation for that.

Again, I departed from my comments, but -- and Mr. Mariano is right, I am going to stand up here and make some additional comments. I'm not backing away from what I came here with, what I saw that day, what I continue to believe. And the reason that I continue to maintain this position, that I have full faith and confidence that the truth is going to come out. And when the truth does come out, it's going to shock a lot of people.

I experienced something -- this whole experience for me with this indictment is only really a small part of some of the things that occurred in my life that many would call what's known as the dark night of the soul. And it's one of those experiences that people go through -- most adults at some point have one or many, many more of these where your whole life gets turned upside down, you go through a period of pain and isolation that is indescribable. And it causes your entire paradigm of life and your belief system to change. I had this experience. And I'm actually strangely

1    enough grateful for this, grateful to be standing here right

2    now to have the opportunity to look you in the eye and speak

3    to you personally and tell you that this moment in time in my

4    life, and in your life, the end was known from the beginning

5    and the beginning was known from the end.  And we, you and I,

6    were always destined to be right here having this

7    conversation and talking about what we're talking about right

8    now.  It was always supposed to happen, and here we are, it's

9    happening.

10   The decision that you will make, whether you side with

11   the prosecutors and you decide, yeah, this guy, he's a

12   terrorist, he's a threat to the community, a really bad guy

13   and I need to protect society from him, so I'm going to

14   sentence Mr. Hostetter to 12 and a half years in federal

15   prison.  If you make that decision, that is exactly the

16   decision that you are supposed to make.  And that's one of

17   the great revelations that came to me through my experience

18   in this, is that there isn't any coincidences here.  This

19   is -- there are very few coincidences in life.

20   Even our very thoughts, the electrical impulses we send

21   out when we think thoughts or we pray, it has the butterfly

22   effect, it has a ripple effect.  And the pain that I might

23   experience serving 12 years in prison, there would be some

24   greater purpose for that pain that would have some ripple

25   effect that is going to get all of us here in this room down

1   this timeline to the other end and the other side where we're

2   supposed to be.

3       And that's really -- when people grasp that concept in

4   their own personal lives, whether they experience some tragic

5   death of a close family member or some horrific experience in

6   their life, when they come to realize it had to happen this

7   way.  The book of Job, right, I mean, it's -- it has to

8   happen this way.  And every good thing that I did in my life,

9   every dumb thing that I ever did in my life, every sin that I

10  committed, every generous act that I ever engaged in, every

11  single moment led me right here standing before you today,

12  and that is invaluable.  I can't -- I mean, when that came to

13  me, my life changed.

14      And I think that happens to everybody that has this

15  similar dark night of the soul experience, where you're like

16  wow, what we are arguing about here right now that happened

17  three years ago, it to me is almost petty at this point.  I

18  mean, I know terrorism and, you know, we were going to run in

19  there and drag Nancy out by the hair or something.  It's lots

20  of, you know, rah-rah, angry statements and things of that

21  nature.

22      But when I look back at all that now and I realize that

23  politics, everything in this illusion that we live in, there

24  are some really dark forces that we never see that set this

25  matrix that we live in up in such a way that we stay

constantly divided, whether it's religion, race, gender, sexual orientation, you name it. And it's amazing, now mask wearers versus non mask wearers, people who are pro or against vaccine. I mean, we're constantly now just all at each other's throats. And it is intentional, just like the security on January 6th that day, completely intentional, to create this false flag event to have happen what happened, imprison people like me who may have shown some leadership qualities that make the swamp nervous.

And in addition to imprisoning people like me and potentially a thousand others, over a thousand others, they silenced over half of the country who no longer protests, are very quiet, and they wouldn't dream of sticking their heads up again to say something negative or start talking about Thomas Jefferson or oaths or things of that nature fearing that the federal government will then track them down, hunt them down three years later, kick in their front doors in front of their children with a tank in the front yard and carry them away. That was the point behind this entire episode. Michael Sherwin said it himself only days later on 60 Minutes when he said: "We launched a shock and awe campaign against Trump supporters to make sure they would not show up in U.S. Capitol when Joe Biden was sworn in."

Speaking of divine intervention and things that happen for a reason, I have to say, about a month ago when I saw in

1    the newspaper -- fake news, but it's still printed out here.

2    And I actually think because this came from a fake news

3    reporter and out of a fake news source, that it gives more

4    credibility; that it's not something they wanted to say, but

5    they said it anyway.  So to me, it makes me realize this

6    probably did happen in this very courtroom.

7         About a month ago, you came across another gentleman who

8    I've been talking about since day one of my first filing as

9    an imposter who was there to initiate a riot at the Capitol.

10   His name is John Earle Sullivan.  You presided over his case

11   about a month ago.  And I was surprised to see that he -- I'd

12   heard and read that he may have been indicted and that, you

13   know, there was something that happened with him shortly

14   afterwards, after he was paid his $90,000 of money to take

15   those videos that he saw.  And then -- I mean, it was NBC,

16   CNN and maybe four or five other organizations paid him tens

17   of thousands of dollars for that video of somebody you now

18   know was an imposter, and went there with the intent to do

19   exactly what I said, stir up trouble, create a riot.  And I

20   actually read the article again by -- I think his name is

21   Mr. Riley.  I think he might even be in this courtroom, it's

22   possible, I don't know.  There are probably some fake news

23   reporters in here excited to talk about the terrorist and the

24   latest events going on in this case.

25        But Mr. Sullivan, Your Honor, was --

1    **THE COURT:** He's smiling.

2    **MR. HOSTETTER:** What's that?

3    **THE COURT:** He's smiling.

4    **MR. HOSTETTER:** Oh good, I'm glad to hear that. No hard

5    feelings. Like I said, I'm trying to rise above all this

6    these days. But the fact that John Sullivan landed on your

7    desk for you to listen to, I hope that you were thinking to

8    yourself, yeah, I remember Mr. Hostetter was talking a lot

9    about this guy. And he's only one guy, Your Honor. He just

10   happened to be there. And you can correct me if I'm wrong,

11   but I also heard about his case, that both the prosecution

12   and the defense both agreed that they would not show the

13   specific moments in his video of the Ashli Babbitt shooting;

14   is that correct?

15   **THE COURT:** That's right.

16   **MR. HOSTETTER:** Okay. Which to me, again, red lights are

17   going off in my head, like there's something not right about

18   this. They're going to take a couple -- I think it was about

19   six minutes of video that were shot of her shooting scene.

20   That was one of the most iconic and traumatic events of the

21   entire day, a woman being shot by a plainclothes Capitol

22   police officer in the Speaker's Lobby hallway. And to think

23   that that emotionally charged video where a woman is killed

24   right there on the video, and there's Mr. Sullivan

25   coincidentally just happening to be in that particular

1   hallway where that woman is shot making comments like:  "Oh

2   wow, look, you can see the light fading from her eyes, bro,

3   she's dead," things of that nature, very dramatic.  To me, he

4   was acting.

5       And as you are aware, I don't believe that Ashli Babbitt

6   was actually killed that day.  I think that was a psy-op

7   within the greater false flag of January 6th.  And if, if she

8   was actually killed, it was probably not intended, something

9   went wrong.  But that was a psy-op.  There was not -- that

10  was staged.  Probably the reason that the government wouldn't

11  allow me to see the video of the hallway video of where she

12  was shot.  Probably the same reason that -- because if --

13  now, the videos of the Capitol are being released.  Speaker

14  Johnson decided he was going to release the video.

15      But it strikes me at this point this is just more game

16  playing, kabuki theater between the Democrats and Republicans

17  to try to appease voters before they once again betray us.

18  But of these videos we've seen so far, there's been nothing

19  that says, oh, look, those videos would indicate that this

20  really was organic, just a bunch of guys showing up to try to

21  stop the one and only chance they had to see these results

22  sent back to the states.  Nothing.  There's nothing that ever

23  comes out that gets released now that bolsters the

24  government's case.  All of it bolsters my case and what I've

25  been saying for almost three years, that this was absolutely

staged.

Now, if I could see that video that I asked for back during pretrial -- and I sent requests directly to Mr. Mariano and Channing, what we might see is the fact -- well, whether or not -- and I hope all the detectives out there, all the sleuths that are analyzing these videos as they slowly trickle out are looking for that video to show what was going on in that particular hallway for hours leading up to the shooting and hours afterwards. Because, again, I happen to have personal experience in the investigation of officer-involved shootings, and it is a massive ordeal within the police department itself where one takes place. The officers -- believe it or not, the officers are somewhat traumatized in the sense of this is going to create a massive upheaval in the organization.

The officer that shoots a person is going to go through a horrific psychological experience, PTSD, things of this nature. He's going to think about the fact that he killed somebody for the rest of his entire life. There is going to be a crime scene that is processed that will take hours to process turning every little stone and piece of hair and blood spatter and bullet fragment in the wall, they're going to be looking for that for hours. Crime scene specialists, analysts, detectives, administrators and on and on and on, they're going to be coming up there and examining things and

talking to each other, and you would see that on the video.
And that's why I wanted to see these videos that I never was
able to see. And I hope there are people in the public that
tear these videos apart looking for that, because once the
Ashli Babbitt psy-op falls, this whole scam comes undone.

And the fact that John Sullivan was there in that
hallway, paid $90,000 for his video, shows up on CNN that
night with Anderson Cooper and Jade Sacker, the woman that he
was with -- and Tayler Hansen, who I have a lot of questions
about. Tayler Hansen, also from Utah where John Sullivan is
from. I don't believe Tayler Hansen was ever indicted. I
could be wrong, but I searched for it, you know, at length,
never found any indication that Tayler Hansen was ever
indicted. He was there, he filmed it, he shows up on Laura
Ingraham of Fox News that same night sharing his story.

And another aspect of that shooting that causes alarms to
go off is right now a lot of conservative America believes
that Capitol Police Chief Steven Sund is a hero. And he
could be. He's put out there that there were hundreds of
informants surrounding that building that day. That's why
the FBI doesn't want to release certain videos, they want to
blur out faces. They don't want the public to know that
there were hundreds, if not possibly thousands -- and
probably they don't even know the full amount of people that
were involved in the false flag, because I believe you had a

number of different interests, not just the FBI.  You had a
number of different interests.

Probably Nancy Pelosi herself has groups and people that
she has control over and input with that she could simply say
hey, this group that she deals with, I need 10 guys, we're
going to pay them to go out there and act.  And the FBI's not
going to be aware of that necessarily, they're all going to
be compartmentalized away.  And they've been -- the FBI, the
CIA, DHS investigations, all of these folks -- DHS hasn't
been around quite that long, but the other alphabet agencies,
they have been doing these false flag operations around the
world for generations.  They have turned this into an art
form.

January 6th was like their culminating moment where we
finally, as the American people, witnessed it, and people
like me got sucked up into it.  And when I look at what they
did and how craftily they went about doing it -- everything
from the Ashli Babbitt scene, there were many other scenes in
that movie that day that took place, all scheduled to occur
at very specific times.

And I want to go back now to my friends here in the fake
news, because I'm going to put out a challenge to them.  And
on a side note, last night Vivek Ramaswamy in a presidential
debate also stated January 6th was an inside job and that the
2020 election was stolen, which it was.  These conspiracy

theories are no longer fringe theories. This is from --
Vivek Ramaswamy last night making those statements in a
presidential debate, it shows you that a tipping point is
coming. And soon, the entire country is going to be asking
all the questions that I asked in my pretrial filings about
the Babbitt shooting and many, many other -- many other
things. And as these questions begin to be asked -- and the
Babbitt case in particular, once that crumbles, the whole
corrupt temple comes tumbling down. And where it lands and
on who it lands is going to be quite a sight to be behold.

I want to introduce the Court -- and this is my challenge
to the fake news media that might be present here. I want to
introduce the Court to become aware of a gentleman that I
have become friends with over this period of almost three
years now since the incident occurred. His name is Rafael
Rios. And if he were to sit in that seat and have you put
him under voir dire as an expert witness, I have no doubt you
would find that he is an expert on all things January 6th.
Interestingly, the thing -- the most interesting thing about
him is his demographic makeup. He checks all -- he checks
none of the boxes that you would expect to be making videos
about this incident. He is an openly gay, classically
liberal actor, researcher and documentarian who really,
really dislikes both political parties, and he dislikes
President Trump even more than the political parties. He

definitely did not vote for President Trump.  He is motivated
by truth not politics, and so far he has made two videos
exposing the lies of January 6th.

Again, he's an unlikely candidate for the job that he has
just volunteered to step into.  And he's done some of these
videos before on other false flags, and they're quite
amazing.  So far -- he's doing this in a three-act
presentation.  And so far, he has put out act one which was
the dissection of the Ashli Babbitt shooting.  And act two
recently he put out, which he calls 889 angles of all the
different locations around the building, that -- where
different people were positioned.

This man can tell you the names of the people around that
building.  He can tell you where they were standing, at what
time they moved to another location, the reporters that were
there and how they connect to each other, and he's put this
out in video format.  They're amazing to watch.  I attached
the Ashli Babbitt video to my filings several times.

Laura Logan, a highly respected conservative reporter out
there, re-tweeted his act two that he just put out less than
a week ago, I believe.  And when she did that, within 24
hours it had a million views, which means a million Americans
now have seen that video.  And more and more people are
waking up to the fact that the entire thing was staged.  He
is still working on act three, which is going to be -- act

two covered everything around the outside of the building.
He's working on act three, which will then cover everything
on the inside of the building.

I would also say that he is -- he struggles mightily
financially, and I encourage the fake news media -- I dare
them to post the links to Wooz News -- it's W-O-O-Z, for
their readers so that their readers can go to these links and
judge for themselves what they think about these videos.  And
even if they tear them apart and find some mistakes in the
videos, if even a third of what this man puts out there is
true, the narrative -- the government's narrative collapses,
it's over.  But I think there's a lot more in his videos that
are true than a third.  I encourage donations.  I encourage
the fake news to point to him and let their readers decide
whether or not he's the real deal or not.

Now I'm getting close to the end, Your Honor.  I do want
to say that when I -- I don't know if Mr. Mariano is a
veteran or Mr. Channing is, maybe they're veterans, I don't
know.  I don't know if either of them have worn the uniform
of a police officer.  And when I say law enforcement officer,
I'm not talking about an attorney wearing a tie in this
courtroom.  I'm talking about people that are out there every
single day risking their lives for our safety; people that
are out there with a badge and a gun and a uniform of the
communities that they represent rolling around in the gutter

1    with drunks who have urinated all over themselves, fighting

2    people into handcuffs in the middle of the night, chasing

3    gang members that just shot somebody down dark hallways.  I'm

4    not sure if they've ever done any of that.

5        But I do find it quite patronizing and quite insulting

6    that they would point at me and say that I'm a law

7    enforcement officer so I should have known better because of

8    my time in law enforcement and the military.  Of course I'm

9    not going to surprise them or you when I make this statement,

10   and my statement is this:  The oaths that I took as a police

11   officer and a soldier, more than once, to protect and defend

12   the Constitution of the United States against all enemies

13   foreign and domestic is exactly the reason I was there on

14   January 6th.  The election was stolen.  You have presidential

15   candidates now stating this openly during a debate.

