UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| V. § | CAUSE NO. 1:21-CR-392-RCL-1 |
| § | |
| ALAN HOSTETTER § | |

## UNOPPOSED MOTION FOR LIMITED UNSEALING SO THAT APPELLATE COUNSEL HAS ACCESS TO SEALED PORTIONS OF THE RECORD FOR PURPOSES OF APPEAL

Alan Hostetter, through counsel, respectfully moves the Court to issue an order allowing appellate counsel for both parties access to sealed documents that were not filed ex parte, including the docket and all pleadings. The order should be limited to those documents related to Mr. Hostetter's case, and not those filed solely on behalf of codefendants. In support of this motion, Mr. Hostetter states as follows:

1. The Federal Public Defender for the Western District of Texas is representing Mr. Hostetter on appeal before the U.S. Court of Appeals for the District of Columbia Circuit in appellate case number 23-3230. The court of appeals ordered appellate counsel for Mr. Hostetter to order transcripts and submit status reports concerning receipt of those transcripts for purposes of his appeal. Appellate counsel is also in the process of collecting and compiling all the pleadings, documents, and exhibits for purposes of the appeal.

2. The Federal Public Defender for the Western District of Texas was not Mr. Hostetter's counsel in this Court.

3. From reviewing the docket sheet, filed documents, and transcripts, counsel has reason to believe that portions of the record are sealed.

4. Appellate counsel for both parties must review these sealed documents to determine their relevancy to any issues to be raised on appeal. All documents, not filed ex parte, should be unsealed for the limited purpose of providing the complete trial record to appellate counsel for both parties. Any original sealing order should otherwise remain in effect.

5. Assistant United States Attorney Anthony Mariano has indicated that, for purposes of appellate review, the government has no objection to the limited unsealing of record materials related only to Mr. Hostetter's case.

ACCORDINGLY, Mr. Hostetter respectfully asks that the Court grant appellate counsel for both parties access for the limited purpose of review for appeal to all previously sealed materials, not filed ex parte, related to Mr. Hostetter's case, but not those sealed documents filed solely on behalf of other defendants.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender

        _____
        /S/ JUDY FULMER MADEWELL
        First Assistant Federal Public Defender
        Western District of Texas
        300 Convent Street, Suite 2300
        San Antonio, Texas 78205
        (210) 472-6700
        (210) 472-4454 (Fax)
        judy_madewell@fd.org
        Texas State Bar Number: 00790727

        *Attorney for Defendant-Appellant*

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/_____
Judy Fulmer Madewell
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 1:21-CR-392-RCL-1 |
| ALAN HOSTETTER | § § | |

**O R D E R**

On this date came on to be considered Alan Hostetter's Unopposed Motion for Limited Unsealing so that Appellate Counsel Has Access To Sealed Portions of the Record for Purposes of Appeal. The Court, having considered the motion, is of the opinion that the same should be and is hereby GRANTED.

SO ORDERED on this the _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE
ROYCE C. LAMBERTH