1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 21-392-1

5         vs.                         July 10, 2023
                                        10:00 a.m.
6    ALAN HOSTETTER,

7              Defendant.              Day 3
     _____

8

9                **TRANSCRIPT OF THE BENCH TRIAL**
           **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
10                **UNITED STATES DISTRICT JUDGE**

11

12   APPEARANCES:

13   For the Government:

14            JASON MANNING, ESQUIRE
              DOJ-CRM
15            Criminal Division, Fraud Section
              1400 New York Avenue NW
16            Washington, D.C. 20005

17
     For the Government:
18
              ANTHONY WILLIAM MARIANO, ESQUIRE
19            U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
              601 D Street, NW
20            Washington, D.C. 20530

21

22

23

24

25

1    (APPEARANCES CONTINUED:)

2

3    For the Defendant:

4            ALAN HOSTETTER, PRO SE

5            KAREN KENNEY, ESQUIRE
             KENNEY LEGAL DEFENSE
6            2900 Bristol Street
             Suite C204
7            Costa Mesa, CA 92926

8

9    Court Reporter:

10           Stacy Johns, RPR
             Official Court Reporter
11
             Proceedings recorded by mechanical stenography,
12           transcript produced by computer-aided transcription

13

14                    **I N D E X**

15   RUSSELL TAYLOR

16       Direct Examination By Mr. Manning (Continued)      5

17       Cross Examination By Mr. Hostetter                 38

18       Redirect Examination By Mr. Manning                65

19       Recross Examination By Mr. Hostetter               69

20   INSPECTOR LANELLE HAWA

21       Direct Examination By Mr. Mariano                  71

22       Cross Examination By Mr. Hostetter                 92

23   SERGEANT JOSEPH PITTS

24       Direct Examination Mr. Manning                     94

25       Cross Examination By Mr. Hostetter                 131

1                    I N D E X (Continued)

2

3    SERGEANT MATTHEW CEK

4         Direct Examination By Mr. Mariano                144

5         Cross-Examination By Mr. Hostetter              172

6

7                        **E X H I B I T S**

8    GOVERNMENT EXHIBITS                                  ADMIT

9    203.01                                                 15

10   207.01                                                122

11   208.01                                                150

12   210.01                                                 19

13   212.01                                                169

14   313.01                                                114

15   314                                                   109

16   319                                                    11

17   325.01                                                 25

18   508                                                    96

19

20

21

22

23

24

25

```
 1                    INDEX (continued)

 2    GOVERNMENT EXHIBITS                        ADMIT

 3    509                                         106

 4    512                                           7

 5    514                                          28

 6    519                                          22

 7    602.40                                       93

 8    602.41                                       10

 9    720                                          74

10    721                                          75

11    901.04                                       30

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

1

2          DEPUTY CLERK:  This is criminal Case No. 21-392-1,

3    United States of America versus Alan Hostetter.

4          Starting with the Government, please approach the

5    podium and state your appearance for the record.

6          MR. MARIANO:  Good morning, Your Honor.  Anthony

7    Mariano for the United States.  Joined by my colleague, Jason

8    Manning, paralegal Brittany Sheff, and FBI Special Agent

9    Jessica Salo is also at counsel table with us.

10          MR. HOSTETTER:  Good morning, Your Honor.  Alan

11    Hostetter appearing pro se.  My advisory counsel, Ms. Kenney,

12    is here with me.

13          THE COURT:  The witness may resume the stand.

14          MR. MANNING:  Your Honor, as the witness comes in, if

15    I may inform the Court of one matter.  As I spoke with the

16    defendant and his counsel a moment ago, we're going to start

17    his testimony by just asking a clarifying question or two about

18    the physical evidence and then we'll pick up where we left off.

19          THE COURT:  All right.

20          Good morning.  You may resume the stand.  I'll remind

21    you you're still under oath.

22          THE WITNESS:  Yes, Your Honor.

23                   CONTINUED DIRECT EXAMINATION

24    BY MR. MANNING:

25    Q.  Good morning, Mr. Taylor.

RUSSELL TAYLOR - DIRECT

1    A.   Good morning.

2    Q.   I want to start by asking just a few questions about the

3    physical items that we looked at last time we were here.

4            MR. MANNING:   Can I have Government's Exhibit 822,

5    please?  It's already in evidence.

6    BY MR. MANNING:

7    Q.   Mr. Taylor, was it your testimony on Friday that this was

8    an item that was seized from your home by the FBI?

9    A.   I believe so, yes.

10   Q.   And when we -- you testified on Friday, do you recall

11   testifying about a backpack that was seized?

12   A.   Yes.

13   Q.   And did you identify for the Court various weapons that

14   were inside that backpack when it was seized?

15   A.   Yes.

16           MR. MANNING:   If I could have one of the items from

17   that backpack that's in evidence brought up.

18   BY MR. MANNING:

19   Q.   How would you describe that object?

20   A.   It's a hatchet.

21   Q.   Was that also in the backpack that was seized by the FBI?

22   A.   Yes.

23   Q.   So in total, there were two hatchets of yours that were

24   seized by the FBI?

25   A.   Yes.

RUSSELL TAYLOR - DIRECT

1          MR. MANNING:  Okay.  We can take down the physical

2   evidence.  Thank you.

3          If we can bring up Government's Exhibit Video 318

4   already in evidence.

5          Please just play from start to finish.

6      (Video played.)

7   BY MR. MANNING:

8   Q.  Do you recall testifying at the end of the day on Friday

9   about this video?

10  A.  Yes.

11         MR. MANNING:  Can we now bring up Government's

12  Exhibit 512.

13  BY MR. MANNING:

14  Q.  Sir, do you recognize yourself in the circled area in this

15  photo?

16  A.  Yes.

17  Q.  Can you describe what you're wearing?

18  A.  Red hat, plate carrier, dark pants, gray jacket.

19  Q.  And is this photo a fair and accurate depiction of what it

20  shows from January 6th?

21  A.  Yes.

22         MR. MANNING:  Move to admit Government's Exhibit 512.

23         THE COURT:  Received.

24     (Government Exhibit 512 received in evidence.)

25  BY MR. MANNING:

RUSSELL TAYLOR - DIRECT

1   Q.   Do you see the defendant, Mr. Hostetter, in this photo?

2   A.   Yes.

3   Q.   Where is he in relation to you?

4   A.   To my right.

5   Q.   Is this the same general area where that last video was

6   filmed?

7   A.   I believe so, yes.

8          MR. MANNING:  Can we bring up Government's

9   Exhibit 602.40.

10  BY MR. MANNING:

11  Q.   Do you recognize this photo?

12  A.   Yes.

13  Q.   Is it also a fair and accurate representation of what it

14  depicts?

15  A.   Yes.

16  Q.   Have you circled yourself there -- I'm sorry.  That may

17  have already been there.  You circled yourself in yellow?

18  A.   Yes.

19  Q.   Is that Mr. Hostetter to your right?

20  A.   Yes.

21  Q.   Is this also in the same general time and place as the

22  video that we saw?

23  A.   I believe so, yes.

24  Q.   To be clear, when I say "the video that we saw," I'm

25  referring to the video where you screamed inside at the end of

RUSSELL TAYLOR - DIRECT

1  it.

2  A.  Yes.

3  Q.  How would you describe Mr. Hostetter's reaction to being up

4  here at this time?

5  A.  Positive, celebratory.

6      MR. MANNING:  The record will reflect that I've drawn

7  a green circle on the lower right quadrant of the screen.

8  BY MR. MANNING:

9  Q.  What's the object inside that circle?

10  A.  It's a knife.

11  Q.  Is that the knife that Mr. Hostetter brought with you from

12  California?

13  A.  Yes.

14  Q.  Were you wearing it in this manner pretty much the whole

15  day on January 6th?

16  A.  For the most part, yes.

17  Q.  Did Mr. Hostetter ever tell you at any time while you were

18  on the Capitol grounds that you should get rid of the knife,

19  that you shouldn't carry it?

20  A.  No.

21      MR. MANNING:  Pulling up Government's Exhibit 602.41.

22  BY MR. MANNING:

23  Q.  Do you recognize the individual holding the flag here?

24  A.  Yes.

25  Q.  Who was that?

RUSSELL TAYLOR - DIRECT

```
 1   A.  Alan.
 2   Q.  Does this picture fairly and accurately reflect the
 3   defendant at the Capitol on January 6th?
 4   A.  Yes.
 5           MR. MANNING:  Move to admit Government's 602.41.
 6           THE COURT:  Received.
 7       (Government Exhibit 602.41 received in evidence.)
 8           MR. MANNING:  Let's bring up a video, Government's
 9   Exhibit 319.
10           Can we please play five seconds and pause.
11       (Video played.)
12   BY MR. MANNING:
13   Q.  Do you recognize this?
14   A.  Yes.
15   Q.  What is it?
16   A.  It's a video in the Capitol plaza.
17   Q.  Now, if I can just ask for the benefit of the court
18   reporter if you can pull the microphone a little closer.
19   A.  Sorry.  It's a video, I believe, of near the Capitol plaza,
20   the West Plaza.
21   Q.  Do you recall, in your testimony on Friday, you described
22   an area where there was a police line?
23   A.  Yes.
24   Q.  And then you testified that you went up some steps after
25   that?
```

RUSSELL TAYLOR - DIRECT

1    A.  Yes.

2    Q.  And in the pictures that we saw just now, where the video

3    was filmed of where you screamed inside, is that further up

4    from the -- from where that police line was?

5    A.  Yes.

6    Q.  And so are you now in this area closer to the Capitol

7    building than you had been previously?

8    A.  We're right at the Capitol building, yes.

9    Q.  And does this video fairly and accurately represent what it

10   shows?

11   A.  Yes.

12          MR. MANNING:  I move to admit Government's

13   Exhibit 319.

14          THE COURT:  Received.

15      (Government Exhibit 319 received in evidence.)

16   BY MR. MANNING:

17   Q.  After you and Mr. Hostetter had been on that stage in the

18   few exhibits we saw just previously, did you then come to this

19   area that we're looking at now?

20   A.  Yes.

21          MR. MANNING:  Can we toggle forward a few frames until

22   we see some steps?

23          You can pause here.

24   BY MR. MANNING:

25   Q.  Do you see a series of steps on the right side of the

RUSSELL TAYLOR - DIRECT

1    screen?

2    A.   Coming down the bleacher?

3    Q.   Exactly.

4    A.   Yes.

5    Q.   Did you and the defendant come down some steps like that to

6    get from the bleachers to this area?

7    A.   Yes.

8         MR. MANNING:  Please play to the eight-second mark and

9    pause.

10       (Video played.)

11   BY MR. MANNING:

12   Q.   I circled an area on the left side of the screen.  I'd like

13   to ask you to keep your attention on that area as we advance

14   frame by frame.

15       (Video played.)

16        MR. MANNING:  You can pause.  We're at the nine-second

17   mark.

18   BY MR. MANNING:

19   Q.   Could you identify yourself in this video?

20   A.   You want me to circle?

21   Q.   Yes, please.

22   A.   (Witness complies.)

23        MR. MANNING:  Let the record reflect the witness has

24   drawn a yellow circle around the individual with the gray

25   jacket and red hat in the upper left quadrant of the screen.

RUSSELL TAYLOR - DIRECT

1   BY MR. MANNING:

2   Q.  Do you identify the defendant, Mr. Hostetter?

3   A.  (Witness complies.)

4   Q.  Is he carrying something there?

5   A.  It's a flag.

6           MR. MANNING:  Let the record reflect that the witness

7   has drawn another circle just in front of the circle he drew

8   around the individual he identified as himself.

9   BY MR. MANNING:

10  Q.  At this moment, what do you see happening at the door in

11  front of you?

12  A.  We had just come down the steps and we saw a bunch of the

13  protesters going into the actual Capitol doors there at the

14  building there.

15  Q.  Did you actually see protesters entering the building?

16  A.  Yes.

17  Q.  For the moments that we just saw, were you approaching

18  towards the building?

19  A.  Yes.

20  Q.  Is this shortly before you had heard from the bleachers

21  that people were going inside?

22  A.  Yes.

23  Q.  I've drawn a circle towards the center of the screen around

24  some individuals that appear to be wearing black and yellow.

25  Do you know who those people are?

RUSSELL TAYLOR - DIRECT

1    A.   Capitol Police.

2    Q.   Around this time, did you consider actually going into the

3    building?

4    A.   We briefly had a conversation about it, and both determined

5    that we were not going to go inside.

6    Q.   And I just want you to focus on yourself for the moment.

7    What made you decide that you didn't want to go inside?

8    A.   I had the knife on my chest and I didn't know the area.  So

9    I didn't want to go into an area that, most likely, I would run

10   into additional Capitol Police.  And I --

11   Q.   Were you concerned that something would happen to you if

12   you ran into police inside the building?

13   A.   Yeah, because I had the weapons on me.  I didn't want to be

14   inside of a federal building with those weapons, so...

15   Q.   I'm sorry if I'm asking you to state the obvious, but what

16   did you think might happen to you if you were inside the

17   federal building with those weapons?

18   A.   I would either get arrested, shot, or thrown into a corner

19   and zip-tied.

20   Q.   Did you feel like it was less likely that those things

21   might happen to you if you stayed out here on this terrace?

22   A.   Yes.

23   Q.   Why is that?

24   A.   Just because of the number of protesters that were outside.

25   Q.   From what you observed, how do the number of protesters on

1  this terrace compare to the number of police?

2  A.  Significantly more protesters than Capitol Police.

3        MR. MANNING:  Could we please play the next 10 seconds

4  and pause at 19 seconds.

5     (Video played.)

6  BY MR. MANNING:

7  Q.  In that scene that we just saw there, where do you and the

8  defendant go in relation to the door?

9  A.  The opposite direction.

10        MR. MANNING:  At this point, I'd like to bring up

11  Government's Exhibit 203.01.

12        Using the timestamps in the upper right, can we please

13  skip ahead to 14:45:45.

14        Click forward one frame, please.  Another frame.

15  BY MR. MANNING:

16  Q.  Is that you in this area?

17  A.  I believe so, yes.

18  Q.  And does this clip fairly and accurately represent what it

19  shows on January 6th?

20  A.  Yes.

21        MR. MANNING:  Move to admit Government's

22  Exhibit 203.01.

23        THE COURT:  Received.

24     (Government Exhibit 203.01 received in evidence.)

25        MR. MANNING:  Can we please go back to 14:45:40, using

RUSSELL TAYLOR - DIRECT

1   the timestamp in the upper right.

2           I'll just ask if we can play at half speed the next

3   10 seconds here.

4   BY MR. MANNING:

5   Q.  And, Mr. Taylor, I'll ask you to keep your eye on that

6   general area.

7       (Video played.)

8   Q.  Is this the same scene that we saw previously in which you

9   and Mr. Hostetter approached the door and turned away, but just

10  shown from a different angle?

11  A.  Yes.

12          MR. MANNING:  Please go back to 14:45:48.  If we can

13  play this at regular speed.  I'll just ask you to play until

14  14:45:56.

15      (Video played.)

16          MR. MANNING:  Play one more second, please.

17      (Video played.)

18  BY MR. MANNING:

19  Q.  I've drawn a circle towards the right side of the screen.

20  Do you recognize the people in this circle?

21  A.  Capitol Police.

22  Q.  Which direction are they headed?

23  A.  Towards the door.

24  Q.  And about how long a lapse between the moment when you and

25  Mr. Hostetter turned away from the door and the moment when

RUSSELL TAYLOR - DIRECT

1    these police came towards the door?

2    A.  It was just a few seconds.

3         MR. MANNING:  If we can bring up Government's

4    Exhibit 104, which is already in evidence.  Please go to

5    2:45 p.m. flat from the timestamp in the upper left.  Why don't

6    we play 43 seconds.

7    BY MR. MANNING:

8    Q.  And, Mr. Taylor, I'll ask you to keep your eye on the crowd

9    of persons that could be seen through the doorway just outside

10   the building.

11       (Video played.)

12   Q.  Is Mr. Hostetter in this picture?

13   A.  Yes.

14   Q.  Could you circle him?

15   A.  (Witness complies.)

16   Q.  What's he wearing on his head?

17   A.  A dark beanie.

18        MR. MANNING:  Let the record reflect that the witness

19   drew a yellow circle around an individual toward the top center

20   of the screen wearing a dark beanie.

21        Please play the next four seconds and pause.

22       (Video played.)

23        MR. MANNING:  We're now at 2:45:00 p.m. and

24   47 seconds.

25

RUSSELL TAYLOR - DIRECT

1   BY MR. MANNING:

2   Q.  Do you recognize yourself now in the picture, Mr. Taylor?

3   A.  Yes.

4   Q.  Can you circle yourself?

5   A.  (Witness complies.)

6         MR. MANNING:  Let the record reflect that the witness

7   drew a circle around a head right at the top of the screen,

8   wearing a red hat.

9   BY MR. MANNING:

10  Q.  Is Mr. Hostetter still in view?

11  A.  Yes.

12  Q.  Where is he in relation to you?

13  A.  (Witness circles on the screen.)

14        MR. MANNING:  Please play five more seconds and pause.

15      (Video played.)

16  BY MR. MANNING:

17  Q.  From this angle, where did the two of you go in the video

18  clip there?

19  A.  Back and away from the door.

20  Q.  So was this, again, the same incident captured of you

21  approaching the door and leaving, but just from a third angle?

22  A.  Yes.

23        MR. MANNING:  Can we bring up video 210.01.

24        Please skip ahead to 4:31, using the time counter on

25  the bottom of the screen, and hold it there.

1            I've drawn a green circle in the center left of the

2    screen.

3    BY MR. MANNING:

4    Q.  Do you recognize yourself in there, Mr. Taylor?

5    A.  Yes.

6    Q.  Does this video accurately reflect what it shows?

7    A.  Yes.

8            MR. MANNING:  Move to admit Government's

9    Exhibit 210.01.

10            THE COURT:  Received.

11        (Government Exhibit 210.01 received in evidence.)

12            MR. MANNING:  Please play at half speed to 4:36 on the

13    timer below and pause.

14        (Video played.)

15    BY MR. MANNING:

16    Q.  Do you recognize the individual circled in the green circle

17    I've drawn in the middle of the screen?

18    A.  Yes.

19    Q.  Who is that?

20    A.  Alan.

21            MR. MANNING:  Please play at regular speed until 5:04

22    on the timer at the bottom.

23        (Video played.)

24    BY MR. MANNING:

25    Q.  Sir, if I refer to this general area here as the Upper West

RUSSELL TAYLOR - DIRECT

1    Terrace, will you understand what I'm referring to?

2    A.   Yes.

3    Q.   Do you recall seeing confrontations between police and the

4    crowd on the Upper West Terrace around this time?

5    A.   Yes.

6    Q.   Can you describe what you recall of that?

7    A.   I believe this is the moment when the Capitol Police were

8    beginning to clear the protesters from the West Terrace area.

9    Probably the more violent elements of the day that I witnessed.

10           MR. MANNING:  Bringing up Government's Exhibit 105,

11   which is already in evidence.

12           Please go to the -- where the timestamp on the upper

13   left reads 3:45 p.m. and 34 seconds and hold it there.

14           Bring it forward a few seconds.  There we go.

15   BY MR. MANNING:

16   Q.   Sir, could you circle yourself and Mr. Hostetter, if you

17   see yourself and Mr. Hostetter.

18   A.   (Witness complies.)

19           MR. MANNING:  Let the record reflect the witness has

20   drawn two yellow circles along the -- about a third of the way

21   in from the lower right corner of the screen.

22   BY MR. MANNING:

23   Q.   And what are you wearing on your backpack?  Sorry.

24   Withdrawn.

25           What are you wearing on your back, sir?

RUSSELL TAYLOR - DIRECT

1   A.  I've got that brown backpack.

2   Q.  Is that the same backpack Mr. Hostetter brought with you

3   from California?

4   A.  Yes.

5   Q.  What is Mr. Hostetter wearing on his back?

6   A.  His gray backpack.

7   Q.  From this angle, does it appear to be somewhat full?

8   A.  I'm sorry?

9   Q.  From this angle, can you tell one way or another whether it

10  appears that there are things in the backpack?

11  A.  It appears so, yes.

12  Q.  Earlier in the day, had Mr. Hostetter been wearing a knit

13  hat?

14  A.  Yes.

15  Q.  At some point did he switch hats?

16  A.  Yes.  He has a Trump hat on here.

17          MR. MANNING:  Please skip to 3:47 p.m. and 30 seconds

18  and hold it there.

19          Please play the next 20 seconds and pause.

20      (Video played.)

21  BY MR. MANNING:

22  Q.  What was Mr. Hostetter holding in front of him there?

23  A.  It's a bullhorn.

24  Q.  Do you recall precisely what he was saying into the

25  bullhorn at this time?

RUSSELL TAYLOR - DIRECT

1    A.  Not precisely, no.

2    Q.  Do you recall, generally, what he was saying on the Capitol

3    grounds in the bullhorn on January 6th?

4    A.  Similar to the other videos.  You know, taking back our

5    house, Stop The Steal, things like that.

6    Q.  And at this point here at 3:47 p.m., did you know the

7    members of the crowd had already breached the Capitol building?

8    A.  Yes.

9            MR. MANNING:  Pull up Government's Exhibit 519.

10   BY MR. MANNING:

11   Q.  Do you recognize this?

12   A.  Yes.

13   Q.  Is this -- what is it?

14   A.  It's a photo.

15   Q.  And does it reflect the same general area of the Capitol

16   that we were looking at previously?

17   A.  Yes.

18   Q.  And does it fairly and accurately represent what it shows?

19   A.  Yes.

20           MR. MANNING:  Move to admit Government's Exhibit 519.

21           THE COURT:  Received.

22       (Government Exhibit 519 received in evidence.)

23   BY MR. MANNING:

24   Q.  How did you end up being in this picture?

25   A.  This is by chance.  These two individuals, Derrick and, I

RUSSELL TAYLOR - DIRECT

1    think, Anthony or Tony, just met us and asked to take a

2    picture.

3    Q.  Did they recognize you?

4    A.  Yes.

5    Q.  From what -- do you know from what they recognized you?

6    A.  We had given a lot of speeches and things like that in

7    California.  So, you know, in some regards, myself and Allen

8    Morton had become, you know, somewhat, you know, aligned with

9    kind of the message around the anti-lockdowns because we were

10   speaking and things.  So we had a little bit of notoriety

11   because of that.  So a lot of people would come and ask to take

12   pictures with us.

13   Q.  Had you ever meet these two individuals in person

14   previously, as far as you know?

15   A.  I don't believe so, no.

16   Q.  Had you communicated with them in any electronic format?

17   A.  Telegram and Facebook, I believe.

18   Q.  Were they part of any of the Telegram groups we were

19   talking about on Friday?

20   A.  Yes.

21   Q.  Do you recall any which ones specifically?

22   A.  The DC Brigade and then the So Cal Patriots Answer the

23   Call.

24   Q.  Do you see there's an individual to your right who's

25   wearing a navy blue sweatshirt and a brown hat?

RUSSELL TAYLOR - DIRECT

1   A.   Yes.

2   Q.   Had you communicated with him directly about anything

3   related to January 6th?

4   A.   Through Telegram, that was the main point of communication.

5   Q.   Do you recall anything specific that you were communicating

6   with him about in particular?

7   A.   Helping with the radio communications support.

8   Q.   And when you say "helping," who was going to help?

9   A.   He was going to set up the channels for everyone to use.

10  Q.   I've drawn a green circle around the front area of the man

11  to your right in the photo wearing a black hat.  Do you

12  recognize what this individual is wearing on his chest?

13  A.   He has a plate carrier.

14  Q.   And at this time, what are you wearing on your chest?

15  A.   Also a plate carrier.

16  Q.   Is the knife exposed on your plate carrier as well at this

17  time?

18  A.   Yes.

19  Q.   When you ran into these individuals, do you recall anyone

20  expressing -- well, was that a point of conversation when you

21  ran into them?

22  A.   About the plate carrier?

23  Q.   Yeah.

24  A.   I don't recall.  So, no.

25  Q.   Were you surprised at all to see this individual in a plate

1  carrier?

2  A.  No.

3       MR. MANNING:  Please bring up Government's

4  Exhibit 325.01.

5       Please play two seconds and pause.

6   (Video played.)

7  BY MR. MANNING:

8  Q.  Do you recognize this?

9  A.  Yes.

10 Q.  What is it?

11 A.  A video.

12 Q.  Do you appear in this video clip?

13 A.  I believe so, yes.

14 Q.  Does the clip fairly and accurately represent the scene

15 from January 6th that it depicts?

16 A.  Yes.

17       MR. MANNING:  I'll move to admit Government's

18 Exhibit 325.01.

19       THE COURT:  Received.

20   (Government Exhibit 325.01 received in evidence.)

21       MR. MANNING:  Could we please mute the volume and just

22 play from the beginning to 13 seconds.

23   (Video played.)

24 BY MR. MANNING:

25 Q.  Do you see yourself on the video screen here?

RUSSELL TAYLOR - DIRECT

1    A.  Yes.

2    Q.  Can you circle yourself, please?

3    A.  (Witness complies.)

4         MR. MANNING:  Let the record reflect that the witness

5    has drawn a circle around an individual in a red hat towards

6    the right side of the screen.

7    BY MR. MANNING:

8    Q.  Do you recall this part of the day on January 6th?

9    A.  Yes.

10   Q.  Can you describe it for the Court?

11   A.  As I mentioned earlier, this was probably more -- the most

12   violent period of the day, that I experienced, between Capitol

13   Police and protesters and the protesters being cleared out of

14   that area very rapidly.

15   Q.  Did you see members of the crowd or protesters getting

16   hurt?

17   A.  Yes.

18   Q.  Did you observe any of them resisting the police's efforts

19   to clear them out?

20   A.  Yes.

21   Q.  Was Mr. Hostetter in the same general area with you at this

22   time?

23   A.  Yes.

24         MR. MANNING:  Please bring up Government's

25   Exhibit 109, which is already in evidence.

RUSSELL TAYLOR - DIRECT

1              Please go to 9:13 on the timer at the bottom and hold

2    it there.

3    BY MR. MANNING:

4    Q.  Do you see the timestamp on the upper left corner?

5    A.  Yes.

6    Q.  Can you read it, please?

7    A.  Wednesday January 6, 2021, 4:39:14 p.m.

8    Q.  Mr. Taylor, are you in the green circle on the right side

9    here?

10   A.  Yes.

11   Q.  Can you draw a circle around yourself?

12   A.  (Witness complies.)

13           MR. MANNING:  Let the record reflect that the witness

14   has drawn a yellow circle around an individual towards the

15   right side of the screen.

16   BY MR. MANNING:

17   Q.  Are you no longer wearing a hat at this point?

18   A.  No.

19   Q.  So you had read the time as 2:39 p.m.  So is this about

20   two hours or so after the moment that you were pepper sprayed

21   down on the inaugural stage that we were discussing on Friday?

22   A.  I'm sorry.  Are you saying at 2:39 that's when that

23   happened?

24   Q.  I'm just asking if 4:39, is that approximately two hours

25   after the moment you were confronted with the police on the

RUSSELL TAYLOR - DIRECT

1    inaugural stage?

2    A.   Probably, yes.

3         MR. MANNING:   Could we play 20 seconds and pause.

4    (Video played.)

5    BY MR. MANNING:

6    Q.   And so is this the same area that you were describing a

7    moment ago that you described as some of the most violent

8    confrontations you saw on January 6th?

9    A.   Yes.

10        MR. MANNING:   Could you bring up Government's

11   Exhibit 514.

12   BY MR. MANNING:

13   Q.   And do you recognize this photo?

14   A.   Yes.

15   Q.   Is this also in the same general area that we were talking

16   about a moment ago?

17   A.   I believe so, yes.

18   Q.   Is it an accurate representation of the moment it depicts?

19   A.   Yes.

20        MR. MANNING:   Move to admit Government's Exhibit 514.

21        THE COURT:   Received.

22   (Government Exhibit 514 received in evidence.)

23        MR. MANNING:   You can take that down.

24        Was that received?

25        THE COURT:   Received.

RUSSELL TAYLOR - DIRECT

1              MR. MANNING:  I'm sorry.  Received.  Thank you.

2    BY MR. MANNING:

3    Q.  After the time period that we were just seeing videos and

4    photos of, did you reman on Capitol grounds for some amount of

5    time?

6    A.  After the Capitol Police cleared us off of the main area

7    next to the building, they pushed everybody out to, I guess,

8    the front of the Capitol, and we remained there for maybe

9    45 minutes to an hour, roughly.

10   Q.  Was it starting to get dark or dark by the time you left

11   the Capitol grounds?

12   A.  Yes.

13             MR. MANNING:  Bring up Government's Exhibit 901.04.

14             Can we zoom in on that message.

15   BY MR. MANNING:

16   Q.  Do you recognize this?

17   A.  Yes.

18   Q.  And what is it?

19   A.  It's a Telegram message.

20   Q.  And is it a fair and accurate representation of a message

21   that you sent?

22   A.  Yes.

23   Q.  Is that Porter RockQwell; is that your Telegram handle?

24   A.  Yes.

25             MR. MANNING:  Move to admit Government's

RUSSELL TAYLOR - DIRECT

```
 1   Exhibit 901.04.
 2            THE COURT:  Received.
 3        (Government Exhibit 901.04 received in evidence.)
 4   BY MR. MANNING:
 5   Q.  Do you see the timestamp on the right side there?
 6   A.  Yes.
 7   Q.  What time does it indicate?
 8   A.  3:18:42 p.m. UTC-8.
 9   Q.  You're from California, sir?
10   A.  Yes.
11   Q.  So is your cell phone programmed generally to West Coast
12   time?
13   A.  When I'm in California, yeah.
14   Q.  Well, this message here -- well, can you read the message,
15   please?
16   A.  "Sorry, guys.  I was pushing through traitors all day
17   today, and we stormed the Capitol.  Freedom was fully
18   demonstrated today."
19   Q.  So when you sent this message, did you send this at
20   essentially the end of the day, after -- withdrawn.
21        Approximately when do you recall sending this?
22   A.  I believe this was sent later in the evening, probably when
23   I got back to my hotel, because we had limited reception
24   throughout the day.
25   Q.  So the 3:18 p.m. here, do you believe that to be 3:18 p.m.
```

RUSSELL TAYLOR - DIRECT

1    California time and 6:18 in Washington, D.C.?

2    A.  Well, I mean, if I'm in Washington -- I was in Washington.

3    My phone should have changed to that time.  So --

4         MS. KENNEY:  Your Honor, I'm sorry, I'm going to

5    object.  The timestamp on the message actually speaks for

6    itself.  It clearly states it's UTC Time.

7         MR. MANNING:  Your Honor, I'll withdraw the question,

8    but what it states is "UTC minus 8," and we can establish what

9    that is separately.  So we can move on.

10        You can bring that down.

11        THE COURT:  Your recollection is you sent it when you

12   got back to the hotel?

13        THE WITNESS:  That's correct, Your Honor.  I believe

14   so.

15   BY MR. MANNING:

16   Q.  Did you meet up with Mr. Hostetter the following day, on

17   January 7th?

18   A.  Yes.

19        MR. MANNING:  Bring up Government's Exhibit 907.26,

20   which is already in evidence.

21        Zoom in on these three messages.

22   BY MR. MANNING:

23   Q.  What's the date of this exchange?

24   A.  January 7th, 2021.

25   Q.  Can you read Mr. Hostetter's message in the lower right,

1  the bottom message?

2  A.  "Can you swing by at 9:00?"

3       MR. MANNING:  Go to the next page, please.

4       Can we zoom in on the top two messages.

5  BY MR. MANNING:

6  Q.  Can you read your response?

7  A.  "Yeah.  Do I need my backpack or just to hang?"

8  Q.  And Mr. Hostetter writes in reply below:  Just to talk.

9  Been watching media and thinking.  Now have concerns.

10      Did you meet up to talk with Mr. Hostetter that morning?

11  A.  Yes.

12  Q.  Can you describe the discussion?

13  A.  He thought that, basically, we were going to have the FBI

14  come to the hotel and arrest us.

15       MR. MANNING:  Bring up Government's Exhibit 906.  It's

16  already in evidence.

17       Zoom in on the top two messages there.

18  BY MR. MANNING:

19  Q.  To go back to this exhibit that we saw earlier, what

20  communications platform is this?

21  A.  This would be Telegram.  I'm sorry, this is actually --

22  yeah, this is Telegram.

23       MR. MANNING:  Can we scroll down to the bottom of

24  Page 2 and blow out the message in the green box on the bottom

25  there.

1  BY MR. MANNING:

2  Q.  So what's the date of this Telegram message?

3  A.  1/10/2021.

4  Q.  By January 10th, 2021, where were you?

5  A.  I had returned on January 7th via flight.  So I was already

6  home in California.

7  Q.  Mr. Hostetter writes here:  Russ, I'm going to drop off

8  your camping stuff tonight at 8:00.  What's your address?

9      Had you gone camping with Mr. Hostetter in the days before

10 January 10th?

11 A.  No.

12 Q.  What did you understand he meant by your camping stuff?

13 A.  My backpack and all my gear.

14 Q.  Before January 6th, when Mr. Hostetter wanted to

15 communicate with you about meeting up, did he usually use

16 Telegram or did he use regular text messages?

17 A.  Predominantly text message.

18 Q.  From your communications with him at the time, did you have

19 any understanding of why he was using Telegram now?

20 A.  I think because at this point, we were more suspect of

21 monitoring of our devices.

22 Q.  Monitoring by who?

23 A.  By the federal government.

24 Q.  Did you ultimately meet up with Mr. Hostetter to retrieve

25 your gear?

RUSSELL TAYLOR - DIRECT

1    A.  Yes.

2    Q.  And did you receive back everything you had given with him

3    before the trip?

4    A.  Yes.

5    Q.  All the weapons?

6    A.  Yes.

7            MR. MANNING:  You can bring this down.

8    BY MR. MANNING:

9    Q.  We're not going to go into great detail about the

10   following, but at some point, did Mr. Hostetter's wife receive

11   negative attention related to her being present in Washington,

12   D.C. on January 6th?

13           MS. KENNEY:  Objection.  I don't understand the

14   relevance of this questioning in regards to my client's wife.

15   She's not charged with anything.

16           THE COURT:  Overruled.

17   A.  I'm sorry, what was the question?

18   Q.  At some point, did Mr. Hostetter's wife receive negative

19   attention related to her being present in Washington, D.C. on

20   January 6th?

21   A.  Yes.

22   Q.  Did you try the help her?

23   A.  Yes.

24   Q.  How?

25   A.  Sending out social media messages in favor of her and in

RUSSELL TAYLOR - DIRECT

1    support of her.

2              MR. MANNING:  Can we bring up Government's

3    Exhibit 907.27, which is already in evidence.

4              Zoom in on those two messages.

5    BY MR. MANNING:

6    Q.  What's the date of this exchange?

7    A.  1/13/2021.

8    Q.  In the first two sentences, Mr. Hostetter writes:  Hi,

9    Russ.  Thanks for the nice post about -- making reference to

10   his wife.

11       And then he writes:  Can you edit it, though?

12       He then writes:  It makes it sound like she was possibly

13   with us on the Capitol plaza.  It should read, quote:  As we

14   approached with the crowd, saw it was already total chaos,

15   turned around and immediately returned to her hotel room.  Not

16   only did she not enter the building, she never set foot on the

17   exterior of the Capitol grounds, quote.

18       Did you make the change that was requested?

19   A.  I believe so, yes.

20             MR. MANNING:  Can we bring up Government's

21   Exhibit 908.21.  It's already in evidence.

22   BY MR. MANNING:

23   Q.  Do you see the date of this exchange?

24   A.  1/20/21.

25   Q.  Mr. Hostetter writes in the first two sentences:  He

RUSSELL TAYLOR - DIRECT

1   basically told them what's coming before getting on AF1.

2   Watching inauguration on Breitbart.  So bizarre.

3       Do you know what that was a reference to, what was being

4   watched?

5   A.  The inauguration.

6   Q.  The inauguration of who?

7   A.  Joe Biden.

8   Q.  Were you following it as well?

9   A.  Yes.

10          MR. MANNING:  Will you scroll down to the second page,

11  blow up the last two messages.

12  BY MR. MANNING:

13  Q.  What's the date of this message?

14  A.  1/20/2021.

15  Q.  Can you write what you wrote?

16  A.  Can I write?

17  Q.  Withdrawn.

18      Can you read what you wrote?

19  A.  Yes:  Well, the deal is done.

20  Q.  Can you read Mr. Hostetter's response?

21  A.  The crime complete.

22          MR. MANNING:  Let's take that down.

23  BY MR. MANNING:

24  Q.  Mr. Taylor, would you have preferred to see a different

25  inauguration in January of 2021?

1   A.  Yes.

2   Q.  Is it fair to say that you don't have any problem

3   discussing your political views?

4   A.  I don't have any problem?

5   Q.  Yeah.

6   A.  No, I don't have a problem.

7   Q.  But has it been difficult for you to sit in court these

8   past few days and talk about everything you did on January 6th?

9   A.  Yes.

10  Q.  How come?

11  A.  Ultimately, you know, I had -- I definitely saw problems

12  with the fraudulent election, what I believed to be issues that

13  the president had raised.  And when he indicated that we should

14  come to D.C., I came, and I unfortunately got caught up in the

15  moment.

16      And we -- myself, Alan, others, we pushed through an area

17  that we shouldn't have been in, and we got to the Capitol

18  grounds and we were determined to get up to the Capitol.

19          MS. KENNEY:  Objection.  This calls for a narrative at

20  this point.

21          THE COURT:  Overruled.

22          THE WITNESS:  And when we got to the first police

23  line, that's where I should have made the decision to turn

24  around.  But we decided to get around it, and we shouldn't

25  have.  We got to a point where it was pushing past and making

RUSSELL TAYLOR - CROSS

1   decisions that weren't appropriate.  And I love my country, and

2   I came to stand up for my country.  And the president said to

3   be here.  I made decisions that weren't appropriate to that.

4              MR. MANNING:  Nothing further.  Thank you.

5              THE COURT:  All right.  Mr. Hostetter, you may

6   cross-examine.

7                           CROSS-EXAMINATION

8   BY MR. HOSTETTER:

9   Q.  Good morning, Mr. Taylor.

10  A.  Good morning.

11  Q.  Approximately two to three times between January 6, 2021,

12  and the time that we were indicted, do you recall, actually,

13  picking me up off the ground, giving me big bear hugs and

14  telling me that those bear hugs were from your wife to say

15  thank you from keeping you from going inside the Capitol?

16  A.  You're asking me if I gave you hugs from my wife to not go

17  in the Capitol?

18  Q.  Yes.

19  A.  Possibly.  I mean, yes.

20  Q.  Okay.  Did you happen to be standing around me at the time

21  your parents approached me at your 40th birthday party on

22  May 22nd, 2021, and shook my hand?  I think your mother gave me

23  a hug and told me the exact same thing.  They thanked me from

24  keeping you from going inside the Capitol.  Are you aware of

25  that?  Were you standing there when that happened?

RUSSELL TAYLOR - CROSS

1    A.  I believe so, yes.

2    Q.  At that same birthday party, two female comedians showed

3    up.  It was an excellent birthday party.  Lots of people there.

4    There was entertainment.  And two female comedians showed up at

5    that party.  It was kind of surprising to me.  They were

6    wearing FBI raid jackets, and then they spent about an hour

7    mocking and roasting the FBI.  And this was about three weeks

8    before we were indicted.

9        Was that your idea?

10   A.  It was their idea.  It was a surprise, actually.

11   Q.  Whose idea was it?

12   A.  The two females.  They're neighbors of mine.

13   Q.  Oh, okay.  So that was a surprise to you?

14   A.  Yes.

15   Q.  I got it.  Okay.

16       I want to start with the issue of the hatchets.

17   A.  Okay.

18   Q.  When I read your Statement of Offense, initially, it was a

19   pretty definitive statement that you saw -- you saw a hatchet

20   in my backpack; is that correct?

21   A.  I believe I said I indicated what I saw was the actual

22   handle of the hatchet.

23   Q.  I would disagree with what was in your Statement of

24   Offense, the first written statement.  It stated definitively

25   that you saw a hatchet in my backpack.

RUSSELL TAYLOR - CROSS

1  A.  I saw the hatchet handle in your backpack, yes.

2  Q.  Okay.  When I submitted my reply to one of the Government's

3  motions, I laid out exactly what I recall happening as it

4  related to my hatchet that you had given me, and it had to do

5  with it being stolen out of my truck before I ever went to

6  Washington, D.C. and that I did not have a hatchet with me.

7       Did you happen to read that motion that I filed?

8  A.  I believe so, yes.

9  Q.  And in that motion, I talked about -- I think it was the

10  same meeting that the prosecution just brought up in which I

11  asked you and Morton -- Morton, that man who's rarely mentioned

12  in this indictment, I asked you both to come to my room because

13  I had some concerns.

14      And I recall a couple of things that stick out in my mind,

15  and one of them I'm going to get to in a minute.  And the other

16  one was that that is the first time that I told you -- because

17  I think you brought the hatchet up when you came in the room.

18  And I had no intention of ever telling you that the hatchet had

19  been stolen because I felt bad about that.  I thought it was a

20  very nice gift.  It was a beautiful hatchet.  And I had left it

21  in --

22          MR. MANNING:  Objection, Your Honor.  The defendant

23  should be permitted to cross-examine, but he's straying into

24  his own testimony here.

25          THE COURT:  Just raise it in the form of a question.

RUSSELL TAYLOR - CROSS

1          MR. HOSTETTER:  Okay.

2   BY MR. HOSTETTER:

3   Q.  Do you recall me -- when the hatchet was brought up, do you

4   recall me telling you, eventually, that the hatchet had been

5   stolen, that I felt bad about it and that I had reordered a

6   brand new hatchet?

7   A.  I don't recall that, no.

8   Q.  Do you recall, sometime during that conversation or shortly

9   afterwards, going back to your room, coming back to my room

10  with one of your hatchets and saying, hey, since your hatchet

11  was stolen, take this one as a souvenir since it was here in

12  Washington, D.C.?  Do you recall that?

13  A.  I don't recall that, no.

14  Q.  Okay.

15          You entered into a plea agreement, and I've read the

16  Statement of Offense.  I've read the plea agreement.  And I am

17  curious, if you were to change your story now and admit to what

18  I just said, you would be in breach of your plea agreement,

19  wouldn't you?

20  A.  Sorry, what is your question?  If I changed my story?  What

21  part of the story?

22  Q.  The part about seeing a hatchet in my backpack.

23  A.  Yes.

24  Q.  And from that initial Statement of Offense that was written

25  out by -- I believe by the Government that you simply signed

RUSSELL TAYLOR - CROSS

```
1    and agreed to, it also states in there as part of your
2    conditions -- there's a cooperation condition; it's on Page 6,
3    Section 10.  And I'm wondering -- it has to do with you
4    agreeing to engage in covert law enforcement activities with
5    the federal government, I suppose, from this point forward in
6    your life.
7        Is that your same understanding, that if the FBI were to
8    come to you tomorrow and say, hey, Russ, we've got a situation
9    here.  We need your help.  We want you to wear a wire and start
10   monitoring something we want monitored, are you required to do
11   that under the plea agreement?
12   A.  I believe so, yes.
13   Q.  Is there an end date to that, or does this require you to
14   be available as an FBI informant for the rest of your life?
15   A.  I believe it's until I'm done with my sentence.  I'm
16   unsure.
17   Q.  Did you ever ask them if this is a requirement for every
18   person in this country that pleads guilty to a federal crime,
19   or is it related to you specifically?
20   A.  I spoke to my lawyer, and he said that's a standard for
21   all --
22            MR. MANNING:  Objection, Your Honor.  I want to make
23   sure we don't elicit attorney/client privilege.
24            THE COURT:  Overruled.
25   BY MR. HOSTETTER:
```

RUSSELL TAYLOR - CROSS

```
 1   Q.  Your testimony --
 2              MR. HOSTETTER:  I'm sorry, did you --
 3              THE COURT:  I said overruled.
 4              MR. HOSTETTER:  Okay.
 5   BY MR. HOSTETTER:
 6   Q.  Your testimony about seeing what you thought was a top of
 7   the handle of my hatchet differs considerably from the
 8   Statement of Offense.  So I ask you, are you just plain not
 9   sure what you saw in my backpack, or do you believe you saw the
10   handle of a hatchet, or are you just not sure?
11   A.  I believe I saw the handle of the hatchet.
12   Q.  Okay.
13   A.  It was a brief interaction.  So, I mean, seconds.
14   Q.  I think the Government brought forth from you testimony
15   regarding intimidation of Congress, I believe it was, that --
16   not necessarily that your intent was to go there to disrupt a
17   proceeding but to intimidate Congress, I guess, through the
18   protest.  Is that what you testified to?
19   A.  Yes.
20   Q.  Might a member of Congress or any elected official anywhere
21   in the world, for that matter, if they are listening to a
22   million people standing outside their building as they're
23   debating an issue, and that crowd of a million people or
24   hundreds of thousands of people are completely peaceful but
25   very, very boisterous and loud, might that be intimidating to
```

1  the people inside?

2  A.  Sorry, what is your question?  If they were inside, if they

3  saw people outside, would they be intimidated?

4  Q.  Or even if they heard -- I'm sure you recall the amount of

5  noise and energy that was coming out of the crowd that day.

6  A.  Yes.

7  Q.  And how it has an affect on you as far as what you see,

8  what you hear, things you're paying attention to.  It's kind of

9  like loud music can move you inside.

10     Is it possible that an elected official anywhere in the

11  world might be, quote, intimidated, unquote, by simply seeing

12  and hearing a crowd of that magnitude all lobbying in one

13  direction for one candidate, for example?  Might they scratch

14  their head and talk to each other and say, wow, this is kind of

15  intimidating?

16  A.  Yes.

17  Q.  Might we even argue -- might you argue that that might be

18  the purpose of almost any protest?  Is to create some sense of:

19  I want to move them into my camp.  Not through physical

20  intimidation or threatening behavior, but simply, you want

21  enough people and enough noise to make them think that this is

22  the right side of the issue; this is where the people really

23  are in this country, is on this side, so you make a lot of

24  noise?

25  A.  What is -- sorry, what is your question?

RUSSELL TAYLOR - CROSS

1    Q.  Would you agree with that, that's a reasonable way to view
2    the word "intimidation" in the context the prosecution used it?
3    A.  I mean, you're saying if people were out there peacefully
4    being loud?
5    Q.  Yes.
6    A.  I don't know if I would use the word intimidate.  I would
7    say they would be "influenced."
8    Q.  Okay.  That's fair enough.
9            MR. HOSTETTER:  Could I ask the Government to bring up
10   Exhibit 11.01, and I believe Page 52 of that exhibit, please.
11           And I can just touch the screen and enlarge it?
12           MR. MANNING:  We can enlarge it for you.  What are you
13   trying to enlarge?
14           MR. HOSTETTER:  I'm trying to enlarge the photograph
15   there of the Instagram post right there.  Thank you.
16   BY MR. HOSTETTER:
17   Q.  Do you have that available to you to see?
18   A.  Yes.
19   Q.  Regarding the meeting that we had in my room the next
20   morning that the Government referred to in the text messages.
21   A.  Yes.
22   Q.  When you came to my room -- I believe this is one of the
23   first fliers that came out from the FBI after January 6th,
24   because I remember seeing that photograph and thinking it was
25   you the first time that I saw it.

RUSSELL TAYLOR - CROSS

1       And do you remember me saying that to you, pointing to that
2   particular picture and asking you if that was you and asked you
3   if you had gone inside the Capitol?
4   A.  In the hotel room?
5   Q.  Yes.
6   A.  I'm not sure if this came out -- I'm not sure the date of
7   this post or when that was.  Do you have the date for it?
8   Q.  No, it's not on that.  But my question isn't really about
9   the date of the post.  It's about whether you recall me
10  pointing out that picture of that man that looks like you and
11  asking you if it was you that following morning.
12  A.  I don't recall that.  As I recall, this FBI list came out a
13  few days later after we had returned -- or after I had returned
14  home.
15  Q.  There were several people -- there were a lot of people
16  that didn't like us in Orange County, throughout the state,
17  eventually, and across the country now.  And there was
18  something that prompted you to create this Instagram post.  Can
19  you tell the Court what that was that prompted you to create
20  this post?
21  A.  Yes.  There were people that were online using the term
22  "doxxing" or "cancel culture," however you want to refer to it,
23  and they were putting up and indicating that this individual
24  was me, and it was not.
25  Q.  In your reply here on Instagram -- let me ask this question

RUSSELL TAYLOR - CROSS

1    first.  Did you have a physical description somewhere of this
2    man?
3    A.  Did I have a physical description of him?
4    Q.  Did you know his height, his weight?
5    A.  No.
6    Q.  In your post here, you describe him as Hispanic with a
7    beard, 3 inches shorter, 50 pounds, and you said:  This dude is
8    on the FBI list, and I am not.  I never set foot inside the
9    Capitol.  If you're an FBI agent reading this, please do your
10   homework before knocking on my door.
11       And I'm curious where you came up with that physical
12   description, including the part about the beard.
13   A.  By looking at the picture, and it looks like he has a small
14   beard under his chin.
15   Q.  As we sit here in court today, are you stating that is not
16   you that went inside the Capitol building?
17   A.  That is not me that went inside the Capitol building, yes.
18   Q.  Did you at any time that day go inside the Capitol
19   building, and I was not aware of it?
20   A.  No.
21   Q.  Did you ever use more than one alias in a chat room?
22   A.  No.
23   Q.  In some of the pictures that the Government show --
24   A.  Sorry.  If I can refer -- are you referring to Telegram
25   versus like the Porter RockQwell and my own personal name?

RUSSELL TAYLOR - CROSS

1  Then, yes.  I had my personal name and the Porter RockQwell.

2  Q.  Referring to Russell Taylor?

3  A.  Yeah, as a different alias, I guess.

4  Q.  Okay.  And you used, I believe, Porter Porter on one

5  occasion?

6  A.  No, I don't believe so.  That may have been just how it's

7  worded on Telegram, but my user handle was Porter RockQwell.

8  Q.  Okay.  Regarding the personal protective gear that you

9  brought that day that ended up around the Capitol, was it ever

10  your intention to do harm to police officers?

11  A.  No.

12  Q.  Was it ever your intention to do harm to anyone inside the

13  Capitol?

14  A.  No.

15  Q.  What was the purpose of having personal protective gear?

16  A.  For self-defense in the event that we ran into Antifa that

17  we were expecting to see.

18  Q.  Had we discussed that there was a possibility there might

19  be a massive counter-protest that would escalate beyond police

20  ability to control it?

21  A.  Yes.

22  Q.  In looking at some of the photographs in the Government's

23  exhibit list, I noticed there was a large number of women in

24  the group.  Did you feel obligated to want to protect the

25  women, especially, in that group?

RUSSELL TAYLOR - CROSS

1    A.  Yes.

2    Q.  If we would have observed Capitol Police officers being

3    attacked by BLM and Antifa around the Capitol that day, and

4    let's say three or four of them got dragged away from their

5    platoon and were being pummeled by BLM and Antifa, would you

6    have risked your own safety and intervened to protect those

7    police officers?

8    A.  It's hard to say.  We weren't in that situation, but it's

9    possible.

10    Q.  Were we throwing Back The Blue rallies just a few months

11    before January 6th?

12    A.  Yes.

13    Q.  Do you generally have a favorable view of the police?

14    A.  Yes.

15    Q.  In one of your texts, I believe it was a text message,

16    there was a reference to you being smashed in the back with

17    police shields.  Am I correct?

18    A.  I believe so, yes.

19    Q.  And I mentioned in one of my filings that I had a memory of

20    looking over my shoulder and watching you being smashed in the

21    back with a police shield, and it went on a few times.  Was my

22    description fairly accurate of watching you get smashed

23    repeatedly, pushed forward until you finally just walked away?

24    A.  I would need to see your exact description, but I do recall

25    I had my back to the police line and I was being pushed by

RUSSELL TAYLOR - CROSS

1   their shields, yes.

2   Q.  What was going through your mind at the time?  Why were you

3   being difficult with the officers at that time?

4   A.  At that time, there was nowhere really to go.  So we were

5   all crammed around the walkway off the West Plaza, and there

6   was nowhere really to go, and they were pushing us and clearing

7   us out from that cavity.

8   Q.  Prior to the police actually moving forward and moving us

9   off the Capitol plaza, do you remember me telling people in the

10  general area that we were standing in that I was noticing that

11  more and more police officers were showing up and that at some

12  point, they were likely going to move us in that direction,

13  away from the Capitol, and to just go with the flow, follow

14  their directions and move away?

15  A.  I believe so, yes.

16  Q.  There's a reference to Siaka Massaquoi greeting us up on

17  the Capitol.  This is in the Government's documents in

18  discovery that he was there.  Do you remember meeting Siaka

19  that day on the Plaza of the Capitol?

20  A.  Yes.

21  Q.  Have you spoken to Siaka Massaquoi since January 6th?

22  A.  Yes.

23  Q.  How recently have you spoken to him?

24  A.  Prior to my indictment on June 27th.

25  Q.  I'm sorry, prior to your what?

RUSSELL TAYLOR - CROSS

1    A.  Prior to my indictment on June 27th.  Per the Court order,

2    I'm not allowed to talk to anybody that was involved in

3    January 6th.  So I haven't.

4    Q.  Is that January 27th --

5    A.  I'm sorry, 2021 -- June 27th.

6    Q.  June 27, 2021.  And you haven't spoken to Siaka since then?

7    A.  I don't have the exact date of our indictment, but whenever

8    the indictment was, on that date, I was ordered by the Court to

9    not have any communication with anyone that was here in D.C.

10   Q.  How did you come to meet and know Siaka Massaquoi?

11   A.  He came to one of our events in San Clemente and we met him

12   and some other individuals there.

13   Q.  Is that -- so they came to a San Clemente event.  You met

14   him there.  And is that when the discussions ended up causing

15   us to go back and forth to Beverly hills and him to come out --

16   we kind of went back and forth for a while?

17   A.  I think we went out there twice, yes.

18   Q.  And we would support their events, and they would support

19   ours.  Siaka was a quite gifted speaker?

20   A.  Yes.

21   Q.  And he was up there on the plaza.  He's referred to in our

22   indictment.

23       Do you have any knowledge of whether or not Siaka Massaquoi

24   has ever been indicted for being up there in that Capitol

25   Plaza?

RUSSELL TAYLOR - CROSS

1    A.  I do not know if he has been indicted.

2    Q.  Are you aware that he ran for a California State Assembly

3    seat in 2022?

4    A.  I'm not aware of that, no.

5    Q.  Are you aware that he's a literal actor?

6    A.  Yes.  I believe that was why he was living in Los Angeles,

7    to pursue his acting career.

8    Q.  I was unaware that he was in Lethal Weapon.  He starred in

9    the TV series S.W.A.T. in 1990.  I didn't know that until

10   recently.

11       He was never indicted.  He's an actor.  That's just a point

12   of interest.

13           MR. MANNING:  Your Honor, objection to points of

14   interest.

15           MR. HOSTETTER:  Your business -- I'm sorry.  Have you

16   ruled, Your Honor?

17           THE COURT:  Sustained, I guess.

18           MR. HOSTETTER:  Okay.  No hard feelings.

19   BY MR. HOSTETTER:

20   Q.  Business, Fusion of Ideas.  When did you incorporate or

21   adopt that name, Fusion of Ideas?  Do you remember the year

22   that you did that?

23   A.  I'd have to look at the records.  I don't have it in front

24   of me.

25   Q.  If I said 2003, would that sound in the ballpark?

RUSSELL TAYLOR - CROSS

1  A.  That was, I believe, in the State of Utah, yes.

2  Q.  What kind of a business were you running at the time you

3  picked Fusion of Ideas in 2003 in Utah?

4  A.  I'm sorry, in 2003, it was a publication magazine at

5  Brigham Young University.

6  Q.  How many different types of businesses have you operated

7  under the name Fusion of Ideas?

8  A.   Three.

9  Q.   Three businesses?

10  A.  They've evolved, yeah.

11  Q.  Just as a coincidental question related to a coincidence,

12  did it have anything to do at all --

13        THE COURT:  That sounds bad from the beginning.

14        MR. HOSTETTER:  As soon as it came out of my mouth, I

15  thought the same thing, Your Honor.  Let me rephrase that.

16        THE COURT:  Try again.

17  BY MR. HOSTETTER:

18  Q.  Did the name Fusion of Ideas in 2003 have anything at all

19  to do with the fact that FBI fusion centers were going up all

20  around the country at the exact same time?

21  A.  I actually started the business in Palmdale, California,

22  and utilizing that name originally, I think, in 2001, and it

23  had absolutely nothing to do with the FBI at all.

24  Q.  Do you remember what you told me about -- your business was

25  very successful.  You had a big building.  We used it for lots

RUSSELL TAYLOR - CROSS

1   of events.  And you are a very successful man in that business.

2       Do you remember what you told me your beginnings were in

3   that business, leading to having that big office that we

4   occasionally used?

5   A.  Are you talking about from when I very first started the

6   business?  I'm not sure the question.

7   Q.  No.  The kiosk.

8   A.  Okay.  Yeah.  I had a kiosk at the Mission Viejo mall and

9   in the Irvine Spectrum mall.  We were selling protective films

10  for phones.

11  Q.  For iPads and phones?

12  A.  Eventually iPads, yes.

13          MR. HOSTETTER:  Can I see -- I believe it's

14  Exhibit 513, please.  It's a photograph.

15  BY MR. HOSTETTER:

16  Q.  When the Government showed this --

17  A.  I don't believe I've seen this picture yet.

18  Q.  You haven't seen this picture?  So you don't even know if

19  you're located in this picture?

20  A.  I'm sorry, yes, I have seen this one.

21  Q.  Do you see yourself in it?

22  A.  Yes.

23  Q.  Where do you see yourself?

24  A.  Do you want me to circle it?

25  Q.  Please.

RUSSELL TAYLOR - CROSS

1  A.  (Witness complies.)

2  Q.  That's you wearing a gas mask, correct?

3  A.  That's correct.

4  Q.  I notice that you're standing in front of the police and a

5  lot of protesters around you.  Do you see me anywhere in this

6  photograph?

7      I just didn't see myself in it.  You may find me in there,

8  but I don't see myself in it.

9  A.  How do you clear the drawing?

10 Q.  You see it?

11 A.  Can you clear the drawing?

12 Q.  Oh, the circle you're talking about?

13 A.  I got it.  I took care of it.

14     I'm sorry.  You're asking if you're in this picture?

15 Q.  If you see me in this photo, yes.

16 A.  I don't see you immediately, no.

17 Q.  My question for you is:  There's really nobody that looks

18 like they're in distress right there, being gassed or pepper

19 sprayed, and I'm curious why you're wearing a gas mask at that

20 time?

21 A.  Because I had personally been sprayed in the face with

22 pepper spray, and then there had been gas canisters that had

23 been going off all throughout the day.

24 Q.  So this was kind of a just-in-case moment?

25 A.  I believe so, yes.

RUSSELL TAYLOR - CROSS

1          MR. HOSTETTER:  Can I ask you to pull up Exhibit 403
2    and possibly 404.  But let's start with 403, first.  I think it
3    should be a video.
4          And if I ask you to play this through, how long is it?
5          MS. SHEFF:  25 seconds.
6          MR. HOSTETTER:  Yes, please play the whole thing
7    through.
8      (Video played.)
9          MR. HOSTETTER:  Let's play -- 404?  Yes, 404.
10     (Video played.)
11         MR. HOSTETTER:  Okay.  Stop right there.  Thank you.
12   Didn't mean to be short with you.
13   BY MR. HOSTETTER:
14   Q.  Watching these videos, it made me recall something that you
15   showed me from one of your videos.  Are these videos from you?
16   A.  I believe so, yes.
17   Q.  There was a very interesting moment around this time, and I
18   saw one.  It looked like a Capitol Police officer maybe wearing
19   some sort of a vest that was different than the others.  But in
20   a video similar to this, unless this one has been edited, there
21   was somebody who appeared to be crawling from the protesters'
22   side of the line, kind of crawling right through the
23   protesters, through the police officers and was unmolested all
24   the way through, and then just kind of got up and slowly walked
25   beyond them.  Do you recall that?

RUSSELL TAYLOR - CROSS

1    A.   Yeah, I think it's shown here in the video.

2    Q.   You think it's shown in the video?

3    A.   I think so, yes.

4    Q.   Okay.

5    A.   Or a portion of it.

6    Q.   Was the person wearing markings?  Do you know who that

7    person was?  I remember we were both kind of looking at it

8    thinking:  That's so strange.  This guy kind of seemed to crawl

9    through the line and nobody knew who he was, but he was wearing

10   some sort of tactical gear.

11   A.   Do I know who he is?

12   Q.   Did you see him wearing any markings?  Or do you know now

13   who he is or who he was working for?

14   A.   I don't know who he is, no.

15   Q.   Okay.

16        MR. HOSTETTER:  Can you pull up Exhibit 313, please.

17   And then go to the 16-minute mark in the timestamp.  And then

18   we'll play for a minute or two.  I'll let you know when to

19   stop.

20      (Video played.)

21        MR. HOSTETTER:  Okay.  You can stop it.  Thank you.

22   BY MR. HOSTETTER:

23   Q.   We both love the cops, both of us.  We were, again,

24   ready -- at least I was ready to protect them that day, if

25   necessary.  And there were instances like this.

RUSSELL TAYLOR - CROSS

1    Do you recall seeing this that day, when it happened live?

2    A.  Yes.

3    Q.  I do, too, and was a little bit shocked at what appears to

4    be an obvious case of excessive force, and I understand the

5    energy was flowing in both directions and they were tense

6    and --

7            MR. MANNING:  Objection, Your Honor.  The defendant is

8    testifying.

9            THE COURT:  Sustained.

10           Just ask questions now.

11   BY MR. HOSTETTER:

12   Q.  Do you recall -- I believe it was the evening of the 5th.

13   It might have been the 4th.  But you had, apparently, somehow

14   managed to set up a meeting with Enrique Tarrio, the Proud Boys

15   founder.  Does that sound familiar?

16   A.  I believe that would have been on the 4th.

17   Q.  The evening of the 4th?

18   A.  Yes.

19   Q.  How did you come to become involved in that meeting?  Did

20   you know Mr. Tarrio?

21   A.  I did not know him, no.

22   Q.  Did you know at the time that he is a self-admitted FBI

23   informant?

24   A.  I did not know that, no.

25   Q.  You invited me to come with you to meet him; is that

1  correct?

2  A.  Yes.

3  Q.  That meeting ended up being canceled, correct?

4  A.  Yes.

5  Q.  Do you remember why?

6  A.  I believe he got arrested at the airport for something.

7  Q.  Yes.  He was removed, suddenly, from the events of

8  January 6th.

9      And prior to that, you never had any contact with him?

10 A.  He had joined the Telegram group, I believe just a few days

11 prior to that.  And then I had a private message with him,

12 probably two or three messages, trying to set up a meeting that

13 we were going to attend.

14 Q.  This is another Beverly Hills connection somewhat related

15 to Siaka and the Beverly Hills crew that we got to know through

16 the pro-Trump rallies that we were throwing.  There was a woman

17 who became kind of an iconic figure, another one of those --

18 kind of a Q Shaman person, right?  She was an iconic figure

19 that day, and there was a video of her playing over and over

20 and over again.

21     And it was a woman from Beverly hills who was standing at

22 the doorway entrance to the Capitol.  She was elevated far

23 above the crowd.  She had mascara running down her face, and

24 she was yelling for big, strong patriots to come to the door

25 and all kinds of -- I think she even requested weapons to be

1    brought.  She looked to me like she was an actress, but I don't

2    know.  I believe her name is Gina Bisignano.  Are you familiar

3    with her?

4    A.  She had joined the California Patriots Answer The Call

5    Telegram group, yes.

6    Q.  Did you know her before January 6th or when she joined that

7    group?

8    A.  I believe that she had helped with the one of the

9    curfew-breakers events in Santa Monica several months prior to

10   that.  I think just one event she did.

11   Q.  There were several text messages between you two that night

12   after January 6th.  I don't know.  Do you recall her and you

13   texting later that evening?

14   A.  I don't, but if you have it, I'm happy to look at it.

15   Q.  Okay.  I'm just curious if you recall the texting.

16       I want to talk to you about that picture of the Three

17   Percenters that I took of you and Derrick, and is it Anthony,

18   Tony?

19   A.  Yeah.

20   Q.  Prior to them coming up -- because I always had this

21   question in my mind, how they got connected to us.  So prior to

22   them coming up to you to tell you that they knew who we were

23   and they appreciated what we were doing, did you have any idea

24   who they were?

25   A.  Apart from the messages that they had sent to the group

RUSSELL TAYLOR - CROSS

1    indicating -- introducing themselves, no.

2    Q.  So if they would have just walked right on by us, you would

3    have had no idea who they were?

4    A.  That's correct.

5    Q.  And other than them coming up -- and if I heard you

6    correctly, they asked for a picture to be taken, correct?

7    A.  I believe so, yes.

8    Q.  Then I ended up taking that picture of you and them at

9    their request?

10   A.  Yes, I believe so.

11          MR. HOSTETTER:  Okay.  That's all I have, Your Honor.

12   Thank you.

13          MS. KENNEY:  Wait, Your Honor.  Can I consult with my

14   client first?

15          THE COURT:  Yes.

16          (Discussion off the record.)

17          MR. HOSTETTER:  Can you bring up Exhibit 905, please?

18          Is this the extent of 905?  I want to start -- how

19   many pages?

20          MS. SHEFF:  Fourteen.

21          MR. HOSTETTER:  Fourteen pages?

22          MS. SHEFF:  Yes.

23          MR. HOSTETTER:  Can you go to Page 2, please.

24   BY MR. HOSTETTER:

25   Q.  I believe, Mr. Taylor, this is known as the California

RUSSELL TAYLOR - CROSS

1   Patriots Special Ops Group.  Does that sound familiar?

2   A.  Yes.

3   Q.  Did you create that?

4   A.  I believe so, yes.

5   Q.  Was I ever a part of that group?

6   A.  I'm not sure.  I would have to look at the user names.

7   Q.  Okay.  I don't believe I was but...

8       So your messages -- you're Porter RockQwell.  Your messages

9   are in green.  I would just like you to go through the green

10  messages.  Please read them clearly, one message at a time.

11  A.  Okay.  Are you able to zoom in?

12      This group is exclusive to patriots that are ready to

13  function as operators of destruction against tyranny.  We are

14  at war.  Similar to the patriots that founded America, we must

15  now take action specifically, disrupt the tyranny of the

16  democrat dictators that are attempting to rule from on high

17  with tyranny.  This group will function as silent disruptors to

18  remove authority.  This will be nonviolent but will be civil

19  disobedience.  This group does not seek attention and only

20  asserts specific, precise, strategic action.  The point is not

21  to be arrested.  So all missions will be highly strategic and

22  specific to execution.

23  Q.  Thank you.

24  A.  There are a few rules.  There is no California patriot spec

25  ops.  Zero exposure on social media or any public-facing

1    forums.  All comms are contained within this group and nowhere

2    else.  All individual names are never referred to outside of

3    this group.

4        Recruiting is exclusive to known persons.  All individuals

5    that are brought in must be known by you and you personally

6    vouch for them.  If they, expletive, up, they get cut out and

7    so do you.  They must be confirmed as operational and then

8    approved by leadership before they are admitted.

9        All recruits must perform specific operations prior to

10   being admitted to spec ops, with proof.  Details will be

11   provided separately.  All operators must meet in person.  When

12   required to do so, all operations must be approved by

13   leadership.

14       It looks like the signs are being used again.  We may need

15   to do some late-night runs.  Once again, I'm not sure where

16   they are located.

17       Do you want me to read the whole web address?

18   Q.  The web, no.

19   A.  That's what I did to the K-1 unit.  We need to remove the

20   cables, a large section, though, so they can't just quickly fix

21   it.  Snip at the top and the bottom section, remove a good

22   2 inches, and then it will be taken off.

23       We need to know locations of each unit and we can probably

24   hit them all in one night.

25       I wonder if any of the windows at Facebook offices need to

RUSSELL TAYLOR - CROSS

1  be fact checked by some rocks.

2      If you see the image for the chat, it serves as just that.

3  Antifa inspired attacks.  Let them get the credit.

4      Adding Zavvy Xavi (ph) to this group.  Read above.  Please

5  confirm the group rules.

6      Copy that.  This group is very tight, intentionally small

7  and only reserved for those willing to take action necessary

8  for disruption.  Please connect with me for anyone that you

9  would like to bring in.

10     Web address for Facebook.  I'm sure you guys have seen

11  this.  I'm thinking we do an operation to disable vehicles of

12  any city workers harassing businesses, flat tires, broken

13  windows.

14     We would need to have intel that the enforcement or code

15  worker is going to visit specific business, and then go fast

16  and hard and leave the area.

17     Operation Grazing Gates.  Similar to sheep confined in a

18  pen, they won't leave until the grazing gate is open.  We will

19  do actions that open the gate.

20     The objective of this group is to never be seen, get

21  recognition.  Simply to execute.

22     Anyone have Caltrans employee patriot contact, which box

23  will disable the sign?  The signs have propaganda telling

24  people to be added to the list to be tracked.

25     Web address.  This shit is Todd Spitzer bragging about

RUSSELL TAYLOR - REDIRECT

1    arresting a Costa Mesa bar owner for operating during COVID.

2              MR. HOSTETTER:  Is that all?  Okay.  Thank you.

3    BY MR. HOSTETTER:

4    Q.  Having had the opportunity to refresh your memory with

5    these messages, is it your testimony that you recall these were

6    your messages?

7    A.  I believe so, yes.

8    Q.  And could we go back -- okay, it looks like -- would you

9    describe yourself as very effective in using and understanding

10    technology?

11    A.  Yes.

12    Q.  And if we go back to Page 1 that you're looking at here

13    now, are these people -- kind of a small number, it looks like

14    one, two, three, four, five, six.  Are those the only people

15    that are in this group?

16    A.  I believe so, yes.

17              MR. HOSTETTER:  Okay.  That's all, Your Honor.  Thank

18    you.

19              MR. MANNING:  Brief redirect, Your Honor.

20                        REDIRECT EXAMINATION

21    BY MR. MANNING:

22    Q.  Mr. Taylor, do you recall Mr. Hostetter asking you some

23    questions about your testimony that you had recognized a

24    hatchet or a handle of a hatchet on the morning of January 6th?

25    A.  Yes.

RUSSELL TAYLOR - REDIRECT

1    Q.  When you had brought Mr. Hostetter the bag for him to carry

2    on your behalf to Washington, D.C. in November of 2020, did you

3    pack your bag -- that bag yourself?

4    A.  Yes.

5    Q.  Were there hatchets in that bag?

6    A.  Yes.

7    Q.  And you received the bag back from Mr. Hostetter?

8    A.  Yes.

9    Q.  Did you unpack it yourself?

10   A.  Mostly, yes.

11   Q.  And were the hatchets in the bag when you got it back?

12   A.  I believe so, yes.

13   Q.  Did you pack the bag that you gave Mr. Hostetter just

14   before your trip on January 6th?

15   A.  Yes.

16   Q.  Did you pack hatchets in that bag?

17   A.  Yes.

18   Q.  I saw some testimony about a gift you gave to Mr. Hostetter

19   and Mr. Smith in December of 2016?

20   A.  Yes.

21   Q.  What was the gift?

22   A.  A hatchet.

23   Q.  Had you purchased those yourself?

24   A.  Yes.

25   Q.  On the morning of January 6th, when you testified that you

RUSSELL TAYLOR - REDIRECT

1    saw part of Mr. Hostetter's hatchet in his backpack, what had

2    you previously shown him?

3          MS. KENNEY:  I'm sorry, Your Honor.  I think that

4    misstates the actual testimony of how he described it, what he

5    believes to be the handle of a hatchet.

6          THE COURT:  Overruled.

7          THE WITNESS:  I had my hatchets.

8    BY MR. MANNING:

9    Q.  So the months of November 2020, December 2020,

10   January 2021, were you pretty familiar with hatchets?

11   A.  Yes.

12   Q.  Do you recall, during your cross-examination, Mr. Hostetter

13   asked you about an incident where, as he asked the question,

14   you had been hit in the back with some short of shield by

15   police officers?

16   A.  Do I recall that question?

17   Q.  Do you recall the question?

18   A.  Yes.

19   Q.  And the incident that he was describing, did that take

20   place on Capitol grounds?

21   A.  Yes.

22   Q.  And you testified in your cross-examination that you

23   remember that happening?

24   A.  Yes.

25   Q.  And so my question to you is:  When the police officer hit

RUSSELL TAYLOR - REDIRECT

1  you in the back with the shield on Capitol grounds, at that
2  point, did you believe you were allowed to be where you were?
3  A.  I knew I wasn't allowed to be where I was much earlier in
4  the day.  Once we went up the stairs, that's when I knew at
5  that point that I was not supposed to be there.
6           MR. MANNING:  Bring up Government's Exhibit 404.
7           Play from the beginning.
8  (Video played.)
9           MR. MANNING:  Pause.
10 BY MR. MANNING:
11 Q.  Do you recall, on cross-examination, Mr. Hostetter asked
12 you sort of hypothetical questions about whether members of
13 Congress could be influenced or intimidated by what he called a
14 peaceful protest?
15 A.  Yes.
16 Q.  At this point, on January 6th, did you believe you were
17 part of what was entirely a peaceful protest?
18 A.  No.
19 Q.  Did you continue going towards the Capitol?
20 A.  Yes.
21 Q.  Did Mr. Hostetter go with you?
22 A.  Yes.
23           MR. MANNING:  Nothing further.
24           THE COURT:  We'll take our morning recess --
25           MS. KENNEY:  I'm sorry, Your Honor, Mr. Hostetter has

RUSSELL TAYLOR - RECROSS

```
 1   some recross based on the redirect.
 2              THE COURT:  All right.
 3              MR. HOSTETTER:  Just one question, Your Honor.
 4                       RECROSS-EXAMINATION
 5   BY MR. HOSTETTER:
 6   Q.  That video that you watched of the protester who appeared
 7   to somehow get through the crowd as a single protester and up
 8   onto what looked like a stage, and then be pummeled by four or
 9   five police officers, did actions like that appear to you to
10   inflame the crowd?
11   A.  Sorry, on the lower level or up on top?
12   Q.  The video that I showed you of the one protestor that
13   seemed to break through the crowd, come up onto a slightly
14   elevated stage and be beaten by several police officers.
15   A.  And what is your question?
16   Q.  Did that action, actions like flash bangs being thrown into
17   areas where people had no way to get away from them, sting
18   balls, gas canisters, et cetera, do you think that had the
19   potential effect of inflaming the crowd?
20   A.  I believe, yeah, the flash bangs and things definitely
21   elevated the crowd and got them angry.
22   Q.  In hindsight, looking back at that day, were you as shocked
23   as I was thinking about how lightly protected that facility
24   was, with every single member of Congress, the Senate and the
25   Vice President sitting under one roof, and they were using
```

RUSSELL TAYLOR - RECROSS

1  3-foot-tall disconnected bike racks to keep the crowd away?  In

2  hindsight, do you look back at that and wonder why or how that

3  happened?

4  A.  Did I wonder why they had bike gates?

5  Q.  That the facility were so lightly protected.

6  A.  Sorry, is your question have I wondered about that?

7  Q.  Have you found that as unbelievable as I have that the

8  facility was able, in any way, to be breached by anybody or any

9  group, considering what was at stake that day, the potential

10 for a massive counter-protest, and every member of the federal

11 government was going to be sitting under one roof, they guarded

12 it with bike racks?

13 A.  I was surprised that there weren't -- I guess, the next day

14 there were large fences and things.  So yes, I was surprised it

15 was not more heavily protected.

16 Q.  If I told you that a Capitol Police captain, when asked if

17 10,000 additional National Guardsmen might have helped, just

18 kind of brushed it off and said, no, they'd have been overrun

19 too.  Does that answer surprise you from a Capitol Police

20 captain?

21 A.  Yes.

22          MR. HOSTETTER:  That's all I have.

23          THE COURT:  We'll take our recess.

24          You can step down.

25     (A recess was taken at 11:50 AM)

HAWA - DIRECT

```
 1              THE COURT:  The Government may call your next witness.
 2              MR. MANNING:  Your Honor, the Government calls Lanelle
 3    Hawa of the U.S. Secret Service.
 4                     INSPECTOR LANELLE HAWA,
 5    having been first duly sworn on oath, was examined and
 6    testified as follows:
 7                     DIRECT EXAMINATION
 8    BY MR. MANNING:
 9    Q.  Good morning.
10    A.  Good morning.
11    Q.  Please state and spell your name.
12    A.  Lanelle, L-A-N-E-L-L-E.  Last name is Hawa, H-A-W-A.
13    Q.  Where do you work?
14    A.  United States Secret Service.
15    Q.  And what's your title or position there?
16    A.  I'm an inspector.
17    Q.  Inspector Hawa, how long have you worked for the Secret
18    Service?
19    A.  About 24 years now.
20    Q.  What is the mission of the United States Secret Service?
21    A.  Well, we protect the nation's highest leaders, President,
22    Vice President, former presidents, visiting heads of State.
23    And we also protect the financial infrastructure of the United
24    States.
25    Q.  Is the Secret Service part of an executive department
```

HAWA - DIRECT

1    within the United States government?

2    A.   Yes.

3    Q.   Which one?

4    A.   Part of the Department of Homeland Security.

5    Q.   On January 6th of 2021, what was your position within the

6    Secret Service?

7    A.   I was in the liaison division.

8    Q.   And for the rest of our testimony today, can I use

9    January 6th as shorthand for January 6, 2021?

10   A.   Yes.

11   Q.   What were your responsibilities in the liaison position?

12   A.   My responsibilities were to help facilitate any visits of

13   our protectees to and from the United States Capitol, and the

14   division, as a whole, is responsible for coordinating visits

15   with our protectees or communication between several agencies

16   throughout the national Capitol region.

17   Q.   Were you a liaison specifically between the Secret Service

18   and the Capitol?

19   A.   Yes.

20   Q.   Before you became the Capitol liaison, did you ever serve

21   on the security detail of a particular protected person, such

22   as a president or vice president?

23   A.   Yes.  I was on President Bush's detail.

24   Q.   Which President Bush?

25   A.   Well --

HAWA - DIRECT

1   Q.  The second?

2   A.  The second, not his father.

3   Q.  So I want to turn your attention to the days leading up to

4   January 6th.  Were any Secret Service protectees planning to

5   visiting the Capitol on that day?

6   A.  Yes.

7   Q.  Who?

8   A.  Vice President Pence, his wife, the Second Lady, their

9   daughter, Charlotte, and we also had Vice President-elect

10  Harris was expected.

11  Q.  And did you prepare for the security of Vice President

12  Pence and his family in the days leading up to January 6th?

13  A.  Yes.

14  Q.  Generally, what do you do to coordinate the security of

15  then Vice President Pence?

16  A.  In particular, as a liaison agent at the Capitol, we would

17  coordinate any visits of our protectees with the U.S. Capitol

18  Police, with the Senate and our House sergeant arms personnel,

19  any of the staff that was involved in the visit and other

20  members of the Secret Service who were involved in the visit.

21  Q.  Did you familiarize yourself with the security plan for the

22  Capitol?

23  A.  Yes.

24  Q.  And did you plan to be with or in close proximity to the

25  Vice President throughout his time at the Capitol on

HAWA - DIRECT

1  January 6th?

2  A.  Yes.

3        MR. MANNING:  Bring up Government's Exhibit 720,

4  please.

5  BY MR. MANNING:

6  Q.  Do you recognize this?

7  A.  I do.

8  Q.  What is it?

9  A.  This is an email that I sent, I believe on January 5th of

10  2021, and it serves somewhat of a --

11  Q.  I'm sorry.  I'm going to interrupt you for one second

12  before we go further.  Just as a threshold matter, is this a

13  fair and accurate representation of the email that you sent?

14  A.  Yes.

15        MR. MANNING:  I'll move to admit Government's

16  Exhibit 720.

17        THE COURT:  Received.

18     (Government Exhibit 720 received in evidence.)

19  BY MR. MANNING:

20  Q.  I'm sorry I cut you off.  Can you continue describing the

21  purpose for which you sent this email?

22  A.  Sure.  It was an email I sent on January 5th, 2021, that

23  served as a cover letter, if you will.  There was an attachment

24  that went with this, known as a head of state notification

25  form.  So this is just, you know, the attachment -- this is the

HAWA - DIRECT

1    email to the attachment, just letting them know that we were

2    anticipating a visit, the Vice President, the Second Lady and

3    their daughter Charlotte to the Capitol on January 6, 2021.

4    Q.   And can you read specifically the subject line there?

5    A.   Sure:  HOS notification, visit of Vice President Michael

6    Pence, Mrs. Pence and Charlotte Pence to the U.S. Capitol,

7    S214, House and Senate Floors on Wednesday January 6, 2021.

8    Q.   Which offices were you notifying of this visit through this

9    email?

10   A.   U.S. Capitol Police, special events -- in particular, the

11   House and Senate sergeant in arms counterparts, and there was a

12   few other Secret Service agents included on that email.

13          MR. MANNING:  Bring up Government's Exhibit 721,

14   please.

15   BY MR. MANNING:

16   Q.   Is this the attachment to that email?

17   A.   Yes, it is.

18   Q.   And is it a true and correct copy of an attachment to an

19   email you sent on January 5th, 2021?

20   A.   Yes, it is.

21          MR. MANNING:  Move to admit Government's Exhibit 721.

22          THE COURT:  Received.

23      (Government Exhibit 721 received in evidence.)

24   BY MR. MANNING:

25   Q.   Could you read the heading all the way at the top of the

HAWA - DIRECT

1    page?

2    A.  Yes.  It's head of state worksheet, U.S. Secret Service

3    liaison division, U.S. Capitol.

4    Q.  You touched on this when describing the email, but can you

5    describe again what this worksheet is?

6    A.  Yes.  It's a form to notify our counterparts at the U.S.

7    Capitol of any visits of our protectees to the Capitol, and it

8    provides them with more specific information, such as the

9    motorcade information, points of contact from the Secret

10   Service and then an itinerary of where we're anticipating being

11   on the day of visit.

12   Q.  Are you listed on this worksheet?

13   A.  I am.

14   Q.  Can you circle your name?

15   A.  Sure.

16       (Witness complies.)

17           MR. MANNING:  The record reflects that the witness

18   drew a circle around the name Lani Hawa in the middle of the

19   page.

20   BY MR. MANNING:

21   Q.  At the top of the page, the worksheet lists the visitor

22   full name of three people.  Can you read these names?

23   A.  Yes.  Vice President Michael Pence, Mrs. Pence and

24   Charlotte Pence.

25   Q.  Was Vice President Pence someone to be protected by the

HAWA - DIRECT

1    Secret Service on January 6th?

2    A.   Yes, he was.

3    Q.   Same for Mrs. Pence?

4    A.   Yes.

5    Q.   And Charlotte Pence?

6    A.   Yes.

7    Q.   According to this proposed itinerary, approximately what

8    time was the Vice President supposed to arrive at the U.S.

9    Capitol?

10   A.   12:30 p.m.

11   Q.   You see where it says to the right of 12:30 p.m., via M/C

12   to Senate carriage?

13   A.   Yes.

14   Q.   What does M/C refer to?

15   A.   Motorcade.

16   Q.   Why does the Vice President travel in a motorcade?

17   A.   For protection.

18   Q.   And where at the Capitol was the motorcade supposed to

19   arrive?

20   A.   It was supposed to arrive at the Senate carriage entrance.

21   Q.   Do you know if that's on the east side or the west side of

22   the Capitol?

23   A.   It's on the east side.

24   Q.   And was the motorcade supposed to remain in place until the

25   Vice President departed the Capitol?

HAWA - DIRECT

1   A.   Yes.  It would have dropped the Vice President off and then

2   staged on the plaza on the east side of the Capitol.

3   Q.   And when you say "staged," what do you mean by that?

4   A.   Just relocated and then just parked, lined up and in

5   preparation to depart when needed.

6   Q.   And that would have been on the east side of the Capitol?

7   A.   That's correct.

8   Q.   And for the time that the Vice President would be in the

9   U.S. Capitol, which agency was going to be responsible for his

10   security?

11   A.   The United States Secret Service.

12   Q.   This itinerary shows a destination column with blue fonts.

13   Do you see that?

14   A.   I do.

15   Q.   Can you read the destinations on here from top to bottom,

16   beginning with S214?

17   A.   Sure.  Started with S214, then the House floor, back to

18   S214 or the Senate Chamber, back to the House floor and then

19   House carriage.

20   Q.   Are those destinations all the destinations that the Vice

21   President was supposed to go to that day?

22   A.   Yes.

23   Q.   See the first two arrival times are fixed at 12:30 and

24   12:55, and then the next three are identified as "TBD."  Do you

25   see that?

HAWA - DIRECT

1    A.   I do.

2    Q.   What does TBD mean?

3    A.   To be determined.

4    Q.   Why are the times for these three functions listed as TBD?

5    A.   Well, it was a -- we were anticipating movements back and

6    forth, but the movements would have been depended on if any

7    objections were made to the votes of the states.  And that

8    wasn't -- that wasn't a for-sure itinerary.  It wasn't planned.

9        So we had to play it by ear, if you will, and just stand by

10   and wait, knowing that if there was an objection to any of the

11   votes, we would move from the House floor back to the Senate

12   and then return back to the House floor to proceed with the

13   certification.

14   Q.   What's the second to last function here?

15   A.   We would have been in the House, on the House floor for the

16   certification of the Electoral College votes.

17   Q.   And then what's the last function on the itinerary?

18   A.   A departure from the House side.

19   Q.   Would the Vice President be in that departing motorcade?

20   A.   Yes.

21   Q.   So according to this itinerary, was the plan that the Vice

22   President would not depart the Capitol until after the counting

23   of the electoral vote was completed?

24   A.   That's correct.

25   Q.   Let's turn your attention to January 6th itself.

HAWA - DIRECT

1    Approximately when did you begin your workday?

2    A.  I got there sometime in the morning, probably 9:00 in the

3    morning that day.

4    Q.  Did you have any meetings or briefings in the morning?

5    A.  I had a briefing with my counterpart from the Vice

6    President's detail, but I had done an overall, a larger

7    briefing the day before.

8    Q.  When you met your counterpart from the Vice President's

9    detail, was there any discussion of what might happen in the

10   case of an emergency?

11   A.  Yes.

12   Q.  Was there a particular plan?

13   A.  Yes.  We always have an emergency action plan at our sites.

14   Q.  And without going into specifics, generally speaking, what

15   does an emergency action plan entail?

16   A.  An emergency action plan would be a secondary set of plans

17   in the event that there was some type of an emergency or a need

18   to deviate from the original planned movements or schedule.  So

19   it could be anything from, you know, an attack, a medical

20   situation with our protectee.  It could be a natural disaster.

21   There's a number of things that would cause us to initiate an

22   emergency action plan and deviate from our plan.

23   Q.  Did the Vice President arrive at the Capitol later that

24   day?

25   A.  Yes, he did.

HAWA - DIRECT

1    Q.  Approximately when?

2    A.  Right around 12:30 p.m.

3    Q.  Did you greet his arrival?

4    A.  I did.

5    Q.  Did you enter the Capitol with the Vice President?

6    A.  I did.

7    Q.  Upon entering the Capitol, where did the Vice President go

8    first?

9    A.  He first went to S214, which is his ceremonial office.

10   Q.  Where within the Capitol building is S214?

11   A.  It's on the second floor.  It sits just behind the Senate

12   Chamber.

13   Q.  Did you accompany the Vice President there?

14   A.  I did.

15   Q.  Where did the Vice President go next?

16   A.  From his office, he moved over to the Senate Chamber.

17   Q.  Sorry, which chamber did you say he went to?

18   A.  The Senate Chamber.

19   Q.  Did you accompany him there?

20   A.  I walked around.  I met them on the outside main doors of

21   the Senate Chamber.

22   Q.  Okay.  At some point, did he return back to his office?

23   A.  He did after we moved across to the House Chamber.

24   Q.  So he went from his office to the Senate Chamber to the

25   House Chamber?

HAWA - DIRECT

1    A.   Correct.

2    Q.   And then what caused him to leave the House Chamber?

3    A.   So when we were in the House Chamber, the certification of

4    the electoral college votes had begun, and then my

5    understanding was there was an objection to one of the states

6    votes.  I believe it was Arizona.  So when that occurs, the

7    protocol is that the Vice President, then, leads the Senators

8    back over to the Senate Chamber, and then they carry on with

9    their proceedings.

10   Q.   Did the Vice President return to his office?

11   A.   Yes, at some point.

12   Q.   Did you accompany him then?

13   A.   I was not inside the hallway there.  So I was on the

14   outside in a foyer area just outside of his office.

15   Q.   And when you were in that foyer area just outside of his

16   office, were you aware of what was happening outside the

17   Capitol at that time?

18   A.   Yes.  I was aware as we were making our way from the House

19   Chamber back over to the Senate Chamber.

20   Q.   What did you become aware of?

21   A.   I became aware that there was a breach of our security

22   perimeter by some unknown individuals who had made their way --

23   my understanding was they had made their way over from an

24   earlier event that had taken place that day, and they had

25   breached the security checkpoint and had gotten to the

HAWA - DIRECT

1    inaugural platform that was being constructed for the upcoming

2    inauguration.

3        And there was some sort of fighting or ruckus between these

4    unknown individuals and the Capitol Police officers because

5    these individuals were trying to breach the main Capitol

6    building.

7    Q.  Were you able to see or hear anything in particular?

8    A.  I heard a lot of the commotion on my Capitol Police officer

9    counterpart's radio, which sits on his uniform.  So I could

10   hear it and then was, obviously, getting some information from

11   my counterparts.  And at some point, I was able to look out the

12   window and see some unauthorized individuals on the north side

13   and gathering on the east side of the Capitol.

14   Q.  Once you appreciated that there were these what you called

15   "unauthorized individuals" gathering on the east side of the

16   Capitol, what did you do next in connection with the Vice

17   President's security and motorcade?

18   A.  We continued to gather information from our counterparts,

19   and at some point, we made a decision to move the Vice

20   President's motorcade because there was, again, a large

21   gathering of individuals on the east side and there was concern

22   that they would breach the perimeter or barricade on the east

23   side as well, and have access to the motorcade, which is not

24   something we would want to have happen.

25       So we relocated the Vice President's motorcade, which was

HAWA - DIRECT

1  part of our emergency action plan, and then, again, just

2  gathered -- continued to gather more information to determine

3  what would happen next.

4  Q.  I'll hold you there.  Thank you.

5       MR. MANNING:  Could we bring up Government's

6  Exhibit 112.  It's already admitted into evidence.

7  BY MR. MANNING:

8  Q.  Do you see a set of black vehicles all facing the same

9  direction in the middle of the screen?

10 A.  I do.

11 Q.  What are these?

12 A.  That's the Vice President's motorcade.

13 Q.  Can you read the timestamp in the upper left corner of the

14 video?

15 A.  Sure.  It's 1:58:40 p.m.

16 Q.  At this time, are there any members of the public

17 immediately around the motorcade, or is there some distance

18 between the black vehicles and the public?

19 A.  There was a bike rack separating the public from the

20 motorcade.

21 Q.  Was the plan that this motorcade would stay in place here

22 until the certification ended and the Vice President left?

23 A.  Yes, that was the plan.

24      MR. MANNING:  Can you play the video until 31 seconds

25 and pause.

HAWA - DIRECT

1          (Video played.)

2     BY MR. MANNING:

3     Q.  What did the motorcade just do there?

4     A.  The motorcade was relocated to a more secure area.

5               MR. MANNING:  Can we play until 55 seconds and pause.

6          (Video played.)

7     BY MR. MANNING:

8     Q.  Do you see those people in the area where the motorcade had

9     been?

10    A.  I do.

11    Q.  Would it have been appropriate to have the Vice President

12    depart from a motorcade under these circumstances here?

13    A.  Absolutely not.

14    Q.  Why not?

15    A.  We purposefully separate the motorcade from the general

16    public or unauthorized individuals for security purposes.  We

17    would never have somebody close to the motorcade where they

18    would be able the touch it or do anything to cause an issue

19    with our motorcade.

20    Q.  After this motorcade relocated, what do you do next?

21    A.  I stood by, again, gathering more information from our

22    counterparts.  At some point, I had run some routes to make

23    sure that the area that we would be taking the Vice President

24    to, should the need arise, a more secure location, that it was

25    free of any of these unauthorized individuals.

HAWA - DIRECT

1      At one point, when I was checking an area to move the Vice

2  President, I did come across some of the protesters in the

3  building on the Senate side.

4  Q.  What did you see them doing?

5  A.  They were gathering.  They were, you know, yelling, trying

6  to get through a location that we didn't want them to get

7  through.  So it was concerning that these individuals were

8  potentially going to impede our route, our only route to get

9  the Vice President to a secure location.

10  Q.  These people, again, this is inside the Capitol building?

11  A.  Yes.

12  Q.  What decisions did your team take next?

13  A.  Well, eventually, a decision was made, based on the

14  breaches in the main Capitol building on the House side, the

15  Senate side, that these unauthorized individuals were in there,

16  again, causing a commotion, breaking windows.  We didn't know

17  what their intentions were.  So a decision was made to move the

18  Vice President, the Second Lady and their daughter to a more

19  security location.

20  Q.  Was that part of the emergency action plan?

21  A.  It was.

22  Q.  So if I understood you correctly, did you describe that the

23  presence of unauthorized persons inside the Capitol building

24  contributed to the decision to relocate the Vice President; is

25  that right?

HAWA - DIRECT

1    A.   Yes.  It was to the point where it was posing a threat.  We

2    had unauthorized individuals who had breached the Capitol in an

3    unconventional way.  We didn't know if they were armed.  We

4    didn't know their intentions.  We didn't know what their

5    intentions were with the Vice President at that time.  So for

6    security reasons, we felt it was best to relocate the Vice

7    President.

8    Q.   Were you aware whether -- one way or another, were you

9    aware whether there were people who had entered the restricted

10   area but had not come all the way into the building at that

11   point?

12   A.   Yeah.  I was aware immediately, when they entered the

13   restricted area on the west side.  Obviously, as well as the

14   east side.  And then received updates where, eventually, it got

15   to the point where they had entered the building.

16   Q.   Did you view people who had entered the restricted area but

17   had not breached the building, also, as posing a security

18   threat to the Vice President?

19   A.   Yes.

20        MR. MANNING:  Bring up Government's Exhibit 111, which

21   is already in evidence.

22   BY MR. MANNING:

23   Q.   Could you read the timestamp in the left corner?

24   A.   Yes, it is 2:25:47 p.m.

25   Q.   And, Inspector Hawa, are you in the video here?

HAWA - DIRECT

1    A.   I am.

2    Q.   Can you circle yourself?

3    A.   Sure.

4         (Witness complies.)

5              MR. MANNING:   Let the record reflect that the witness

6    has drawn a circle around an individual in the center of the

7    screen.

8    BY MR. MANNING:

9    Q.   Do you recognize this person with his back to the camera?

10   A.   Yes.

11   Q.   And where does he work?

12   A.   That's one of the agents from the Vice President's detail.

13   Q.   Do you recognize this stairwell?

14   A.   I do.

15   Q.   What does it lead to?

16   A.   That is a member staircase and it leads from the first

17   floor to the second floor, and the area just inside the doors

18   is a back hallway that sits behind the Senate Chamber.   The

19   Senate Chamber would be to your left and then the Vice

20   President's office would be to your left once you entered those

21   doors.

22   Q.   We see in this still image of the video, what are you doing

23   at this time?

24   A.   I'm having a conversation with the agent from the Vice

25   President's detail, letting him know that our path was clear

1    and it was time to move the Vice President and that we were

2    ready to go when needed.

3    Q.  Did you believe that there were unauthorized persons nearby

4    this area at this time?

5    A.  I knew there were unauthorized individuals on the Senate

6    side, yes.

7              MR. MANNING:  Please play until 14 seconds and pause.

8        (Video played.)

9              MR. MANNING:  I've drawn a circle around an individual

10   in a dark suit at the center of the screen.

11   BY MR. MANNING:

12   Q.  Inspector Hawa, do you recognize that individual?

13   A.  I do.

14   Q.  I'm referring to the individual who's looking over his

15   shoulder.  Who is that?

16   A.  That's Vice President Pence.

17   Q.  How would you characterize the threat to the Vice President

18   at this time?

19   A.  Serious.  It was concerning.  Again, we had unauthorized

20   individuals that had breached our security perimeter and then

21   breached the actual site, being the Capitol.  We didn't know

22   what their intentions were.  We didn't know if they were armed.

23   They hadn't been screened by anybody in the ways they would be

24   if they were entering the Capitol.  So yes, there was a grave

25   concern.

HAWA - DIRECT

1    Q.  Without going into specifics, where did the Vice President
2    go next?
3    A.  We were still within our secure perimeter in a location
4    that was not the main building, if you will, but enough
5    distance between the main building where the unauthorized
6    individuals were and where we felt he was safe.
7    Q.  Did you generally remain with the Vice President while he
8    was in that location?
9    A.  I'm sorry.  I didn't hear the --
10   Q.  Did you generally remain with the Vice President while he
11   was in that location that you just described?
12   A.  Yes, I did.
13   Q.  Approximately how long was the Vice President there?
14   A.  We were there for approximately five hours or so.
15   Q.  At some point, did the Vice President return to the House
16   Chamber to preside over the certification?
17   A.  He did.
18   Q.  Approximately when was that?
19   A.  I want to say it was just before 9:00 p.m.
20   Q.  Did you stay with him for hours after that?
21   A.  I was with him until approximately 12:30 a.m.
22          MR. MANNING:  Bring up Government's Exhibit 502, which
23   is already in evidence.
24   BY MR. MANNING:
25   Q.  Inspector Hawa, are you familiar with this map?

HAWA - DIRECT

1    A.  I am.

2    Q.  What does the red line represent?

3    A.  That represents the secure perimeter that was established

4    on January 6th for the purposes of the certification of the

5    electoral college votes.

6    Q.  From the time that the Vice President arrived in the

7    Capitol until the time that you left around midnight, did the

8    Vice President ever leave this restricted area?

9    A.  He did not.

10   Q.  Just a few more questions, Inspector Hawa.  You testified

11   previously that you used to serve on the detail of the then

12   President of the United States; is that right?

13   A.  Correct.

14   Q.  And on January 6th, were you part of the team that was

15   protecting the Vice President?

16   A.  I was, yes, part of the team through my liaison role.

17          MR. MANNING:  I'd like to bring up Government's

18   Exhibit 807, which is already in evidence.

19   BY MR. MANNING:

20   Q.  Inspector Hawa, as a Secret Service agent, would you allow

21   an unauthorized person carrying this item to come near a Secret

22   Service protectee?

23   A.  No.

24   Q.  Why not?

25   A.  It's a weapon.

HAWA - CROSS

1    Q.  As a Secret Service agent, if you learned that an

2    unauthorized person carrying this item had come into the

3    restricted area, would you take action?

4    A.  Yes, we would absolutely take action if someone came into

5    one of our sites with this weapon.

6              MR. MANNING:  Nothing further, Your Honor.

7              THE COURT:  Are you going to cross-examine?

8                        CROSS-EXAMINATION

9    BY MR. HOSTETTER:

10   Q.  Good afternoon, Inspector Hawa.

11   A.  Good afternoon.

12   Q.  Thank you for your service and thank you for your

13   appearance.

14             MR. HOSTETTER:  I have no questions of this witness,

15   Your Honor.

16             THE COURT:  Okay.  You can step down.

17             We'll take our lunch and recess at this time, and then

18   we'll come back at 1:30.

19       (A recess was taken at 12:37 PM)

20             THE COURT:  You may call your next witness.

21             MR. MARIANO:  Your Honor, if I may, just one

22   housekeeping matter before the next witness.  Towards the

23   conclusion of Mr. Taylor's direct testimony, we showed an

24   exhibit that was marked as 602.40, which was a photograph of

25   Mr. Taylor and Mr. Hostetter up on the bleachers, where

HAWA - CROSS

 1   Mr. Taylor's knife was visible.

 2          THE COURT:  Right.

 3          MR. MANNING:  I don't believe I properly moved to

 4   admit it into evidence, although we did establish --

 5          THE COURT:  I'm sorry?

 6          MR. MANNING:  I don't know if I properly moved it into

 7   evidence.  We don't have it marked.

 8          THE COURT:  What was the number?

 9          MR. MANNING:  602.40.  I can bring it up, if that

10   would help.

11          THE COURT:  All right.  602.47.

12          MR. MANNING:  I think it would have been maybe the

13   third exhibit I showed this morning after we started with the

14   physical evidence.

15          THE COURT:  That will be received.

16      (Government Exhibit 602.40 received in evidence.)

17          THE COURT:  602.47?

18          MR. MANNING:  .40.

19          THE COURT:  All right, zero.  Received.

20          MR. MANNING:  Government now calls Sergeant Joseph

21   Pitts of the Capitol Police.

22                    SERGEANT JOSEPH PITTS,

23   having been first duly sworn on oath, was examined and

24   testified as follows:

25                      DIRECT EXAMINATION

PITTS - DIRECT

 1

 2    BY MR. MANNING:

 3    Q.   Good afternoon.

 4    A.   How are you?

 5    Q.   I ask you to keep the microphone close for the benefit of

 6    the court reporter.

 7         Can you please state and spell your name for the record.

 8    A.   Joseph Pitts, J-O-S-E-P-H, P-I-T-T-S.

 9    Q.   Where do you work?

10    A.   United States Capitol Police.

11    Q.   What's your rank with the Capitol Police?

12    A.   I am a sergeant.

13    Q.   Sergeant Pitts, how long have you worked with the U.S.

14    Capitol Police?

15    A.   I just started my 20th year.

16    Q.   Did you work in law enforcement before you joined the

17    Capitol Police?

18    A.   I did.

19    Q.   Where?

20    A.   Delaware Department of Corrections.

21    Q.   And what type of facility did you work in the Department of

22    Corrections?

23    A.   A Level Five facility.

24    Q.   What's a Level Five facility?

25    A.   Death row and supermax.

PITTS - DIRECT

1  Q.  Throughout your testimony, if I use the shorthand
2  January 6th, will you know that to mean January 6, 2021?
3  A.  Yes, sir.
4  Q.  In 2020 and up to January 6, 2021, what were your general
5  day-to-day responsibilities?
6  A.  I was an administrative sergeant.  So I was in charge of
7  daily schedules, staffing, overtime drafts and any other pop-up
8  administrative duties that would come up.
9  Q.  Were you part of a particular unit?
10  A.  Capitol division section two and the Capitol visitor's
11  center.
12  Q.  Did you have the position of sergeant on January 6th?
13  A.  Yes, sir.
14  Q.  Let's turn to January 6th.  Were you scheduled to work that
15  day?
16  A.  Yes, sir.
17  Q.  What were you supposed to do?
18  A.  Prep roll call for the day, gave out the assignments for
19  the officers, ensured that there were keys in the field because
20  we knew the protest was coming.
21  Q.  When did you arrive at the Capitol?
22  A.   5:30 a.m.
23  Q.  Just briefly, could you describe your activity on the
24  morning of January 6th?
25  A.  I did my roll call, did my normal morning routine stuff and

PITTS - DIRECT

1  then listened to the radio for anything that may have come up.

2  And then around when the protest began to come our way from the

3  Ellipse, I made my way up to the Lower West Terrace door.

4  Q.  Is that on the west side of the Capitol?

5  A.  Yes, sir.

6  Q.  Approximately what time was that?

7  A.  Approximately 1300 hours -- or 1:00 p.m.  I'm sorry.

8  Q.  Generally, what did you see when you first went to that

9  West Front of the Capitol?

10 A.  We saw the group coming down from the White House making

11 their way towards the Capitol west side of the building.

12 Q.  How would you characterize the size of the group?

13 A.  It was a large group coming down.

14 Q.  I'd like to show you an image that has been marked as

15 Government's Exhibit 508.  Do you recognize this?

16 A.  Yes, sir.

17 Q.  What is it?

18 A.  It's a photo I took of Inspector Lloyd as he made his way

19 out to the stage at exactly 1:00 p.m.

20 Q.  Is it a fair and accurate representation of what you saw at

21 that moment?

22 A.  Yes, sir.

23        MR. MANNING:  Move to admit Government's Exhibit 508.

24        THE COURT:  All right.  It's received.

25     (Government Exhibit 508 received in evidence.)

PITTS - DIRECT

1    BY MR. MANNING:

2    Q.  You referred to an individual by the name of Inspector

3    Lloyd, I believe.  Can you circle who you're referring to?

4    A.  Right there.

5        (Witness complies.)

6            MR. MANNING:  Let the record reflect the witness drew

7    a yellow circle around an individual at the center of the

8    bottom of the screen, with his back to the camera wearing

9    black.

10   BY MR. MANNING:

11   Q.  Sergeant Pitts, can you describe for the Court what you're

12   seeing here in this image?

13   A.  So the area in which Inspector Lloyd is standing on is the

14   stage that is built for the inauguration, where the incoming

15   president would be sworn in, and directly in front of him is a

16   metal media tower that is built for the cameras to send it out

17   over the television for people to watch.

18   Q.  And these people that we see in the distance, do you have a

19   sense of which direction they're going?

20   A.  They are coming eastbound from the White House towards the

21   Capitol.

22   Q.  I just want to ask a few more questions about orientation.

23   You said Inspector Lloyd here is standing on the inaugural

24   stage; is that right?

25   A.  Yes, sir.

PITTS - DIRECT

1    Q.  Is there an area further below that?

2    A.  Yes, there is.  Below that, there's a fountain and kind of

3    a plaza area with, like, a concrete driveway area for people to

4    come up and visit as close as they can.

5    Q.  For your testimony today, can we refer to that area as --

6    the lower area as the West Plaza?

7    A.  Yes.

8    Q.  The West Plaza you described as being lower than the

9    inaugural stage.  How do you get from the West Plaza to the

10   inaugural stage?

11   A.  There are stairs to the left of where the inspector is

12   standing right now, his left in the picture.

13   Q.  Are you familiar with an area of the Capitol known as the

14   Upper West Terrace?

15   A.  Yes, sir.

16   Q.  How you get to there from this inaugural stage?

17   A.  There would be another set of steps going up towards the

18   building, behind where -- like from the area where I'm taking

19   the photo of.

20   Q.  So this large metal tower in the middle of the photo here,

21   is that something that is permanently at the Capitol?

22   A.  It is not.  It was put up for the inauguration itself.

23   Q.  Who are the people that we see on the tower?

24   A.  They are protestors coming down and climbing up the media

25   tower.

PITTS - DIRECT

1   Q.  Are they allowed to be there?

2   A.  They are not.

3   Q.  You testified you took this photo at about 1:00 p.m. on

4   January 6th?

5   A.  Yes, sir.

6   Q.  Where did you go next?

7   A.  I went out right next to Inspector Lloyd, and from there, I

8   made my way to the West Plaza area.

9   Q.  And why did you go down to the West Plaza?

10  A.  There was calls on the radio for 1033, which means officers

11  are in trouble.  So I responded down there to back them up.

12  Q.  When you got there, what were the officers on the West

13  Plaza trying to do?

14  A.  They were trying to push back the protestors that had

15  pushed forward past the line that we initially had.  And they

16  were just, I guess, fighting them back, is the way to describe

17  it.

18  Q.  So what did you observe down there?

19  A.  I saw a officer take a metal pole to the face.  Someone

20  threw it at him like a javelin.  I saw multiple offers get

21  sprayed with some kind of spray, whether it be an OC spray or

22  Sabre Red.  I saw officers had bloody lips and bloody mouths

23  from being punched.

24  Q.  Did you see anything been thrown in any direction?

25  A.  I did.  When we were down there people were throwing, like,

PITTS - DIRECT

1    solid, frozen water bottles at us, batteries, soda cans.  Just

2    a plethora of different things.

3    Q.  Did anything stand out to you about the smell in the air on

4    the West Plaza?

5    A.  It was mostly like an OC smell of some kind of defense

6    spray in the air.

7    Q.  Did that affect you in any way?

8    A.  Absolutely.

9    Q.  How?

10   A.  When it gets into our eyes and your mucous areas, it kind

11   of -- well, if it gets in your eyes, your eyes kind of seize up

12   and you can't really see that well.  And if it gets into your

13   nose and your mouth, it can cause mucus to run out.

14   Q.  Did you experience those things?

15   A.  Yes, sir.

16   Q.  At some point, did you come back onto the inaugural stage?

17   A.  I did.  The call came out for additional resources to

18   respond to the north side, underneath of the media tower that

19   was built on the north side of that area right there.

20   Q.  Did you respond to that call?

21   A.  I did.

22        MR. MANNING:  Can we bring up Government's

23   Exhibit 404, which is already in evidence.

24   BY MR. MANNING:

25   Q.  What are we looking at here, Sergeant Pitts?

PITTS - DIRECT

1   A.  That is the West Plaza with all the protesters and a police

2   line set up.

3   Q.  Is the police line we're looking at here the police line

4   that you were describing that you had joined earlier?

5   A.  Yes, sir.

6        MR. MANNING:  Let the record reflect that I've drawn a

7   circle about a quarter of the way in from the -- along the

8   bottom of the screen, about a quarter way in from the right

9   side.

10  BY MR. MANNING:

11  Q.  Do you see that area, Sergeant Pitts?

12  A.  Yes, sir.

13  Q.  Can you describe -- well, do you see there's a handful of

14  men in black uniform?

15  A.  Yes, sir.

16  Q.  Are those Capitol Police?

17  A.  There's Capitol Police and Metropolitan Police Department

18  together.

19  Q.  What are they standing behind?

20  A.  They're behind the a -- we use it as a first line of

21  defense.  It's kind of like a bike rack that we call it, to

22  kind of set up that police line for us.

23  Q.  How does a bike rack work?  Are they interconnected?

24  A.  They are.  You slide them into each other and that way

25  they're like one giant piece.

PITTS - DIRECT

1  Q.  At this moment, did the police line appear to be holding,

2  for the most part?

3  A.  Yes.  It was holding on the north side.  The south side had

4  been pushed back a little bit, but when Metropolitan responded,

5  we gained that area back.

6  Q.  Drawing a circle in the center of the screen.  Is that area

7  inside the circle the same media tower that you described in

8  respect to your own photograph?

9  A.  That is right outside of the police line, yes.

10  Q.  Is that the same media tower that you were talking about

11  earlier?

12  A.  Yes, sir, I'm sorry.

13  Q.  At this point, are there now more people on it?

14  A.  Yes, sir.

15      MR. MANNING:  Please play until 46 seconds and pause.

16      (Video played.)

17  BY MR. MANNING:

18  Q.  Are you on the screen here, sir?

19  A.  Yes, sir.

20  Q.  Can you circle yourself?

21  A.  (Witness complies.)

22  Q.  From where you were standing here, were you able to see the

23  West Plaza area below you?

24  A.  Yes.

25  Q.  What did you see happen to the police line when you were

PITTS - DIRECT

1    standing up here?

2    A.  I saw the police line fold.  It broke.

3    Q.  Just to be clear, I'm asking you what you saw on

4    January 6th itself.  Did you see that on January 6th itself?

5    A.  I did.  I saw it fall.

6    Q.  Had you ever seen a police line fall like that before?

7    A.  No.

8    Q.  Were you able to observe on January 6th what caused the

9    police line to fall?

10   A.  There was a rush right below me of people pushing and

11   pulling on the officers.

12   Q.  Drawing a circle on the left side of the screen.  Do you

13   recognize the person in front of you here?

14   A.  Yes, I do.

15   Q.  Do you know who he is?

16   A.  Yes, I do.

17   Q.  And how do you know him?

18   A.  I worked for him in the Capitol building with my last

19   assignment.

20   Q.  Is he a big, strong guy?

21   A.  Yes, he's a big guy.  A big, strong guy.

22   Q.  About how big?

23   A.  I think he's about 6-foot-5, 340 pounds.

24   Q.  About how many officers did you have with you at this time?

25   A.  I think there was maybe five to seven of us in that area.

1              MR. MANNING:  Please play until 58 seconds and pause.

2        (Video played.)

3    BY MR. MANNING:

4    Q.  I'll draw a circle here on the left side of the screen of

5    an individual who's behind you.  Do you recognize this

6    individual with his back to the camera here?

7    A.  Yes, I do.

8    Q.  Do you know who that person is?

9    A.  Yes, I do.

10   Q.  Where does he work?

11   A.  He is part of our Less Than Lethal team from CDU.  He

12   carries the FN 303, which is like the pepper ball gun.

13   Q.  Was he serving in that role for the Capitol Police on

14   January 6th?

15   A.  Yes, he was.

16   Q.  Was he carrying that pepper ball gun on January 6th?

17   A.  Yes, sir.

18   Q.  Do you know what had just happened to it?

19   A.  They had taken the pepper ball gun.  And there's a button

20   on the side and if you push it forward towards the person

21   holding it, it will undo the barrel of it.

22   Q.  When you say they had taken it, who are you referring to?

23   A.  The protesters.

24              MR. MANNING:  Go back to 50 seconds, 5-0, and hold it

25   there.

PITTS - DIRECT

```
1   BY MR. MANNING:
2   Q.  Sergeant Pitts, I'd like you to pay attention on what
3   you're hearing as I play the next 12 seconds.
4           MR. MANNING:  Please play until 102 and pause.
5       (Video played.)
6   BY MR. MANNING:
7   Q.  Did you hear someone shouting "move back"?
8   A.  Yes, sir.
9   Q.  At this time, were you willing to move back or stand down
10  to this group of people?
11  A.  I was not.
12  Q.  Did you hear someone there saying something to the effect
13  of "stand down, guys, we're on your team"?
14  A.  Yes, sir.
15  Q.  Do you remember hearing comments like that on January 6th?
16  A.  Yes, sir, I did.
17  Q.  What did you make of them?
18  A.  I didn't think anything of it because they weren't on my
19  team.
20  Q.  I'd like to show you a picture that's been marked as
21  Government's Exhibit 509.
22      Are you in this picture?
23  A.  Yes, sir.
24  Q.  Can you circle yourself?
25  A.  (Witness complies).
```

PITTS - DIRECT

1           MR. MANNING:  The witness has circled the head of an

2    individual about a third of the way in from the right side of

3    the screen.

4    BY MR. MANNING:

5    Q.  Is this picture a fair and accurate representation of where

6    you were in this moment?

7    A.  Yes, sir.

8           MR. MANNING:  Move to admit Government's Exhibit 509.

9           THE COURT:  Received.

10       (Government Exhibit 509 received in evidence.)

11   BY MR. MANNING:

12   Q.  Is this a picture from the same area that we were looking

13   at in the previous video?

14   A.  Yes, sir.

15   Q.  Has this group of people in front of you, have they

16   advanced a bit?

17   A.  They have.

18   Q.  How did they do so?

19   A.  Their sheer body weight and force was pushing the few of us

20   that were standing in that area back.

21   Q.  Drawing a circle in the upper left side of the screen.  Do

22   you see what the person inside that circle is wearing?

23   A.  Yes, sir.

24   Q.  Can you describe it?

25   A.  Tactical gear and looks like a chemical mask of some sort.

PITTS - DIRECT

1    Q.   You see what he's wearing on his head?

2    A.   Yeah.  He's got like a Kevlar helmet on.

3    Q.   On January 6th, did you see a lot of people in the crowd

4    wearing tactical gear and masks and helmets?

5    A.   Yes, sir, I did.

6    Q.   Drawing a circle around the bottom of the screen about a

7    third of the way from the left side.  Do you notice anything

8    particular about these gloves?

9    A.   Yeah, they have a hard practice on the knuckles for

10   striking.

11   Q.   Drawing a second circle to the left of that.  Do you notice

12   anything about those gloves?

13   A.   Same thing.  Hard plastic for striking.

14   Q.   Did you see lot of people wearing things like reinforced

15   gloves on January 6th?

16   A.   Yes, sir.

17   Q.   As you're confronting this crowd here, what impact did it

18   have on you to see people wearing things like reinforced gloves

19   and helmets and tactical gear?

20   A.   I knew we were outnumbered and, in my head, I was thinking

21   that we were technically outgunned at that point because there

22   were so many of them and so few of us.

23   Q.   Did you say outgunned?

24   A.   Yes, sir.

25   Q.   In your career, as a Capitol Police officer, have you

PITTS - DIRECT

1    worked at a lot of events that you would characterize as

2    peaceful protests?

3    A.  Yes, sir.

4    Q.  In your experience at peaceful protests, do you typically

5    see people wearing helmets and reinforced gloves?

6    A.  No.

7    Q.  All of these people that are standing in front of you and

8    the police officers here, as a Capitol Police officer, what was

9    your understanding about whether any of them were allowed to be

10   there at this time?

11   A.  They were not allowed to be there.  They were considered

12   dirty because they hadn't been screened, and they were not in

13   an area they were allowed to be in.

14   Q.  So if they're in an area that they're not allowed to be in,

15   why didn't you arrest them?

16   A.  Way too many of them and too few of us.

17           MR. MANNING:  Can we bring up Government's

18   Exhibit 314.

19           Please skip to 6:13 along the bottom and hold it

20   there.

21           Can we go forward a few frames.  Hold there.

22   BY MR. MANNING:

23   Q.  Sergeant Pitts, are you in this image here?

24   A.  Yes, sir, I am.

25   Q.  Can you describe where on the screen you are?

PITTS - DIRECT

1    A.  I'm at the bottom right of the screen.

2    Q.  Is this a fair and accurate representation of what this

3    video shows on January 6th?

4    A.  Yes, sir.

5    Q.  And is this the same area that we were looking at

6    previously?

7    A.  Yes, sir.

8            MR. MANNING:  I move to admit Government's

9    Exhibit 314.

10            THE COURT:  314?

11            MR. MANNING:  Yes, Your Honor.

12            THE COURT:  Received.

13       (Government Exhibit 314 received in evidence.)

14            MR. MANNING:  Please play until 6:22 and pause.

15       (Video played.)

16   BY MR. MANNING:

17   Q.  Do you see in this video the group of people entering

18   underneath a scaffolding area?

19   A.  Yes, sir.

20   Q.  And with respect to the people that you were confronting up

21   towards the inaugural stage, had the people gotten up towards

22   the inaugural stage by going through the scaffolding?  Is that

23   your understanding?

24   A.  Yes, sir.

25            MR. MANNING:  Can we play until 6:30 and pause.

PITTS - DIRECT

1        (Video played.)

2                MR. MANNING:  I'll ask if we could zoom in on that

3    right side of the screen there.

4                Thank you.

5    BY MR. MANNING:

6    Q.  At 6:30, according to the video timer, I've drawn a circle

7    towards the center of the screen.  Do you see the person in the

8    center of the circle holding something in his hand?

9    A.  Yes, sir.

10   Q.  Can you describe the color of his shirt and his hat?

11   A.  Dark color, blue, black, purple, somewhere in there.

12   Q.  Is that with respect to the shirt or the hat?

13   A.  Both of them.  They're both around the same color, it looks

14   like, to me.

15   Q.  And the individual you're talking about, do you recognize

16   what he's holding in his hand?

17   A.  It's a bullhorn or a megaphone.

18   Q.  On January 6th, did you see rioters using bullhorns or

19   megaphones to communicate to the crowd?

20   A.  Yes, sir.

21   Q.  What impact did that have on your ability to control the

22   riot?

23   A.  It hyped them up.  They became like hype men, trying to get

24   the crowd to do what they wanted them to do.

25               THE COURT:  Is that you on the right in that photo

PITTS - DIRECT

1    there?

2                THE WITNESS:  Yes, sir.

3                MR. MANNING:  Please play to 6:44 and pause.

4        (Video played.)

5                MR. MANNING:  Let's go back a few seconds to 6:44.

6    And we'll take it off the zoom.

7                I'm just going to ask to go frame by frame until I ask

8    you to pause.

9        (Video played.)

10               MR. MANNING:  Pause there.  Can we zoom in to the

11   right side again.

12               Further up, upper right.  Okay, that's good.

13   BY MR. MANNING:

14   Q.  I'm drawing a circle in the upper right corner of the

15   screen.

16       Sergeant Pitts, do you see the same individual in the dark

17   colored shirt and hat that you were describing a moment ago?

18   A.  Yes, sir.

19   Q.  Does he still have the bullhorn up?

20   A.  Yes, he does.

21               MR. MANNING:  Please play until 7:22 and pause.  You

22   could take the zoom off, thank you.

23       (Video played.)

24   BY MR. MANNING:

25   Q.  Drawing a circle along the bottom of the screen about a

1    quarter of the way in from the right side.

2        Sergeant Pitts, I'm going to ask you, as we play the next

3    clip, to keep your attention on this group of people.  Do you

4    recognize who this group of people are?

5    A.  They're Metropolitan Police Department.

6    Q.  Keep your attention on that group of police officers as we

7    play until 7:38 and pause.

8        (Video played.)

9    Q.  Which direction were those police heading?

10   A.  They're heading towards the Capitol building, up the steps.

11   Q.  Up the steps?

12   A.  Yes, sir.  But they're on, like, the rail itself.

13   Q.  They're on the railing beside the steps?

14   A.  Yes, sir.

15   Q.  Are there persons in the crowd at their feet?

16   A.  Yes, sir.

17   Q.  Have any of those people been through security?

18   A.  They have not.

19   Q.  Are there other rioters above them leaning over the

20   railing?

21   A.  Yes, sir, there are.

22   Q.  Have any of them been through security?

23   A.  They have not.

24   Q.  Based on your experience, as a police officer, how did you

25   characterize the position that these Metropolitan Police are in

PITTS - DIRECT

1    right here?

2    A.  They're in a dangerous position.

3    Q.  Why do you say that?

4    A.  They could be pushed over the side.  They could be hit with

5    objects that the protestors have in their hand or on their

6    persons.  They're very vulnerable where they're at.

7    Q.  At some point, on January 6th, were you ever near this tarp

8    area?

9    A.  I was.  Prior to this video, I was standing there and

10   someone had taken a knife and stabbed through the tarp, which

11   began the cutting process where some of the people were exiting

12   from and almost stabbed me in the leg.

13            MR. MANNING:  Bring up Government's Exhibit 313.01.

14   Please play five seconds and pause.

15       (Video played.)

16   BY MR. MANNING:

17   Q.  Have you seen this video clip previously?

18   A.  Yes, sir.

19   Q.  Do you see yourself at some point in this clip?

20   A.  Not down there on the plaza area, no, I don't.

21   Q.  But at some point -- have you seen this video before?

22   A.  Yes.

23   Q.  At some point, do you appear in it?

24   A.  Yes, I do.

25   Q.  Is the video a fair and accurate representation of what it

PITTS - DIRECT

1     shows?

2     A.  Yes, sir.

3          MR. MANNING:  Move to admit Government's

4     Exhibit 313.01.

5          THE COURT:  Received.

6       (Government Exhibit 313.01 received in evidence.)

7          MR. MANNING:  Please play from the beginning and pause

8     at 1:02.

9       (Video played.)

10    BY MR. MANNING:

11    Q.  Is that the same fall of the police line that you testified

12    about earlier, just shown from a different angle?

13    A.  Yes, sir.

14    Q.  Drawing a circle in the middle of the screen.  I want to

15    direction your attention to that area as we play the next clip.

16       The individuals in black in the middle of the circle, who

17    do you recognize them to be?

18    A.  Part of our CDU squad, Capitol Police and Metropolitan

19    Police Department.

20          MR. MANNING:  Please play -- as you keep your eye on

21    that area, we'll play five more seconds and pause at 1:06.

22       (Video played.)

23    BY MR. MANNING:

24    Q.  Did you see that specific incident on January 6th?

25    A.  I did not witness it, no.

1    Q.  Generally, do you recall seeing any members of the crowd

2    assaulting police on January 6th?

3    A.  Yes, I do.

4         MR. MANNING:  Please play to 1:17 and pause.

5       (Video played.)

6    BY MR. MANNING:

7    Q.  From where you were up on the inaugural stage, how did the

8    number of people in the crowd compare to the number of police?

9    A.  I don't know the exact number, but they outnumbered us a

10   great deal to a small amount.

11        MR. MANNING:  Please play to 1:48 and pause.

12      (Video played.)

13   BY MR. MANNING:

14   Q.  Are you on this screen now?

15   A.  Yes, sir.

16   Q.  Can you describe where you are?

17   A.  The same area as we were talking about earlier, the stage

18   area to the north side.

19   Q.  Drawing a circle across the center of the screen.  Is that

20   part of what you've described as the inaugural stage?

21   A.  Yes, sir.

22   Q.  At this point, on January 6th, have any rioters made it yet

23   onto that area?

24   A.  They had not.

25   Q.  They had not?

PITTS - DIRECT

1    A.   No, sir.  They were above them, though.

2    Q.   Can you describe what you and -- what you were trying to

3    accomplish here?

4    A.   I knew that the -- what we called the Lower West Terrace

5    door was still open because Metropolitan Police Department and

6    our other officers were still coming out that way.  So I was

7    trying to keep the crowd from getting to that door.

8    Q.   Can you circle the door you're referring to?

9    A.   Yes, sir.

10        (Witness complies.)

11            MR. MANNING:  The record will reflect the witness has

12   drawn a circle towards the middle of the screen around the

13   doorway.

14   BY MR. MANNING:

15   Q.   Why were you so concerned about keeping people away from

16   that door?

17   A.   Because I knew that there wasn't a lot of officers at that

18   door, and none of the people we were trying to keep out were

19   screened properly.  They were considered dirty.  They could

20   have weapons on them.

21   Q.   Does that door lead into the Capitol building?

22   A.   Yes, sir, it does.

23   Q.   I've drawn an oval in the upper left quadrant of the

24   screen.  Do you see these bleachers inside the oval?

25   A.   Yes, sir, I do.

PITTS - DIRECT

1    Q.  Are you familiar with that area?

2    A.  I am.

3    Q.  Is that a permanent structure, or is that part of the

4    temporary stage?

5    A.  The bleachers are temporary for the inauguration.

6    Q.  At the time you're down on the lower portion trying to hold

7    these people off, were you aware whether any unauthorized

8    people had made it up to those bleachers?

9    A.  I was not aware.

10   Q.  For people up in those bleachers, is there a way for them

11   to exit those bleachers and walk closer to the Capitol

12   building?

13   A.  Yes.  They can come down the stairs that are right above

14   where we're standing.

15   Q.  What area does that take them to?

16   A.  That would take them to the Lower West Terrace door area,

17   if they came down the steps.

18   Q.  If they went off the back of the bleachers here, they'd get

19   to which area?

20   A.  If they went off the bleachers and stayed on that same

21   level, they could walk around to the east side of the building.

22   Q.  Are there entrances to the Capitol up here?

23   A.  There are.

24   Q.  When you first paused at this moment in the video, you

25   described that you and the police were trying to hold people

PITTS - DIRECT

1    here to prevent them from getting onto the stage.

2        At this moment, did you expect to succeed?

3    A.  I was hoping we'd succeed.  But I saw the line break, and I

4    knew that it was only temporary before they got more courage

5    and more fight in them to push us out of the way.

6    Q.  Did they, in fact, push you out of the way?

7    A.  Yes, sir, they did.

8    Q.  I just want to direct your attention to the left side of

9    the screen as we play the next four seconds.

10           MR. MANNING:  And we'll pause at 2:32.

11           You can pause.  Why don't we skip ahead to 2:28.

12   Okay.

13   BY MR. MANNING:

14   Q.  So, Sergeant Pitts, now we're at 2:28.  Again, I'll direct

15   your attention to the left side while we play the next

16   four seconds to 2:32.

17       (Video played.)

18   Q.  What was happening there?

19   A.  They were surging and pushing us back.

20   Q.  When you say "they," who are you referring to?

21   A.  The protesters that were in that area.

22   Q.  You testified earlier that one of the police officers who

23   was with you there was particularly big and strong; is that

24   right?

25   A.  Yes, sir.

PITTS - DIRECT

1   Q.   Was he still with you then?

2   A.   Yes, sir, he was.

3   Q.   Had you tried to get other officers to come help you in

4   this area?

5   A.   Yes, I did.  I got on the radio and asked for additional

6   units to respond to that area.

7   Q.   Did any additional officers come?

8   A.   I think we had three or four more show up.

9   Q.   Even with all that, how come this group was able to push

10  you back?

11  A.   There was a lot more of them than there were of us, and

12  their force kind of just moved us out of the way.

13          MR. MANNING:  Can we play until 2:46 and pause.

14      (Video played.)

15          MR. MANNING:  I'm sorry.  Can we go back two seconds,

16  and then we'll just go frame by frame.

17      (Video played.)

18          MR. MANNING:  Let's pause there.

19  BY MR. MANNING:

20  Q.   I've drawn a circle across the center of the screen towards

21  the top.  I'm just going to ask you to keep your eye on this

22  individual here, and we'll play four more seconds.  So let me

23  clear the circle.

24          MR. MANNING:  Play to 2:49 and pause.

25          Keep an eye on that individual.

PITTS - DIRECT

1          (Video played.)

2               MR. MANNING:  Okay.  Pause there.

3     BY MR. MANNING:

4     Q.  What did that individual in the gray jacket and the red hat

5     appear to be doing?

6     A.  He was taking the side of his body and using his weight to

7     push the people in front of him further towards the police line

8     that we had, to move us out of the way.

9     Q.  Now, I'm going to draw your attention here.  Do you see,

10    I've circled an individual almost halfway from the right

11    side -- almost halfway in the middle of the screen, a little

12    bit up from the bottom?

13    A.  Yes, sir.

14    Q.  You see an individual holding a flag there?

15    A.  Yes, sir.

16    Q.  I want to ask you to keep your attention on that individual

17    as we play the next -- we'll play to 2:54 and pause.

18         (Video played.)

19              MR. MANNING:  Can we scroll back frame by frame.

20              Let's go back to 2:49.

21    BY MR. MANNING:

22    Q.  Does that appear to be the same individual that I've

23    circled here at 2:49?

24    A.  Yes, sir.

25    Q.  Keep your eye there as we play until 2:54 and pause.

PITTS - DIRECT

1          (Video played.)

2     Q.  Do you see which direction that individual appeared to be

3     going?

4     A.  He was going the same direction as the crowd that was

5     pushing past the police line.

6     Q.  And do you have any specific recollection of that

7     individual?

8     A.  I do not.

9     Q.  And, roughly, how many rioters do you think you encountered

10    on January 6th?

11    A.  Hundreds.

12    Q.  I want to show grand jury -- Government's Exhibit 207.01.

13          THE COURT:  There's no grand jury here.

14          MR. MANNING:  What's that?

15          We'll go to 4:50 of Government's Exhibit 207.01.  And

16    please play the first three seconds.

17          (Video played.)

18    BY MR. MANNING:

19    Q.  Do you recognize this?

20    A.  Yes, sir.

21    Q.  And do you appear in this video?

22    A.  Yes, sir, I do.

23    Q.  Is it a fair and accurate depiction of what it shows?

24    A.  Yes, sir, it is.

25          MR. MANNING:  We move to admit Government's

PITTS - DIRECT

1   Exhibit 207.01.

2       (Government Exhibit 207.01 received in evidence.)

3           MR. MANNING:  Can we play until 5:04 and pause.

4   BY MR. MANNING:

5   Q.  Do you see yourself here?

6   A.  Yes, sir, I do.

7   Q.  Is this the same scene we've been discussing previously

8   from a different angle?

9   A.  Yes, sir.

10          MR. MANNING:  Can we play until 5:26 and pause.

11      (Video played.)

12  BY MR. MANNING:

13  Q.  Sergeant Pitts, can you describe the formation that the

14  police are in here?

15  A.  There's not really a name for it.  We were just trying to

16  keep the protesters from getting behind us.  So we were trying

17  to take a tactical stance to use our force to kind of meet what

18  they were giving to us and keep them at bay.

19          MR. MANNING:  Can we play until 5:33 and pause.

20      (Video played.)

21          MR. MANNING:  Just frame forward.  Pause there.

22  BY MR. MANNING:

23  Q.  I've drawn a circle in the upper right side.  Is that the

24  back of your head, sir?

25  A.  Yes, sir, it is.

PITTS - DIRECT

1    Q.  I've drawn a second circle here towards the center of the

2    screen.  Do you see an individual in a dark hat there?

3    A.  Yes, sir, I do.

4    Q.  About how far do you estimate that individual is from you?

5    A.  Approximately 10 feet.

6    Q.  At this point, had you already seen the police line fall

7    below?

8    A.  Yes, sir, I did.

9    Q.  Had you seen officers being injured?

10   A.  Yes, sir.

11   Q.  Can you describe what it was like for you in this moment?

12   A.  It became kind of real to me that I knew that this was a

13   losing battle for us here.  But I didn't know how long we were

14   going to be able to hold what we had.  We were just trying to

15   stay safe the whole time.

16   Q.  When you say you were "trying to stay safe," did you have a

17   sense of whether it was unsafe for you in that moment?

18   A.  Any day as a police officer is unsafe, but when this was

19   going on, it was definitely -- we were totally outnumbered in

20   that situation, and at any point, we could kind of be

21   stampeded.

22   Q.  I'm going to clear the circles.  I'd like you to keep your

23   attention on that -- sorry, this individual that I had circled

24   here in the dark hat.  I'm going to ask you to keep your

25   attention there.

PITTS - DIRECT

```
 1            MR. MANNING:  If we can just clip through frame by
 2   frame the next few seconds.
 3   BY MR. MANNING:
 4   Q.  Please keep your attention on that individual, sir.
 5       (Video played.)
 6   Q.  What did that individual appear to do there, sir?
 7   A.  Raise a flag.
 8            MR. MANNING:  Keep going.
 9       (Video played.)
10   BY MR. MANNING:
11   Q.  Did the flag appear to move there, sir?
12   A.  Yes, sir.
13            MR. MANNING:  Can we play it at regular speed until
14   5:50 and pause.
15       (Video played.)
16            MR. MANNING:  We can pause there.  Can we skip ahead
17   to 6:42 along the bottom.
18            Please play until 6:58 along the bottom and pause.
19       (Video played.)
20   BY MR. MANNING:
21   Q.  Is that you in the middle of the screen, Sergeant Pitts?
22   A.  Yes, sir.
23   Q.  In the last minute or so, was that when you lost control of
24   the line that you had been holding?
25   A.  Yes, sir.
```

PITTS - DIRECT

1           MR. MANNING:  Play until the next 12 seconds and
2   pause.
3       (Video played.)
4   BY MR. MANNING:
5   Q.  Circled an individual in front of this doorway here.  Did
6   you see this person gesturing there in the last few seconds?
7   A.  Yes.  Yes.
8   Q.  Do you know what the police were trying to do here?
9   A.  I think they're trying to get more officers to the door.
10  Q.  And was this the door that you previously testified you
11  were trying to keep people away from?
12  A.  Yes, sir.
13          MR. MANNING:  Play it to 7:14 and pause.
14      (Video played.)
15  BY MR. MANNING:
16  Q.  I've drawn an oval on the left side of the screen.  You see
17  a set of steps here, sir?
18  A.  Yes, sir.
19  Q.  Is this just around the bend from that area where you and
20  the other police were trying to hold off that group of rioters?
21  A.  Yes, sir.
22  Q.  Were you also concerned about rioters going up these steps?
23  A.  Yes, sir, I was.
24  Q.  How come?
25  A.  They could throw things at people.  They could have a

PITTS - DIRECT

1   bird's-eye view of what's going on.  Because they're all dirty,

2   I don't know what kind of weapons they have on them.

3   Q.  Can they get to other entrances of the Capitol from up

4   there?

5   A.  Yeah.  They can head more towards the building, and that

6   would lead them to the Upper West Terrace door that we have up

7   there, and then around the sides of the building on the north

8   and the south side where there's doors, and then over to the

9   east plaza where there are more doors.  Additionally, there's

10  windows that line the building in that area.

11         MR. MANNING:  Play until 7:30 and pause.

12     (Video played.)

13  BY MR. MANNING:

14  Q.  Did you see some sort of smoke or gas on the right side of

15  the screen there?

16  A.  Yes, I did.

17  Q.  Do you know what that was?

18  A.  I believe it was pepper balls being fired at the

19  protesters, but I'm not a hundred percent sure.

20  Q.  Are you visible on the stage here?

21  A.  Yes, sir.

22  Q.  Can you circle yourself?

23  A.  (Witness complies.)

24         MR. MANNING:  Sergeant Pitts has circled an individual

25  about a quarter of the way in from the left side of the screen.

PITTS - DIRECT

```
 1   BY MR. MANNING:
 2   Q.  Do you recall what you were trying to do here?
 3   A.  About this time, there was an individual on the Upper West
 4   Terrace who had a fire extinguisher, and he was dangling it
 5   over that area, almost onto the other officers.  So I was
 6   trying to get someone to respond to that area to go and grab
 7   him, so he wouldn't drop the fire extinguisher on an officer.
 8   Q.  How were you trying to get someone to respond?
 9   A.  I was trying to use my radio to get on to get an officer up
10   there to go up there and get that guy with the fire
11   extinguisher, but I wasn't able to get on the radio.
12   Q.  Is it unusual for you to be unable to get on your radio?
13   A.  Yes, sir.
14   Q.  On January 6th, were you often unable to get on the radio?
15   A.  Yes, sir.
16   Q.  And do you know what causes that?
17   A.  On January 6th, there was a lot of 1033s, which are officer
18   in trouble calls, and then areas calling for additional
19   resources to respond.  So they were getting on the radio quick
20   and fast.
21        MR. MANNING:  We can take this exhibit down, please.
22   BY MR. MANNING:
23   Q.  After this group pushed past your police line on the
24   inaugural stage, Sergeant Pitts, where did you go next?
25   A.  I was sprayed with some kind of chemical and I made my way
```

PITTS - DIRECT

1   into the building through the door, which we call the Lower

2   West Terrace door, for decon.

3   Q.  What is "decon"?

4   A.  I had been sprayed with some kind of self-defense spray.

5   So I was trying to wash out the substance from my eyes.

6   Q.  What do you use to do so?

7   A.  Water.  The Architect of the Capitol employees had set up

8   eye-wash stations that they use for chemicals in eyes, and we

9   were using those to wash out -- flush out our eyes of the

10  chemical.

11  Q.  When you were deconning, did you see other officers who

12  were doing so as well?

13  A.  I did.  There was a group of four or five of us in the room

14  at the time.

15  Q.  Was there enough water for everyone?

16  A.  There was not.  There was two eye-wash stations.

17  Q.  Were you sprayed with any form of pepper spray in your

18  training as a Capitol Police officer?

19  A.  Yes, sir.

20  Q.  Have you ever been sprayed since?

21  A.  On January 6th.

22  Q.  I don't want to go into much detail today about your time

23  inside the Capitol on January 6th, but generally, did you see

24  people inside the building who weren't authorized to be there?

25  A.  Yes, sir.

PITTS - DIRECT

1    Q.  Did you try to get them out?

2    A.  Yes, sir.

3    Q.  Could you do so easily or quickly?

4    A.  Not at all.  It took us a few hours to get everybody out of

5    the building.

6    Q.  How come?

7    A.  They weren't listening.  There were so few of us and so

8    many of them.  They were in clusters, so it was hard to make

9    your way through the crowds to get to the last person in that

10   group.

11   Q.  We saw lots of police on the West Front.  Is that right, we

12   saw lots of police on the West Front earlier in your testimony?

13   A.  I'm sorry, what was that?

14   Q.  Did we see a lot of police that were on the West Front

15   earlier in your testimony?

16   A.  Yes, sir.

17   Q.  Could all of those police go inside the building to help

18   you out?

19   A.  They could not.

20   Q.  How come?

21   A.  We went into a building lockdown.  So the doors were locked

22   around the whole complex.  So they couldn't get from outside to

23   inside without possible protesters following in with them.

24   Q.  Were they responsible for those protesters outside?

25   A.  Yes, sir.

PITTS - DIRECT

1  Q.  When you were inside the Capitol, did you ever go to an

2  area known as the House Chamber door?

3  A.  I did.

4  Q.  Can you describe what that is?

5  A.  It's the main entrance that they use for members to go vote

6  on the floor.  You'll see a door in the State of the Unions.

7  The President comes through that door and they announce the

8  President of the United States.

9  Q.  When you went to the House Chamber door on January 6th, did

10 you see rioters there?

11 A.  Yes, sir, I did.

12 Q.  How close were they to the inside of the House Chamber?

13 A.  Only a door was separating them.

14 Q.  Did you see the door itself?

15 A.  Yes, I did.

16 Q.  How did it appear?

17 A.  The glass in the door had been broken out.

18 Q.  At the time, were Members of Congress still inside the

19 House Chamber?

20 A.  Yes, they were.

21 Q.  Was the Capitol Police force itself able to clear those

22 rioters away from that area, or did you have to call in for

23 others?

24 A.  Metropolitan Police Department helped us.

25 Q.  Did you have your police radio with you during the day on

PITTS - CROSS

1    January 6th?

2    A.  Yes, sir.

3    Q.  Do you remember hearing anything in particular over the

4    radio?

5    A.  Lots of 1033s, officer need assistance, additional units

6    needed in certain locations, and then I heard shots fired.

7    Q.  Were you able to come to the assistance of all the officers

8    giving 1033 calls?

9    A.  No, sir, I was not.

10   Q.  And why not?

11   A.  There was too many of them.

12   Q.  In your nearly 20 years of law enforcement, was there ever

13   another day in which you saw so many of your fellow officers in

14   distress?

15   A.  No, sir.

16        MR. MANNING:  Nothing further, Your Honor.

17        THE COURT:  Okay.  You may cross-examine.

18                    CROSS-EXAMINATION

19   BY MR. HOSTETTER:

20   Q.  Good afternoon, Sergeant Pitts.  Thank you for your

21   service.

22   A.  Thank you, sir.

23   Q.  Before I get into kind of going into what the prosecution

24   just talked to you about, there's a section in your written

25   statement that I read that I'm curious about.  It's on Page 4

PITTS - CROSS

1    of 4, and it's the very end of Paragraph 1, where you were

2    having some difficulty communicating with, I believe, Mitch

3    McConnell's staff due to a lack of a codeword.  Does that sound

4    familiar?

5    A.   Yes.

6    Q.   Can you kind of give me an idea of what that was all about,

7    as far as just use of a codeword and your inability to give it

8    to them?

9    A.   They were asking for -- to be escorted out of the building.

10   This was hours later.  And they wouldn't come out of the office

11   unless I gave them the codeword.

12   Q.   Were Capitol Police officers supposed to have some codeword

13   for this to occur?

14   A.   They do.  I'm not privy to the -- at my rank and level, I'm

15   not privy to the codeword.  So I had to have my supervisor

16   respond with to the word to get them out.

17   Q.   So that's not something unusual at all, the codeword?

18   A.   No.

19   Q.   Thank you.

20        There have been widely-circulated videos in the last couple

21   of years now since this occurred that show Capitol Police

22   officers actually opening barricades and waving protesters up

23   and over the stairs and literally pointing them into the

24   building.  Have you seen those videos?

25   A.   No, sir, I have not.

PITTS - CROSS

1    Q.  You've never seen those videos?

2    A.  I don't watch the videos from January 6th.

3    Q.  Is there a particular reason?

4    A.  They're kind of triggering to me, sir, high stress

5    situations.

6    Q.  Okay.

7        Have you heard anybody in your police union, for example,

8    ever discuss the fact that there are widely-circulated videos

9    showing Capitol Police officers waving people into the

10   building?

11   A.  I'm not in a police union, sir.  Supervisors aren't allowed

12   to be in a police union.

13   Q.  How about any of your colleagues or police officers in

14   general?

15   A.  Waving people in?  I've never heard of anybody waving

16   anybody into the building, sir.

17   Q.  No one has ever talked about that, right?  Okay.

18       I'm looking for a video right now.

19       Can I ask you if you've had -- what is your specific

20   training and expertise with defensive tactics?

21   A.  I've been through our basic training with defensive

22   tactics.

23   Q.  Is that academy training, or do you go through that

24   annually?

25   A.  I've been through two different academies.  Technically,

PITTS - CROSS

1    really, like three.  The one for the Department of Corrections,

2    the one through FLETC down in Georgia, and then the defensive

3    tactics that's taught here in Cheltenham, Maryland.

4         MR. HOSTETTER:  Can you please pull up Exhibit 313

5    back to that timestamp 16 minutes, please.

6    BY MR. HOSTETTER:

7    Q.  I want to show you something that occurred that day, and I

8    want to get your expert opinion, if you will, on your view of

9    how this looked to you as far as the use of force incident that

10   occurred that day.

11        You may know that it's my opinion that federal law

12   enforcement staged this entire incident.  That it went off

13   exactly as it was intended to go off.  I know that's considered

14   conspiracy theory talk, but I'm going to ask you some questions

15   related to your direct testimony today that will highlight some

16   of my concerns and why I have this view.

17        MR. HOSTETTER:  So if we could just go to 16-minute

18   timestamp on 313.

19   BY MR. HOSTETTER:

20   Q.  You're going to see an individual come out of the crowd.

21   He ends up kind of on a stage up here, and it looks like he

22   gets pummeled by several officers.  And this incident inflamed

23   the crowd, no doubt.

24        MR. HOSTETTER:  Go ahead, I'm sorry.

25        (Video played.)

PITTS - CROSS

1              MR. HOSTETTER:  Okay.  You can stop it.
2    BY MR. HOSTETTER:
3    Q.  When you observe that police use of force, do you think
4    that was helpful or hurtful to your cause that day?
5    A.  To me, personally?
6    Q.  To all of you.
7    A.  To me, personally, it didn't affect where I was.  It looked
8    like they were resisting arrest, to me.  So you would have to
9    talk to the Metropolitan Police officers on that one.
10   Q.  Okay.  You don't have an opinion on whether or not that use
11   of force was excessive?
12   A.  It didn't look like they were giving up too easy.  So it
13   looked like they were taking the shots that they asked for, the
14   PR-24, and continuing on and trying to grab ahold of police
15   officers.
16   Q.  Okay.  Were you part of any preplanning meetings leading up
17   to the event that dealt with security issues?
18   A.  No.
19   Q.  Were there ever any complaints by anyone that you know
20   personally, maybe your subordinates coming up to you and
21   saying, hey, Sarge, were you aware that maybe a million people
22   were going to show up here on probably one of the most
23   contentious days in U.S. history, that the fate of the nation
24   literally hung in the balance on January 6th, and they left us
25   with 3-foot bike racks?  Did anybody ever complain about that

PITTS - CROSS

1    in your department?

2    A.  On that day?

3    Q.  Any day.

4    A.  Afterwards, yes.  But hindsight is 20/20.  We don't Monday

5    morning quarterback, meaning we don't look back and say what

6    could we -- we do look back and say what could we have done

7    better, but on that time, we had dealt with the George Floyd

8    protest, and the bike racks were what we used, and we never had

9    any people storm the Capitol on that day.

10   Q.  You're aware that regarding the George Floyd protests, that

11   in June of 2020, President Trump was driven into the bunker of

12   the White House, St. John's Church was burned down across the

13   street and 50 Secret Service agents were injured.  Are you

14   aware of that?

15            MR. MARIANO:  Objection, Your Honor, relevance.

16            THE COURT:  Overruled.  It wasn't burned down, but

17   there was a fire.

18            MR. HOSTETTER:  It was on fire?

19            THE COURT:  You can rephrase the question.

20   BY MR. HOSTETTER:

21   Q.  Are you -- you're aware that St. John's Church had been lit

22   on fire as part of that protest.

23   A.  I'm aware that the church was set on fire, yes.

24   Q.  And are you aware that 50 Secret Service agents were

25   injured?

PITTS - CROSS

1    A.  I am not aware of that.

2    Q.  Okay.  Now you are.

3        So we know there was violence across the country.  Many

4    cities burned in the summer of 2020.  People were killed.

5    Businesses destroyed.  The extent of those riots were far more

6    extensive than the three hours of mostly, mostly pushing and

7    shoving going on around the Capitol building that day.

8        Do you think -- let me ask you this question.  Was 8- to

9    10-foot tall unscalable chain link fence installed around the

10   Capitol building within 24 hours after the riot on January 6th

11   occurred?

12   A.  Yes, it was.

13   Q.  Considering what had happened in Washington, D.C. and

14   across the country in June -- well, since May 25th, George

15   Floyd's death, all the way through the summer of 2020, taking

16   that in mind, also considering that the roughly 1 million

17   people that might arrive in Washington, D.C. would consider

18   that the fate of the nation literally hung in the balance that

19   day and that the election was stolen, and many of us, myself

20   included, believe that we are still living under an

21   illegitimate administration after a stolen election --

22            MR. MANNING:  Objection, Your Honor.  The defendant is

23   testifying again.

24            THE COURT:  I'll let you finish the question.  I don't

25   know -- what's the question?

PITTS - CROSS

1   BY MR. HOSTETTER:

2   Q.  The question relating to what I just said, Your Honor, and

3   that the feelings and emotions of the American public in

4   general, at least over half of them, coming to Washington, D.C.

5   that day, the amount of emotion that was involved, literally

6   people thought their country was about to fall.

7       You combine that with all of the violence that occurred in

8   Washington, D.C. and across the country, are you telling me

9   that you don't have any questions as to why that fencing was

10  not installed?  Considering there might have been a mini war in

11  the streets between Trump supporters, Proud Boys, Oath Keepers,

12  et cetera, et cetera, and BLM and Antifa, should they have

13  shown up in large numbers ready to fight?

14  A.  We have never experienced a protest or a riot like we have

15  encountered on that day.  So for me to sit there and say, why

16  wasn't that installed the day before?  I can't comment on it.

17  That's well above my pay grade.  As you may know, I don't make

18  those decisions.

19      In hindsight, do I wish it had been there?  Sure.  I wish a

20  lot of things had happened differently that day.  But I can't

21  live in the past because that would eat me alive doing that,

22  because I know whatever I did that day was the most I could do.

23  So what they could do was on them, but I know what I could do.

24  Q.  I understand.  And if I were in your position, as a

25  sergeant, I'd be thinking to myself, yeah, I rely on my bosses

PITTS - CROSS

```
1   to make these command decisions.  Maybe Chief Sund, maybe
2   Captain Mendoza.
3       What do you think 10,000 additional National Guardsmen
4   might have done for your security efforts had they been
5   accepted that day?
6           MR. MANNING:  Objection, Your Honor.  Permission to
7   approach.
8           THE COURT:  Sustained.
9           THE WITNESS:  Do you want me to answer that?
10          THE COURT:  You don't have to answer it.
11          What's your next question?
12  BY MR. HOSTETTER:
13  Q.  Were many of the 3-foot bike racks disconnected from each
14  other?  It appears in some of the videos that they were.
15  A.  I don't know the exact number that were disconnected or
16  connected.  I know that normally, they are placed together.
17  They're not, like, clamped together, but they have, like, a
18  slot that they slide into, which is pretty easily taken apart
19  if you're lifting them all up.
20  Q.  Do you know that security plan, regarding the fencing and
21  how many officers were involved, where they were stationed,
22  things of that nature, do you know who ultimately was
23  responsible for that plan, the man or woman in charge of that
24  whole security effort?
25  A.  I do not.
```

PITTS - CROSS

1    Q.   Okay.  There was one of the videos that the prosecution

2    showed, and you described this particular -- it was a male

3    police officer.  It looked like he was kind of climbing across

4    the crowd.  He had a big, brown backpack.  I think he was

5    carrying some sort of gas gun that had been broken.  Does that

6    sound familiar?

7    A.   Yes, sir.

8    Q.   Did he come from the protester's side and climb over all of

9    us to get to your side?

10   A.   He was brought into the group of officers that were

11   standing there, because I physically grabbed his backpack and

12   brought him in to us.  But he was, basically, the first line of

13   defense, the first officer at the head of that group of us.

14   And when they did what they did, that's when he retreated back.

15   Q.   So he was there at the front of the line facing the

16   protesters?

17   A.   Yes, sir.

18   Q.   Got you.

19       You used the term "outgunned" as part of your testimony,

20   that you said you felt outgunned?

21   A.   Yes, sir.

22   Q.   Did you see any protesters with any guns that day?

23   A.   Me personally, no.

24            MR. HOSTETTER:  Can you pull up, please,

25   Exhibit 207.01 at about 14:30.

PITTS - CROSS

1          Go ahead and play through for a couple minutes here.

2      (Video played.)

3          MR. HOSTETTER:  Okay, you can stop it here.

4  BY MR. HOSTETTER:

5  Q.  Now, this was -- the prosecutor was showing my picture in

6  that with raising the flag at some point.  But what I found

7  interesting was, were you aware of an extremely high number of

8  professional photographers that were there that day, that

9  appeared to be in strategic locations to make sure they had

10 film angles of just about every aspect of this they possibly

11 could?

12 A.  On that day, no, I was not.

13 Q.  Okay.  So what the conspiracy theorist, like me, tends to

14 find interesting about looking through videos like this is

15 there are two people right behind me that look like they have

16 probably 10- to $20,000 camera lenses there, and I believe they

17 were both wearing masks, which is also another interesting

18 tell, considering Trump supporters, at this time, rarely wore a

19 mask.  There are a high number of people in this crowd wearing

20 masks at this time.

21         MR. HOSTETTER:  And I just wanted to show this for the

22 record, Your Honor, that there does appear to be two

23 professional photographers right in the thick of things, and it

24 would be interesting to know if they were indicted.

25         THE WITNESS:  I'm sorry, was there a question in that?

PITTS - CROSS

1   BY MR. HOSTETTER:

2   Q.  Yes, there was.  I asked you if you were aware of a high

3   number of professional photographers being present that day.

4        There was a widely-viewed video.  There was the hidden

5   Capitol Police videos, basically, that have never been released

6   to the public, are slowly trickling out now and again.  Tucker

7   Carlson showed one of the Q Shaman being escorted around the

8   Capitol, right before he was fired, I believe, the next day

9   after he showed that hidden video.

10       And it appeared as though the Q Shaman, who I know Judge

11  Lamberth is very familiar with -- it appeared he was being

12  escorted around the building.  Nobody was trying to make him

13  leave.  It almost looked like they were showing him where to

14  go, maybe, enter stage left and exit stage right.

15       Did you see any of this kind of activity when you were

16  inside the Capitol building at any time?  Did people seem to be

17  escorting the protesters around, helping them find their way

18  around the Capitol building?

19  A.  I don't know who the Q Shaman is.  So I can't comment on

20  that.  I know we were taking people to the doors to get them

21  out of the building.  So maybe that's what you saw.  It wasn't

22  an escort around the building.  It was an escort out of the

23  building.

24  Q.  And I just want to confirm for the record that, as a man

25  who was there that day, a sergeant with the Capitol Police

PITTS - CROSS

1    department, two and a half years later, you have no idea who

2    the Q Shaman is, the most iconic figure of the entire day,

3    wearing the horns?

4    A.   Oh, the guy with the horns?  Yeah, I know who that is.  But

5    I don't know the name like that.

6    Q.   Okay.  Got it.

7              MR. HOSTETTER:  That's all I have, Your Honor.

8              THE COURT:  Any redirect?

9              MR. MANNING:  No redirect, Your Honor.

10             THE COURT:  All right.  Start your next witness.

11             Thank you, Sergeant.

12             Actually, in light of the hour, since we're going to

13   stop at 4:20, let's stop now for 10 minutes, and then we can go

14   until 4:20.

15       (A recess was taken at 2:58 PM)

16             MS. KENNEY:  Your Honor, I do have an objection to the

17   next witness.

18             THE COURT:  All right.

19             MS. KENNEY:  It's another officer that's basically

20   going to testify to -- about the same thing that we just heard

21   from Pitts.  I think, at this point, it's just not relevant and

22   it's 403.  It would just be a waste of court time at this

23   point.  It's literally the same information from the same area.

24             THE COURT:  Okay.

25             MR. MANNING:  May I respond, Your Honor?

CEK - DIRECT

1           I'll approach.  Your Honor, Sergeant Matthew Cek did,

2    indeed, confront the defendant and co-defendant, Russell

3    Taylor, at that inaugural stage area.  However, we submit this

4    is not prohibitively cumulative under Rule 403.  This will be

5    the last witness who testifies about that encounter.

6           This witness is the witness who pepper sprayed the

7    co-conspirator, Russell Taylor, himself.  He had a direct

8    exchange with these rioters.  This is one of the most critical

9    parts of our proof on both the 1752 charges and the 1512

10   charges.

11          THE COURT:  The objection is overruled.

12          MR. MANNING:  Thank you.

13          THE COURT:  You may proceed.

14                    SERGEANT MATTHEW CEK,

15   having been first duly sworn on oath, was examined and

16   testified as follows:

17                    DIRECT EXAMINATION

18   BY MR. MANNING:

19   Q.  Good afternoon.

20   A.  Good afternoon, sir.

21   Q.  Please state and spell your name for the record.

22   A.  Matthew Cek, M-A-T-T-H-E-W, C-E-K.

23   Q.  Where do you work?

24   A.  I work for the Metropolitan Police Department, Washington,

25   D.C.

CEK - DIRECT

1    Q.  How long have you worked with MPD?

2    A.  Since 2011.

3    Q.  What's your rank?

4    A.  I'm a sergeant.

5    Q.  Were you a sergeant on January 6, 2021?

6    A.  I was.

7    Q.  Can we both use January 6th as shorthand for

8    January 6, 2021?

9    A.  Yes.

10   Q.  What are your day-to-day responsibilities?

11   A.  I'm a patrol supervisor in the 6th District, supervising

12   patrol officers on the midnight shift.

13   Q.  Is the 6th District a particularly violent district in the

14   city?

15   A.  I would call it probably the most violent district in the

16   city.

17   Q.  Are you also assigned to a Civil Disturbance Unit?

18   A.  I am.

19   Q.  Does that sometimes go by the acronym CDU?

20   A.  Yes.

21   Q.  What is the mission of a Civil Disturbance Unit or CDU?

22   A.  We respond to various large gatherings, First Amendment

23   assemblies, protests, any events where crowd control my be

24   needed, whether it's a peaceful or a non-peaceful crowd.

25   Q.  How long have you been assigned to CDU?

CEK - DIRECT

1   A.  I'm been on a CDU platoon my whole career.

2   Q.  Have you received CDU training?

3   A.  Yes.

4   Q.  How often?

5   A.  Twice a year.

6   Q.  Very generally, what does that include?

7   A.  Going over different CDU formations for crowd control, the

8   use of various less than lethal munitions, pepper spray, gas,

9   extended impact weapons and the like.

10  Q.  During 2020, did you do a lot of CDU work?

11  A.  Yes, I did.

12  Q.  Did you work the protest in the summer of 2020?

13  A.  Yes.

14  Q.  Did you work on January 6th?

15  A.  I did.

16  Q.  We'll go into more detail but, generally speaking, how did

17  January 6th compare to any CDU work you had done?

18  A.  It was definitely the worst, most violent one I've ever

19  worked.

20  Q.  So on January 6th, did you work that day?

21  A.  I did.

22  Q.  When you started your workday, where were you stationed?

23  A.  We were stationed along Pennsylvania Avenue.  Didn't have

24  any specific task at the time.  We were just staged as a

25  response platoon in case we were needed.

CEK - DIRECT

1    Q.  At some point, did you leave that area?

2    A.  Yes, we did.

3    Q.  How come?

4    A.  We were called to the West Front of the Capitol building

5    due to a large crowd that was forming.

6    Q.  At approximately what time did you go to the Capitol?

7    A.  Approximately 1:00 p.m.

8    Q.  What side of the Capitol did you go to?

9    A.  The West Front of the Capitol.

10   Q.  What did you notice when can you got there?

11   A.  There was a large crowd that looked like it was continuing

12   to grow along the barriers that were set up by Capitol Police.

13   Q.  Did you observe anything about what people in the crowd

14   were wearing?

15   A.  Various American flag apparel, Trump apparel, a large

16   amount of people wearing various military apparel, ballistic

17   helmets, ballistic vests, camouflage outfits and the like.

18   Q.  Had you ever seen so many people in a crowd wearing

19   ballistic and tactical items like you described?

20   A.  No, I hadn't.

21   Q.  What impact did that have on you?

22   A.  It was definitely concerning.  We didn't know if they were

23   former military with specific military-type training, wannabe

24   military.  Didn't know what kind of weapons they may have.

25   Definitely a cause for concern.

CEK - DIRECT

1   Q.  Did you see individuals in the crowd wearing backpacks?

2   A.  Yes.

3   Q.  Did the backpacks cause any concern?

4   A.  Yeah.  You don't know what's in it and backpacks on a

5   hostile, angry crowd is never usually a good thing.

6   Q.  Did you spend a lot of time on the West Front?

7   A.  Yes.

8   Q.  More than an hour?

9   A.  Yes.

10   Q.  Were you wearing a gas mask on January 6th?

11   A.  No, I was not.

12   Q.  Did you observe anything about the smell when you got to

13   the West Front?

14   A.  Yeah.  It was a strong smell of pepper spray, initially.

15   Tear gas, eventually.  And then the whole time I was there,

16   there was a smell in the air, sensation of pepper spray.

17   Q.  Were you, yourself, sprayed with any chemical irritants?

18   A.  I was.

19   Q.  Had you been sprayed as part of your training?

20   A.  Yes.

21   Q.  Had you ever been sprayed since?

22   A.  No, not until that day.

23   Q.  So when you got to the West Front, what were the police

24   there trying to do?

25   A.  Keep the crowd that was there behind the barriers that were

CEK - DIRECT

1    set up by the Capitol Police.  There was some pushing and

2    pulling, initially.  It just went downhill from there as time

3    went on.

4    Q.  Did you observe the police using any particular tools or

5    tactics to try the keep people from the building?

6    A.  Yeah.  They were using a loudspeaker to address the crowd,

7    saying they could be subject to arrest if they continued their

8    behavior, and to stay behind the barriers.

9    Q.  Any other tools besides the loudspeaker?

10   A.  Yeah.  I mean, crowd control agents, pepper spray, gas,

11   munitions.

12   Q.  Were you wearing body-worn camera on January 6th?

13   A.  I was.

14   Q.  Was your camera working properly that day?

15   A.  Yes.

16        MR. MANNING:  I'd like to bring up what's been marked

17   as Government Exhibit 208.01.

18   BY MR. MANNING:

19   Q.  Do you recognize this?

20   A.  I do.

21   Q.  What is it?

22   A.  It's West Front of the Capitol, my body-worn camera

23   footage.

24   Q.  Have you previously reviewed your body-worn camera footage?

25   A.  Yes.

CEK - DIRECT

1  Q.  Does the clip here fairly and accurately represent what it

2  shows?

3  A.  It does.

4         MR. MANNING:  Move to admit Government's

5  Exhibit 208.01.

6         THE COURT:  I'm sorry, the number again?

7         MR. MANNING:  208.01.

8         THE COURT:  All right.  It's received.

9      (Government Exhibit 208.01 received in evidence.)

10        MR. MARIANO:  Received.  Thank you.

11 BY MR. MANNING:

12 Q.  Do you see the timestamp in the upper right corner there?

13 A.  Yes.

14 Q.  So during the testimony, when I instruct at which points to

15 pause the video, I'll be referencing the time of day as shown

16 here.  What time and date does this show now?

17 A.  2:00 p.m.

18 Q.  On what date?

19 A.  January 6, 2021.

20 Q.  You testified at the outset, this is the West Front of the

21 Capitol.  So where's the Capitol building in relation to the

22 police that we see here?

23 A.  It's behind them.

24 Q.  At this point, is the police line holding?

25 A.  Yes.

CEK - DIRECT

1              MR. MANNING:  Skip ahead to 14:01:07.

2              Please play until 14:01:29 and pause.

3         (Video played.)

4    BY MR. MANNING:

5    Q.   Did you see police officers there holding their eyes?

6    A.   Yes.

7    Q.   Do you know why they were doing that?

8    A.   They were sprayed by pepper spray.

9    Q.   And did you experience those effects in your eyes as well?

10   A.   Yes, I did.

11             MR. MANNING:  Play until 14:01:49 and pause.

12        (Video played.)

13   BY MR. MANNING:

14   Q.   Did you hear that sound?

15   A.   Yes.

16   Q.   What was that?

17   A.   I believe it was a munition fired by either MPD or Capitol

18   Police, tear gas.

19   Q.   Is that a type of munition that's particularly used for its

20   sound?

21   A.   Sound and what it projects, the gas or the pepper spray.

22   Q.   What's it like to hear that sound?

23   A.   It's definitely loud in person.  You hear it.

24             MR. MANNING:  Can we play until 14:20:32 and pause.

25        (Video played.)

CEK - DIRECT

```
 1   BY MR. MANNING:
 2   Q.  I've drawn an oval in the upper right quadrant of the
 3   screen.  At this point, have any members of this crowd made it
 4   up to this stage area?
 5   A.  No, not at that point.
 6   Q.  Do you see two police officers that are standing on the
 7   rails next to the stairway on the left side of the screen?
 8   A.  Yes.
 9   Q.  I've drawn two circles on the center left side of the
10   screen.  Based on your CDU training, do you know why police
11   position themselves there?
12   A.  Yeah.  To get a better view of the crowd and also to watch
13   the steps that go up to that next level.
14   Q.  And when you were part of the police down here were you
15   trying to prevent people from getting up to that next level?
16   A.  Yes.
17   Q.  Do you know what the structure is with this white sheeting
18   over it on the left side of the screen?
19   A.  It looks like some temporary scaffolding that was set up
20   for the inauguration, bleacher seating.
21           MR. MANNING:  Skip ahead to 14:04:53.
22           That's okay.  We can play it from there.  Why don't we
23   play it from here until 14:05:07.
24       (Video played.)
25   BY MR. MANNING:
```

CEK - DIRECT

1    Q.   Did the camera appear to speed up there?

2    A.   Yes.

3    Q.   Why did that happen?

4    A.   So there was a disturbance over on that end of the Capitol.

5    It seems like the members of the crowd started to pull the bike

6    racks.  So I ran over there to assist.

7    Q.   Did you say you ran over there?

8    A.   Yeah.

9    Q.   On the video, do we hear you say something as you were

10   running over?

11   A.   "Back up," to the crowd.

12   Q.   On the West Front on January 6th, did you frequently hear

13   police giving instructions to back up?

14   A.   Yes, frequently.

15   Q.   And did you frequently give those instructions?

16   A.   Yes.

17          MR. MANNING:  Skip ahead to 14:06:00 and play to

18   14:06:45.

19   BY MR. MANNING:

20   Q.   Sergeant Cek, what were you doing there?

21   A.   I had just taken some pepper spray.  I was trying to rinse

22   my eyes out with water and rub my eyes so I could somewhat see

23   again.

24   Q.   Could you describe what you were feeling at this time?

25   A.   Very painful, burning sensation, watery eyes, sort of a

CEK - DIRECT

1    choking sensation in my throat.

2    Q.  Did you stay on the West Front?

3    A.  I did.

4         MR. MANNING:  Can we skip ahead to 14:07:45 and play

5    for 21 seconds, pausing at 14:08:06.

6       (Video played.)

7    BY MR. MANNING:

8    Q.  Did you hear some sort of sound system there?

9    A.  Yes.

10   Q.  What is that?

11   A.  It's called an LRAD.  It's a loudspeaker used to give

12   instructions to a large crowd in a loud environment.

13   Q.  What was it announcing there?

14   A.  Failure to follow the orders of the police could subject

15   the individuals to arrest.

16   Q.  And what had you just done in those last few moments?

17   A.  I ran back over to the other side of the Capitol for

18   another disturbance on the opposite end with the crowd.

19        MR. MANNING:  Please play to 14:08:55 and pause.

20       (Video played.)

21   BY MR. MANNING:

22   Q.  Sergeant Cek, I've drawn three green circles on the lower

23   left quadrant of the screen.  Do you see what's inside those

24   circles?

25   A.  Water bottles.

CEK - DIRECT

1    Q.  Do you recall seeing a lot of water bottles on the ground

2    on January 6th?

3    A.  Yes, I do.

4    Q.  Do you know why there were water bottles on the ground at

5    this time?

6    A.  They were used for the officers on scene to rinse their

7    eyes out from the pepper spray, drink from when they got

8    exposure to gas, helped them regain their sight.

9        MR. MANNING:  Skip ahead to 14:12:20.  Please play

10   20 seconds and pause at 14:12:40.

11       (Video played.)

12   BY MR. MANNING:

13   Q.  Do you see that group of police officers walking past you?

14   A.  Yes.

15   Q.  Where were they headed?

16   A.  Up the stairs to the next level to get some medical aid.

17   Q.  To get some what?

18   A.  Medical aid.

19   Q.  Medical aid?

20   A.  Yeah.

21       MR. MANNING:  Play from here until 14:13:49 and pause.

22       MS. KENNEY:  Your Honor, I'm sorry.  For the record, I

23   want to lodge an objection in regards to all of this footage.

24   I thought the proffer was when this officer actually had

25   contact or was in the general area of Mr. Taylor.

```
 1              THE COURT:  It's overruled.
 2         (Video played.)
 3    BY MR. MANNING:
 4    Q.  Sergeant Cek, where were you taking that female officer?
 5    A.  Up to the door that goes inside the Capitol where they were
 6    treating officers.
 7    Q.  And in which direction are you headed now?
 8    A.  Back down to the level below on the West Front.
 9    Q.  Were you in pain yourself at this time?
10    A.  Yes.
11    Q.  Why did you head back down?
12    A.  I mean, I was in pain, but I wasn't in that much pain that
13    I felt like I needed to tap out.  The crowd was growing and
14    getting more agitated by the minute, and we needed everyone
15    down there that we would spare.
16    Q.  Can you read the timestamp in the upper right?
17    A.  2:13 p.m.
18              MR. MANNING:  Please play, and I'll ask you to pause.
19         (Video played.)
20              MR. MANNING:  Actually, pause here.
21    BY MR. MANNING:
22    Q.  This stairway that we're in now, at this time, had any
23    members of the crowd been using this stairway?
24    A.  No.
25    Q.  So is it just police that are using the stairway?
```

CEK - DIRECT

1    A.  Yes, that's correct.

2         MR. MANNING:  Please play a few more seconds, and I'll

3    ask you to pause.

4         Pause.  Go back a second.  That's fine.

5    BY MR. MANNING:

6    Q.  I'm drawing a circle in the center of the screen.  You see

7    the red markings there?

8    A.  I do.

9    Q.  Do you know what that is?

10        MS. KENNEY:  Your Honor, I'm going to object in

11   regards to relevance, and this would be calling for speculation

12   unless some type of testing was done on whatever the substance

13   is.  This is going way beyond what the proffer was.

14        THE COURT:  Overruled.

15        THE WITNESS:  It appears to be blood.

16        MS. KENNEY:  I would object as to calls for

17   speculation, lacks foundation, and move to strike.

18        THE COURT:  Overruled.

19   BY MR. MANNING:

20   Q.  As police officer in your district, have you seen a lot of

21   blood, Sergeant?

22   A.  I have.

23        MR. MANNING:  Could we play until 14:14:12 and pause.

24        (Video played.)

25

CEK - DIRECT

1    BY MR. MANNING:

2    Q.  Drawing an oval on the right side of the screen.

3        Sergeant Cek, do you see a stairway in the middle of the

4    circle I've drawn?

5    A.  Yes.

6    Q.  What's the time here?

7    A.  2:14 p.m.

8    Q.  And at this point, have any members of the crowd made their

9    way onto that stairwell at 2:14 p.m.?

10   A.  It appears one or two may have started to.

11   Q.  And from your time on the West Front, had the police been

12   trying to prevent people from getting up there?

13   A.  Yes.

14        MR. MANNING:  Please play until 14:14:56 and pause.

15        (Video played.)

16   BY MR. MANNING:

17   Q.  Sir, what are you trying to do here with your hands in

18   front of you?

19   A.  Trying to keep the crowd back from coming through the

20   barrier that's right there.  They started pulling at the

21   barriers, trying to pull them down, and we were trying to push

22   forward to try to keep them back.

23        MR. MANNING:  Play until 14:15:19 and pause.

24        (Video played.)

25   BY MR. MANNING:

CEK - DIRECT

1    Q.  What happened here?

2    A.  Sergeant Morris got struck in the eye with a piece of a

3    metal pole.

4    Q.  Did you see that happen?

5    A.  Yes.

6    Q.  What did you do next?

7    A.  I walked back with him to make sure he knew where to go if

8    he needed more medical aid.

9    Q.  Then where did you go next?

10   A.  Back to the crowd, I believe.

11          MR. MANNING:  Skip ahead to 16:06 and pause.  I'm

12   sorry, 14:16:06.

13          Go ahead two seconds.  You can go frame by frame.

14   Keep going.

15       (Video played.)

16          MR. MANNING:  Keep going.

17       (Video played.)

18          MR. MANNING:  Okay, pause.

19   BY MR. MANNING:

20   Q.  What time is it now?

21   A.  2:16 p.m.

22   Q.  I'm drawing a circle on the right side of the screen.  Do

23   you see that same stairway I was asking about earlier?

24   A.  Yes.

25   Q.  And how does the number of people at 2:16 compare to the

CEK - DIRECT

1  number of people we saw there a few minutes ago?

2  A.  The number has grown.

3  Q.  Is that a problem for you, that there are now increasing

4  numbers of people on the stairwell?

5  A.  Yes.

6  Q.  How come?

7  A.  They're getting above us, which they have an advantage over

8  us, being above us.  If they're going to throw objects, it's

9  not a good position for us to be in.  And they're also getting

10  to the next level of the Capitol, which has entrances into the

11  building itself.

12        MR. MANNING:  Can we skip to 14:17:40.

13        Play it for the next 10 seconds and pause, please.

14    (Video played.)

15  BY MR. MANNING:

16  Q.  What were you doing there?

17  A.  I was moving pieces of the metal scaffolding, construction

18  material away from the crowd so it couldn't be used against us.

19  Q.  Do you know how those pieces of scaffolding had gotten

20  there?

21  A.  They were thrown at us by people in the crowd.

22        MR. MANNING:  Please skip to 14:20:20.

23        Play it for 20 seconds and pause.

24    (Video played.)

25  BY MR. MANNING:

CEK - DIRECT

1    Q.  What time is it now?

2    A.  2:20 p.m.

3    Q.  What caused you to run towards the stairs here?

4    A.  Again, noticed another disturbance with the crowd up there.

5    Saw some other objects come flying off the top.

6    Q.  On the West Plaza on the afternoon of January 6th, what

7    types of objects did you see -- you said "come flying" is your

8    term?

9    A.  Pieces of wood, pieces of metal, fire extinguisher at some

10   point.  Pretty much anything that could be picked up and thrown

11   was thrown at us.

12   Q.  Did you see people throwing things?

13   A.  Yes.

14   Q.  Were they police or were they others?

15   A.  People in the crowd.

16   Q.  Which direction were they throwing them from what you saw?

17   A.  To the police, at the police.

18          MR. MANNING:  Skip ahead to 14:26:20.

19          Play 10 seconds and pause.

20      (Video played.)

21   BY MR. MANNING:

22   Q.  Which direction are you headed here?

23   A.  Towards the stairwell that goes up to the next level of the

24   Capitol.

25          MR. MANNING:  We're going to play for the next

1  45 seconds and pause at 14:27:05.

2      (Video played.)

3  BY MR. MANNING:

4  Q.  Sergeant Cek, do you know who that individual in the stairs

5  there is?

6  A.  Yeah.  It's Captain Harrington.

7  Q.  How long have you known him?

8  A.  My whole career.

9  Q.  Have you ever seen him like that?

10  A.  No.

11      MR. MANNING:  Play until 14:27:50 and pause.

12      (Video played.)

13  BY MR. MANNING:

14  Q.  Is it now 2:27 p.m.?

15  A.  Yes.

16  Q.  On this stage area that I've circled in the middle of the

17  screen here, are there any rioters yet on the stage area?

18  A.  No.

19      MR. MANNING:  Play to 14:28:30 and pause.

20      (Video played.)

21  BY MR. MANNING:

22  Q.  Why didn't you seek medical attention at this point,

23  Sergeant Cek?

24  A.  I was exposed to some gas there.  I knew it would wear off

25  in a somewhat short amount of time.  So I just wanted to get

CEK - DIRECT

1   some fresh air and catch my breath again, and I was still good

2   to go.

3   Q.  You describe yourself as being "good to go."  Can you

4   explain what you mean by that?

5   A.  I wasn't to the point that I thought I couldn't be of any

6   use.  I wanted to catch my breath and get back and help out as

7   best I could.

8           MR. MANNING:  Skip to 14:31:20.

9           Please play for 30 seconds and pause at 14:31:50.

10      (Video played.)

11  BY MR. MANNING:

12  Q.  Could you describe what you did there?

13  A.  I was yelling "get back" at members of the crowd.  They

14  were trying to come over that little concrete railing area

15  there on to the stage part of the Capitol.

16  Q.  Up until that point, had the police been able the keep the

17  rioters from crossing that point there?

18  A.  Yes.

19  Q.  Yes?

20  A.  Yes.

21  Q.  Did the rioters comply with your command to get back?

22  A.  Some did.  Some didn't.  Some got back for a little bit and

23  then tried again.

24  Q.  Why was it important for you to keep rioters away from this

25  area specifically?

1  A.  Because they were getting closer to an entrance that takes

2  them directly inside the Capitol building, and wanted to keep

3  them as far back and as far away from that as possible.

4  Q.  Did you believe there were members of Congress inside the

5  Capitol at the time?

6  A.  Yes.

7        MR. MANNING:  Please play 10 seconds and pause.

8    (Video played.)

9  BY MR. MANNING:

10  Q.  Did you deploy your spray at that point?

11  A.  Yes, I did.

12  Q.  How come?

13  A.  They weren't following instructions to get back.  They kept

14  coming towards, trying to come over onto the stage area.

15  Q.  I've drawn a circle in the middle of the screen.  Do you

16  see the individual there in the gray jacket?

17  A.  Yes.

18  Q.  Was that one of the individuals who wasn't following

19  instructions to get back?

20  A.  Yes.

21  Q.  Did you hear correctly that someone in this video said

22  something along the lines of "go over right now"?

23  A.  Yes.

24  Q.  Was that you?

25  A.  I believe so, yeah.

CEK - DIRECT

1  Q.  Did you expect that you would be able to keep these rioters

2  off the stage forever?

3  A.  No, definitely not.

4  Q.  Why not?

5  A.  We were just outnumbered, and they were determined.

6        MR. MANNING:  Play to 14:32:15 and pause.

7      (Video played.)

8  BY MR. MANNING:

9  Q.  Do you recognize the officer with no helmet and a bright

10  yellow jacket in front of you here?

11  A.  Yes.

12  Q.  Is that the same officer that we saw -- who is he?

13  A.  Captain Harrington.

14  Q.  Is he the same officer we saw on the ground in the

15  stairwell a few minutes ago?

16  A.  Yes.

17        MR. MANNING:  Play to 14:32:33 and pause.

18      (Video played.)

19        MR. MANNING:  Please go forward a few frames.

20      (Video played.)

21        MR. MANNING:  Pause.

22  BY MR. MANNING:

23  Q.  Sergeant Cek, you see an individual here in the red hat and

24  blue sweatshirt with his arms outstretched?

25  A.  Yes.

CEK - DIRECT

1  Q.  Lower right side of the screen.  What was he doing?

2  A.  Trying to excite the crowd, amp them up.

3  Q.  Did you see other rioters engage in that kind of behavior

4  of amping up the crowd, as you put it?

5  A.  Yes, many of them.

6  Q.  Generally, what effect did that have on your ability to

7  control the crowd?

8  A.  It didn't help.  It just made the crowd more hostile, more

9  agitated and more determined to keep pushing forward.

10         MR. MANNING:  Go back to 14:32:02 and hold it there.

11  Maybe go back to 14:32:01 and we'll click forward.

12         Just click forward, frame forward.

13     (Video played.)

14         MR. MANNING:  I'm sorry, 14:33:01.  I'm a minute

15  behind, 14:33:01.

16         If we could frame forward from there, please.

17     (Video played.)

18         MR. MANNING:  Pause.

19  BY MR. MANNING:

20  Q.  What time is it now?

21  A.  2:33 p.m.

22  Q.  I'm drawing a circle across the center right side of the

23  screen.  Do you see an individual there with a sort of gray

24  backpack and holding a flag?

25  A.  Yes.

CEK - DIRECT

1   Q.  Was it a concern for you now that members of the crowd or

2   these rioters are going up these steps?

3   A.  Yes, very much so.

4   Q.  How come.

5   A.  Again, they were getting above us and they were getting

6   closer to entrances of the building itself.

7   Q.  At this point, could you stop the man I've circled from

8   going where he was going?

9   A.  No.

10  Q.  Why not?

11  A.  There just weren't enough of us to do it.

12  Q.  If you had an infinite number of police officers with you,

13  how many of the people on the stage would you have arrested?

14  A.  Every single one of them.

15          MR. MANNING:  Skip to 14:36:15 and hold it there.

16          Frame forward, please.

17      (Video played.)

18          MR. MANNING:  Pause.

19  BY MR. MANNING:

20  Q.  Drawing a circle in the lower right side of the screen.

21      Sergeant Cek, do you see a woman wearing black clothing

22  there?

23  A.  Yes.

24  Q.  I'm going to ask you to focus on her and what she says as

25  we play the next clip.

CEK - DIRECT

1              MR. MANNING:  If we could play nine seconds and pause
2      at 14:36:34.
3          (Video played.)
4      BY MR. MANNING:
5      Q.  What did that woman ask you?
6      A.  She asked if we were told to stand down.
7      Q.  What did you tell her?
8      A.  I said:  What?  No.
9      Q.  Were you going to stand down and let the crowd come into
10     the Capitol on January 6th?
11     A.  I'm sorry, repeat.
12     Q.  Were you willing to stand down and let this crowd advance
13     on the Capitol on January 6th?
14     A.  No, definitely not.
15     Q.  On January 6th, did you see any of your fellow officers
16     standing down and allowing the crowd to advance on the Capitol?
17     A.  No.
18              MR. MANNING:  I'd like to bring up what's been marked
19     as Government's Exhibit 212.01.  Please skip ahead to 14:31:32
20     and hold it there.
21          (Video played.)
22              MR. MANNING:  Freeze there.  Thank you.
23     BY MR. MANNING:
24     Q.  Sir, are you on the screen here?
25     A.  I am, yes.

CEK - DIRECT

1   Q.  Can you describe where?

2   A.  On the left-hand side of the screen.

3   Q.  What are you wearing?

4   A.  My MPD uniform and my mountain bike helmet.

5   Q.  Have you reviewed this video clip previously?

6   A.  Yes.

7   Q.  Is it a clip of the body-worn camera footage of another MPD

8   officer?

9   A.  Yes, it is.

10  Q.  And you appear in it?

11  A.  Yes, I do.

12  Q.  Does it fairly and accurately represent what it shows?

13  A.  Yes.

14          MR. MANNING:  Move to admit Government's

15  Exhibit 212.01.

16          THE COURT:  Received.

17      (Government Exhibit 212.01 received in evidence.)

18  BY MR. MANNING:

19  Q.  Is this the same place on the inaugural stage where we saw

20  you in your own BWC footage previously?

21  A.  Yes.

22  Q.  Can you read the timestamp in the upper right corner?

23  A.  2:31 p.m.

24          MR. MANNING:  Please play until 14:31:53 and pause.

25      (Video played.)

CEK - DIRECT

1  BY MR. MANNING:

2  Q.  Are you on the screen here, sir?

3  A.  Yes.

4  Q.  Can you indicate where you are -- can you draw a circle

5  where you are, sorry.

6  A.  (Witness complies.)

7         MR. MANNING:  The witness has drawn a circle, an

8  individual wearing black, about a third of the way in from the

9  left side of the screen.

10 BY MR. MANNING:

11 Q.  Do you see the individual that I've circled in the center

12 of the screen?

13 A.  Yes.

14 Q.  Is that the same individual that we saw you deploying your

15 pepper spray on in the last video clip?

16 A.  Yes, it was.

17 Q.  Was this the same incident from a different angle?

18 A.  Yes.

19 Q.  In addition to yourself, did another officer deploy pepper

20 spray at this time?

21 A.  Yes.

22 Q.  Can you indicate who that is?

23 A.  Yeah, it's this female officer here.

24 Q.  And the officer who's video we're watching, what does he

25 appear to be holding?

CEK - DIRECT

1    A.   A large can of pepper spray.

2    Q.   Can you circle that as well?

3    A.   Yeah.

4        (Witness complies.)

5            MR. MANNING:  Please play until 14:32:06 and pause.

6        (Video played.)

7    BY MR. MANNING:

8    Q.   I've drawn a circle in the center of the screen towards the

9    bottom.

10       Sergeant Cek, do you see this group of people that I've

11   circled here?

12   A.   Yes.

13   Q.   To all the people in that group, were you doing everything

14   you reasonably could to try to keep them from advancing onto

15   the stage?

16   A.   Yes.

17           MR. MANNING:  Play until 14:32:22 and pause.

18       (Video played.)

19   BY MR. MANNING:

20   Q.   Do you recognize that sound, Sergeant Cek?

21   A.   Yes.

22   Q.   What was that?

23   A.   That was a loud siren-type sound.

24           MR. MANNING:  Nothing further, Your Honor.

25           THE COURT:  All right.  You may cross-examine,

```
1    Mr. Hostetter.
2            MR. MARIANO:  Your Honor, may I just raise something?
3    I think both sides have been more efficient than I anticipated.
4    Our next witness, we were preparing for tomorrow morning.  I
5    just wanted to ask, if we ended early, is that okay with the
6    Court or should we try --
7            THE COURT:  I won't cry if we end early.
8            MR. MARIANO:  Okay.  Thank you very much, Your Honor.
9            MR. HOSTETTER:  I'm going to try to add to the good
10   feelings right now, because I have one simple question.
11                          CROSS-EXAMINATION
12   BY MR. HOSTETTER:
13   Q.  And thank you, Sergeant Cek.  Thank you for your service
14   and thank you for your appearance today.  I just have one
15   question for you, and it comes directly from the question the
16   prosecution just asked you.
17       They asked you -- and tell me if you remember saying this.
18   It was very recent in your testimony.  If you had an infinite
19   number of police officers, could you have stopped them?  And
20   you replied yes; is that correct?
21   A.  Correct.
22   Q.  How about the 10,000 National Guardsmen that were offered
23   to your organization to assist in that day and they were
24   rejected?  Do you think a division-level strength in the
25   military, 10,000, would have helped you?
```

CEK - CROSS

1    A.  Possibly.

2            MR. HOSTETTER:  Okay.  That's all I have.  Thank you.

3            THE COURT:  You can step down.

4            You're out of witnesses?  Okay.  Let's talk about the

5    schedule, then, for what your lineup is of remaining witnesses.

6            MR. MARIANO:  Your Honor, we have two additional

7    witnesses that we anticipate.  Officer Niewenhous and Special

8    Agent Jessica Salo, and we anticipate --

9            THE COURT:  I'm sorry, New --

10            MR. MARIANO:  Niewenhous.

11            THE COURT:  Okay.

12            MR. MARIANO:  And Special Agent Salo.

13            THE COURT:  Okay.

14            MS. KENNEY:  Your Honor, I would just ask for an offer

15    of proof as to Niewenhous.  I understand why Ms. Salo is being

16    called, but Niewenhous, again, it's a 403 issue.

17            THE COURT:  Okay.

18            MR. MARIANO:  Officer Niewenhous is going to testify

19    specifically regarding moments between 4:20 p.m. and 4:40 p.m.,

20    when Mr. Hostetter and Mr. Taylor were removed from the Upper

21    West Terrace.

22            THE COURT:  All right.  And that's all you expect to

23    call, and then you're going to rest?

24            MR. MARIANO:  Yes, Your Honor.

25            THE COURT:  Okay.  So you may rest by noon?

```
1              MR. MARIANO:  I don't expect that it will be by noon,
2       but I certainly expect that it will be tomorrow.
3              THE COURT:  Okay.  I don't know what Salo has.  Okay.
4       Oh, Salo did the investigation.  Okay.
5              MR. MARIANO:  Yes, Your Honor.
6              THE COURT:  All right.  And then, I assume, there will
7       be a defense motion at the end of the Government's case, and
8       then we'll have -- the defendant expects to testify.  So that
9       will at least go through the following day.
10             I don't know how long you're expecting to -- just, to
11      give me a preview, how long are you expecting your testimony to
12      be?  A day?
13             MR. HOSTETTER:  I think that would be safe, I think,
14      sir.
15             THE COURT:  All right.  Anything else y'all want to
16      raise today?
17             MR. MARIANO:  Nothing for the United States.
18             MS. KENNEY:  Just, Your Honor, for scheduling, the
19      last hearing I asked the Court how many court days, and the
20      Court indicated five.  So I had made my travel plans
21      accordingly.  My dad's 80th birthday is on Friday.  So I just
22      wanted to --
23             THE COURT:  It sounds like we're on track.
24             MS. KENNEY:  Okay.
25             THE COURT:  All right.  The Court will be in recess.
```

1        (Proceedings concluded at 3:50 PM)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns              Date: July 26, 2023

Stacy Johns, RPR
Official Court Reporter

**BY MR. HOSTETTER:**
**[25]** 38/8 41/2 42/25
43/5 45/16 52/19 53/17
54/15 56/13 57/22
58/11 61/24 65/3 69/5
92/9 131/19 134/6
134/19 135/2 136/20
138/1 139/12 141/4
142/1 172/12
**BY MR. MANNING:**
**[145]** 5/24 6/6 6/18 7/7
7/13 7/25 8/10 9/8 9/22
10/12 11/16 11/24
12/11 12/18 13/1 13/9
15/6 15/15 16/4 16/18
17/7 17/25 18/9 18/16
19/3 19/15 19/24 20/15
20/22 21/21 22/10
22/23 25/7 25/24 26/7
27/3 27/16 28/5 28/12
29/2 29/15 30/4 31/15
31/22 32/5 32/18 33/1
34/8 35/5 35/22 36/12
36/23 65/21 67/8 68/10
71/8 74/5 74/19 75/15
75/24 76/20 84/7 85/2
85/7 87/22 88/8 89/11
90/24 91/19 94/2 97/1
97/10 100/24 101/10
105/6 106/4 106/11
108/22 109/16 110/5
111/13 111/24 113/16
114/10 114/23 115/6
115/13 116/14 118/13
119/19 120/3 120/21
121/18 122/4 122/12
122/22 124/3 124/10
124/20 125/4 125/15
126/13 127/1 127/22
144/18 149/18 150/11
151/4 151/13 152/1
152/25 153/19 154/7
154/21 155/12 156/3
156/21 157/5 157/19
157/25 158/16 158/25
159/19 160/15 160/25
161/21 162/3 162/13
162/21 163/11 164/9
165/8 165/22 166/19
167/19 168/4 168/23
169/18 170/1 170/10
171/7 171/19
**DEPUTY CLERK: [1]**
5/2
**MR. HOSTETTER: [37]**
5/10 41/1 43/2 43/4
45/9 45/14 52/15 52/18
53/14 54/13 56/1 56/6
56/9 56/11 57/16 57/21
61/11 61/17 61/21
61/23 65/2 65/17 69/3
70/22 92/14 134/4
134/17 134/24 135/1
136/18 140/24 141/3
141/21 143/7 172/9
173/2 174/13

**MR. MANNING: [194]**
5/6 92/21 136/15
150/10 172/2 172/8
173/6 173/10 173/12
173/18 173/24 174/1
174/5 174/17
**MS. KENNEY: [14]**
31/4 34/13 37/19 61/13
67/3 68/25 143/16
143/19 155/22 157/10
157/16 173/14 174/18
174/24
**MS. SHEFF: [3]** 56/5
61/20 61/22
**THE COURT: [80]** 5/13
5/19 7/23 10/6 11/14
15/23 19/10 22/21
25/19 28/21 28/25 30/2
31/11 34/16 37/21 38/5
40/25 42/24 43/3 52/17
53/13 53/16 58/9 61/15
67/6 68/24 69/2 70/23
71/1 74/17 75/22 92/7
92/16 92/20 93/2 93/5
93/8 93/11 93/15 93/17
93/19 96/24 106/9
109/10 109/12 110/25
114/5 121/13 131/17
136/16 136/19 137/24
139/8 139/10 143/8
143/10 143/18 143/24
144/11 144/13 150/6
150/8 156/1 157/14
157/18 169/16 171/25
172/7 173/3 173/9
173/11 173/13 173/17
173/22 173/25 174/3
174/6 174/15 174/23
174/25
**THE WITNESS: [8]**
5/22 31/13 37/22 67/7
111/2 139/9 141/25
157/15

**$**
**$20,000 [1]** 141/16

**.**
**.40 [1]** 93/18

**/**
**/s [1]** 176/8

**1**
**1 million [1]** 137/16
**1/10/2021 [1]** 33/3
**1/13/2021 [1]** 35/7
**1/20/2021 [1]** 36/14
**1/20/21 [1]** 35/24
**10 [3]** 1/5 42/3 141/16
**10 feet [1]** 123/5
**10 minutes [1]** 143/13
**10 seconds [5]** 15/3
16/3 160/13 161/19
164/7
**10,000 [4]** 70/17 139/3
172/22 172/25
**10-foot [1]** 137/9

**102 [1]** 105/4
**1033 [2]** 99/10 131/8
**1033s [2]** 127/17 131/5
**104 [1]** 17/4
**105 [1]** 20/10
**109 [1]** 26/25
**10:00 [1]** 1/5
**10th [2]** 33/4 33/10
**11.01 [1]** 45/10
**111 [1]** 87/20
**112 [1]** 84/6
**11:50 [1]** 70/25
**12 seconds [2]** 105/3
125/1
**12:30 [1]** 78/23
**12:30 a.m [1]** 90/21
**12:30 p.m [3]** 77/10
77/11 81/2
**12:37 [1]** 92/19
**12:55 [1]** 78/24
**13 seconds [1]** 25/22
**1300 [1]** 96/7
**131 [1]** 2/25
**14 seconds [1]** 89/7
**1400 [1]** 1/15
**14:01:07 [1]** 151/1
**14:01:29 [1]** 151/2
**14:01:49 [1]** 151/11
**14:04:53 [1]** 152/21
**14:05:07 [1]** 152/23
**14:06:00 [1]** 153/17
**14:06:45 [1]** 153/18
**14:07:45 [1]** 154/4
**14:08:06 [1]** 154/5
**14:08:55 [1]** 154/19
**14:12:20 [1]** 155/9
**14:12:40 [1]** 155/10
**14:13:49 [1]** 155/21
**14:14:12 [1]** 157/23
**14:14:56 [1]** 158/14
**14:15:19 [1]** 158/23
**14:16:06 [1]** 159/12
**14:17:40 [1]** 160/12
**14:20:20 [1]** 160/22
**14:20:32 [1]** 151/24
**14:26:20 [1]** 161/18
**14:27:05 [1]** 162/1
**14:27:50 [1]** 162/11
**14:28:30 and [1]**
162/19
**14:30 [1]** 140/25
**14:31:20 [1]** 163/8
**14:31:32 [1]** 168/19
**14:31:50 [1]** 163/9
**14:31:53 [1]** 169/24
**14:32:01 [1]** 166/11
**14:32:02 [1]** 166/10
**14:32:06 [1]** 171/5
**14:32:15 [1]** 165/6
**14:32:22 [1]** 171/17
**14:32:33 [1]** 165/17
**14:33:01 [2]** 166/14
166/15
**14:36:15 [1]** 167/15
**14:36:34 [1]** 168/2
**14:45:40 [1]** 15/25
**14:45:45 [1]** 15/13
**14:45:48 [1]** 16/12

**14:45:56 [1]** 18/14
**1512 [1]** 144/9
**16 minutes [1]** 134/5
**16-minute [2]** 57/17
134/17
**16:06 [1]** 159/11
**1752 [1]** 144/9
**19 seconds [1]** 15/4
**1990 [1]** 52/9
**1:00 p.m [4]** 96/7 96/19
99/3 147/7
**1:02 [1]** 114/8
**1:06 [1]** 114/21
**1:17 and [1]** 115/4
**1:30 [1]** 92/18
**1:48 and [1]** 115/11
**1:58:40 p.m [1]** 84/15

**2**
**2 inches [1]** 63/22
**20 [2]** 136/4 160/23
**20 seconds [3]** 21/19
28/3 155/10
**20 years [1]** 131/12
**20/20 [1]** 136/4
**20005 [1]** 1/16
**2001 [1]** 53/22
**2003 [4]** 52/25 53/3
53/4 53/18
**2011 [1]** 145/2
**2016 [1]** 66/19
**2020 [9]** 66/2 67/9 67/9
95/4 136/11 137/4
137/15 146/10 146/12
**2021 [24]** 27/7 31/24
33/3 33/4 35/7 36/14
36/25 38/11 38/22 51/5
51/6 67/10 72/5 72/9
74/10 74/22 75/3 75/7
75/19 95/2 95/4 145/5
145/8 150/19
**2022 [1]** 52/3
**2023 [2]** 1/5 176/8
**203.01 [4]** 3/9 15/11
15/22 15/24
**20530 [1]** 1/20
**207.01 [6]** 3/10 121/12
121/15 122/1 122/2
140/25
**208.01 [5]** 3/11 149/17
150/5 150/7 150/9
**20th year [1]** 94/15
**21 [1]** 35/24
**21 seconds [1]** 154/5
**21-392-1 [1]** 1/4
**210.01 [4]** 3/12 18/23
19/9 19/11
**212.01 [4]** 3/13 168/19
169/15 169/17
**22nd [1]** 38/22
**24 [1]** 135/14
**24 hours [1]** 137/10
**24 years [1]** 71/19
**25 seconds [1]** 56/5
**25th [1]** 137/14
**26 [1]** 176/8
**27 [1]** 51/6
**27th [4]** 50/24 51/1

**5/4 51/5**
**2900 [1]** 2/6
**2:00 p.m [1]** 150/17
**2:13 p.m [1]** 156/17
**2:14 p.m [2]** 158/7
158/9
**2:16 [1]** 159/25
**2:16 p.m [1]** 159/21
**2:20 p.m [1]** 161/2
**2:25:47 [1]** 87/24
**2:27 p.m [1]** 162/14
**2:28 [2]** 118/11 118/14
**2:31 [1]** 169/23
**2:32 [2]** 118/10 118/16
**2:33 p.m [1]** 166/21
**2:39 p.m [1]** 27/19
**2:39 that's [1]** 27/22
**2:45 p.m [1]** 17/5
**2:45:00 p.m [1]** 17/23
**2:46 [1]** 119/13
**2:49 [2]** 120/20 120/23
**2:49 and [1]** 119/24
**2:54 [2]** 120/17 120/25
**2:58 [1]** 143/15

**3**
**3 inches [1]** 47/7
**3-foot [2]** 135/25
139/13
**3-foot-tall [1]** 70/1
**30 seconds [2]** 21/17
163/9
**303 [1]** 104/12
**31 seconds [1]** 84/24
**313 [3]** 57/16 134/4
134/18
**313.01 [4]** 3/14 113/13
114/4 114/6
**314 [5]** 3/15 108/18
109/9 109/10 109/13
**318 [1]** 7/3
**319 [4]** 3/16 10/9 11/13
11/15
**325.01 [4]** 3/17 25/4
25/18 25/20
**34 seconds [1]** 20/13
**340 pounds [1]** 103/23
**38 [1]** 2/17
**3:18 p.m [2]** 30/25
30/25
**3:18:42 [1]** 30/8
**3:45 p.m [1]** 20/13
**3:47 p.m [2]** 21/17 22/6
**3:50 [1]** 175/1

**4**
**403 [5]** 56/1 56/2
143/22 144/4 173/16
**404 [5]** 56/2 56/6 56/9
68/6 100/23
**40th birthday [1]** 38/21
**43 seconds [1]** 17/6
**45 minutes [1]** 29/9
**45 seconds [1]** 162/1
**46 seconds [1]** 102/15
**47 seconds [1]** 17/24
**4:20 [2]** 143/13 143/14
**4:20 p.m [1]** 173/19

**4**

**4:31** [1]  18/24
**4:36** [1]  19/12
**4:39** [1]  27/24
**4:39:14 p.m** [1]  27/7
**4:40 p.m** [1]  173/19
**4:50** [1]  121/15
**4th** [3]  58/13 58/16
58/17

**5**

**5-0** [1]  104/24
**50** [2]  136/13 136/24
**50 pounds** [1]  47/7
**50 seconds** [1]  104/24
**502** [1]  90/22
**508** [4]  3/18 96/15
96/23 96/25
**509** [4]  4/3 105/21
106/8 106/10
**512** [4]  4/4 7/12 7/22
7/24
**513** [1]  54/14
**514** [4]  4/5 28/11 28/20
28/22
**519** [4]  4/6 22/9 22/20
22/22
**52** [1]  45/10
**55 seconds** [1]  85/5
**58 seconds** [1]  104/1
**5:04** [1]  19/21
**5:04 and** [1]  122/3
**5:26** [1]  122/10
**5:30 a.m** [1]  95/22
**5:33** [1]  122/19
**5:50** [1]  124/14
**5th** [4]  58/12 74/9
74/22 75/19

**6**

**6-foot-5** [1]  103/23
**601** [1]  1/19
**602.40** [5]  4/7 8/9 92/24
93/9 93/16
**602.41** [4]  4/8 9/21 10/5
10/7
**602.47** [2]  93/11 93/17
**65** [1]  2/18
**69** [1]  2/19
**6:13** [1]  108/19
**6:18** [1]  31/1
**6:22** [1]  109/14
**6:30** [2]  109/25 110/6
**6:42** [1]  124/17
**6:44** [2]  111/3 111/5
**6:58** [1]  124/18
**6th** [73]  7/20 9/15 10/3
15/19 22/3 24/3 25/15
26/8 28/8 33/14 34/12
34/20 37/8 45/23 49/11
50/21 51/3 59/8 60/6
60/12 65/25 66/14
66/25 68/16 72/9 73/4
73/12 74/1 77/1 79/25
91/4 91/14 95/2 95/12
95/14 95/24 99/4 103/4
103/4 103/8 104/14
104/16 105/15 107/3

107/15 109/3 113/6
113/7 114/24 115/2
115/22 121/10 127/14
127/17 128/21 128/23
130/9 131/1 133/2
135/24 137/10 145/7
146/14 146/17 146/20
148/10 149/12 153/12
155/2 161/6 168/10
168/13 168/15
**6th District** [2]  145/11
145/13

**7**

**720** [4]  4/9 74/3 74/16
74/18
**721** [4]  4/10 75/13
75/21 75/23
**7:14** [1]  125/13
**7:22 and** [1]  111/21
**7:30** [1]  126/11
**7:38** [1]  112/7
**7th** [2]  31/17 31/24

**8**

**807** [1]  91/18
**80th** [1]  174/21
**822** [1]  6/4
**8:00** [1]  33/8

**9**

**901.04** [4]  4/11 29/13
30/1 30/3
**905** [2]  61/17 61/18
**906** [1]  32/15
**907.26** [1]  31/19
**907.27** [1]  35/3
**908.21** [1]  35/21
**92** [1]  2/22
**92926** [1]  2/7
**9:00** [2]  32/2 80/2
**9:00 p.m** [1]  90/19
**9:13** [1]  27/1

**A**

**a.m** [3]  1/5 90/21 95/22
**ability** [3]  48/20 110/21
166/6
**able** [14]  62/11 70/8
83/7 83/11 85/18
102/22 103/8 119/9
123/14 127/11 130/21
131/7 163/16 165/1
**about** [81]  5/17 6/2
6/11 7/9 14/4 16/24
20/20 23/19 24/2 24/6
24/22 27/19 28/16
33/15 34/9 35/9 37/8
39/6 39/7 40/9 40/19
41/5 41/22 43/6 46/8
46/9 47/12 53/24 54/5
55/12 60/16 64/25
65/23 66/18 67/13
68/12 69/23 70/6 71/19
97/22 99/3 100/3 101/7
101/8 102/10 103/22
103/23 103/24 106/2
107/6 107/8 107/12
108/9 110/15 111/25

114/2 115/17 116/15
123/4 125/22 126/25
127/3 128/22 131/24
131/25 132/6 133/13
133/17 135/25 138/6
140/25 141/10 141/14
143/20 144/5 147/13
148/12 159/23 170/8
172/22 173/4
**above** [10]  59/23 64/4
112/19 116/1 117/13
138/17 160/7 160/8
167/5 176/5
**above-entitled** [1]
176/5
**absolutely** [4]  53/23
85/13 92/4 100/8
**academies** [1]  133/25
**academy** [1]  133/23
**accepted** [1]  139/5
**access** [1]  83/23
**accompany** [3]  81/13
81/19 82/12
**accomplish** [1]  116/3
**according** [3]  77/7
79/21 110/6
**accordingly** [1]  174/21
**accurate** [12]  7/19 8/13
24/18 29/20 49/22
74/13 96/20 106/5
109/2 113/25 121/23
176/4
**accurately** [8]  10/2
11/9 15/18 19/6 22/18
25/14 150/1 169/12
**acronym** [1]  145/19
**across** [11]  46/17
81/23 86/2 115/19
119/20 136/12 137/3
137/14 138/8 140/3
166/22
**acting** [1]  52/7
**action** [13]  1/3 62/15
62/20 64/7 69/16 80/13
80/15 80/16 80/22 84/1
86/20 92/3 92/4
**actions** [2]  64/19 69/9
69/16
**activities** [1]  42/4
**activity** [2]  95/23
142/15
**actor** [2]  52/5 52/11
**actress** [1]  60/1
**actual** [4]  13/13 39/21
67/4 89/21
**actually** [12]  13/15
14/2 31/5 32/21 38/12
39/10 50/8 53/21
132/22 143/12 155/24
156/20
**add** [1]  172/9
**added** [1]  64/24
**Adding** [1]  64/4
**addition** [1]  170/19
**additional** [9]  14/10
70/17 100/17 119/15
119/7 127/18 131/5
139/3 173/6

**Additionally** [1]  126/9
address [5]  33/8 63/17
64/10 64/25 149/6
administration [1]
137/21
administrative [2]  95/6
95/8
admit [22]  3/8 4/2 7/22
10/5 11/12 15/21 19/8
22/20 25/17 28/20
29/25 41/17 74/15
75/21 93/4 96/23 106/8
109/8 114/3 121/25
150/4 169/14
admitted [4]  58/22 63/8
63/10 84/6
adopt [1]  52/21
advance [3]  12/13
168/12 168/16
advanced [1]  106/16
advancing [1]  171/14
advantage [1]  160/7
advisory [1]  5/11
AF1 [1]  36/1
affect [3]  44/7 100/7
135/7
after [20]  10/24 11/17
27/20 27/25 29/3 29/6
30/20 45/23 46/13
46/13 60/12 79/22
81/23 85/20 90/20
93/13 127/23 137/10
137/21 142/9
afternoon [7]  92/10
92/11 94/3 131/20
144/19 144/20 161/6
afterwards [2]  41/9
136/4
again [24]  18/20 53/16
57/23 59/20 63/14
63/15 76/5 83/20 84/1
85/21 86/10 86/16
89/19 111/11 118/14
137/23 142/6 150/6
153/23 161/4 163/1
163/23 167/5 173/16
against [2]  62/13
160/18
agencies [1]  72/15
agency [1]  78/9
agent [8]  5/8 47/9
73/16 88/24 91/20 92/1
173/8 173/12
agents [5]  75/12 88/12
136/13 136/24 149/10
agitated [2]  156/14
166/9
ago [6]  5/16 28/7 28/16
111/17 160/1 165/15
agree [1]  45/1
agreed [1]  42/1
agreeing [1]  42/4
agreement [4]  41/15
41/16 41/18 42/11
ahead [15]  15/13 18/24
118/11 124/16 134/24
141/1 151/1 152/21
153/17 154/4 155/9

159/11 159/13 161/18
168/19
ahold [1]  135/14
aid [4]  155/16 155/18
155/19 159/8
aided [1]  2/12
air [4]  100/3 100/6
148/16 163/1
airport [1]  59/6
ALAN [7]  1/6 2/4 5/3
5/10 10/1 19/20 37/16
alias [2]  47/21 48/3
aligned [1]  23/8
alive [1]  138/21
all [63]  5/19 24/25
30/16 33/13 34/5 38/5
42/21 44/12 50/5 53/12
53/18 53/19 53/23
55/23 56/23 59/25
61/11 62/21 63/1 63/2
63/4 63/9 63/11 63/12
63/24 65/2 65/17 69/2
70/22 75/25 78/20 84/8
87/10 93/11 93/19
96/24 101/1 108/7
119/9 126/1 126/24
129/17 131/7 132/6
132/17 135/6 137/15
138/7 139/19 140/8
143/7 143/10 143/18
150/8 155/23 171/13
171/25 173/2 173/22
173/22 174/6 174/15
174/25
Allen [1]  23/7
allow [1]  91/20
allowed [9]  51/2 68/2
68/3 99/1 108/9 108/11
108/13 108/14 133/11
allowing [1]  168/16
almost [6]  44/18
113/12 120/10 120/11
127/5 142/13
along [9]  20/20 101/7
108/19 111/25 124/17
124/18 146/23 147/12
164/22
already [19]  6/5 7/4
8/17 17/4 20/11 22/7
26/25 31/20 32/16 33/5
35/3 35/14 35/21 84/6
87/21 90/23 91/18
100/23 123/6
also [16]  5/9 6/21 8/13
8/21 24/15 28/15 42/1
71/23 73/9 87/17
125/22 137/16 141/17
145/17 152/12 160/9
although [2]  93/4
always [2]  60/20 80/13
am [13]  41/16 47/8
49/17 70/25 76/13 88/1
91/1 94/12 108/24
117/2 137/1 145/18
168/25
Amendment [1]  145/22
AMERICA [3]  1/3 5/3
62/14

179

**A**

**American [2]** 138/3
147/15
**amount [6]** 29/4 44/4
115/10 138/5 147/16
162/25
**amp [1]** 166/2
**amping [1]** 166/4
**Angeles [1]** 52/6
**angle [8]** 16/10 18/17
18/21 21/7 21/9 114/12
122/8 170/17
**angles [1]** 141/10
**angry [2]** 69/21 148/5
**announce [1]** 130/7
**announcing [1]** 154/13
**annually [1]** 133/24
**another [14]** 13/7
15/14 21/9 59/14 59/17
87/8 98/17 131/13
141/17 143/19 154/18
161/4 169/7 170/19
**answer [5]** 23/22 60/4
70/19 139/9 139/10
**ANTHONY [4]** 1/18 5/6
23/1 60/17
**anti [1]** 23/9
**anti-lockdowns [1]**
23/9
**anticipate [2]** 173/7
173/8
**anticipated [1]** 172/3
**anticipating [3]** 75/2
76/10 79/5
**Antifa [5]** 48/16 49/3
49/5 64/3 138/12
**any [70]** 9/17 23/16
23/18 23/21 26/18
33/19 37/2 37/4 43/20
44/18 47/18 51/9 51/23
57/12 59/9 60/23 62/25
63/25 64/12 70/8 70/8
72/12 73/4 73/17 73/19
76/7 79/6 79/10 80/4
80/9 84/16 85/25 95/7
99/24 100/7 108/9
112/17 112/22 115/1
115/22 117/7 119/7
121/6 123/18 123/20
128/17 133/13 135/16
135/19 136/3 136/9
138/9 140/22 140/22
142/15 142/16 143/8
145/23 146/17 146/24
148/3 148/17 149/4
149/9 152/3 156/22
158/8 162/17 163/5
168/15
**anybody [7]** 51/2 70/8
89/23 133/7 133/15
133/16 135/25
**anyone [6]** 24/19 48/12
51/9 64/8 64/22 135/19
**anything [19]** 24/2 24/5
34/15 53/12 53/18
80/19 83/7 85/18 96/1
99/24 100/3 105/18
107/7 107/12 131/3

147/13 148/12 161/10
174/15
**anywhere [1]** 43/20
44/10 55/5
**apart [2]** 60/25 139/18
**apparel [3]** 147/15
147/15 147/16
**apparently [1]** 58/13
**appear [16]** 13/24 21/7
25/12 69/9 102/1
113/23 120/5 120/22
121/21 124/6 124/11
130/16 141/22 153/1
169/10 170/25
**appearance [3]** 5/5
92/13 172/14
**APPEARANCES [2]**
1/12 2/1
**appeared [6]** 56/21
69/6 121/2 141/9
142/10 142/11
**appearing [1]** 5/11
**appears [6]** 21/10
21/11 58/3 139/14
157/15 158/10
**appreciated [2]** 60/23
83/14
**approach [3]** 5/4 139/7
144/1
**approached [1]** 16/9
35/14 38/21
**approaching [2]** 13/17
18/21
**appropriate [3]** 38/1
38/3 85/11
**approved [2]** 63/8
63/12
**approximately [15]**
27/24 30/21 38/11 77/7
80/1 81/1 90/13 90/14
90/18 90/21 96/6 96/7
123/5 147/6 147/7
**Architect [1]** 128/7
**are [117]** 11/6 13/25
16/22 20/23 20/25
21/10 24/14 27/8 27/17
27/22 38/24 42/10 43/8
43/10 43/21 43/24
44/23 45/12 47/15
47/24 52/2 52/5 54/1
54/5 56/15 60/2 62/9
62/11 62/12 62/13
62/16 62/24 63/1 63/2
63/5 63/8 63/14 63/16
65/13 65/14 65/15
76/12 78/20 78/23
78/24 79/4 84/11 84/16
87/25 88/22 90/25 92/7
94/4 97/20 98/11 98/13
98/23 98/24 99/1 99/2
99/11 100/25 101/16
101/19 101/23 101/24
102/13 102/18 104/22
105/22 108/7 108/23
108/25 112/4 112/15
112/19 112/21 112/25
115/14 115/16 117/1
117/5 117/13 117/22

126/9 126/20 127/17
133/8 136/13 136/21
136/24 137/2 137/20
138/8 139/16 141/15
141/19 142/6 145/10
145/17 152/6 156/7
156/25 158/17 160/3
161/22 162/17 167/2
168/24 169/3 170/2
170/4 170/5 174/11
**area [88]** 7/14 8/5
10/22 11/6 11/19 12/6
12/12 12/13 14/8 14/9
15/16 16/6 19/25 20/8
22/15 24/10 26/14
26/21 28/6 28/15 29/6
37/16 50/10 64/16
82/14 82/15 85/4 85/8
85/23 86/1 87/10 87/13
87/16 88/17 89/4 91/8
92/3 97/13 98/1 98/3
98/3 98/5 98/6 98/13
98/18 99/8 100/19
101/11 102/5 102/6
102/23 103/25 106/12
106/20 108/13 108/14
109/5 109/18 113/8
113/20 114/15 114/21
115/17 115/18 115/23
117/1 117/15 117/16
117/19 118/21 119/4
119/6 125/19 126/10
127/5 127/6 130/2
130/22 143/23 144/3
147/1 152/4 155/25
162/16 162/17 163/14
163/25 164/14
**areas [3]** 69/17 100/10
127/18
**aren't [1]** 133/11
**argue [2]** 44/17 44/17
**arise [1]** 85/24
**Arizona [1]** 82/6
**armed [2]** 87/3 89/22
**arms [3]** 73/18 75/11
165/24
**around [45]** 12/24 13/8
13/23 14/2 17/19 18/7
20/4 23/9 24/10 26/5
27/11 27/14 35/15
37/24 37/24 38/20 48/9
49/3 50/5 53/20 55/5
56/17 76/18 81/2 81/20
84/17 88/6 89/9 91/7
96/2 97/7 107/6 110/13
116/12 117/21 125/19
126/7 129/22 137/7
137/9 142/7 142/12
142/17 142/18 142/22
**arrest [5]** 32/14 108/15
135/8 149/7 154/15
**arrested [4]** 14/18 59/6
62/21 167/13
**arresting [1]** 65/1
**arrival [2]** 78/23 81/3
**arrive [6]** 77/8 77/19
77/20 80/23 95/21

**arrived [1]** 91/6
**as [123]** 5/14 5/15 8/21
12/13 13/8 19/25 23/14
23/14 24/16 26/11
27/19 28/7 35/13 36/8
40/3 41/11 42/1 42/14
43/22 44/7 44/7 46/12
47/6 47/15 48/3 53/11
53/14 53/14 61/25
62/13 62/17 63/7 64/2
65/9 67/13 69/7 69/22
69/23 70/7 70/7 71/6
72/9 72/14 72/22 73/16
74/12 74/23 74/24 76/8
78/24 79/4 82/18 83/23
87/13 87/13 87/17
91/20 92/1 92/24 93/24
96/14 96/18 98/4 98/4
98/5 98/6 98/8 98/13
101/20 105/3 105/20
107/17 107/25 108/1
108/8 112/2 112/6
112/24 114/15 114/20
115/17 115/20 118/9
120/17 120/25 121/4
123/18 128/12 128/18
130/2 132/7 132/7
134/9 134/9 134/13
136/22 138/9 138/17
138/24 140/19 142/10
142/24 144/16 145/7
146/24 148/19 149/2
149/17 150/15 151/9
153/9 157/16 157/20
163/3 163/6 164/3
164/3 164/3 164/4
167/24 168/19 171/2
173/15
**ask [32]** 10/17 12/13
16/2 16/5 16/13 17/8
23/11 42/17 43/8 45/9
46/25 56/1 56/4 58/10
94/5 97/22 110/2 111/7
111/7 112/2 119/21
120/16 123/24 133/19
134/14 137/8 156/18
157/3 167/24 168/5
172/5 173/14
**asked [16]** 23/1 40/11
40/12 46/2 61/6 67/13
67/13 68/11 70/16
119/5 135/13 142/2
168/6 172/16 172/17
174/19
**asking [12]** 5/17 6/2
14/15 27/24 38/16 46/2
46/11 55/14 65/22
103/3 132/9 159/23
**aspect [1]** 141/10
**assaulting [1]** 115/2
**assemblies [1]** 145/23
**Assembly [1]** 52/2
**asserts [2]** 62/20
**assigned [2]** 145/17
145/25
**assignment [1]** 103/19
**assignments [1]** 95/18

**assist [2]** 153/6 172/23
**assistance [2]** 131/5
131/7
**assume [1]** 174/6
**attachment [5]** 74/23
74/25 75/1 75/16 75/18
**attack [1]** 80/19
**attacked [1]** 49/3
**attacks [1]** 64/3
**attempting [1]** 62/16
**attend [1]** 59/13
**attention [19]** 12/13
34/11 34/19 44/8 62/19
73/3 79/25 105/2 112/3
112/6 114/15 118/8
118/15 120/9 120/16
123/23 123/25 124/4
162/22
**attorney [1]** 42/23
**ATTORNEY'S [1]** 1/19
**attorney/client [1]**
42/23
**authority [1]** 62/16
**authorized [1]** 128/24
**available [2]** 42/14
45/17
**Avenue [2]** 1/15 146/23
**aware [23]** 38/24 47/19
52/2 52/4 52/5 82/16
82/18 82/20 82/21 87/8
87/9 87/12 117/7 117/9
135/21 136/10 136/14
136/21 136/23 136/24
137/1 141/7 142/2
**away [15]** 16/9 16/25
18/19 49/4 49/23 50/13
50/14 69/17 70/1
116/15 125/11 130/22
130/18 163/24 164/3

**B**

**back [80]** 15/25 16/12
18/19 20/25 21/5 22/4
30/23 31/12 32/19 34/2
41/9 41/9 49/10 49/16
49/21 49/25 51/15
51/16 65/8 65/12 66/7
66/11 67/14 68/1 69/22
70/2 78/17 78/18 79/5
79/11 79/12 81/12 82/8
82/19 88/9 88/18 92/18
97/8 99/11 99/14 99/16
100/16 102/4 102/5
104/6 104/24 105/7
105/9 106/20 111/5
117/18 118/19 119/10
119/15 120/19 120/20
122/24 134/5 136/5
136/6 140/14 153/1
153/13 154/17 156/8
156/11 157/4 158/19
158/22 159/7 159/10
163/6 163/13 163/21
163/22 164/3 164/13
164/19 166/10 166/11
**backpack [20]** 6/11
6/14 6/17 6/21 20/23
21/1 21/2 21/6 21/10

**B**

backpack... **[11]** 32/7 33/13 39/20 39/25 40/1 41/22 43/9 67/1 140/4 140/11 166/24
backpacks **[3]** 148/1 148/3 148/4
bad **[3]** 40/19 41/5 53/13
bag **[8]** 66/1 66/3 66/3 66/5 66/7 66/11 66/13 66/16
balance **[2]** 135/24 137/18
ball **[3]** 104/12 104/16 104/19
ballistic **[3]** 147/16 147/17 147/19
ballpark **[1]** 52/25
balls **[2]** 69/18 126/18
bangs **[2]** 69/16 69/20
bar **[1]** 65/1
barrel **[1]** 104/21
barricade **[1]** 83/22
barricades **[1]** 132/22
barrier **[1]** 158/20
barriers **[4]** 147/12 148/25 149/8 158/21
based **[4]** 69/1 86/13 112/24 152/10
basic **[1]** 133/21
basically **[5]** 32/13 36/1 140/12 142/5 143/19
batteries **[1]** 100/1
battle **[1]** 123/13
bay **[1]** 122/18
be **[108]** 8/24 13/24 14/13 17/9 21/7 30/25 32/21 37/12 38/3 38/20 40/23 41/18 42/14 43/25 44/3 44/17 44/17 45/7 48/19 56/3 56/12 56/21 58/4 59/25 61/6 62/18 62/18 62/21 62/21 63/5 63/7 63/10 63/12 63/22 64/1 64/20 64/24 64/24 67/5 68/2 68/3 68/5 68/13 69/8 69/14 70/8 70/11 73/24 76/25 78/8 78/9 79/3 79/19 80/16 80/19 80/20 85/18 85/23 88/19 88/20 89/23 93/15 97/15 98/17 99/1 99/21 102/1 103/3 108/9 108/11 108/13 108/14 113/4 113/4 114/17 120/5 120/22 121/2 123/14 123/20 127/12 128/24 132/9 133/12 138/25 141/9 141/22 141/24 142/16 143/22 144/4 145/23 149/7 150/15 157/11 157/15 160/9 160/18 161/10 163/5 165/1 170/25 174/1 174/2

174/25
beanie **[2]** 17/17 17/20
bear **[2]** 38/13 38/14
beard **[3]** 47/7 47/12 47/14
beaten **[1]** 69/14
beautiful **[1]** 40/20
became **[5]** 59/17 72/20 82/21 110/23 123/12
because **[26]** 14/13 14/24 23/9 23/11 30/23 33/20 40/12 40/16 40/19 45/24 55/21 60/20 83/4 83/20 95/19 105/18 107/21 108/12 116/5 116/17 126/1 138/21 138/22 140/11 164/1 172/10
become **[3]** 23/8 58/19 82/20
been **[61]** 8/17 11/7 11/17 21/12 32/9 37/7 37/17 40/19 41/4 48/6 51/24 52/1 55/21 55/22 55/23 56/20 58/13 58/16 67/14 70/18 71/5 78/6 79/6 79/15 85/9 85/11 89/23 93/12 93/23 96/14 99/24 102/4 105/20 108/12 112/17 112/22 122/7 124/24 128/4 128/20 130/17 132/20 133/21 133/25 136/21 138/10 138/19 139/4 140/5 142/5 144/15 145/25 146/1 148/19 148/21 149/16 156/23 158/11 163/16 168/18 172/3
before **[25]** 1/9 13/20 33/9 33/14 34/3 36/1 39/8 40/5 47/10 49/11 60/6 63/8 66/14 72/20 74/12 80/7 90/19 92/22 94/16 103/6 113/21 118/4 131/23 138/16 142/8
began **[2]** 96/2 113/11
begin **[1]** 80/1
beginning **[6]** 20/8 25/22 53/13 68/7 78/16 114/7
beginnings **[1]** 54/2
begun **[1]** 82/4
behalf **[1]** 66/2
behavior **[3]** 44/20 149/8 166/3
behind **[12]** 81/11 88/18 98/18 101/19 101/20 104/5 122/16 141/15 148/25 149/8 150/23 166/15
being **[33]** 9/3 22/24 26/13 34/11 34/19 36/3 40/5 45/4 49/2 49/5 49/16 49/20 49/25 50/3

174/7 174/12 174/15 174/25
61/24 55/18 59/5 63/10 63/14 69/16 76/10 83/1 89/21 98/8 99/23 123/9 126/18 142/3 142/7 142/11 160/8 163/3
believe **[67]** 6/9 8/7 8/23 10/19 15/17 20/7 23/15 23/17 25/13 28/17 30/22 30/25 31/13 35/19 39/1 39/21 40/8 41/25 42/12 42/15 43/9 43/11 43/15 45/10 45/22 48/4 48/6 49/15 49/18 50/15 52/6 53/1 54/13 54/17 55/25 56/16 58/12 58/16 59/6 59/10 60/2 60/8 61/7 61/10 61/25 62/4 62/7 65/7 65/16 66/12 68/2 68/16 69/20 74/9 82/6 89/3 93/3 97/3 126/18 132/2 137/20 141/16 142/8 151/17 159/10 164/4 164/25
believed **[1]** 37/12
believes **[1]** 67/5
below **[8]** 19/13 32/8 98/1 98/2 102/23 103/10 123/7 156/8
BENCH **[1]** 1/9
bend **[1]** 125/19
benefit **[2]** 10/17 94/5
beside **[1]** 112/13
besides **[1]** 149/9
best **[2]** 87/6 163/7
better **[2]** 136/7 152/12
between **[12]** 16/24 20/3 26/12 38/11 60/11 72/15 72/17 83/3 84/18 90/5 138/11 173/19
Beverly **[4]** 51/15 59/14 59/15 59/21
beyond **[3]** 48/19 56/25 157/13
Biden **[1]** 36/7
big **[10]** 38/13 53/25 54/3 59/24 103/20 103/21 103/21 103/22 118/23 140/4
bike **[11]** 70/1 70/4 70/12 84/19 101/21 101/23 135/25 136/8 139/13 153/5 169/4
bird's **[1]** 126/1
bird's-eye **[1]** 126/1
birthday **[4]** 38/21 39/2 39/3 174/21
Bisignano **[1]** 60/2
bit **[6]** 23/10 58/3 102/4 106/16 120/12 163/22
bizarre **[1]** 36/2
black **[10]** 13/24 24/11 84/8 84/18 97/9 101/14 110/11 114/16 167/21 170/8
bleacher **[2]** 12/2 152/20

bleachers **[10]** 12/8 13/20 92/25 116/24 117/5 117/8 117/10 117/11 117/18 117/20
BLM **[3]** 49/3 49/5 138/12
blood **[2]** 157/15 157/21
bloody **[2]** 99/22 99/22
blow **[2]** 32/24 36/11
blue **[5]** 23/25 49/10 78/12 110/11 165/24
body **[6]** 106/19 120/6 149/12 149/22 149/24 169/7
body-worn **[4]** 149/12 149/22 149/24 169/7
boisterous **[1]** 43/25
bosses **[1]** 138/25
both **[12]** 14/4 40/12 57/7 57/23 57/23 58/5 110/13 110/13 141/17 144/9 145/7 172/3
bottles **[4]** 100/1 154/25 155/1 155/4
bottom **[18]** 18/25 19/22 27/1 32/1 32/23 32/24 63/21 78/15 97/8 101/8 107/6 108/19 109/1 111/25 120/12 124/17 124/18 171/9
box **[2]** 32/24 64/22
Boys **[2]** 58/14 138/11
bragging **[1]** 64/25
brand **[1]** 41/6
breach **[4]** 41/18 82/21 83/5 83/22
breached **[7]** 22/7 70/8 82/25 87/2 87/17 89/20 89/21
breaches **[1]** 86/14
break **[2]** 69/13 118/3
breakers **[1]** 60/9
breaking **[1]** 86/16
breath **[2]** 163/1 163/6
Breitbart **[1]** 36/2
brief **[2]** 43/13 65/19
briefing **[2]** 80/5 80/7
briefings **[1]** 80/4
briefly **[1]** 14/4 95/23
Brigade **[1]** 23/22
Brigham **[1]** 53/5
bright **[1]** 165/9
bring **[34]** 7/3 7/11 8/8 10/8 15/10 17/3 18/23 20/14 25/3 26/24 28/10 29/13 31/10 31/19 32/15 34/7 35/2 35/20 45/9 61/17 64/9 68/6 74/3 75/13 84/5 87/20 90/22 91/17 93/9 100/22 108/17 113/13 149/16 168/18
Bringing **[1]** 20/10
Bristol **[1]** 2/6
Brittany **[1]** 5/8
broke **[1]** 103/2
broken **[3]** 64/12

174/7 140/5
brought **[13]** 6/17 9/11 21/2 40/10 40/17 41/3 43/14 48/9 60/1 63/5 66/1 140/10 140/12
brown **[3]** 21/1 23/25 140/4
brushed **[1]** 70/18
building **[62]** 11/7 11/8 13/14 13/15 13/18 14/3 14/12 14/14 14/17 17/10 22/7 29/7 35/16 43/22 47/16 47/17 47/19 53/25 81/10 83/6 86/3 86/10 86/14 86/23 87/10 87/15 87/17 90/4 90/5 96/11 98/18 103/18 112/10 116/21 117/12 117/21 126/5 126/7 126/10 128/1 128/24 129/5 129/17 129/21 132/9 132/24 133/10 133/16 137/7 137/10 142/12 142/16 142/18 142/21 142/22 142/23 147/4 149/5 150/21 160/11 164/2 167/6
built **[3]** 97/14 97/16 100/19
bullhorn **[5]** 21/23 21/25 22/3 110/17 111/19
bullhorns **[1]** 110/18
bunch **[1]** 13/12
bunker **[1]** 136/11
burned **[3]** 136/12 136/16 137/4
burning **[1]** 153/25
Bush **[1]** 72/24
Bush's **[1]** 72/23
business **[9]** 52/15 52/20 53/2 53/21 53/24 54/1 54/3 54/6 61/25 62/24
businesses **[4]** 53/6 53/9 64/12 137/5
button **[1]** 104/19
BWC **[1]** 169/20

**C**

C-E-K **[1]** 144/22
C204 **[1]** 2/6
CA **[1]** 2/7
cables **[1]** 63/20
Cal **[1]** 23/22
California **[12]** 1/12 21/3 23/7 30/9 30/13 31/1 33/6 52/2 53/21 60/4 61/25 62/24
call **[13]** 23/23 60/4 71/1 92/20 95/18 95/25 100/17 100/20 101/21 128/1 130/22 145/15 173/23
called **[6]** 68/13 83/14 116/4 147/4 154/11 173/16
calling **[2]** 127/18

Case 1:21-cr-00392-RCL Document 516 Filed 11/27/24 Page 181 of 199

**C**

calling... [1] 157/11
calls [7] 37/19 71/2
93/20 99/10 127/18
131/8 157/16
Caltrans [1] 64/22
came [15] 17/1 37/14
38/2 40/17 45/22 45/23
46/6 46/12 47/11 51/11
51/13 53/14 92/4
100/17 117/17
camera [10] 88/9 97/8
104/6 141/16 149/12
149/14 149/22 149/24
153/1 169/7
cameras [1] 97/16
camouflage [1] 147/17
camp [1] 44/19
camping [3] 33/8 33/9
33/12
can [137] 6/4 7/1 7/3
7/11 7/17 8/8 10/10
10/17 10/18 11/21
11/23 12/16 15/12
15/25 16/2 16/12 17/3
18/4 18/23 20/6 21/9
26/2 26/10 27/6 27/11
28/23 29/14 30/14 31/8
31/9 31/10 31/25 32/2
32/4 32/6 32/12 32/23
34/7 35/2 35/11 35/20
36/15 36/16 36/18
36/20 44/9 45/11 45/12
46/18 47/24 54/13
55/11 56/1 57/16 57/21
61/13 61/17 61/23
63/23 70/24 72/8 74/20
75/4 76/4 76/14 76/22
78/15 84/13 84/24 85/5
88/2 92/16 93/9 94/7
97/3 97/11 98/4 98/5
100/13 100/22 101/13
102/20 105/24 106/24
108/17 108/21 108/25
109/25 110/10 111/10
115/16 116/2 116/8
117/13 118/11 119/13
119/15 120/19 122/3
122/10 122/13 122/19
123/11 124/1 124/13
124/16 124/16 126/3
126/5 126/22 127/21
130/4 132/6 133/19
134/4 135/1 136/19
140/24 141/3 143/13
145/7 147/10 151/24
152/22 154/4 156/16
159/13 160/12 163/3
169/1 169/22 170/4
170/4 170/22 171/1
171/2 173/3
can't [5] 63/20 100/12
138/16 138/20 142/19
cancel [1] 46/22
canceled [1] 59/3
candidate [1] 44/13
canisters [2] 55/22
69/18

cans [1] 100/1
Capitol [152] 9/18 10/3
10/16 10/19 11/6 11/8
13/13 14/1 14/10 15/2
16/21 20/7 22/2 22/7
22/15 26/12 29/4 29/6
29/8 29/11 30/17 35/13
35/17 37/17 37/18
38/15 38/17 38/24 46/3
47/9 47/16 47/17 47/18
48/9 48/13 49/2 49/3
50/9 50/13 50/17 50/19
51/24 56/18 59/22
67/20 68/1 69/18 70/16
70/19 72/13 72/16
72/18 72/20 73/5 73/16
73/17 73/22 73/25 75/3
75/6 75/10 76/3 76/7
76/7 77/9 77/18 77/22
77/25 78/2 78/6 78/9
79/22 80/23 81/5 81/7
81/10 82/17 83/4 83/5
83/8 83/13 83/16 86/10
86/14 86/23 87/2 89/21
89/24 91/7 93/21 94/10
94/11 94/14 94/17
95/10 95/10 95/21 96/4
96/9 96/11 97/21 98/13
98/21 101/16 101/17
103/18 104/13 107/25
108/8 112/10 114/18
116/21 117/11 117/22
126/3 128/7 128/18
128/23 130/1 130/21
132/12 132/21 133/9
136/9 137/7 137/10
142/5 142/8 142/16
142/18 142/25 147/4
147/6 147/8 147/9
147/12 149/1 149/22
150/21 150/21 151/17
153/4 154/17 156/5
160/10 161/24 163/15
164/2 164/5 168/10
168/13 168/16
captain [5] 70/16 70/20
139/2 162/6 165/13
captured [1] 18/20
care [1] 55/13
career [4] 52/7 107/25
146/1 162/8
Carlson [1] 142/7
carriage [3] 77/12
77/20 78/19
carrier [6] 7/18 24/13
24/15 24/16 24/22 25/1
carries [1] 104/12
carry [3] 9/19 66/1 82/8
carrying [5] 13/4 91/21
92/2 104/16 140/5
case [6] 5/2 55/24 58/4
80/10 146/25 174/7
catch [2] 163/1 163/6
caught [1] 37/14
cause [6] 80/21 85/18
100/13 135/4 147/25
148/3
caused [3] 82/2 103/8

causes [1] 127/16
causing [2] 51/14
86/16
cavity [1] 50/7
CDU [11] 104/11
114/18 145/19 145/21
145/25 146/1 146/2
146/7 146/10 146/17
152/10
CEK [15] 3/3 144/1
144/14 144/22 153/20
154/22 156/4 158/3
162/4 162/23 165/23
167/21 171/10 171/20
172/13
celebratory [1] 9/5
cell [1] 30/11
center [18] 13/23 17/19
19/1 88/6 89/10 95/11
97/7 102/6 110/7 110/8
115/19 119/20 123/1
152/9 157/6 166/22
170/11 171/8
centers [1] 53/19
ceremonial [1] 81/9
certain [1] 131/6
certainly [1] 174/2
certification [6] 79/13
79/16 82/3 84/22 90/16
91/4
certify [1] 176/3
cetera [3] 69/18 138/12
138/12
chain [1] 137/9
chamber [21] 78/18
81/12 81/16 81/17
81/18 81/21 81/23
81/24 81/25 82/2 82/3
82/8 82/19 82/19 88/18
88/19 90/16 130/2
130/9 130/12 130/19
chance [1] 22/25
change [2] 35/18 41/17
changed [2] 31/3 41/20
channels [1] 24/9
chaos [1] 35/14
characterize [4] 89/17
96/12 108/1 112/25
charge [2] 95/6 139/23
charged [1] 34/15
charges [2] 144/9
144/10
Charlotte [5] 73/9 75/3
75/6 76/24 77/5
chat [2] 47/21 64/2
checked [1] 64/1
checking [1] 86/1
checkpoint [1] 82/25
Cheltenham [1] 134/3
chemical [4] 106/25
127/25 128/10 148/17
chemicals [1] 128/8
chest [3] 14/8 24/12
24/14
Chief [1] 139/1
chin [1] 47/14
choking [1] 154/1

church [3] 136/20
136/21 136/23
circle [66] 9/7 9/9
12/20 12/24 13/7 13/7
13/23 16/19 16/20
17/14 17/19 18/4 18/7
19/1 19/16 20/16 24/10
26/2 26/5 27/8 27/11
27/14 54/24 55/12
76/14 76/18 88/2 88/6
89/9 97/3 97/7 101/7
102/6 102/7 102/20
103/12 104/4 105/24
106/21 106/22 107/6
107/11 110/6 110/8
111/14 111/25 114/14
114/16 115/19 116/8
116/12 119/20 119/23
122/23 123/1 126/22
157/6 158/4 159/22
164/15 166/22 167/20
170/4 170/7 171/2
171/8
circled [15] 7/14 8/16
8/17 12/12 19/16 106/1
120/10 120/23 123/23
125/5 126/24 162/16
167/7 170/11 171/11
circles [6] 18/13 20/20
123/22 152/9 154/22
154/24
circulated [2] 132/20
133/8
circumstances [1]
85/12
cities [1] 137/4
city [3] 64/12 145/14
145/16
civil [3] 62/18 145/17
145/21
clamped [1] 139/17
clarifying [1] 5/17
clear [10] 8/24 20/8
26/19 55/9 55/11 88/25
103/3 119/23 123/22
130/21
cleared [2] 26/13 29/6
clearing [1] 50/6
clearly [2] 31/6 62/10
Clemente [2] 51/11
51/13
click [3] 15/14 166/11
166/12
client [2] 42/23 61/14
145/21
client's [1] 34/14
climb [1] 140/8
climbing [2] 98/24
140/3
clip [14] 15/18 18/18
25/12 25/14 112/3
113/17 113/19 114/15
124/1 150/1 167/25
169/5 169/7 170/15
close [5] 72/3 84/17
94/5 98/4 130/12
closer [5] 10/18 11/6
117/11 164/1 167/6
clothing [1] 167/21

clusters [1] 129/8
co [2] 144/2 144/7
co-conspirator [1]
144/7
co-defendant [1] 144/2
Coast [1] 30/11
code [1] 64/14
codeword [6] 132/3
132/7 132/11 132/12
132/15 132/17
coincidence [1] 53/11
coincidental [1] 53/11
colleague [1] 5/7
colleagues [1] 133/13
college [3] 79/16 82/4
91/5
color [3] 110/10 110/11
110/13
colored [1] 111/17
COLUMBIA [2] 1/1
1/19
column [1] 78/12
combine [1] 138/7
come [45] 11/18 12/5
13/12 23/11 32/14
37/10 37/14 40/12 42/8
51/10 51/15 58/19
58/25 59/24 69/13 86/2
87/10 91/21 92/2 92/18
95/8 96/1 96/2 98/4
100/16 117/13 119/3
119/7 119/9 125/24
129/6 129/20 131/7
132/10 134/20 140/8
147/3 160/6 161/5
161/7 163/14 164/12
164/14 167/4 168/9
comedians [2] 39/2
39/4
comes [3] 5/14 130/7
172/15
coming [17] 12/2 36/1
41/9 44/5 60/20 60/22
61/5 95/20 96/10 96/13
97/20 98/24 116/6
135/20 138/4 158/19
164/14
command [2] 139/1
163/21
comment [2] 138/16
142/19
comments [1] 105/15
commotion [2] 83/8
86/16
comms [1] 63/1
communicate [2]
33/15 110/19
communicated [2]
23/16 24/2
communicating [2]
24/5 132/2
communication [3]
24/4 51/9 72/15
communications [3]
24/7 32/20 33/18
compare [4] 15/1 115/8
146/17 159/25
complain [1] 135/25

**C**

**complaints [1]** 135/19
**complete [1]** 36/21
**completed [1]** 79/23
**completely [1]** 43/24
**complex [1]** 129/22
**complies [17]** 12/22
13/3 17/15 18/5 20/18
26/3 27/12 55/1 76/16
88/4 97/5 102/21
105/25 116/10 126/23
170/6 171/4
**comply [1]** 163/21
**computer [1]** 2/12
**computer-aided [1]**
2/12
**concern [5]** 83/21
89/25 147/25 148/3
167/1
**concerned [3]** 14/11
116/15 125/22
**concerning [3]** 86/7
89/19 147/22
**concerns [2]** 32/9
40/13 134/16
**concluded [1]** 175/1
**conclusion [1]** 92/23
**concrete [2]** 98/3
163/14
**condition [1]** 42/2
**conditions [1]** 42/2
**confined [1]** 64/17
**confirm [2]** 64/5
142/24
**confirmed [1]** 63/7
**confront [1]** 144/2
**confrontations [2]**
20/3 28/8
**confronted [1]** 27/25
**confronting [1]** 107/17
109/20
**Congress [7]** 43/15
43/17 43/20 68/13
69/24 130/18 164/4
**connect [1]** 64/8
**connected [2]** 60/21
139/16
**connection [2]** 59/14
83/16
**consider [2]** 14/2
137/17
**considerably [1]** 43/7
**considered [3]** 108/11
116/19 134/13
**considering [5]** 70/9
137/13 137/16 138/10
141/18
**conspiracy [2]** 134/14
141/13
**conspirator [1]** 144/7
**constructed [1]** 83/1
**construction [1]**
160/17
**consult [1]** 61/13
**contact [4]** 59/9 64/22
76/9 155/25
**contained [1]** 63/1
**contentious [1]** 135/23

**context [1]** 45/2
**continue [2]** 68/19
74/20
**continued [8]** 2/1 2/16
3/1 4/1 5/23 83/18 84/2
149/7
**continuing [2]** 135/14
147/11
**contributed [1]** 86/24
**control [7]** 48/20
110/21 124/23 145/23
146/7 149/10 166/7
**conversation [4]** 14/4
24/20 41/8 88/24
**cooperation [1]** 42/2
**coordinate [2]** 73/14
73/17
**coordinating [1]** 72/14
**cops [1]** 57/23
**copy [2]** 64/6 75/18
**corner [8]** 14/18 20/21
27/4 84/13 87/23
111/14 150/12 169/22
**correct [17]** 31/13
39/20 49/17 55/2 55/3
59/1 59/3 61/4 61/6
75/18 78/7 79/24 82/1
91/13 157/1 172/20
172/21
**Corrections [3]** 94/20
94/22 134/1
**correctly [3]** 61/6
86/22 164/21
**Costa [2]** 2/7 65/1
**could [51]** 6/16 12/19
15/3 17/9 17/14 20/16
25/21 28/3 28/10 45/9
65/8 68/13 75/25 80/19
80/20 83/9 84/5 87/23
95/23 110/2 111/22
113/4 113/4 116/19
117/21 123/20 125/25
125/25 129/3 129/17
129/19 134/17 136/6
136/6 138/22 138/23
138/23 141/11 149/7
153/22 153/24 154/14
157/23 161/10 163/7
163/12 166/16 167/7
168/1 171/14 172/19
**couldn't [3]** 129/22
160/18 163/5
**counsel [1]** 5/9 5/11
5/16
**counter [3]** 18/24
48/19 70/10
**counter-protest [2]**
48/19 70/10
**counterpart [2]** 80/5
80/8
**counterpart's [1]** 83/9
**counterparts [5]** 75/11
76/6 83/11 83/18 85/22
**counting [1]** 79/22
**country [10]** 38/1 38/2
42/18 44/23 46/17
53/20 137/3 137/14
138/6 138/8

**County [1]** 46/16
**couple [3]** 40/14
132/20 141/1
**courage [1]** 118/4
**court [21]** 1/1 2/9 2/10
5/15 6/13 10/17 26/10
37/7 46/19 47/15 51/1
51/8 94/6 97/11 143/22
172/6 174/19 174/19
174/20 174/25 176/9
**cover [1]** 74/2
**covert [1]** 42/4
**COVID [1]** 65/1
**crammed [1]** 50/5
**crawl [1]** 57/8
**crawling [2]** 56/21
56/22
**create [4]** 44/18 46/18
46/19 62/3
**credit [1]** 64/3
**crew [1]** 59/15
**crime [2]** 36/21 42/18
**criminal [3]** 1/3 1/15
5/2
**critical [1]** 144/8
**CRM [1]** 1/14
**cross [15]** 2/17 2/22
2/25 38/6 38/7 40/23
67/12 67/22 68/11 92/7
92/8 131/17 131/18
171/25 172/11
**cross-examination [7]**
38/7 67/12 67/22 68/11
92/8 131/18 172/11
**cross-examine [5]**
38/6 40/23 92/7 131/17
171/25
**crossing [1]** 163/17
**crowd [64]** 17/8 20/4
22/7 26/15 35/14 43/23
44/5 44/12 59/23 69/7
69/10 69/13 69/19
69/21 70/1 107/3
107/17 110/19 110/24
112/15 115/1 115/8
116/7 121/4 134/20
134/23 140/4 141/19
145/23 145/24 146/7
147/5 147/11 147/13
147/18 148/1 148/5
148/25 149/6 149/10
152/3 152/12 153/5
153/11 154/12 154/18
158/19 159/10 160/18
160/21 161/4 161/15
163/13 166/2 166/4
166/7 166/8 167/1
168/9 168/12 168/16
**crowds [1]** 129/9
**cry [1]** 172/7
**culture [1]** 46/22
**cumulative [1]** 144/4
**curfew [1]** 60/9
**curfew-breakers [1]**
60/9
**curious [5]** 41/17 47/11
55/19 60/15 131/25

**cut [2]** 63/6 74/20
**cutting [1]** 113/11

**D**

**D.C [15]** 1/16 1/20 31/1
34/12 34/19 37/14 40/6
41/12 51/9 66/2 137/13
137/17 138/4 138/8
144/25
**dad's [1]** 174/21
**daily [1]** 95/7
**dangerous [1]** 113/2
**dangling [1]** 127/4
**dark [10]** 7/18 17/17
17/20 29/10 29/10
89/10 110/11 111/16
123/2 123/24
**date [14]** 31/23 33/2
35/6 35/23 36/13 42/13
46/6 46/7 46/9 51/7
51/8 150/16 150/18
176/8
**daughter [3]** 73/9 75/3
86/18
**day [68]** 1/7 7/8 9/15
20/9 21/12 26/8 26/12
30/16 30/20 30/24
31/16 44/5 47/18 48/9
49/3 50/19 53/25 57/24
58/1 59/19 68/4 69/22
70/9 70/13 73/5 76/11
78/21 80/3 80/7 80/24
82/24 95/5 95/5 95/15
95/18 123/18 130/25
131/13 134/7 134/10
135/4 136/2 136/3
136/9 137/7 137/19
138/5 138/15 138/16
138/20 138/22 139/5
140/22 141/8 141/12
142/3 142/8 142/25
143/2 145/10 145/10
146/20 148/22 149/14
150/15 172/23 174/9
174/12
**days [8]** 33/9 37/8
46/13 59/10 73/3 73/12
135/23 174/19
**DC [1]** 23/22
**deal [2]** 36/19 115/10
**dealt [2]** 135/17 136/7
**death [2]** 94/25 137/5
**debating [1]** 43/23
**December [2]** 66/19
67/9
**December 2020 [1]**
67/9
**decide [1]** 14/7
**decided [1]** 37/24
**decision [5]** 37/23
83/19 86/13 86/17
86/24
**decisions [5]** 38/1 38/3
86/12 138/18 139/1
**decon [2]** 128/2 128/3
**deconning [1]** 128/11
**defendant [14]** 1/7 2/3
5/16 8/1 10/3 12/5 13/2

15/8 40/22 58/7 137/22
144/2 144/2 174/8
**defense [7]** 2/5 48/16
100/5 101/21 128/4
140/13 174/7
**defensive [3]** 133/20
133/21 134/2
**definitely [9]** 37/11
69/20 123/19 146/18
147/22 147/25 151/23
165/3 168/14
**definitive [1]** 39/19
**definitively [1]** 39/24
**Delaware [1]** 94/20
**democrat [1]** 62/16
**demonstrated [1]**
30/18
**depart [3]** 78/5 79/22
85/12
**departed [1]** 77/25
**departing [1]** 79/19
**department [13]** 71/25
72/4 94/20 94/21
101/17 112/5 114/19
116/5 130/24 134/1
136/1 143/1 144/24
**departure [1]** 79/18
**depended [1]** 79/6
**depiction [2]** 7/19
121/23
**depicts [3]** 8/14 25/15
28/18
**deploy [2]** 164/10
170/19
**deploying [1]** 170/14
**Derrick [2]** 22/25 60/17
**describe [26]** 6/19 7/17
9/3 20/6 26/10 32/12
47/6 65/9 76/5 86/22
95/23 97/11 99/16
101/13 106/24 108/25
110/10 115/16 116/2
122/13 123/11 130/4
153/24 163/3 163/12
169/1
**described [10]** 10/21
28/7 67/4 90/11 98/8
102/7 115/20 117/25
140/2 147/19
**describing [6]** 28/6
67/19 74/20 76/4 101/4
111/17
**description [5]** 47/1
47/3 47/12 49/22 49/24
**destination [1]** 78/12
**destinations [3]** 78/15
78/20 78/20
**destroyed [1]** 137/5
**destruction [1]** 62/13
**detail [10]** 34/9 72/21
72/23 80/6 80/9 88/12
88/25 91/11 128/22
146/16
**Details [1]** 63/10
**determine [1]** 84/2
**determined [5]** 14/4
37/18 79/3 165/5 166/9
**deviate [2]** 80/18 80/22

**D**

**devices** [1] 33/21
**dictators** [1] 62/16
**did** [242]
**didn't** [27] 14/7 14/8
14/9 14/13 46/16 52/9
55/7 56/12 86/6 86/16
87/3 87/4 87/4 89/21
89/22 90/9 105/18
108/15 123/13 135/7
135/12 146/23 147/22
147/24 162/22 163/22
166/8
**different** [11] 16/10
36/24 48/3 53/6 56/19
100/2 114/12 122/8
133/25 146/7 170/17
**differently** [1] 138/20
**differs** [1] 43/7
**difficult** [2] 37/7 50/3
**difficulty** [1] 132/2
**direct** [9] 5/23 71/7
92/23 93/25 118/8
118/14 134/15 144/7
144/17
**direction** [14] 15/9
16/22 44/13 50/12 84/9
97/19 99/24 112/9
114/15 121/2 121/4
156/7 161/16 161/22
**directions** [2] 50/14
58/5
**directly** [4] 24/2 97/15
164/2 172/15
**dirty** [3] 108/12 116/19
126/1
**disable** [2] 64/11 64/23
**disagree** [1] 39/23
**disaster** [1] 80/20
**disconnected** [3] 70/1
139/13 139/15
**discovery** [1] 50/18
**discuss** [1] 133/8
**discussed** [1] 48/18
**discussing** [3] 27/21
37/3 122/7
**discussion** [3] 32/12
61/16 80/9
**discussions** [1] 51/14
**disobedience** [1] 62/19
**disrupt** [2] 43/16 62/15
**disruption** [1] 64/8
**disruptors** [1] 62/17
**distance** [3] 84/17 90/5
97/18
**distress** [2] 55/18
131/14
**district** [9] 1/1 1/1 1/10
1/19 145/11 145/13
145/13 145/15 157/20
**disturbance** [5] 145/17
145/21 153/4 154/18
161/4
**division** [6] 1/15 72/7
72/14 76/3 95/10
172/24
**division-level** [1]
172/24

**do** [235]
**documents** [1] 50/17
**does** [40] 10/2 11/9
15/18 19/6 21/7 22/15
22/18 25/14 30/7 42/13
58/15 62/1 62/19 70/19
77/14 77/16 79/2 80/15
88/11 88/15 91/2
101/23 104/10 111/19
111/20 116/21 116/22
117/15 120/22 132/3
140/5 141/22 145/19
146/6 150/1 150/3
150/16 159/25 169/12
170/24
**doing** [11] 60/23 86/4
88/22 120/5 128/12
138/21 151/7 153/20
160/16 166/1 171/13
**DOJ** [1] 1/14
**DOJ-CRM** [1] 1/14
**don't** [48] 17/5 23/15
24/24 34/13 37/2 37/4
37/6 41/7 41/13 42/23
45/6 46/12 48/6 51/7
52/23 54/17 54/18 55/8
55/16 57/14 60/1 60/12
60/14 62/7 93/3 93/6
93/7 113/20 115/9
118/11 126/2 128/22
133/2 135/10 136/4
136/5 137/24 138/9
138/17 139/10 139/15
142/19 143/5 148/4
152/22 174/1 174/3
174/10
**done** [8] 36/19 42/15
80/6 136/6 139/4
146/17 154/16 157/12
**door** [31] 13/10 15/8
16/9 16/23 16/25 17/1
18/19 18/21 47/10
59/24 96/3 116/5 116/7
116/8 116/16 116/18
116/21 117/16 125/9
125/10 126/6 128/1
128/2 130/2 130/6
130/7 130/9 130/13
130/14 130/17 156/5
**doors** [8] 13/13 81/20
88/17 88/21 126/8
126/9 129/21 142/20
**doorway** [4] 17/9 59/22
116/13 125/5
**doubt** [1] 134/23
**down** [41] 7/1 12/2
12/5 13/12 27/21 28/23
31/10 32/23 34/7 36/10
36/22 59/23 70/24
92/16 96/10 96/13
98/24 99/9 99/11 99/18
99/25 105/9 105/13
113/20 117/6 117/13
117/17 127/21 134/22
136/12 136/16 152/14
156/8 156/11 156/15
158/21 168/6 168/9
168/12 168/16 173/3

**downhill** [1] 149/2
**doxxing** [1] 46/22
**drafts** [1] 95/7
**dragged** [1] 49/4
**draw** [4] 27/11 104/4
120/9 170/4
**drawing** [16] 55/9
55/11 102/6 103/12
106/21 107/6 107/11
111/14 111/25 114/14
115/19 157/6 158/2
159/22 166/22 167/20
**drawn** [28] 9/6 12/24
13/7 13/23 16/19 19/1
19/17 20/20 24/10 26/5
27/14 88/6 89/9 101/6
110/6 116/12 116/23
119/20 122/23 123/1
125/16 152/2 152/9
154/22 158/4 164/15
170/7 171/8
**drew** [5] 13/7 17/19
18/7 76/18 97/6
**drink** [1] 155/7
**driven** [1] 136/11
**driveway** [1] 98/3
**drop** [2] 33/7 127/7
**dropped** [1] 78/1
**dude** [1] 47/7
**due** [2] 132/3 147/5
**duly** [3] 71/5 93/23
144/15
**during** [6] 41/8 65/1
67/12 130/25 146/10
150/14
**duties** [1] 95/8

**E**

**each** [4] 44/14 63/23
101/24 139/13
**ear** [1] 79/9
**earlier** [13] 21/12 26/11
32/19 68/3 82/24 101/4
102/11 114/12 115/17
118/22 129/12 129/15
159/23
**early** [2] 172/5 172/7
**easily** [2] 129/3 139/18
**east** [11] 77/21 77/23
78/2 78/6 83/13 83/15
83/21 83/22 87/14
117/21 126/9
**eastbound** [1] 97/20
**easy** [1] 135/12
**eat** [1] 138/21
**edit** [1] 35/11
**edited** [1] 56/20
**effect** [3] 69/19 105/12
166/6
**effective** [1] 65/9
**effects** [1] 151/9
**efficient** [1] 172/3
**effort** [1] 139/24
**efforts** [2] 26/18 139/4
**eight** [1] 12/8
**eight-second** [1] 12/8
**either** [2] 14/18 151/17
**elect** [1] 73/9

**elected** [2] 49/20 44/10
**election** [3] 37/12
137/19 137/21
**electoral** [4] 79/16
79/23 82/4 91/5
**electronic** [1] 23/16
**elements** [1] 20/9
**elevated** [3] 59/22
69/14 69/21
**elicit** [1] 42/23
**Ellipse** [1] 96/3
**else** [2] 63/2 174/15
**email** [10] 74/9 74/13
74/21 74/22 75/1 75/9
75/12 75/16 75/19 76/4
**emergency** [8] 80/10
80/13 80/15 80/16
80/17 80/22 84/1 86/20
**emotion** [1] 138/5
**emotions** [1] 138/3
**employee** [1] 64/22
**employees** [1] 128/7
**encounter** [1] 144/5
**encountered** [2] 121/9
138/15
**end** [10] 7/8 8/25 22/24
30/20 42/13 132/1
153/4 154/18 172/7
174/7
**ended** [6] 48/9 51/14
59/3 61/8 84/22 172/5
**ends** [1] 134/21
**energy** [2] 44/5 58/5
**enforcement** [5] 42/4
64/14 94/16 131/12
134/12
**engage** [2] 42/4 166/3
**enlarge** [4] 45/11 45/12
45/13 45/14
**enough** [6] 44/21 44/21
45/8 90/4 128/15
167/11
**Enrique** [1] 58/14
**ensured** [1] 95/19
**entail** [1] 80/15
**enter** [3] 35/16 81/5
142/14
**entered** [6] 41/15 87/9
87/12 87/15 87/16
88/20
**entering** [4] 13/15 81/7
89/24 109/17
**entertainment** [1] 39/4
**entire** [2] 134/12 143/2
**entirely** [1] 68/17
**entitled** [1] 176/5
**entrance** [1] 59/22
77/20 130/5 164/1
**entrances** [4] 117/22
126/3 160/10 167/6
**environment** [1]
154/12
**escalate** [1] 48/19
**escort** [2] 142/22
142/22
**escorted** [3] 132/9
142/7 142/12
**escorting** [1] 142/17

**elected** [2] 49/20 44/10
**especially** [1] 48/25
**ESQUIRE** [3] 1/14 1/18
2/5
**essentially** [1] 30/20
**establish** [2] 31/8 93/4
**established** [1] 91/3
**estimate** [1] 123/4
**et** [3] 69/18 138/12
138/12
**even** [5] 44/4 44/17
54/18 59/25 159/19
**evening** [4] 30/22
58/12 58/17 60/13
**event** [6] 48/16 51/13
60/10 80/17 82/24
135/17
**events** [8] 51/11 51/18
54/1 59/7 60/9 75/10
108/1 145/23
**eventually** [6] 41/4
46/17 54/12 86/13
87/14 148/15
**ever** [25] 9/17 23/13
40/5 40/18 42/17 47/21
48/9 48/12 51/24 62/5
72/20 91/8 103/6 113/7
128/20 130/1 131/12
133/8 133/17 135/19
135/25 146/18 147/18
148/21 162/9
**every** [5] 42/17 69/24
70/10 141/10 167/14
**everybody** [2] 29/7
129/4
**everyone** [3] 24/9
128/15 156/14
**everything** [3] 34/2
37/8 171/13
**evidence** [39] 5/18 6/5
6/17 7/2 7/4 7/24 10/7
11/15 15/24 17/4 19/11
20/11 22/22 25/20
26/25 28/22 30/3 31/20
32/16 35/3 35/21 74/18
75/23 84/6 87/21 90/23
91/18 93/4 93/7 93/14
93/16 96/25 100/23
106/10 109/13 114/6
122/2 150/9 169/17
**evolved** [1] 53/10
**exact** [6] 38/23 49/24
51/7 53/20 115/9
139/15
**exactly** [4] 12/3 40/3
96/19 134/13
**examination** [18] 2/17
2/18 2/19 2/22 2/25
5/23 38/7 65/20 67/12
67/22 68/11 69/4 71/7
92/8 93/25 131/18
144/17 172/11
**examine** [5] 38/6 40/23
92/7 131/17 171/25
**examined** [3] 71/5
93/23 144/15
**example** [2] 44/13
133/7
**excellent** [1] 39/3

**excessive [2]** 58/4 135/11
**exchange [4]** 31/23 35/6 35/23 144/8
**excite [1]** 166/2
**exclusive [2]** 62/12 63/4
**execute [1]** 64/21
**execution [1]** 62/22
**executive [1]** 71/25
**exhibit [83]** 6/4 7/3 7/12 7/22 7/24 8/9 9/21 10/7 10/9 11/13 11/15 15/11 15/22 15/24 17/4 19/9 19/11 20/10 22/9 22/20 22/22 25/4 25/18 25/20 26/25 28/11 28/20 28/22 29/13 30/1 30/3 31/19 32/15 32/19 35/3 35/21 45/10 45/10 48/23 54/14 56/1 57/16 61/17 68/6 74/3 74/16 74/18 75/13 75/21 75/23 84/6 87/20 90/22 91/18 92/24 93/13 93/16 96/15 96/23 96/25 100/23 105/21 106/8 106/10 108/18 109/9 109/13 113/13 114/4 114/6 121/12 121/15 122/12 127/21 134/4 140/25 149/17 150/5 150/9 168/19 169/15 169/17
**Exhibit 104 [1]** 17/4
**Exhibit 105 [1]** 20/10
**Exhibit 109 [1]** 26/25
**Exhibit 11.01 [1]** 45/10
**Exhibit 111 [1]** 87/20
**Exhibit 112 [1]** 84/6
**Exhibit 203.01 [2]** 15/11 15/22
**Exhibit 207.01 [4]** 121/12 121/15 122/1 140/25
**Exhibit 208.01 [2]** 149/17 150/5
**Exhibit 210.01 [1]** 19/9
**Exhibit 212.01 [2]** 168/19 169/15
**Exhibit 313 [2]** 57/16 134/4
**Exhibit 313.01 [2]** 113/13 114/4
**Exhibit 314 [2]** 108/18 109/9
**Exhibit 319 [2]** 10/9 11/13
**Exhibit 325.01 [2]** 25/4 25/18
**Exhibit 403 [1]** 56/1
**Exhibit 404 [2]** 68/6 100/23
**Exhibit 502 [1]** 90/22
**Exhibit 508 [2]** 96/15 96/23
**Exhibit 509 [2]** 105/21

**Exhibit 512 [2]** 7/12 7/22
**Exhibit 513 [1]** 54/14
**Exhibit 514 [2]** 28/11 28/20
**Exhibit 519 [2]** 22/9 22/20
**Exhibit 602.40 [1]** 8/9
**Exhibit 602.41 [1]** 9/21
**Exhibit 720 [2]** 74/3 74/16
**Exhibit 721 [2]** 75/13 75/21
**Exhibit 807 [1]** 91/18
**Exhibit 822 [1]** 6/4
**Exhibit 901.04 [2]** 29/13 30/1
**Exhibit 905 [1]** 61/17
**Exhibit 906 [1]** 32/15
**Exhibit 907.26 [1]** 31/19
**Exhibit 907.27 [1]** 35/3
**Exhibit 908.21 [1]** 35/21
**exhibits [3]** 3/8 4/2 11/18
**exit [2]** 117/11 142/14
**exiting [1]** 113/11
**expect [5]** 118/2 165/1 173/22 174/1 174/2
**expected [1]** 73/10
**expecting [3]** 48/17 174/10 174/11
**expects [1]** 174/8
**experience [4]** 100/14 108/4 112/24 151/9
**experienced [2]** 26/12 138/14
**expert [1]** 134/8
**expertise [1]** 133/20
**explain [1]** 163/4
**expletive [1]** 63/6
**exposed [2]** 24/16 162/24
**exposure [2]** 62/25 155/8
**expressing [1]** 24/20
**extended [1]** 146/9
**extensive [1]** 137/6
**extent [2]** 61/18 137/5
**exterior [1]** 35/17
**extinguisher [4]** 127/4 127/7 127/11 161/9
**extremely [1]** 141/7
**eye [10]** 16/5 17/8 114/20 119/21 119/25 120/25 126/1 128/8 128/16 159/2
**eye-wash [2]** 128/8 128/16
**eyes [12]** 100/10 100/11 100/11 128/5 128/8 128/9 151/5 151/9 153/22 153/22 153/25 157/7

**face [3]** 55/21 59/23 99/19
**Facebook [2]** 23/17 63/25 64/10
**facilitate [1]** 72/12
**facility [6]** 69/23 70/5 70/8 94/21 94/23 94/24
**facing [3]** 62/25 84/8 140/15
**fact [4]** 53/19 64/1 118/6 133/8
**Failure [1]** 154/14
**fair [11]** 7/19 8/13 29/20 37/2 45/8 74/13 96/20 106/5 109/2 113/25 121/23
**fairly [8]** 10/2 11/9 15/18 22/18 25/14 49/22 150/1 169/12
**fall [6]** 103/5 103/6 103/9 114/11 123/6 138/6
**familiar [10]** 58/15 60/2 62/1 67/10 90/25 98/13 117/1 132/4 140/6 142/11
**familiarize [1]** 73/21
**family [1]** 73/12
**far [9]** 23/14 44/7 59/22 123/4 132/7 134/9 137/5 164/3 164/3
**fast [2]** 64/15 127/20
**fate [2]** 135/23 137/18
**father [1]** 73/2
**favor [1]** 34/25
**favorable [1]** 49/13
**FBI [16]** 5/8 6/8 6/21 6/24 32/13 39/6 39/7 42/7 42/14 45/23 46/12 47/8 47/9 53/19 53/23 58/22
**federal [7]** 14/14 14/17 33/23 42/5 42/18 70/10 134/11
**feel [2]** 14/20 48/24
**feeling [1]** 153/24
**feelings [3]** 52/18 138/3 172/10
**feet [2]** 112/15 123/5
**fellow [2]** 131/13 168/15
**felt [6]** 40/19 41/5 87/6 90/6 140/20 156/13
**female [4]** 39/2 39/4 156/4 170/23
**females [1]** 39/12
**fence [1]** 137/9
**fences [1]** 70/14
**fencing [2]** 138/9 139/20
**few [28]** 6/2 11/18 11/21 17/2 20/14 37/8 46/13 49/10 49/21 59/10 62/24 75/12 91/10 97/22 106/19 107/22 108/16 108/21 111/5 124/2 125/6

129/4 129/7 154/16 157/2 160/1 165/15 165/19
**field [1]** 95/19
**fight [2]** 118/5 138/13
**fighting [2]** 83/3 99/16
**figure [3]** 59/17 59/18 143/2
**filed [1]** 40/7
**filings [1]** 49/19
**film [1]** 141/10
**filmed [2]** 8/6 11/3
**films [1]** 54/9
**finally [1]** 49/23
**financial [1]** 71/23
**find [3]** 55/7 141/14 142/17
**fine [1]** 157/4
**finish [2]** 7/5 137/24
**fire [8]** 127/4 127/7 127/10 136/17 136/18 136/22 136/23 161/9
**fired [4]** 126/18 131/6 142/8 151/17
**first [25]** 35/8 35/25 37/22 39/24 40/16 45/23 45/25 47/1 54/5 56/2 61/14 71/5 78/23 81/8 81/9 88/16 93/23 96/8 101/20 117/24 121/16 140/12 140/13 144/15 145/22
**five [12]** 10/10 18/14 65/14 69/9 90/14 94/23 94/24 103/25 113/14 114/21 128/13 174/20
**five hours [1]** 90/14
**five seconds [2]** 10/10 113/14
**fix [1]** 63/20
**fixed [1]** 78/23
**flag [8]** 9/23 13/5 120/14 124/7 124/11 141/6 147/15 166/24
**flash [2]** 69/16 69/20
**flat [2]** 17/5 64/12
**FLETC [1]** 134/2
**fliers [1]** 45/23
**flight [1]** 33/5
**floor [9]** 78/17 78/18 79/11 79/12 79/15 81/11 88/17 88/17 130/6
**Floors [1]** 75/7
**flow [1]** 50/13
**flowing [1]** 58/5
**Floyd [2]** 136/7 136/10
**Floyd's [1]** 137/15
**flush [1]** 128/9
**flying [2]** 161/5 161/7
**FN [1]** 104/12
**FN 303 [1]** 104/12
**focus [2]** 14/6 167/24
**fold [1]** 103/2
**follow [5]** 50/13 154/14
**following [8]** 31/16 34/10 36/8 46/11 129/23 164/13 164/18

**follows [3]** 71/6 93/24 144/16
**fonts [1]** 78/12
**foot [7]** 35/16 47/8 70/1 103/23 135/25 137/9 139/13
**footage [5]** 149/23 149/24 155/23 169/7 169/20
**force [6]** 58/4 106/19 119/12 122/17 130/21 134/9 135/3 135/11
**foregoing [1]** 176/3
**forever [1]** 165/2
**form [4]** 40/25 74/25 76/6 128/17
**format [1]** 23/16
**formation [1]** 122/13
**formations [1]** 146/7
**former [2]** 71/22 147/23
**forming [1]** 147/5
**forth [4]** 43/14 51/15 51/16 79/6
**forums [1]** 63/1
**forward [18]** 11/21 15/14 20/14 42/5 49/23 50/8 99/15 104/20 108/21 122/21 158/22 165/19 166/9 166/11 166/12 166/12 166/16 167/16
**found [2]** 70/7 141/6
**foundation [1]** 157/17
**founded [1]** 62/14
**founder [1]** 58/15
**fountain [1]** 98/2
**four [9]** 17/21 49/4 65/14 69/8 118/9 118/16 119/8 119/22 128/13
**four seconds [3]** 17/21 118/9 118/16
**Fourteen [2]** 61/20 61/21
**foyer [2]** 82/14 82/15
**frame [18]** 12/14 12/14 15/14 15/14 111/7 111/7 119/16 119/16 120/19 120/19 122/21 124/1 124/2 159/13 159/13 166/12 166/16 167/16
**frames [3]** 11/21 108/21 165/19
**Fraud [1]** 1/15
**fraudulent [1]** 37/12
**free [1]** 85/25
**Freedom [1]** 30/17
**Freeze [1]** 168/22
**frequently [3]** 153/12 153/14 153/15
**fresh [1]** 163/11
**Friday [7]** 6/7 6/10 7/8 10/21 23/19 27/21 174/21
**front [31]** 13/7 13/11

**F**

**front... [29]** 21/22
24/10 29/8 52/23 55/4
96/9 97/15 103/13
106/15 108/7 120/7
125/5 129/11 129/12
129/14 140/15 147/4
147/9 148/6 148/13
148/23 149/22 150/20
153/12 154/2 156/8
158/11 158/18 165/10
**frozen [1]** 100/1
**full [2]** 21/7 76/22
**fully [1]** 30/17
**function [4]** 62/13
62/17 79/14 79/17
**functions [1]** 79/4
**further [10]** 11/3 38/4
68/23 74/12 92/6 98/1
111/12 120/7 131/16
171/24
**fusion [6]** 52/20 52/21
53/3 53/7 53/18 53/19

**G**

**gained [1]** 102/5
**gas [14]** 55/2 55/19
55/22 69/18 126/14
140/5 146/8 148/10
148/15 149/10 151/18
151/21 155/8 162/24
**gassed [1]** 55/18
**gate [2]** 64/18 64/19
**gates [2]** 64/17 70/4
**gather [2]** 83/18 84/2
**gathered [1]** 84/2
**gathering [5]** 83/13
83/15 83/21 85/21 86/5
**gatherings [1]** 145/22
**gave [6]** 38/16 38/22
66/13 66/18 95/18
132/11
**gear [8]** 33/13 33/25
48/8 48/15 57/10
106/25 107/4 107/19
**general [13]** 8/5 8/21
16/6 19/25 22/15 26/21
28/15 50/10 85/15 95/4
133/14 138/4 155/25
**generally [13]** 22/2
30/11 49/13 73/14
80/14 90/7 90/10 96/8
115/1 128/23 146/6
146/16 166/6
**George [3]** 136/7
136/10 137/14
**Georgia [1]** 134/2
**gesturing [1]** 125/6
**get [50]** 9/18 12/6
14/18 29/10 37/18
37/24 40/15 49/22 63/6
64/3 64/20 69/7 69/17
86/6 86/6 86/8 98/9
98/16 99/20 110/23
117/18 119/3 125/9
126/3 127/6 127/8
127/9 127/9 127/10
127/11 127/12 127/14

129/22 131/23 132/16
134/8 140/9 142/20
152/12 155/16 155/17
162/25 163/6 163/13
163/21 164/13 164/19
**gets [4]** 100/10 100/11
100/12 134/22
**getting [15]** 26/15 36/1
83/10 116/7 118/1
122/16 127/19 152/15
156/14 158/12 160/7
160/9 164/1 167/5
167/5
**giant [1]** 101/25
**gift [3]** 40/20 66/18
66/21
**gifted [1]** 51/19
**Gina [1]** 60/2
**give [5]** 132/6 132/7
153/15 154/11 174/11
**given [3]** 23/6 34/2
40/4
**giving [5]** 38/13 122/18
131/8 135/12 153/13
**glass [1]** 130/17
**gloves [5]** 107/8
107/12 107/15 107/18
108/5
**go [75]** 14/5 14/7 14/9
15/8 15/25 16/12 17/4
18/17 20/12 20/14 27/1
32/3 32/19 34/9 38/16
43/16 47/18 50/4 50/6
50/13 51/15 57/17
61/23 62/9 64/15 65/8
65/12 68/21 74/12
78/21 81/7 81/15 89/2
90/2 99/6 99/9 104/24
108/21 111/5 111/7
119/15 119/16 120/20
121/15 127/6 127/10
127/24 128/22 129/17
130/1 130/5 133/23
134/13 134/17 134/24
141/1 142/14 143/13
145/19 146/16 147/6
147/8 152/13 157/4
159/7 159/9 159/13
159/13 163/2 163/3
164/22 165/19 166/10
166/11 174/9
**goes [2]** 156/5 161/23
**going [67]** 5/16 13/13
13/21 14/2 14/5 24/8
24/9 31/4 32/13 33/7
34/9 38/15 38/24 40/15
41/9 50/2 50/12 53/19
55/23 59/13 64/15
68/19 70/11 74/11 78/9
80/14 86/8 90/1 92/7
97/19 98/17 109/22
111/7 112/2 119/21
120/9 121/3 121/4
123/14 123/19 123/22
123/24 124/8 125/22
126/1 131/23 134/14
134/20 135/22 137/7

45/12 143/20 146/7
157/10 157/13 159/14
159/16 160/8 161/25
167/2 167/8 167/8
167/24 168/9 172/9
173/18 173/23
**gone [2]** 33/9 46/3
**good [22]** 5/6 5/10 5/20
5/25 6/1 38/9 38/10
63/21 71/9 71/10 92/10
92/11 94/3 111/12
131/20 144/19 144/20
148/5 160/9 163/1
163/3 172/9
**got [31]** 21/1 30/23
31/12 37/14 37/17
37/22 37/25 39/15 42/8
49/4 55/13 56/24 59/6
59/15 60/21 66/11
69/21 80/2 87/14 99/12
107/2 118/4 119/5
140/18 143/6 147/10
148/12 148/23 155/7
159/2 163/22
**gotten [3]** 82/25 109/21
160/19
**government [38]** 1/13
1/17 3/8 4/2 5/4 7/24
10/7 11/15 15/24 19/11
22/22 25/20 28/22 30/3
33/23 41/25 42/5 43/14
45/9 45/20 47/23 54/16
70/11 71/1 71/2 72/1
74/18 75/23 93/16
93/20 96/25 106/10
109/13 114/6 122/2
149/17 159/9 169/17
**Government's [55]** 6/4
7/3 7/11 7/22 8/8 9/21
10/5 10/8 11/12 15/11
15/21 17/3 19/8 20/10
22/9 22/20 25/3 25/17
26/24 28/10 28/20
29/13 29/25 31/19
32/15 35/2 35/20 40/2
48/22 50/17 68/6 74/3
74/15 75/13 75/21 84/5
87/20 90/22 91/17
96/15 96/23 100/22
105/21 106/8 108/17
109/8 113/13 114/3
121/12 121/15 121/25
150/4 168/19 169/14
174/7
**grab [2]** 127/6 135/14
**grabbed [1]** 140/11
**grade [1]** 138/17
**grand [2]** 121/12
121/13
**grave [1]** 89/24
**gray [6]** 7/18 12/24
21/6 120/4 164/16
166/23
**grazing [2]** 64/17 64/18
**great [2]** 34/9 115/10
**green [9]** 9/7 19/1
19/16 24/10 27/8 32/24
62/9 62/9 154/22

**greet [1]** 81/9
**greeting [1]** 50/16
**ground [4]** 38/13 155/1
155/4 165/14
**grounds [8]** 9/18 22/3
29/4 29/11 35/17 37/18
67/20 68/1
**group [38]** 48/24 48/25
59/10 60/5 60/7 60/25
62/1 62/5 62/12 62/17
62/19 63/1 63/3 64/4
64/5 64/6 64/20 65/15
70/9 96/10 96/12 96/13
105/10 106/15 109/17
112/3 112/4 112/6
119/9 125/20 127/23
128/13 129/10 140/10
140/13 155/13 171/10
171/13
**groups [1]** 23/18
**grow [1]** 147/12
**growing [1]** 156/13
**grown [1]** 160/2
**guarded [1]** 70/11
**Guardsmen [3]** 70/17
139/3 172/22
**guess [6]** 29/7 43/17
48/3 52/17 70/13 99/16
**guilty [1]** 42/18
**gun [4]** 104/12 104/16
104/19 140/5
**guns [1]** 140/22
**guy [6]** 57/8 103/20
103/21 103/21 127/10
143/4
**guys [3]** 30/16 64/10
105/13

**H**

**H-A-W-A [1]** 71/12
**had [139]** 11/7 11/17
13/12 13/20 14/4 14/8
14/13 21/12 22/7 23/6
23/8 23/10 23/13 23/16
24/2 27/19 30/23 33/5
33/9 34/2 37/11 37/13
40/4 40/4 40/13 40/18
40/18 40/20 41/4 41/5
45/19 46/3 46/13 46/13
48/1 48/18 49/19 49/25
53/23 53/25 54/8 55/21
55/22 55/22 58/13 59/9
59/10 59/11 59/23 60/4
60/8 60/20 60/25 61/3
65/4 65/23 66/1 66/23
67/1 67/7 67/14 69/17
69/18 70/4 73/9 79/9
80/5 80/6 82/4 82/22
82/23 82/24 82/24
82/25 85/8 85/22 87/2
87/2 87/9 87/10 87/15
87/16 87/17 89/19
89/20 92/2 99/14 99/15
99/22 101/4 102/3
103/6 104/18 104/19
104/22 109/21 113/10
115/24 115/25 117/8
119/3 119/8 120/8

**greet [1]** 81/9
**greeting [1]** 50/16
123/9 123/14
123/23 124/24 127/4
128/4 128/7 130/17
132/15 133/19 136/7
136/8 136/21 137/13
138/19 138/20 139/4
140/4 140/5 141/9
144/7 146/17 147/18
148/19 148/21 153/21
154/16 155/24 156/22
158/11 160/19 163/16
167/12 172/18 174/20
**hadn't [3]** 89/23 108/12
147/20
**half [4]** 16/2 19/12
138/4 143/1
**halfway [2]** 120/10
120/11
**hallway [2]** 82/13 88/18
**hand [5]** 38/22 110/8
110/16 113/5 169/2
**handful [1]** 101/13
**handle [9]** 29/23 39/22
40/1 43/7 43/10 43/11
48/7 65/24 67/5
**hands [1]** 158/17
**hang [1]** 32/7
**happen [11]** 14/11
14/16 14/21 38/20 40/7
80/9 83/24 84/3 102/25
153/3 159/4
**happened [8]** 27/23
38/25 58/1 70/3 104/18
137/13 138/20 159/1
**happening [5]** 13/10
40/3 67/23 82/16
118/18
**happy [1]** 60/14
**harassing [1]** 64/12
**hard [6]** 49/8 52/18
64/16 107/9 107/13
129/8
**harm [2]** 48/10 48/12
**Harrington [2]** 162/6
165/13
**Harris [1]** 73/10
**has [26]** 12/23 13/7
20/19 21/16 24/13 26/5
27/14 37/7 42/3 44/7
47/13 51/24 52/1 56/20
68/25 88/6 96/14 106/1
106/15 116/11 126/24
133/17 160/2 160/10
170/7 174/3
**hat [16]** 7/18 12/25
18/8 21/13 21/16 23/25
24/11 26/5 27/17
110/10 110/12 111/17
120/4 123/2 123/24
165/23
**hatchet [3]** 6/20 39/19
39/22 39/25 40/1 40/4
40/6 40/17 40/18 40/20
41/3 41/4 41/6 41/10
41/22 43/7 43/10 43/11
65/24 65/24 66/22 67/1
67/5
**hatchets [8]** 6/23 39/16

**hatchets... [6]** 41/10
66/5 66/11 66/16 67/7
67/10
**hats [1]** 21/15
**have [147]** 6/4 6/16
8/16 8/17 31/3 32/9
32/13 33/18 36/24 37/2
37/4 37/6 37/17 37/23
37/25 40/6 45/17 46/7
47/1 47/3 48/6 49/2
49/6 49/13 50/21 50/23
51/7 51/9 51/23 52/15
52/23 52/23 53/6 53/12
53/18 54/20 58/13
58/16 60/14 60/23 61/2
61/3 61/11 62/6 64/10
64/14 64/22 64/23 70/6
70/7 70/7 70/17 70/18
70/22 71/17 78/1 78/6
79/6 79/15 80/4 80/13
83/23 83/24 85/11
85/11 85/17 92/14 93/7
93/12 94/13 95/12 96/1
97/18 103/24 106/15
106/17 107/9 107/18
107/25 110/21 111/19
112/17 112/18 112/22
112/23 113/5 113/17
113/21 115/22 116/20
121/6 123/16 125/25
126/2 126/6 128/20
130/22 130/25 132/12
132/15 132/20 132/24
132/25 133/7 134/16
135/8 135/10 136/6
138/9 138/10 138/12
138/14 138/14 139/4
139/10 139/17 141/15
142/5 143/1 143/7
143/16 145/1 145/25
146/2 146/23 147/21
147/24 149/24 152/3
157/20 157/22 158/8
158/10 160/7 162/7
162/9 166/6 167/13
169/5 172/3 172/10
172/14 172/19 172/25
173/2 173/6 174/8
**haven't [3]** 51/3 51/6
54/18
**having [8]** 48/15 54/3
65/4 71/5 88/24 93/23
132/2 144/15
**HAWA [12]** 2/20 71/3
71/4 71/12 71/17 76/18
87/25 89/12 90/25
91/10 91/20 92/10
**he [99]** 8/3 13/4 13/7
13/8 17/16 18/12 21/15
21/16 21/24 22/2 24/9
24/13 32/13 33/12
33/15 33/16 33/19
35/11 35/12 35/25
37/13 42/20 47/13
50/18 51/11 51/21 52/1
52/2 52/6 52/8 52/8
52/11 57/9 57/9 57/11

57/13 57/13 57/14
58/22 59/6 59/7 59/10
67/4 67/4 67/13 67/19
68/13 77/2 80/25 81/9
81/16 81/17 81/22
81/23 81/24 88/11 90/6
90/7 90/10 90/17 91/9
96/18 103/15 103/20
104/10 104/11 104/11
104/13 104/15 104/16
111/19 111/20 119/1
119/2 120/6 121/4
127/4 127/7 134/21
134/21 140/3 140/4
140/4 140/8 140/10
140/12 140/14 140/15
142/8 142/9 142/11
144/7 159/7 159/8
165/12 165/14 166/1
167/8 170/24
**he's [9]** 40/23 51/21
52/5 52/11 103/21
103/23 107/1 107/2
110/16
**head [12]** 17/16 18/7
44/14 74/24 76/2 106/1
107/1 107/20 122/24
126/5 140/13 156/11
**headed [4]** 16/22
155/15 156/7 161/22
**heading [3]** 75/25
112/9 112/10
**heads [1]** 71/22
**hear [13]** 44/8 83/7
83/10 90/9 105/7
105/12 151/14 151/22
151/23 153/9 153/12
154/8 164/21
**heard [8]** 13/20 44/4
61/5 83/8 131/6 133/7
133/15 143/20
**hearing [5]** 44/12 105/3
105/15 131/3 174/19
**heavily [1]** 70/15
**height [1]** 47/4
**helmet [3]** 107/2 165/9
169/4
**helmets [4]** 107/4
107/19 108/5 147/17
**help [9]** 24/8 34/22
42/9 72/12 93/10 119/3
129/17 163/6 166/8
**helped [5]** 60/8 70/17
130/24 155/8 172/25
**helpful [1]** 135/4
**helping [3]** 24/7 24/8
142/17
**her [14]** 34/11 34/19
34/22 34/25 35/1 35/15
59/19 59/23 60/2 60/3
60/6 60/12 167/24
168/7
**here [87]** 5/12 6/3 9/4
9/23 11/23 14/21 16/3
19/25 21/16 22/6 25/25
27/9 30/14 30/25 33/7
38/3 40/24 41/11 42/9
46/25 47/6 47/15 51/9

57/1 65/12 78/15 79/14
84/21 85/12 87/25
97/12 97/23 98/20
100/25 101/3 102/18
102/22 103/1 103/13
104/4 104/6 107/17
108/8 108/23 113/1
116/3 117/18 117/22
118/1 119/22 120/9
120/23 121/13 122/5
122/14 123/1 123/13
123/24 125/5 125/8
125/17 126/20 127/2
134/3 134/21 135/22
141/1 141/3 150/1
150/16 150/22 152/14
152/23 155/21 156/20
158/6 158/17 159/1
161/3 161/22 162/17
165/10 165/23 168/24
170/2 170/23 171/11
**hey [3]** 41/10 42/8
135/21
**Hi [1]** 35/8
**hidden [2]** 142/4 142/9
**high [5]** 62/16 133/4
141/7 141/19 142/2
**highest [1]** 71/21
**highlight [1]** 134/15
**highly [1]** 62/21
**hills [4]** 51/15 59/14
59/15 59/21
**him [37]** 17/14 21/22
24/2 24/6 33/18 34/2
47/3 47/6 50/23 51/11
51/14 51/15 57/12
58/21 58/25 59/9 59/11
66/1 67/2 81/19 82/2
82/12 88/25 90/20
90/21 97/15 99/20
103/17 103/18 120/7
127/7 140/12 142/12
142/13 159/7 162/7
**himself [2]** 13/8 144/7
**hindsight [4]** 69/22
70/2 136/4 138/19
**his [42]** 5/16 5/17
17/16 21/5 21/6 24/12
35/10 40/24 47/4 47/4
47/14 52/7 67/1 73/2
73/8 73/12 73/25 78/9
81/3 81/9 81/16 81/22
82/15 83/9 88/9 89/14
96/18 97/8 98/12 104/6
107/1 110/8 110/10
110/10 110/16 120/6
120/6 140/11 165/9
168/20
**Hispanic [1]** 47/6
**history [1]** 135/23
**hit [4]** 63/24 67/14
67/25 113/4
**hold [15]** 18/25 20/13
21/18 27/1 84/4 104/24
108/19 108/21 117/6
117/25 123/14 125/20
166/10 167/15 168/20

**holding [13]** 92/3 94/22
102/1 102/3 104/21
110/8 110/16 120/14
124/24 150/24 151/5
166/24 170/25
**home [3]** 6/8 33/6
46/14
**Homeland [1]** 72/4
**homework [1]** 47/10
**Honor [46]** 5/6 5/10
5/14 5/22 31/4 31/7
31/13 40/22 42/22
52/13 52/16 53/15 58/7
61/11 61/13 65/17
65/19 67/3 68/25 69/3
71/2 92/6 92/15 92/21
109/11 131/16 136/15
137/22 138/2 139/6
141/22 143/7 143/9
143/16 143/25 144/1
155/22 157/10 171/24
172/2 172/8 173/6
173/14 173/24 174/5
174/18
**HONORABLE [1]** 1/9
**hoping [1]** 118/3
**horns [2]** 143/3 143/4
**HOS [1]** 75/5
**HOSTETTER [47]** 1/6
2/4 2/17 2/19 2/22 2/25
5/3 5/11 8/1 8/19 9/11
9/17 11/17 13/2 16/9
16/25 17/12 18/10
20/16 20/17 21/2 21/5
21/12 21/22 26/21
31/16 32/8 32/10 33/7
33/9 33/14 33/24 35/8
35/25 38/5 65/22 66/1
66/7 66/13 66/18 67/12
68/11 68/21 68/25
92/25 172/1 173/20
**Hostetter's [6]** 9/3
31/25 34/10 34/18
36/20 67/1
**hostile [2]** 148/5 166/8
**hotel [5]** 30/23 31/12
32/14 35/15 46/4
**hour [4]** 29/9 39/6
143/12 148/8
**hours [9]** 27/20 27/24
90/14 90/20 96/7 129/4
132/10 137/6 137/10
**house [26]** 22/5 73/18
75/7 75/11 78/17 78/18
78/19 79/11 79/12
79/15 79/15 79/18
81/23 81/25 82/2 82/3
82/18 86/14 90/15
96/10 97/20 130/2
130/9 130/12 130/19
136/12
**housekeeping [1]**
92/22
**how [65]** 6/19 9/3
14/25 16/24 22/24
34/24 37/10 44/7 48/6
50/23 51/10 53/6 55/9
56/4 58/19 60/21 61/18

89/17 90/13 94/4 94/13
96/12 98/9 98/16 100/9
101/23 103/17 103/22
103/24 106/18 112/24
115/7 119/9 121/9
123/4 123/13 125/24
127/8 129/6 129/20
130/12 130/16 133/13
134/9 139/21 145/1
145/25 146/4 146/16
147/3 159/25 160/6
160/19 162/7 164/12
167/4 167/13 172/22
174/10 174/11 174/19
**however [2]** 46/22
144/3
**hug [1]** 38/23
**hugs [3]** 38/13 38/14
38/16
**hundred [1]** 126/19
**hundreds [2]** 43/24
121/11
**hung [2]** 135/24 137/18
**hurt [1]** 26/16
**hurtful [1]** 135/4
**hype [1]** 110/23
**hyped [1]** 110/23
**hypothetical [1]** 68/12

I

**I'd [11]** 12/12 15/10
52/23 91/17 96/14
105/2 105/20 123/22
138/25 149/16 168/18
**I'll [18]** 5/20 16/2 16/5
16/13 17/8 25/17 31/7
57/18 74/15 84/4 104/4
110/2 118/14 137/24
144/1 150/15 156/18
157/2
**I'm [92]** 8/16 8/24 14/15
14/15 20/1 21/8 27/22
27/24 29/11 30/3 31/2
31/4 31/4 32/21 33/7
34/17 40/15 42/3 42/15
42/15 43/2 44/4 45/14
46/6 46/6 47/11 50/25
51/2 51/5 52/4 52/25
53/4 54/6 54/20 55/14
55/19 60/14 60/15 62/6
63/15 64/10 64/11 67/3
68/25 71/16 74/11
74/11 74/20 88/24
89/14 90/9 93/5 96/7
98/18 102/12 103/3
109/1 111/7 111/14
112/2 119/15 119/21
120/9 123/22 123/24
126/19 129/13 131/25
132/14 132/14 133/11
133/18 134/14 134/24
136/23 141/25 145/4
145/11 146/1 150/6
155/22 157/6 157/10
159/11 159/22 166/14
164/14 166/22 167/24
168/11 172/9 173/9

**I**

**I've [34]** 9/6 13/23
16/19 19/1 19/17 21/1
24/10 41/15 41/16
54/17 89/9 101/6 110/6
116/23 119/20 120/10
120/22 122/23 123/1
125/16 133/15 133/21
133/25 146/18 152/2
152/9 154/22 158/4
162/16 164/15 167/7
170/11 171/8 171/10
**iconic [3]** 59/17 59/18
143/2
**idea [7]** 39/9 39/10
39/11 60/23 61/3 132/6
143/1
**ideas [5]** 52/20 52/21
53/3 53/7 53/18
**identified [2]** 13/8
78/24
**identify [3]** 6/13 12/19
13/2
**illegitimate [1]** 137/21
**image [5]** 64/2 88/22
96/14 97/12 108/23
**immediately [4]** 35/15
55/16 84/17 87/12
**impact [4]** 107/17
110/21 146/9 147/21
**impede [1]** 86/8
**important [1]** 163/24
**inability [1]** 132/7
**inaugural [15]** 27/21
28/1 83/1 97/23 98/9
98/10 98/16 100/16
109/21 109/22 115/7
115/20 127/24 144/3
169/19
**inauguration [9]** 36/2
36/5 36/6 36/25 83/2
97/14 98/22 117/5
152/20
**inches [2]** 47/7 63/22
**incident [8]** 18/20
67/13 67/19 114/24
134/9 134/12 134/22
170/17
**include [1]** 146/6
**included [2]** 75/12
137/20
**including [1]** 47/12
**incoming [1]** 97/14
**incorporate [1]** 52/20
**increasing [1]** 160/3
**indeed [1]** 144/2
**INDEX [1]** 3/19
**indicate [3]** 30/7 170/4
170/22
**indicated [3]** 37/13
39/21 174/20
**indicating [2]** 46/23
61/1
**indicted [6]** 38/12 39/8
51/24 52/1 52/11
141/24
**indictment [6]** 40/12
50/24 51/1 51/7 51/8

**individual [48]** 9/23
12/24 13/8 17/19 19/16
23/24 24/12 24/25 26/5
27/14 46/23 63/2 88/6
89/9 89/12 89/14 97/2
97/7 104/5 104/6 106/2
110/15 111/16 119/22
119/25 120/4 120/10
120/14 120/16 120/22
121/2 121/7 123/2
123/4 123/23 124/4
124/6 125/5 126/24
127/3 134/20 162/4
164/16 165/23 166/23
170/8 170/11 170/14
**individuals [24]** 13/24
22/25 23/13 24/19
51/12 63/4 82/22 83/4
83/5 83/12 83/15 83/21
85/16 85/25 86/7 86/15
87/2 89/5 89/20 90/6
114/16 148/1 154/15
164/18
**infinite [2]** 167/12
172/18
**inflame [1]** 69/10
**inflamed [1]** 134/22
**inflaming [1]** 69/19
**influenced [2]** 45/7
68/13
**inform [1]** 5/15
**informant [2]** 42/14
58/23
**information [7]** 76/8
76/9 83/10 83/18 84/2
85/21 143/23
**infrastructure [1]**
71/23
**initial [1]** 41/24
**initially [4]** 39/18 99/15
148/14 149/2
**initiate [1]** 80/21
**injured [3]** 123/9
136/13 136/25
**inside [40]** 6/14 8/25
9/9 11/3 13/21 14/5
14/7 14/12 14/14 14/16
38/15 38/24 44/1 44/2
44/9 46/3 47/8 47/16
47/17 47/18 48/12
82/13 86/10 86/23
88/17 102/7 106/22
116/24 128/23 128/24
129/17 129/23 130/1
130/12 130/18 142/16
154/23 156/5 164/2
164/4
**inspector [16]** 2/20
71/4 71/16 71/17 87/25
89/12 90/25 91/10
91/20 92/10 96/18 97/2
97/13 97/23 98/11 99/7
**inspired [1]** 64/3
**Instagram [3]** 45/15
46/18 46/25
**installed [1]** 137/9
138/10 138/16

**instances [1]** 5/25
**instruct [1]** 150/14
**instructions [5]** 153/13
153/15 154/12 164/13
164/19
**intel [1]** 64/14
**intended [1]** 134/13
**intent [1]** 43/16
**intention [3]** 40/18
48/10 48/12
**intentionally [1]** 64/6
**intentions [4]** 86/17
87/4 87/5 89/22
**interaction [1]** 43/13
**interconnected [1]**
101/23
**interest [2]** 52/12 52/14
**interesting [5]** 56/17
141/7 141/14 141/17
141/24
**interrupt [1]** 74/11
**intervened [1]** 49/6
**intimidate [2]** 43/17
45/6
**intimidated [3]** 44/3
44/11 68/13
**intimidating [2]** 43/25
44/15
**intimidation [3]** 43/15
44/20 45/2
**introducing [1]** 61/1
**investigation [1]** 174/4
**invited [1]** 58/25
**involved [6]** 51/2 58/19
73/19 73/20 138/5
139/21
**iPads [2]** 54/11 54/12
**irritants [1]** 148/17
**Irvine [1]** 54/9
**is [241]**
**isn't [6]** 46/8
**issue [5]** 39/16 43/23
44/22 85/18 173/16
**issues [2]** 37/12
135/17
**it [307]**
**it's [55]** 6/5 6/20 9/10
10/16 10/19 13/5 21/23
22/14 29/19 31/6 32/15
35/21 42/2 42/15 44/8
46/8 46/9 48/6 49/8
49/8 54/13 54/14 57/1
57/2 76/2 76/6 77/23
81/11 84/6 84/15 91/25
96/18 96/24 101/21
110/17 130/5 132/15
132/1 134/11 143/19
143/21 143/22 143/23
145/24 149/22 150/8
150/23 151/23 154/11
154/11 156/1 160/8
162/6 170/23 173/16
**item [3]** 6/8 91/21 92/2
**items [3]** 6/3 6/16
147/19
**itinerary [6]** 76/10 77/7
78/12 79/8 79/17 79/21
**its [1]** 151/19

**itself [10]** 57/6 79/23
98/22 103/4 103/4
112/12 130/14 130/21
160/11 167/6

**J**

**J-O-S-E-P-H [1]** 94/8
**jacket [5]** 7/18 12/25
120/4 164/16 165/10
**jackets [1]** 39/6
**January [95]** 7/20 9/15
10/3 15/19 22/3 24/3
25/15 26/8 27/7 28/8
31/17 31/24 33/4 33/5
33/10 33/14 34/12
34/20 36/25 37/8 38/11
45/23 49/11 50/21 51/3
51/4 59/8 60/6 60/12
65/24 66/14 66/25
67/10 68/16 72/5 72/9
72/9 73/4 73/12 74/1
74/9 74/22 75/3 75/7
75/19 77/1 79/25 91/4
91/14 95/2 95/2 95/4
95/12 95/14 95/24 99/4
103/4 103/4 103/8
104/14 104/16 105/15
107/3 107/15 109/3
110/18 113/7 114/24
115/2 115/22 121/10
127/14 127/17 128/21
128/23 130/9 131/1
133/2 135/24 137/10
145/5 145/7 145/8
146/14 146/17 146/20
148/10 149/12 150/19
153/12 155/2 161/6
168/10 168/13 168/15
**January 10th [2]** 33/4
33/10
**January 2021 [1]** 67/10
**January 27th [1]** 51/4
**January 5th [3]** 74/9
74/22 75/19
**January 6, 2021 [9]**
27/7 38/11 72/9 75/3
75/7 95/2 95/4 145/8
150/19
**January 6th [72]** 7/20
9/15 10/3 15/19 22/3
24/3 25/15 26/8 28/8
33/14 34/12 34/20 37/8
45/23 49/11 50/21 51/3
59/8 60/6 60/12 65/24
66/14 66/25 68/16 72/9
73/4 73/12 74/1 77/1
79/25 91/4 91/14 95/2
95/12 95/24 99/4 103/4
103/4 103/8 104/14
104/16 105/15 107/3
107/15 109/3 110/18
113/7 114/24 115/2
115/22 121/10 127/14
127/17 128/21 128/23
130/9 131/1 133/2
135/24 137/10 145/7
146/14 146/17 146/20
148/10 149/12 153/12

**itself [10]** 161/6 168/10
168/13 168/15
**January 6th of [1]** 72/5
**January 7th [2]** 31/17
31/24
**January 7th via [1]**
33/5
**JASON [2]** 1/14 5/7
**javelin [1]** 99/20
**Jessica [2]** 5/9 173/8
**Joe [1]** 36/7
**John's [2]** 136/12
136/21
**Johns [4]** 2/10 176/3
176/8 176/9
**joined [6]** 5/7 59/10
60/4 60/6 94/16 101/4
**JOSEPH [4]** 2/23 93/20
93/22 94/8
**JUDGE [2]** 1/10 142/10
**July [2]** 1/5 176/8
**June [6]** 50/24 51/1
51/5 51/6 136/11
137/14
**June 27 [1]** 51/6
**June 27th [3]** 50/24
51/1 51/5
**jury [2]** 121/12 121/13
**just [112]** 5/17 6/2 7/5
10/17 11/2 11/18 13/7
13/12 13/17 14/6 14/24
15/7 16/2 16/9 16/13
17/2 17/9 18/21 23/1
25/21 27/24 29/3 32/7
32/8 40/10 40/25 41/18
43/8 43/10 45/11 48/6
49/10 49/23 50/13
52/11 53/11 55/7 55/24
56/24 58/10 59/10
60/10 60/15 61/2 62/9
63/20 64/2 66/13 69/3
70/17 74/12 74/25 75/1
78/4 78/4 79/9 81/11
82/14 82/15 84/1 85/3
88/17 90/11 90/19
91/10 92/21 94/15
95/23 97/22 99/16
100/1 103/3 104/18
111/7 114/12 118/8
119/12 119/16 119/21
122/15 122/21 123/14
124/1 125/19 131/24
132/7 134/17 138/2
141/10 141/21 142/24
143/20 143/21 143/22
146/24 149/2 153/21
154/16 156/25 162/25
165/5 166/8 166/12
167/11 172/2 172/5
172/14 172/16 173/14
174/10 174/18 174/21

**K**

**K-1 [1]** 63/19
**KAREN [1]** 2/5
**keep [33]** 12/13 16/5
17/8 70/1 94/5 112/3
112/6 114/20 116/7

**K**

keep... [24] 116/10
119/21 119/25 120/16
120/25 122/16 122/18
123/22 123/24 124/4
124/8 125/11 148/25
149/5 158/19 158/22
159/14 159/16 163/16
163/24 164/2 165/1
166/9 171/14
Keepers [1] 138/11
keeping [3] 38/15
38/24 116/15
KENNEY [3] 2/5 2/5
5/11
kept [1] 164/13
Kevlar [1] 107/2
keys [1] 95/19
killed [1] 137/4
kind [37] 23/9 39/5
44/8 44/14 51/16 53/2
55/24 56/22 56/24 57/7
57/8 59/17 59/18 65/13
70/18 98/2 99/21 100/5
100/10 100/11 101/21
101/22 119/12 122/17
123/12 123/20 126/2
127/25 128/4 131/23
132/6 133/4 134/21
140/3 142/15 147/24
166/3
kinds [1] 59/25
kiosk [2] 54/7 54/8
knew [13] 57/9 60/22
68/3 68/4 89/5 95/20
107/20 116/4 116/17
118/4 123/12 159/7
162/24
knife [7] 9/10 9/11 9/18
14/8 24/16 93/1 113/10
knit [1] 21/12
knocking [1] 47/10
know [85] 13/25 14/8
22/4 22/6 23/5 23/7
23/8 23/8 23/14 36/3
37/11 45/6 47/4 51/10
52/1 52/9 54/18 57/6
57/11 57/12 57/14
57/18 58/20 58/21
58/22 58/24 59/15 60/2
60/6 60/12 63/23 74/25
75/1 77/21 80/19 86/5
86/16 87/3 87/4 87/4
88/25 89/21 89/22 93/6
95/2 103/15 103/17
104/8 104/18 115/9
123/13 125/8 126/2
126/17 127/16 134/11
134/13 135/19 137/3
137/25 138/17 138/22
138/23 139/15 139/16
139/20 139/22 141/24
142/10 142/19 142/20
143/4 143/5 147/22
147/24 148/4 151/7
152/10 152/17 155/4
157/9 160/19 162/4
174/3 174/10

knowing [1] 79/10
knowledge [1] 51/23
known [7] 61/25 63/4
63/5 74/24 98/13 130/2
162/7
knuckles [1] 107/9

**L**

L-A-N-E-L-L-E [1]
71/12
lack [1] 132/3
lacks [1] 157/17
Lady [3] 73/8 75/2
86/18
laid [1] 40/3
LAMBERTH [2] 1/9
142/11
LANELLE [4] 2/20 71/2
71/4 71/12
Lani [1] 76/18
lapse [1] 16/24
large [13] 48/23 63/20
70/14 83/20 96/13
98/20 138/13 145/22
147/5 147/11 147/15
154/12 171/1
larger [1] 80/6
last [15] 6/3 8/5 36/11
71/12 79/14 79/17
103/18 124/23 125/6
129/9 132/20 144/5
154/16 170/15 174/19
late [1] 63/15
late-night [1] 63/15
later [6] 30/22 46/13
60/13 80/23 132/10
143/1
law [4] 42/4 94/16
131/12 134/11
lawyer [1] 42/20
lead [3] 88/15 116/21
126/6
leaders [1] 71/21
leadership [2] 63/8
63/13
leading [4] 54/3 73/3
73/12 135/16
leads [2] 82/7 88/16
leaning [1] 112/19
learned [1] 92/1
least [3] 57/24 138/4
174/9
leave [6] 64/16 64/18
82/2 91/8 142/13 147/1
leaving [1] 18/21
left [35] 5/18 12/12
12/25 17/5 19/1 20/13
27/4 29/10 40/20 84/13
84/22 87/23 88/19
88/20 91/7 98/11 98/12
103/12 104/4 106/21
107/7 107/11 116/23
118/8 118/15 125/16
126/25 135/24 142/14
152/7 152/9 152/18
154/23 169/2 170/9
left-hand [1] 169/2
leg [1] 113/12

**LEGAL [1]** 2/5
lenses [1] 141/16
less [3] 14/20 104/11
146/8
let [19] 12/23 13/6
17/18 18/6 20/19 26/4
27/13 46/25 53/15
57/18 64/3 88/5 97/6
101/6 119/22 137/8
137/24 168/9 168/12
let's [12] 10/8 36/22
49/4 56/2 56/9 79/25
95/14 111/5 119/18
120/20 143/13 173/4
lethal [3] 52/8 104/11
146/8
letter [1] 74/23
letting [2] 75/1 88/25
level [12] 69/11 94/23
94/24 117/21 132/14
152/13 152/15 155/16
156/8 160/10 161/23
172/24
liaison [7] 72/7 72/11
72/17 72/20 73/16 76/3
91/16
life [2] 42/6 42/14
lifting [1] 139/19
light [1] 143/12
lightly [2] 69/23 70/5
like [73] 12/5 12/12
14/20 15/10 22/5 23/6
35/12 44/9 46/10 46/16
47/13 47/25 55/18
56/18 57/25 60/1 62/9
63/14 64/9 65/8 65/13
69/8 69/9 69/16 91/17
96/14 98/3 98/18 99/20
99/25 100/5 101/21
101/25 103/6 104/12
105/2 105/15 105/20
106/25 107/2 107/14
107/18 110/14 110/23
112/12 123/11 123/22
134/1 134/21 135/8
135/12 135/13 138/14
139/17 139/17 140/3
141/13 141/14 141/15
142/13 143/5 146/9
147/11 147/17 147/19
149/16 151/22 152/19
153/5 156/13 162/9
168/18 174/23
likely [3] 14/9 14/20
50/12
limited [1] 30/23
line [31] 10/22 11/4
37/23 49/25 56/22 57/9
75/4 91/2 99/15 101/2
101/3 101/3 101/20
101/22 102/1 102/9
102/25 103/2 103/6
103/9 114/11 118/3
120/7 121/5 123/6
124/24 126/10 127/23
140/12 140/15 150/24
lined [1] 78/4
lines [1] 164/22

**lineup [1]** 175/6
link [1] 137/9
lips [1] 99/22
list [4] 46/12 47/8
48/23 64/24
listed [2] 76/12 79/4
listened [1] 96/1
listening [2] 43/21
129/7
lists [1] 76/21
lit [1] 136/21
literal [1] 52/5
literally [5] 132/23
135/24 137/18 138/5
143/23
little [7] 10/18 23/10
58/3 102/4 120/11
163/14 163/22
live [2] 58/1 138/21
living [2] 52/6 137/20
Lloyd [5] 96/18 97/3
97/13 97/23 99/7
lobbying [1] 44/12
located [2] 54/19 63/16
location [7] 85/24 86/6
86/9 86/19 90/3 90/8
90/11
locations [3] 63/23
131/6 141/9
lockdown [1] 129/21
lockdowns [1] 23/9
locked [1] 129/21
lodge [1] 155/23
long [11] 16/24 56/4
71/17 90/13 94/13
123/13 145/1 145/25
162/7 174/10 174/11
longer [1] 27/17
look [9] 52/23 60/14
62/6 70/2 83/11 135/12
136/5 136/6 141/15
looked [10] 6/3 56/18
60/1 69/8 134/9 135/7
135/13 140/3 142/13
147/11
looking [15] 11/19
22/16 47/13 48/22
49/20 57/7 65/12 69/22
89/14 100/25 101/3
106/12 109/5 133/18
141/14
looks [10] 46/10 47/13
55/17 63/14 65/8 65/13
106/25 110/13 134/21
152/19
Los [1] 52/6
losing [1] 123/13
lost [1] 124/23
lot [18] 23/6 23/11
44/23 46/15 55/5 83/8
107/3 107/14 108/1
116/17 119/11 127/17
129/14 138/20 146/10
148/6 155/1 157/20
lots [5] 39/3 53/25
129/11 129/12 133/1
loud [6] 43/25 44/9
45/4 151/23 154/12

**loud...** [1] 154/18
loudspeaker [3] 149/6
149/9 154/11
love [2] 38/1 57/23
lower [14] 9/7 20/21
31/25 69/11 96/3 98/6
98/8 116/4 117/6
117/16 128/1 154/22
166/1 167/20
LRAD [1] 154/11
lunch [1] 92/17

**M**

M-A-T-T-H-E-W [1]
144/22
M/C [2] 77/11 77/14
made [20] 14/7 37/23
38/3 56/14 79/7 82/22
82/23 83/19 86/13
86/17 96/3 96/18 99/8
115/22 117/8 127/25
152/3 158/8 166/8
174/20
magazine [1] 53/4
magnitude [1] 44/12
main [8] 24/4 29/6
81/20 83/5 86/14 90/4
90/5 130/5
make [12] 35/18 42/22
44/21 44/23 85/22
105/17 129/8 138/17
139/1 141/9 142/12
159/7
makes [1] 35/12
making [4] 35/9 37/25
82/18 96/10
male [1] 140/2
mall [2] 54/8 54/9
man [8] 24/10 40/11
46/10 47/2 54/1 139/23
142/24 167/7
managed [1] 58/14
manner [1] 9/14
MANNING [4] 1/14
2/18 2/24 5/8
many [17] 53/6 61/19
103/24 107/22 108/16
121/9 129/8 131/11
131/13 137/3 137/19
139/13 139/21 147/18
166/5 167/13 174/19
map [1] 90/25
MARIANO [2] 1/18 5/7
mark [2] 12/8 12/17
57/17
marked [6] 92/24 93/7
96/14 105/20 149/16
168/18
markings [3] 57/6
57/12 157/7
Maryland [1] 134/3
mascara [1] 59/23
mask [5] 55/2 55/19
106/25 141/19 148/10
masks [3] 107/4
141/17 141/20
Massaquoi [4] 50/16
50/21 51/10 51/23

**M**

**massive [2]** 48/19 70/10
**material [1]** 160/18
**matter [5]** 5/15 43/21 74/12 92/22 176/5
**MATTHEW [4]** 3/3 144/1 144/14 144/22
**may [24]** 5/13 5/15 5/20 8/16 38/5 38/22 48/6 55/7 63/14 71/1 92/20 92/21 96/1 131/17 134/11 137/14 138/17 143/25 144/13 147/24 158/10 171/25 172/2 173/25
**May 22nd [1]** 38/22
**May 25th [1]** 137/14
**maybe [11]** 29/8 56/18 93/12 103/25 135/20 135/21 139/1 139/1 142/14 142/21 166/11
**McConnell's [1]** 132/3
**me [57]** 5/12 12/20 14/13 38/13 38/13 38/14 38/16 38/20 38/21 38/22 38/23 38/23 39/5 40/4 40/6 41/3 41/4 46/1 46/9 46/24 46/25 47/17 50/9 52/24 53/15 53/24 54/2 54/24 55/5 55/7 55/15 56/14 56/15 58/25 60/1 63/17 64/8 103/10 110/14 113/12 119/22 123/12 132/6 133/4 135/5 135/7 135/8 137/8 138/8 138/15 138/21 139/9 140/23 141/13 141/15 172/17 174/11
**mean [11]** 31/2 38/19 43/13 45/3 56/12 78/3 79/2 95/2 149/10 156/12 163/4
**meaning [1]** 136/5
**means [1]** 99/10
**meant [1]** 33/12
**mechanical [2]** 2/11
**media [8]** 32/9 34/25 62/25 97/16 98/24 100/18 102/7 102/10
**medical [6]** 80/19 155/16 155/18 155/19 159/8 162/22
**meet [8]** 23/13 31/16 32/10 33/24 51/10 58/25 63/11 122/17
**meeting [8]** 33/15 40/10 45/19 50/18 58/14 58/19 59/3 59/12
**meetings [2]** 80/4 135/16
**megaphone [1]** 110/17
**megaphones [1]** 110/19
**member [4]** 43/20 69/24 70/10 88/16

**members [15]** 22/7 26/15 68/12 73/20 84/16 115/1 130/5 130/18 152/3 153/5 156/23 158/8 163/13 164/4 167/1
**memory [2]** 49/19 65/4
**men [2]** 101/14 110/23
**Mendoza [1]** 139/2
**mentioned [3]** 26/11 40/11 49/19
**Mesa [2]** 2/7 65/1
**message [17]** 23/9 29/14 29/19 29/20 30/14 30/14 30/19 31/5 31/25 32/1 32/24 33/2 33/17 36/13 49/15 59/11 62/10
**messages [16]** 31/21 32/4 32/17 33/16 34/25 35/4 36/11 45/20 59/12 60/11 60/25 62/8 62/8 62/10 65/5 65/6
**met [5]** 23/1 51/11 51/13 80/8 81/20
**metal [6]** 97/16 98/20 99/19 159/3 160/17 161/9
**Metropolitan [9]** 101/17 102/4 112/5 112/25 114/18 116/5 130/24 135/9 144/24
**Michael [2]** 75/5 76/23
**microphone [2]** 10/18 94/5
**middle [12]** 19/17 76/18 84/9 98/20 114/14 114/16 116/12 120/11 124/21 158/3 162/16 164/15
**midnight [2]** 91/7 145/12
**might [16]** 14/16 14/21 43/20 43/25 44/11 44/13 44/17 44/17 44/17 48/18 58/13 70/17 80/9 137/17 138/10 139/4
**military [5]** 147/16 147/23 147/23 147/24 172/25
**military-type [1]** 147/23
**million [4]** 43/22 43/23 135/21 137/16
**mind [4]** 40/14 50/2 60/21 137/16
**mine [1]** 39/12
**mini [1]** 138/10
**minus [1]** 31/8
**minute [7]** 40/15 57/17 57/18 124/23 134/17 156/14 166/14
**minutes [6]** 29/9 134/5 141/1 143/13 160/1 165/15
**mission [3]** 54/8 71/20 145/21

**missions [1]** 62/21
**misstates [1]** 67/4
**Mitch [1]** 132/2
**mocking [1]** 39/7
**moment [22]** 5/16 13/10 14/6 16/24 16/25 20/7 27/20 27/25 28/7 28/16 28/18 37/15 55/24 56/17 96/21 102/1 106/6 111/17 117/24 118/2 123/11 123/17
**moments [3]** 13/17 154/16 173/19
**Monday [1]** 136/4
**Monica [1]** 60/9
**monitored [1]** 42/10
**monitoring [3]** 33/21 33/22 42/10
**months [3]** 49/10 60/9 67/9
**more [38]** 15/2 16/16 18/14 20/9 26/11 33/20 47/21 50/11 50/11 70/15 76/8 84/2 85/4 85/21 85/24 86/18 91/10 97/22 102/13 114/21 118/4 118/5 119/8 119/11 119/22 125/9 126/5 126/9 137/5 146/16 148/8 156/14 157/2 159/8 166/8 166/8 166/9 172/3
**morning [23]** 5/6 5/10 5/20 5/25 6/1 32/10 38/9 38/10 45/20 46/11 65/24 66/25 68/24 71/9 71/10 80/2 80/3 80/4 93/13 95/24 95/25 136/5 172/4
**Morris [1]** 159/2
**Morton [3]** 23/8 40/11 40/11
**most [11]** 9/16 14/9 26/11 28/7 102/2 135/22 138/22 143/2 144/8 145/15 146/18
**mostly [4]** 66/10 100/5 137/6 137/6
**mother [1]** 38/22
**motion [3]** 40/7 40/9 174/7
**motions [1]** 40/3
**motorcade [22]** 76/9 77/15 77/16 77/18 77/24 79/19 83/17 83/20 83/23 83/25 84/12 84/17 84/20 84/21 85/3 85/4 85/8 85/12 85/15 85/17 85/19 85/20
**mountain [1]** 169/4
**mouth [2]** 53/14 100/13
**mouths [1]** 99/22
**move [33]** 7/22 10/5 11/12 15/21 19/8 22/20 25/17 28/20 29/25 31/9

**44/19 50/12 50/14 74/15 75/21 79/11 83/19 86/1 86/17 89/1 96/23 105/7 105/9 106/8 109/8 114/3 120/8 121/25 124/11 150/4 157/17 169/14
**moved [5]** 81/16 81/23 93/3 93/6 119/12
**movements [3]** 79/5 79/6 80/18
**moving [3]** 50/8 50/8 160/17
**MPD [4]** 145/1 151/17 169/4 169/7
**Mr [6]** 2/17 2/18 2/19 2/22 2/24 2/25
**Mr. [63]** 5/25 6/7 8/1 8/19 9/3 9/11 9/17 11/17 13/2 16/5 16/9 16/25 17/8 17/12 18/2 18/10 19/4 20/16 20/17 21/2 21/5 21/12 21/22 21/22 26/21 27/8 31/16 31/25 32/8 32/10 33/7 33/9 33/14 33/24 34/10 34/18 35/8 35/25 36/20 36/24 38/5 38/9 58/20 61/25 65/22 65/22 66/1 66/7 66/13 66/18 66/19 67/1 67/12 68/11 68/21 68/25 92/23 92/25 92/25 93/1 155/25 172/1 173/20 173/20
**Mr. Hostetter [39]** 8/1 8/19 9/11 9/17 11/17 13/2 16/9 16/25 17/12 18/10 20/16 20/17 21/2 21/5 21/12 21/22 26/21 31/16 32/8 32/10 33/7 33/9 33/14 33/24 35/8 35/25 38/5 65/22 66/1 66/7 66/13 66/18 67/12 68/11 68/21 68/25 92/25 172/1 173/20
**Mr. Hostetter's [6]** 9/3 31/25 34/10 34/18 36/20 67/1
**Mr. Smith [1]** 66/19
**Mr. Tarrio [1]** 58/20
**Mr. Taylor [14]** 5/25 6/7 16/5 17/8 18/2 19/4 27/8 36/24 38/9 61/25 65/22 92/25 155/25 173/20
**Mr. Taylor's [2]** 92/23 93/1
**Mrs. [3]** 75/6 76/23 77/3
**Mrs. Pence [3]** 75/6 76/23 77/3
**Ms [1]** 5/11
**Ms. [1]** 173/15
**Ms. Salo [1]** 173/15
**much [7]** 9/14 68/3 128/22 156/12 161/10 167/3 172/8
**mucous [1]** 100/10

**mucus [1]** 100/13
**multiple [1]** 99/20
**munition [2]** 151/17 151/19
**munitions [2]** 146/8 149/11
**music [1]** 44/9
**must [6]** 62/14 63/5 63/7 63/9 63/11 63/12
**mute [1]** 25/21
**my [86]** 5/7 5/11 8/4 14/8 30/3 31/3 32/7 33/13 33/13 34/14 38/1 38/2 38/16 38/22 39/20 39/25 40/2 40/4 40/5 40/12 40/14 41/9 41/20 41/22 42/15 42/20 43/7 43/9 44/19 45/19 45/22 46/8 47/10 47/25 48/1 48/7 49/19 49/20 49/21 49/25 50/24 51/1 53/14 55/17 60/21 61/13 67/7 67/25 72/12 80/5 82/4 82/23 83/8 83/11 91/16 94/15 95/25 95/25 96/3 99/8 103/18 105/18 107/20 127/9 127/25 128/5 132/14 132/15 134/11 134/16 138/17 138/25 141/5 145/23 146/1 149/22 153/22 153/22 154/1 162/8 163/1 163/6 169/4 169/4 174/20 174/21
**myself [6]** 23/7 37/16 55/7 55/8 137/19 138/25

**N**

**name [17]** 47/25 48/1 52/21 53/7 53/18 53/22 60/2 71/11 71/12 76/14 76/18 76/22 94/7 97/2 122/15 143/5 144/21
**names [2]** 62/6 63/2 76/22
**narrative [1]** 37/19
**nation [2]** 135/23 137/18
**nation's [1]** 71/21
**national [4]** 70/17 72/16 139/3 172/22
**natural [1]** 80/20
**nature [1]** 139/22
**navy [1]** 23/25
**near [3]** 10/19 91/21 113/7
**nearby [1]** 89/3
**nearly [1]** 131/12
**necessarily [1]** 43/16
**necessary [2]** 57/25 64/7
**need [11]** 32/7 42/9 49/24 63/14 63/19 63/23 63/25 64/14 80/17 85/24 131/5
**needed [8]** 78/5 89/2 131/6 145/24 146/25

**N**

needed... [3] 156/13 156/14 159/8
negative [2] 34/11 34/18
neighbors [1] 39/12
never [13] 35/16 47/8 52/11 59/9 63/2 64/20 85/17 133/1 133/15 136/8 138/14 142/5 148/5
new [3] 1/15 41/6 173/9
next [45] 15/3 16/2 17/21 21/19 29/7 32/3 45/19 70/13 71/1 78/24 81/15 83/16 84/3 85/20 86/12 90/2 92/20 92/22 99/6 99/7 105/3 112/2 114/15 118/9 118/15 120/17 124/2 125/1 127/24 139/11 142/8 143/10 143/17 152/7 152/13 152/15 155/16 159/6 159/9 160/10 160/13 161/23 161/25 167/25 172/4
nice [2] 35/9 40/20
Niewenhous [5] 173/7 173/10 173/15 173/16 173/18
night [3] 60/11 63/15 63/24
nine [2] 12/16 168/1
nine seconds [1] 168/1
nine-second [1] 12/16
no [66] 1/4 9/20 22/1 23/15 24/24 25/2 27/17 27/18 33/11 37/6 40/18 41/7 41/13 46/8 47/5 47/20 47/22 48/6 48/11 48/14 52/4 52/18 54/7 55/16 57/14 58/21 58/24 61/1 61/3 62/24 63/18 68/18 69/17 70/18 91/23 92/14 103/7 108/6 113/20 114/25 116/1 121/13 131/9 131/15 132/18 132/25 133/17 134/23 135/18 140/23 141/12 143/1 143/9 147/20 148/11 148/22 152/5 156/24 162/10 162/18 165/3 165/9 167/9 168/8 168/14 168/17
No. [1] 5/2
No. 21-392-1 [1] 5/2
nobody [3] 55/17 57/9 142/12
noise [3] 44/5 44/21 44/24
non [1] 145/24
non-peaceful [1] 145/24
none [1] 116/18
nonviolent [1] 62/18
noon [2] 173/25 174/1

normal [1] 95/25
normally [1] 139/16
north [6] 83/12 100/18 100/19 102/3 115/18 126/7
nose [1] 100/13
not [87] 14/5 22/1 34/9 34/15 35/15 35/16 38/16 40/6 43/8 43/10 43/16 44/19 46/6 46/6 46/8 46/24 47/8 47/15 47/17 47/19 51/2 51/9 51/23 52/1 52/4 54/6 58/21 58/24 62/6 62/19 62/20 63/15 68/5 70/15 73/2 79/22 82/13 83/23 85/13 85/14 87/10 87/17 90/4 91/9 91/24 98/22 99/2 105/11 108/11 108/12 108/14 112/18 112/23 113/20 114/25 115/24 115/25 117/9 121/8 122/15 126/19 128/16 129/4 129/19 131/9 131/10 132/14 132/15 132/17 132/25 133/11 135/10 137/1 138/10 139/17 139/25 141/12 143/21 144/4 148/11 148/22 152/5 160/9 165/3 165/4 167/10 168/14
nothing [7] 38/4 53/23 68/23 92/6 131/16 171/24 174/17
notice [4] 55/4 107/7 107/11 147/10
noticed [2] 48/23 161/4
noticing [1] 50/10
notification [2] 74/24 75/5
notify [1] 76/6
notifying [1] 75/8
notoriety [1] 23/10
November [2] 66/2 67/9
now [39] 7/11 10/17 11/2 11/6 11/19 17/23 18/2 32/9 33/19 41/17 46/17 57/12 58/10 62/15 65/13 71/19 93/20 98/12 102/13 115/14 118/14 120/9 132/21 133/18 137/2 141/5 142/6 143/13 150/16 156/7 156/22 159/20 160/3 161/1 162/14 164/22 166/20 167/1 172/10
nowhere [3] 50/4 50/6 63/1
number [20] 14/24 14/25 15/1 48/23 65/13 80/21 93/8 115/8 115/8 115/9 139/15 141/7 141/19 142/3 150/6 159/25 160/1 160/2 167/12 172/19

**numbers [2]** 158/13 160/4
NW [2] 1/15 1/19

**O**

oath [5] 5/21 71/5 93/23 138/11 144/15
object [5] 6/19 9/9 31/5 157/10 157/16
objection [14] 34/13 37/19 40/22 42/22 52/13 58/7 79/10 82/5 136/15 137/22 139/6 143/16 144/11 155/23
objections [1] 79/7
objective [1] 64/20
objects [4] 113/5 160/8 161/5 161/7
obligated [1] 48/24
observe [7] 26/18 99/18 103/8 135/3 147/13 148/12 149/4
observed [2] 14/25 49/2
obvious [2] 14/15 58/4
obviously [2] 83/10 87/13
OC [2] 99/21 100/5
occasion [1] 48/5
occasionally [1] 54/4
occur [1] 132/13
occurred [5] 132/21 134/7 134/10 137/11 138/7
occurs [1] 82/6
off [23] 5/18 29/6 33/7 38/13 50/5 50/9 55/23 61/16 63/22 70/18 74/20 78/1 111/6 111/22 117/7 117/18 117/20 125/20 134/12 134/13 161/5 162/24 165/2
Offense [5] 39/18 39/24 41/16 41/24 43/8
offer [1] 173/14
offered [1] 172/22
offers [1] 99/20
office [11] 1/19 54/3 81/9 81/16 81/22 81/24 82/10 82/14 82/16 88/20 132/10
officer [28] 56/18 67/25 83/8 99/19 107/25 108/8 112/24 123/18 127/7 127/9 127/17 128/18 131/5 140/3 140/13 143/19 155/24 156/4 157/20 165/9 165/12 165/14 169/8 170/19 170/23 170/24 173/7 173/18
officers [47] 48/10 49/2 49/7 50/3 50/11 56/23 67/15 69/9 69/14 83/4 95/19 99/10 99/12 99/22 103/11 103/24 108/8 112/6 116/6

**11** 6/17 118/22 119/9 119/7 123/9 125/9 127/5 128/11 131/7 131/13 132/12 132/22 133/9 133/13 134/22 135/9 135/15 139/21 140/10 145/12 151/5 152/6 155/6 155/13 156/6 167/12 168/15 172/19
offices [2] 63/25 75/8
official [4] 2/10 43/20 44/10 176/9
often [2] 127/14 146/4
Oh [4] 39/13 55/12 143/4 174/4
okay [57] 7/1 38/20 39/13 39/15 39/17 40/2 41/1 41/14 43/4 43/12 45/8 48/4 48/8 52/18 54/8 56/11 57/4 57/15 57/21 60/15 61/11 62/7 62/11 65/2 65/8 65/17 81/22 92/16 111/12 118/12 120/2 131/17 133/6 133/17 135/1 135/10 135/16 137/2 140/1 141/3 141/13 143/6 143/24 152/22 159/18 172/5 172/8 173/2 173/4 173/17 173/25 174/3 174/3 174/4 174/24
once [4] 63/15 68/4 83/14 88/20
one [56] 5/15 6/16 15/14 16/16 21/9 40/2 40/15 40/16 41/10 41/11 44/12 44/13 45/22 47/21 48/4 49/15 49/19 51/11 54/20 56/15 56/18 56/20 59/17 60/8 60/10 62/10 63/24 65/14 69/3 69/12 69/25 70/11 72/3 74/11 82/5 86/1 87/8 88/12 92/5 92/21 101/25 118/22 133/17 134/1 134/2 135/9 135/22 140/1 142/7 144/8 146/18 158/10 164/18 167/14 172/10 172/14
ones [1] 23/21
online [1] 46/21
only [7] 35/16 62/19 64/7 65/14 86/8 118/4 130/13
open [3] 64/18 64/19 116/5
opening [1] 132/22
operated [1] 53/6
operating [1] 65/1
operation [2] 64/11 64/17
operational [1] 63/7
operations [2] 63/9 63/12

operators [2] 62/13 63/11
opinion [3] 134/8 134/11 135/10
opportunity [1] 65/4
opposite [2] 15/9 154/18
ops [3] 62/1 62/25 63/10
Orange [1] 46/16
order [1] 51/1
ordered [1] 51/8
orders [1] 154/14
organization [1] 172/23
orientation [1] 97/22
original [1] 80/18
originally [1] 53/22
other [21] 22/4 40/15 44/14 51/12 61/5 73/19 75/12 95/7 101/24 112/19 116/6 119/3 125/20 126/3 127/5 128/11 139/14 149/9 154/17 161/5 166/3
others [4] 37/16 56/19 130/23 161/14
our [40] 22/4 33/21 51/7 51/11 51/21 68/24 70/23 72/8 72/13 72/15 73/17 73/18 76/6 76/7 80/13 80/20 80/22 85/19 85/21 86/8 86/8 88/25 89/20 90/3 92/5 92/17 96/2 100/10 104/11 114/18 116/6 122/17 128/9 133/21 144/9 172/4
ours [1] 51/19
out [54] 14/21 26/13 26/19 29/7 32/24 34/25 40/3 40/5 40/14 41/25 44/5 45/3 45/23 46/6 46/10 46/12 50/7 51/15 51/17 53/14 63/6 83/11 95/18 96/19 97/16 99/7 100/3 100/13 100/17 116/6 116/18 118/5 118/6 119/12 120/8 128/5 128/9 128/9 129/1 129/4 129/18 130/17 132/9 132/10 132/16 134/20 142/16 142/21 142/22 153/22 155/7 156/13 163/6 173/4
outfits [1] 147/17
outgunned [4] 107/21 107/23 140/19 140/20
outnumbered [4] 107/20 115/9 123/19 165/5
outset [1] 150/20
outside [13] 14/24 17/9 43/22 44/3 63/2 81/20 82/14 82/14 82/15 82/16 102/9 129/22

**O**

outside... [1] 129/24
outstretched [1] 165/24
oval [5] 116/23 116/24 125/16 152/2 158/2
over [30] 49/20 59/19 59/19 59/20 81/16 82/8 82/19 82/23 89/14 90/16 97/17 112/19 113/4 126/8 127/5 131/3 132/23 138/4 140/8 146/7 152/18 153/4 153/6 153/7 153/10 154/17 160/7 163/14 164/14 164/22
overall [1] 80/6
overruled [10] 34/16 37/21 42/24 43/3 67/6 136/16 144/11 156/1 157/14 157/18
overrun [1] 70/18
overtime [1] 95/7
own [5] 40/24 47/25 49/6 102/8 169/20
owner [1] 65/1

**P**

P-I-T-T-S [1] 94/8
p.m [31] 17/5 17/23 20/13 21/17 22/6 27/7 27/19 30/8 30/25 30/25 77/10 77/11 81/2 84/15 87/24 90/19 96/7 96/19 99/3 147/7 150/17 156/17 158/7 158/9 159/21 161/2 162/14 166/21 169/23 173/19 173/19
pack [3] 66/3 66/13 66/16
page [11] 32/3 32/24 36/10 42/2 45/10 61/23 65/12 76/1 76/19 76/21 131/25
Page 1 [1] 65/12
Page 2 [2] 32/24 61/23
Page 4 [1] 131/25
Page 52 [1] 45/10
Page 6 [1] 42/2
pages [2] 61/19 61/21
pain [3] 156/9 156/12 156/12
painful [1] 153/25
Palmdale [1] 53/21
pants [1] 7/18
Paragraph [1] 132/1
Paragraph 1 [1] 132/1
paralegal [1] 5/8
parents [1] 38/21
parked [1] 78/4
part [28] 9/16 23/18 26/8 41/21 41/22 42/1 47/12 62/5 67/1 68/17 71/25 72/4 84/1 86/20 91/14 91/16 95/9 102/2 104/11 114/18 115/20 117/3 135/16 136/22

140/19 145/19 152/14 163/15
particular [13] 24/6 46/2 72/21 73/16 75/10 80/12 83/7 95/9 107/8 131/3 133/3 140/2 149/4
particularly [3] 118/23 145/13 151/19
parts [1] 144/9
party [4] 38/21 39/2 39/3 39/5
past [7] 37/8 37/25 99/15 121/5 127/23 138/21 155/13
path [1] 88/25
patriot [2] 62/24 64/22
patriots [6] 23/22 59/24 60/4 62/1 62/12 62/14
patrol [2] 145/11 145/12
pause [81] 10/10 11/23 12/9 12/16 15/4 17/21 18/14 19/13 21/19 25/5 28/3 68/9 84/25 85/5 89/7 102/15 104/1 105/4 109/14 109/25 111/3 111/8 111/10 111/21 112/7 113/14 114/7 114/21 115/4 115/11 118/10 118/11 119/13 119/18 119/24 120/2 120/17 120/25 122/3 122/10 122/19 122/21 124/14 124/16 124/18 125/2 125/13 126/11 150/15 151/2 151/11 151/24 154/19 155/10 155/21 156/18 156/20 157/3 157/4 157/23 158/14 158/23 159/11 159/18 160/13 160/23 161/19 162/1 162/11 162/19 163/9 164/7 165/6 165/17 165/21 166/18 167/18 168/1 169/24 171/5 171/17
paused [1] 117/24
pausing [1] 154/5
pay [2] 105/2 138/17
paying [1] 44/8
peaceful [7] 43/24 68/14 68/17 108/2 108/4 145/24 145/24
peacefully [1] 45/3
pen [1] 64/18
Pence [13] 73/8 73/12 73/15 75/6 75/6 75/6 76/23 76/23 76/24 76/25 77/3 77/5 89/16
Pennsylvania [1] 146/23
people [84] 13/21 13/25 16/20 23/11 39/3 43/22 43/23 43/24 44/1 44/3 44/21 44/22 45/3

98/15 46/15 46/25 50/9 64/24 65/13 65/14 69/17 76/22 85/8 86/10 87/9 87/16 97/17 97/18 98/3 98/23 99/25 102/13 103/10 105/10 106/15 107/3 107/14 107/18 108/5 108/7 109/17 109/20 109/21 112/3 112/4 112/17 113/11 115/8 116/15 116/18 117/7 117/8 117/10 117/25 120/7 125/11 125/25 128/24 133/9 133/15 135/21 136/9 137/4 137/17 138/6 141/15 141/19 142/16 142/20 147/13 147/16 147/18 149/5 152/15 158/12 159/25 160/1 160/4 160/21 161/12 161/15 167/13 171/10 171/13
Per [1] 51/1
percent [1] 126/19
Percenters [1] 60/17
perform [1] 63/9
perimeter [5] 82/22 83/22 89/20 90/3 91/3
period [2] 26/12 29/3
permanent [1] 117/3
permanently [1] 98/21
Permission [1] 139/6
permitted [1] 40/23
person [18] 23/13 42/18 57/6 57/7 59/18 63/11 72/21 88/9 91/21 92/2 103/13 104/8 104/20 106/22 110/7 125/6 129/9 151/23
personal [4] 47/25 48/1 48/8 48/15
personally [6] 55/21 63/5 135/5 135/7 135/20 140/23
personnel [1] 73/18
persons [6] 17/9 63/4 86/23 89/3 112/15 113/6
ph [1] 64/4
phone [2] 30/11 31/3
phones [2] 54/10 54/11
photo [13] 7/15 7/19 8/1 8/11 22/14 24/11 28/13 55/15 96/18 98/19 98/20 99/3 110/25
photograph [6] 45/14 45/24 54/14 55/6 92/24 102/8

photographer [3] 141/8 141/23 142/3
photographs [1] 48/22
photos [1] 29/4
physical [8] 5/18 6/3 7/1 44/19 47/1 47/3 47/11 93/14
physically [1] 140/11
pick [1] 5/18
picked [2] 53/3 161/10
picking [1] 38/13
picture [21] 10/2 17/12 18/2 22/24 23/2 46/2 46/10 47/13 54/17 54/18 54/19 55/14 60/16 61/6 61/8 98/12 105/20 105/22 106/5 106/12 141/5
pictures [3] 11/2 23/12 47/23
piece [2] 101/25 159/2
pieces [4] 160/17 160/19 161/9 161/9
PITTS [19] 2/23 93/21 93/22 94/8 94/13 97/11 100/25 101/11 105/2 108/23 111/16 112/2 118/14 122/13 124/21 126/24 127/24 131/20 143/21
place [6] 8/21 67/20 77/24 82/24 84/21 169/19
placed [1] 139/16
plain [1] 43/8
Plaintiff [1] 1/4
plan [15] 73/21 73/24 79/21 80/12 80/13 80/15 80/16 80/22 80/22 84/1 84/21 84/23 86/20 139/20 139/23
planned [2] 79/8 80/18
planning [1] 73/4
plans [2] 80/16 174/20
plastic [1] 107/13
plate [6] 7/18 24/13 24/15 24/16 24/22 24/25
platform [2] 32/20 83/1
platoon [3] 49/5 146/1 146/25
play [91] 7/5 10/10 12/8 15/3 16/2 16/13 16/13 16/16 17/6 17/21 18/14 19/12 19/21 21/19 25/5 25/22 28/3 56/4 56/6 56/9 57/18 68/7 79/9 84/24 85/5 89/7 102/15 104/1 105/3 105/4 109/14 109/25 111/3 111/12 112/7 113/14 114/7 114/15 114/20 114/21 115/4 115/11 118/9 118/15 119/13 119/22 119/24 120/17 120/17 120/25 121/16 122/3 122/10 122/19

124/13 124/18 125/1 125/13 126/11 141/1 151/2 151/12 151/15 152/2 152/22 152/23 153/17 154/4 154/19 155/9 155/21 156/18 157/2 157/23 158/14 158/23 160/13 160/23 161/9 164/7 165/6 165/17 165/25 166/13 166/17 167/17 168/3 168/21 169/25 171/6 171/18
playing [1] 59/19
plaza [23] 10/16 10/19 10/20 35/13 50/5 50/9 50/19 51/21 51/25 78/2 98/3 98/6 98/8 98/9 99/8 99/9 99/13 100/4 101/1 102/23 113/20 126/9 161/6
plea [4] 41/15 41/16 41/18 42/11
pleads [1] 42/18
please [82] 5/4 6/5 7/5 10/10 12/8 12/21 15/3 15/12 15/14 15/25 16/12 16/16 17/4 17/21 18/14 18/24 19/12 19/21 20/12 21/17 21/19 25/3 25/5 25/21 26/2 26/24 27/1 27/6 30/15 32/3 45/10 47/9 54/14 54/25 56/6 57/16 61/17 61/23 62/10 64/4 64/8 71/11 74/4 75/14 89/7 94/7 102/15 104/1 105/4 108/19 109/14 111/3 111/21 113/14 114/7 114/20 115/4

**P**

please... [25] 115/11
121/16 124/4 124/18
127/21 134/4 134/5
140/24 144/21 151/2
154/19 155/9 156/18
157/2 158/14 160/13
160/22 163/9 164/7
165/19 166/16 167/16
168/19 169/24 171/5
**plethora [1]** 100/2
**PM [3]** 92/19 143/15
175/11
**podium [1]** 5/5
**point [53]** 15/10 21/15
22/6 24/4 24/20 27/17
33/20 34/10 34/18
37/20 37/25 42/5 50/12
52/11 62/20 68/2 68/5
68/16 81/22 82/11
83/11 83/19 85/22 86/1
87/1 87/11 87/15 90/15
100/16 102/13 107/21
113/7 113/19 113/21
113/23 115/22 123/6
123/20 141/6 143/21
143/23 147/1 150/24
152/3 152/5 158/8
161/10 162/22 163/5
163/16 163/17 164/10
167/7
**pointing [3]** 46/1 46/10
132/23
**points [3]** 52/13 76/9
150/14
**pole [2]** 99/19 159/3
**police [126]** 10/22 11/4
14/1 14/10 14/12 15/1
15/2 16/21 17/1 20/3
20/7 26/13 27/25 29/6
37/22 48/10 48/19 49/2
49/7 49/13 49/17 49/21
49/25 50/8 50/11 55/4
56/18 56/23 67/15
67/25 69/9 69/14 70/16
70/19 73/18 75/10 83/4
83/8 93/21 94/10 94/11
94/14 94/17 101/1
101/3 101/3 101/16
101/17 101/17 101/22
102/1 102/9 102/25
103/2 103/6 103/9
104/13 107/25 108/8
108/8 112/5 112/6
112/9 112/24 112/25
114/11 114/18 114/19
115/2 115/8 116/5
117/25 118/22 120/7
121/5 122/14 123/6
123/18 125/8 125/20
127/23 128/18 129/11
129/12 129/14 129/17
130/21 130/24 130/25
132/12 132/21 133/7
133/9 133/11 133/12
133/13 135/3 135/9
135/14 140/3 142/5
142/25 144/24 147/12

150/22 150/24 151/5
151/18 152/6 152/10
152/14 153/13 154/14
155/13 156/25 157/20
158/11 161/14 161/17
161/17 163/16 167/12
172/19
**police's [1]** 26/18
**political [1]** 37/3
**pop [1]** 95/7
**pop-up [1]** 95/7
**Porter [7]** 29/23 47/25
48/1 48/4 48/4 48/7
62/8
**portion [2]** 57/5 117/6
**posing [2]** 87/1 87/17
**position [9]** 71/15 72/5
72/11 95/12 112/25
113/2 138/24 152/11
160/9
**Positive [1]** 9/5
**possibility [1]** 48/18
**possible [4]** 44/10 49/9
129/23 164/3
**possibly [5]** 35/12
38/19 56/2 141/10
173/1
**post [7]** 35/9 45/15
46/7 46/9 46/18 46/20
47/6
**potential [2]** 69/19 70/9
**potentially [1]** 86/8
**pounds [2]** 47/7 103/23
**PR [1]** 135/14
**PR-24 [1]** 135/14
**practice [1]** 107/9
**precise [1]** 62/20
**precisely [2]** 21/24
22/1
**Predominantly [1]**
33/17
**preferred [1]** 36/24
**Prep [1]** 95/18
**preparation [1]** 78/5
**prepare [1]** 73/11
**preparing [1]** 172/4
**preplanning [1]** 135/16
**presence [1]** 86/23
**present [3]** 34/11 34/19
142/3
**preside [1]** 90/16
**president [59]** 37/13
38/2 69/25 71/21 71/22
72/22 72/22 72/23
72/24 73/8 73/9 73/11
73/15 73/25 75/2 75/5
76/23 76/25 77/8 77/16
77/25 78/1 78/8 78/21
79/19 79/22 80/23 81/5
81/7 81/13 81/15 82/7
82/10 84/22 85/11
85/23 86/2 86/9 86/18
86/24 87/5 87/7 87/18
89/1 89/16 89/17 90/1
90/7 90/10 90/13 90/15
91/6 91/8 91/12 91/15
97/15 130/7 130/8

**President's [9]** 80/6
80/8 83/17 83/20 83/25
84/12 88/12 88/20
88/25
**President-elect [1]**
73/9
**presidents [1]** 71/22
**pretty [5]** 9/14 39/19
67/10 139/18 161/10
**prevent [3]** 118/1
152/15 158/12
**preview [1]** 174/11
**previous [1]** 106/13
**previously [14]** 11/7
11/18 16/8 22/16 23/14
67/2 91/11 109/6
113/17 122/7 125/10
149/24 169/5 169/20
**prior [11]** 50/8 50/24
50/25 51/1 59/9 59/11
60/9 60/20 60/21 63/9
113/9
**private [1]** 59/11
**privilege [1]** 42/23
**privy [2]** 132/14 132/15
**pro [3]** 2/4 5/11 59/16
**pro-Trump [1]** 59/16
**probably [10]** 20/9
26/11 28/2 30/22 59/12
63/23 80/2 135/22
141/16 145/15
**problem [4]** 37/2 37/4
37/6 160/3
**problems [1]** 37/11
**proceed [2]** 79/12
144/13
**proceeding [1]** 43/17
**proceedings [4]** 2/11
82/9 175/1 176/4
**process [1]** 113/11
**produced [1]** 2/12
**professional [3]** 141/8
141/23 142/3
**proffer [2]** 155/24
157/13
**programmed [1]** 30/11
**prohibitively [1]** 144/4
**projects [1]** 151/21
**prompted [2]** 46/18
46/19
**proof [3]** 63/10 144/9
173/15
**propaganda [1]** 64/23
**properly [4]** 93/3 93/6
116/19 149/14
**proposed [1]** 77/7
**prosecution [5]** 40/10
45/2 131/23 140/1
172/16
**prosecutor [1]** 141/5
**protect [5]** 48/24 49/6
57/24 71/21 71/23
**protected [5]** 69/23
70/5 70/15 72/21 76/25
**protectee [2]** 80/20
91/22
**protectees [5]** 72/13

**protecting [1]** 91/15
**protection [1]** 77/17
**protective [3]** 48/8
48/15 54/9
**protest [12]** 43/18
44/18 48/19 68/14
68/17 70/10 95/20 96/2
136/8 136/22 138/14
146/12
**protester [2]** 69/6 69/7
**protester's [1]** 140/8
**protesters [23]** 13/13
13/15 14/24 14/25 15/2
20/8 26/13 26/13 26/15
55/5 56/23 86/2 101/1
104/23 118/21 122/16
126/19 129/23 129/24
132/22 140/16 140/22
142/17
**protesters' [1]** 56/21
**protestor [1]** 69/12
**protestors [3]** 98/24
99/14 113/5
**protests [4]** 108/2
108/4 136/10 145/23
**protocol [1]** 82/7
**Proud [2]** 58/14 138/11
**provided [1]** 63/11
**provides [1]** 76/8
**proximity [1]** 73/24
**public [7]** 62/25 84/16
84/18 84/19 85/16
138/3 142/6
**public-facing [1]** 62/25
**publication [1]** 53/4
**pull [8]** 10/18 22/9 56/1
57/16 134/4 140/24
153/5 158/21
**pulling [4]** 9/21 103/11
149/2 158/20
**pummeled [3]** 49/5
69/8 134/22
**punched [1]** 99/23
**purchased [1]** 66/23
**purple [1]** 110/11
**purpose [3]** 44/18
48/15 74/21
**purposefully [1]** 85/15
**purposes [2]** 85/16
91/4
**pursue [1]** 52/7
**push [7]** 99/14 104/20
118/5 118/6 119/9
120/7 158/21
**pushed [8]** 29/7 37/16
49/23 49/25 99/15
102/4 113/4 127/23
**pushing [10]** 30/16
37/25 50/6 103/10
106/19 118/19 121/15
137/6 149/1 166/9
**put [2]** 98/22 166/4
**putting [1]** 46/23

**Q**

**quadrant [5]** 9/7 12/25
116/23 152/2 154/23

**quarter [4]** 101/7 101/8
112/1 126/25
**quarterback [1]** 136/5
**question [30]** 5/17 31/7
34/17 40/25 41/20 44/2
44/25 46/8 46/25 53/11
54/6 55/17 60/21 67/13
67/16 67/17 67/25 69/3
69/15 70/6 136/19
137/8 137/24 137/25
138/2 139/11 141/25
172/10 172/15 172/15
**questioning [1]** 34/14
**questions [9]** 6/2 58/10
65/23 68/12 91/10
92/14 97/22 134/14
138/9
**quick [1]** 127/19
**quickly [2]** 63/20 129/3
**quite [1]** 51/19
**quote [3]** 35/13 35/17
44/11

**R**

**rack [3]** 84/19 101/21
101/23
**racks [6]** 70/1 70/12
135/25 136/8 139/13
153/6
**radio [12]** 24/7 83/9
96/1 99/10 119/5 127/9
127/11 127/12 127/14
127/19 130/25 131/4
**raid [1]** 39/6
**rail [1]** 112/12
**railing [1]** 112/13
**rails [1]** 152/7
**raise [4]** 40/25 124/7
172/2 174/16
**raised [1]** 37/13
**raising [1]** 141/6
**rallies [2]** 49/10 59/16
**ran [8]** 14/12 24/19
24/21 48/16 52/2 153/6
153/7 154/17
**rank [3]** 94/11 132/14
145/3
**rapidly [1]** 26/14
**rarely [2]** 40/11 141/18
**reaction [1]** 9/3
**read [24]** 27/6 27/19
30/14 31/25 32/6 35/13
36/18 36/20 39/18 40/7
41/15 41/16 62/10
63/17 64/4 75/4 75/25
76/22 78/15 84/3
87/23 131/25 156/16
169/22
**reading [1]** 47/9
**reads [1]** 20/13
**ready [5]** 57/24 57/24
62/12 89/2 138/13
**real [1]** 123/12
**really [8]** 44/22 46/8
50/4 50/6 55/17 100/12
122/15 134/1
**reason [1]** 133/3

**R**

**reasonable [1]** 45/1
**reasonably [1]** 171/14
**reasons [1]** 87/6
**recall [42]** 6/10 7/8
10/21 20/3 20/6 21/24
22/2 23/21 24/5 24/19
24/24 26/8 30/21 38/12
40/3 40/14 41/3 41/4
41/7 41/8 41/12 41/13
44/4 46/9 46/12 46/12
49/24 56/14 56/25 58/1
58/12 60/12 60/15 65/5
65/22 67/12 67/16
67/17 68/11 115/1
127/2 155/1
**receive [3]** 34/2 34/10
34/18
**received [45]** 7/23 7/24
10/6 10/7 11/14 11/15
15/23 15/24 19/10
19/11 22/21 22/22
25/19 25/20 28/21
28/22 28/24 28/25 29/1
30/2 30/3 66/7 74/17
74/18 75/22 75/23
87/14 93/15 93/16
93/19 96/24 96/25
106/9 106/10 109/12
109/13 114/5 114/6
122/2 146/2 150/8
150/9 150/10 169/16
169/17
**recent [1]** 172/18
**recently [2]** 50/23
52/10
**reception [1]** 30/23
**recess [7]** 68/24 70/23
70/25 92/17 92/19
143/15 174/25
**recognition [1]** 64/21
**recognize [28]** 7/14
8/11 9/23 10/13 16/20
18/2 19/4 19/16 22/11
23/3 24/12 25/8 28/13
29/16 74/6 88/9 88/13
89/12 96/15 103/13
104/5 110/15 112/4
114/17 121/19 149/19
165/9 171/20
**recognized [2]** 23/5
65/23
**recollection [2]** 31/11
121/6
**record [20]** 5/5 9/6
12/23 13/6 17/18 18/6
20/19 26/4 27/13 61/16
76/17 88/5 94/7 97/6
101/6 116/11 141/22
142/24 144/21 155/22
**recorded [1]** 2/11
**records [1]** 52/23
**recross [3]** 2/19 69/1
69/4
**RECROSS-EXAMINATI
ON [1]** 69/4
**Recruiting [1]** 63/4
**recruits [1]** 63/9

**red [9]** 7/16 12/25 18/6
26/5 91/2 99/22 120/4
157/7 165/23
**redirect [6]** 2/18 65/19
65/20 69/1 143/8 143/9
**refer [5]** 19/25 46/22
47/24 77/14 98/5
**reference [4]** 35/9 36/3
49/16 50/16
**referencing [1]** 150/15
**referred [4]** 45/20
51/21 63/2 97/2
**referring [9]** 8/25 20/1
47/24 48/2 89/14 97/3
104/22 116/8 118/20
**reflect [15]** 9/6 10/2
12/23 13/6 17/18 18/6
19/6 20/19 22/15 26/4
27/13 88/5 97/6 101/6
116/11
**reflects [1]** 76/17
**refresh [1]** 65/4
**regain [1]** 155/8
**regarding [6]** 43/15
45/19 48/8 136/10
139/20 173/19
**regards [4]** 23/7 34/14
155/23 157/11
**region [1]** 72/16
**regular [4]** 16/13 19/21
33/16 124/13
**reinforced [3]** 107/14
107/18 108/5
**rejected [1]** 172/24
**related [8]** 24/3 34/11
34/19 40/4 42/19 53/11
59/14 134/15
**relating [1]** 138/2
**relation [4]** 8/3 15/8
18/12 150/21
**released [1]** 142/5
**relevance [3]** 34/14
136/15 157/11
**relevant [1]** 143/21
**relocate [2]** 86/24 87/6
**relocated [4]** 78/4
83/25 85/4 85/20
**rely [1]** 138/25
**remain [3]** 77/24 90/7
90/10
**remained [1]** 29/8
**remaining [1]** 173/5
**reman [1]** 29/4
**remember [13]** 45/24
46/1 50/9 50/18 52/21
53/24 54/2 57/7 59/5
67/23 105/15 131/3
172/17
**remind [1]** 5/20
**remove [3]** 62/18 63/19
63/21
**removed [2]** 59/7
173/20
**reordered [1]** 41/5
**repeat [1]** 168/11
**repeatedly [1]** 49/23
**rephrase [2]** 53/15
136/19

**replied [1]** 172/20
**reply [3]** 32/8 40/2
46/25
**reporter [5]** 2/9 2/10
10/18 94/6 176/9
**represent [7]** 11/9
15/18 22/18 25/14 91/2
150/1 169/12
**representation [8]** 8/13
28/18 29/20 74/13
96/20 106/5 109/2
113/25
**represents [1]** 91/3
**request [1]** 61/9
**requested [2]** 35/18
59/25
**require [1]** 42/13
**required [2]** 42/10
63/12
**requirement [1]** 42/17
**reserved [1]** 64/7
**resisting [2]** 26/18
135/8
**resources [2]** 100/17
127/19
**respect [3]** 102/8
109/20 110/12
**respond [9]** 100/18
100/20 119/6 127/6
127/8 127/19 132/16
143/25 145/22
**responded [2]** 99/11
102/4
**response [3]** 32/6
36/20 146/25
**responsibilities [4]**
72/11 72/12 95/5
145/10
**responsible [4]** 72/14
78/9 129/24 139/23
**rest [4]** 42/14 72/8
173/23 173/25
**restricted [5]** 87/9
87/13 87/16 91/8 92/3
**resume [5]** 5/13 5/20
**retreated [1]** 140/14
**retrieve [1]** 33/24
**return [4]** 79/12 81/22
82/10 90/15
**returned [4]** 33/5 35/15
46/13 46/13
**reviewed [2]** 149/24
169/5
**rid [1]** 9/18
**right [84]** 5/19 8/4 8/19
9/7 11/8 11/25 15/12
16/1 16/19 18/7 20/21
23/24 24/11 26/6 27/8
27/15 30/5 31/25 38/5
44/22 45/15 55/18
56/11 56/22 59/18 61/2
69/2 77/11 81/2 86/25
91/12 93/2 93/11 93/19
96/24 97/4 97/24 98/12
99/7 100/19 101/8
102/9 103/10 106/2
109/1 110/3 110/25
111/11 111/12 111/14

**reply [1]** 172/20
118/24 120/10 122/23
126/14 129/11 133/17
133/18 141/15 141/23
142/8 142/14 143/10
143/18 150/8 150/12
152/2 156/16 158/2
158/20 159/22 164/22
166/1 166/22 167/20
169/22 171/25 172/10
173/22 174/6 174/15
174/25
**rinse [2]** 153/21 155/6
**riot [3]** 110/22 137/10
138/14
**rioters [16]** 110/18
112/19 115/22 121/9
125/20 125/22 130/10
130/22 144/8 162/17
163/17 163/21 163/24
165/1 166/3 167/2
**riots [1]** 137/5
**risked [1]** 49/6
**roasting [1]** 39/7
**RockQwell [5]** 29/23
47/25 48/1 48/7 62/8
**rocks [1]** 64/1
**role [2]** 91/16 104/13
**roll [2]** 95/18 95/25
**roof [2]** 69/25 70/11
**room [10]** 35/15 40/12
40/17 41/9 41/9 45/19
45/22 46/4 47/21
128/13
**roughly [3]** 29/9 121/9
137/16
**route [2]** 86/8 86/8
**routes [1]** 85/22
**routine [1]** 95/25
**row [1]** 94/25
**ROYCE [1]** 1/9
**RPR [2]** 2/10 176/9
**rub [1]** 153/22
**ruckus [1]** 83/3
**rule [2]** 62/16 144/4
**Rule 403 [1]** 144/4
**ruled [1]** 52/16
**rules [2]** 62/24 64/5
**run [4]** 14/9 85/22
100/13 161/3
**running [3]** 53/2 59/23
153/10
**runs [1]** 63/15
**rush [1]** 103/10
**Russ [3]** 33/7 35/9 42/8
**RUSSELL [4]** 2/15 48/2
144/2 144/7

**S**

**S.W.A.T [1]** 52/9
**S214 [6]** 75/7 78/16
78/17 78/18 81/9 81/10
**Sabre [1]** 99/22
**safe [4]** 90/6 123/15
123/16 174/13
**safety [1]** 49/6
**said [14]** 38/2 39/21
41/18 42/20 43/3 47/7

**S**

52/25 70/18 97/23
138/2 140/20 161/7
164/21 168/8
**Salo [6]** 5/9 173/8
173/12 173/15 174/3
174/4
**same [39]** 8/5 8/21
16/8 18/20 21/2 22/15
26/21 28/6 28/15 38/23
39/2 40/10 42/7 53/15
53/20 77/3 84/8 102/7
102/10 106/12 107/13
109/5 110/13 111/16
114/11 115/17 117/20
120/22 121/4 122/7
142/3 143/20 143/23
159/23 165/12 165/14
169/19 170/14 170/17
**San [2]** 51/11 51/13
**Santa [1]** 60/9
**Sarge [1]** 135/21
**saw [45]** 8/22 8/24 11/2
11/18 13/12 13/17 15/7
16/8 28/8 32/19 35/14
37/11 39/19 39/19
39/21 39/25 40/1 43/9
43/9 43/11 44/3 45/25
56/18 66/18 67/1 96/10
96/20 99/19 99/20
99/22 103/2 103/3
103/5 118/3 129/11
129/12 131/13 142/21
160/1 161/5 161/16
165/12 165/14 169/19
170/14
**say [22]** 8/24 24/8 37/2
38/14 42/8 44/14 45/7
49/4 49/8 78/3 81/17
90/19 104/22 107/23
113/3 118/20 123/16
136/5 136/6 138/15
153/7 153/9
**saying [10]** 21/24 22/2
27/22 41/10 45/3 46/1
105/12 135/21 149/7
172/17
**says [2]** 77/11 167/24
**scaffolding [5]** 109/18
109/22 152/19 160/17
160/19
**scene [5]** 15/7 16/8
25/14 122/7 155/6
**schedule [2]** 80/18
173/5
**scheduled [1]** 95/14
**schedules [1]** 95/7
**scheduling [1]** 174/18
**scratch [1]** 44/13
**screamed [2]** 8/25 11/3
**screen [67]** 9/7 12/1
12/12 12/25 13/23
16/19 17/20 18/7 18/13
18/25 19/2 19/17 20/21
25/25 26/6 27/15 45/11
84/9 88/7 89/10 97/8
101/8 102/6 102/18
103/12 104/4 106/3
106/21 107/6 108/25

**screen... [37]** 109/1
110/3 110/7 111/15
111/25 114/14 115/14
115/19 116/12 116/24
118/9 119/20 120/11
123/2 124/21 125/16
126/15 126/25 152/3
152/7 152/10 152/18
154/23 157/6 158/2
159/22 162/17 164/15
166/1 166/23 167/20
168/24 169/2 170/2
170/9 170/12 171/8
**screened [3]** 89/23
108/12 116/19
**scroll [3]** 32/23 36/10
120/19
**se [2]** 2/4 5/11
**seat [1]** 52/3
**seating [1]** 152/20
**second [16]** 12/8 12/16
16/16 36/10 73/1 73/2
73/8 74/11 75/2 79/14
81/11 86/18 88/17
107/11 123/1 157/4
**secondary [1]** 80/16
**seconds [47]** 10/10
15/3 15/4 16/3 17/2
17/6 17/21 17/24 18/14
20/13 20/14 21/17
21/19 25/5 25/22 28/3
43/13 56/5 84/24 85/5
89/7 102/15 104/1
104/24 105/3 111/5
113/14 114/21 118/9
118/16 119/15 119/22
121/16 124/2 125/1
125/6 154/5 155/10
157/2 159/13 160/13
160/23 161/19 162/1
163/9 164/7 168/1
**Secret [19]** 71/3 71/14
71/17 71/20 71/25 72/6
72/17 73/4 73/20 75/12
76/2 76/9 77/1 78/11
91/20 91/21 92/1
136/13 136/24
**section [6]** 1/15 42/3
63/20 63/21 95/10
131/24
**Section 10 [1]** 42/3
**secure [5]** 85/4 85/24
86/9 90/3 91/3
**security [20]** 72/4
72/21 73/11 73/14
73/21 78/10 82/21
82/25 83/17 85/16
86/19 87/6 87/17 89/20
112/17 112/22 135/17
139/4 139/20 139/24
**see [101]** 8/1 11/22
11/25 13/10 13/15
20/17 23/24 24/25
25/25 26/15 27/4 30/5
35/23 36/24 44/7 45/17
48/17 49/24 54/13
54/21 54/23 55/5 55/7

55/8 55/10 55/15 55/18
57/12 64/2 77/11 78/13
78/23 78/25 83/7 83/12
84/8 85/8 86/4 88/22
96/8 97/18 98/23 99/24
100/12 101/11 101/13
102/22 102/25 103/4
106/22 107/1 107/3
107/14 107/18 108/5
109/17 110/7 110/18
111/16 113/19 114/24
116/24 120/9 120/14
121/2 122/5 123/2
125/6 125/16 126/14
128/11 128/23 129/14
130/6 130/10 130/14
134/20 140/22 142/15
148/1 150/12 150/22
151/5 152/6 153/22
154/23 155/13 157/6
158/3 159/4 159/23
161/7 161/12 164/16
165/23 166/3 166/23
167/21 168/15 170/11
171/10
**seeing [10]** 20/3 29/3
41/22 43/6 44/11 45/24
58/1 97/12 115/1 155/1
**seek [2]** 62/19 162/22
**seem [1]** 142/16
**seemed [2]** 57/8 69/13
**seems [1]** 153/5
**seen [16]** 17/9 54/17
54/18 54/20 64/10
64/20 103/6 113/17
113/21 123/6 123/9
132/24 133/1 147/18
157/20 162/9
**seize [1]** 100/11
**seized [5]** 6/8 6/11 6/14
6/21 6/24
**self [3]** 48/16 58/22
128/4
**self-admitted [1]** 58/22
**self-defense [2]** 48/16
128/4
**selling [1]** 54/9
**Senate [20]** 69/24
73/18 75/7 75/11 77/12
77/20 78/18 79/11
81/11 81/16 81/18
81/21 81/24 82/8 82/19
86/3 86/15 88/18 88/19
89/5
**Senators [1]** 82/7
**send [2]** 30/19 97/16
**sending [2]** 30/21
34/25
**sensation [3]** 148/16
153/25 154/1
**sense [3]** 44/18 97/19
123/17
**sent [10]** 29/21 30/19
30/22 31/11 60/25 74/9
74/13 74/21 74/22
75/19
**sentence [1]** 42/15
**sentences [2]** 35/8

**separate [1]** 85/15
**separately [2]** 31/9
63/11
**separating [2]** 84/19
130/13
**sergeant [43]** 2/23 3/3
73/18 75/11 93/20
93/22 94/12 94/13 95/6
95/12 97/11 100/25
101/11 105/2 108/23
111/16 112/2 118/14
122/13 124/21 126/24
127/24 131/20 138/25
142/25 143/11 144/1
144/14 145/4 145/5
153/20 154/22 156/4
157/21 158/3 159/2
162/4 162/23 165/23
167/21 171/10 171/20
172/13
**series [2]** 11/25 52/9
**Serious [1]** 89/19
**serve [2]** 72/20 91/11
**served [1]** 74/23
**serves [2]** 64/2 74/10
**service [22]** 71/3 71/14
71/18 71/20 71/25 72/6
72/17 73/4 73/20 75/12
76/2 76/10 77/1 78/11
91/20 91/22 92/1 92/12
131/21 136/13 136/24
172/13
**serving [1]** 104/13
**set [16]** 24/9 35/16
47/8 58/14 59/12 80/16
84/8 98/17 101/2
101/22 125/17 128/7
136/23 147/12 149/1
152/19
**seven [1]** 103/25
**several [6]** 46/15 60/9
60/11 69/14 72/15
134/22
**Shaman [5]** 59/18
142/7 142/10 142/19
143/2
**she [16]** 35/12 35/16
35/16 59/18 59/22
59/23 59/24 59/25 60/1
60/1 60/4 60/6 60/8
60/10 167/24 168/6
**She's [1]** 34/15
**sheep [1]** 64/17
**sheer [1]** 106/19
**sheeting [1]** 152/17
**Sheff [1]** 5/8
**shield [3]** 49/21 67/14
68/1
**shields [1]** 49/17 50/1
**shift [1]** 145/12
**shirt [3]** 110/10 110/12
111/17
**shit [1]** 64/25
**shocked [2]** 58/3 69/22
**shook [1]** 38/22
**short [3]** 56/12 67/14
162/25

**shorter [1]** 4/9
**shorthand [3]** 72/9
95/1 145/7
**shortly [2]** 13/20 41/8
**shot [1]** 14/18
**shots [2]** 131/6 135/13
**should [10]** 9/18 31/3
35/13 37/13 37/23
40/23 56/3 85/24
138/12 172/6
**shoulder [2]** 49/20
89/15
**shouldn't [3]** 9/19
37/17 37/24
**shouting [1]** 105/7
**shoving [1]** 137/7
**show [10]** 47/23 96/14
105/20 119/8 121/12
132/21 134/7 135/22
141/21 150/16
**showed [10]** 39/2 39/4
54/16 56/15 69/12
92/23 93/13 140/2
142/7 142/9
**showing [4]** 50/11
133/9 141/5 142/13
**shown [7]** 16/10 57/1
57/2 67/2 114/12
138/13 150/15
**shows [11]** 7/20 11/10
15/19 19/6 22/18 78/12
109/3 114/1 121/23
150/2 169/12
**Siaka [8]** 50/16 50/18
50/21 51/6 51/10 51/19
51/23 59/15
**side [69]** 11/25 12/12
16/19 26/6 27/8 27/15
30/5 44/22 44/23 56/22
77/21 77/21 77/23 78/2
78/6 79/18 83/12 83/13
83/15 83/21 83/23 86/3
86/14 86/15 87/13
87/14 89/6 96/4 96/11
100/18 100/19 101/9
102/3 102/3 103/12
104/4 104/20 106/2
106/21 107/7 110/3
111/11 112/1 113/4
115/18 117/21 118/8
118/15 120/6 120/11
122/23 125/16 126/8
126/14 126/25 140/8
140/9 147/8 152/7
152/9 152/18 154/17
158/2 159/22 166/1
166/22 167/20 169/2
170/9
**sides [2]** 126/7 172/3
**sight [1]** 155/8
**sign [1]** 64/23
**signed [1]** 41/25
**Significantly [1]** 15/2
**signs [2]** 63/14 64/23
**silent [1]** 62/17
**similar [4]** 22/4 56/20
62/14 64/17
**simple [1]** 172/10

**simply [4]** 41/25 44/11
44/20 64/21
**since [10]** 41/10 41/11
50/21 51/6 128/20
132/21 137/14 143/12
145/2 148/21
**single [3]** 69/7 69/24
167/14
**sir [108]** 7/14 19/25
20/16 20/25 30/9 95/3
95/13 95/16 96/5 96/16
96/22 97/25 98/15 99/5
100/15 101/5 101/12
102/12 102/12 102/14
102/18 102/19 104/17
105/8 105/14 105/16
105/23 106/7 106/14
106/23 107/5 107/16
107/24 108/3 108/24
109/4 109/7 109/19
109/24 110/9 110/20
111/2 111/18 112/12
112/14 112/16 112/21
113/18 114/2 114/13
115/15 115/21 116/1
116/9 116/22 116/25
118/7 118/25 119/2
120/13 120/15 120/24
121/20 121/22 121/24
122/6 122/9 122/24
122/25 123/3 123/8
123/10 124/4 124/6
124/11 124/12 124/22
124/25 125/12 125/17
125/18 125/21 125/23
126/21 127/13 127/15
128/19 128/25 129/2
129/16 129/25 130/11
131/2 131/9 131/15
131/22 132/25 133/4
133/11 133/16 140/7
140/17 140/21 144/20
158/17 168/24 170/2
170/7
**siren [1]** 171/23
**siren-type [1]** 171/23
**sit [3]** 37/7 47/15
138/15
**site [1]** 89/21
**sites [2]** 80/13 92/5
**sits [3]** 81/11 83/9
88/18
**sitting [2]** 69/25 70/11
**situation [4]** 42/8 49/8
80/20 123/20
**situations [1]** 133/5
**six [1]** 65/14
**size [1]** 96/12
**skip [18]** 15/13 18/24
21/17 108/19 118/11
124/16 151/1 152/21
153/17 154/4 155/9
159/11 160/12 160/22
161/18 163/8 167/15
168/19
**slide [2]** 101/24 139/18
**slightly [1]** 69/13
**slot [1]** 139/18

**S**

**slowly [2]** 56/24 142/6
**small [4]** 47/13 64/6 65/13 115/10
**smashed [3]** 49/16 49/20 49/22
**smell [5]** 100/3 100/5 148/12 148/14 148/16
**Smith [1]** 66/19
**smoke [1]** 126/14
**Snip [1]** 63/21
**so [142]** 6/9 6/23 8/7 8/23 11/6 14/8 14/14 15/17 18/20 21/11 23/7 23/10 23/11 23/15 23/22 24/24 25/13 27/19 27/19 27/20 28/6 28/17 30/11 30/19 30/25 31/3 31/9 31/14 33/2 33/5 35/19 36/2 39/1 39/13 40/8 42/12 43/8 43/13 44/23 48/6 49/18 50/4 50/15 51/3 51/13 54/18 55/24 55/25 56/16 57/3 57/8 60/21 61/2 61/7 61/10 62/4 62/8 62/21 63/7 63/12 63/20 65/7 65/16 66/12 67/9 67/25 70/5 70/14 73/3 74/25 79/9 79/21 80/18 81/24 82/3 82/6 82/13 83/9 83/25 86/7 86/17 86/22 87/5 89/24 90/14 95/6 97/13 98/20 99/11 99/18 106/18 107/22 107/22 108/14 116/6 116/15 118/14 119/22 122/16 124/23 127/5 127/7 127/19 128/5 128/6 128/12 129/3 129/7 129/7 129/8 129/21 129/22 131/13 132/15 132/17 134/17 135/8 135/12 137/3 138/15 138/23 140/15 141/13 142/19 142/21 146/20 147/18 148/23 150/14 150/21 153/4 153/6 153/22 156/25 160/18 162/25 164/25 167/3 173/25 174/8 174/20 174/21
**social [2]** 34/25 62/25
**soda [1]** 100/1
**solid [1]** 100/1
**some [72]** 10/24 11/22 12/5 13/24 21/15 23/7 28/7 29/4 34/10 34/18 40/13 44/18 47/23 48/22 50/11 51/12 56/19 57/10 63/15 64/1 65/22 66/18 67/14 69/1 80/17 81/22 82/11 82/22 83/3 83/10 83/11 83/12 83/19 84/17 85/22 85/22 86/2 90/15 99/21 100/5 100/16

106/25 113/7 113/14 113/19 113/21 113/23 126/14 127/25 128/4 132/2 132/12 134/14 134/15 139/14 140/5 141/6 147/1 149/1 152/19 153/21 154/8 155/16 155/17 157/12 161/5 161/9 162/24 163/1 163/22 163/22 163/22
**somebody [2]** 56/21 85/17
**somehow [2]** 58/13 69/7
**someone [9]** 76/25 92/4 99/19 105/7 105/12 113/10 127/6 127/8 164/21
**something [15]** 13/4 14/11 42/10 46/18 56/14 59/6 83/24 98/21 105/12 110/8 132/17 134/7 153/9 164/22 172/2
**sometime [2]** 41/8 80/2
**sometimes [1]** 145/19
**somewhat [6]** 21/7 23/8 59/14 74/10 153/22 162/25
**somewhere [2]** 47/1 110/11
**soon [1]** 53/14
**sorry [45]** 8/16 10/19 14/15 20/23 21/8 27/22 29/1 30/16 31/4 32/21 34/17 41/20 43/2 44/2 44/25 47/24 50/25 51/5 52/15 53/4 54/20 55/14 67/3 68/25 69/11 70/6 74/11 74/20 81/17 90/9 93/5 96/7 102/12 119/15 123/23 129/13 134/24 141/25 150/6 155/22 159/12 166/14 168/11 170/5 173/9
**sort [10]** 56/19 57/10 68/12 83/3 106/25 126/14 140/5 153/25 154/8 166/23
**sound [13]** 35/12 52/25 58/15 62/1 132/3 140/6 151/14 151/20 151/21 151/22 154/8 171/20 171/23
**sounds [2]** 53/13 174/23
**south [2]** 102/3 126/8
**souvenir [1]** 41/11
**spare [1]** 156/15
**speaker [1]** 51/19
**speaking [3]** 23/10 80/14 146/16
**speaks [1]** 31/5
**spec [2]** 62/24 63/10
**special [5]** 5/8 62/1 75/10 173/7 173/12
**specific [11]** 24/5

62/20 62/22 63/3 64/13 76/8 114/24 121/6 133/19 146/24 147/23
**specifically [7]** 23/21 42/19 62/15 72/17 75/4 163/25 173/19
**specifics [2]** 80/14 90/1
**Spectrum [1]** 54/9
**speculation [2]** 157/11 157/17
**speeches [1]** 23/6
**speed [6]** 16/2 16/13 19/12 19/21 124/13 153/1
**spell [3]** 71/11 94/7 144/21
**spend [1]** 148/6
**spent [1]** 39/6
**Spitzer [1]** 64/25
**spoke [2]** 5/15 42/20
**spoken [5]** 50/21 50/23 51/6
**spray [18]** 55/22 99/21 99/21 100/6 128/4 128/17 146/8 148/14 148/16 149/10 151/8 151/21 153/21 155/7 164/10 170/15 170/20 171/1
**sprayed [13]** 27/20 55/19 55/21 99/21 127/25 128/4 128/17 128/20 144/6 148/17 148/19 148/21 151/8
**squad [1]** 114/18
**St [1]** 136/21
**St. [1]** 136/12
**St. John's [1]** 136/12
**stabbed [2]** 113/10 113/12
**Stacy [4]** 2/10 176/3 176/8 176/9
**staff [2]** 73/19 132/3
**staffing [1]** 95/7
**stage [34]** 11/17 27/21 28/1 69/8 69/14 96/19 97/14 97/24 98/9 98/10 98/16 100/16 109/21 109/22 115/7 115/17 115/20 117/4 118/1 126/20 127/24 134/21 142/14 142/14 144/3 152/4 162/16 162/17 163/15 164/14 165/2 167/13 169/19 174/3
**staged [4]** 78/2 78/3 134/12 146/24
**staircase [1]** 88/16
**stairs [1]** 68/4 98/11 117/13 132/23 155/16 161/3 162/4
**stairway [6]** 152/7 156/22 156/23 156/25 158/3 159/23
**stairwell [5]** 88/13 158/9 160/4 161/23 165/15

**stake [1]** 70/9
**stampeded [1]** 123/21
**stance [1]** 122/17
**stand [10]** 5/13 5/20 38/2 79/9 100/3 105/9 105/13 168/6 168/9 168/12
**standard [1]** 42/20
**standing [19]** 38/20 38/25 43/22 50/10 55/4 59/21 97/13 97/23 98/12 101/19 102/22 103/1 106/20 108/7 113/9 117/14 140/11 152/6 168/16
**starred [1]** 52/8
**start [8]** 5/16 6/2 7/5 39/16 42/9 56/2 61/18 143/10
**started [9]** 53/21 54/5 78/17 93/13 94/15 146/22 153/5 158/10 158/20
**starting [2]** 5/4 29/10
**state [12]** 5/5 14/15 46/16 52/2 53/1 71/11 71/22 74/24 76/2 94/7 130/6 144/21
**stated [1]** 39/24
**statement [8]** 39/18 39/19 39/23 39/24 41/16 41/24 43/8 131/25
**states [20]** 1/1 1/3 1/10 5/3 5/7 31/6 31/8 42/1 71/14 71/20 71/24 72/1 72/13 78/11 79/7 82/5 91/12 94/10 130/8 174/17
**stating [1]** 47/15
**stationed [3]** 139/21 146/22 146/23
**stations [2]** 128/8 128/16
**stay [6]** 84/21 90/20 123/15 123/16 149/8 154/2
**stayed [2]** 14/21 117/20
**Steal [1]** 22/5
**stenography [1]** 2/11
**step [3]** 70/24 92/16 173/3
**steps [14]** 10/24 11/22 11/25 12/5 13/12 98/17 112/10 112/11 112/13 117/17 125/17 125/22 152/13 167/2
**stick [1]** 40/14
**still [11]** 5/21 18/10 88/22 90/3 111/19 116/5 116/6 119/1 130/18 137/20 163/1
**sting [1]** 69/17
**stolen [5]** 40/5 40/19 41/5 41/11 137/19 137/21
**stood [1]** 85/21

**stop [9]** 22/5 56/11 57/19 57/21 135/1 141/3 143/13 143/13 167/7
**stopped [1]** 172/19
**storm [1]** 136/9
**stormed [1]** 30/17
**story [3]** 41/17 41/20 41/21
**strange [1]** 57/8
**strategic [3]** 62/20 62/21 141/9
**straying [1]** 40/23
**street [2]** 1/19 2/6 136/13
**streets [1]** 138/11
**strength [1]** 172/24
**stress [1]** 133/4
**strike [1]** 157/17
**striking [2]** 107/10 107/13
**strong [5]** 59/24 103/20 103/21 118/23 148/14
**struck [1]** 159/2
**structure [2]** 117/3 152/17
**stuff [3]** 33/8 33/12 95/25
**subject [3]** 75/4 149/7 154/14
**submit [1]** 144/3
**submitted [1]** 40/2
**subordinates [1]** 135/20
**substance [2]** 128/5 157/12
**succeed [2]** 118/2 118/3
**successful [2]** 53/25 54/1
**such [2]** 72/21 76/8
**suddenly [1]** 59/7
**suit [1]** 89/10
**Suite [1]** 2/6
**summer [3]** 137/4 137/15 146/12
**Sund [1]** 139/1
**supermax [1]** 94/25
**supervising [1]** 145/11
**supervisor [2]** 132/15 145/11
**Supervisors [1]** 133/11
**support [4]** 24/7 35/1 51/18 51/18
**supporters [2]** 138/11 141/18
**suppose [1]** 42/5
**supposed [6]** 68/5 77/8 77/18 77/20 77/24 78/21 95/17 132/12
**sure [22]** 42/23 43/9 43/10 44/4 46/6 46/6 54/6 62/6 63/15 64/10 74/22 75/5 76/15 78/17 79/8 84/15 85/23 88/3 126/19 138/19 141/9 159/7

Case 1:21-cr-00392-RCL Document 516 Filed 11/27/24 Page 196 of 199

**S**

**surging** [1] 118/19
**surprise** [3] 39/10
39/13 70/19
**surprised** [3] 24/25
70/13 70/14
**surprising** [1] 39/5
**suspect** [1] 33/20
**Sustained** [3] 52/17
58/9 139/8
**sweatshirt** [2] 23/25
165/24
**swing** [1] 32/2
**switch** [1] 21/15
**sworn** [4] 71/5 93/23
97/15 144/15
**system** [1] 154/8

**T**

**table** [1] 5/9
**tactical** [6] 57/10
106/25 107/4 107/19
122/17 147/19
**tactics** [4] 133/20
133/22 134/3 149/5
**take** [22] 7/1 23/1
23/11 28/23 36/22
41/11 62/15 64/7 67/19
68/24 70/23 86/12 92/3
92/4 92/17 99/19 111/6
111/22 117/15 117/16
122/17 127/21
**taken** [11] 61/6 63/22
70/25 82/24 92/19
104/19 104/22 113/10
139/18 143/15 153/21
**takes** [1] 164/1
**taking** [9] 22/4 61/8
85/23 98/18 120/6
135/13 137/15 142/20
156/4
**talk** [9] 32/8 32/10 37/8
44/14 51/2 60/16
134/14 135/9 173/4
**talked** [3] 40/9 131/24
133/17
**talking** [7] 23/19 28/15
54/5 55/12 102/10
110/15 115/17
**tall** [2] 70/1 137/9
**tap** [1] 156/13
**tarp** [2] 113/7 113/10
**Tarrio** [2] 58/14 58/20
**task** [1] 146/24
**taught** [1] 134/3
**TAYLOR** [18] 2/15 5/25
6/7 16/5 17/8 18/2 19/4
27/8 36/24 38/9 48/2
61/25 65/22 92/25
144/3 144/7 155/25
173/20
**Taylor's** [2] 92/23 93/1
**TBD** [3] 78/24 79/2
79/4
**team** [6] 86/12 91/14
91/16 104/11 105/13
105/19
**tear** [2] 148/15 151/18

**technically** [2] 10/21
133/25
**technology** [1] 65/10
**Telegram** [14] 23/17
23/18 24/14 29/19 29/23
32/21 32/22 33/2 33/16
33/19 47/24 48/7 59/10
60/5
**television** [1] 97/17
**tell** [7] 9/17 21/9 46/19
60/22 141/18 168/7
172/17
**telling** [6] 38/14 40/18
41/4 50/9 64/23 138/8
**temporary** [4] 117/4
117/5 118/4 152/19
**tends** [1] 141/13
**tense** [1] 58/5
**term** [3] 46/21 140/19
161/8
**terrace** [14] 14/21 15/1
20/1 20/4 20/8 96/3
98/14 116/4 117/16
126/6 127/4 128/2
173/21
**testified** [14] 6/10
10/24 43/18 66/25
67/22 71/6 91/10 93/24
99/3 114/11 118/22
125/10 144/16 150/20
**testifies** [1] 144/5
**testify** [3] 143/20
173/18 174/8
**testifying** [4] 6/11 7/8
58/8 137/23
**testimony** [22] 5/17 6/7
10/21 40/24 43/1 43/6
43/14 65/5 65/23 66/18
67/4 72/8 92/23 95/1
98/5 129/12 129/15
134/15 140/19 150/14
172/18 174/11
**testing** [1] 157/12
**text** [5] 33/16 33/17
45/20 49/15 60/11
**texting** [2] 60/13 60/15
**texts** [1] 49/15
**than** [12] 11/7 15/2
47/21 56/19 61/5 98/8
104/11 119/11 137/6
146/8 148/8 172/3
**thank** [28] 7/2 29/1
38/4 38/15 45/15 56/11
57/21 61/12 62/23 65/2
65/17 84/4 92/12 92/12
110/4 111/22 131/20
131/22 132/19 143/11
144/12 150/10 168/22
172/8 172/13 172/13
172/14 173/2
**thanked** [1] 38/23
**Thanks** [1] 35/9
**that** [715]
**that's** [40] 6/17 27/22
31/13 37/23 42/20 45/1
45/8 52/11 55/2 55/3
57/8 61/4 61/11 63/19
65/17 68/4 70/22 77/21

89/16 105/20 111/12
132/17 134/3 134/13
138/17 140/14 142/21
143/7 143/19 151/19
152/22 157/1 157/4
158/20 173/2 173/22
**their** [31] 39/10 43/22
44/14 49/4 50/1 50/14
51/18 61/9 73/8 75/3
82/9 82/22 82/23 86/17
86/18 87/4 87/4 89/22
96/11 106/19 112/15
113/5 113/5 119/12
138/6 142/17 149/7
151/5 155/6 155/8
158/8
**them** [78] 23/16 24/21
26/18 26/19 36/1 40/15
42/17 44/19 44/21 49/4
56/25 57/24 60/20
60/22 61/5 61/8 62/10
63/6 63/24 64/3 69/17
69/21 75/1 76/8 81/20
86/4 86/6 99/11 99/16
101/24 105/17 107/22
108/9 108/15 108/16
110/13 110/23 110/24
112/19 112/22 114/17
116/1 116/20 117/10
117/15 117/16 118/1
118/5 119/11 122/18
126/2 126/6 129/1
129/8 129/23 130/13
131/11 132/8 132/11
132/16 132/23 138/4
138/23 139/19 142/17
142/20 150/23 155/8
158/21 158/22 161/16
164/2 164/3 166/2
166/5 167/14 171/14
172/19
**themselves** [2] 61/1
152/11
**then** [57] 5/18 10/24
11/18 23/22 35/11
35/12 39/6 48/1 51/6
55/22 56/24 57/17
57/17 59/11 61/8 63/7
63/22 64/15 69/8 73/15
76/10 78/1 78/4 78/17
78/18 78/24 79/12
79/17 82/2 82/4 82/7
82/8 82/12 83/10 84/1
87/14 88/19 89/20
91/11 92/17 96/1 96/2
119/1 119/16 126/7
126/8 127/18 131/6
134/2 143/13 148/15
159/9 163/23 173/5
173/23 174/6 174/8
**theorist** [1] 141/13
**theory** [1] 134/14
**there** [230]
**there's** [14] 23/24 42/2
50/16 55/17 80/21 98/2
101/13 101/17 104/19
121/13 122/15 126/8

**these** [34] 17/1 22/25
23/13 24/19 31/21 37/7
56/14 56/15 65/5 65/5
65/13 76/22 79/4 83/3
83/5 83/14 84/11 85/12
85/25 86/7 86/10 86/15
97/18 107/8 108/7
112/25 116/24 117/7
125/22 139/1 144/8
165/1 167/2 167/2
**they** [164] 16/22 22/3
23/5 23/18 29/7 38/23
39/5 39/6 43/21 44/2
44/2 44/3 44/4 44/13
45/7 46/23 50/6 50/12
51/13 51/18 58/5 60/21
60/22 60/23 60/24
60/25 61/2 61/3 61/6
63/6 63/6 63/7 63/8
63/16 63/20 64/18
69/25 70/4 70/11 82/8
82/23 82/24 83/22
85/17 86/5 86/5 87/3
87/12 87/15 89/22
89/23 89/23 89/24
97/20 98/4 98/24 99/1
99/2 99/14 99/15
101/19 101/23 101/24
104/19 104/22 105/18
106/15 106/17 106/18
107/9 108/11 108/11
108/12 108/12 108/13
110/23 110/24 112/18
112/23 113/4 113/4
115/9 115/24 115/25
116/1 116/19 116/19
117/13 117/17 117/18
117/20 117/21 118/4
118/6 118/7 118/19
118/20 122/18 125/25
125/25 126/2 126/3
126/5 127/19 128/8
129/7 129/8 129/19
129/22 129/24 130/5
130/7 130/12 130/20
132/9 132/10 132/14
135/8 135/12 135/13
135/13 135/24 138/12
138/23 139/4 139/14
139/16 139/17 139/18
139/21 140/14 140/14
141/9 141/10 141/15
141/16 141/24 142/13
147/22 147/24 149/6
149/7 149/7 151/7
151/8 155/6 155/7
155/15 156/5 158/20
160/7 160/21 161/14
161/14 161/16 163/13
164/1 164/13 164/13
165/5 167/5 167/5
172/17 172/23
**they'd** [2] 70/18 117/18
**they're** [23] 39/12
43/22 55/18 97/19
101/20 101/25 108/14
108/14 110/13 112/5

**112/10** 112/12 112/13
113/2 113/6 113/6
125/9 126/1 133/4
139/17 160/7 160/8
160/9
**They've** [1] 53/10
**thick** [1] 141/23
**thing** [6] 38/23 53/15
56/6 107/13 143/20
148/5
**things** [19] 14/20 21/10
22/5 23/6 23/10 40/14
44/8 69/20 70/14 80/21
100/2 100/14 107/14
107/18 125/25 138/20
139/22 141/23 161/12
**think** [34] 14/16 23/1
33/20 38/22 40/9 40/17
43/14 44/21 51/17
53/22 56/2 57/1 57/2
57/3 59/25 60/10 67/3
69/18 93/12 103/23
103/25 105/18 119/8
121/9 125/9 135/3
137/8 139/3 140/4
143/21 172/3 172/24
174/13 174/13
**thinking** [7] 32/9 45/24
57/8 64/11 69/23
107/20 138/25
**third** [6] 18/21 20/20
93/13 106/2 107/7
170/8
**this** [278]
**those** [35] 13/25 14/14
14/17 14/20 35/4 38/14
49/6 59/17 64/7 65/14
66/23 78/20 85/8 88/20
100/14 101/16 107/12
112/9 112/17 117/8
117/10 117/11 128/9
129/17 129/24 130/21
132/24 133/1 137/5
138/18 151/9 153/15
154/16 154/23 160/19
**though** [4] 35/11 63/20
116/1 142/10
**thought** [7] 32/13
40/19 43/6 53/15 138/6
155/24 163/5
**thousands** [1] 43/24
**threat** [3] 87/1 87/18
89/17
**threatening** [1] 44/20
**three** [17] 31/21 38/11
39/7 49/4 53/8 53/9
59/12 60/16 65/14
76/22 78/24 79/4 119/8
121/16 134/1 137/6
154/22
**three hours** [1] 137/6
**three weeks** [1] 39/7
**threshold** [1] 74/12
**threw** [1] 99/20
**throat** [1] 154/1
**through** [38] 17/9 24/4
30/16 37/16 43/17
44/19 50/2 56/4 56/7

**T**

**through... [29]** 56/22 56/23 56/24 57/9 59/15 62/9 69/7 69/13 75/8 86/6 86/7 91/16 109/22 112/17 112/22 113/10 124/1 128/1 129/9 130/7 133/21 133/23 133/25 134/2 137/15 141/1 141/14 158/19 174/9

**throughout [6]** 30/24 46/16 55/23 72/16 73/25 95/1

**throw [2]** 125/25 160/8

**throwing [5]** 49/10 59/16 99/25 161/12 161/16

**thrown [6]** 14/18 69/16 99/24 160/21 161/10 161/11

**tied [1]** 14/19

**tight [1]** 64/6

**time [82]** 6/3 8/21 9/4 9/17 14/2 18/24 20/4 21/25 24/14 24/17 26/22 27/19 29/3 29/5 29/10 30/7 30/12 31/1 31/3 31/6 33/18 38/12 38/20 40/16 45/25 53/2 53/20 55/20 56/17 58/22 62/10 73/25 77/8 78/8 82/17 84/16 87/5 88/23 89/1 89/4 89/18 91/6 91/7 92/17 96/6 103/24 105/9 108/10 117/6 123/15 127/3 128/14 128/22 130/18 136/7 141/18 141/20 142/16 143/22 146/24 147/6 148/6 148/15 149/2 150/15 150/16 153/24 155/5 156/9 156/22 158/6 158/11 159/20 161/1 162/25 164/5 166/20 170/20

**timer [4]** 19/13 19/22 27/1 110/6

**times [4]** 38/11 49/21 78/23 79/4

**timestamp [14]** 16/1 17/5 20/12 27/4 30/5 31/5 57/17 84/13 87/23 134/5 134/18 150/12 156/16 169/22

**timestamps [1]** 15/12

**tires [1]** 64/12

**title [1]** 71/15

**today [9]** 30/17 30/18 47/15 72/8 98/5 128/22 134/15 172/14 174/16

**Todd [1]** 64/25

**together [3]** 101/18 139/16 139/17

**toggle [1]** 11/21

**told [7]** 36/1 38/23 40/16 53/24 54/2 70/16

**tomorrow [3]** 42/8 172/4 174/2

**tonight [1]** 33/8

**Tony [2]** 23/1 60/18

**too [6]** 58/3 70/19 108/16 108/16 131/11 135/12

**took [5]** 55/13 60/17 96/18 99/3 129/4

**tools [2]** 149/4 149/9

**top [12]** 17/19 18/7 32/4 32/17 43/6 63/21 69/11 75/25 76/21 78/15 119/21 161/5

**total [2]** 6/23 35/14

**totally [1]** 123/19

**touch [2]** 45/11 85/18

**touched [1]** 76/4

**toward [1]** 17/19

**towards [26]** 13/18 13/23 16/19 16/23 17/1 26/5 27/14 68/19 92/22 96/11 97/20 98/17 104/20 109/21 109/21 110/7 112/10 116/12 119/20 120/7 123/1 126/5 161/3 161/23 164/14 171/8

**tower [7]** 97/16 98/20 98/23 98/25 100/18 102/7 102/10

**track [1]** 174/23

**tracked [1]** 64/24

**training [8]** 128/18 133/20 133/21 133/23 146/2 147/23 148/19 152/10

**traitors [1]** 30/16

**transcript [2]** 1/9 2/12

**transcription [2]** 2/12 176/4

**travel [2]** 77/16 174/20

**treating [1]** 156/6

**TRIAL [1]** 1/9

**trickling [1]** 142/6

**tried [2]** 119/3 163/23

**triggering [1]** 133/4

**trip [2]** 34/3 66/14

**trouble [2]** 99/11 127/18

**truck [1]** 40/5

**true [1]** 75/18

**Trump [6]** 21/16 59/16 136/11 138/11 141/18 147/15

**try [8]** 34/22 53/16 129/1 149/5 158/22 171/14 172/6 172/9

**trying [39]** 45/13 45/14 59/12 83/5 86/5 99/13 99/14 110/23 116/2 116/7 116/18 117/6 117/25 122/15 122/16 123/14 123/16 125/8 125/9 125/11 125/20 127/2 127/6 127/8 127/9 128/5 135/14

168/6

**42/2 148/24 152/15** 153/21 158/12 158/17 158/19 158/21 158/21 163/14 164/14 166/2

**Tucker [1]** 142/6

**turn [4]** 37/23 73/3 79/25 95/14

**turned [3]** 16/9 16/25 35/15

**TV [1]** 52/9

**twice [2]** 51/17 146/5

**two [36]** 5/17 6/23 18/17 20/20 22/25 23/13 25/5 27/20 27/24 32/4 32/17 35/4 35/8 35/25 36/11 38/11 39/2 39/4 39/12 57/18 59/12 60/11 65/14 78/23 95/10 119/15 128/16 133/25 141/15 141/22 143/1 152/6 152/9 158/10 159/13 173/6

**two hours [2]** 27/20 27/24

**two seconds [3]** 25/5 119/15 159/13

**type [6]** 80/17 94/21 147/23 151/19 157/12 171/23

**types [2]** 53/6 161/7

**typically [1]** 108/4

**tyranny [3]** 62/13 62/15 62/17

**U**

**U.S [12]** 1/19 71/3 73/17 75/6 75/10 76/2 76/3 76/6 77/8 78/9 94/13 135/23

**ultimately [3]** 33/24 37/11 139/22

**unable [2]** 127/12 127/14

**unauthorized [14]** 83/12 83/15 85/16 85/25 86/15 86/23 87/2 89/3 89/5 89/19 90/5 91/21 92/2 117/7

**unaware [1]** 52/8

**unbelievable [1]** 70/7

**unconventional [1]** 87/3

**under [9]** 5/21 42/11 47/14 53/7 65/25 70/11 85/12 137/20 144/4

**underneath [2]** 100/18 109/18

**understand [6]** 20/1 33/12 34/13 58/4 138/24 173/15

**understanding [7]** 33/19 42/7 65/9 82/5 82/23 108/9 109/23

**understood [1]** 86/22

**undo [1]** 104/21

**unfortunately [1]** 37/14

**uniform [3]** 83/9 101/14 169/4

**union [3]** 133/9 133/11 133/12

**Unions [1]** 130/6

**unit [5]** 63/19 63/23 95/9 145/17 145/21

**UNITED [15]** 1/1 1/3 1/10 5/3 5/7 71/14 71/20 71/23 72/1 72/13 78/11 91/12 94/10 130/8 174/17

**units [2]** 119/6 131/5

**University [1]** 53/5

**unknown [2]** 82/22 83/4

**unless [3]** 56/20 132/11 157/12

**unmolested [1]** 56/23

**unpack [1]** 66/9

**unquote [1]** 44/11

**unsafe [2]** 123/17 123/18

**unscalable [1]** 137/9

**unsure [1]** 42/16

**until [47]** 11/21 16/13 19/21 42/15 49/23 52/9 64/18 77/24 79/22 84/22 84/24 85/5 89/7 90/21 91/7 102/15 104/1 105/4 109/14 109/25 111/7 111/21 112/7 119/13 120/25 122/3 122/10 122/19 124/13 124/18 125/1 126/11 143/14 148/22 151/2 151/11 151/24 152/23 155/21 157/23 158/14 158/23 162/11 163/16 169/24 171/5 171/17

**unusual [2]** 127/12 132/17

**up [145]** 5/18 6/17 7/3 7/11 8/8 9/3 9/21 10/8 10/24 11/3 15/10 17/3 18/23 20/10 22/9 22/24 24/9 25/3 26/24 28/10 29/13 31/16 31/19 32/10 32/15 33/15 33/24 35/2 35/20 36/11 37/14 37/18 38/2 38/13 39/3 39/4 40/10 40/17 41/3 45/9 46/23 47/11 48/9 50/11 50/16 51/14 51/21 51/24 53/19 56/1 56/24 57/16 58/14 59/3 59/12 60/20 60/22 61/5 61/8 61/17 63/6 68/4 68/6 69/7 69/11 69/13 73/3 73/12 74/3 75/13 78/4 84/5 87/20 90/22 91/17 92/25 93/9 95/4 95/7 95/8 96/1 96/3 98/4 98/17 98/22 98/24 99/11 100/11 100/22 101/2 101/22 103/1 108/17 109/20 109/21 110/23 111/12 111/19 112/10 112/11 113/13

**117/8 117/10** 117/22 119/8 120/12 125/22 126/3 126/6 127/9 127/10 128/7 132/22 134/4 134/21 134/21 135/12 135/16 135/20 135/22 138/13 139/19 140/24 147/12 149/1 149/16 152/4 152/13 152/15 152/19 153/1 153/11 153/13 155/16 156/5 158/12 161/4 161/10 161/23 163/16 166/2 166/4 167/2 168/18

**upcoming [1]** 83/1

**updates [1]** 87/14

**Upon [1]** 81/7

**upper [22]** 12/25 15/12 16/1 17/5 19/25 20/4 20/12 27/4 84/13 98/14 106/21 111/12 111/14 116/23 122/23 126/6 127/3 150/12 152/2 156/16 169/22 173/20

**us [50]** 5/9 23/1 23/12 29/6 32/14 35/13 46/16 50/6 50/7 50/8 50/12 50/16 51/15 57/23 60/21 61/2 80/21 100/1 101/22 103/25 106/19 107/22 108/16 115/9 118/5 118/19 119/11 119/12 120/8 122/18 123/13 128/13 129/4 129/7 130/24 135/24 137/19 140/9 140/12 140/13 160/7 160/8 160/8 160/9 160/18 160/21 161/11 167/5 167/11

**use [20]** 24/9 33/15 33/16 45/6 47/21 72/8 95/1 101/20 122/17 127/9 128/6 128/8 130/5 132/7 134/9 135/3 135/10 145/7 146/8 163/6

**used [12]** 45/2 48/4 53/25 54/4 63/14 91/11 136/8 140/19 151/9 154/11 155/6 160/18

**user [2]** 48/7 62/6

**using [14]** 15/12 15/25 18/24 33/19 46/21 65/9 69/25 110/18 120/6 128/9 149/4 149/6 156/23 156/25

**usually [2]** 33/15 148/5

**Utah [2]** 53/1 53/3

**UTC [3]** 30/8 31/6 31/8

**UTC-8 [1]** 30/8

**utilizing [1]** 53/22

**V**

**various [5]** 6/13 145/22 146/8 147/15 147/16

**vehicles [3]** 64/11 84/8

**V**

**vehicles... [1]** 84/18
**versus [2]** 5/3 47/25
**very [18]** 26/14 40/20
43/25 43/25 53/25 54/1
54/5 56/17 64/6 65/9
113/6 132/1 142/11
146/6 153/25 167/3
172/8 172/18
**vest [1]** 56/19
**vests [1]** 147/17
**via [2]** 33/5 77/11
**vice [57]** 69/25 71/22
72/22 73/8 73/9 73/11
73/15 73/25 75/2 75/5
76/23 76/25 77/8 77/16
77/25 78/1 78/8 78/20
79/19 79/21 80/5 80/8
80/23 81/5 81/7 81/13
81/15 82/7 82/10 83/16
83/19 83/25 84/12
84/22 85/11 85/23 86/1
86/9 86/18 86/24 87/5
87/6 87/18 88/12 88/19
88/24 89/1 89/16 89/17
90/1 90/7 90/10 90/13
90/15 91/6 91/8 91/15
**video [137]** 7/3 7/6 7/9
8/5 8/22 8/24 8/25 10/8
10/11 10/16 10/19 11/2
11/9 12/10 12/15 12/19
15/5 16/7 16/15 16/17
17/11 17/22 18/15
18/17 18/23 19/6 19/14
19/23 21/20 25/6 25/11
25/12 25/23 25/25 28/4
56/3 56/8 56/10 56/20
57/1 57/2 57/20 59/19
68/8 69/6 69/12 84/14
84/24 85/1 85/6 87/25
88/22 89/8 102/16
104/2 105/5 106/13
109/3 109/15 109/17
110/1 110/6 111/4
111/9 111/23 112/8
113/9 113/15 113/17
113/21 113/25 114/9
114/22 115/5 115/12
117/24 118/17 119/14
119/17 120/1 120/18
121/1 121/17 121/21
122/11 122/20 124/5
124/9 124/15 124/19
125/3 125/14 126/12
133/18 134/25 141/2
142/4 142/9 150/15
151/3 151/12 151/25
152/24 153/9 154/6
154/20 155/11 156/2
156/19 157/24 158/15
158/24 159/15 159/17
160/14 160/24 161/20
162/2 162/12 162/20
163/10 164/8 164/21
165/7 165/18 165/20
166/13 166/17 167/17
168/3 168/21 169/5
169/25 170/15 170/24
**Video 318 [1]** 7/3
**videos [14]** 22/4 29/3
56/14 56/15 56/15
132/20 132/24 133/1
133/2 133/8 139/14
140/1 141/14 142/5
**Viejo [1]** 54/8
**view [8]** 18/10 45/1
49/13 87/16 126/1
134/8 134/16 152/12
**viewed [1]** 142/4
**views [1]** 37/3
**violence [2]** 137/3
138/7
**violent [6]** 20/9 26/12
28/7 145/13 145/15
146/18
**visible [2]** 93/1 126/20
**visit [8]** 64/15 73/19
73/20 75/2 75/5 75/8
76/11 98/4
**visiting [2]** 71/22 73/5
**visitor [1]** 76/21
**visitor's [1]** 95/10
**visits [4]** 72/12 72/14
73/17 76/7
**volume [1]** 25/21
**vote [2]** 79/23 130/5
**votes [6]** 79/7 79/11
79/16 82/4 82/6 91/5
**vouch [1]** 63/6
**vs [1]** 1/5
**vulnerable [1]** 113/6

**W**

**wait [2]** 61/13 79/10
**walk [2]** 117/11 117/21
**walked [5]** 49/23 56/24
61/2 81/20 159/7
**walking [1]** 155/13
**walkway [1]** 50/5
**wannabe [1]** 147/23
**want [34]** 6/2 12/20
14/6 14/7 14/9 14/13
39/16 42/9 42/10 42/22
44/19 44/20 46/22
48/24 54/24 60/16
61/18 63/17 73/3 83/24
86/6 90/19 97/22
114/14 118/8 120/16
121/12 128/22 134/7
134/8 139/9 142/24
155/23 174/15
**wanted [8]** 33/14
110/24 141/21 162/25
163/6 164/2 172/5
174/22
**war [2]** 62/14 138/10
**was [368]**
**wash [4]** 128/5 128/8
128/9 128/16
**Washington [15]** 1/16
1/20 31/1 31/2 31/2
34/11 34/19 40/6 41/12
66/2 137/13 137/17
138/4 138/8 144/24
**wasn't [12]** 68/3 79/8
9/6 79/8 116/11
127/11 136/16 138/16
142/21 156/12 163/5
164/18
**waste [1]** 143/22
**watch [3]** 97/17 133/2
152/12
**watched [2]** 36/4 69/6
**watching [6]** 32/9 36/2
49/20 49/22 56/14
170/24
**water [7]** 100/1 128/7
128/15 153/22 154/25
155/1 155/4
**watery [1]** 153/25
**waving [4]** 132/22
133/9 133/15 133/15
**way [41]** 20/20 21/9
45/1 56/24 69/17 70/8
75/25 82/18 82/22
82/23 87/3 87/8 87/10
96/2 96/3 96/11 96/18
99/8 99/16 100/7 101/7
101/8 101/24 106/2
107/7 108/16 112/1
116/6 117/10 118/5
118/6 119/12 120/8
126/25 127/25 129/9
137/15 142/17 157/13
158/9 170/8
**ways [1]** 89/23
**we [268]**
**we'd [1]** 118/3
**we'll [16]** 5/18 57/18
68/24 70/23 92/17
92/18 111/6 114/21
118/10 119/16 119/22
120/17 121/15 146/16
166/11 174/8
**we're [16]** 5/16 11/8
11/19 12/16 17/23 34/9
76/10 101/3 105/13
117/14 118/14 143/12
156/22 161/25 170/24
174/23
**we've [2]** 42/8 122/7
**weapon [3]** 52/8 91/25
92/5
**weapons [10]** 6/13
14/13 14/14 14/17 34/5
59/25 116/20 126/2
146/9 147/24
**wear [2]** 42/9 162/24
**wearing [41]** 7/17 9/14
13/24 17/16 17/20 18/8
20/23 20/25 21/5 21/12
23/25 24/11 24/12
24/14 27/17 39/6 55/2
55/19 56/18 57/6 57/9
57/12 97/8 106/22
107/1 107/4 107/14
107/18 108/5 141/17
141/19 143/3 147/14
147/16 147/18 148/1
148/10 149/12 167/21
169/3 170/8
**web [4]** 63/17 63/18
64/10 64/25
**Wednesday [2]** 27/7
75/7
**weeks [1]** 39/7
**weight [3]** 47/4 106/19
120/6
**well [41]** 24/16 24/20
30/14 30/14 31/2 36/8
36/19 71/21 72/25 79/5
83/23 86/13 87/13
100/11 100/12 101/13
128/12 137/14 138/17
151/9 171/2
**went [21]** 10/24 40/5
47/16 47/17 49/21
51/16 51/17 68/4 74/24
81/9 81/17 81/24 96/8
99/7 117/18 117/20
129/21 130/9 134/12
149/2 149/3
**were [271]**
**weren't [9]** 38/1 38/3
49/8 70/13 105/18
128/24 129/7 164/13
167/11
**west [43]** 10/20 19/25
20/4 20/8 30/11 50/5
77/21 87/13 96/3 96/4
96/9 96/11 98/6 98/8
98/9 98/14 99/8 99/9
99/12 100/4 101/1
102/23 116/4 117/16
126/6 127/3 128/2
129/11 129/12 129/14
147/4 147/9 148/6
148/13 148/23 149/22
150/20 153/12 154/2
156/8 158/11 161/6
173/21
**what [213]**
**what's [24]** 9/9 17/16
31/23 33/2 33/8 35/6
36/1 36/13 71/15 79/14
79/17 94/11 94/24
121/14 126/1 137/25
139/11 145/3 148/4
149/16 151/22 154/23
158/6 168/18
**whatever [2]** 138/22
157/12
**when [82]** 6/10 6/14
8/24 16/24 16/25 20/7
24/8 24/19 24/20 27/22
30/13 30/19 30/21
30/22 31/11 33/14
37/13 37/22 38/25
39/18 40/2 40/17 41/3
45/22 46/7 51/14 52/20
54/5 54/16 57/18 58/1
60/6 63/11 66/1 66/11
66/25 67/25 68/4 70/16
76/4 78/3 78/5 80/1
80/8 81/1 82/3 82/6
82/15 86/1 87/12 89/2
90/18 95/21 96/2 96/8
99/12 99/25 100/10
102/4 102/25 104/22
117/24 118/20 123/16
123/18 124/23 128/11
**Wednesday [2]** 27/7
75/7
**weeks [1]** 39/7
**weight [3]** 47/4 106/19
120/6
130/7 130/9 135/3
140/14 140/14 142/15
146/22 147/10 148/12
148/23 150/14 152/14
155/7 155/24 173/20
**whenever [1]** 51/7
**where [77]** 5/18 8/3 8/5
8/25 10/22 11/2 11/3
11/4 15/7 18/12 18/17
20/12 33/4 37/23 37/25
44/22 47/11 54/23
63/15 67/13 68/2 68/3
69/17 71/13 76/10
77/11 77/18 81/7 81/10
81/15 85/8 85/17 87/1
87/14 87/15 88/11 90/1
90/5 90/6 92/25 94/9
94/19 97/14 98/11
98/18 98/18 99/6
102/22 104/10 106/5
108/25 113/6 113/11
115/7 115/16 117/14
125/19 126/8 126/9
127/24 132/1 135/7
139/21 142/13 144/23
145/23 146/22 155/15
156/4 156/5 159/7
159/9 167/8 169/1
169/19 170/4 170/21
**where's [1]** 150/21
**whether [12]** 21/9 46/9
51/23 68/12 87/8 87/9
99/21 108/9 117/7
123/17 135/10 145/24
**which [44]** 16/8 16/22
17/4 20/11 23/21 26/25
31/20 35/3 40/10 64/22
72/3 72/24 74/21 75/8
78/9 81/9 81/17 83/9
83/23 83/25 87/20
90/22 91/18 92/24
97/13 97/19 99/10
100/23 104/12 112/9
113/10 117/19 121/12
127/17 128/1 131/13
139/18 141/17 150/14
156/7 160/7 160/10
161/16 161/22
**while [5]** 9/17 51/16
90/7 90/10 118/15
**white [44]** 96/10 97/20
136/12 152/17
**who [50]** 9/25 13/25
19/19 24/8 33/22 36/6
56/21 57/6 57/9 57/11
57/13 57/13 57/14
59/17 59/21 60/22
60/24 61/3 69/6 73/7
73/20 82/22 87/2 87/9
87/16 89/15 97/3 98/23
103/15 104/8 104/22
112/4 114/16 118/20
118/22 127/4 128/11
128/24 139/22 142/10
142/19 142/25 143/1
143/4 144/5 144/6
162/4 164/18 165/12
170/22

**W**

who's [5]  23/24 40/11 89/14 104/5 170/24
whole [10]  9/14 56/6 63/17 72/14 123/15 129/22 139/24 146/1 148/15 162/8
Whose [1]  39/11
why [33]  14/23 17/5 33/19 50/2 52/6 55/19 59/5 70/2 70/4 77/16 79/4 85/14 91/24 99/9 108/15 113/3 116/15 118/11 131/10 134/16 138/9 138/15 151/7 152/10 152/22 153/3 155/4 156/11 162/22 163/24 165/4 167/10 173/15
widely [3]  132/20 133/8 142/4
widely-circulated [2]  132/20 133/8
widely-viewed [1]  142/4
wife [7]  34/10 34/14 34/18 35/10 38/14 38/16 73/8
will [26]  9/6 20/1 36/10 62/17 62/18 62/18 62/21 63/10 63/22 64/18 64/23 74/23 79/9 90/4 93/15 95/2 104/21 116/11 134/8 134/15 144/4 174/1 174/2 174/6 174/9 174/25
WILLIAM [1]  1/18
willing [3]  64/7 105/9 168/12
window [1]  83/12
windows [4]  63/25 64/13 86/16 126/10
wire [1]  42/9
wish [2]  138/19 138/19
withdraw [1]  31/7
withdrawn [3]  20/24 30/20 36/17
within [6]  63/1 72/1 72/5 81/10 90/3 137/10
without [3]  80/14 90/1 129/23
witness [44]  5/13 5/14 12/22 12/23 13/3 13/6 17/15 17/18 18/5 18/6 18/13 20/18 20/19 26/3 26/4 27/12 27/13 55/1 71/1 76/16 76/17 88/4 88/5 92/14 92/20 92/22 97/5 97/6 102/21 105/25 106/1 114/25 116/10 116/11 126/23 143/10 143/17 144/5 144/6 144/6 170/6 170/7 171/4 172/4
witnessed [1]  20/9
witnesses [3]  173/4 173/5 173/7
woman [5]  59/16 59/21

139/23 167/21 168/5
women [2]  48/23 48/25
won't [2]  64/18 172/7
wonder [3]  63/25 70/2 70/4
wondered [1]  70/6
wondering [1]  42/3
wood [1]  161/9
word [3]  45/2 45/6 132/16
worded [1]  48/7
wore [1]  141/18
work [15]  71/13 88/11 94/9 94/16 94/21 95/14 101/23 104/10 144/23 144/24 146/10 146/12 146/14 146/17 146/20
workday [2]  80/1 146/22
worked [6]  71/17 94/13 103/18 108/1 145/1 146/19
worker [1]  64/15
workers [1]  64/12
working [2]  57/13 149/14
worksheet [4]  76/2 76/5 76/12 76/21
world [2]  43/21 44/11
worn [4]  149/12 149/22 149/24 169/7
worst [1]  146/18
would [80]  6/19 9/3 14/9 14/11 14/18 23/11 32/21 36/24 39/23 41/18 44/3 45/1 45/6 45/6 45/7 48/19 49/2 49/5 49/24 51/18 51/18 52/25 58/16 61/2 61/2 62/6 62/9 64/9 64/14 65/8 73/16 78/1 78/6 78/8 79/6 79/11 79/15 79/19 79/22 80/16 80/21 83/22 83/24 84/3 84/21 85/11 85/17 85/18 85/23 88/19 88/20 89/17 89/23 91/20 92/3 92/4 93/10 93/12 95/8 96/12 97/15 98/17 108/1 117/16 126/6 135/8 137/17 138/21 141/24 143/22 145/15 156/15 157/11 157/16 162/24 165/1 167/13 172/25 173/14 174/13
wouldn't [3]  41/19 127/7 132/10
wow [1]  44/14
write [2]  36/15 36/16
writes [6]  32/8 33/7 35/8 35/11 35/12 35/25
written [3]  39/24 41/24 131/24
wrote [2]  36/15 36/18

**X**

Xavi [1]  64/4

**Y**

y'all [1]  174/15
yeah [29]  14/13 24/23 30/13 32/7 32/22 37/5 48/3 53/10 54/8 57/1 60/19 69/20 87/12 107/2 107/9 126/5 138/25 143/4 148/4 148/14 149/6 149/10 152/12 153/8 155/20 162/6 164/25 170/23 171/3
year [3]  52/21 94/15 146/5
years [4]  71/19 131/12 132/21 143/1
yelling [3]  59/24 86/5 163/13
yellow [8]  8/17 12/24 13/24 17/19 20/20 27/14 97/7 165/10
yes [381]
yet [3]  54/17 115/22 162/17
York [1]  1/15
you [975]
You'll [1]  130/6
you're [29]  5/21 7/17 30/9 38/16 44/8 45/3 47/9 54/19 55/4 55/12 55/14 55/14 55/19 62/8 65/12 97/3 97/11 105/3 107/17 110/15 116/8 117/6 134/20 136/10 136/21 139/19 173/4 173/23 174/10
you've [3]  115/20 133/1 133/19
Young [1]  53/5
your [223]
yours [1]  6/23
yourself [30]  7/14 8/16 8/17 12/19 14/6 18/2 18/4 19/4 20/16 20/17 25/25 26/2 27/11 54/21 54/23 65/9 66/3 66/9 66/23 73/21 88/2 102/20 105/24 113/19 122/5 126/22 148/17 156/9 163/3 170/19

**Z**

Zavvy [1]  64/4
zero [2]  62/25 93/19
zip [1]  14/19
zip-tied [1]  14/19
zoom [10]  29/14 31/21 32/4 32/17 35/4 62/11 110/2 111/6 111/10 111/22