16       It hasn't been -- the evidence is out there.  If you have

17   the eyes to see and the ears to hear, the evidence is out

18   there.  The election was stolen.  I still have hope that this

19   will become known, and that it can become remedied.  But it

20   was insulting to hear people that don't know any -- the first

21   thing about law enforcement carping at me that I should have

22   known better when I'll double down on what I did, why I was

23   there, and that it was my oath to the country that drove me

24   there.  The staging of that event was clearly set up to cause

25   what happened to happen.  I'm not going to beat that dead

horse again.

But when I go all the way back to my experience with COVID, I felt it was my duty. I could see the illegality of what these governors were doing across the country putting us under house arrest for a virus. In hindsight I was right, it should have never happened, it was detrimental. And there were people like me that stood up and started organizing protests against it. And I have no doubt that's exactly when Morton Irvine Smith and Russell Taylor entered my life. Because the FBI and even local law enforcement working together through the local fusion center, I have no doubt, decided oh, look at this guy, he's bucking the narrative time, to send in the hit team. Let's make them his best friends, as they typically do. And as you know, I believe Russell Taylor is some sort of an informant; Morton Irvine Smith undoubtedly, not one doubt about it. So again, it was my oath that brought me there.

Speaking of oaths and the reprehensible conduct of the FBI and other three letter agencies, I want to talk about the Oath Keepers, because that came up in this hearing and Stewart Rhodes. There's a voluminous amount of information out in the public domain that Stewart Rhodes is an informant. Enrique Tarrio is an admitted FBI informant. So what might one put together from that? Well, how about this: The Oath Keepers were formed in 2009 under the Obama administration.

1     He was in power at that time.  His -- I don't know if you

2     call it a director or whatnot, but Janet Napolitano under him

3     ran the DHS.

4         While she was the director of the DHS, she was writing

5     white papers on the dangers of radical right wing extremism.

6     And she was particularly focused on veterans, former police

7     officers, et cetera, et cetera.  And around that same time

8     that she is putting out these white papers on how dangerous

9     we are, the Oath Keepers are formed right around that time.

10    Now, here's what happened in my humble opinion:  Stewart,

11    hey, you're our guy, come with us.  Probably two FBI agents

12    were flanking him on both sides as he walked in to pull the

13    papers for that nonprofit called the Oath Keepers.

14        What does that do?  That draws in people like me, former

15    cops, veterans.  We start -- wow, somebody who is dedicated

16    to the oath they took as a military guy.  Hmm, let me go to

17    their website and read about that.  Yeah, that sounds like my

18    kind of group.  I still take my oath seriously, so I'm going

19    to give them my name, my address, my e-mail address, et

20    cetera, et cetera, et cetera.  I'm going to come to all these

21    events where you're going to have a hundred people there.  I

22    guarantee you 20 of them are FBI agents and informants in the

23    middle of that group infiltrating it.

24        And guess what else?  BLM and Antifa, I'll bet you it's

25    fed-originated and fed-infiltrated and fed right along to

1    keep doing this with people on the opposite side.  And then

2    the FBI, what do they do?  Oh, at some point they'll get in

3    the middle of some of this and make a big bust because, well,

4    hell, they funded the group, they founded the group, they

5    know everything that's going on.  Eventually they're going to

6    make some big busts, like in the Gretchen Whitmer case, and

7    try to make themselves look good:  Look at what we did.

8    Well, we created it, we're not going tell you that part, but

9    look at what we did.  We arrested all these people.

10    Well, now, the public has caught on to this, and that's

11    why I stand here before you not being confrontational, but

12    being passionate in my beliefs, because I truly believe this.

13    And I am fully confident that whether you sentence me to 12

14    years in prison or you have some second thoughts about that,

15    at some point the truth is going to be coming out.

16    I hope, Your Honor, that having presided over the John

17    Sullivan case has given you some pause possibly, something to

18    reflect on to think that maybe there's more to be looked at,

19    not only in my case, but in a lot of these January 6th cases.

20    I have kept track of some of the cases that you have presided

21    over, the Q Shaman, John Sullivan, myself.  I still to this

22    day don't have any idea how I became so -- such a focus of

23    the wrath of the federal government, and have people like

24    Stephen Colbert and even Tucker Carlson, when he was on Fox

25    News, talking about my case.

1    I look at that -- I get the Q Shaman.  I wasn't wearing

2    horns that day and running around with a flag, so I

3    understand why they were fascinated with him -- who, by the

4    way, I told you in my pretrial filing, just coincidentally

5    shows up at a conference that I'm speaking at.  This is --

6    like I said, at times I truly believe this must be some sort

7    of a movie that I'm watching that just will not end.

8        But I, probably to your relief, am about to end, and I --

9    there were just a couple kind of housekeeping matters I

10   wanted to speak with you about and request.  Since June 14th

11   of 2021, I have been under your direction.  I have followed

12   all of your directives.  I've tried -- even though

13   passionately making my case, I've tried to be respectful with

14   the Court and follow all the rules.

15       **THE COURT:**  You have been throughout, I agree.

16       **MR. HOSTETTER:**  I appreciate that.  And I would ask -- I

17   came here alone on a train, and I'm in a hotel in Alexandria.

18   I have a few personal belongings there, nothing major that

19   can't be put through the mail if that's necessary.

20   Considering the fact that I have been following your

21   directives -- and I hope you can see through the silliness of

22   calling me a terrorist and a threat to my community, I trust

23   that you can, I would like to remain -- I'm going to appeal,

24   of course, as you can imagine.  My advisory counsel and I

25   have discussed this.  She thinks we have several avenues of

1   appeal.  I would like to remain free pending appeal.

2       However, if your intent is to incarcerate me immediately,

3   I would request some accommodation made so that I can deal

4   with my personal belongings.  And if you can't see me

5   remaining free permanently until the appeal is resolved, that

6   at least maybe through the Christmas holidays that I can

7   return back to my home and deal with that, and then turn

8   myself in somewhere near where I live.

9       And lastly, if you do decide that you might grant me

10  freedom until the appeal is resolved, that I be allowed to

11  travel back and forth between where I moved to in Texas to

12  where the case originated from, where most of my family is in

13  the Central District of California.  And I'm now, Your Honor,

14  prepared -- as I said when I said this, I meant it.  What you

15  are about to do and the decision you are about to make is

16  exactly the decision that has to be made, no matter what it

17  is, to keep us moving forward.

18      And so with that, I appreciate you always giving me the

19  opportunity to flap my gums as long as I've wanted to.

20  You've done that since day one, and I am very, very grateful.

21  That's all have to say.  I don't know if Ms. Kenney has

22  anything else that she wants to say, but I'm finished.  Thank

23  you.

24      **THE COURT:**  Okay.  Thank you, Mr. Hostetter.

25      As I said when I ruled at the time of the -- I ruled on

1   the -- when I announced the verdict in the case,

2   Mr. Hostetter is not being prosecuted for engaging in

3   protected First Amendment activity.  My decision was made

4   without regard to his political beliefs.  I agree and hold,

5   and held then, that Mr. Hostetter has the right to believe

6   whatever he likes about the 2020 presidential election, and

7   to voice those opinions as he has done here again today.

8       But the First Amendment does not give anyone a right to

9   obstruct or impede Congress by making it impossible to do

10  their jobs safely, and does not give any right to anyone to

11  enter a restricted area while carrying a dangerous weapon.

12  And as I said in my findings, I found Mr. Hostetter guilty of

13  obstructing an official proceeding and the other charges at

14  the time that I announced my findings.  And I then filed a

15  written -- notes from my oral ruling from the bench that are

16  at docket number 275 in the docket of the case.

17      Pursuant to the Sentencing Reform Act of 1984, and in

18  consideration of the provisions of 18 U.S.C. section 3553, as

19  well as the advisory sentencing guidelines, it's the judgment

20  of the Court that you, Alan Hostetter, are hereby committed

21  to the custody of the Bureau of Prisons for concurrent terms

22  of 135 months on counts one and two, and 120 months on counts

23  three and four.  They will all be served concurrently.  The

24  statutory maximum for counts three and four is 120 months.

25  You're further sentenced to serve concurrent terms of 36

months of supervised release as to each of the four counts.

In addition, you're ordered to pay a special assessment of $400 in accordance with 18 U.S.C. section 3013. Pursuant to the provisions of the guidelines, the minimum fine under the guidelines, which I'll impose in this case, is a fine of $30,000. The Court finds that a guidelines sentence in this case is appropriate. The Court has said earlier it would decline an upward departure from the guidelines, but finds a guideline sentence is appropriate in the case.

While on supervision, you shall abide by the following mandatory conditions, as well as all discretionary conditions recommended by the probation office in part D of the sentencing options in the presentence report, which are imposed to establish the basic expectations of your conduct while on supervision. The mandatory conditions include: One, you must not commit another federal, state or local crime. Two, you must not unlawfully possess a controlled substance. Three, you must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision, and at least two periodic drug tests thereafter as determined by the Court. Four, you must cooperate in the collection of DNA as directed by the probation officer. And five, you must make restitution in accordance with 18 U.S.C. section 3663 and 3663(a) or any other statute authorizing sentencing

1  restitution.

2    You shall also comply with the following special

3  conditions:  One, you must provide the probation office with

4  access to any requested information, and authorize the

5  release of any financial information until the financial

6  obligations are satisfied.  The probation office may share

7  financial information with the U.S. Attorney's office.  Two,

8  within 45 days of release from incarceration, you shall

9  appear before the Court for a reentry progress hearing.  The

10  probation office in the district in which you're supervised

11  shall submit a progress report to the Court within 30 days of

12  the commencement of supervision.  Upon receipt of the

13  progress report, the Court will determine if your appearance

14  is required.

15    Restitution payments shall be made to the Clerk of Court

16  for the United States District Court for the District of

17  Columbia for disbursement to the following victim:  $2,000 to

18  the Architect of the Capitol, Office of the Chief Financial

19  Officer, Ford House Office Building, Room H2-205B,

20  Washington, D.C. 20515.  Financial obligations are

21  immediately payable to the Clerk of Court, U.S. District

22  Court, 333 Constitution Avenue, NW, Washington, DC 20001.

23    Within 30 days of any change of address, you shall notify

24  the Clerk of Court of the change until such time as the

25  financial obligation is paid in full.  The probation office

shall release the presentence investigation report to all appropriate agencies, which includes the probation office in the approved district of residence, in order to execute the sentence of the Court.  Treatment agencies shall return the presentence report to the probation office upon the defendant's completion or termination from treatment.

You have the right to appeal your conviction to the U.S. Court of Appeals for the D.C. Circuit.  Pursuant to 18 U.S.C. section 3742(a), you have a right to -- a statutory right to appeal your sentence to the D.C. Circuit under certain circumstances, including if you think this sentence was imposed in violation of law or as a result of an incorrect application of the sentencing guidelines or is more severe than the maximum sentence established in the guideline range. You also may appeal your sentence if you believe you received ineffective assistance -- well, that won't apply since you're representing yourself.

Pursuant to 28 U.S.C. section 2255, you may also have the right to challenge the conviction entered or sentence imposed to the extent permitted by that statute.  Any notice of appeal must be filed within 14 days of the entry of judgment or within 14 days of the filing of a notice of appeal by the government.  If you're unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you.  On appeal, you may also apply

1    for court-appointed counsel.

2        The Court will enter an order saying you'll be allowed to

3    self-surrender no later than January 5th, 2024.  And your

4    release conditions in the interim will be the same except

5    travel between Texas and California, how do you want to work

6    that?

7        **MR. HOSTETTER:**  Your Honor, may I approach?

8        **THE COURT:**  Yes.

9        **MR. HOSTETTER:**  This is going to sound really silly.

10       **THE COURT:**  That's okay.

11       **MR. HOSTETTER:**  I was kind of lost in my thoughts over

12   there.  When you got to the important stuff which had to do

13   with my status as of right now --

14       **THE COURT:**  Right.

15       **MR. HOSTETTER:**  -- I didn't catch that part.  Am I being

16   taken into custody forthwith?

17       **THE COURT:**  No, self-surrender means you're not going to

18   be taken into custody.  You'll report -- I've given you a

19   reporting date of January 5th.

20       **MR. HOSTETTER:**  Oh, report on January 5th.  Okay, thank

21   you, I appreciate that.

22       **THE COURT:**  Yeah, yeah.  And so I'm going to say you

23   continue on the same conditions now, but allowing travel

24   between California and Texas.

25       **MR. HOSTETTER:**  Yes, and --

1    **THE COURT:**  Because that's not in your current

2    conditions, I take it, unless you have permission from

3    probation.

4        **MR. HOSTETTER:**  Correct.  And it may just be this one

5    recent case where the D.C. probation people had some concerns

6    leading up to this hearing.

7        **THE COURT:**  Right.

8        **MR. HOSTETTER:**  They may not have those concerns anymore,

9    but I was just hoping that I could get it coming straight

10   from you that I could be authorized --

11       **THE COURT:**  Yeah, I'll just put in this order then --

12       **MR. HOSTETTER:**  And I'll continue when I do that to keep

13   the probation people notified every step of the way.

14       **THE COURT:**  Okay.

15       **MR. HOSTETTER:**  Thank you, Your Honor, I appreciate it.

16       **THE COURT:**  Now, there's one other thing I have to ask

17   both sides:  Are there any objections to the sentence as

18   imposed that have not already been noted on the record?

19       **MR. MARIANO:**  None from the government, Your Honor.

20       **MS. KENNEY:**  Yes, Your Honor.

21       **THE COURT:**  Okay, go ahead.

22       **MS. KENNEY:**  I'm sorry.

23       **THE COURT:**  Go ahead.

24       **MS. KENNEY:**  Is that for me to go ahead, Your Honor?

25       **THE COURT:**  Yes.

1    **MS. KENNEY:**  Okay.  First off, I just want to lodge

2    formal objection to the enhancements that have been imposed.

3    In addition, in regards to the 135 months with the 120 months

4    concurrent, the objection would be cruel and unusual

5    punishments.  And I will be submitting a notice of appeal on

6    behalf of Mr. Hostetter.

7        I had one additional question in regards to the

8    self-surrender.  Would that be self-surrendering to a

9    Marshals office in Texas or would he be receiving a notice of

10   designation prior to that date?

11   **THE COURT:**  I guess I better say to the Marshals office

12   wherever he is.  So otherwise -- well, let me ask probation.

13   Probation can come up.  I don't know that he'll be designated

14   when he hasn't yet -- he probably won't be.

15   **MS. LUSTIG:**  No, Your Honor.  So the designation date

16   would need to be set on or after January 5th, because it can

17   take up to six weeks to have BOP designate him to a facility.

18   The probation office will then notify him by certified letter

19   as to the date and the location and the time that he is to

20   report for service of his sentence.

21   **THE COURT:**  So I'll say on or after January 5th.

22   **MR. HOSTETTER:**  Understood.

23   **THE COURT:**  And then he'll get a certified letter.  All

24   right.  What else did you want to raise?  Anything else you

25   wanted to raise?

1    **MS. KENNEY:**  No, Your Honor, that was it.

2    **THE COURT:**  Okay.  Mr. Hostetter --

3    **MS. KENNEY:**  And also -- I'm sorry, also the terms and

4    conditions, that would include in my objections as well.

5    **THE COURT:**  Yes.  Anything else you wanted to raise,

6    Mr. Hostetter?

7    **MR. HOSTETTER:**  No, sir.

8    **THE COURT:**  Okay.  All right.  Good luck to you,

9    Mr. Hostetter.

10   **MR. HOSTETTER:**  Thank you.

11   **THE COURT:**  The Court will be in recess.

12   (Proceedings adjourned at 1:32 p.m.)

1              **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    __January 8, 2024__                    _____

10          **DATE**                         **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK:**
**[1]** 2/1
**MR. HOSTETTER:**
**[23]** 2/8 3/24
4/6 21/12
22/19 23/17
31/1 31/3
31/15 43/15
49/6 49/8
49/10 49/14
49/19 49/24
50/3 50/7
50/11 50/14
51/21 52/6
52/9
**MR. MARIANO:**
**[17]** 2/5 2/17
9/18 9/23
11/13 11/18
11/24 12/4
12/10 12/15
13/24 14/9
14/18 14/22
15/4 15/6
50/18
**MS. KENNEY:**
**[9]** 2/12 4/10
4/18 50/19
50/21 50/23
50/25 51/25
52/2
**MS. LUSTIG:**
**[3]** 13/8
13/10 51/14
**THE COURT:**
**[50]** 2/11
2/13 2/21 4/2
4/9 4/17 9/16
9/22 11/5
11/17 11/23
12/2 12/8
12/11 12/17
13/9 13/11
14/8 14/17
14/20 15/1
15/5 21/11
22/18 23/16
30/25 31/2
31/14 43/14
44/23 49/7
49/9 49/13
49/16 49/21
49/25 50/6
50/10 50/13
50/15 50/20
50/22 50/24
51/10 51/20

51/22 52/1
52/4 52/7
52/10

**$**
**$2,000 [1]**
47/17
**$30,000 [1]**
46/6
**$400 [2]** 13/13
46/3
**$90,000 [2]**
30/14 34/7

**1**
**10 [2]** 13/2
35/5
**108 [4]** 12/17
12/22 12/24
12/25
**12 [4]** 6/11
27/14 27/23
42/13
**120 [5]** 12/23
12/24 45/22
45/24 51/3
**12:12 [1]** 1/6
**135 [5]** 12/17
12/22 12/25
45/22 51/3
**14 [2]** 48/21
48/22
**1400 [1]** 1/16
**14th [1]** 43/10
**15 [2]** 12/7
46/20
**150,000 [1]**
25/4
**151 [1]** 21/10
**1776 [2]** 20/7
20/21
**18 [5]** 13/23
45/18 46/3
46/24 48/8
**1984 [1]** 45/17
**19th [1]** 15/8
**1:21-cr-392-1**
**[1]** 1/4
**1:32 p.m [1]**
52/12

**2**
**2.9 million [1]**
8/16
**20 [2]** 13/2
41/22
**20001 [2]** 1/25
47/22
**20004 [1]** 1/14

**20005 [1]** 1/17
**2009 [1]** 40/25
**2020 [4]** 18/19
22/18 35/25
45/6
**2021 [2]** 20/21
43/11
**2023 [1]** 1/5
**2024 [1]** 49/3
**20515 [1]**
47/20
**205B [1]** 47/19
**21-392-1 [1]**
2/2
**2255 [1]** 48/18
**24 [1]** 37/21
**250 [2]** 13/10
13/11
**250,000 [2]**
13/8 13/9
**275 [2]** 6/25
45/16
**28 [1]** 48/18
**2900 [1]** 1/21
**2J1.2 [1]** 8/5

**3**
**3-foot [1]**
25/24
**30 [2]** 47/11
47/23
**30,000 [2]**
13/9 13/10
**3013 [1]** 46/3
**31 [5]** 11/12
11/13 11/20
12/14 12/19
**33 [2]** 11/12
11/20
**333 [2]** 1/24
47/22
**35,000 [1]**
13/7
**3553 [5]** 10/6
10/21 13/23
14/20 45/18
**36 [1]** 45/25
**3663 [2]** 46/24
46/25
**3742 [1]** 48/9
**3B1.1 [1]** 12/8
**3C1.1 [1]** 8/23

**4**
**45 [1]** 47/8
**490 [1]** 7/1

**5**
**5,000,000 [1]**

15/9
**5th [6]** 15/10
49/3 49/19
49/20 51/16
51/21

**6**
**60 [1]** 29/21
**601 [1]** 1/14
**6th [36]** 4/22
5/1 5/11 5/16
6/16 8/10 14/4
15/16 15/24
16/5 17/8 18/1
18/2 18/5 18/9
18/11 18/15
18/17 19/11
19/16 20/6
20/9 20/19
20/24 21/20
21/20 24/18
25/10 29/6
32/7 35/14
35/24 36/18
37/3 39/14
42/19

**8**
**81 [1]** 12/12
**85 [1]** 12/7
**889 [1]** 37/10

**9**
**92626 [1]** 1/21

**A**
**abbreviated [1]**
15/3
**abide [1]**
46/10
**able [2]** 3/7
34/3
**above [4]** 20/9
23/5 31/5 53/5
**above-entitled**
**[1]** 53/5
**absolute [1]**
24/11
**absolutely [3]**
7/4 25/16
32/25
**absurd [3]** 6/4
25/7 25/8
**access [1]**
47/4
**accommodation**
**[1]** 44/3
**accordance [2]**
46/3 46/24

**acknowledge [1]**
10/21
**acknowledged**
**[1]** 18/16
**acknowledgement**
**[1]** 18/23
**across [4]**
15/12 25/14
30/7 40/4
**act [11]** 13/17
28/10 35/6
37/7 37/8 37/9
37/20 37/25
37/25 38/2
45/17
**acting [1]**
32/4
**action [2]** 1/3
25/19
**actions [4]**
16/4 16/10
21/7 21/19
**activities [3]**
5/24 7/14 8/9
**activity [1]**
45/3
**actor [1]**
36/23
**actors [1]**
26/3
**acts [1]** 6/7
**actual [3]**
5/19 13/15
25/3
**actually [14]**
3/20 4/1 4/12
5/13 6/5 6/7
6/15 7/18
25/13 26/25
30/2 30/20
32/6 32/8
**add [3]** 4/8
7/15 8/11
**added [1]** 8/7
**addition [4]**
3/12 29/10
46/2 51/3
**additional [3]**
9/11 26/10
51/7
**address [11]**
2/20 3/18 3/18
4/15 7/1 10/2
11/4 19/6
41/19 41/19
47/23
**adds [1]** 10/13
**adequate [1]**

## A

adequate... [1]
17/21

adjourned [1]
52/12

adjustment [4]
10/13 11/16
11/17 12/2

adjustments [1]
10/16

administration
[1] 40/25

administrators
[1] 33/24

admitted [2]
8/4 40/23

adults [1]
26/20

advancing [1]
16/24

advise [1]
4/13

advisory [8]
2/10 3/23 4/6
4/13 4/20 7/21
43/24 45/19

afford [1]
48/23

afterwards [2]
30/14 33/9

again [19]
5/25 8/8 8/11
8/16 18/25
19/10 21/6
23/15 24/16
26/8 29/14
30/20 31/16
32/17 33/10
37/4 40/1
40/16 45/7

against [10]
5/20 7/15 8/2
19/25 20/1
20/1 29/4
29/22 39/12
40/8

agencies [4]
35/10 40/19
48/2 48/4

agents [3]
26/3 41/11
41/22

aggravating [2]
11/21 11/23

ago [5] 28/17
29/25 30/7
30/11 37/21

agree [4] 11/7

12/12 43/15
45/4

agreed [2]
25/22 31/12

ahead [3]
50/21 50/23
50/24

ALAN [6] 1/6
1/18 2/3 2/9
19/17 45/20

alarms [1]
34/16

Alexandria [1]
43/17

allocute [1]
13/20

allocution [1]
2/16

allow [1]
32/11

allowed [2]
44/10 49/2

allowing [1]
49/23

almost [4]
18/21 28/17
32/25 36/14

alone [1]
43/17

along [1]
41/25

alphabet [1]
35/10

alteration [1]
21/15

always [6]
19/7 21/16
23/13 27/6
27/8 44/18

amazing [4]
21/22 29/2
37/7 37/17

Amendment [5]
5/24 7/14 8/13
45/3 45/8

AMERICA [3]
1/3 2/3 34/17

American [2]
20/4 35/15

Americans [1]
37/22

among [1] 20/2

amongst [1]
6/5

amount [3] 6/4
34/24 40/21

analysts [1]
33/24

analyzing [1]
33/6

Anderson [1]
34/8

angles [1]
37/10

angry [1]
28/20

announced [2]
45/1 45/14

ANTHONY [2]
1/12 2/6

Antifa [2]
25/20 41/24

anymore [1]
50/8

apart [3]
25/25 34/4
38/9

apologize [1]
12/5

appeal [14]
43/23 44/1
44/1 44/5
44/10 48/7
48/10 48/15
48/21 48/22
48/24 48/25
48/25 51/5

Appeals [1]
48/8

appear [1]
47/9

appearance [3]
1/20 2/5 47/13

APPEARANCES [1]
1/11

appearing [1]
2/10

appease [1]
32/17

application [8]
6/22 6/24 7/2
10/3 10/4
10/15 19/14
48/13

applied [3]
7/9 9/15 11/23

applies [1]
10/19

apply [6] 2/25
9/21 9/24
12/20 48/16
48/25

appointed [1]
49/1

appreciate [4]
43/16 44/18

49/21 50/15

appreciated [1]
15/6

approach [2]
2/4 49/7

appropriate
[11] 3/2 3/22
10/6 10/17
11/9 12/2
13/19 13/21
46/7 46/9 48/2

approved [1]
48/3

Architect [1]
47/18

area [1] 45/11

argue [3] 11/7
11/8 19/15

arguing [1]
28/16

argument [1]
10/9

arguments [4]
5/4 6/10 6/17
14/2

around [12]
5/16 20/21
22/4 35/10
35/11 37/11
37/13 38/1
38/25 41/7
41/9 43/2

arrest [1]
40/5

arrested [1]
42/9

art [1] 35/12

article [1]
30/20

articulate [2]
3/2 3/21

Ashli [6]
31/13 32/5
34/5 35/18
37/9 37/18

aside [1] 4/21

aspect [1]
34/16

assassination
[1] 18/20

assessment [2]
13/14 46/2

assistance [1]
48/16

attached [1]
37/17

attack [1]
20/20

attorney [2]
3/8 38/21

Attorney's [1]
47/7

authority [1]
13/18

authorize [1]
47/4

authorized [1]
50/10

authorizing [1]
46/25

Avenue [3]
1/16 1/24
47/22

avenues [1]
43/25

aware [3] 32/5
35/7 36/13

away [4] 21/2
26/10 29/19
35/8

awe [1] 29/21

ax [4] 24/1
24/6 24/8
24/11

## B

Babbitt [8]
31/13 32/5
34/5 35/18
36/6 36/8 37/9
37/18

back [10]
16/16 20/15
24/22 28/22
32/22 33/2
35/21 40/2
44/7 44/11

backing [1]
26/10

backpack [4]
17/3 24/1 24/6
24/9

bad [1] 27/12

badge [1]
38/24

bag [1] 10/1

Bankruptcy [1]
1/24

barricades [1]
16/17

based [3] 8/22
11/20 16/5

basic [1]
46/14

basically [4]
4/2 5/15 5/23
7/13

**B**

batons [1] 16/9

battery [1] 8/18

beat [1] 39/25

beautiful [1] 20/17

became [1] 42/22

become [4] 36/13 36/14 39/19 39/19

began [1] 23/14

begged [1] 4/24

begin [2] 24/22 36/7

beginning [2] 27/4 27/5

behalf [1] 51/6

behind [1] 29/19

behold [1] 36/10

belief [1] 26/24

beliefs [4] 9/9 9/10 42/12 45/4

believes [1] 34/17

belongings [2] 43/18 44/4

bench [2] 14/5 45/15

bent [1] 21/3

best [2] 25/19 40/13

bet [1] 41/24

betray [1] 32/17

better [4] 17/18 39/7 39/22 51/11

beyond [1] 10/16

Biden [1] 29/23

big [4] 5/7 18/12 42/3 42/6

bigger [2] 6/2 7/11

bike [2] 25/24 25/25

binding [1] 3/1

bit [1] 21/14

BLM [2] 25/20 41/24

BLM/Antifa [1] 25/20

blocking [1] 16/15

blood [1] 33/22

blur [1] 34/22

body [1] 16/16

bolsters [2] 32/23 32/24

book [1] 28/7

BOP [1] 51/17

both [5] 31/11 31/12 36/24 41/12 50/17

boxes [1] 36/21

bragging [1] 20/20

brief [1] 4/23

briefly [2] 9/19 10/2

Brigade [1] 11/25

Bristol [1] 1/21

bro [1] 32/2

broader [1] 19/24

brought [1] 40/17

bucking [1] 40/12

building [14] 5/13 6/1 6/7 8/17 8/20 15/13 25/22 26/2 34/20 37/11 37/14 38/1 38/3 47/19

bullet [1] 33/22

bullhorn [5] 5/17 7/24 16/19 18/3 18/4

bunch [2] 24/19 32/20

Bureau [1] 45/21

bust [1] 42/3

busts [1] 42/6

butterfly [1] 27/21

**C**

C204 [1] 1/21

CA [1] 1/21

calculation [6] 2/24 3/10 3/16 8/8 11/20 11/20

calculations [2] 2/15 2/17

California [7] 5/25 7/15 16/6 16/12 44/13 49/5 49/24

call [2] 26/18 41/2

called [2] 15/18 41/13

calling [3] 9/1 18/1 43/22

calls [1] 37/10

came [9] 11/12 24/19 26/11 27/17 28/12 30/2 30/7 40/20 43/17

campaign [1] 29/22

camps [1] 7/6

can [26] 2/12 2/13 3/2 3/18 3/18 4/12 4/18 9/18 11/7 19/11 20/25 23/23 25/25 31/10 32/2 37/13 37/14 38/7 39/19 43/21 43/23 43/24 44/3 44/6 51/13 51/16

candidate [1] 37/4

candidates [1] 39/15

Capitol [20] 5/13 5/18 10/1 15/12 16/13 18/15 19/9 19/18 20/15 20/16 20/20 20/23 25/22 26/5 29/23 30/9 31/21 32/13 34/18

47/18

car [1] 16/7

Carlson [1] 42/24

carping [1] 39/21

carried [2] 9/21 9/25

carrier [1] 17/4

carry [1] 29/19

carrying [2] 17/4 45/11

case [47] 2/2 2/25 4/12 4/20 4/25 5/8 5/8 5/9 5/11 6/9 7/3 7/5 7/6 7/10 9/25 10/11 10/18 10/19 14/7 16/2 16/2 17/7 17/14 17/17 18/18 19/2 20/3 24/16 24/17 30/10 30/24 31/11 32/24 32/24 36/8 42/6 42/17 42/19 42/25 43/13 44/12 45/1 45/16 46/5 46/7 46/9 50/5

cases [7] 4/21 11/25 12/1 17/22 17/24 42/19 42/20

catch [1] 49/15

category [1] 12/19

caught [1] 42/10

cause [2] 8/1 39/24

causes [2] 26/23 34/16

causing [1] 7/12

celebrated [1] 20/13

center [1] 40/11

Central [1] 44/13

certain [2]

certainly [4] 10/19 10/20 17/6 23/23

certified [2] 51/18 51/23

certify [1] 53/4

cetera [5] 41/7 41/7 41/20 41/20 41/20

challenge [3] 35/22 36/11 48/19

chance [3] 24/20 25/13 32/21

change [4] 10/24 26/25 47/23 47/24

changed [5] 9/13 21/24 24/3 24/7 28/13

Channing [2] 33/4 38/18

charge [3] 5/12 5/12 20/22

charged [2] 5/22 31/23

charges [2] 7/8 45/13

chasing [1] 39/2

check [1] 13/7

checks [2] 36/20 36/20

chest [1] 17/5

chief [4] 17/9 20/2 34/18 47/18

child [1] 18/5

children [1] 29/18

Choke [1] 15/8

chooses [1] 19/6

chose [2] 4/14 20/8

Christmas [1] 44/6

CIA [1] 35/9

Circuit [2] 48/8 48/10

circumstances [4] 6/21 6/24

# C

circumstances..
. **[2]**   13/19
48/11

**cited [1]**   7/2

**city [2]**   15/8
25/4

**claim [1]**   8/20

**claimed [1]**
22/1

**claiming [4]**
7/16 8/9 24/15
24/18

**clarify [1]**
11/15

**classically [1]**
36/22

**clear [2]**   14/6
21/9

**clearly [1]**
39/24

**Clerk [3]**
47/15 47/21
47/24

**close [2]**   28/5
38/16

**CNN [2]**   30/16
34/7

**co [4]**   14/11
14/12 14/14
14/15

**co-conspirator**
**[1]**   14/11

**co-conspirators**
**[1]**   14/15

**co-defendant**
**[1]**   14/12

**co-defendants**
**[1]**   14/14

**coincidences**
**[2]**   27/18
27/19

**coincidentally**
**[2]**   31/25
43/4

**Colbert [1]**
42/24

**collapses [1]**
38/11

**colleagues [1]**
2/7

**collection [1]**
46/22

**COLUMBIA [2]**
1/1 47/17

**coming [7]**
6/15 15/14
25/4 33/25

36/4 42/15
50/9

**commands [1]**
17/2

**commencement**
**[1]**   47/12

**comment [2]**
9/11 9/15

**commentary [3]**
10/12 10/13
10/16

**comments [6]**
14/19 22/5
22/13 26/8
26/10 32/1

**commit [3]**
8/18 21/6
46/16

**commitment [1]**
18/25

**committed [3]**
24/1 28/10
45/20

**communities [1]**
38/25

**community [3]**
22/2 27/12
43/22

**comparable [1]**
12/1

**compartmentaliz**
**ed [1]**   35/8

**compelling [1]**
5/5

**complete [2]**
22/24 22/25

**completely [6]**
5/10 7/7 7/8
24/3 24/8 29/6

**completion [1]**
48/6

**comply [1]**
47/2

**concept [1]**
28/3

**concerns [2]**
50/5 50/8

**concludes [1]**
10/4

**concurrent [3]**
45/21 45/25
51/4

**concurrently**
**[1]**   45/23

**conditions [8]**
46/11 46/11
46/15 47/3
49/4 49/23

50/2 52/4

**conduct [16]**
5/1 5/9 5/10
5/15 5/19 7/23
8/12 8/21
10/22 14/4
14/8 14/11
14/14 17/19
40/18 46/14

**conference [2]**
23/15 43/5

**confidence [3]**
22/25 22/25
26/13

**confident [2]**
22/24 42/13

**confrontational**
**[1]**   42/11

**Congress [6]**
15/11 19/18
19/20 19/25
25/17 45/9

**connect [1]**
37/16

**conservative**
**[2]**   34/17
37/19

**consider [7]**
3/3 3/6 4/4
10/18 13/17
17/20 23/13

**consideration**
**[1]**   45/18

**considering [2]**
13/22 43/20

**conspiracy [6]**
5/12 14/16
18/6 22/9
22/12 35/25

**conspirator [1]**
14/11

**conspirators**
**[1]**   14/15

**constantly [2]**
29/1 29/4

**Constitution**
**[3]**   1/24
39/12 47/22

**constitutional**
**[1]**   20/1

**consult [2]**
3/8 3/17

**context [1]**
15/24

**continue [5]**
13/5 26/11
26/12 49/23
50/12

**control [1]**
35/4

**controlled [2]**
46/17 46/19

**controlling [1]**
7/3

**conversation**
**[1]**   27/7

**convicted [2]**
10/1 14/15

**conviction [2]**
48/7 48/19

**Cooper [1]**
34/8

**cooperate [1]**
46/22

**cops [1]**   41/15

**corrupt [1]**
36/9

**corruption [1]**
22/10

**cost [2]**   48/23
48/25

**Costa [1]**   1/21

**counsel [4]**
1/20 2/10
43/24 49/1

**count [2]**
13/14

**counter [1]**
25/20

**counter-protest**
**[1]**   25/20

**country [9]**
10/25 21/2
21/23 22/18
25/14 29/12
36/4 39/23
40/4

**counts [10]**
12/22 12/23
12/24 12/25
13/2 13/2
45/22 45/22
45/24 46/1

**couple [2]**
31/18 43/9

**course [6]**   3/1
12/25 13/16
25/19 39/8
43/24

**court [62]**

**Court's [1]**
14/3

**court-appointed**
**[1]**   49/1

**courtroom [6]**
7/4 24/2 24/7

30/6 30/21
38/22

**Courts [1]**
1/24

**cover [1]**   38/2

**covered [1]**
38/1

**COVID [4]**
18/20 21/23
22/18 40/3

**cr [1]**   1/4

**craftily [1]**
35/17

**craziness [1]**
22/22

**create [3]**
29/7 30/19
33/15

**created [1]**
42/8

**credibility [1]**
30/4

**credible [2]**
9/3 9/4

**credit [2]**
15/2 21/16

**crime [9]**
19/23 19/25
19/25 19/25
20/1 21/6
33/20 33/23
46/17

**criminal [5]**
1/3 2/2 9/13
9/20 12/19

**crisis [1]**
26/3

**critically [1]**
17/23

**CRM [1]**   1/16

**cross [1]**   24/7

**cross-examinati**
**on [1]**   24/7

**crowd [6]**   5/18
6/18 16/20
16/22 16/23
18/4

**crowds [1]**
25/4

**cruel [1]**   51/4

**crumbles [1]**
36/8

**culminating [1]**
35/14

**current [1]**
50/1

**custody [3]**
45/21 49/16

**C**

**custody... [1]**
49/18

**D**

**D.C [7]** 11/25
16/6 16/12
47/20 48/8
48/10 50/5
**dangerous [3]**
18/17 41/8
45/11
**dangers [2]**
17/10 41/5
**dare [1]** 38/5
**dark [4]** 26/19
28/15 28/24
39/3
**darn [1]** 22/20
**date [5]** 49/19
51/10 51/15
51/19 53/10
**day [19]** 6/20
18/2 20/22
22/21 22/23
24/25 25/1
26/4 26/11
29/6 30/8
31/21 32/6
34/20 35/19
38/23 42/22
43/2 44/20
**days [13]** 15/4
15/15 16/5
20/9 20/14
29/20 31/6
46/20 47/8
47/11 47/23
48/21 48/22
**DC [5]** 1/5
1/14 1/17 1/25
47/22
**dead [2]** 32/3
39/25
**deal [7]** 5/7
6/2 24/4 25/24
38/15 44/3
44/7
**dealing [1]**
25/3
**deals [1]** 35/5
**dealt [1]**
10/23
**death [1]** 28/5
**debate [3]**
35/24 36/3
39/15
**decades [2]**

17/10 17/15
**December [2]**
1/5 15/8
**December 19th
[1]** 15/8
**decide [4]**
26/1 27/11
38/14 44/9
**decided [4]**
25/12 25/19
32/14 40/12
**decides [1]**
26/2
**decision [6]**
27/10 27/15
27/16 44/15
44/16 45/3
**decline [2]**
11/6 46/8
**dedicated [1]**
41/15
**deeds [1]**
19/16
**deep [1]** 18/8
**deeply [1]**
15/25
**defend [1]**
39/11
**defendant [23]**
1/7 1/18 1/20
9/22 9/25
14/12 15/17
16/3 16/19
17/8 17/25
18/7 18/14
18/19 19/5
19/7 19/10
20/10 20/13
20/19 20/23
21/5 21/10
**defendant's [6]**
10/22 15/7
15/15 20/3
21/7 48/6
**defendants [6]**
4/22 5/12 6/3
9/21 9/24
14/14
**defense [2]**
1/20 31/12
**defiance [1]**
17/2
**definitely [1]**
37/1
**delivery [1]**
21/21
**democracy [1]**
20/25

**Democrats [1]**
32/16
**demographic [1]**
36/20
**departed [1]**
26/8
**department [1]**
33/12
**departure [4]**
6/23 10/5
10/14 46/8
**designate [1]**
51/17
**designated [1]**
51/13
**designation [2]**
51/10 51/15
**desk [1]** 31/7
**destined [1]**
27/6
**destroy [1]**
8/1
**destroyed [1]**
6/8
**destruction [2]**
20/18 21/3
**detail [2]**
14/5 14/13
**details [1]**
25/5
**detectives [2]**
33/5 33/24
**determination
[1]** 13/15
**determine [4]**
2/15 2/23 2/25
47/13
**determined [2]**
13/13 46/21
**determining [1]**
3/4
**deterrence [4]**
17/21 17/23
19/1 19/2
**detrimental [1]**
40/6
**DHS [4]** 35/9
35/9 41/3 41/4
**difference [3]**
9/4 11/13
11/19
**different [13]**
3/13 4/20 4/25
5/1 5/10 7/7
7/8 17/14
17/15 35/1
35/2 37/11
37/12

**dire [1]** 36/17
**directed [2]**
16/20 46/22
**directing [1]**
18/1
**direction [1]**
43/11
**directives [2]**
43/12 43/21
**directly [1]**
33/3
**director [2]**
41/2 41/4
**disappointed
[1]** 25/13
**disbursement
[1]** 47/17
**disconnected
[1]** 25/25
**discretionary
[2]** 10/13
46/11
**discussed [1]**
43/25
**dislikes [2]**
36/24 36/24
**disparity [1]**
6/5
**disrupt [1]**
24/20
**disruptive [1]**
19/24
**dissection [1]**
37/9
**distant [1]**
22/23
**distinction [1]**
10/12
**distinguish [1]**
10/9
**distinguishable
[1]** 7/4
**distinguishes
[1]** 10/14
**distressing [1]**
17/7
**district [10]**
1/1 1/1 1/10
1/24 44/13
47/10 47/16
47/16 47/21
48/3
**disturbing [1]**
15/25
**divided [1]**
29/1
**divine [1]**
29/24

**DNA [1]** 46/22
**docket [2]**
45/16 45/16
**documentarian
[1]** 36/23
**documents [1]**
4/14
**Doggart [6]**
7/3 7/5 10/9
10/10 10/14
10/23
**DOJ [2]** 1/13
1/16
**DOJ-CRM [1]**
1/16
**DOJ-USAO [1]**
1/13
**dollars [2]**
13/14 30/17
**domain [1]**
40/22
**domestic [2]**
10/25 39/13
**donations [1]**
38/13
**done [7]** 9/12
23/10 23/16
37/5 39/4
44/20 45/7
**doors [1]**
29/17
**double [1]**
39/22
**doubt [4]**
36/17 40/8
40/11 40/16
**down [8]** 23/3
26/22 27/25
29/16 29/17
36/9 39/3
39/22
**draft [1]** 12/6
**drag [2]** 15/9
28/19
**dramatic [1]**
32/3
**draws [1]**
41/14
**dream [2]** 22/6
29/13
**dreams [1]**
22/8
**drove [2]**
16/11 39/23
**drug [2]** 46/19
46/21
**drunks [1]**
39/1

**D**

**dumb [1]**   28/9
**during [6]**
  5/17 7/17 14/4
  15/20 33/3
  39/15
**dust [1]**   22/21
**duty [1]**   40/3

**E**

**e-mail [1]**
  41/19
**Earle [1]**
  30/10
**earlier [1]**
  46/7
**ears [1]**   39/17
**easily [1]**
  25/25
**effect [3]**
  27/22 27/22
  27/25
**eight [4]**   7/11
  7/15 11/9
  12/12
**either [4]**
  3/19 10/20
  19/5 38/19
**election [5]**
  18/19 35/25
  39/14 39/18
  45/6
**electrical [1]**
  27/20
**elements [1]**
  20/2
**else [6]**   18/14
  41/24 44/22
  51/24 51/24
  52/5
**emotionally [1]**
  31/23
**encourage [3]**
  38/5 38/13
  38/13
**end [7]**   12/14
  27/4 27/5 28/1
  38/16 43/7
  43/8
**ending [1]**
  23/4
**enemies [2]**
  15/19 39/12
**enforcement
  [10]**   6/12
  25/6 25/9
  25/14 25/23
  38/20 39/7

39/8 39/21
40/10
**engaged [6]**
  5/11 5/24 6/6
  8/4 24/19
  28/10
**engaging [1]**
  45/2
**enhancement [5]**
  7/8 8/14 8/24
  11/7 12/7
**enhancements
  [8]**   4/16 4/24
  6/4 8/12 9/15
  10/15 11/4
  51/2
**enough [1]**
  27/1
**Enrique [1]**
  40/23
**enter [2]**
  45/11 49/2
**entered [2]**
  40/9 48/19
**entire [8]**
  9/10 24/17
  26/24 29/19
  31/21 33/19
  36/4 37/24
**entitled [1]**
  53/5
**entry [1]**
  48/21
**episode [1]**
  29/20
**establish [1]**
  46/14
**established [1]**
  48/14
**et [5]**   41/7
  41/7 41/19
  41/20 41/20
**even [13]**   8/2
  8/18 10/7
  23/23 27/20
  30/21 34/24
  36/25 38/9
  38/10 40/10
  42/24 43/12
**event [4]**   5/16
  25/6 29/7
  39/24
**events [4]**
  18/11 30/24
  31/20 41/21
**Eventually [1]**
  42/5
**everybody [1]**

28/14
**everybody's [1]**
  21/24
**everyone's [2]**
  4/25 5/1
**evidence [11]**
  6/9 7/25 8/4
  8/22 9/8 11/2
  14/5 18/12
  20/10 39/16
  39/17
**evident [1]**
  6/8
**exactly [5]**
  27/15 30/19
  39/13 40/8
  44/16
**examination [1]**
  24/7
**examining [1]**
  33/25
**examples [1]**
  20/11
**except [1]**
  49/4
**excited [1]**
  30/23
**execute [1]**
  48/3
**executing [1]**
  19/19
**executions [1]**
  15/18
**expanded [1]**
  10/16
**expands [1]**
  10/12
**expect [2]**
  19/4 36/21
**expectations
  [1]**   46/14
**expenditure [1]**
  8/15
**experience [14]**
  21/22 23/7
  25/3 25/3
  26/16 26/25
  27/17 27/23
  28/4 28/15
  28/15 33/10
  33/17 40/2
**experienced [1]**
  26/16
**experiences [1]**
  26/20
**expert [2]**
  36/17 36/18
**Explain [1]**

11/13
**explained [3]**
  21/18 24/10
  25/2
**explaining [1]**
  9/6
**explanation [1]**
  26/6
**exposed [1]**
  22/11
**exposing [1]**
  37/3
**express [1]**
  3/16
**expressed [1]**
  21/18
**extensive [1]**
  8/10
**extensiveness
  [1]**   8/6
**extent [1]**
  48/20
**extremely [1]**
  4/20
**extremism [1]**
  41/5
**eye [1]**   27/2
**eyes [3]**   22/8
  32/2 39/17

**F**

**F.3d [1]**   7/1
**faces [1]**
  34/22
**facility [1]**
  51/17
**facing [1]**
  4/22
**fact [7]**   14/6
  31/6 33/4
  33/18 34/6
  37/24 43/20
**factor [2]**
  17/16 17/23
**factors [4]**
  10/6 10/21
  11/8 13/23
**facts [4]**   14/7
  17/7 17/15
  17/17
**factual [1]**
  7/7
**factually [1]**
  10/19
**fading [1]**
  32/2
**failed [1]**   7/1
**faith [3]**
  22/24 22/25

26/13
**fake [8]**   30/1
  30/2 30/3
  30/22 35/21
  36/12 38/5
  38/14
**falls [1]**   34/5
**false [7]**   8/24
  18/17 29/7
  32/7 34/25
  35/11 37/6
**familiar [1]**
  14/3
**family [2]**
  28/5 44/12
**far [4]**   32/18
  37/2 37/7 37/8
**fascinated [1]**
  43/3
**favor [1]**
  17/16
**FBI [11]**   7/6
  19/8 34/21
  35/1 35/8
  40/10 40/19
  40/23 41/11
  41/22 42/2
**FBI's [1]**   35/6
**fear [1]**   15/11
**fearing [1]**
  29/15
**fed [3]**   41/25
  41/25 41/25
**fed-infiltrated
  [1]**   41/25
**fed-originated
  [1]**   41/25
**federal [6]**
  23/23 26/3
  27/14 29/16
  42/23 46/16
**feel [4]**   22/5
  22/15 22/24
  24/16
**feelings [1]**
  31/5
**felt [1]**   40/3
**fever [1]**   22/6
**few [3]**   23/11
  27/19 43/18
**fidelity [1]**
  20/9
**fight [1]**
  23/15
**fighter [1]**
  20/5
**fighting [1]**
  39/1

# F

**figure [1]**
17/25
**file [2]** 4/14
48/24
**filed [3]** 3/9
45/14 48/21
**filing [9]**
2/19 2/20 4/17
10/3 22/1
24/10 30/8
43/4 48/22
**filings [3]**
21/18 36/5
37/18
**fill [1]** 15/8
**filmed [1]**
34/14
**finally [1]**
35/15
**financial [6]**
47/5 47/5 47/7
47/18 47/20
47/25
**financially [1]**
38/5
**find [5]** 12/18
12/21 36/18
38/9 39/5
**finding [3]**
3/5 3/20 10/7
**findings [3]**
14/6 45/12
45/14
**finds [2]** 46/6
46/8
**fine [2]** 46/4
46/5
**fingers [1]**
19/8
**finished [1]**
44/22
**first [16]**
2/14 2/16 2/23
3/22 5/24 7/14
8/12 11/14
13/20 15/23
23/10 30/8
39/20 45/3
45/8 51/1
**five [2]** 30/16
46/23
**flag [10]** 5/16
7/24 18/17
20/4 22/4 29/7
32/7 34/25
35/11 43/2
**flags [1]** 37/6

**flanking [1]**
41/12
**flap [1]** 44/19
**flashbangs [1]**
16/17
**focus [2]** 7/23
42/22
**focused [3]**
14/2 14/20
41/6
**focusing [1]**
15/21
**folks [1]** 35/9
**follow [3]** 5/5
17/12 43/14
**followed [2]**
20/14 43/11
**following [4]**
43/20 46/10
47/2 47/17
**foot [1]** 25/24
**footage [1]**
6/17
**For the
Defendant [2]**
1/18 1/20
**forces [1]**
28/24
**Ford [1]** 47/19
**foregoing [1]**
53/4
**foreign [1]**
39/13
**form [1]** 35/13
**formal [1]**
51/2
**format [1]**
37/17
**formed [2]**
40/25 41/9
**former [4]**
17/9 17/9 41/6
41/14
**forth [2]** 3/14
44/11
**forthwith [1]**
49/16
**forward [1]**
44/17
**found [3]** 6/25
34/13 45/12
**founded [1]**
42/4
**four [19]** 11/7
11/15 11/23
12/10 12/13
12/23 12/25
13/3 14/14

14/21 15/4
15/4 21/22
23/7 30/16
45/23 45/24
46/1 46/22
**four-point [2]**
11/7 11/15
**Fox [2]** 34/15
42/24
**fragile [1]**
20/25
**fragment [1]**
33/22
**free [2]** 44/1
44/5
**freedom [2]**
20/5 44/10
**friends [3]**
35/21 36/14
40/14
**fringe [1]**
36/1
**front [4]** 5/9
29/17 29/18
29/18
**fucking [1]**
15/10
**full [3]** 26/13
34/24 47/25
**fully [1]**
42/13
**funded [1]**
42/4
**further [2]**
12/1 45/25
**fusion [1]**
40/11
**future [1]**
22/24

# G

**game [1]** 32/15
**gang [1]** 39/3
**gave [2]** 23/12
24/4
**gay [1]** 36/22
**gear [1]** 16/8
**gender [1]**
29/1
**general [3]**
17/22 19/1
22/16
**generations [1]**
35/12
**generous [1]**
28/10
**gentleman [2]**
30/7 36/13
**gets [2]** 26/22

32/23
**given [3]** 18/4
42/17 49/18
**gives [1]** 30/3
**giving [1]**
44/18
**glad [1]** 31/4
**glorious [1]**
23/4
**God [2]** 15/11
22/25
**goes [2]** 18/9
25/6
**good [8]** 2/6
2/9 22/19
22/22 28/8
31/4 42/7 52/8
**government [20]**
1/12 2/4 3/8
3/21 5/7 5/23
6/11 7/1 8/7
8/16 9/18
13/20 18/7
22/11 24/4
29/16 32/10
42/23 48/23
50/19
**government's
[7]** 2/16 4/17
4/23 7/12 7/13
32/24 38/11
**governments [1]**
20/11
**governors [1]**
40/4
**Graham [1]**
6/25
**grant [1]** 44/9
**grasp [1]** 28/3
**grateful [6]**
23/14 23/16
23/19 27/1
27/1 44/20
**great [2]**
23/12 27/17
**greater [2]**
27/24 32/7
**Gretchen [1]**
42/6
**grounds [2]**
10/1 20/13
**group [5]** 35/5
41/18 41/23
42/4 42/4
**groups [1]**
35/3
**guarantee [1]**
41/22

**guard [1]**
16/16
**guess [4]** 3/11
3/15 41/24
51/11
**guideline [10]**
2/15 2/17 3/10
3/16 12/21
12/23 13/8
13/15 46/9
48/14
**guidelines [30]**
2/15 2/24
2/25 3/1 3/3
3/4 3/5 3/11
3/13 3/20 3/23
4/4 4/4 4/6
4/19 8/7 10/20
11/11 12/17
13/1 13/4 13/6
13/17 13/22
45/19 46/4
46/5 46/6 46/8
48/13
**guilty [1]**
45/12
**gums [1]** 44/19
**gun [1]** 38/24
**gutter [1]**
38/25
**guy [7]** 27/11
27/12 31/9
31/9 40/12
41/11 41/16
**guy's [1]**
25/15
**guys [2]** 32/20
35/5

# H

**H2 [1]** 47/19
**H2-205B [1]**
47/19
**hair [3]** 15/10
28/19 33/21
**half [4]** 6/11
18/10 27/14
29/12
**hallway [5]**
31/22 32/1
32/11 33/8
34/7
**hallways [1]**
39/3
**handcuffs [1]**
39/2
**handle [1]**
24/8
**Hansen [4]**

**H**

**Hansen... [4]**
34/9 34/10
34/11 34/13
**happen [8]**
27/8 28/6 28/8
29/7 29/24
30/6 33/10
39/25
**happened [9]**
18/15 24/10
28/16 29/7
30/13 31/10
39/25 40/6
41/10
**happening [2]**
27/9 31/25
**happens [3]**
24/13 24/14
28/14
**happy [3]**  2/19
11/4 14/1
**hard [1]**  31/4
**hatchet [3]**
10/1 16/7 17/3
**head [2]**  9/5
31/17
**heads [1]**
29/13
**hear [11]**  2/12
13/21 15/23
19/5 19/7
19/22 22/5
24/5 31/4
39/17 39/20
**heard [14]**
14/13 15/17
16/5 16/7 17/6
18/18 18/21
18/22 18/23
18/24 19/7
20/21 30/12
31/11
**hearing [4]**
2/24 40/20
47/9 50/6
**hearings [1]**
24/24
**held [1]**  45/5
**hell [1]**  42/4
**here's [1]**
41/10
**hereby [1]**
45/20
**hero [1]**  34/18
**herself [1]**
35/3
**hey [3]**  5/3

35/5 41/11
**highly [1]**
37/19
**himself [5]**
17/25 18/5
19/9 20/4
29/20
**hindsight [1]**
40/5
**history [7]**
6/23 7/2 9/13
9/20 12/19
22/17 22/19
**hit [1]**  40/13
**hitch [1]**  25/7
**Hmm [1]**  41/16
**hold [1]**  45/4
**hole [1]**  18/8
**holidays [1]**
44/6
**home [1]**  44/7
**Honor [47]**  2/6
2/9 2/13 2/18
2/19 4/7 4/11
7/4 7/23 8/25
9/11 9/16 9/19
11/1 11/3 11/5
11/14 12/6
12/11 12/16
13/25 13/25
14/10 14/13
14/23 15/5
15/17 15/21
16/18 16/22
17/20 20/10
21/13 23/20
25/16 30/25
31/9 38/16
42/16 44/13
49/7 50/15
50/19 50/20
50/24 51/15
52/1
**Honor has [1]**
11/5
**Honor's [2]**
14/2 19/14
**HONORABLE [1]**
1/9
**HOOK [3]**  1/23
53/3 53/10
**hope [7]**  15/21
31/7 33/5 34/3
39/18 42/16
43/21
**hopefully [1]**
22/23
**hoping [1]**

50/9
**horns [1]**  43/2
**horrific [3]**
15/25 28/5
33/17
**horse [1]**  40/1
**HOSTETTER [29]**
1/6 1/18 2/3
2/9 2/22 4/13
4/18 5/10 5/13
5/23 6/5 8/17
9/1 11/22
13/21 15/2
19/17 21/12
27/14 31/8
44/24 45/2
45/5 45/12
45/20 51/6
52/2 52/6 52/9
**Hostetter's [8]**
5/15 5/19
7/14 8/8 14/3
14/11 17/15
19/24
**hotel [1]**
43/17
**hours [6]**  17/2
33/8 33/9
33/20 33/23
37/22
**house [3]**
20/15 40/5
47/19
**housekeeping
[1]**  43/9
**huge [1]**  10/25
**human [1]**
23/22
**humble [1]**
41/10
**hundred [3]**
13/14 15/13
41/21
**hundreds [4]**
5/21 25/21
34/19 34/23
**hunt [1]**  29/16
**hurt [1]**  8/1

**I**

**iconic [1]**
31/20
**idea [2]**  22/16
42/22
**ideas [1]**
23/13
**illegality [1]**
40/3
**illusion [1]**

28/23
**imagine [1]**
43/24
**immediately [2]**
44/2 47/21
**impact [1]**
15/23
**impede [1]**
45/9
**importance [1]**
17/11
**important [6]**
10/3 17/23
17/24 19/17
23/8 49/12
**impose [5]**
10/7 11/15
13/18 21/8
46/5
**imposed [9]**
6/6 9/7 13/13
17/22 46/14
48/12 48/19
50/18 51/2
**impossible [1]**
45/9
**imposter [2]**
30/9 30/18
**imprison [1]**
29/8
**imprisoning [1]**
29/10
**imprisonment
[1]**  21/10
**impulses [1]**
27/20
**imputes [1]**
12/16
**inaugural [2]**
16/18 18/3
**incarcerate [1]**
44/2
**incarceration
[1]**  47/8
**incident [2]**
36/15 36/22
**incite [1]**
18/3
**inciting [1]**
16/22
**include [2]**
46/15 52/4
**included [1]**
2/18
**includes [2]**
9/22 48/2
**including [2]**
21/19 48/11

**incorrect [1]**
48/12
**incredible [1]**
23/2
**indescribable
[1]**  26/23
**indicate [1]**
32/19
**indication [1]**
34/13
**indicted [3]**
30/12 34/11
34/14
**indictment [1]**
26/17
**individual [1]**
5/1
**ineffective [1]**
48/16
**ineligible [1]**
13/6
**infiltrated [1]**
41/25
**infiltrating
[1]**  41/23
**informant [3]**
40/15 40/22
40/23
**informants [3]**
26/3 34/20
41/22
**information [5]**
15/3 40/21
47/4 47/5 47/7
**Ingraham [1]**
34/15
**initially [1]**
11/21
**initiate [1]**
30/9
**injure [1]**
8/17
**injury [2]**
7/13 8/2
**input [1]**  35/4
**inside [5]**
5/14 8/20 18/9
35/24 38/3
**insight [1]**
24/25
**instead [2]**
12/10 12/13
**instigating [1]**
26/4
**insulting [2]**
39/5 39/20
**intended [1]**
32/8

**I**

**intent [3]**
24/20 30/18
44/2
**intention [1]**
24/23
**intentional [2]**
29/5 29/6
**intentionally
[1]** 26/5
**interesting [1]**
36/19
**Interestingly
[1]** 36/19
**interests [2]**
35/1 35/2
**interfered [1]**
8/21
**interference
[1]** 8/15
**interim [1]**
49/4
**intervention
[1]** 29/24
**into [16]** 4/21
5/13 6/1 6/7
8/4 14/21
15/11 16/7
22/10 26/5
35/12 35/16
37/5 39/2
49/16 49/18
**introduce [2]**
36/11 36/13
**invaluable [1]**
28/12
**investigation
[2]** 33/11
48/1
**investigations
[1]** 35/9
**involved [5]**
5/9 7/5 12/21
33/11 34/25
**Irvine [2]**
40/9 40/15
**isolation [1]**
26/23
**issue [1]** 7/11
**issues [1]**
19/13

**J**

**J6 [1]** 6/3
**Jade [1]** 34/8
**Janet [1]** 41/2
**January [42]**
4/21 5/1 5/11

5/16 6/15 8/10
14/4 15/10
15/16 15/24
16/5 17/8 18/1
18/2 18/5 18/9
18/11 18/15
18/17 19/11
19/16 20/6
20/9 20/19
20/23 21/20
21/20 24/18
25/10 29/6
32/7 35/14
35/24 36/18
37/3 39/14
42/19 49/3
49/19 49/20
51/16 51/21
**January 5th [5]**
15/10 49/3
49/19 51/16
51/21
**JASON [2]** 1/15
2/7
**JEFF [3]** 1/23
53/3 53/10
**Jefferson [1]**
29/15
**JFK [1]** 18/20
**jihadist [1]**
7/6
**jihadists [1]**
10/23
**job [4]** 18/9
28/7 35/24
37/4
**jobs [1]** 45/10
**Joe [1]** 29/23
**John [6]** 30/10
31/6 34/6
34/10 42/16
42/21
**Johnson [1]**
32/14
**joined [3]** 2/7
16/15 17/13
**judge [5]** 1/10
5/3 5/4 23/23
38/8
**judges [2]**
4/23 6/2
**judgment [3]**
24/12 45/19
48/21
**June [1]** 43/10
**June 14th [1]**
43/10
**jury [2]** 14/18

14/19
**justice [2]**
8/15 8/22

**K**

**kabuki [1]**
32/16
**KARREN [1]**
1/20
**keep [4]** 14/19
42/1 44/17
50/12
**Keepers [5]**
5/8 40/20
40/25 41/9
41/13
**keeping [2]**
20/7 20/7
**KENNEY [13]**
1/20 1/20 2/10
2/12 3/17 4/7
4/10 9/17 10/9
16/1 16/14
23/10 44/21
**Kenney's [1]**
17/14
**kept [1]** 42/20
**kick [1]** 29/17
**killed [5]**
19/21 31/23
32/6 32/8
33/18
**kind [5]** 21/14
23/9 41/18
43/9 49/11
**kinds [1]** 22/5
**knew [4]** 17/10
17/11 17/18
17/18
**knife [1]** 17/5
**knives [1]**
16/8
**know any [1]**
39/20
**known [6]**
26/19 27/4
27/5 39/7
39/19 39/22
**knows [3]** 4/11
4/19 5/15

**L**

**LAMBERTH [1]**
1/9
**lamppost [1]**
15/10
**landed [1]**
31/6
**lands [2]** 36/9

14/19

36/10
**last [4]** 9/10
23/11 35/23
36/2
**lastly [1]**
44/9
**later [3]**
29/17 29/20
49/3
**latest [1]**
30/24
**launched [1]**
29/21
**Laura [2]**
34/14 37/19
**law [12]** 6/12
9/12 25/5 25/9
25/14 25/23
38/20 39/6
39/8 39/21
40/10 48/12
**lead [1]** 21/20
**leaders [3]**
25/9 25/14
25/23
**leadership [1]**
29/8
**leading [6]**
15/15 20/22
22/17 25/10
33/9 50/6
**learned [1]**
23/6
**least [2]** 44/6
46/20
**led [2]** 23/3
28/11
**legal [2]** 1/20
19/13
**legislative [2]**
6/23 7/1
**legitimate [1]**
25/12
**length [1]**
34/12
**less [1]** 37/20
**letter [3]**
40/19 51/18
51/23
**level [6]** 3/13
8/10 11/11
12/14 12/18
25/15
**levels [1]**
7/15
**liar [1]** 9/1
**liberal [1]**
36/23

**lie [1]** 18/17
**lied [2]** 9/8
24/1
**lies [1]** 37/3
**life [14]**
20/18 23/24
26/18 26/22
26/24 27/4
27/4 27/19
28/6 28/8 28/9
28/13 33/19
40/9
**light [1]** 32/2
**lights [1]**
31/16
**likes [1]** 45/6
**limited [1]**
4/12
**line [4]** 2/11
5/20 16/25
17/12
**lines [3]**
16/17 17/13
20/16
**links [2]** 38/6
38/7
**listen [4]**
21/24 22/2
22/13 31/7
**listened [1]**
23/14
**listening [1]**
21/13
**literally [1]**
9/1
**little [2]**
21/14 33/21
**live [3]** 28/23
28/25 44/8
**lives [3]**
21/24 28/4
38/23
**living [1]**
22/6
**loaded [2]**
16/7 16/8
**Lobby [1]**
31/22
**local [4]**
25/14 40/10
40/11 46/16
**location [2]**
37/15 51/19
**locations [1]**
37/11
**lodge [1]** 51/1
**Logan [1]**
37/19

**L**

logical [1] 26/6

long [3] 21/2 35/10 44/19

longer [2] 29/12 36/1

look [16] 5/19 6/20 7/23 24/25 25/6 25/8 27/2 28/22 32/2 32/19 35/16 40/12 42/7 42/7 42/9 43/1

looked [1] 42/18

looking [6] 11/25 12/1 19/11 33/7 33/23 34/4

lost [1] 49/11

lot [11] 15/19 15/20 17/22 21/17 21/17 26/15 31/8 34/9 34/17 38/12 42/19

lots [1] 28/19

luck [1] 52/8

lying [1] 9/7

**M**

mail [2] 41/19 43/19

maintain [1] 26/12

major [1] 43/18

makes [4] 5/7 10/12 21/9 30/5

makeup [1] 36/20

making [6] 19/22 32/1 36/2 36/21 43/13 45/9

man [7] 16/4 16/9 16/15 17/11 17/12 37/13 38/10

mandatory [3] 10/13 46/11 46/15

MANNING [2] 1/15 2/8

mantle [2]

20/5 21/5

many [10] 16/19 20/3 23/24 26/18 26/21 26/21 35/18 36/6 36/6 36/6

MARIANO [8] 1/12 2/6 21/14 21/16 21/24 26/9 33/4 38/17

Marshals [2] 51/9 51/11

mask [2] 29/2 29/3

mass [1] 20/11

massive [3] 25/21 33/12 33/15

matrix [1] 28/25

matter [2] 44/16 53/5

matters [1] 43/9

maximum [4] 12/22 13/1 45/24 48/14

may [13] 4/17 13/23 25/20 29/8 30/12 47/6 48/15 48/18 48/24 48/25 49/7 50/4 50/8

maybe [7] 8/24 19/4 24/8 30/16 38/18 42/18 44/6

mean [5] 28/7 28/12 28/18 29/4 30/15

means [2] 37/22 49/17

meant [2] 16/10 44/14

media [4] 6/18 20/20 36/12 38/5

member [3] 25/17 25/17 28/5

members [3] 15/11 19/20 39/3

memorandum [1] 3/9

mentioned [1] 4/16

Mesa [1] 1/21

message [5] 20/24 20/25 21/1 21/4 21/21

messages [1] 20/19

Michael [1] 29/20

microphone [1] 21/17

middle [3] 39/2 41/23 42/3

might [7] 19/21 27/22 30/21 33/4 36/12 40/23 44/9

mightily [1] 38/4

military [2] 39/8 41/16

million [4] 8/16 15/14 37/22 37/22

mind [1] 9/6

minimum [1] 46/4

minus [1] 9/14

minute [1] 25/2

minutes [2] 29/21 31/19

mirror [1] 19/12

mistake [3] 23/23 24/12 24/14

mistakes [2] 23/24 38/9

mitigating [1] 17/16

mob [5] 16/13 17/11 17/13 19/21 21/3

moment [5] 18/12 20/6 27/3 28/11 35/14

moments [3] 20/14 21/3 31/13

money [1] 30/14

month [3]

29/25 30/7 30/11

months [10] 12/22 12/23 12/24 21/10 45/22 45/22 45/24 46/1 51/3 51/3

more [15] 6/2 14/13 15/3 21/21 25/13 26/21 30/3 32/15 36/25 37/23 37/23 38/12 39/11 42/18 48/13

morning [2] 2/6 2/9

Morton [2] 40/9 40/15

most [9] 4/20 6/13 7/17 7/18 17/17 26/20 31/20 36/19 44/12

motivated [1] 37/1

moved [2] 37/15 44/11

movie [5] 22/7 22/9 24/17 35/19 43/7

moving [1] 44/17

Mr. [40] 2/22 4/13 4/18 5/10 5/13 5/15 5/19 5/23 6/5 7/14 8/8 8/17 9/1 11/22 13/21 14/3 14/11 15/2 17/15 21/12 21/14 21/16 21/24 26/9 27/14 30/21 30/25 31/8 31/24 33/4 38/17 38/18 44/24 45/2 45/5 45/12 51/6 52/2 52/6 52/9

Mr. Channing [1] 38/18

Mr. Hostetter [23] 2/22 4/13 4/18 5/10 5/13 5/23 6/5

8/17 9/1 11/22 13/21 15/2 21/12 27/14 31/8 44/24 45/2 45/5 45/12 51/6 52/2 52/6 52/9

Mr. Hostetter's [7] 5/15 5/19 7/14 8/8 14/3 14/11 17/15

Mr. Mariano [6] 21/14 21/16 21/24 26/9 33/4 38/17

Mr. Riley [1] 30/21

Mr. Sullivan [2] 30/25 31/24

Ms. [12] 2/10 2/12 3/17 4/7 4/10 9/17 10/9 16/1 16/14 17/14 23/10 44/21

Ms. Kenney [11] 2/10 2/12 3/17 4/7 4/10 9/17 10/9 16/1 16/14 23/10 44/21

Ms. Kenney's [1] 17/14

much [6] 9/17 14/7 15/2 23/6 23/19 24/25

multiple [1] 15/22

Muslim [1] 7/5

must [9] 43/6 46/16 46/17 46/18 46/19 46/22 46/23 47/3 48/21

mute [1] 15/22

myself [4] 22/4 22/9 42/21 44/8

**N**

name [5] 29/2 30/10 30/20 36/15 41/19

names [1] 37/13

Nancy [2] 28/19 35/3

Napolitano [1]

**N**

**Napolitano...**
**[1]** 41/2
**narrative [3]**
38/11 38/11
40/12
**nation [1]**
20/8
**nature [4]**
28/21 29/15
32/3 33/18
**NBC [1]** 30/15
**near [1]** 44/8
**nearly [1]**
21/22
**necessarily [2]**
5/5 35/7
**necessary [1]**
43/19
**need [9]** 2/14
15/1 15/13
17/20 19/1
19/2 27/13
35/5 51/16
**needs [1]**
17/20
**negative [1]**
29/14
**nervous [1]**
29/9
**New [1]** 1/16
**news [11]** 30/1
30/2 30/3
30/22 34/15
35/22 36/12
38/5 38/6
38/14 42/25
**newspaper [1]**
30/1
**next [1]** 17/4
**night [8]**
23/12 26/19
28/15 34/8
34/15 35/23
36/2 39/2
**non [1]** 29/3
**none [2]** 36/21
50/19
**nonprofit [1]**
41/13
**nor [1]** 5/5
**notch [1]**
25/23
**note [10]** 6/22
7/2 7/8 10/2
10/2 10/5
10/15 11/16
19/13 35/23

**noted [1]**
50/18
**notes [1]**
45/15
**notice [4]**
48/20 48/22
51/5 51/9
**noticed [1]**
17/6
**notified [1]**
50/13
**notify [2]**
47/23 51/18
**number [3]**
35/1 35/2
45/16
**numerous [1]**
25/9
**nuts [2]** 22/12
26/1
**NW [4]** 1/14
1/16 1/24
47/22

**O**

**oath [9]** 5/8
39/23 40/17
40/20 40/24
41/9 41/13
41/16 41/18
**oaths [3]**
29/15 39/10
40/18
**Obama [1]**
40/25
**object [1]**
7/18
**objection [2]**
51/2 51/4
**objections [2]**
50/17 52/4
**obligation [1]**
47/25
**obligations [2]**
47/6 47/20
**obsessed [1]**
7/5
**obstruct [2]**
14/16 45/9
**obstructing [1]**
45/13
**obstruction [2]**
8/23 14/15
**obvious [3]**
25/2 25/2 26/3
**obviously [1]**
12/24
**occur [1]**
35/19

**occurred [2]**
26/18 36/15
**October [1]**
9/12
**off [7]** 15/8
16/17 23/9
25/7 31/17
34/17 51/1
**offense [5]**
3/13 11/11
12/14 12/18
14/25
**offensive [1]**
20/2
**office [14]**
3/10 46/12
47/3 47/6 47/7
47/10 47/18
47/19 47/25
48/2 48/5 51/9
51/11 51/18
**officer [13]**
6/12 8/3 8/19
17/9 31/22
33/11 33/16
38/20 38/20
39/7 39/11
46/23 47/19
**officer-involve**
**d [1]** 33/11
**officers [4]**
16/21 33/13
33/13 41/7
**official [5]**
1/23 14/16
14/16 45/13
53/3
**once [5]** 23/15
32/17 34/4
36/8 39/11
**one [37]** 12/19
12/22 12/25
13/2 13/5 17/7
17/17 17/24
18/14 18/21
18/22 18/24
20/6 20/9 23/6
24/24 25/2
25/18 26/19
26/21 27/16
30/8 31/9
31/20 32/21
33/12 37/8
40/16 40/24
44/20 45/22
46/16 46/19
47/3 50/4
50/16 51/7

**only [13]** 4/13
4/16 4/20 7/21
9/11 12/1 13/1
24/20 26/17
29/20 31/9
32/21 42/19
**onto [1]** 16/16
**op [3]** 32/6
32/9 34/5
**openly [2]**
36/22 39/15
**operation [2]**
7/7 18/17
**operations [1]**
35/11
**operatives [1]**
6/18
**opinion [2]**
9/2 41/10
**opinions [1]**
45/7
**opportunity [3]**
3/15 27/2
44/19
**opposed [1]**
9/6
**opposite [1]**
42/1
**options [1]**
46/13
**oral [1]** 45/15
**ordeal [1]**
33/12
**order [4]** 20/2
48/3 49/2
50/11
**ordered [1]**
46/2
**organic [2]**
24/18 32/20
**organization**
**[1]** 33/15
**organizations**
**[1]** 30/16
**organizing [1]**
40/7
**orientation [1]**
29/2
**originated [2]**
41/25 44/12
**other's [1]**
29/5
**others [3]** 8/4
29/11 29/11
**otherwise [2]**
2/20 51/12
**ours [1]** 22/11
**out [36]** 5/19

6/15 6/17
11/21 15/9
20/19 24/4
24/5 24/9 25/4
26/14 26/15
27/21 28/19
30/1 30/3
32/23 33/5
33/7 34/19
34/22 35/6
35/22 37/8
37/10 37/17
37/19 37/20
38/10 38/22
38/24 39/16
39/17 40/22
41/8 42/15
**outright [1]**
9/7
**outset [2]**
13/16 24/23
**outside [2]**
15/9 38/1
**over [15]** 9/10
17/4 18/10
22/14 25/22
29/11 29/12
30/10 35/4
36/14 38/12
39/1 42/16
42/21 49/11
**overrun [2]**
16/21 20/16
**own [1]** 28/4
**Oz [1]** 18/21

**P**

**p.m [2]** 1/6
52/12
**page [2]** 12/4
12/7
**paid [4]** 30/14
30/16 34/7
47/25
**pain [3]** 26/23
27/22 27/24
**papers [3]**
41/5 41/8
41/13
**paperwork [2]**
5/2 5/7
**paradigm [1]**
26/24
**paragraph [1]**
12/7
**parallel [1]**
22/6
**PARKER [2]**
1/13 2/8

**P**

**parse [1]**  5/19
**part [6]**  6/20
 16/12 26/17
 42/8 46/12
 49/15
**particular [4]**
 14/1 31/25
 33/8 36/8
**particularly
 [2]**  17/24
 41/6
**parties [2]**
 36/24 36/25
**passion [4]**
 21/17 23/17
 23/18 23/19
**passionate [1]**
 42/12
**passionately
 [1]**  43/13
**past [6]**  16/16
 16/24 21/22
 22/16 23/7
 23/11
**patriot [1]**
 6/13
**patriotic [1]**
 20/6
**patriotism [1]**
 21/8
**patriots [1]**
 15/8
**patronizing [1]**
 39/5
**pause [1]**
 42/17
**pay [2]**  35/6
 46/2
**payable [1]**
 47/21
**payments [1]**
 47/15
**peaceful [2]**
 19/19 21/1
**Pelosi [1]**
 35/3
**pending [1]**
 44/1
**people [40]**
 5/21 6/6 6/13
 6/15 7/25 15/9
 15/13 15/18
 18/2 18/13
 20/8 20/15
 23/5 25/4
 26/15 26/20
 28/3 29/3 29/8

 29/10 34/3
 34/24 35/3
 35/15 35/15
 37/12 37/13
 37/23 38/22
 38/23 39/2
 39/20 40/7
 41/14 41/21
 42/1 42/9
 42/23 50/5
 50/13
**pepper [1]**
 16/9
**per [1]**  13/14
**perch [1]**
 16/23
**perfect [2]**
 23/1 23/1
**perfectly [1]**
 10/17
**period [2]**
 26/22 36/14
**periodic [1]**
 46/21
**perjury [1]**
 24/1
**permanently [1]**
 44/5
**permission [2]**
 48/24 50/2
**permitted [1]**
 48/20
**person [1]**
 33/16
**personal [4]**
 28/4 33/10
 43/18 44/4
**personally [2]**
 7/16 27/3
**persuasive [2]**
 10/10 10/11
**petty [1]**
 28/17
**phone [1]**
 23/12
**physical [1]**
 7/12
**pick [1]**  21/5
**piece [2]**
 18/12 33/21
**place [3]**
 18/10 33/13
 35/19
**placement [1]**
 46/20
**plainclothes
 [1]**  31/21
**plainly [1]**

 24/5
**Plaintiff [1]**
 1/4
**planners [1]**
 25/6
**planning [4]**
 8/5 8/6 25/10
 25/10
**plans [1]**
 21/15
**plate [1]**  17/4
**played [1]**
 15/20
**playing [1]**
 32/16
**Plaza [2]**
 16/16 16/21
**please [1]**  2/4
**plus [6]**  7/9
 7/11 8/5 8/14
 8/23 11/23
**podium [2]**  2/4
 2/23
**point [16]**  4/8
 6/13 9/20 11/7
 11/15 12/2
 19/15 26/21
 28/17 29/19
 32/15 36/3
 38/14 39/6
 42/2 42/15
**pointing [1]**
 19/8
**points [2]**
 9/13 11/9
**police [20]**
 5/20 8/2 8/19
 16/17 16/21
 16/24 17/2
 17/6 17/9 17/9
 17/12 17/13
 19/9 20/16
 31/22 33/12
 34/18 38/20
 39/10 41/6
**political [4]**
 15/19 36/24
 36/25 45/4
**politics [3]**
 23/5 28/23
 37/2
**portion [1]**
 12/6
**position [5]**
 2/17 2/18 6/9
 12/11 26/13
**positioned [1]**
 37/12

**possess [1]**
 46/17
**possible [2]**
 25/13 30/22
**possibly [2]**
 34/23 42/17
**post [1]**  38/6
**posted [1]**
 20/19
**poster [1]**
 18/5
**potential [1]**
 25/20
**potentially [1]**
 29/11
**power [3]**
 19/19 21/1
 41/1
**practice [1]**
 20/3
**pray [1]**  27/21
**premise [2]**
 24/17 24/22
**preparation [3]**
 8/6 8/6 8/10
**prepared [1]**
 44/14
**preparing [1]**
 16/6
**present [4]**
 2/11 16/14
 21/15 36/12
**presentation
 [1]**  37/8
**presented [3]**
 6/9 11/2 22/1
**presentence [4]**
 3/7 46/13
 48/1 48/5
**presided [3]**
 30/10 42/16
 42/20
**President [3]**
 25/18 36/25
 37/1
**presidential
 [4]**  35/23
 36/3 39/14
 45/6
**pressed [1]**
 5/20
**pressure [1]**
 5/3
**pretrial [6]**
 21/18 24/10
 24/24 33/3
 36/5 43/4
**prided [1]**

 21/2
**principal [1]**
 14/11
**printed [1]**
 30/1
**prior [1]**
 51/10
**prison [3]**
 27/15 27/23
 42/14
**Prisons [1]**
 45/21
**pro [4]**  1/19
 2/10 18/7 29/3
**probably [10]**
 30/6 30/22
 32/8 32/10
 32/12 34/24
 35/3 41/11
 43/8 51/14
**probation [20]**
 3/10 11/11
 11/22 12/3
 13/6 13/7
 46/12 46/23
 47/3 47/6
 47/10 47/25
 48/2 48/5 50/3
 50/5 50/13
 51/12 51/13
 51/18
**probation's [1]**
 11/19
**problem [1]**
 10/25
**proceed [2]**
 3/19 13/24
**proceeding [3]**
 14/16 14/17
 45/13
**proceedings [2]**
 52/12 53/5
**process [1]**
 33/21
**processed [1]**
 33/20
**progress [3]**
 47/9 47/11
 47/13
**promotes [1]**
 18/16
**proof [1]**  18/8
**property [3]**
 6/8 8/1 8/19
**prosecuted [2]**
 16/3 45/2
**prosecution [1]**
 31/11

**P**

**prosecutors [2]**
19/8 27/11
**protect [4]**
17/21 19/2
27/13 39/11
**protected [2]**
8/12 45/3
**protest [1]**
25/20
**protests [4]**
5/25 8/9 29/12
40/8
**provide [3]**
15/1 17/20
47/3
**provide just**
**[1]** 15/1
**provisions [3]**
12/21 45/18
46/4
**PSR [3]** 4/16
12/5 12/6
**psy [3]** 32/6
32/9 34/5
**psy-op [3]**
32/6 32/9 34/5
**psychological**
**[1]** 33/17
**PTSD [1]** 33/17
**public [7]**
17/21 17/25
19/3 34/3
34/22 40/22
42/10
**pull [1]** 41/12
**pulled [1]**
25/25
**punished [3]**
5/24 6/12 8/11
**punishments [1]**
51/5
**purpose [2]**
19/24 27/24
**pursuant [5]**
13/16 45/17
46/3 48/8
48/18
**push [1]** 8/2
**put [14]** 5/2
15/11 18/7
24/24 34/19
35/22 36/16
37/8 37/10
37/16 37/20
40/24 43/19
50/11
**puts [2]** 11/10

38/10
**putting [2]**
40/4 41/8

**Q**

**qualified [1]**
11/23
**qualities [1]**
29/9
**quiet [1]**
29/13
**quite [6]**
21/22 35/10
36/10 37/6
39/5 39/5
**quoted [1]**
15/19

**R**

**rabbit [1]**
18/8
**race [1]** 29/1
**racks [2]**
25/24 25/25
**radical [1]**
41/5
**Rafael [1]**
36/15
**rah [2]** 28/20
28/20
**rah-rah [1]**
28/20
**raise [3]**
51/24 51/25
52/5
**raises [1]** 8/9
**Ramaswamy [2]**
35/23 36/2
**ran [1]** 41/3
**range [3]**
12/17 13/22
48/14
**ranting [1]**
24/13
**rather [1]**
20/8
**rational [1]**
26/6
**raving [1]**
24/13
**re [1]** 37/20
**re-tweeted [1]**
37/20
**reached [1]**
11/21
**read [4]** 8/24
30/12 30/20
41/17
**readers [3]**

38/7 38/7
38/14
**real [2]** 26/1
38/15
**reality [2]**
18/13 19/16
**realize [3]**
28/6 28/22
30/5
**really [11]**
4/3 23/7 26/6
26/17 27/11
28/3 28/24
32/20 36/23
36/24 49/9
**reason [5]**
26/12 29/25
32/10 32/12
39/13
**recall [1]**
14/9
**receipt [1]**
47/12
**received [1]**
48/15
**receiving [1]**
51/9
**recent [1]**
50/5
**recently [2]**
14/13 37/10
**recess [1]**
52/11
**reckoning [1]**
18/2
**recommended [1]**
46/12
**record [3]** 2/5
50/18 53/5
**red [1]** 31/16
**reduction [1]**
9/14
**reentry [1]**
47/9
**refer [1]** 6/25
**referencing [1]**
8/8
**referred [1]**
4/23
**referring [1]**
11/16
**refers [1]**
21/25
**reflect [2]**
23/24 42/18
**reflection [1]**
24/21
**Reform [2]**

13/17 45/17
**refrain [1]**
46/18
**regard [2]**
6/10 45/4
**regarding [1]**
19/13
**regardless [1]**
10/4
**regards [8]**
4/15 6/22 7/2
8/5 8/14 9/13
51/3 51/7
**regret [1]**
18/22
**reiterate [1]**
19/15
**related [1]**
21/19
**release [8]**
13/4 32/14
34/21 46/1
47/5 47/8 48/1
49/4
**released [2]**
32/13 32/23
**relief [1]**
43/8
**religion [1]**
29/1
**rely [1]** 10/11
**remain [4]**
13/2 13/7
43/23 44/1
**remaining [1]**
44/5
**remedied [1]**
39/19
**remember [1]**
31/8
**reminding [1]**
20/12
**rendered [1]**
14/5
**repeatedly [1]**
15/18
**report [12]**
3/7 3/14 9/12
12/3 46/13
47/11 47/13
48/1 48/5
49/18 49/20
51/20
**reporter [5]**
1/23 1/23 30/3
37/19 53/3
**reporters [2]**
30/23 37/15

**reporting [1]**
49/19
**reprehensible**
**[1]** 40/18
**represent [1]**
38/25
**representing**
**[1]** 48/17
**Republicans [1]**
32/16
**reputation [1]**
22/22
**request [3]**
43/10 44/3
48/24
**requested [1]**
47/4
**requests [1]**
33/3
**required [2]**
13/13 47/14
**researcher [1]**
36/23
**residence [1]**
48/3
**resolved [2]**
44/5 44/10
**resources [1]**
8/16
**respect [3]**
17/13 19/14
23/22
**respected [1]**
37/19
**respectful [1]**
43/13
**respectfully**
**[1]** 16/1
**respond [2]**
9/18 9/19
**responsibility**
**[2]** 14/24
18/16
**responsible [1]**
18/14
**rest [2]** 2/20
33/19
**restitution [4]**
13/12 46/24
47/1 47/15
**restricted [1]**
45/11
**result [1]**
48/12
**results [2]**
24/21 32/21
**return [2]**
44/7 48/4

**R**

**revelations [1]**
27/17
**revolution [1]**
21/3
**Rhodes [4]**    5/8
5/11 40/21
40/22
**ridiculous [1]**
6/3
**right [36]**
11/18 11/24
12/9 12/15
17/14 22/12
23/3 23/21
25/16 26/9
27/1 27/6 27/7
28/7 28/11
28/16 31/15
31/17 31/24
34/17 40/5
41/5 41/9
41/25 45/5
45/8 45/10
48/7 48/9 48/9
48/19 49/13
49/14 50/7
51/24 52/8
**rightly [1]**
16/22
**Riley [1]**
30/21
**Rios [1]**    36/16
**riot [6]**    16/13
20/13 20/23
24/19 30/9
30/19
**rioter [1]**
17/8
**ripple [2]**
27/22 27/24
**rise [2]**    23/5
31/5
**risking [1]**
38/23
**role [2]**    11/21
11/23
**rolling [1]**
38/25
**roof [1]**    25/18
**room [2]**    27/25
47/19
**rooms [1]**    25/9
**ROYCE [1]**    1/9
**ruin [1]**    8/19
**rule [1]**    20/8
**ruled [2]**
44/25 44/25

**ruler [1]**    20/9
**rules [1]**
43/14
**ruling [2]**
19/14 45/15
**run [1]**    28/18
**running [1]**
43/2
**Russell [7]**
14/12 16/15
16/24 17/4
23/25 40/9
40/15

**S**

**Sacker [1]**
34/8
**safely [1]**
45/10
**safety [1]**
38/23
**same [8]**    8/7
10/5 15/3
32/12 34/15
41/7 49/4
49/23
**sat [1]**    7/17
**satisfied [1]**
47/6
**saw [11]**    8/3
11/1 14/4
16/18 17/1
20/10 24/6
24/8 26/11
29/25 30/15
**saying [2]**
32/25 49/2
**scam [1]**    34/5
**scene [4]**
31/19 33/20
33/23 35/18
**scenes [1]**
35/18
**scheduled [1]**
35/19
**scream [1]**
7/19
**screaming [1]**
24/14
**se [3]**    1/19
2/10 18/7
**searched [2]**
20/10 34/12
**seat [1]**    36/16
**seated [1]**
4/18
**second [2]**
12/9 42/14
**section [7]**

12/8 13/23
45/18 46/3
46/24 48/9
48/18
**security [5]**
24/25 25/1
25/7 25/11
29/6
**sedition [2]**
5/11 5/12
**seems [1]**    6/1
**self [4]**    49/3
49/17 51/8
51/8
**self-surrender
[3]**    49/3
49/17 51/8
**self-surrenderi
ng [1]**    51/8
**Senate [1]**
25/17
**send [4]**    20/24
21/4 27/20
40/13
**sense [1]**
33/14
**sent [6]**    20/19
20/24 21/1
24/21 32/22
33/3
**sentence [22]**
3/4 3/22 4/5
10/5 13/16
13/18 13/21
17/21 21/9
21/10 27/14
42/13 46/6
46/9 48/4
48/10 48/11
48/14 48/15
48/19 50/17
51/20
**sentenced [2]**
6/3 45/25
**sentencing [11]**
1/9 2/24 3/9
4/14 11/8
13/17 45/17
45/19 46/13
46/25 48/13
**seriously [1]**
41/18
**seriousness [1]**
14/25
**serve [1]**
45/25
**served [1]**
45/23

**service [3]**
17/10 17/15
51/20
**serving [1]**
27/23
**set [5]**    3/14
7/6 28/24
39/24 51/16
**settles [1]**
22/21
**setup [1]**    25/2
**several [2]**
37/18 43/25
**severe [1]**
48/13
**sexual [1]**
29/2
**shall [8]**
46/10 47/2
47/8 47/11
47/15 47/23
48/1 48/4
**Shaman [2]**
42/21 43/1
**share [2]**
14/25 47/6
**sharing [1]**
34/15
**Sherwin [1]**
29/20
**shock [2]**
26/15 29/21
**shocking [2]**
15/24 17/17
**shooting [6]**
31/13 31/19
33/9 34/16
36/6 37/9
**shootings [1]**
33/11
**shoots [1]**
33/16
**shortly [1]**
30/13
**shot [6]**    20/20
31/19 31/21
32/1 32/12
39/3
**show [5]**    18/8
18/9 29/23
31/12 33/7
**showed [2]**
16/10 18/11
**showing [2]**
15/22 32/20
**shown [1]**    29/8
**shows [4]**    34/7
34/14 36/3

43/5
**side [7]**    3/2
3/21 19/22
27/10 28/1
35/23 42/1
**sides [2]**
41/12 50/17
**sight [2]**
20/17 36/10
**silenced [1]**
29/12
**silliness [1]**
43/21
**silly [2]**
24/22 49/9
**similar [2]**
4/22 28/15
**simple [1]**
8/18
**simply [2]**
5/21 35/4
**sin [1]**    28/9
**sincere [1]**
15/21
**single [2]**
28/11 38/23
**sit [2]**    7/19
36/16
**sitting [2]**
25/9 25/18
**situation [1]**
7/7
**situations [1]**
4/22
**six [2]**    31/19
51/17
**sleuths [1]**
33/6
**slowly [1]**
33/7
**small [1]**
26/17
**smiling [2]**
31/1 31/3
**Smith [2]**    40/9
40/16
**social [1]**
20/20
**society [1]**
27/13
**soldier [1]**
39/11
**somebody [5]**
26/2 30/17
33/19 39/3
41/15
**somebody's [1]**
9/4

**S**

**sometimes [2]**
22/5 22/13
**somewhat [1]**
33/14
**somewhere [1]**
44/8
**soon [1]** 36/4
**sorry [4]** 9/23
14/23 50/22
52/3
**sort [5]** 22/7
22/10 24/17
40/15 43/6
**soul [2]** 26/19
28/15
**sound [1]** 49/9
**sounds [1]**
41/17
**source [2]**
10/24 30/3
**spatter [1]**
33/22
**speak [4]** 4/1
21/25 27/2
43/10
**Speaker [1]**
32/13
**Speaker's [1]**
31/22
**speaking [3]**
29/24 40/18
43/5
**special [3]**
13/14 46/2
47/2
**specialists [1]**
33/23
**specific [5]**
14/7 19/2
19/23 31/13
35/20
**specifically
[1]** 21/19
**speech [1]** 8/9
**speeches [1]**
15/17
**spend [1]** 14/6
**spirit [1]**
20/7
**spoke [2]**
23/12 23/20
**spontaneous [1]**
24/18
**spray [1]** 16/9
**stage [2]**
16/18 18/3
**staged [3]**

32/10 33/1
37/24
**staging [2]**
25/1 39/24
**stand [4]** 9/1
9/9 26/9 42/11
**Standby [1]**
1/20
**standing [4]**
16/14 27/1
28/11 37/14
**start [5]**
14/25 15/7
19/11 29/14
41/15
**started [1]**
40/7
**Starting [1]**
2/3
**state [4]** 2/4
9/6 25/15
46/16
**stated [1]**
35/24
**statement [3]**
18/22 39/9
39/10
**statements [4]**
15/19 19/5
28/20 36/2
**states [10]**
1/1 1/3 1/10
2/3 2/7 24/22
25/18 32/22
39/12 47/16
**stating [1]**
39/15
**status [1]**
49/13
**statute [2]**
46/25 48/20
**statutory [5]**
10/16 13/1
13/22 45/24
48/9
**stay [1]** 28/25
**stayed [1]**
17/1
**step [4]** 2/16
2/23 37/5
50/13
**Stephen [1]**
42/24
**steps [1]** 5/18
**Steven [1]**
34/18
**Stewart [3]**
40/21 40/22

41/10
**sticking [2]**
24/9 29/13
**still [11]**
6/20 18/15
18/16 22/21
22/22 22/24
30/1 37/25
39/18 41/18
42/21
**sting [1]** 7/6
**stir [1]** 30/19
**stolen [4]**
24/11 35/25
39/14 39/18
**stone [1]**
33/21
**stood [3]** 17/2
17/3 40/7
**stop [1]** 32/21
**stopped [1]**
19/11
**stormed [1]**
19/18
**story [1]**
34/15
**straight [2]**
16/18 50/9
**strange [2]**
22/7 24/17
**strangely [1]**
26/25
**street [3]**
1/14 1/21
15/12
**streets [1]**
25/21
**strikes [1]**
32/15
**strong [1]**
15/14
**struggles [1]**
38/4
**stuck [1]** 9/9
**stuff [1]**
49/12
**stun [1]** 16/9
**submit [2]**
46/19 47/11
**submitting [1]**
51/5
**substance [2]**
46/18 46/19
**substantial [2]**
8/14 8/16
**substantially
[2]** 8/21 8/21
**sucked [1]**

35/16
**suggest [1]**
6/18
**suggested [3]**
3/11 3/12
11/22
**Suite [1]** 1/21
**Sullivan [8]**
30/10 30/25
31/6 31/24
34/6 34/10
42/17 42/21
**Sund [1]** 34/18
**supervised [3]**
13/4 46/1
47/10
**supervision [4]**
46/10 46/15
46/20 47/12
**support [2]**
6/23 18/12
**supporters [2]**
24/19 29/22
**supports [1]**
6/9
**supposed [3]**
27/8 27/16
28/2
**Supreme [1]**
15/12
**sure [6]** 4/18
11/10 22/20
25/6 29/22
39/4
**surprise [1]**
39/9
**surprised [1]**
30/11
**surrender [3]**
49/3 49/17
51/8
**surrendering
[1]** 51/8
**surrounded [2]**
16/13 20/17
**surrounding [1]**
34/20
**suspect [1]**
19/6
**swamp [1]** 29/9
**sweetheart [1]**
24/4
**swept [3]**
21/23 22/10
22/18
**sworn [1]**
29/23
**system [1]**

26/24

**T**

**tactical [1]**
16/8
**tailor [1]**
14/2
**talk [5]** 17/22
23/13 24/15
30/23 40/19
**talking [9]**
27/7 27/7
29/14 30/8
31/8 34/1
38/21 38/22
42/25
**tall [1]** 25/25
**tangent [1]**
23/9
**tank [1]** 29/18
**target [1]**
19/23
**Tarrio [1]**
40/23
**Tayler [4]**
34/9 34/10
34/11 34/13
**Taylor [7]**
14/12 16/15
16/24 17/4
23/25 40/9
40/15
**team [1]** 40/13
**tear [2]** 34/4
38/9
**teeth [1]** 24/2
**temple [1]**
36/9
**tens [2]** 25/20
30/16
**TERENCE [2]**
1/13 2/8
**term [1]** 13/4
**termination [1]**
48/6
**terms [5]**
11/10 21/25
45/21 45/25
52/3
**Terrace [1]**
17/1
**terrorism [3]**
10/25 21/8
28/18
**terrorist [8]**
10/22 10/23
19/17 19/23
21/25 27/12
30/23 43/22

**T**

**test [1]**    46/19
**testified [7]**
  14/12 19/20
  23/20 23/21
  23/25 24/9
  24/24
**testify [1]**
  24/15
**testimony [4]**
  8/24 11/1 17/6
  24/3
**tests [1]**
  46/21
**Texas [4]**
  44/11 49/5
  49/24 51/9
**that he [1]**
  30/11
**that I [1]**
  50/10
**theater [1]**
  32/16
**theories [5]**
  18/6 18/13
  22/9 36/1 36/1
**theory [1]**
  22/12
**thereafter [1]**
  46/21
**thinking [3]**
  9/4 9/5 31/7
**third [2]**
  38/10 38/13
**Thomas [1]**
  29/15
**though [1]**
  43/12
**thoughts [4]**
  27/20 27/21
  42/14 49/11
**thousand [2]**
  29/11 29/11
**thousands [3]**
  25/21 30/17
  34/23
**threat [3]**
  22/2 27/12
  43/22
**threaten [2]**
  7/22 8/1
**threatened [2]**
  5/20 7/16
**threatening [1]**
  7/12
**threats [1]**
  19/22
**three [17]**

8/14 9/10
12/23 12/24
13/3 13/5
28/17 29/17
32/25 36/14
37/7 37/25
38/2 40/19
45/23 45/24
46/18
**three-act [1]**
  37/7
**throats [1]**
  29/5
**throughout [2]**
  18/18 43/15
**tie [2]**    15/10
  38/21
**tight [1]**    9/9
**timeline [2]**
  23/3 28/1
**times [6]**    7/19
  15/22 16/20
  35/20 37/18
  43/6
**timing [1]**
  23/1
**tipping [1]**
  36/3
**today [4]**    6/19
  19/5 28/11
  45/7
**together [3]**
  23/5 40/11
  40/24
**told [1]**    43/4
**took [7]**    9/2
  16/4 16/11
  18/10 35/19
  39/10 41/16
**top [3]**    22/14
  24/8 25/23
**toppling [1]**
  20/11
**total [5]**    3/13
  11/10 11/11
  12/14 12/18
**totality [1]**
  6/21
**touch [1]**    8/19
**track [2]**
  29/16 42/20
**tragic [1]**
  28/4
**train [1]**
  43/17
**training [1]**
  25/3
**transcript [2]**

1/9 53/4
**transfer [2]**
  19/19 21/1
**traumatic [1]**
  31/20
**traumatized [1]**
  33/14
**travel [3]**
  44/11 49/5
  49/23
**treatment [2]**
  48/4 48/6
**trial [13]**
  7/17 8/24 11/2
  14/5 14/13
  14/21 15/3
  15/20 18/8
  18/10 19/9
  23/14 23/20
**trickle [1]**
  33/7
**tried [2]**
  43/12 43/13
**trouble [1]**
  30/19
**true [4]**    15/5
  38/11 38/13
  53/4
**truly [5]**
  15/24 17/7
  22/20 42/12
  43/6
**Trump [4]**
  24/19 29/22
  36/25 37/1
**trust [7]**
  14/10 22/15
  43/22
**truth [5]**
  24/11 26/14
  26/14 37/2
  42/15
**truthfully [2]**
  23/21 24/16
**try [5]**    5/2
  21/6 32/17
  32/20 42/7
**trying [3]**
  8/11 16/21
  31/5
**Tucker [1]**
  42/24
**tumbling [1]**
  36/9
**turn [1]**    44/7
**turned [3]**
  14/21 26/22
  35/12

**turning [1]**
  33/21
**tweeted [1]**
  37/20
**two [21]**    7/9
  8/5 8/23 9/14
  12/2 12/10
  12/13 12/22
  12/25 13/2
  14/21 18/10
  37/2 37/9
  37/20 38/1
  41/11 45/22
  46/17 46/20
  47/7
**two-point [1]**
  12/2
**two-week [1]**
  14/21
**type [1]**    25/5
**typically [1]**
  40/14

**U**

**U.S [8]**    1/24
  6/25 15/12
  19/8 29/23
  47/7 47/21
  48/7
**U.S.C [6]**
  13/23 45/18
  46/3 46/24
  48/8 48/18
**ultimately [1]**
  23/2
**unable [1]**
  48/23
**under [16]**    7/8
  8/5 8/12 10/6
  12/7 13/4
  13/19 13/23
  25/18 36/17
  40/5 40/25
  41/2 43/11
  46/4 48/10
**undercut [1]**
  18/13
**underscores [2]**
  17/18 19/1
**Understood [1]**
  51/22
**undone [1]**
  34/5
**undoubtedly [1]**
  40/16
**unfold [1]**
  22/7
**uniform [2]**
  38/19 38/24

**UNITED [8]**    1/1
  1/3 1/10 2/2
  2/7 25/18
  39/12 47/16
**universe [1]**
  22/6
**unlawful [1]**
  46/18
**unlawfully [1]**
  46/17
**unless [1]**
  50/2
**unlikely [1]**
  37/4
**unnecessary [1]**
  8/15
**unusual [1]**
  51/4
**up [38]**    2/22
  5/18 7/6 8/2
  12/14 15/16
  16/18 18/4
  18/11 20/12
  21/4 21/5
  21/16 21/20
  22/10 22/17
  22/19 25/4
  25/10 26/9
  29/23 30/19
  32/20 33/9
  33/25 34/7
  34/14 35/16
  37/24 39/24
  40/7 40/20
  43/5 50/6
  51/13 51/17
**upheaval [1]**
  33/15
**upon [2]**    47/12
  48/5
**Upper [1]**    17/1
**uprisings [1]**
  20/11
**upside [1]**
  26/22
**upward [4]**
  6/22 10/5
  10/14 46/8
**urinated [1]**
  39/1
**USAO [1]**    1/13
**use [1]**    46/18
**used [4]**    7/15
  16/19 18/3
  18/4
**USSG [1]**    12/7
**Utah [1]**    34/10

**U**

utmost [1]
23/22

**V**

vaccine [1]
29/4
variation [2]
3/11 3/12
verdict [2]
14/6 45/1
version [1]
20/21
versus [1]
29/3
veteran [1]
38/18
veterans [3]
38/18 41/6
41/15
Vice [1]   25/17
victim [1]
47/17
video [15]
30/17 31/13
31/19 31/23
31/24 32/11
32/11 32/14
33/2 33/7 34/1
34/7 37/17
37/18 37/23
videos [17]
8/3 15/20 22/4
30/15 32/13
32/18 32/19
33/6 34/2 34/4
34/21 36/21
37/2 37/6 38/8
38/10 38/12
view [1]   11/22
viewed [1]
15/18
views [3]   3/9
3/16 37/22
violation [1]
48/12
violence [5]
7/16 18/1
20/18 25/21
26/1
violent [2]
6/7 21/3
virus [1]   40/5
visible [2]
16/23 17/5
Vivek [2]
35/23 36/2
voice [1]   45/7

voir [1]   36/17
voluminous [1]
40/21
volunteered [1]
37/5
vote [1]   37/1
voters [1]
32/17

**W**

W-O-O-Z [1]
38/6
waking [1]
37/24
walked [2]
16/16 41/12
walking [3]
5/16 17/5 22/4
wall [1]   33/22
walls [1]   15/9
wants [6]   4/8
5/23 6/11 8/7
19/10 44/22
Washington [8]
1/5 1/14 1/17
1/25 16/6
16/12 47/20
47/22
watch [1]
37/17
watched [2]
20/16 22/3
watching [3]
22/7 24/16
43/7
way [12]   3/19
9/2 16/11
22/10 23/1
25/16 28/7
28/8 28/25
40/2 43/4
50/13
weapon [4]
9/21 9/25
12/20 45/11
weapons [1]
16/11
wearers [2]
29/3 29/3
wearing [2]
38/21 43/1
website [1]
41/17
week [2]   14/21
37/21
weeks [3]
14/22 15/4
51/17
weighed [1]

25/15
weird [1]   22/6
West [3]   16/16
16/21 17/1
what's [3]
23/7 26/19
31/2
whatnot [1]
41/2
wherever [1]
51/12
white [2]   41/5
41/8
Whitmer [1]
42/6
who's [1]   16/3
whole [8]   7/17
20/18 21/17
24/22 26/16
26/22 34/5
36/8
wildest [2]
22/8 22/8
wing [1]   41/5
within [11]
13/21 20/7
32/7 33/12
37/21 46/20
47/8 47/11
47/23 48/21
48/22
without [3]
25/7 45/4
48/25
witness [1]
36/17
witnessed [1]
35/15
Wizard [1]
18/20
woman [4]
31/21 31/23
32/1 34/8
Wooz [1]   38/6
word [1]   16/10
words [8]
10/22 15/7
15/15 15/23
16/2 16/3 16/5
19/16
work [3]   19/18
23/10 49/5
worked [1]
25/5
working [3]
37/25 38/2
40/10
works [1]

16/25
world [7]
20/21 20/24
20/25 21/4
21/23 23/8
35/12
worn [1]   38/19
wow [3]   28/16
32/2 41/15
wrap [1]   20/12
wrapping [1]
20/4
wrath [1]
42/23
writing [1]
41/4
written [1]
45/15
wrong [7]   8/25
15/14 16/1
19/4 31/10
32/9 34/12
wrongdoing [1]
18/24
wrongful [1]
17/18
wrote [2]   24/4
24/5

**Y**

yard [1]   29/18
years [16]
6/11 9/10 13/2
13/2 13/5
18/10 21/23
23/7 23/11
27/14 27/23
28/17 29/17
32/25 36/15
42/14
yelling [1]
7/25
York [1]   1/16

**Z**

zero [4]   9/13
9/20 12/19
12/20
Zoom [1]   1/20