1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA,
                                    Criminal Action
4            Plaintiff,            No. 21-392-1

5       vs.                        July 11, 2023
                                   10:00 a.m.
6   ALAN HOSTETTER,

7            Defendant.            Day 4
    _____

8

9              **TRANSCRIPT OF THE BENCH TRIAL**
         **BEFORE THE HONORABLE ROYCE C. LAMBERTH**
10              **UNITED STATES DISTRICT JUDGE**

11

12  APPEARANCES:

13  For the Government:

14          JASON MANNING, ESQUIRE
            DOJ-CRM
15          Criminal Division, Fraud Section
            1400 New York Avenue NW
16          Washington, D.C. 20005

17
    For the Government:
18
            ANTHONY WILLIAM MARIANO, ESQUIRE
19          U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
            601 D Street, NW
20          Washington, D.C. 20530

21

22

23

24

25

```
1   (APPEARANCES CONTINUED:)

2

3   For the Defendant:

4           ALAN HOSTETTER, PRO SE

5           KAREN KENNEY, ESQUIRE
            KENNEY LEGAL DEFENSE
6           2900 Bristol Street
            Suite C204
7           Costa Mesa, CA 92926

8

9   Court Reporter:

10          Stacy Johns, RPR
            Official Court Reporter
11
            Proceedings recorded by mechanical stenography,
12          transcript produced by computer-aided transcription
```

13                    **I N D E X**

```
14  GOVERNMENT WITNESSES                                    PAGE

15  OFFICER ROBERT NIEWENHOUS

16      Direct Examination By Mr. Mariano                      7

17      Cross Examination By Mr. Hostetter                    41

18      Redirect Examination By Mr. Mariano                   46

19

20  SPECIAL AGENT JESSICA SALO

21      Direct Examination By Mr. Mariano                     47

22
```

23                  **E X H I B I T S**

```
24  GOVERNMENT EXHIBITS                                    ADMIT

25  204                                                       14
```

```
 1                     INDEX (continued)

 2    GOVERNMENT EXHIBITS                              ADMIT

 3    205.01                                             36

 4    206.01                                             32

 5    306                                                54

 6    326.01                                             37

 7    332                                                56

 8    333                                                52

 9    507                                               102

10    526                                               144

11    602.01                                             75

12    602.02                                             75

13    602.03                                             75

14    602.04                                             75

15    602.05                                             75

16    602.06                                             75

17    602.07                                             75

18    602.09                                             75

19    602.10                                             75

20    602.16                                             75

21    602.17                                             75

22    602.30                                             75

23    602.33                                             75

24    602.34                                             75

25    602.37                                             75
```

```
 1                        INDEX (continued)

 2    GOVERNMENT EXHIBITS

 3    602.38                                                    75

 4    602.42                                                    75

 5    602.43                                                    75

 6    602.46                                                    75

 7    602.47                                                    75

 8    602.71                                                    75

 9    602.72                                                    75

10    602.73                                                    75

11    602.74                                                    75

12    602.75                                                    75

13    604.04                                                    87

14    604.09                                                    87

15    604.09                                                    87

16    604.10                                                    87

17    604.11                                                    87

18    604.12                                                    87

19    604.13                                                    87

20    604.14                                                    87

21    712                                                       61

22    713                                                       61

23    714                                                       69

24    715                                                       68

25    716                                                       64
```

```
 1                      INDEX (continued)

 2    GOVERNMENT EXHIBITS

 3    717                                                     64

 4    718                                                     66

 5    719                                                     66

 6    904.01                                                  76

 7    905.01                                                  96

 8    907.21A                                                101

 9    910.01                                                  76

10    911.02                                                  76

11    911.03                                                  76

12    912.02                                                  76

13    913.03                                                  76

14    913.03                                                  76

15    914.03                                                  76

16    915.02                                                  76

17    916.05                                                  76

18    917.02                                                  76

19    918                                                     76

20    919                                                     76

21    920                                                     76

22    921                                                     76

23    922.02                                                  76

24    922.03                                                  76

25    922.04                                                  76
```

```
 1                         INDEX (continued)

 2    923.02                                                    76

 3    923.03                                                    76

 4    924                                                       76

 5    925                                                       76

 6    926.02                                                    88

 7    1101                                                      50

 8    1102                                                      71

 9    1201                                                      67

10    1202                                                     118

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **P R O C E E D I N G S**

2

3            DEPUTY CLERK:  This is criminal Case No. 21-392-1,

4    United States of America versus Alan Hostetter.

5            Starting with the Government, please approach the

6    podium and state your appearance for the record.

7            MR. MARIANO:  Good morning, Your Honor.  Anthony

8    Mariano for the United States, along with my colleague Jason

9    Manning, paralegal Brittany Sheff and FBI Special Agent Jessica

10   Salo is, also, at counsel table.

11           MR. HOSTETTER:  Good morning, Your Honor.  Alan

12   Hostetter representing myself pro se.  My advisory counsel,

13   Ms. Kenney, is here with me.

14           THE COURT:  Call your next witness.

15           MR. MARIANO:  The United States calls Officer Robert

16   Niewenhous.

17                   OFFICER ROBERT NIEWENHOUS,

18   having been first duly sworn on oath, was examined and

19   testified as follows:

20                        DIRECT EXAMINATION

21   BY MR. MARIANO:

22   Q.  Good morning.  Could you please state and spell your name

23   for the record?

24   A.  Robert Niewenhous, R-O-B-E-R-T, N-I-E-W-E-N-H-O-U-S.

25   Q.  Where do you work?

NIEWENHOUS - DIRECT

1   A.   Metropolitan Police Department, D.C.

2   Q.   And when did you begin working with the MPD?

3   A.   October 2017.

4   Q.   What's your current position with MPD?

5   A.   Officer.

6   Q.   What's your current assignment?

7   A.   6D patrol.

8   Q.   What was your position on January 6, 2021?

9   A.   I was a member of CDU, which is Civil Disturbance Unit 62

10  out of 6D.

11  Q.   Generally, can you describe what a CDU is?

12  A.   It's units that are trained for civil disobedience

13  situations.  But it's, more or less, for First Amendment

14  gatherings, riots, stuff that could -- where we need to control

15  the environment.

16  Q.   Approximately how many officers were in CDU 62?

17  A.   That day, anywhere from -- should have been 25 to 30,

18  depending on how many showed up.

19  Q.   What kind of training, generally, do MPD officers receive?

20  A.   Basic police academy, and while you're in the academy all

21  officers, when I went through, were trained in CDU as part of

22  the regular police academy courses.

23  Q.   Is there any additional special training for CDU officers?

24  A.   Depends on which one you're in.  So they're broken up.

25  Each district -- you have 1 through 7.  Each one has a one

NIEWENHOUS - DIRECT

1    unit, two unit, three unit, four unit and five unit.

2        One unit, three unit and the five units are all basic,

3    dressed like I am today, only they carry a collapsible baton,

4    which is larger than our normal baton, civil disturbance gloves

5    and a helmet.

6        The two unit is head-to-toe what you would call "riot

7    gear."  It's basically hockey gear.  Hardened plastic that goes

8    underneath a coverall that's flame retardant, with a helmet,

9    gas mask, the baton.  And then the four units are the bike

10   patrol units.

11   Q.  What about with respect to weapons or munitions?  Is there

12   any special training that CDU officers receive?

13   A.  We're taught how to use different variations of the OC.

14   You've got the small one that we carry on us on normal patrol.

15   MK-9, which is a smaller -- a little bit bigger than the normal

16   one but with a hand grip on it.  And then there's a larger one

17   that kind of looks like a fire extinguisher.  We're taught how

18   to use all three of those.

19       Also taught the different less lethal percussion -- they're

20   handheld.  You throw them into a crowd.  They either release CS

21   gas, OC, and sometimes they have the rubber balls in them.

22   We're taught how to use them.  We generally don't use them.

23   That's for special operations division.

24   Q.  Do you get exposed to pepper spray or OC spray at the

25   academy?

NIEWENHOUS - DIRECT

1    A.   Yes.

2    Q.   On January 6th, what were your job responsibilities?

3    A.   Initially, our roll call was at 4:30.  I got there early

4    that day.  Typically, I get there early when we're on CDU, to

5    make sure that the vans for my platoon are ready. I got there

6    somewhere in the ballpark of 1:30, 2:00.  Get the vans ready,

7    get dressed and you just get your assignment for the day.

8        That day that I was early, my lieutenant was already in the

9    office.  I asked him for the keys.  He told me forget that, go

10   get dressed.  At that point, I got dressed and responded with

11   him and two other officers from my platoon that were also early

12   to the Capitol.

13       So it wasn't a normal response for us.  Typically, we wait

14   for roll call and find our assignment, wait for downtown to

15   tell us where we're responding to, and then we meet there and

16   we're on standby.  That day, it was get in the car and get down

17   there as fast as you can.

18       So my platoon didn't arrive until 4:30 to 6D.  I didn't

19   hear them come over the air until about 5:00 or so, that they

20   were actually at the Capitol.  So I didn't meet up with my

21   platoon until almost 8:00 that night.

22   Q.   You talk generally about the gear that CDU officers wear.

23   What gear did you have on January 6th?

24   A.   That day, I was in full police uniform with the, more or

25   less, hockey gear, hardened plastic, leg guards from my hip

NIEWENHOUS - DIRECT

1  down to my boots.  Attached to my vest was shoulder guards,

2  forearm guards, helmet, gas mask, and I had my baton, my gloves

3  and the coverall that's flame retardant.

4  Q.  Can you describe what you observed as you approached the

5  Capitol?

6  A.  Chaos.  One word, it was just chaos.  There was no

7  direction as to where we were going.  We showed up, found a

8  spot in the middle of the street, parked and then went to the

9  closest area that we thought we could help at, which was the

10  west steps.

11  Q.  And where did you go from there?

12  A.  We were on the west steps for a majority of the time

13  until -- the very top of the steps, behind the grandstands.  A

14  line was formed, and when I say "line," a police line, from the

15  top of the steps, from behind the grandstands, across to the

16  west side entrance on the top.

17      And at that point, stayed in the police line and then

18  eventually, over time pushed north to the corner of the top

19  steps area and then around to the north side.  That's where we

20  spent most of our time until we actually were able to break off

21  and take a break on the corridor on the eastern side, or the

22  northeast side.

23  Q.  So you mentioned, at some point, you're behind a set of

24  bleachers and then you are moving the crowd north, right?

25  A.  Yes.

NIEWENHOUS - DIRECT

1    Q.   Do you understand that area to be the Upper West Terrace?

2    A.   Yes.

3    Q.   What is body-worn camera?

4    A.   It's our camera that we wear on our uniforms.  It attaches

5    to our vests and we activate that whenever we're dispatched to

6    a call.

7    Q.   Does it record audio and video?

8    A.   Yes.

9    Q.   I saw you just hold it up from near your waist.  On

10   January 6th, where was your body-worn camera located?

11   A.   The coverall I wear, I have an outside -- not like this

12   harness, but another harness that goes on to help keep your

13   belt up, and the attachment I have is for the shoulder.  It's

14   on my left shoulder, in that general area up near my badge.

15   Q.   Can you explain, generally, how the body-worn camera works,

16   how you turn it on?

17   A.   So right now it's off, but it's on standby mode.  When it's

18   on, you do a double click.  It starts immediately recording

19   audio and visual, and there's a two-minute buffer prior that

20   will record what happened two-minutes prior to what you turned

21   it on for, and then it stays on until you deactivate it.

22   Q.   Did you turn on your body-worn camera on January 6th?

23   A.   Yes.

24   Q.   Was it in good working order?

25   A.   Yes.

1    Q.  Have you reviewed your body-worn camera footage from

2    January 6, 2021?

3    A.  Yes.

4    Q.  Let's go to Government Exhibit 204.  And let's play for

5    identification the first 10 seconds.

6         (Video played.)

7    Q.  Do you recognize Government Exhibit 204?

8    A.  Yes.

9    Q.  Is this your body-worn camera footage from January 6, 2021?

10   A.  Yes.

11   Q.  Is the footage accurate?

12   A.  Yes.

13   Q.  In the top right-hand corner, there's a date and timestamp;

14   is that right?

15   A.  Yes.

16   Q.  Are those date and timestamps accurate?

17   A.  Yes.

18   Q.  Those are in Eastern Time; is that correct?

19   A.  Yes.

20   Q.  I should have clarified.  Those first 10 seconds there was

21   no sound.  Why is that?

22   A.  I hadn't activated yet.

23   Q.  So in that first two minutes, there's no sound; is that

24   right?

25   A.  We are not able to access the sound.  As far as I've been

NIEWENHOUS - DIRECT

1    told, only IA can access the first two minutes.

2                MR. MARIANO:  We'll move for the admission of

3    Government Exhibit 204.

4                THE COURT:  What is the number?

5                MR. MARIANO:  204.

6                THE COURT:  Received.

7        (Government Exhibit 204 received in evidence.)

8    BY MR. MARIANO:

9    Q.  Let's go forward to 16:20:30.

10        We're paused at 16:20:30.  Where are you at this point?

11   A.  I am on the Upper West Terrace at the right -- at the top

12   level at the wheelchair access ramp that was coming up to the

13   upper level.

14   Q.  Is this on the north side?

15   A.  No, this is this west side.

16   Q.  Sorry, the northwest side?

17   A.  Yeah, you can call it the northwest.

18   Q.  Okay.  Let's play from 16:20:30 to 16:21:40.

19        (Video played.)

20   Q.  We're paused at 16:21:40.  Can you describe what you and

21   the other officers were doing in that clip that we just

22   watched?

23   A.  Trying to keep the police line together but moving forward

24   toward the northern part of the building in an attempt to push

25   all of the people that gathered that day toward the north.

NIEWENHOUS - DIRECT

1   Q.  Did we hear your voice in that clip?

2   A.  Not yet.

3   Q.  Did you hear other officers?

4   A.  Yes.

5   Q.  And what were they saying?

6   A.  "Move back."

7   Q.  At this point, why did you want to clear the rioters from

8   the Upper West Terrace?

9   A.  They're not supposed to be there.

10  Q.  At this point, was the crowd being compliant with those

11  commands?

12  A.  No.  To my right off camera is when the first fight I saw

13  break out.  And you see me -- my camera was going left to

14  right.  The line had kind of split and I was in a spot where I

15  had rioters up to my right, as well as the police line, and the

16  police line to my left stopped short of where I was.  So I was

17  making sure I wasn't getting flanked by the protesters that

18  day.

19  Q.  So let me follow up on a couple things you said.  I'm

20  indicating an area on the bottom right-hand corner of the

21  screen.  Do you see a wall there?

22  A.  Yes.

23  Q.  And this wall is separating a slightly lower portion of the

24  Upper West Terrace from a slightly higher portion; is that

25  right?

NIEWENHOUS - DIRECT

1    A.  Yes.

2    Q.  Where was that fighting that you said you saw begin to

3    break out?

4    A.  To the right of me.

5    Q.  On that higher portion?

6    A.  Yes.

7    Q.  You also said you were getting a bit ahead of the line of

8    the officers to your left.  Why is that important?

9    A.  I was on a ramp.  They were on a short step.  And their

10   officials behind them told them to stop sooner than we were

11   told to stop, and it separated us, being that we were on the

12   ramp.

13   Q.  Is it important to keep a police line together?

14   A.  Yes.

15   Q.  Why?

16   A.  It's kind of like police tape.  Once the tape is up, you're

17   not permitted past that point.

18   Q.  What are some of the risks if the police line isn't all

19   together?

20   A.  Then we can get flanked, circled.  It puts us in a

21   dangerous situation that we are now at the will of who is

22   around us, and we have to protect ourselves.  They have access

23   to gain control of us.  Again, if I have somebody -- any law

24   enforcement does not like someone behind them because you don't

25   know what their intention is and it gives them access to try to

1    take our weapons and things like that.

2    Q.   Okay.  Let's resume at 16:21:40 and play until 16:21:57.

3         (Video played.)

4    Q.   We're paused at 16:21:57.  What was happening in the video

5    that we just watched?

6    A.   The people that gathered were yelling "USA."  I have a

7    gentleman in blue next to me telling me I'm disgusting.  And

8    the police line above is trying to push back people that are

9    not listening to the order to move back.

10   Q.   Let's resume at 16:21:57 and play until 16:22:30.

11        (Video played.)

12   Q.   We're paused at 16:22:30.  At this point, what's happening

13   on that raised portion of the Upper West Terrace to your right?

14   A.   Lack of better words, all-out brawl between the rioters and

15   law enforcement.

16   Q.   On that lower portion of the Upper West Terrace in front of

17   you, how's the crowd responding?

18   A.   Specifically, the gentleman in blue, "Yeah.  Get them."

19   He's telling them to "Get them.  Kill them.  Get them."  He's

20   all excited about it.  And the general reaction of those around

21   was excitement that the rioters were fighting the police.

22   Q.   Was the crowd moving north, as you were directing them?

23   A.   No.

24   Q.   Let's resume at 16:22:30 and play until 16:23:34.

25        (Video played.)

NIEWENHOUS - DIRECT

1    Q.  We're paused at 16:23:34.  Did you hear one of the rioters

2    yell, "We're just standing here"?

3    A.  Yes.

4    Q.  Were rioters allowed to just stand there on the Upper West

5    Terrace?

6    A.  No.

7    Q.  I'm indicating an individual on the left third of the

8    screen on the slightly lower portion.  Do you recognize this

9    individual from January 6th?

10   A.  Yes.

11   Q.  What do you remember about this individual?

12   A.  He had a ballistic vest on and at one point, I noticed that

13   he had what appeared to be a dagger with brass knuckle grip in

14   the MOLLE system on the vest.

15   Q.  And why was that something that you noticed?

16   A.  It's a weapon.  Something that can be used against us.  It

17   stood out and that could potentially go through our vests.  So

18   I was focused on him for a good chunk of the time that he was

19   in front of me.

20   Q.  You said you were focused on him for a good chunk of time.

21   How did, generally, seeing that knife there affect how you did

22   your job?

23   A.  Typically, when we're dealing with situations like this,

24   where there's a large gathering, I'm trying to monitor

25   everybody that's in front of me.  Once you fixate on a weapon,

NIEWENHOUS - DIRECT

1    you don't want to lose sight of that because it could be used

2    against us.

3    Q.   Did you have a shield at the time?

4    A.   Yes.

5    Q.   Did seeing that knife affect anything you were doing with

6    the shield?

7    A.   Yeah.  Typically, you hold the shield with two hands, more

8    sturdy and better grip on it.  So that, one, it's sturdy.  Two,

9    they can't take it from you.  With that being visible, I went

10   to a one-handed grip, just in case I had to get to my weapon.

11   Q.   Do you hear the individual we've been talking about yell,

12   "This is your time.  Choose a side"?

13   A.   Yes.

14   Q.   What did you understand "choose a side" to mean?

15   A.   It's either us or them.  You're either going to stay with

16   what they believe was wrong, which was why we were there to

17   protect the Capitol, or be on their side.  We didn't have an

18   option, to him.  It was you're either with us or against us.

19   And if you're with us, that's great.  If you're against us,

20   you're going to be fighting us.

21   Q.   Let's resume at 16:23:24 and play until 16:23:51.

22        (Video played.)

23   Q.   We're paused at 16:23:51.  What did you hear that

24   individual that we identified yell?

25   A.   "This is your last chance."

NIEWENHOUS - DIRECT

```
1   Q.  And in that last clip, did you see an American flag waving
2   behind him?
3   A.  Yes.
4   Q.  Let's resume at 16:23:51 and play until 16:24:40.
5       (Video played.)
6   Q.  Can you frame forward a moment.  You can stop there.  Thank
7   you.
8       We're paused at 16:24:40.  What happened to what we just
9   watched?
10  A.  More "Choose a side, 1776."  Where we're paused right now,
11  that American flag is directly behind the individual I was
12  focused on.  By the angle, it appears to be held by an
13  individual holding a cell phone up with a baseball cap on.
14  Q.  Let's break that down a little bit.  I'm indicating an
15  individual on the left third of the screen.  This is the
16  individual you previously identified with the knife?
17  A.  Yes.
18  Q.  He also has a red hat on?
19  A.  Yes.
20  Q.  And a gray jacket; is that right?
21  A.  Yes.
22  Q.  I may, going forward, just refer to him as the individual
23  in the gray jacket for ease of reference.
24      And what did you say he was yelling in that clip?
25  A.  "1776, choose a side."  Those are the ones I can make out.
```

1    He stands out.  His voice is pretty noticeable.

2    Q.  Did you hear him yell, "Keep your oath"?

3    A.  Yes.

4    Q.  When you were removing rioters from the Upper West Terrace,

5    did you feel like you were keeping your oath?

6    A.  Yes.

7    Q.  To the right of that individual on the screen, you

8    identified another person.  Can you describe that person?

9    A.  Shorter, smaller in stature, holding the American flag by

10   the angle.  Also holding a cell phone, recording or taking

11   pictures of what is happening in front of him.

12   Q.  You said he's wearing a blue hat, right?

13   A.  Yeah, it appears to be a blue hat.

14   Q.  Let's resume at 16:24:40 and play until 16:24:43.

15       (Video played.)

16   Q.  We're paused at 16:24:43.  Did you hear what the individual

17   in the gray jacket was yelling?

18   A.  Not right there.  It's low.

19   Q.  Okay.  Let's go back to 16:24:39, to be safe.

20       Let's just play it from there.

21       (Video played.)

22   Q.  Okay.  So we're paused at 16:24:44.  The individual in the

23   gray jacket, did you hear what he was yelling?

24   A.  "Choose a side, 1776."  "Keep your oath."  He keeps

25   repeating himself.

NIEWENHOUS - DIRECT

1    Q.  Okay.  So let's go back again to 16:24:39 or so.  And let's

2    play this portion at .7X speed.  And I'll ask you to focus

3    on -- it's harder to hear, but I'll ask you to focus on what

4    the individual in the blue hat is yelling, if you can make it

5    out.

6        (Video played.)

7    Q.  Let's pause.  We're paused at 16:24:44.  Did you hear that

8    individual yell, "The whole world is watching"?

9    A.  Yes.

10   Q.  Let's go back to normal speed and we can play from 16:24:44

11   to 16:25:34.

12       (Video played.)

13   Q.  We're paused at 16:25:34.  What did you hear the individual

14   in the gray jacket yelling in that clip?

15   A.  "Choose a side."  "This is your last chance."  "You'll be

16   defined by this moment."  More to that effect.

17   Q.  Did you hear him yell, "Stand down"?

18   A.  Yes.  As in, put the -- the way I would take that is stand

19   down, take off your gear and stand with us.

20   Q.  Were you going to do that?

21   A.  No.

22   Q.  Why not?

23   A.  That's not my job.

24   Q.  Did you also -- I think you said you heard the individual

25   in the gray jacket yell, "This is your last chance"?

NIEWENHOUS - DIRECT

1  A.  Yes.

2  Q.  What did you take that to mean?

3  A.  We're going to be fighting if we don't stand down.

4  Q.  And in the portion that we just watched, has the American

5  flag continued to be waving behind that individual in the gray

6  jacket?

7  A.  Yeah.  It keeps repositioning, bobbing up and down directly

8  behind him.

9  Q.  On January 6th, did you see flagpoles used as weapons at

10  all?

11  A.  Yeah, we saw that January 6th and many other CDU

12  deployments.

13  Q.  So in general, then, on January 6th, how did it affect you

14  when you saw rioters holding flagpoles?

15  A.  It could be a potential weapon used against us.

16  Q.  Up to this point, how effective has law enforcement been in

17  clearing the rioters off the Upper West Terrace?

18  A.  Not very good so far.

19  Q.  Let's resume at 16:25:34 and play until 16:25:57.

20      (Video played.)

21  Q.  We're paused at 16:25:57.  Did you see how law enforcement

22  was engaging the individual in the gray jacket?

23  A.  Yes.

24  Q.  And can you describe it?

25  A.  That officer has a baton, similar to how we would hold the

NIEWENHOUS - DIRECT

1    shield.  We're just using it to move back.  It's what we're
2    taught to use if we're holding it.  It's not to strike
3    somebody.  It's to gain control and this is a move-back motion.
4    And when they're doing that, typically they'd be saying "move
5    back" as they're pushing them forward.
6    Q.  Generally, at this point, how are rioters engaging with law
7    enforcement?
8    A.  You do have some that are just there for the thrill of it,
9    seemed peaceful.  But a majority, a lot of animosity.
10   Specifically, there was a female in there yelling she hoped we
11   all died.  It's pretty much anti-police at this point.  It's
12   you verse us.
13   Q.  Let's resume at 16:25:57 and play until 16:27:00.
14       (Video played.)
15   Q.  We're paused at 16:27:00.  Can you describe what was
16   happening and what we just watched on that raised portion of
17   the terrace?
18   A.  You had a brawl between the police line and the rioters.
19   Q.  You said a brawl?
20   A.  Yeah, they were brawling pretty good.  You only caught a
21   portion of it.  I was angled because I had the individuals to
22   my left.  And the line to my left pushed forward further than
23   the line to my right.  And, again, didn't want to create a hole
24   in the line.  So I angled myself so that I could see to the
25   left and right.

NIEWENHOUS - DIRECT

1    Q.  Let's resume at 16:27:00 and play until 16:29:00.

2         (Video played.)

3    Q.  We're paused at 16:29:00.  Can you describe what we just

4    watched?

5    A.  Less lethal munitions were used by our SOD units.  I'm not

6    sure what was used.  I didn't deploy it.  I know Virginia State

7    was also there with pepper balls.  I saw a confrontation

8    between the higher part of the Upper West Terrace.  A lot of OC

9    spray was used.  I know my lieutenant behind me sprayed at one

10   point.

11        I was communicating to my lieutenant at that point.  I

12   can't tell you what I was saying at that point, but I can tell

13   I was communicating to him that somebody in the crowd, we had

14   to keep an eye on.

15        And now in this frame itself in the lower left corner, the

16   guy with the gray jacket that previously had a red hat on is

17   now donning a gas mask, and the line began to push the rioters

18   back toward the true northwest corner.

19   Q.  So if I can ask, if you can either pull the microphone a

20   little bit closer, maybe lean forward a bit.

21   A.  I'm sorry.

22   Q.  I'm circling an individual on the lower left-hand side of

23   the screen.  This is the individual you previously identified

24   in the gray jacket that you said has now put on a gas mask,

25   right?

NIEWENHOUS - DIRECT

1    A.   Yes.

2    Q.   Let's resume at 16:29:00 and play until 16:29:27.

3         (Video played.)

4    Q.   Can we frame forward?  That's good.  Thank you.

5         We're paused at 16:29:27.  Can you describe what happened

6    in the clip we just watched?

7    A.   A confrontation between law enforcement and the rioters.

8    Specifically, I had an individual that kept trying to break

9    through where I was.  I had to push him back multiple times

10   with the shield.  Just more confrontation and not wanting to

11   listen to orders to move back.

12   Q.   Circling an individual on the far left of the screen.  Do

13   you recognize that individual?

14   A.   That's the gentleman in the gray jacket.

15   Q.   What was he doing in the clip?

16   A.   He's yelling and pointing toward where the more aggressive

17   fighting was happening to the steps to my right.

18   Q.   Okay.  Let's resume at 16:29:27 and play until 16:30:32.

19        (Video played.)

20   Q.   We're paused at 16:30:32.  Can you describe what happened

21   in the footage we just watched?

22   A.   We had one person that said, "Thank you for your service,"

23   while everybody else is yelling at us, "traitors," wanting to

24   be in contention with us.  The gentleman in the gray jacket

25   with the gas mask is now directly in front of me, and you can

NIEWENHOUS - DIRECT

1   see he's wearing what looks like a Kevlar vest with the MOLLE

2   system on it.  And you can see part of the grip that looks like

3   a brass knuckle attached to the top of what appeared to be a

4   dagger that I focused on earlier.

5   Q.  From what you observed at this point, is there enough space

6   for individuals in the crowd to move back and move north as you

7   were directing them to?

8   A.  Yes.  At this point, there's plenty of room behind them to

9   move back.

10  Q.  We're at 16:30:32 now.  We've been watching your body-worn

11  camera footage since about 16:20:30.  Has that been true this

12  whole time?

13  A.  Yeah.  They had plenty of room to exit the Upper West

14  Terrace.

15  Q.  Let's resume at 16:30:32 and play until 16:31:07.

16      (Video played.)

17  Q.  We're paused at 16:31:07.  Circling an individual to the

18  far bottom left-hand corner of the screen.  Do you recognize

19  that individual?

20  A.  It's the same individual with the gray jacket and Kevlar

21  vest.

22  Q.  And then circling an individual to the right of that

23  individual on the screen.  Do you recognize that individual?

24  A.  It appears to be the same guy from earlier with the flag

25  and cell phone.

NIEWENHOUS - DIRECT

1    Q.  And the blue hat?

2    A.  Yes.

3    Q.  Let's resume at 16:31:07 and play until 16:31:38.

4        (Video played.)

5    Q.  We're paused at 16:31:38.  What did you just yell out?

6    A.  "Object."

7    Q.  Why did you yell that out?

8    A.  Something was thrown in our direction.

9    Q.  Was that a one-time incident or was that somewhat regular

10   that day?

11   A.  That was pretty regular.

12   Q.  What were members of the crowd throwing at the police?

13   A.  I know rocks were thrown, bottles, anything that they can

14   get their grips on.  I know at some points the canisters that

15   the law enforcement deployed that was less lethal, they could

16   take those and throw them back.  It didn't happen to me, but I

17   was told that some of the bottles contained urine.  So it was

18   pretty much anything they could get their hands on or they

19   premeditated and brought with them.

20   Q.  Let's resume at 16:31:08 and play until 16:32:07.

21       (Video played.)

22   Q.  Can you frame forward?  You can stop there.

23           We're paused at 16:32:07.  In the bottom left-hand

24   corner of the screen, is that the same individual in the gray

25   jacket you've identified?

NIEWENHOUS - DIRECT

1    A.  Yes.

2    Q.  What did you hear people in the crowd yelling in what we

3    just watched?

4    A.  "We want you.  We want you."  I kept hearing that

5    repeatedly.  In this frame, you can also see that the gentleman

6    in the gray jacket also appears to have a radio with a similar

7    attachment that goes to an earpiece coming out of his gray

8    jacket.

9    Q.  Can you circle that item?

10   A.  Just touch the screen?

11   Q.  Yes.

12   A.  (Witness complies.)

13   Q.  This witness has circled an area on the far left corner of

14   the screen to the right of the individual wearing the gray

15   jacket.

16      Do you see what the individual in the gray jacket has on

17   his hands?

18   A.  Similar to mine, they're gloves with reinforced knuckles

19   that are a hardened plastic.

20   Q.  What does that indicate to you?

21   A.  For me, I use it to protect my knuckles.  Any time you go

22   hands-on with somebody, there's the potential you go to the

23   ground and end up tearing up your knuckles on the concrete.

24      When I see it on someone in the crowd here that's, more or

25   less, if he punches, he's not going to feel the same effect

NIEWENHOUS - DIRECT

1    from the punch.  And it's also going to inflict a little bit
2    more pain, hurt, damage when he does throw a punch.
3    Q.  So you said members of the crowd were chanting, "We want
4    you."  Can you tell the direction in which they were saying
5    that?
6    A.  They were pointing toward the upper portion of the steps
7    where there was more fighting going on.  They wanted the law
8    enforcement that were actively engaging in with the crowd.
9    Q.  And what was the individual in the gray jacket doing?
10   A.  He's pointing up in that direction.
11   Q.  Okay.  Let's resume at 16:32:07 and play until 16:32:41.
12       (Video played.)
13   Q.  We're paused at 16:32:41.  On the left-hand bottom corner
14   of the screen, is this the same individual we've been
15   discussing in the gas mask and gray jacket?
16   A.  Yes.  And that's his hand directly in front of the
17   individual with the furry hat on.
18   Q.  And what is he doing?
19   A.  He's pointing directly at a police officer.
20   Q.  Okay.  Let's resume at 16:32:41 and play until 16:33:04.
21       (Video played.)
22   Q.  We're paused at 16:33:04.  At the center of the screen,
23   what's the individual in the gray jacket doing in that clip?
24   A.  At one point, he does an across-the-throat motion, which
25   typically, you're done.  And then the next motion was similar

NIEWENHOUS - DIRECT

1   to the Hitler sign.  And then he goes back to jumping up and

2   down like he's getting himself amped up to be in fighting.

3   Q.  How close would you say he is to the police line at this

4   point?

5   A.  Feet, a couple feet.

6   Q.  Do you have your riot shield up in this clip?

7   A.  It's angled.  It's on one arm, canted to the right.

8   Q.  Why do you have it in that position?

9   A.  I'm focused on him.  He's got a weapon on him, so I have to

10  be prepared.

11  Q.  Let's resume at 16:33:04 and play until 16:34:37.

12      (Video played.)

13  Q.  We're paused at 16:34:37.  I'm indicating an individual to

14  the far-right of the screen.  Does this appear to be the same

15  individual in the gray jacket?

16  A.  Yes.

17  Q.  What's happened to his gas mask?

18  A.  He's taken it off.

19  Q.  Let's resume at 16:34:37 and play until 16:36:05.

20      (Video played.)

21  Q.  We're paused at 16:36:05.  Indicating an individual

22  slightly right of center.  Does that appear to be the same

23  individual in the gray jacket?

24  A.  Yes.

25  Q.  And how close is he to the police line at this point, would

NIEWENHOUS - DIRECT

1    you say?

2    A.   He's at the police line.

3    Q.   We've been watching your body-worn camera footage for about

4    16 minutes.  How far has the police line been able to move the

5    rioters?

6    A.   This went from middle of the West Terrace to the northwest

7    corner and then hooked a right, headed eastbound.  Made it to

8    the middle of the northern side of the Capitol.

9    Q.   Let's resume at 16:36:05 and just play for 10 more seconds.

10        (Video played.)

11   Q.   Let's go to Government Exhibit 206.01.  And if we can play

12   for identification the first five seconds.

13        (Video played.)

14   Q.   Do you recognize Government Exhibit 206.01?

15   A.   Yes.

16   Q.   Is this body-worn camera footage from one of your

17   colleagues from January 6, 2021?

18   A.   Yes.

19   Q.   Is it a fair and accurate depiction of the events from

20   January 6th?

21   A.   Yes.

22            MR. MARIANO:  Move for the admission of Government

23   Exhibit 206.01.

24            THE COURT:  Received.

25        (Government Exhibit 206.01 received in evidence.)

NIEWENHOUS - DIRECT

1    BY MR. MARIANO:

2    Q.  We're paused at 16:23:05.  I'm indicating an individual

3    near the center of the screen.  Is that the same individual in

4    the gray jacket we've identified?

5    A.  Yes.

6    Q.  Let's resume at 16:23:05 and play until 16:23:18.

7        (Video played.)

8    Q.  We're paused at 16:23:18.  Circling an individual left of

9    center on the screen.  Do you recognize that individual?

10   A.  Same individual from earlier, blue hat, holding a cell

11   phone and the American flag.

12   Q.  Let's resume at 16:23:18 and play until 16:24:10.

13       (Video played.)

14   Q.  We're paused at 16:24:10.  I'm circling an individual on

15   the left third of the screen.  Is that the same individual you

16   identified in the blue hat?

17   A.  Yes.

18   Q.  To his left is the individual in the gray jacket?

19   A.  Yes.

20   Q.  How far would you say they are at this point from the

21   police line?

22   A.  Maybe 10 feet from where I'm standing, right in front of

23   the individual taking the picture in the bottom left.

24   Q.  Let's resume at 16:24:10 and play until 16:25:51.

25       (Video played.)

NIEWENHOUS - DIRECT

1   Q.  We're paused at 16:25:51.  What do you see the individual

2   in the gray jacket and the individual in the blue hat doing in

3   that clip?

4   A.  Gray jacket repeatedly yelling, "Choose a side," "Freedom

5   is the cause."  The gentleman in the blue hat with the cell

6   phone appeared to be recording, kept readjusting the American

7   flag up and down, shifting side to side with the flag.

8   Q.  Let's jump forward to 16:29:51 and play until -- sorry.

9       We're paused at 16:29:51.  Circling an individual about a

10  third of the way from the left side of the screen.  Does this

11  appear to be the same individual in the blue hat carrying the

12  American flag?

13  A.  Yes.  The blue hat and American flag are visible right

14  there.

15  Q.  Let's resume from 16:29:51 and play until 16:30:40.

16      (Video played.)

17  Q.  We're paused at 16:30:40.  Indicating an individual in the

18  center of the screen.  Does that appear to be the same

19  individual in the blue hat?

20  A.  Yes.

21  Q.  In the clip we watched, did you see him holding out his

22  phone?

23  A.  Yeah.  He appeared to be recording and holding the flag as

24  he moved around the bend to the right, headed toward the

25  northern side.

NIEWENHOUS - DIRECT

1    Q.  Could you tell what angle his phone was at?  What he would

2    have been recording if that's what he was doing?

3    A.  Toward the upper portion of the terrace where this officer

4    is standing.

5    Q.  Did he appear to be looking in that direction as well?

6    A.  Yeah, he looks like he's focused on everything that's going

7    on above where I would have been standing.

8    Q.  This higher portion of the Upper West Terrace, that's where

9    you previously testified a lot of the assault of conduct was

10   going on?

11   A.  Yes.

12   Q.  Let's resume from 16:30:40 and play until 16:31:24.

13       (Video played.)

14   Q.  Okay.  I have one more body-worn camera footage I want to

15   show you, but we'll just look at about a minute and a half of

16   it.

17       Let's go to Government's Exhibit 205.01.  And we can play

18   for identification the first five seconds.

19       (Video played.)

20   Q.  Do you recognize Government Exhibit 205.01?

21   A.  Yes.

22   Q.  Is this body-worn camera footage from one of your

23   colleagues from January 6, 2021?

24   A.  Yes.

25   Q.  Is it a fair and accurate depiction of the events from

NIEWENHOUS - DIRECT

1  January 6th?

2  A.  Yes.

3        MR. MARIANO:  We'll move for the admission of

4  Government Exhibit 205.01.

5        THE COURT:  Received.

6     (Government Exhibit 205.01 received in evidence.)

7        MR. MARIANO:  Let's resume at 16:24:36 and play until

8  16:25:41.

9     (Video played.)

10  Q.  We're paused at 16:25:41.  Circling an individual at the

11  lower center of the screen.  Does this appear to be the same

12  individual in the blue hat with the American flag you

13  identified earlier?

14  A.  Yes.  And you can see what appears to be a megaphone

15  attached to his right side.

16  Q.  And based on this angle, how close would you say this

17  individual is to the police line?

18  A.  Approximately 10 feet.

19  Q.  In the clip we just watched in front of the individual in

20  the blue hat, did you see another rioter move north past him?

21  A.  Yes.

22  Q.  Did that rioter seem to have any trouble moving through the

23  crowd?

24  A.  No.

25  Q.  Okay.  Let's resume at 16:25:41 and play until 16:26:00.

NIEWENHOUS - DIRECT

1        (Video played.)

2    Q.    Okay.  Let's go on to Government Exhibit 326.01.  If we can

3    go to 1:30 and then play 12 seconds for identification.

4        (Video played.)

5    Q.    Do you recognize Government Exhibit 326.01?

6    A.    Yes.

7    Q.    What is it?

8    A.    The Upper West Terrace.

9    Q.    Is it a fair and accurate depiction of the events shown

10    from January 6, 2021?

11    A.    Yes.

12    Q.    Okay.

13        MR. MARIANO:  We'll move for the admission of

14    Government Exhibit 326.01.

15        THE COURT:  Received.

16        (Government Exhibit 326.01 received in evidence.)

17    Q.    Let's go forward to 2:51 and play until 4:00 minutes.

18        (Video played.)

19    Q.    We're paused at 4:00 minutes.  You talked earlier about

20    seeing violence on that slightly raised portion of the Upper

21    West Terrace.  Is this an example of that?

22    A.    Yes.

23    Q.    Can you describe what you saw?

24    A.    Ordered to move back.  They didn't.  Objects were being

25    thrown toward law enforcement.  When they tried to move them

NIEWENHOUS - DIRECT

1  back, they were met with force and responded with force and

2  the -- it just continued to spiral from there.

3  Q.  And at this point, you were in the area but on that lower

4  portion of the Upper West Terrace, right?

5  A.  Yeah, there was a couple of instances where I was in the

6  bottom of the frame.

7  Q.  Based on what you were able to observe when you were there,

8  would someone on that lower portion of the Upper West Terrace

9  have been able to see the fighting going on that we just

10 watched?

11 A.  Yes.

12        MS. KENNEY:  Your Honor, I'm going to object.  That

13 would lack foundation as phrased.

14        THE COURT:  Overruled.

15        MS. KENNEY:  And calls for speculation on behalf of

16 everyone that was there.

17        THE COURT:  Overruled.

18 BY MR. MARIANO:

19 Q.  So let's resume at 4:00 minutes and play until 4:12.

20     (Video played.)

21 Q.  We're paused at 4:12.  Do you hear someone yell, "This is

22 your time"?

23 A.  Yes.

24 Q.  Did you recognize the voice?

25 A.  It sounds like gray jacket.

NIEWENHOUS - DIRECT

1   Q.  Let's resume at 4:12 and play until 6:17.

2       (Video played.)

3   Q.  We've paused at 6:17.  Can we go back to 6:05 and pause

4   there.

5       In the far bottom left-hand corner of the screen, is that

6   the individual wearing the gray jacket you identified

7   previously?

8   A.  Yes.

9   Q.  Directly behind him, do you see the individual in the blue

10  hat?

11  A.  Yes.

12  Q.  Can you tell what that person is doing?

13  A.  Appears to be recording with a cell phone.

14  Q.  I think, earlier, did you say what time you were scheduled

15  to start work on January 6th?

16  A.  Roll call was supposed to be 4:30, from what I remember.

17  Q.  What time did you actually show up?

18  A.  Somewhere in the 1:30, 2:00 range.

19  Q.  When did you actually leave the Capitol after the events of

20  January 6th?

21  A.  Somewhere around 9:00 a.m. the next morning.

22  Q.  You talked about being a member of a CDU platoon.

23  Approximately how many civil disturbances or protests have you

24  dealt with --

25              THE COURT:  Let's take our morning break first.

NIEWENHOUS - DIRECT

1          MR. MARIANO:  Yes, Your Honor.

2      (A recess was taken at 11:28 AM)

3          THE COURT:  You may proceed.

4  BY MR. MARIANO:

5  Q.  Officer Niewenhous, just a few more questions.  You

6  mentioned being on a civil disturbance platoon.  Approximately

7  how many civil disturbances or protests have you dealt with as

8  an MPD officer?

9  A.  I started with the George Floyd riots and we went almost

10  two months straight, where every night, something was going on.

11  The multiple protests after that.  The trucker convoy.  It's --

12  over that two-year span was probably 50 actual protests.  But

13  we were deployed a majority of those two years.

14  Q.  How does January 6th compare to all the other protests?

15  A.  One of the most chaotic, violent scenes I witnessed

16  compared to the rest of them.

17  Q.  And how has being in Capitol grounds on January 6th

18  affected you?

19  A.  I mean, I never got diagnosed with PTSD, but I know I have

20  it.  Just watching the videos, I'll go nights without sleep.

21  Immediately after that, there were times where I was at events,

22  not comfortable.  I'm still not comfortable in large crowds.

23  Just went to my stepson's high school graduation --

24          MS. KENNEY:  Your Honor, I'm sorry to interrupt, but

25  I'm going to object.  This is completely irrelevant to

NIEWENHOUS - CROSS

```
 1     Mr. Hostetter's case.  It's turning into a narrative.
 2               THE COURT:  Sustained.
 3     BY MR. MARIANO:
 4     Q.  How long did it ultimately take you to clear the Upper West
 5     Terrace of rioters?
 6     A.  Based on the time frame on that video, over an hour.
 7               MR. MARIANO:  Thank you, Officer Niewenhous.  No
 8     further questions.
 9               THE COURT:  Mr. Hostetter.
10                         CROSS-EXAMINATION
11     BY MR. HOSTETTER:
12     Q.  Good afternoon, Mr. Niewenhous.  Thank you for your service
13     and thank you for appearing here today.
14     A.  Thank you.
15     Q.  I'm curious.  In preparation for today's testimony, did you
16     happen to read my filings to the Court leading up to this?
17     A.  No.
18     Q.  I'm sorry?
19     A.  No.
20         Is this close enough?
21     Q.  I encourage you to do that.  You'll get a different take on
22     what you've seen on these videos.
23         Did you happen to see in some of these videos -- I was
24     going to point out several of them and stop them and show you
25     over and over.  But did you happen to notice if there were an
```

NIEWENHOUS - CROSS

1   unusually large number of professional photographers,
2   basically, everywhere that day?  They were all over the
3   Capitol.
4   A.  No.  I can't tell who's a professional and who's not.
5   Q.  Let's say people with a lot of expensive recording
6   equipment?
7   A.  Cell phones are expensive.  So I can't tell which is which.
8   Q.  Okay.  When I look at the video and all of the different
9   clips that I observed, if I recall correctly, the only words
10  that are heard out of my mouth were, "The whole world is
11  watching"; is that correct?
12  A.  As far as I can see from my video, yeah.
13  Q.  Did I ever threaten you?
14  A.  Not personally.
15  Q.  Did I threaten anybody personally?
16  A.  I can't speak to that.
17  Q.  Did you visually see me threaten anybody personally?
18  A.  Can't speak to that.
19  Q.  You can't speak to your own observations?
20  A.  From the video, I can't tell from that.
21  Q.  But you were able to tell when I spoke.  You were able to
22  tell me moving around and adjusting my flag pole.  But you
23  can't tell me if you ever, in those videos, actually heard and
24  saw me threaten anybody; is that correct?
25  A.  I couldn't tell you if you did or not.

NIEWENHOUS - CROSS

1    Q.   Okay.

2         Can we go to that same exhibit, 16:29:15, and just let it

3    run to 16:29:30, please.

4              MR. MARIANO:   Which exhibit?  His body-worn camera?

5              MR. HOSTETTER:   I was thinking it was the same

6    exhibit.   There was a gentleman that was leaning into -- kind

7    of leaning into the shields.   How many exhibits were there?

8              MR. MARIANO:   Four.

9              MR. HOSTETTER:   If we could try the four.  I'm sorry.

10   I'll know right away when I see it.   It's at 16:29, somewhere

11   between 15 and 30 seconds.

12             Okay.  Let's back it up here to 16:29:15 and then let

13   it run for a minute.   I think it might be this one.

14        (Video played.)

15   BY MR. HOSTETTER:

16   Q.   This guy.  Just take a look at the guy in brown.  He's kind

17   of spinning around.  He's leaning into the shields.  It almost

18   looks silly to me what he's doing.

19        Did you notice in some of these videos that a lot of the

20   people that were near the front of this line were wearing face

21   masks or gas masks?

22   A.   Some were, some weren't.

23   Q.   And, you mean, in January of 2021, the masking issue had

24   been a big deal since COVID began in March, April of 2020.  Is

25   it your -- or do you have an opinion on your personal

NIEWENHOUS - CROSS

1    observations about whether or not Trump supporters were

2    typically, in large numbers, wearing face masks or were they

3    typically against them?

4            MR. MARIANO:  Objection, relevance.

5            THE COURT:  Overruled.

6            THE WITNESS:  Opinion on usage of face masks?

7    BY MR. HOSTETTER:

8    Q.  Not necessarily even at the Capitol.  Just from your

9    observations, your watching of the news media, your maybe

10   speaking to people on the street, Trump supporters at that

11   time, were they typically against and resisting face masking?

12   A.  Yes.

13   Q.  You're saying you agree that they were against it?

14   A.  I would agree that, especially the protests I was part of,

15   that they were more often than not wearing masks.

16   Q.  More often than not wearing masks.

17       When I look through this video, I don't know if you

18   observed it or not, but at these front line areas, there was a

19   very large number of people wearing masks.  Nearly all the

20   people with the expensive video equipment are wearing masks.

21       Have you had heard since January 6th, in briefings, maybe

22   you've had some formal training or debriefings -- have you had

23   one or two or three debriefings on this day on what went right

24   and what went wrong?

25   A.  Just one debrief.  That was it.

NIEWENHOUS - CROSS

1    Q.  One debrief.  Did anybody bring up the issue of security

2    that day, physical infrastructure security as far as --

3            MR. MARIANO:  Objection, relevance.

4            THE COURT:  Overruled.

5            THE WITNESS:  It's above my rank.  So no.

6    BY MR. HOSTETTER:

7    Q.  When you look back at this day in hindsight, when you look

8    at -- were you personally expecting a fairly large crowd that

9    day?

10   A.  I didn't know what to expect that day.

11   Q.  Were you aware that the President himself asked for a

12   response that day?

13   A.  No.

14   Q.  You didn't know the president requested people?  They

15   weren't talking about this in your briefings?

16   A.  No.  I had worked early into the previous -- or that

17   morning for CDU.  Went home, took a nap and came back.  I

18   didn't see the news.

19   Q.  I'm sorry, I didn't mean to interrupt you.

20   A.  I avoid the news as much as I can.

21   Q.  You avoid the news?  Good man.  Smart man.

22       Was the 8- to 10-foot tall unscalable chain link fencing,

23   as it's referred to, was that installed within 24 hours

24   after --

25   A.  I don't know.

NIEWENHOUS - REDIRECT

1  Q.  You work for Washington Metro, correct?

2  A.  Yes.  And I patrol southeast.

3  Q.  So you don't drive by the Capitol building at all?

4  A.  No.

5  Q.  The general crowd in the area that I was in and Mr. Taylor

6  were in, can you estimate the size of that crowd?

7  A.  It was large.  I couldn't tell you.

8  Q.  Would you say hundreds or thousands?

9  A.  I can't tell you.  From my vantage point, you can see what

10  I could see on the video.

11  Q.  But you said it was large?

12  A.  It was a large crowd.

13          MR. HOSTETTER:  That's all I have.  Thank you.

14                      REDIRECT EXAMINATION

15  BY MR. MARIANO:

16  Q.  Brief redirect.  On cross-examination, Mr. Hostetter

17  remarked that something on the video was "silly."  Did anything

18  you experienced on January 6th feel silly to you?

19  A.  No.

20          MR. MARIANO:  No further questions.

21          THE COURT:  You can call your next witness.

22          Thank you, sir.

23          MR. MARIANO:  The United States calls FBI Special

24  Agent Jessica Salo.

25

SALO - DIRECT

1                       SPECIAL AGENT JESSICA SALO,

2    having been first duly sworn on oath, was examined and

3    testified as follows:

4                       DIRECT EXAMINATION

5    BY MR. MARIANO:

6    Q.   Good morning.

7    A.   Good morning.

8    Q.   Could you please state your name and spell it for the

9    record?

10   A.   Yes.  My name the Jessica Salo.  J-E-S-S-I-C-A, S-A-L-O.

11   Q.   Where do you currently work?

12   A.   I work for the FBI Los Angeles division.

13   Q.   What is your current title?

14   A.   Special Agent.

15   Q.   Are you assigned to a particular unit within the FBI?

16   A.   Yes.  I'm assigned to a domestic terrorism squad, which

17   covers the Orange County and Long Beach areas of

18   responsibility.

19   Q.   In general, can you describe your job responsibilities as a

20   Special Agent?

21   A.   Sure.  I investigate violations of federal crime, and to do

22   that, I execute search warrants.  I conduct interviews.  I

23   conduct open-source searches.  Things of that nature.

24   Q.   Do you also serve subpoenas?

25   A.   Yes.

SALO - DIRECT

1   Q.  Do you review digital media?

2   A.  I do.

3   Q.  During your work with the FBI, have you become involved in

4   investigations of individuals involved in the events at the

5   U.S. Capitol on January 6, 2021?

6   A.  I did.

7   Q.  How did that investigation begin, as it relates to your

8   work?

9   A.  As it relates to my work?  The FBI generally received a

10  number of tips regarding individuals who were at the U.S.

11  Capitol.  Specific to my area of responsibility in Orange

12  County and Long Beach, we received a number of tips regarding

13  individuals who had traveled from that area to Washington, D.C.

14  on January 6th.  Specifically, we received a number of tips

15  regarding Alan Hostetter and Russell Taylor.

16  Q.  Were you the lead case agent for the investigation of Alan

17  Hostetter?

18  A.  Yes.

19  Q.  Let's go to Government's Exhibit 1101.  Do you recognize

20  this document?

21  A.  Yes, I do.

22  Q.  What is it?

23  A.  It's a motion to dismiss filed by Alan Hostetter.

24  Q.  Turning to the last page, Page 82, who signed this?

25  A.  Alan Hostetter.

SALO - DIRECT

1  Q.  Is it a fair and accurate copy of the motion to dismiss
2  filed by Mr. Hostetter?
3  A.  It is.
4         MR. MARIANO:  We'll move for the admission of
5  Government Exhibit 1101.
6         THE COURT:  Without objection, it's received.
7         MS. KENNEY:  I'm sorry, Your Honor.  I would object
8  that it would lack foundation, calls for speculation.  It's a
9  court filing.
10         THE COURT:  Why is it a --
11         MS. KENNEY:  I'm sorry, I didn't hear that.
12         THE COURT:  Wouldn't it be an admission of a party?
13         MS. KENNEY:  In regards to the declaration that is
14  submitted, yes.
15         THE COURT:  Okay.
16         MS. KENNEY:  But the entire document, no.
17         MR. MARIANO:  Your Honor, if I may respond.  We're
18  certainly not offering this entire document for the truth of
19  the matter asserted.  There are certain portions I'll have
20  Special Agent Salo read.
21         MS. KENNEY:  Then we would actually ask, in regards to
22  the rule of completeness, if anything comes in, it should all
23  come in.
24         MR. MARIANO:  I've just moved for the document to come
25  in.

SALO - DIRECT

```
 1              THE COURT:  In light of that, it will be received.
 2         (Government Exhibit 1101 received in evidence.)
 3    BY MR. MARIANO:
 4    Q.  We're on Page 82.  Can you read from Paragraph 2 through
 5    the end of the document?
 6    A.  Yes.
 7         On Pages 6 through 76 of the motion, I lay out a timeline
 8    and description of events that are hereby incorporated by
 9    reference and attested to in this declaration.
10         Three, I have personal knowledge of all of the events
11    referenced in the above timeline and description of events.
12              MS. KENNEY:  Your Honor, I'm sorry, the document
13    speaks for itself.  I don't know why we have to have somebody
14    read it.
15              THE COURT:  I don't understand what you're saying now.
16              MS. KENNEY:  I would object in regards to 403.  The
17    document speaks for itself.
18              THE COURT:  I don't even know what -- I thought you
19    just said you didn't object.
20              MS. KENNEY:  I don't object to it coming in, but to
21    have somebody just sit up there and read it is a waste of the
22    Court's time.
23              THE COURT:  She's not going to read it.  I've got it
24    before me.
25    BY MR. MARIANO:
```

SALO - DIRECT

1    Q.  So on Page 82, did Mr. Hostetter sign under penalty of

2    perjury with respect to Pages 6 through 76?

3    A.  Yes.

4    Q.  Let's turn to Page 36.  Can you read from Lines 12 to 14?

5    A.  Yes.

6        October 16 to 18, 2022, Cue Conference, Scottsdale Arizona.

7    Defendant accepted an invitation to speak at this conference

8    regarding his involvement in the California Freedom Movement,

9    his arrest in San Clemente and the recall of Governor Gavin

10   Newsom.

11   Q.  Let's go to Government Exhibit 333.  And let's play for

12   identification just the first two seconds.

13       (Video played.)

14   Q.  Do you recognize this?

15   A.  Yes.

16   Q.  What is it?

17   A.  It's a YouTube video of Alan Hostetter speaking at the

18   Q Con Live Conference in Scottsdale, Arizona, on October 17th,

19   2020.

20   Q.  Is it a fair and accurate depiction of the video from

21   YouTube?

22   A.  Yes.

23            MR. MARIANO:  We move for the admission of

24   Government's Exhibit 333.

25            THE COURT:  What is the number?

SALO - DIRECT

```
 1              MR. MARIANO:  333.
 2              THE COURT:  333 is received.
 3        (Government Exhibit 333 received in evidence.)
 4   BY MR. MARIANO:
 5   Q.  If we can call out the bottom portion of the -- below the
 6   video.  It's a video.  We can't do call outs.  I apologize.
 7        What is the location of this video?
 8   A.  The Scottsdale Plaza Resort.
 9   Q.  Can you read the title?
10   A.  "Alan speaks at the Q Con Live Conference in Scottsdale,
11   Arizona, on 10/17/2020."
12   Q.  The upload date is October 28, 2020, right?
13   A.  Correct.
14   Q.  Do you understand whether videos can be uploaded to YouTube
15   at a later date than when they're actually recorded?
16   A.  They can.
17   Q.  What is the name of the account that posted this video?
18   A.  Alan Hostetter.
19   Q.  What's the subscriber account for that account?
20   A.  605 subscribers.
21   Q.  And the video itself has 267 views; is that right?
22   A.  Correct.
23   Q.  Let's go back to the beginning and play this entire video.
24        (Video played.)
25   Q.  We stopped at 2:24.  Let's go back to one second and pause.
```

SALO - DIRECT

1      If you look at the subscriber name in the bottom left-hand

2  corner, there's an icon to the left of it.  Do you recognize

3  that?

4  A.  I do.

5  Q.  What is that?

6  A.  It's the logo for the American Phoenix Project

7  organization.

8  Q.  And in the video that we just watched, did you hear

9  Mr. Hostetter discuss the American Phoenix Project?

10  A.  I did.

11  Q.  Did you hear him call it a "nonprofit operation"?

12  A.  I did.

13  Q.  Can you read the sign behind which Mr. Hostetter is

14  speaking?

15  A.  Yes.  He is behind a campaign poster for Trump/Pence.

16  Q.  Let's go on to Government Exhibit 306.  And let's play for

17  identification the first 10 seconds.

18      (Video played.)

19  Q.  Do you recognize this video?

20  A.  I do.

21  Q.  What is that?

22  A.  It is a video of Alan Hostetter speaking at the Stop The

23  Steal rally in Yorba, Linda, California on 11/22/2020.

24  Q.  Is it a fair and accurate depiction of the video from

25  YouTube?

SALO - DIRECT

1    A.  It is.

2          MR. MARIANO:  Move for the admission of Government

3    Exhibit 306.

4          THE COURT:  Received.

5      (Government Exhibit 306 received in evidence.)

6    BY MR. MARIANO:

7    Q.  Can you read the title?

8    A.  Yes.

9      Alan speaks at Trump/"Stop The Steal" rally in Yorba Linda,

10   California, 11/22/2020.

11   Q.  What's the name of the account that posted this?

12   A.  Alan Hostetter.

13   Q.  How many views does this video have?

14   A.  197 views.

15   Q.  Can you read the description for the video?

16   A.  On Sunday, 11/22/2020, hundreds of Orange County,

17   California, patriots descended on the City of Yorba Linda to

18   show support for President Trump's reelection and Stop The

19   Steal.

20   Q.  Let's play from 10 seconds to 1:05.

21      (Video played.)

22   Q.  We're paused at 1:05.  In that video, did you hear

23   Mr. Hostetter refer to the Million MAGA march?

24   A.  I did.

25   Q.  From your investigation, do you know what that refers to?

SALO - DIRECT

1    A.  I do.  It's a rally that was held in Washington, D.C. on
2    November 14th, 2020.
3    Q.  Is that event sometimes also called MAGA 1?
4    A.  It is.
5    Q.  Let's go forward to 1:41 and play until 2:12.
6        (Video played.)
7    Q.  We're paused at 2:12.  Let's go forward to 3:15.  And let's
8    play until 4:48.
9        (Video played.)
10   Q.  We're paused at 4:48.  In the title, it indicates
11   November 22nd, 2020.  By this date, had most major media
12   outlets called the presidential election for Joe Biden?
13   A.  Yes.
14   Q.  Let's go to Government Exhibit 332.  And let's play for
15   identification just the first two seconds.
16       (Video played.)
17   Q.  Do you recognize this?
18   A.  Yes.
19   Q.  What is it?
20   A.  It is a screen capture of the American Phoenix Project
21   Twitter account.
22   Q.  Is it a fair and accurate depiction of the screen capture?
23   A.  Yes.
24           MR. MARIANO:  We'll move for the admission of
25   Government Exhibit 332.

SALO - DIRECT

```
 1              THE COURT:  Received.
 2         (Government Exhibit 332 received in evidence.)
 3   BY MR. MARIANO:
 4   Q.  Let's go back to the beginning of the video.  In the top
 5   left-hand corner, can you read the display name and handle for
 6   the account?
 7   A.  Yes.  The display name is American Phoenix Project.  The
 8   handle is AmericanPhoen, P-H-O-E-N, 10.
 9   Q.  And from your investigation, do you know who owned the
10   @AmericanPhoen10 Twitter account?
11   A.  Yes.  There are messages in which Alan Hostetter claims to
12   be the owner of this Twitter account.
13   Q.  Let's play for just one second.
14         (Video played.)
15   Q.  We're paused at one second.  Referring to the second
16   message on the screen from January 6th, can you read that
17   message?
18   A.  Yes.
19         It reads:  Our martyr, God bless her.  Her name and her
20   beautiful face will now drive this revolution.  Hashtag,
21   nothing can stop what is coming.
22   Q.  And who posted that?
23   A.  The American Phoenix Project account.
24   Q.  Let's resume from one second and play to six seconds.
25         (Video played.)
```

SALO - DIRECT

1   Q.  Can we go back?  Great.

2       We're paused at six seconds.  Can you read the top post on

3   the screen?

4   A.  Yes.

5       It reads:  I was a California police officer for 24 years.

6   I retired as a police chief.  If law enforcement in the United

7   States ever devolves into this evil shit-show of fascism, they

8   will pay dearly.  You need to pick a side, my brothers and

9   sisters in blue.  Pick wisely.

10  Q.  When was that posted?

11  A.  January 2nd.

12  Q.  Who posted that?

13  A.  The American Phoenix Project account.

14  Q.  Let's resume at six seconds and play to nine seconds.

15      (Video played.)

16  Q.  We're paused at nine seconds.  Can you read the second post

17  on the screen from December 21st, 2020?

18  A.  Yes.

19      The post reads:  If you're having a hard time figuring out

20  your New Year's resolution, here it is.  And there is a picture

21  with the Guy Fawkes that says, "Disobey."

22  Q.  And who posted that?

23  A.  The American Phoenix Project account.

24  Q.  Let's resume at nine seconds and play to 18 seconds.

25      (Video played.)

SALO - DIRECT

1    Q.  We're paused at 18 seconds.  Looking at the top video from

2    November 27, 2020, on the screen, can you read that?

3    A.  Yes.

4        It reads:  Alan vents about the rona and how we Americans

5    have allowed these tyrant...

6        And provides a YouTube link.

7    Q.  Who posted that?

8    A.  The American Phoenix Project account.

9    Q.  And from the thumbnail image, does this appear to be the

10   same video as Government Exhibit 305?

11   A.  Yes.

12   Q.  Let's resume at 18 seconds and play to 20 seconds.

13       (Video played.)

14   Q.  We're paused at 20 seconds, and referring you to the second

15   post from November 24, 2020, on the screen.  Can you read that?

16   A.  Yes.

17       It reads:  Alan speaks at Trump/"Stop The Steal" rally in

18   Yorba Linda, California, 11/20/22 -- 2020, and it provides a

19   YouTube link.

20   Q.  Who posted that?

21   A.  The American Phoenix Project account.

22   Q.  And from the thumbnail image, does that appear to be the

23   video in Government Exhibit 306?

24   A.  Yes.

25   Q.  Let's resume at 20 seconds and play to 27 seconds.

SALO - DIRECT

1          (Video played.)

2    Q.   We're paused at 27 seconds.  Referring you to the second

3    post from November 2nd, 2020.  Can you read that?

4    A.   Yes.

5          It reads:  The entire word is holding its breath.  Vote for

6    freedom.  Vote Trump.

7          It provides a Twitter link.

8    Q.   Who posted that?

9    A.   The American Phoenix Project account.

10   Q.   Let's resume from 27 seconds and play to 30 seconds.

11         (Video played.)

12   Q.   We're paused at 30 seconds.  Referring you to the post from

13   October 28, 2020.  Can you read that?

14   A.   Yes.

15         It reads:  Alan speaks at the Q Con Live conference in

16   Scottsdale, Arizona, on 10/17.

17         And provides a YouTube link.

18         It then reads:  Yahoo News says these comments make Alan a

19   violent conspiracy theorist.  Do you agree?

20   Q.   Who posted that?

21   A.   The American Phoenix Project account.

22   Q.   And from the thumbnail image, does the video appear to be

23   the same video as Government Exhibit 333?

24   A.   Yes.

25   Q.   Let's resume at 30 seconds and play to 52 seconds.

SALO - DIRECT

1        (Video played.)

2    Q.   We're paused at 52 seconds.  Referring you to the lowest

3    post on the screen, from September 19, 2020.  Can you read

4    that?

5    A.   Yes.

6        It reads:  Patriot battle cry.

7        And provides a YouTube link.

8        Honored to be among so many great speakers today at the

9    Orange County Title of Liberty event in Ladera Ranch.  This

10   presentation is entitled "Patriot Battle Cry @Real Donald

11   Trump, @Donald Trump Jr.

12   Q.   And who posted that?

13   A.   The American Phoenix Project account.

14   Q.   And from the thumbnail image, does this appear to be the

15   same video as Government Exhibit 602.48?

16   A.   Yes.

17   Q.   You can take this down.  Let's go to Government

18   Exhibit 713.

19        You recognize this document?

20   A.   Yes.

21   Q.   What is it?

22   A.   This is a declaration of the custodian of records from the

23   City of La Habra.

24   Q.   Is it a fair and accurate copy of the certificate of

25   authenticity?

SALO - DIRECT

1    A.  Yes.

2            MR. MARIANO:  We'll move for the admission of

3    Government Exhibit 713.

4            MS. KENNEY:  I'm going to object as it calls for

5    speculation, lacks foundation and relevance.  It also includes

6    hearsay, Your Honor.

7            THE COURT:  It's received.

8        (Government Exhibit 713 received in evidence.)

9    BY MR. MARIANO:

10   Q.  Let's go on to Government Exhibit 712.  Do you recognize

11   this document.

12   A.  I do.

13   Q.  What is it?

14   A.  This is a personnel action form we received from the City

15   of La Habra for Alan Hostetter.

16   Q.  Is it a fair and accurate copy of records received from the

17   City of La Habra?

18   A.  Yes.

19           MR. MARIANO:  We'll move for the admission of

20   Government's Exhibit 712.

21           MS. KENNEY:  Objection, lacks foundation, calls for

22   speculation.  It also contains hearsay.

23           THE COURT:  Overruled and it's received.

24       (Government Exhibit 712 received in evidence.)

25

SALO - DIRECT

1    BY MR. MARIANO:

2    Q.  If we can call out the block in the top corner, beginning

3    with "name."

4         Can you read the name here?

5    A.  Alan Hostetter.

6    Q.  The department?

7    A.  Police.

8    Q.  And the division?

9    A.  Admin.

10   Q.  The type of action?

11   A.  Retirement.

12   Q.  And the effective date?

13   A.  August 25th, 2010.

14   Q.  And then if we can call out the termination block further

15   down the page.

16        Can you read the classification title?

17   A.  Police chief.

18   Q.  Can you read the duration of employment, the bottom

19   right-hand corner?

20   A.  1/4/2010 to 8/25/2010.

21   Q.  And at the bottom, can you read the reason for action?

22   A.  Retirement.

23   Q.  We can pull this down.

24        Prior to his position with the City of La Habra, do you

25   know Mr. Hostetter's professional background?

SALO - DIRECT

1   A.  He was also working as a police officer.  He worked for the

2   City of Fontana.  And prior to that, he worked for the Orange

3   County Sheriff's Department.

4   Q.  Let's go to Government's Exhibit 717.

5           THE COURT:  Okay.  I, unfortunately, am going to have

6   to take a break because I'm doing a sentencing and we have to

7   set up for it.

8           So we'll come back at 1:30.  We'll be in recess until

9   1:30.

10      (A recess was taken at 12:14 PM)

11          THE COURT:  You may proceed.

12          MR. MARIANO:  Thank you, Your Honor.

13                  CONTINUED DIRECT EXAMINATION

14  BY MR. MARIANO:

15  Q.  Good afternoon.

16  A.  Good afternoon.

17  Q.  We can start with Government Exhibit 717.  Do you recognize

18  this document?

19  A.  I do.

20  Q.  What is it?

21  A.  It's the declaration of custodian of records for the

22  Kimpton George Hotel.

23  Q.  Is it a fair and accurate copy of the declaration from the

24  Kimpton George Hotel?

25  A.  It is.

SALO - DIRECT

```
1              MR. MARIANO:  Move for the admission of Government
2     Exhibit 717.
3              THE COURT:  Received.
4        (Government Exhibit 717 received in evidence.)
5     BY MR. MARIANO:
6     Q.  Let's go to Government's Exhibit 716.
7         Do you recognize this document?
8     A.  Yes.
9     Q.  What is it?
10    A.  It's the records that we received from the Kimpton George
11    Hotel for Alan Hostetter.
12    Q.  Is it a fair and accurate copy of those records?
13    A.  It is.
14             MR. MARIANO:  We'll move for the admission of
15    Government's Exhibit 716.
16             THE COURT:  Received.
17       (Government Exhibit 716 received in evidence.)
18    BY MR. MARIANO:
19    Q.  Can we call up the top right-hand corner of Page 1.
20        Can you read the arrival and departure information?
21    A.  Yes.  November 13th, 2020, to November 15th, 2020.
22    Q.  You previously identified November 14, 2020, as the date of
23    the Million MAGA March or MAGA 1?
24    A.  Yes.
25    Q.  Okay.  If we can leave the call out.
```

SALO - DIRECT

```
 1        And what's the name on this reservation?
 2   A.   Alan Hostetter.
 3   Q.   Let's go to Page 3.  Can we call out that same top right
 4   portion.
 5        Can you read the arrival and departure date information?
 6   A.   Yes.  January 3rd, 2021, to January 4th, 2021.
 7   Q.   And if we click out of that, what's the name on that
 8   reservation?
 9   A.   Alan Hostetter.
10   Q.   Let's go to Page 4.  We can call out that same top right
11   portion.
12        Can you read the arrival and departure date information?
13   A.   January 4th, 2021, to January 8th, 2021.
14   Q.   And if we click out of that, what's the name on this
15   reservation?
16   A.   Alan Hostetter.
17   Q.   Let's go to Government's Exhibit 719.  Do you recognize
18   this document?
19   A.   I do.
20   Q.   What is it?
21   A.   It's the certificate of authenticity from Amazon.
22   Q.   Is it a fair and accurate copy of the certificate?
23   A.   Yes.
24           MR. MARIANO:  Move for the admission of Government's
25   Exhibit 719.
```

SALO - DIRECT

1           THE COURT:  Received.

2       (Government Exhibit 719 received in evidence.)

3   BY MR. MARIANO:

4   Q.  Let's go on to Government's Exhibit 718.

5       Do you recognize this document?

6   A.  I do.

7   Q.  What is it?

8   A.  These are the records that we received from Amazon for Alan

9   Hostetter.

10  Q.  Is it a fair and accurate copy of those records?

11  A.  It is.

12          MR. MARIANO:  We'll move for admission of Government's

13  Exhibit 718.

14          THE COURT:  Received.

15      (Government Exhibit 718 received in evidence.)

16  BY MR. MARIANO:

17  Q.  Have you reviewed a demonstrative summarizing relevant

18  portions of these records from Amazon?

19  A.  I have.

20  Q.  Let's go to Government's Exhibit 1201.

21          MR. MARIANO:  Your Honor, this is not on our exhibit

22  list, but we provided a copy to the defense.  This is just a

23  summary exhibit.

24  BY MR. MARIANO:

25  Q.  Is this the summary exhibit summarizing those records?

SALO - DIRECT

1    A.  It is.

2    Q.  Is it a fair and accurate summary of portions of those

3    records?

4    A.  Yes.

5          MR. MARIANO:  We move for the admission of

6    Government's Exhibit 1201.

7          THE COURT:  Received.

8      (Government Exhibit 1201 received in evidence.)

9    BY QUESTIONER:

10   Q.  Looking at Slide 1, can you summarize what's depicted on

11   Slide 1?

12   A.  Yes.  There is an order date from December 17th, 2020, by

13   Alan Hostetter for an LA police gear atlas 24H MOLLE tactical

14   backpack.

15   Q.  In the top section here where it says "GX718," it then says

16   "Row 112"; is that right?

17   A.  Yes.

18   Q.  What does that indicate?

19   A.  This purchase indicates on Row 112 of Government

20   Exhibit 718.

21   Q.  And under item description, have you reviewed a photograph

22   of this item on Amazon's website?

23   A.  I have.

24   Q.  What did you observe about that backpack?

25   A.  The backpack appears to be similar to the backpack that

SALO - DIRECT

1   Mr. Hostetter wore on January 6th, and also similar to the

2   backpack that we seized from Mr. Hostetter's vehicle on

3   January 27th, 2021.

4   Q.  Let's go to Slide 2.  Can you summarize what's depicted on

5   Slide 2?

6   A.  Yes.  This is also an order date for December 17th, 2020,

7   in the name of Alan Hostetter for an outdoor gear leather ax

8   hammer and hatchet holster.

9   Q.  Let's go on to Slide 3.

10  A.  This purchase was made on 12/24/2020, also for Alan

11  Hostetter.  This is a glove station, the combat military police

12  outdoor sports tactical rubber knuckle gloves for men.

13  Q.  Thank you.  We can pull that exhibit down.

14      Let's go to Government Exhibit 715.  Do you recognize this

15  document?

16  A.  I do.

17  Q.  What is it?

18  A.  This is the certificate of authenticity from Facebook.

19  Q.  Is it a fair and accurate copy of the certificate of

20  authenticity?

21  A.  Yes.

22          MR. MARIANO:  We'll move for the admission of

23  Government's Exhibit 715.

24          THE COURT:  Received.

25      (Government Exhibit 715 received in evidence.)

SALO - DIRECT

1  BY MR. MARIANO:

2  Q.  Let's go to Government's Exhibit 714.  Do you recognize

3  this document?

4  A.  Yes.

5  Q.  What is it?

6  A.  This is the records that we received from Facebook for Alan

7  Hostetter's Instagram account, American Phoenix Project.

8  Q.  Is it a fair and accurate copy of records received?

9  A.  Yes.

10      MR. MARIANO:  We'll move for the admission of

11  Government's Exhibit 714.

12      THE COURT:  Received.

13  (Government Exhibit 714 received in evidence.)

14  BY MR. MARIANO:

15  Q.  So at the top portion, let's call out from "service"

16  through the date range.

17      Can you read the service?

18  A.  Instagram.

19  Q.  And can you read the date range?

20  A.  Yes.  1/1/2004 to 1/14/2021.

21  Q.  And if we can go further down the page and call out the

22  section starting with the name and going through "vanity name."

23      So we've called out from "name" down to "vanity name."  Can

24  you read the name?

25  A.  Yes.  The name is Alan Hostetter.

SALO - DIRECT

1   Q.  And can you read the registered email?

2   A.  It's Alan@AmericanPhoenix.org.

3   Q.  Can you read the vanity name?

4   A.  The vanity name is American Phoenix Project.

5   Q.  Okay.  We can take that down.

6       Did the FBI conduct searches of Mr. Hostetter's home and

7   vehicle in this case?

8   A.  Yes.

9   Q.  Do you know whether any hatchets were recovered?

10  A.  Yes.

11  Q.  Across the search of his home and his vehicle, how many

12  hatchets were recovered?

13  A.  One.

14  Q.  And that hatchet is the exhibit we've shown in court as

15  Government Exhibit 807?

16  A.  Yes.

17  Q.  Did the FBI conduct searches of Mr. Taylor's home and

18  vehicles in this case?

19  A.  Yes.

20  Q.  Do you know whether any hatchets were recovered from those

21  locations?

22  A.  Yes.

23  Q.  How many hatchets were recovered from Mr. Taylor's home and

24  vehicle?

25  A.  Two hatchets were recovered.

SALO - DIRECT

1    Q.  And are those the two hatchets we've seen in court during
2    Mr. Taylor's testimony?
3    A.  Yes.
4    Q.  Let's go on to Government Exhibit 1102.  Do you recognize
5    this document?
6    A.  I do.
7    Q.  What is it?
8    A.  It's a opposition to government's omnibus motion in limine,
9    filed by Alan Hostetter.
10   Q.  If we turn to Page 46, who signed this document?
11   A.  Alan Hostetter.
12   Q.  Is it a fair and accurate copy of the opposition filed by
13   Mr. Hostetter?
14   A.  Yes.
15            MR. MARIANO:  We'll move for the admission of
16   Government's Exhibit 1102.
17            MS. KENNEY:  Your Honor, I have the same objections to
18   this exhibit as I did to the last court filing.  Lacks
19   foundation, calls for speculation, involves hearsay.  I don't
20   believe this one is actually under penalty of perjury.
21            THE COURT:  It's overruled, and it's received.
22       (Government Exhibit 1102 received in evidence.)
23   BY MR. MARIANO:
24   Q.  Let's go to Page 37.  Can you read the sentence beginning
25   on Line 11 through the sentence ending on Line 22?

SALO - DIRECT

1    A.    It's -- "it's all related," right there?

2    Q.    Yes.

3    A.    "It's all related to the ax that, yes, you gifted me only a

4    few weeks before we headed to Washington, D.C.  That ax had

5    been stolen out of my truck in San Clemente only a few days

6    after you gave it to me, and I didn't have it at the Capitol.

7    You might recall you asked me about it the night of J6 or

8    morning of J7.  Can't recall which, two years later.  And I

9    told you about the theft for the first time.

10        "I was so touched by such a thoughtful gift, I didn't have

11   the heart to tell you how I so carelessly forgot to lock my

12   truck and it was stolen.  I didn't report it to the police

13   because I was embarrassed, as a former cop, to be wasting their

14   time reporting that I had left my doors unlocked.  You so

15   generally gave me one of your two axes right then and there or

16   shortly thereafter, while still in D.C. when I told you this.

17        "Again, from the best of my recollection, as you gave it to

18   me, you told me to keep it as a souvenir in remembrance of J6."

19   Q.    Let's go to Page 38.

20             THE COURT:  I'm sorry, what was the page number there?

21             MR. MARIANO:  Page 37, Your Honor.

22   BY MR. MARIANO:

23   Q.    And on Page 38, can we call out -- I'll ask you to read the

24   paragraph beginning on Line 3.

25   A.    "To the best of my recollection, I would have this ax you

SALO - DIRECT

1    gave me as a souvenir from the time I left Washington, D.C. on

2    1/8/2021 until the replacement ax, which I ordered immediately

3    after the theft, arrived at my house.  It was my intention to

4    never even tell you the ax you gave me was stolen because I

5    felt so bad about it."

6    Q.  You can pull that down.

7        During your investigation, did you identify any weapons

8    purchases Mr. Hostetter made in mid-December of 2020?

9    A.  Yes.

10   Q.  What specifically did he purchase?

11   A.  In mid-December 2020, he purchased bear spray, pepper

12   spray, stun batons, a stun gun, a hatchet.

13   Q.  Do you know one way or another when these items were

14   delivered to Mr. Hostetter?

15   A.  I do not.

16   Q.  Let's go to Government's Exhibit 722.  What is Government's

17   Exhibit 722?

18   A.  It's a certification from the forensic examiner who did the

19   forensic examination of Mr. Hostetter's Apple iPhone 11.

20   Q.  This is already in evidence.  If we can call out

21   Paragraph 1 through the text box below.

22       In the table at the bottom this photograph, do you see on

23   the left-hand side where it says "file name"?

24   A.  I do.

25   Q.  What does "file name" indicate?

SALO - DIRECT

1   A.  It's the file name of the full extraction that

2   Mr. Fullerton (ph) completed of the iPhone.

3   Q.  Does that file name appear on extracted contents from

4   Mr. Hostetter's iPhone?

5   A.  It does.

6   Q.  Have you reviewed extracted contents from Mr. Hostetter's

7   iPhone following the extraction from Mr. Fullerton?

8   A.  Yes.

9   Q.  Let's go to Government's Exhibit 602.01.  Do you recognize

10  this document?

11  A.  I do.

12  Q.  What is it?

13  A.  It is a report of various calendar entries from

14  Mr. Hostetter's iPhone.

15  Q.  If we can call out Row 1.

16      On the right-hand side under "event information" at the

17  bottom, do you see where it says "source file"?

18  A.  I do.

19  Q.  Does the original source file indicated here match the file

20  name that we just reviewed in Government's Exhibit 722?

21  A.  It does.

22  Q.  Is this a fair and accurate copy of a portion of the full

23  extraction from Mr. Hostetter's iPhone?

24  A.  Yes.

25          MR. MARIANO:  Your Honor, we'll move for the admission

SALO - DIRECT

```
1   of Government's Exhibit 602.01.
2              THE COURT:  Received.
3         (Government Exhibit 602.01 received in evidence.)
4   BY MR. MARIANO:
5   Q.  Have you reviewed all the Government exhibits marked by 602
6   subpart numbers and confirmed that they're all fair and
7   accurate copies of material from the full extraction provided
8   by Mr. Fullerton?
9   A.  I have.
10             MR. MARIANO:  I'm going to move for the admission of a
11  list of these, Your Honor.
12             THE COURT:  A what?
13             MR. MARIANO:  I'm going to move for a list of the 602
14  subparts.  If it's convenient, I'll just read the subpart
15  numbers, rather than repeating 602 each time.
16             THE COURT:  All right.
17             MR. MARIANO:  So subparts 02, 03, 04, 05, 06, 07, 09,
18  10, 16, 17, 30, 33, 34, 37, 38, 42, 43, 46 --
19             THE COURT:  Wait a minute.
20             All right.
21             MR. MARIANO:  47, 71, 72, 73, 74 and 75.  We'll move
22  for admission of all of those.
23             THE COURT:  All right.  Received.
24        (Government Exhibits 602.02, 602.03, 602.04, 602.05,
25  602.06, 602.07, 602.09, 602.10, 602.16, 602.17, 602.30, 602.33,
```

SALO - DIRECT

1  602.34, 602.37, 602.38, 602.42, 602.43, 602.46, 602.47, 602.71,

2  602.72, 602.73, 602.74, 602.75 received in evidence.)

3  BY MR. MARIANO:

4  Q.  Have you also reviewed certain government exhibits from the

5  900 series and confirmed that they are fair and accurate copies

6  of material from the full extraction provided by Mr. Fullerton

7  of the iPhone?

8  A.  Yes, I have.

9  Q.  Specifically, I'm going to read another list and ask you at

10  the end if they're all fair and accurate copies of the material

11  from the full extraction provided by Mr. Fullerton.

12      910.01, 911.02 and .03.

13          THE COURT:  Wait a minute.  What did you start with?

14          MR. MARIANO:  910.01.

15  BY MR. MARIANO:

16  Q.  912.02, 913.01 and .03, 914.03, 915.02, 916.05, 917.02,

17  918, 919, 920, 921, 922.02, .03 and .04, 923.02 and .03, 924

18  and 925, and excuse me, I'll also add to that 904.01.

19      Are all of those fair and accurate?

20  A.  Yes.

21          MR. MARIANO:  We'll move for the admission of that set

22  of exhibits, Your Honor.

23          THE COURT:  Received.

24      (Government Exhibits 910.01, 911.02, 911.03, 912.02,

25  913.01, 913.03, 914.03, 915.02, 916.05, 917.02, 918, 919, 920,

SALO - DIRECT

1   921, 922.02, 922.03, 922.04, 923.02, 923.03, 924, 925, 904.01

2   received in evidence.)

3   BY MR. MARIANO:

4   Q.  Let's return, then, to Government's Exhibit 602.01, and

5   let's call out again Row 1.

6       Can you summarize this entry?

7   A.  Yes.  The subject is "Route scout."  The start time is

8   January 5th, 2021, at 6:00 p.m. UTC, which is five hours ahead

9   of Eastern Time at that time.  The end time is 1/5/2021,

10  7:00 p.m. UTC.

11  Q.  Let's go on to Row 2.  Can you summarize this entry?

12  A.  Yes.  The subject is "Stay at Kimpton George Hotel."  The

13  start time is 1/4/2021 to 1/7/2021, and, again, it's in UTC

14  Time, and it's under AlanHostetter@gmail.com.

15  Q.  Let's go to Row 3.  Can you summarize this calendar entry?

16  A.  Yes.  It's an additional stay at Kimpton George Hotel for

17  AlanHostetter@gmail.com, starting at 1/3/2021 to 1/4/2021.

18  Again, in UTC.

19  Q.  Let's go to Row 4.  Can you summarize this entry?

20  A.  Yes.  The subject is "Travel to D.C."  The start time is

21  11/20/21, end time 1/4/2021.

22  Q.  Let's go on to the next page, Row 5.  Can you summarize

23  this entry?

24  A.  Yes.  The subject is "Stop The Steal, Save the Republic."

25  The attendees are:  Dede Barbanti, Dede@AmericanPhoenix.org;

SALO - DIRECT

1    Alan Hostetter, Alan@AmericanPhoenix.org; Russ Taylor,

2    Russ@AmericanPhoenix.org; Chris Hostetter,

3    Chris@AmericanPhoenix.org; and Morton Irvine-Smith,

4    Morton@AmericanPhoenix.org.  The start time is 12/12/2020,

5    10:00 p.m. UTC, which that's eight hours ahead of Pacific Time,

6    and the end time is 12/13/2020 at 1:00 a.m. UTC.

7    Q.  And, finally, let's go to Row 6.  And can you summarize

8    this entry?

9    A.  Sure.  It's another stay at the Kimpton George Hotel for

10   AlanHostetter@gmail.com.  Start time is 11/13/202, ending at

11   11/15/2020.

12   Q.  Let's go to Government's Exhibit 602.02.  What is

13   Government Exhibit 602.02?

14   A.  These are email entries from the iPhone.

15   Q.  Let's go down to Page 4 and call out Row 3.  What is the

16   date and time of this message?

17   A.  12/19/2020, 4:00 p.m. UTC.

18   Q.  And who is it from?

19   A.  Kimpton Hotels.

20   Q.  Can you read the subject?

21   A.  "Your reservation confirmation number 29944280 at Kimpton

22   Hotels and restaurants."

23   Q.  Let's go back to Page 2 -- excuse me, to Page 3, and call

24   out Row 2 at the bottom.  Can you summarize this entry?

25   A.  Yes.  The subject is "Speech."  It has an attachment called

SALO - DIRECT

1    "Wild Protest Comments.docx."  The time is 1/5/2021 at

2    4:48 a.m. UTC, and it's from AlanHostetter@gmail.com to

3    AlanHostetter@gmail.com.

4    Q.  Did you identify on Mr. Hostetter's iPhone a document with

5    the file name "Wild Protest Comments.docx"?

6    A.  Yes.

7    Q.  Let's go to Government's Exhibit 602.06.  What is

8    Government Exhibit 602.06?

9    A.  These are data files from Mr. Hostetter's iPhone.

10   Q.  If we go to Page 2 and call out Row 10.  Can you summarize

11   this information?

12   A.  Yes.  This is the "Wild Protest Comments.docx," which was

13   created on 1/5/2021 at 2:00 p.m. UTC.

14   Q.  Let's go to Government's Exhibit 602.07.  What is

15   Government's Exhibit 602.07?

16   A.  This is the "Wild Protest Comments.docx."

17   Q.  We're on the first page.  Can you read the two sentences

18   beginning with "For generations"?

19   A.  "For generations now, our enemies both foreign and domestic

20   have been infiltrating all aspects of our lives.  They have

21   penetrated our news sources, our institutions of higher

22   learning and our elected officials at all levels of

23   government."

24   Q.  Let's go to Page 3.  And can I ask you to read beginning

25   with "The CCP," and I'll ask you to stop about halfway down

1    Page 5.

2    A.   "The CCP, along with our own domestic traitors and

3    criminals, used what turned out to be a less deadly virus than

4    the common flu to strip us of our constitutional rights and

5    dehumanize us through mandated muzzles and facial uniformity.

6    They crushed capitalism by snuffing out small businesses, and

7    they brazenly stole an election while laughing at us as they

8    did it.

9        "That despicable uniparty of Democrat Marxists and corrupt,

10   spineless rhinos, who have now joined forces, did that to us in

11   a matter of months.  They'll be in the people's house tomorrow,

12   rubbing their hands together in glee and excitement, as they

13   envision their lives without Trump and believing that we proud

14   patriots are on the run.

15       "Are we running away?  No.  We ran right here to this

16   cesspool of corruption to fight back.  After attacking Pearl

17   Harbor, Yamamoto famously said, 'I fear all we have done is to

18   awaken the sleeping giant and fill him with a terrible

19   resolve.' Those treacherous grifters sitting behind those walls

20   tomorrow, along with their media and social media allies, have

21   filled us with that same 'terrible resolve,' and tomorrow, they

22   will hear our rage.

23       "The time is now.  It is up to us to be the spark in this

24   revolution.  We have the power.  They work for us, not the

25   other way around."

SALO - DIRECT

1    Q.   Thank you.

2         We can go on to Page 6.  And if I can ask you to read,

3    beginning "We've seen this," through the end of the document.

4    A.   "We've seen this throughout history, people taking to the

5    streets in massive numbers, facing down tanks and troops, brave

6    people like Lech Walesa and the Solidarity Movement in -- next

7    page -- Poland led millions of his countrymen into the streets

8    to defeat Communism there.  This ultimately led to the collapse

9    of the Soviet Union and the toppling of the Berlin wall.

10        "And let us not forgot right here at home, where Martin

11   Luther King led millions across the U.S. in peaceful protests

12   against racism and segregation, as they faced down attack dogs

13   and water cannons.

14        "It takes courage, passion, resolve and huge numbers of

15   people to make this kind of an impact.  Tomorrow, right here in

16   the swamp's backyard, we have all of that.  Our voices will be

17   deafening tomorrow.  Our rage and resolve will shake the walls

18   of that den of vipers.  We will encourage those few patriots in

19   the people's house.  We will put the fear of God in the

20   traitors and the cowards.

21        "And in the end, patriots will prevail.  And then a new day

22   dawns and the real work of rebuilding this country begins.  New

23   opportunities, so many brilliant possibilities.  I am

24   optimistic, and I hope you are too.  God bless America and God

25   bless all of you.  See you at the front."

SALO - DIRECT

1  Q.  Thank you.  We can pull that down.  Let's go to

2  Government's Exhibit 602.04.

3      And what is Government's Exhibit 602.04?

4  A.  These are notes from Mr. Hostetter's iPhone.

5  Q.  And looking at Row 1, if we can call out just the top

6  portion, can you read the created and modified dates?

7  A.  Yes.  This particular note was created on January 2nd,

8  2021, at approximately 7:18 p.m. UTC, and was last modified

9  January 4, 2021, at approximately 5:17 p.m. UTC.

10 Q.  If we can click out of that and if we can call out under

11 the note section just the paragraph beginning "By civil," just

12 the first portion.

13     Can you read that?

14 A.  Yes.

15     "By civil disobedience theme 'traitors and tyrants' on the

16 other sides of these walls."

17 Q.  Okay.  If we can click out of that.  Can we call out the

18 paragraph beginning "Mick themes."

19     Can you read that?

20 A.  "Mick themes of war and resistance with themes of

21 optimism."

22 Q.  Can we call out the paragraph beginning "Mention the

23 essence."  And can you read that?

24 A.  "Mention the essence of man being a spiritual and peaceful

25 one, a nonviolent one, until a certain threshold is crossed.

SALO - DIRECT

1  And with this crew against America and against freedom, that
2  threshold has been crossed.  Then go on to explain the need and
3  purpose for violence, the times in history, Revolutionary War,
4  fighting slavery, defeating Nazis.  Now, now we are in a new
5  revolutionary."
6  Q.  Let's go to Government's Exhibit 602.05.  What is
7  Government's Exhibit 602.05?
8  A.  This is a web history from Mr. Hostetter's iPhone.
9  Q.  Can we call out Row 19, and that's on Page 5.  Can you
10  describe what's summarized here?
11  A.  Yes.  This is a web history visit to a website from
12  TheConservativeTreehouse.com, which was named:  Capitol Hill
13  lockdown after protesters breached Capitol building.  House and
14  Senate chambers evacuated.  D.C. mayor initiates curfew.
15      And it was visited January 6, 2021, at 8:37 p.m. UTC,
16  which, again, is about five hours ahead of Eastern Time at this
17  point.
18  Q.  So this is 3:37 p.m. Eastern Time?
19  A.  Correct.
20  Q.  Let's call out Row 20.  Does this appear to be the same
21  article viewed a minute later?
22  A.  Yes.  Except it's a comment page, number three.
23  Q.  Let's go on to Row 21.  Does this appear to be the same
24  article viewed at 3:43 p.m. Eastern?
25  A.  Yes.

SALO - DIRECT

1  Q.  And let's call out Row 22.  Does this appear to be the same

2  article viewed at 6:04 p.m. Eastern?

3  A.  Yes.

4  Q.  Okay.  Let's go to Government's Exhibit 602.10.  If we can

5  just call out the image portion.  No, sorry, the whole thing.

6      What is Government's Exhibit 602.10?

7  A.  This is an image found on Mr. Hostetter's iPhone, which is

8  an advertisement for The Wild Protest on January 6th, 2021.

9  Q.  Looking at the top of the image, can you read the title?

10 A.  Yes.

11     "Wild Protest D.C."

12 Q.  Above that, what does it say?

13 A.  January 6, 2021.

14 Q.  Looking a couple lines down, can you read the hashtags

15 above the gold stars?

16 A.  Yes.

17     #DoNotCertify, #Jan6, #StopTheSteal, #WildProtest.

18 Q.  If we can exit the call out and just call out on the bottom

19 left-hand side, just that black text, and the red text beneath

20 it.  Thank you.

21     Can you read that?

22 A.  Yes.

23     "Jan 6th is the deadline for electoral votes to be

24 certified or challenged.  Event purpose is to petition to

25 Congress not to certify these fraudulent electoral votes.

SALO - DIRECT

1   President Trump has put out a call to all able-bodied Americans
2   to take action and show up.
3       "Get to D.C. if you can.  Answer the call.  The world is
4   watching.  They depend on us, on you.  If you absolutely can't
5   get to D.C., attend these events in the West.  This is it,
6   patriots.  Complacency is not an option.  This is a higher
7   calling than ourselves.  Take the day off work.  Nothing is
8   more important.  Those who came before us bled, fought and rode
9   through the night on horseback.  This is what we've been
10  waiting for.  Now is the time.  This is our 1776."
11  Q.  We can exit that call out and call out on the bottom
12  right-hand corner of the screen the portion with the red
13  background.
14      And what is this portion?
15  A.  This is a listing of groups who are sponsoring -- it says,
16  "Brought to you by these California patriots," and it lists a
17  number of groups.
18  Q.  Do you see American Phoenix Project among those groups?
19  A.  I do.
20  Q.  We can pull this down.  Let's go to Government's
21  Exhibit 726, which is already in evidence.  What is
22  Government's Exhibit 726?
23  A.  It's a certification from Terry Home (ph), the forensic
24  examiner who did the extraction of Mr. Hostetter's MacBook.
25  Q.  If we can call out Paragraph 1 and the text box beneath it.

SALO - DIRECT

```
 1    In the text box, do you see an area on the left-hand side
 2    called "file name"?
 3    A.  Yes.
 4    Q.  What does the file name indicate?
 5    A.  The file name is the file name for the full extraction of
 6    the MacBook.
 7    Q.  Does that file name appear on extracted contents from
 8    Mr. Hostetter's MacBook?
 9    A.  Yes.
10    Q.  Have you reviewed extracted contents from Mr. Hostetter's
11    MacBook following the extraction from Mr. Home?
12    A.  Yes.
13    Q.  Let's go to Government's Exhibit 604.09.  And if we can go
14    to Page 4 for identification.  Do you recognize this document?
15    A.  Yes.
16    Q.  What is it?
17    A.  These are Word documents that were found on Mr. Hostetter's
18    MacBook.
19    Q.  If we can call out Row 1.  The second to last row here is
20    called "evidence number."  Do you see that?
21    A.  Yes.
22    Q.  Does the evidence number indicated here match the file name
23    we just reviewed in Government's Exhibit 726?
24    A.  Yes.
25    Q.  Is this a fair and accurate copy of a portion of the full
```

SALO - DIRECT

```
 1   extraction of Mr. Hostetter's MacBook?
 2   A.  Yes.
 3         MR. MARIANO:  Move for the admission of Government's
 4   Exhibit 604.09.
 5         THE COURT:  Received.
 6      (Government Exhibit 604.09 received in evidence.)
 7   BY MR. MARIANO:
 8   Q.  Have you reviewed all the Government exhibits marked by 604
 9   subpart numbers and confirm that they're all fair and accurate
10   copies of material from the full extraction provided by
11   Mr. Home?
12   A.  Yes.
13         MR. MARIANO:  Move for the admission of Government
14   Exhibit 604.04 through 604.09 -- excuse me, 604.04, 604.09
15   through 604.14.
16         THE COURT:  Received.
17      (Government Exhibits 604.04, 604.09, 604.10, 604.11,
18   604.12, 604.13, 604.14 received in evidence.)
19   BY MR. MARIANO:
20   Q.  Have you also reviewed Government's Exhibit 926, 926.01 and
21   926.02, and confirmed that they are fair and accurate copies of
22   material from the full extraction provided by Mr. Home of the
23   MacBook?
24   A.  Yes.
25         MR. MARIANO:  We move for the admission of Government
```

SALO - DIRECT

1    Exhibit 926.02.

2             THE COURT:  926 what?

3             MR. MARIANO:  .02.

4             THE COURT:  Received.

5        (Government Exhibit 926.02 received in evidence.)

6    BY MR. MARIANO:

7    Q.  We're still on Government's Exhibit 604.09.  If we can call

8    out on Page 7 record Number 8.

9        Can you summarize this record?

10   A.  Yes.  It's a file called "Facebook Protest Comments.docx."

11   It was last modified 12/5/2020 at 2:07 p.m. UTC, and it was

12   created 12/4/2020, 10:40 p.m. UTC.  The author is Alan

13   Hostetter.

14   Q.  Did you identify a document with the file name "Facebook

15   Protest Comments.docx" on Mr. Hostetter's MacBook?

16   A.  Yes.

17   Q.  Let's go to Government's Exhibit 604.13.  What is

18   Government's Exhibit 604.13?

19   A.  This is the Facebook protest document that we were just

20   talking about.

21   Q.  If we can turn to Page 8.  If you can read the portion

22   beginning "But in order," and I'll ask you to stop about

23   three-quarters through Page 9.

24   A.  "But in order for this dream to become a reality, there

25   must first be a reckoning.  There must be justice.  Traitors,

SALO - DIRECT

1    tyrants and the propagandas working for them must be held to
2    account.
3        "We currently live in a lawless society.  As long as people
4    like the Clintons, Brennan, Clapper, the dirty cops of the FBI,
5    the treacherous agents of the CIA remain free, as long as they
6    remain free, we have no justice in this system until all the
7    traitors and coup plotters -- and, yes, that includes Barack
8    Hussein Obama himself -- until these criminals and traitors are
9    behind bars or swinging from the gallows, there is no justice
10   in this country.  And as long as there is no justice in this
11   country, there can be no renaissance.  There can be no peace.
12   Are you listening, Bill Barr?  We are not asking you for
13   justice.  We are demanding it.  You work for us."
14   Q.  Thank you.
15       We can go on to Page 12.  Can you read this page?
16   A.  "Jefferson also told us, 'When tyranny becomes law,
17   rebellion becomes duty.'  And now it is time for every single
18   one of us to do our duty."
19   Q.  Let's return to Government's Exhibit 604.09.  And if we can
20   call out on Page 5, record 4.
21       Can you summarize this record?
22   A.  Yes.  This is the record for a file named "Speaker Intros -
23   STS (1).docx."  It was last modified 12/12/2020 at 3:03 p.m.
24   UTC.  It was created 12/12/2020, 2:24 p.m.  The original author
25   was Dadell (ph).  The last author was Alan Hostetter.

SALO - DIRECT

1    Q.  Did you identify a document with the file name "Speaker

2    Intros - STS (1).docx" on Mr. Hostetter's MacBook?

3    A.  I did.

4    Q.  Let's go to Government's Exhibit 604.14.  What is

5    Government's Exhibit 604.14?

6    A.  It is the "Speaker Intros - STS" document.

7    Q.  Will you turn to Page 3.  Can you begin reading with "There

8    must," and I'll ask you to stop about one-third of the way

9    through the next page.

10   A.  "There must be a reckoning.  There must be justice.

11   President Trump must be inaugurated on January 20th, and he

12   must be allowed to finish this historic job of cleaning out the

13   corruption in that cesspool known as Washington, D.C.  The

14   enemies and traitors of America, both foreign and domestic,

15   must be held accountable, must face long prison terms, while

16   execution is the just punishment for the ring leaders of the

17   coup."

18   Q.  Thank you.

19       Have you reviewed in this case Government Exhibit 307?

20   A.  Yes.

21   Q.  Does Government Exhibit 604.14 appear to be notes for that

22   speech in particular?

23   A.  Yes.

24   Q.  Let's return to Government's Exhibit 604.09, and on Page 4,

25   call out record number 2.

SALO - DIRECT

1      Can you summarize this record?

2   A.  Yes.  This is the record for the file name "Capitol Truth

3   Video.docx."  It was last modified January 27th, 2021, at

4   5:50 a.m.  It was created on January 23rd, 2021, at 8:30 p.m.

5   and the author is Alan Hostetter.

6   Q.  Did you identify a document with the file name "Capitol

7   Truth Video.docx" on Mr. Hostetter's MacBook?

8   A.  Yes.

9   Q.  Let's go to Government's Exhibit 604.12.  Can we call out

10  the paragraph -- the second substantive paragraph, beginning

11  "The icing."

12      Can you read that paragraph?

13  A.  "The icing on the cake being a hundred percent fraudulent

14  election.  Remind the folks what folly it is to even be

15  discussing future elections because, at the moment, Pence

16  betrayed Trump and all of America.  Our votes were canceled

17  forever into the future.  Fraud will now be institutionalized.

18  Still confident something big will happen in this country and

19  the corruption will be exposed.  Discuss Q and Gen Flynn taking

20  the oath."

21  Q.  Let's go on the Government's Exhibit 604.04, and if we can

22  go to Page 4.

23      What is Government's Exhibit 604.04?

24  A.  These are keyword search terms for the Chrome browser from

25  Alan Hostetter's MacBook.

SALO - DIRECT

1    Q.   If we can go to Page 5 and call out record 8.

2         Can you read the keyword search term here?

3    A.   Yes.  The search term was, "Where will the joint session of

4    Congress take place?"

5    Q.   And what was the date and time of that search?

6    A.   January 4th, 2021, 4:53 p.m. UTC.

7    Q.   What website was used for that search?

8    A.   DuckDuckGo.

9    Q.   Are you familiar with DuckDuckGo?

10   A.   I am.

11   Q.   What is DuckDuckGo?

12   A.   DuckDuckGo is a search engine similar to Google.  However,

13   it bills itself as giving you the ability to conduct private

14   searches that will not be tracked.

15   Q.   Let's go to Page 6 and call out record.

16        12.  Can you read the keyword search term here?

17   A.   Yes.  The search term is, "examples of mass uprisings

18   toppling governments."

19   Q.   What was the date and time of that search?

20   A.   January 4th, 2021, 7:23 p.m. UTC.

21   Q.   And what platform was that searched on?

22   A.   DuckDuckGo.

23   Q.   Let's go to Page 7 and call out record 15.

24        Is this a second search for the same thing, examples of

25   mass uprisings toppling governments?

SALO - DIRECT

1    A.   Yes.

2    Q.   Let's go to, also on Page 7, record 16.

3         What's the keyword search term here?

4    A.   The term was, "shot heard round the world."

5    Q.   And what platform was that searched on?

6    A.   DuckDuckGo.

7    Q.   And on what -- what was the date and time for that search?

8    A.   January 8th, 2021, at 1:15 a.m. UTC.

9    Q.   So that would have been the evening of January 7th in East

10   Coast Time?

11   A.   Correct.

12   Q.   From your review of the extracted contents of

13   Mr. Hostetter's iPhone and his MacBook, did he do most of his

14   searching using DuckDuckGo?

15   A.   No.

16   Q.   Did you identify the defendant making those first two

17   searches we identified from January 4th on Google?

18   A.   No.

19   Q.   Okay.  We can pull this down.

20        Are you familiar with Telegram?

21   A.   Yes.

22   Q.   What is Telegram?

23   A.   Telegram is an encrypted messaging application that allows

24   users to message between individuals.  There are also group

25   chat functions and there's also channel functions that allows

SALO - DIRECT

1    you to interact with -- it doesn't allow you to interact.  It's

2    like a bulletin board, the channels.

3    Q.  In your training and experience, if you served legal

4    process on Telegram, would you receive a response?

5    A.  No.

6    Q.  Were you present in court for Mr. Taylor's testimony in

7    this trial?

8    A.  Yes.

9    Q.  Did you hear Mr. Taylor discuss the Telegram group "DC

10   Brigade"?

11   A.  Yes.

12   Q.  Did you identify the "DC Brigade" Telegram chat on

13   Mr. Hostetter's iPhone?

14   A.  Yes.

15   Q.  Pull up Government's Exhibit 904.01.  What is Government's

16   Exhibit 904.01?

17   A.  This is the "DC Brigade" Telegram chat.

18   Q.  And this was recovered from Mr. Hostetter's phone?

19   A.  Yes.

20   Q.  During Mr. Taylor's testimony, did you also hear Mr. Taylor

21   discuss the Telegram group "Spec Ops"?

22   A.  Yes.

23   Q.  Did you determine where Mr. Hostetter was a member of the

24   Telegram group "Spec Ops"?

25   A.  He was.

SALO - DIRECT

1    Q.  Let's go to Government's Exhibit 905.01.  What is

2    Government's Exhibit 905.01?

3    A.  This is a screenshot of the "California Patriot Spec Ops"

4    Telegram group taken from Mr. Taylor's iPad.

5    Q.  Because this was taken from Mr. Taylor's iPad, is that why

6    it appears Porter RockQwell is listed as online?

7    A.  Yes.

8    Q.  Can you read the first two names under the members column?

9    A.   Porter RockQwell and Alan Hostetter.

10            MS. KENNEY:  Your Honor, I'm sorry, I just need to

11   lodge an objection for the record, that this lacks foundation,

12   calls for speculation, also, in terms of authenticity.  If this

13   was Russ Taylor's group, they didn't cover this with him and

14   there's no -- there's no authenticity as to Mr. Hostetter being

15   actually put in this, what phone number was used, how this

16   would have even included him, especially in light of

17   Mr. Taylor's testimony.

18            MR. MARIANO:  I don't believe Mr. Taylor testified one

19   way or another whether he recalled Mr. Hostetter being in "Spec

20   Ops."  I believe Mr. Hostetter stated that he wasn't in it on

21   cross-examination, but I believe all of counsel's arguments go

22   to weight.

23            THE COURT:  How was this authenticated?

24   BY MR. MARIANO:

25   Q.  Special Agent Salo, I think you just testified this is a

SALO - DIRECT

1  screenshot of Mr. Taylor's iPad?

2  A.  I took the photo of Mr. Taylor's iPad.

3         THE COURT:  All right.  It's received.

4     (Government Exhibit 905.01 received in evidence.)

5  BY MR. MARIANO:

6  Q.  I want to go through a number of text message

7  communications that haven't been introduced yet.  Let's start

8  with Government's Exhibit 924.

9         MS. KENNEY:  I'm sorry, Your Honor.  I just want to

10 lodge one more objection in regards to the picture the witness

11 took of Mr. Taylor's iPad.  I believe that was vague as to time

12 and when that was done.

13        THE COURT:  It's overruled.

14 BY MR. MARIANO:

15 Q.  We're on Government's Exhibit 924.  What is this document?

16 A.  This is messages between Alan Hostetter and an individual

17 named Rachel Sampson.

18 Q.  Let's go to Page 8.  We're on Page 8, looking at the top

19 message.

20     What is the date on that message?

21 A.  November 14th, 2020.

22 Q.  And who sent it?

23 A.  Rachel Sampson.

24 Q.  Can you read this message?

25 A.  "Fire marshal shut down.  We have to go.  Fail."

SALO - DIRECT

1   Q.  Can we go on to Mr. Hostetter's response.  Sorry, we'll
2   call out both of them, if you don't mind.
3       Can you read the responses from Mr. Hostetter?
4   A.  Yes.  Mr. Hostetter responded:  In the street?  Where we
5   come from, we'd have told fire marshal to get hosed.  Let the
6   cops enforce that nonsense.  When they arrive, we start
7   chanting "Blue Lives Matter."
8   Q.  Let's call out the next message from Ms. Sampson.  Can you
9   read that?
10  A.  She responded:  We had to leave.
11  Q.  We can go on to the next page and call out the top message
12  from Ms. Sampson.  Can you read what Ms. Sampson wrote?
13  A.  "It was getting a bit dangerous."
14  Q.  If we call out the next message, can you read this
15  response?
16  A.  "We are heading to the White House now, and dangerous is
17  the only way to live."
18  Q.  And who wrote that?
19  A.  Mr. Hostetter.
20  Q.  And what's the date on that?
21  A.  November 14th, 2020.
22  Q.  That's the date of the Million MAGA March?
23  A.  Yes.  This is in UTC Time.  So it's likely the day --
24  Q.  The night before?
25  A.  Yes.

SALO - DIRECT

1    Q.  Let's go to Government's Exhibit 923.02.  What is

2    Government's Exhibit 923.02?

3    A.  It's another text message between Alan Hostetter and an

4    individual named Neal.

5    Q.  If we can call out that first message.  Can you read that

6    message?

7    A.  Yes.

8        He writes:  Yo bro.  Well done last night.  I like that big

9    dude who did most of the speaking.  Let's have a drink soon and

10    chop it up.

11    Q.  What sent that?

12    A.  Neal.

13    Q.  What's the date of that message?

14    A.  November 23rd, 2020.

15    Q.  If we can go to the next page.  Call out the response in

16    green.

17        Can you read that message?

18    A.  Yes.

19        Mr. Hostetter responded:  Glad you had fun.  Yes, that's

20    Big Russ, my friend and bodyguard.  He and Morton, the other

21    guy who spoke, are both on the board of directors of American

22    Phoenix Project.

23    Q.  That's sent by Mr. Hostetter?

24    A.  Yes.

25    Q.  Let's go to Government's Exhibit 1101.  If we go to

SALO - DIRECT

1   Page 39.  Can you read the first sentence beginning on Line 18?

2   A.  Yes.

3      December 15th and 16th, 2020:  Defendant believes that by

4   December 15th, he had become aware of the importance of

5   January 6, 2021, and the election certification process to take

6   place in Washington, D.C. on that date.

7   Q.  Then looking a little further down the page, can you read

8   from Line 23 through Line 5 on the next page?

9   A.  On December 15th, 2020, defendant and co-defendant Russell

10  Taylor both spoke in an Orange County board of supervisors

11  meeting.  This was only three weeks prior to January 6th.  As

12  usual, at the board meeting, the topics to be discussed related

13  to Orange County issues, to include COVID-19-related issues,

14  which is what we typically spoke about.

15     For some reason, why Taylor was speaking during this

16  particular board meeting, he made the following comment to the

17  board, which was completely unrelated to any of the topics on

18  the agenda:  Week after week, I and others are with thousands

19  in the street all up and down the State of California.  Do you

20  know what they are saying?  Revolution.  Storm the Capitol.

21  Q.  As part of your investigation, have you reviewed a video of

22  Mr. Taylor making that statement?

23  A.  Yes.

24  Q.  We're still on Page 40.  Can I ask you to read from Line 17

25  through 25?

SALO - DIRECT

A.  "On December 16th, the day following Taylor's comments to
the Orange County board of supervisors, co-defendant Russell
Taylor met defendant and person one, Morton Irvine-Smith, at a
Mexican restaurant in San Clemente, California, called
El Ranchito.  Taylor was the organizer of this meeting and had
requested, planned and organized it a few days prior.

    "While at the restaurant, Taylor told defendant and
Irvine-Smith that he had purchased gifts for them.  Taylor
reached under the table and pulled out two boxes and gave them
to defendant and Irvine-Smith.  Inside these boxes were the
axes that have been referred to in the indictment as proof of
defendant's nefarious intent to attack the Capitol, using the
ax as a weapon of some sort."

Q.  Thank you.  Let's go on to Government's Exhibit 907.21,
which I believe is already in evidence.  This is a portion of
text message communications between Alan Hostetter and Russell
Taylor; is that right?

A.  Yes.

Q.  If we call out the first message, Mr. Hostetter shares a
link in that message; is that correct?

A.  Yes.

Q.  And what's the date of that message?

A.  December 19th, 2020.

Q.  In your investigation, were you able to review the article
that was provided in this link?

SALO - DIRECT

1   A.  Yes.

2   Q.  Let's go to Government's Exhibit 907.21A.  Do you recognize

3   this document?

4   A.  Yes.

5   Q.  What is it?

6   A.  This is the article that we were previously talking about

7   as the link that was provided between Alan Hostetter and

8   Russell Taylor.

9   Q.  Is it a fair and accurate copy of that news article?

10  A.  Yes.

11      MR. MARIANO:  We move for the admission of

12  Government's Exhibit 907.21A.

13      THE COURT:  Received.

14  (Government Exhibit 907.21A received in evidence.)

15  BY MR. MARIANO:

16  Q.  We're on Page 1.  Can you read the title of the article?

17  A.  "President Donald Trump calls for protest in D.C. on Jan 6.

18  Says, 'Be there.  Will be wild.'"

19  Q.  If we go on to Page 2, can you read the bolded portion

20  slightly above the center of the page?

21  A.  "In a 1:52 a.m. Tweet on Saturday, President Donald Trump

22  promoted a 'big protest' in D.C. against the election fraud

23  that appears to have taken place in November."

24  Q.  I believe you said 1:52.  This is a 1:42 a.m. Tweet; is

25  that right?

SALO - DIRECT

1   A.  Thank you, yes.  1:42 a.m.

2   Q.  When it says 1:42 a.m., do you understand that to be East

3   Coast Time?

4   A.  I do.

5   Q.  So this Tweet from then President Trump was on the evening

6   of December 18th, West Coast Time?

7   A.  Correct.

8   Q.  Let's go to Page 3 of this exhibit.  And at the top of this

9   page, is that an image of then President Trump's Tweet?

10  A.  Yes.

11  Q.  Let's go to Government's Exhibit 507.  Do you recognize

12  Government's Exhibit 507?

13  A.  I do.

14  Q.  What is it?

15  A.  That is the Tweet that we were talking about that President

16  Trump made on December 19th, 2020.

17  Q.  Is it a fair and accurate copy of the Tweet depicted?

18  A.  Yes.

19          MR. MARIANO:  Move for the admission of Government's

20  Exhibit 507.

21          THE COURT:  Received.

22      (Government Exhibit 507 received in evidence.)

23  BY MR. MARIANO:

24  Q.  As referenced in the article, is the date here December 19,

25  2020, 1:42 a.m.?

SALO - DIRECT

1    A.  Yes.

2    Q.  And that's in East Coast Time?

3    A.  Yes.

4    Q.  Let's go to Government's Exhibit 911.02.  And what is

5    Government's Exhibit 911.02?

6    A.  This appears to be Facebook messages between David Aria

7    (ph) and Alan Hostetter.

8    Q.  If we can call out the first message.  What's the date of

9    that first message?

10   A.  December 19th, 2020, at 3:28 p.m. UTC.

11   Q.  And who sent that message?

12   A.  David Aria.

13   Q.  Can you read it?

14   A.  "The window is closing.  We have 80 million patriots.  When

15   will you put out the call?  We only need 1- to 2 million.  I am

16   ready to go to work.  I can help.  One idea is to have many key

17   leaders from different groups meet, Proud Boys, LF Militia,

18   Oath Keepers, Trump groups, Recall Newsom groups, anti-vax

19   groups.  Time is short.  Ideas?"

20   Q.  Let's exit that call out and call out the response from

21   Mr. Hostetter in green.

22       Can you read that message?

23   A.  I received it.  Thank you.  American Phoenix Project will

24   be in D.C. on 1/6 for sure.

25   Q.  If we can go to the response from Mr. Aria.  Can you read

SALO - DIRECT

1    that message?

2    A.   Yes.

3        He wrote:  Are you coordinating with other groups?  How

4    many do you expect roughly from your group?  Unarmed, I assume.

5    Q.   If we can go on to the response from Mr. Hostetter.  Can

6    you read this message?

7    A.   Yes.

8        Mr. Hostetter writes:  My entire board of American Phoenix

9    Project is going.  We were planning a rally there on 1/5 and

10   1/6 in D.C., but when Trump put out his Tweet and Million MAGA

11   March jumped all over it, we stood down and we'll just go and

12   be in the streets with everyone else.

13   Q.   Have you reviewed the entire message chain between

14   Mr. Hostetter and Mr. Aria?

15   A.   Yes.

16   Q.   Does Mr. Hostetter ever respond to the question about

17   whether he's going unarmed to D.C.?

18   A.   No.

19   Q.   Let's go to Government's Exhibit 920.  What is Government's

20   Exhibit 920?

21   A.   It's text messages between Justine and Alan Hostetter.

22   Q.   Unlike some of the other exhibits, this exhibit doesn't

23   have redactions on it.  But is this only an excerpted portion

24   of the communications between Mr. Hostetter and Justine?

25   A.   Yes.

SALO - DIRECT

1   Q.  Let's go to Page 3.  And if we can call out the last

2   message.

3       What's the date of that message?

4   A.  December 19th, 2020.

5   Q.  Can you read the message?

6   A.  Planning some shenanigans in D.C. for 1/5 and 1/6.  Going

7   to be epic.  General Flynn might be one of our speakers.

8   #AmericanPhoenixProject.

9   Q.  Who wrote that message?

10  A.  Mr. Hostetter.

11  Q.  If we go to the next page and call out the next message.

12  Can you read that?

13  A.  Yes.

14      Justine writes:  You're driving back?

15  Q.  And if we can go to Page 5 and call out the second green

16  message on the screen.  Who's that message from?

17  A.  Mr. Hostetter.

18  Q.  Can you read it?

19  A.  "I'll be bringing 'equipment.'"  So I plan on driving.

20  Q.  Let's go to Government's Exhibit 922.02.  What is

21  Government's Exhibit 922.02?

22  A.  It's text messages between Michelle Riley and

23  Mr. Hostetter.

24  Q.  Let's go to Page 4 and the last message of the exhibit.

25  What's the date of that message?

SALO - DIRECT

1    A.    December 28th, 2020.

2    Q.    Who sent it?

3    A.    Mr. Hostetter.

4    Q.    Can you read it?

5    A.    "I'm arriving on 4th and leaving on 7th.  I'm speaking at

6    Supreme Court on 5th as part of Virginia Women for Trump event.

7    So are Morton and Russ.  I might have to extend my stay,

8    depending on what's going on.  Might even stay for inauguration

9    if all goes well."

10   Q.    Let's go to Government's Exhibit 922.03.  And what is

11   Government's Exhibit 922.03?

12   A.    More text messages between Michelle Riley and

13   Mr. Hostetter.

14   Q.    And looking at the first message on the screen, what's the

15   date of that message?

16   A.    December 28th, 2020.

17   Q.    And who sent it?

18   A.    Ms. Riley.

19   Q.    Can you read it?

20   A.    "I want to be close by you guys because I don't want to go

21   there, three women, and not kind of hang with a group, you

22   know.  Is Chris going to go?"

23   Q.    We can exit out of that call out and call out the second

24   response in green.

25        Can you read that second response from Mr. Hostetter?

SALO - DIRECT

1   A.  Yes.  Mr. Mr. Hostetter writes:  You'll be fine during

2   daylight hours.  We'll outnumber them 10,000 to 1.  Don't

3   venture out in small groups at night and you should have no

4   problems.  My guess is Proud Boys will be hunting Antifa, BLM

5   at night.  Should be fun.

6   Q.  What's the date of that message?

7   A.  12/28/2020.

8   Q.  Let's go on the Government's Exhibit 912.02.  What is

9   Government's Exhibit 912.02?

10  A.  It's a Facebook message from Mr. Hostetter.

11  Q.  If we can call out that message.

12  A.  I have been put in -- oh, you didn't ask me to read it.

13  Q.  That was going to be my question.  Can you read the

14  message, please?

15  A.  Yes.

16     "I have been put in Facebook jail for 30 days, which will

17  take us all the way past inauguration day.  I may stay in D.C.

18  until then.  You can find me on Instagram at American Phoenix

19  Project on Twitter @AmericanPhoen10.  My backup accounts are on

20  May Way (ph), Alan Hostetter, and Parler @AlanHostetter.  I

21  will be posting a lot on my YouTube channel, Alan Hostetter

22  from D.C.  I have backup accounts on May Way, Alan Hostetter,

23  and Parler @AlanHostetter.

24     "I'll be most active on Instagram, May Way and YouTube,

25  until I get kicked off of there too.  Then it will be Alan

1  Hostetter on Rumble.

2       "Thanks for all you do in this fight.  Things are heating

3  up and D.C. is going to be absolutely epic."

4  Q.  What's the date of that message?

5  A.  12/29/2020.

6  Q.  That's from Mr. Hostetter?

7  A.  Yes.

8  Q.  Let's go to Government's Exhibit 910.01.  And what is this

9  document?

10  A.  Facebook messages between Alan Hostetter and Annie Rose

11  Tone (ph).

12  Q.  Can we go to the next page and call out the message here.

13  What's the date of this message?

14  A.  January 2nd, 2021.

15  Q.  And is that in UTC Time?

16  A.  Yes.

17  Q.  Can you read the -- sorry, excuse me, that's 1:21 a.m. UTC

18  Time, correct?

19  A.  Yes.

20  Q.  Can you read the message?

21  A.  "I am on my way to Washington, D.C. for either a party or a

22  war.  In Little Rock, Arkansas, tonight to sleep and back on

23  the road tomorrow for another 12 hours.  Call me any time

24  tomorrow.  We can talk for hours.  And, yes, anyone who loved

25  Pat should absolutely feel anger with Carrie.  Anger doesn't

1  even remotely describe my feelings for her.  She destroyed his

2  life."

3  Q.  Let's go on to Government's Exhibit 911.03.  What is

4  Government's Exhibit 911.03?

5  A.  Additional Facebook messages between David Aria and

6  Mr. Hostetter.

7  Q.  What's the date of the first message?

8  A.  January 3rd, 2021.

9  Q.  And who sent it?

10  A.  David Aria.

11  Q.  Can you read that message?

12  A.  "Alan, someone reminded me that Antifa is supposed to dress

13  the MAGA hats.  Personally, discuss with your group how to

14  handle this.  Maybe do not wear MAGA hats."

15  Q.  Click out of that and call out the response in green.  Can

16  you read the response?

17  A.  Mr. Hostetter writes:  This gets posted before every big

18  rally.  Never happens.  Also something about wearing camo

19  cut-off shorts.  It's just an old recycled meme.

20  Q.  Who wrote that?

21  A.  Mr. Hostetter.

22  Q.  Let's go to Government's Exhibit 918.  And what is

23  Government's Exhibit 918?

24  A.  Text messages between Heather Hostetter and Mr. Hostetter.

25  Q.  And is this only an excerpted portion of the communications

SALO - DIRECT

1   between Mr. Hostetter and Heather Hostetter?

2   A.   Yes.

3   Q.   What's the date of the first message?

4   A.   January 3rd, 2021.

5   Q.   And who sent it?

6   A.   Heather Hostetter.

7   Q.   Can you read it?

8   A.   "Your mailbox is full, FYI.  Just wanted to check in and

9   see if you made it safely."

10  Q.   And if we can move on to Mr. Hostetter's response.  Can you

11  read that?

12  A.   "Hi, Heather.  Drove the last five hours in the rain and

13  finally arrived.  Unloaded all my gear, Russ's gear, Morton's

14  gear and your stepmama's gear.  Now to organize all this stuff.

15  Love you."

16  Q.   And what's the date and time of that message?

17  A.   January 3rd, 2021, at 7:52 p.m. UTC.

18  Q.   Let's go to Government's Exhibit 916.05.  What is

19  Government's Exhibit 916.05?

20  A.   Text messages between Dede and Alan Hostetter.

21  Q.   If we can go to Page 3.  What is the date of this message

22  on Page 3?

23  A.   January 6, 2021, at 6:14 p.m. UTC.  So about 1:14 p.m.

24  Eastern.

25  Q.   And who sent that message?

SALO - DIRECT

1    A.  Dede.

2    Q.  And there are images shared in this message; is that right?

3    A.  Yes.

4    Q.  Let's go on to Government's Exhibit 602.42.  Do you

5    recognize this image?

6    A.  Yes.

7    Q.  What is it?

8    A.  This is the statement on the electoral count that was made

9    by Vice President Mike Pence on January 6, 2021.

10   Q.  Was this among photographs recovered from Mr. Hostetter's

11   iPhone?

12   A.  Yes.

13   Q.  Was this photograph identified as having originated from

14   messages that Mr. Hostetter received?

15   A.  Yes.

16   Q.  Let's go back to Government's Exhibit 916.05.  We'll go to

17   Page 5.  And if we can call out the first message on the page.

18       What's the date on this message?

19   A.  January 6, 2021.

20   Q.  And in Eastern Time, the time?

21   A.  4:51 p.m.

22   Q.  And who sent it?

23   A.  Dede.

24   Q.  Can you read the message?

25   A.  "Hey, Allen.  I'm just checking on you.  Is everything

SALO - DIRECT

1  okay?  Are you safe?  Things aren't looking great from this and

2  watching everything from Twitter."

3  Q.  If we can go on to Mr. Hostetter's response.  Can you read

4  the second response of Mr. Hostetter?

5  A.  Yes.

6      He writes:  We are just fine.  Right in the middle of it.

7  Thanks for checking in.

8  Q.  And in Eastern Time, what time was that sent?

9  A.  6:34 p.m.

10  Q.  On January 6th?

11  A.  Yes.

12  Q.  Let's go to Government's Exhibit 925.  What is Government's

13  Exhibit 925?

14  A.  This is a text message -- a group text message between

15  Kris, Drew Kurt and Mr. Hostetter.

16  Q.  If we call out the first message.  What's the date and time

17  of this message?

18  A.  January 6, 2021, at 3:49 p.m. Eastern Time.

19  Q.  And who sent it?

20  A.  Mr. Hostetter.

21  Q.  Can you read it?

22  A.  "Your mom is safe.  Me and Russ stormed Capitol with the

23  patriots."

24  Q.  If we exit out of this and look at the second message sent

25  from Mr. Hostetter.  This appears to be a thumbnail image of a

SALO - DIRECT

1  video; is that right?

2  A.  Yes.

3  Q.  From the thumbnail image, does that appear to be the video

4  in Government's Exhibit 602.75?

5  A.  Yes.

6  Q.  Let's go on to Government's Exhibit 913.03.  What is

7  Government's Exhibit 914.03?

8  A.  Text messages between Bob Ramsey and Mr. Hostetter.

9  Q.  And looking at that first message, what's the date of the

10 first message?

11 A.  January 6, 2021, at 3:11 p.m. Eastern Time.

12 Q.  And who sent it?

13 A.  Bob Ramsey.

14 Q.  Can you read it?

15 A.  "You okay, bro?"

16 Q.  If we go to the second page, can we call out the responses

17 in green?

18 A.  Yes.

19    Mr. Hostetter responds:  We are in.  Cops coming in from

20 all over the state, most likely.

21 Q.  In Eastern Time, what time did he send that?

22 A.  Approximately 4:16, 4:17 p.m.

23 Q.  On January 6th?

24 A.  On January 6th.

25 Q.  Let's go to Government's Exhibit 921.  What is Government's

SALO - DIRECT

1    Exhibit 921?

2    A.   Text messages between Mr. Hostetter and Chris.

3    Q.   And is this only excerpted portions of the communications

4    between Mr. Hostetter and Chris?

5    A.   Yes.

6    Q.   Do you know who Chris is?

7    A.   Yes.

8    Q.   Who is it?

9    A.   Chris is Mr. Hostetter's wife, former wife.

10   Q.   Turning to the second page and calling out the last message

11   on the page, what's the date of that message?

12   A.   January 6, 2021, at 2:59 p.m. Eastern.

13   Q.   And who sent it?

14   A.   Chris.

15   Q.   Can you read it?

16   A.   She asks:  You get inside?

17   Q.   And if we can go on to Mr. Hostetter's response in green.

18   Can you read that?

19   A.   He asks:  Are you okay?  We made it to the top.

20   Q.   And is that at also 2:59 p.m. Eastern?

21   A.   Yes.

22   Q.   If we can click out of that and go to the response in blue.

23   Can you read that message?

24   A.   Yes.

25        She responds:  I'm okay.  I made it to the right side, then

SALO - DIRECT

1    they tear gassed.  I'm on the side facing the Supreme Court

2    now.

3    Q.  Who sent that?

4    A.  Chris.

5    Q.  Let's go down on that same exhibit to Page 4 and call out

6    the last message on the page.  And who sent that message?

7    A.  Chris.

8    Q.  And what's the date and time that that was sent?

9    A.  January 6th at 4:30 p.m. Eastern.

10   Q.  And can you read the message?

11   A.  I don't know if you heard Trump, but he made a plea for

12   everyone to return home peacefully.

13   Q.  And if we can pull up the response.  Can you read the

14   response?

15   A.  Mr. Hostetter responded:  They just pushed this off the

16   Capitol grounds with flash bangs and tear gas.  Should likely

17   be home pretty soon.

18   Q.  And what time was that?

19   A.  4:43 p.m.

20        MR. MARIANO:  Your Honor, I'm happy to keep going, but

21   I'm at a natural break, if you'd like an afternoon break.

22        THE COURT:  We can stop.

23     (A recess was taken at 3:00 PM)

24        THE COURT:  You may proceed.

25   BY MR. MARIANO:

SALO - DIRECT

1   Q.   Good afternoon again.  Earlier in your testimony, we

2   discussed the Telegram group "DC Brigade."  Other than

3   Mr. Taylor and Mr. Hostetter, have you been able to identify

4   other members of the DC Brigade?

5   A.   Yes.

6   Q.   Have you identified other members of the DC Brigade who

7   were on Capitol grounds on January 6th?

8   A.   Yes.

9   Q.   Have you identified other members of the DC Brigade who

10  entered the U.S. Capitol building?

11  A.   Yes.

12  Q.   Have you identified other members of the DC Brigade who

13  engaged in assaultive conduct on Capitol grounds on

14  January 6th?

15  A.   Yes.

16  Q.   Let's go to Government's Exhibit 602.09.  What is

17  Government's Exhibit 602.09?

18  A.   This is the report of the images found on Mr. Hostetter's

19  phone.

20  Q.   If we can go to Page 104 and call out Row 506.  Can you

21  describe what's summarized here?

22  A.   Yes.  This is the information for an image named

23  "IMG_2429.jpeg."  It was created on January 6, 2021, at

24  6:33 a.m. Eastern, and it was captured by an Apple iPhone 7.

25  Q.   And this information also includes a thumbnail of the

SALO - DIRECT

1   photograph; is that right?

2   A.  Yes.

3   Q.  Let's go to Government's Exhibit 602.47.  What is

4   Government's Exhibit 602.47?

5   A.  These are data files from Mr. Hostetter's -- oh, sorry,

6   videos from Mr. Hostetter's phone.

7   Q.  If we go to Page 41 and call out Row 150.  Can you describe

8   what's summarized here?

9   A.  Yes.  The name of the movie -- video is "IMG_2394.mov."  It

10  was created on 1/6/2021 at 1:17 p.m. and it was made by an

11  Apple iPhone 11.  Additionally, on the right-hand column, it

12  indicates it was in the trash.

13  Q.  This includes a thumbnail image from the video?

14  A.  Yes.

15  Q.  Have you reviewed a demonstrative that summarizes the date

16  and time from the metadata of these two exhibits for certain

17  videos and photographs retrieved from Mr. Hostetter's iPhone?

18  A.  Yes.

19  Q.  And does that demonstrative include date and timestamps for

20  photographs contained in Government Exhibit 602.09?

21  A.  Yes.

22  Q.  Does it include date and timestamps for videos contained in

23  Government's Exhibit 602.47?

24  A.  Yes.

25  Q.  Does that demonstrative also include still images from

SALO - DIRECT

1   videos already admitted into evidence in this case?

2   A.  Yes.

3   Q.  We can go to Government's Exhibit 1202.

4           MR. MARIANO:  Your Honor, again, this is a summary

5   exhibit, not on our exhibit list, but provided to the defense.

6   BY MR. MARIANO:

7   Q.  Is this the summary exhibit?

8   A.  Yes.

9   Q.  Are all the photographs and videos in it from January 6th,

10  2021?

11  A.  Yes.

12  Q.  Is it a fair and accurate summary of the exhibits

13  referenced?

14  A.  Yes.

15          MR. MARIANO:  Your Honor, we'll move to admit

16  Government's Exhibit 1202.

17          THE COURT:  What is the number now?

18          MR. MARIANO:  1202.

19          THE COURT:  All right.  Received.

20      (Government Exhibit 1202 received in evidence.)

21  BY MR. MARIANO:

22  Q.  Let's start with Slide 1.  Slide 1 contains Government's

23  Exhibit 602.16; is that right?

24  A.  Yes.

25  Q.  What does that photograph depict?

SALO - DIRECT

1  A.  It's a photograph of a group of individuals at the Kimpton

2  George Hotel, which was taken at 6:33 a.m. Eastern.

3  Q.  And that's based on the metadata that you reviewed?

4  A.  Yes.

5  Q.  In some cases in this demonstrative is UTC Time converted

6  to Eastern Time for January 6th?

7  A.  Yes.

8  Q.  Do you see the box where it says GX602.09, Row 506, and

9  602.16?

10 A.  Yes.

11 Q.  What does that indicate?

12 A.  The Government's Exhibit 602.09 is the exhibit we were

13 previously looking at, which was the report of image files from

14 Mr. Hostetter's phone, and the row number is the row number

15 that this particular image and its metadata appears in.  And

16 then 602.16 is the actual Government exhibit of the image that

17 you're seeing.

18 Q.  Let's go to Slide 2.  Slide 2 contains Government's

19 Exhibit 602.17; is that right?

20 A.  Yes.

21 Q.  What does this photograph depict?

22 A.  This is a picture near the Washington Monument, taken at

23 7:43 a.m. Eastern, and it contains Mr. Hostetter.

24 Q.  Let's go to Slide 3.  Slide 3 contains a still image from

25 Government's Exhibit 303; is that right?

SALO - DIRECT

1     A.  Yes.

2     Q.  From your investigation, do you know the approximate times

3     when then President Trump was speaking at The Ellipse on

4     January 6, 2021?

5     A.  Yes.  Then President Trump was speaking from approximately

6     noon to shortly after 1:00 p.m. Eastern on January 6, 2021.

7     Q.  Let's go to Slide 4.  Slide 4 contains a still image from

8     Government's Exhibit 002; is that right?

9     A.  Yes.

10    Q.  From your investigation, do you know the approximate time

11    when the Joint Session of Congress was called to order?

12    A.  Yes.  At approximately 1:05 p.m. Eastern.

13    Q.  Let's pause with the demonstrative and go to Government's

14    Exhibit 1101.  If we go to Page 45.

15        Can you read from Line 16 through 19?

16    A.  "Once President Trump finished speaking at The Ellipse at

17    approximately 1:10 to 1:15 p.m., Defendant, along with several

18    others, to include both Russell Taylor and Morton Irvine-Smith,

19    walked directly to the Capitol building.  Defendant estimates

20    that he arrived at the U.S. Capitol roughly 45 minutes to an

21    hour after the breaching of the Capitol had already begun."

22    Q.  Let's return to Government's Exhibit 1202 and proceed to

23    Slide 5.  Slide 5 contains Government's Exhibit 602.71; is that

24    right?

25    A.  Yes.

SALO - DIRECT

1   Q.  And that's a video?

2   A.  Yes.

3   Q.  And based on the metadata, when was this video taken?

4   A.  At approximately 1:17 p.m. Eastern.

5   Q.  Let's play the video in its entirety.

6       (Video played.)

7   Q.  Did you hear Mr. Hostetter's voice in that video?

8   A.  Yes.

9   Q.  Did you hear Mr. Hostetter say, "Hold onto something from

10  the bag"?

11  A.  Yes.

12  Q.  What was directly in front of the camera when he said that?

13  A.  Mr. Taylor.

14  Q.  Let's go to Slide 6.  Slide 6 contains Government's

15  Exhibit 602.30; is that right?

16  A.  Yes.

17  Q.  What does that photograph depict?

18  A.  It depicts Mr. Taylor, Mr. Smith and Mr. Hostetter walking

19  from The Ellipse area to the Capitol at approximately 1:33 p.m.

20  Eastern.

21  Q.  Let's go to Slide 7.  Slide 7 contains Government's

22  Exhibit 602.72; is that right?

23  A.  Yes.

24  Q.  Based on the metadata you reviewed, when was this video

25  taken?

SALO - DIRECT

1  A.  At approximately 1:42 p.m. Eastern.

2  Q.  Let's play the video in its entirety.

3      (Video played.)

4  Q.  Did you hear Mr. Hostetter's voice in that video?

5  A.  I did.

6  Q.  What did you hear him say?

7  A.  He said, "That's right.  We're coming."

8  Q.  Where was the camera facing when he said that?

9  A.  The U.S. Capitol building.

10 Q.  Let's go on to Slide 8.  Slide 8 contains Government's

11 Exhibit 602.33; is that right?

12 A.  Yes.

13 Q.  What does this photograph depict?

14 A.  It depicts Mr. Hostetter and Mr. Taylor walking down

15 Pennsylvania Avenue towards the U.S. Capitol at approximately

16 1:55 p.m. Eastern.

17 Q.  What is Mr. Hostetter wearing on his back in this

18 photograph?

19 A.  He has the gray backpack that we discussed earlier.

20 Q.  Let's go on the Slide 9.  Slide 9 contains Government's

21 Exhibit 602.34; is that right?

22 A.  Yes.

23 Q.  What does that photograph depict?

24 A.  It depicts the Peace Monument on January 6, 2021, at

25 2:03 p.m. Eastern.

1  Q.  Let's go on to Slide 10.  Slide 10 contains Government

2  Exhibit 602.73; is that right?

3  A.  Yes.

4  Q.  And based on the metadata that you reviewed, what time was

5  that video taken?

6  A.  2:03 p.m. Eastern.

7  Q.  And this is also at the Peace Monument?

8  A.  Yes.

9  Q.  Let's play this video in its entirety.

10     (Video played.)

11  Q.  Did you see bike racks in that video?

12  A.  I did.

13  Q.  Did you see "area closed" signs?

14  A.  I did.

15  Q.  Let's pause with the demonstrative and go to Government's

16  Exhibit 1101 and go to Page 46.

17     Can you read the sentence beginning at Line 8?

18  A.  "As Defendant was approaching the Capitol after President

19  Trump's speech, approximately a quarter a mile away, he could

20  hear what sounded like three to four flash bangs exploding.

21  Defendant assumed it was likely due to a BLM/Antifa

22  counter-protest now converging with Trump supporters.

23     "Defendant also recalls communicating with his daughter via

24  text message, in which she was watching some disturbances

25  around the Capitol on television news channels as we were

1  approaching, and she was reporting this to the defendant."
2  Q.  If we can go on to the next paragraph.  Can you read the
3  paragraph beginning at Line 13?
4  A.  "Several minutes later, at the time Defendant arrived at
5  the west side of the Capitol, he could already see people who
6  appeared to be scaling the walls of the Capitol grounds.  He
7  could begin to smell pepper spray and CS gas and could hear
8  additional flash bangs or possibly sting balls or gas canisters
9  detonating.
10     "The crowd was already massive, highly agitated, angry and
11  inflamed by the time Defendant arrived at the main body of the
12  crowd.  The crowd was building as more people arrived from the
13  Ellipse, and it extended westerly along the West Lawn, heading
14  in the direction of the Washington Monument."
15  Q.  And at the bottom of the Page 46, if you can read beginning
16  on Line 23 and on to the next page through Line 3 on the next
17  page.
18  A.  "Immediately upon stepping onto the Capitol lawn, before
19  having any opportunity to survey the situation or try to
20  determine where we should stand in or near the crowd to join
21  the protest, a man at the edge of the main crowd yelled words
22  to the effect of, 'You, with the bullhorn,' pointing directly
23  at Defendant, and then looking down at his phone as if he were
24  reading a text or news report.  'Get on your bullhorn and let
25  the people know Pence just betrayed Trump.  It's over.  We're

1    doomed,' or words that effect.

2    Q.  We're on Page 47.  Lastly, if you could read the sentence

3    beginning on Line 7 through the end of that paragraph.

4    A.  "After the unknown man yelled at defendant, co-defendant

5    Russ Taylor immediately looked over his shoulder at defendant

6    and yelled, 'Let's go,' Taylor then began moving quickly

7    towards the Capitol building by ducking under a tarp and

8    rapidly walking up some stairs."

9    Q.  Let's return to Government's Exhibit 1202 and go on to

10   Slide 11.  Slide 11 contains Government's Exhibit 602.74; is

11   that right?

12   A.  Yes.

13   Q.  And based on the metadata you reviewed, what time was that

14   video taken?

15   A.  2:05 p.m. Eastern.

16   Q.  Let's play that video in its entirety.

17        (Video played.)

18   Q.  Let's go on to Slide 12.  Slide 12 contains Government's

19   Exhibit 602.35; is that right?

20   A.  Yes.

21   Q.  And what does this photograph depict?

22   A.  This depicts Mr. Hostetter, Mr. Smith and Mr. Taylor

23   walking towards the U.S. Capitol at approximately 2:09 p.m. on

24   January 6, 2021.

25   Q.  Let's go on to Slide 13.  Slide 13 contains a still image

SALO - DIRECT

1    from Government's Exhibit 001; is that right?

2    A.    Yes.

3    Q.    From your investigation, do you know the approximate time

4    when the first breach of the U.S. Capitol building occurred?

5    A.    Yes.    Approximately 2:13 p.m.

6    Q.    Let's go on to Slide 14.    Slide 14 contains a still image

7    from Government's Exhibit 002; is that right?

8    A.    Yes.

9    Q.    From your investigation, do you know the approximate time

10   when the U.S. Senate went into recess?

11   A.    Yes.    About the same time, at 2:13 p.m.

12   Q.    Let's go back to Government's Exhibit 1101, and let's go

13   back again to Page 47.    If you can read the paragraph beginning

14   at Line 19.

15   A.    "Eventually, the stairs under the tarp we were walking up

16   led us to what Defendant would describe as a 'chokepoint,'

17   where approximately 20 to 30 protestors had already arrived

18   there before us.    This location was elevated above the main

19   body of the crowd, below where protestors were visibly

20   scuffling by pushing back and forth on 3-foot bike racks with

21   officers beneath us.

22       "Several of these protestors at the chokepoint we arrived

23   at were leaning into and pushing up against eight to ten police

24   officers, to the best of Defendant's recollection."

25   Q.    Let's go back to Government Exhibit 1202 and on to

SALO - DIRECT

1    Slide 15.  Slide 15 contains Government's Exhibit 602.37; is
2    that right?
3    A.  Yes.
4    Q.  And what does this photograph depict?
5    A.  It depicts an individual taking the photo underneath the
6    scaffolding, looking out on to the West Plaza at the police
7    line at approximately 2:19 p.m. Eastern.
8    Q.  Let's go on to Slide 16.  Slide 16 contains Government
9    Exhibit 602.38; is that right?
10   A.  Yes.
11   Q.  What does this photograph depict?
12   A.  It depicts the police line and the crowd on the West Plaza
13   at approximately 2:19 p.m. Eastern.
14   Q.  Let's go to Slide 17.  Slide 17 contains a still image from
15   Government's Exhibit 111; is that right?
16   A.  Yes.
17   Q.  From your investigation, do you know the approximate time
18   when then Vice President Pence was evacuated from the Senate
19   Chamber?
20   A.  Yes.  At approximately 2:26 p.m. Eastern.
21   Q.  Let's go on to Slide 18.  Slide 18 contains still images
22   from Government's Exhibit 101 and 404; is that right?
23   A.  Yes.
24   Q.  From your investigation, do you know the approximate time
25   that Government's Exhibit 404 takes place?

SALO - DIRECT

1    A.   Yes.  At approximately 2:29 p.m. Eastern.

2    Q.   And how do you know that.

3    A.   Because the video on the left is a Capitol security camera

4    and has a timestamp, and you can see, there's a read flag off

5    to the right, and they're both time synched in both videos.

6    Q.   What's generally happening at 2:29 p.m. in the footage that

7    you've reviewed?

8    A.   The police line on the West Plaza is breaking.

9    Q.   Let's go on to Slide 19.  Slide 19 contains a still image

10   from Government's Exhibit 002; is that right?

11   A.   Yes.

12   Q.   From your investigation, do you know the approximate time

13   that the U.S. House of Representatives went into recess?

14   A.   Yes.  At approximately 2:29 p.m. Eastern.

15   Q.   Let's go on to Slide 20.  Slide 20 contains a still image

16   from Government Exhibit 313.01 and a still image from

17   Government's Exhibit 101; is that right?

18   A.   Yes.

19   Q.   From your investigation, do you know the approximate time

20   when Government's Exhibit 313.01 takes place?

21   A.   Yes.  At 2:31 p.m. Eastern.

22   Q.   How do you know that?

23   A.   You can see the individual who's walking along the banister

24   in 313.01 holding the pole.  You can see him in the Capitol

25   security footage on the right at the same exact time.

SALO - DIRECT

1   Q.  Let's go on to Slide 21.  Slide 21 contains a still image
2   from Government Exhibit 101; is that right?
3   A.  Yes.
4   Q.  What does that still image depict?
5   A.  It depicts the crowd overwhelmed the police line on the
6   West Plaza and the police have come up to the inaugural stage.
7   Additionally, you can see Alan Hostetter on the right side
8   beginning to walk up the inaugural steps.
9   Q.  Is he circled in red in this still image?
10  A.  Yes.
11  Q.  And approximately at what time did this occur?
12  A.  2:33 p.m. Eastern.
13  Q.  Let's go to Slide 22.  Slide 22 contains a still image from
14  Government's Exhibit 102; is that right?
15  A.  Yes.
16  Q.  And what does the still image depict?
17  A.  It depicts Alan Hostetter most of the way up the inaugural
18  steps, and he is on his megaphone pointed towards the crowd at
19  approximately 2:33 p.m. Eastern.
20  Q.  Let's pause with the demonstrative and go back to
21  Government's Exhibit 1101 and go to Page 50.  Can you read from
22  Line 14 through the sentence ending on Line 19?
23  A.  "There was only one time Defendant heard Russell Taylor
24  yell out to encourage others to enter the Capitol building.
25  That one time occurred, as the indictment stated:  While we

SALO - DIRECT

1    were on the Upper West Terrace, closer to the Capitol building.

2        "Defendant and Taylor were standing approximately 30 to

3    50 yards from the actual building, and noticed approximately 20

4    to 30 people standing around the main door entrance to the west

5    side of the Capitol building.  Several of these people were

6    banging on the door repeatedly and making a lot of noise near

7    the door, demanding entry."

8    Q.  Let's go on to Page 51.  Can you read the paragraph

9    beginning at Line 1?

10   A.  "Once the doors opened and the people cheered and entered,

11   Russell Taylor immediately yelled to Defendant either, 'Let's

12   go,' as he pointed to the open door or he yelled, 'Inside,'

13   upon which time he started to move towards the building and the

14   open door.  Defendant recalls grabbing Taylor by the wrist or

15   arm and telling him that Defendant was not going any further

16   than where they were already located on the plaza and refused

17   to enter the building.  Taylor gave Defendant an obviously

18   disappointed look."

19   Q.  Let's return to Government's Exhibit 1202 and let's go on

20   to Slide 23.  Slide 23 contains Government's Exhibit 602.75; is

21   that right?

22   A.  Yes.

23   Q.  Based on the metadata that you reviewed, when was this

24   video taken?

25   A.  2:39 p.m. Eastern.

SALO - DIRECT

1   Q.  Let's play the video in its entirety.

2       (Video played.)

3   Q.  Let's go on to Slide 24.  Slide 24 contains a still image

4   from Government Exhibit 104; is that right?

5   A.  Yes.

6   Q.  What does that still image depict?

7   A.  It depicts -- it's from a Capitol security camera looking

8   out from the Capitol building, and it depicts Alan Hostetter

9   just outside the Upper West Terrace door at approximately

10  2:45 p.m. Eastern.

11  Q.  Do you see Mr. Taylor in this image?

12  A.  I do not.

13  Q.  Let's go on to Slide 25.  Slide 25 contains Government's

14  Exhibit 602.43; is that right?

15  A.  Yes.

16  Q.  What does this photograph depict?

17  A.  This depicts Mr. Hostetter and Mr. Taylor on the Upper West

18  Terrace of the Capitol, at approximately 2:49 p.m. Eastern.

19  Q.  Let's go on to Slide 26.  Slide 26 contains a still image

20  from Government Exhibit 105; is that right?

21  A.  Yes.

22  Q.  What does this still image depict?

23  A.  It depicts Mr. Hostetter and Mr. Taylor on the Upper West

24  Terrace of the Capitol building, and Mr. Hostetter is using his

25  megaphone and pointed out towards the crowd.

SALO - DIRECT

1   Q.  At what time did this occur?

2   A.  3:47 p.m. Eastern.

3   Q.  Let's go on to Slide 27.  Slide 27 contains Government's

4   Exhibit 602.42; is that right?

5   A.  Yes.

6   Q.  And what does this photograph depict?

7   A.  This is the Vice President Michael Pence's statement on the

8   electoral count, from January 6, 2021.

9   Q.  And based on what you've reviewed, do you know how this

10  screenshot ended up on Mr. Hostetter's iPhone?

11  A.  It was recovered from the native messages section of his

12  phone.

13  Q.  Based on the metadata you reviewed, when was this

14  photograph entered on his phone?

15  A.  4:06 p.m. Eastern.

16  Q.  Let's go to Slide 28.  Slide 28 contains a still image from

17  Government's Exhibit 206.01; is that right?

18  A.  Yes.

19  Q.  What does that still image depict?

20  A.  It depicts Mr. Taylor and Mr. Hostetter in the box in the

21  lower left-hand corner on the Upper West Terrace of the U.S.

22  Capitol at approximately 4:24 p.m. Eastern, as the police were

23  clearing that area.

24  Q.  Let's go on to Slide 29.  Slide 29 contains a still image

25  from Government's Exhibit 206.01; is that right?

SALO - DIRECT

1   A.  Yes.

2   Q.  What does this image depict?

3   A.  It depicts Mr. Hostetter on the Upper West Terrace of the

4   U.S. Capitol at approximately 4:30 p.m. Eastern, and he appears

5   to be using his phone in a manner that would be consistent with

6   taking a photo or video.

7   Q.  In your review of Mr. Hostetter's iPhone, did you recover

8   any videos from this part of the day?

9   A.  We did not.

10  Q.  Let's go on to Slide 30.  Slide 30 contains a still image

11  from Government's Exhibit 109; is that right?

12  A.  Yes.

13  Q.  What does the still image depict?

14  A.  It depicts Mr. Hostetter again on the Upper West Terrace of

15  the U.S. Capitol at approximately 4:38 p.m. Eastern, and he,

16  again, appears to be using his phone in a manner which would be

17  taking a photograph or a video.

18  Q.  In my previous question, I think I asked about recovering

19  videos from these moments on Mr. Hostetter's iPhone.  Did you

20  recover any photographs from these moments on Mr. Hostetter's

21  iPhone?

22  A.  We did not recover any photos or videos from this area of

23  the U.S. Capitol.

24  Q.  Let's go on to Slide 31.  Slide 31 depicts -- contains

25  Government's Exhibit 602.46; is that right?

SALO - DIRECT

1    A.   Yes.

2    Q.   What does this photograph depict?

3    A.   This depicts Mr. Hostetter and Mr. Taylor near the U.S.

4    Capitol at approximately 5:15 p.m. Eastern.

5    Q.   Let's go on to Slide 32.  Slide 32 contains a still image

6    from Government's Exhibit 002; is that right?

7    A.   Yes.

8    Q.   From your investigation, do you know the approximate time

9    when the U.S. Senate resumed its proceedings?

10   A.   Yes.  At approximately 8:06 p.m. Eastern.

11   Q.   Let's go on to Slide 33.  Slide 33 contains a still image

12   from Government's Exhibit 002; is that right?

13   A.   Yes.

14   Q.   From your investigation, do you know the approximate time

15   when the U.S. House of Representatives resumed its proceedings?

16   A.   Yes.  At approximately 9:02 p.m. Eastern.

17   Q.   Okay.  We can take down the demonstrative.  And let's go to

18   Government's Exhibit 901.04.  If we can call out the message.

19        Do you recall Mr. Taylor discussing this text message

20   during his testimony?

21   A.   I do.

22   Q.   Can you read it?

23   A.   "Sorry, guys.  I was pushing through traitors all day

24   today.  We stormed the Capitol.  Freedom was fully demonstrated

25   today."

SALO - DIRECT

1  Q.  And the time indicates 3:18 p.m. UTC minus 8.  Do you know
2  what time that is in Eastern Time on January 6, 2021?
3  A.  Yeah, it's 6:18 p.m. Eastern.
4  Q.  Let's go on to Government's Exhibit 915.02.  What is this
5  document?
6  A.  This is text messages between Cameron Rose and Alan
7  Hostetter.
8  Q.  What's the date of the first message?
9  A.  January 6, 2021, at approximately 5:57 p.m. Eastern.
10  Q.  Who sent this message?
11  A.  Cameron Rose.
12  Q.  Can you read it?
13  A.  "Hope you're safe out there."
14  Q.  If we can go on to Mr. Hostetter's response.  Can you read
15  that response?
16  A.  Yes.
17      Mr. Hostetter wrote:  Yes.  Other than being tear gassed
18  and flash banged, we are okay.  Stormed the Capitol.  Your dad
19  would be proud.
20  Q.  What time did he send that in Eastern Time?
21  A.  6:18 p.m.
22  Q.  Let's go on to Government's Exhibit 926.02.  What is this
23  document?
24  A.  I believe this is a group text between -- can we look at
25  926.01?

SALO - DIRECT

1    Q.  Yes.  Let's pull up Government's Exhibit 926.

2    A.  Yes.  This is a group message between Chris, Justine and

3    Mr. Hostetter.

4    Q.  Okay.  Let's return to Government's Exhibit 926.02.

5        This message looks a little different from some of the

6    others we've seen.  Was this message retrieved from the

7    extracted contents of Mr. Hostetter's MacBook?

8    A.  Yes.

9    Q.  What's the date and time of this first message?

10   A.  January 6, 2021, at 7:15 p.m.  But that's in UTC, as we saw

11   on the previous page.  So that would be 2:15 p.m. Eastern.

12   Q.  If we can call out the first three messages.  And I'll note

13   for the Court, there seems to be a formatting error, and we're

14   happy to provide a revised copy.

15       But, Special Agent Salo, if you don't know from your

16   previous review, please say so.

17   A.  Okay.

18       "I'm watching woke right now.  I have tears in my eyes

19   because I am so scared for you guys.  I love you both so much.

20   Please let me know when you're safe.  Thank God.  This is

21   terrifying.  Congress had to put on the escape hood and gas

22   mask to be evacuated."

23   Q.  And in that last message, you see some missing letters; is

24   that right?

25   A.  Yes.

SALO - DIRECT

1    Q.  You've reviewed a version of this without those missing

2    letters; is that correct?

3    A.  Yes.

4    Q.  Let's pull out the next two messages from Mr. Hostetter on

5    the next page.  And can you read those messages?

6    A.  "I am safe.  Home now with Chris and the boys, watching

7    news.  Got tear gassed and flash banged.  This was the shot

8    heard round the world.  We were in the thick of it.  Your

9    stepmom is one brave woman.  She wouldn't leave until I asked

10   her to.  She made it halfway up the Capitol steps."

11   Q.  Let's go to Government's Exhibit 1101.  If we can call out

12   on Page 46, the sentence beginning on Line 10.  Can you read

13   that last sentence in that paragraph?

14   A.  "Defendant also recalls communicating with his daughter via

15   text message, in which she was watching some disturbances

16   around the Capitol on television news channels as we were

17   approaching, and she was reporting this to defendant."

18   Q.  And the last message we were just looking at, Government's

19   Exhibit 926.02, you said was a communication including with an

20   individual named Justine, right?

21   A.  Yes.

22   Q.  What is Justine's relationship with Mr. Hostetter, if you

23   know?

24   A.  She is his daughter.

25   Q.  Let's go on to Government's Exhibit 923.03.  What is this

SALO - DIRECT

1    document?

2    A.  This is the text messages, again, between Mr. Hostetter and

3    Neal.

4    Q.  If we can go to Page 2.  And call out the last two messages

5    on that page.

6        And in the blue message, what's the date and time of that

7    message?

8    A.  January 6, 2021, at 6:48 p.m. Eastern.

9    Q.  And who sent that?

10   A.  Neal.

11   Q.  Can you read it?

12   A.  "Yo, bro.  Checking in.  How did the day go?  Are you

13   following the 6:00 p.m. curfew?  Hope you're doing well."

14   Q.  Can you read the response?

15   A.  "We were leading the charge, brother.  My clothes are full

16   of tear gas.  Sad there was at least one death."

17   Q.  Who sent that?

18   A.  Mr. Hostetter.

19   Q.  Let's go on to Government's Exhibit 913.03.  And what is

20   this document?

21   A.  These are Facebook messages between Robert Montgomery and

22   Mr. Hostetter.

23   Q.  If we call out the first message.  What's the date of this

24   message?

25   A.  January 6, 2021, at approximately 3:48 p.m. Eastern.

SALO - DIRECT

1    Q.  3:48 p.m.?

2    A.  Sorry, math.  4:48 p.m. Eastern.

3    Q.  And this includes an image message; is that right?

4    A.  Yes.

5    Q.  Who sent that?

6    A.  Mr. Montgomery.

7    Q.  Let's go to Government's Exhibit 913.01.  Is this the image

8    that was shared in Government's Exhibit 913.03?

9    A.  Yes, it appears to be.

10   Q.  Can you read the text of the message here?

11   A.  Yes.

12       "In case you're wondering who broke into Capitol Hill."

13   Q.  And then below that there are some images on the left-hand

14   side?

15   A.  Yes, there are some images of individuals inside the

16   Capitol.

17   Q.  And then on the right-hand side, what's depicted?

18   A.  It just has a description of the symbol of Communism,

19   hammer and sickle, and a photograph and description of what

20   that is.

21   Q.  Let's return to Government's Exhibit 913.03.  Let's call

22   out the response in green.

23       Can you read that message?

24   A.  Yes.

25       Mr. Hostetter wrote:  No.  Patriots broke into Capitol

SALO - DIRECT

1  Hill.  I was one of them.  Don't listen to -- this is a hard

2  word -- Faux News.  This was the shot heard round the world.

3  Q.  Who sent that message?

4  A.  Mr. Hostetter.

5  Q.  Let's go to Government's Exhibit 919.  And what is this

6  document?

7  A.  This is text messages between Judy Hertzler and

8  Mr. Hostetter.

9  Q.  And this is only excerpted portions of the communications

10 between Mr. Hostetter and Ms. Hertzler?

11 A.  Yes.

12 Q.  If we call out the first message, what's the date of that

13 message?

14 A.  January 5, 2021, at 5:02 p.m. Eastern.

15 Q.  Sorry, what time?

16 A.  5:02 p.m. Eastern.

17 Q.  Are you reading from the red --

18 A.  Sorry.  4:13 p.m. Eastern, yeah.

19 Q.  Who sent that?

20 A.  Judy Hertzler.

21 Q.  Can you read it?

22 A.  "Paul and I were listening.  Very good speech.  I'm sure

23 you inspired many in the crowd."

24 Q.  If we can go to the response in green.  Can you read that?

25 A.  Yes.

SALO - DIRECT

1      "Thanks, Ma.  On to tomorrow.  Battles yet to be fought.

2  Love you."

3  Q.  And Mr. Hostetter wrote that?

4  A.  Yes.

5  Q.  Turning to Page 2, can you read the next message from

6  Mr. Hostetter?

7  A.  Yes.

8      Mr. Hostetter wrote:  Shot heard round the world today.

9  Don't listen to Fox News.  Trump and patriots won.  It will

10  become clear over time.  Love you.

11  Q.  What's the date and time of that message?

12  A.  January 6, 2021, 7:19 p.m. Eastern.

13  Q.  And how does Ms. Hertzler respond?

14  A.  She writes:  Hope you and your whole group are safe.  Are

15  you back at your hotel?  Please stay safe.  We are watching

16  every minute.  Love you guys.

17  Q.  And can you read the following response from Mr. Hostetter?

18  A.  He writes:  We are safe.  Read my last Instagram post.  We

19  got tear gassed and flash banged.  A woman patriot was shot and

20  killed entering the Capitol.  She is a martyr and her story

21  will be told.  This is only the beginning.

22  Q.  Let's go to Government's Exhibit 922.04.  And what is this

23  document?

24  A.  Text messages between Michelle Riley and Mr. Hostetter.

25  Q.  And if we go to Page 5 and call out the last two messages

1    in this exhibit.  What's the date in that second to last

2    message in the exhibit in blue?

3    A.  January 7th, 2021 -- well, in Eastern, it would be

4    January 6, 2021, at 10:06 p.m.

5    Q.  Who sent that?

6    A.  Michelle Riley.

7    Q.  Can you read that?

8    A.  "Hey, Alan.  We're back at the hotel.  I'm just concerned

9    about you guys and wanted to know how you're doing.  I am

10   pissed off and I'm crying all at the same time.  I'm ready to

11   fight.  I guess we're in a civil war.  Please let me know you

12   guys are okay."

13   Q.  Can you read the response?

14   A.  "We are all okay, Michelle.  We were in it.  Listening to

15   the lies of the MSM now.  We are at war with the deep state,

16   not just the left.  This is the shot heard round the world."

17   Q.  Who sent that?

18   A.  Mr. Hostetter.

19   Q.  Let's go to Government's Exhibit 917.02.  What is this

20   document?

21   A.  Text messages between Mr. Hostetter and Evelyn Allen.

22   Q.  If we can call out the second message.  What's the date of

23   that message?

24   A.  January 7th, 2021, at 2:50 a.m.

25   Q.  And who sent that?

SALO - DIRECT

1    A.   Evelyn.

2    Q.   Can you read it?

3    A.   From Debbie Owens:  So did you get a chance to see Alan's

4    Instagram?  Do you think he participated in the storming of the

5    Capitol or do you think it was Antifa?  It's really bothering

6    me.

7    Q.   And if we can go to the responsive message on the next

8    page, call that out.  What's the date of this message?

9    A.   January 7th, 2021, at 8:50 a.m. Eastern.

10   Q.   Can you read the message?

11   A.   "I did not see what I believe to be Antifa.  Did not see

12   violence against police in my area.  Possibly Antifa could have

13   been involved too, but people I saw and spoke with were clearly

14   pissed off patriots who felt there was no alternative after

15   word went out that Pence was about to certify those electors

16   and our country would be doomed."

17   Q.   Who sent that message?

18   A.   Mr. Hostetter.

19   Q.   If we can go to Government's Exhibit 912.02.  Turn to the

20   second page.  What is Government's Exhibit 912.02?

21   A.   It's Facebook messages between Michael Guo and

22   Mr. Hostetter.

23   Q.   Can you read the first message that's called out at the top

24   of Page 2?

25   A.   "Pence is Judas, who betrayed Jesus."

SALO - DIRECT

1   Q.  What date and time was that sent?

2   A.  January 7th, 2021, 5:17 a.m. Eastern.

3   Q.  And who sent that?

4   A.  Michael Guo.

5   Q.  Can you read the response?

6   A.  Mr. Hostetter wrote:  Yes, he is.

7   Q.  And what time is that?

8   A.  7:31 p.m. on the 7th of January 2021.

9   Q.  7:31 a.m.?

10  A.  Oh, yeah, 7:31 a.m.

11  Q.  That was from Mr. Hostetter on January 7th?

12  A.  Yes.

13  Q.  Let's go to Government's Exhibit 526.  Do you recognize

14  this document?

15  A.  I do.

16  Q.  What is it?

17  A.  It's a screen capture of the American Phoenix Project

18  Instagram account.

19  Q.  Is it a fair and accurate image of a posting on the

20  American Phoenix Project Instagram account?

21  A.  Yes.

22          MR. MARIANO:  Move for the admission of Government's

23  Exhibit 526.

24          THE COURT:  Received.

25      (Government Exhibit 526 received in evidence.)

SALO - DIRECT

1    BY MR. MARIANO:

2    Q.   Who posted this message?

3    A.   The American Phoenix Project Instagram account.

4    Q.   Can you read what was posted?

5    A.   "Thank you for your prayers and concern.  Myself,

6    @RussTaylor and @MortonIrvineSmith are safe.  We did our part.

7    We are proud of our fellow patriots, our president and our

8    great country.  This was 'the shot heard round the world,' the

9    2021 version of 1776.  That war lasted eight years.  We are

10   just getting warmed up.  Much lake Faux News reporting tonight,

11   the British journalists and the Redcoats of the 1770s claimed

12   the Tea Party was a mob.  Patriots will prevail."

13        MR. MARIANO:  Thank you, Special Agent Salo.  No

14   further questions.

15        Your Honor, before cross-examination, I want to --

16        THE COURT:  Sorry?

17        MR. MARIANO:  Before cross-examination, I wanted to

18   preemptively raise two issues that I think the defendant may

19   ask about.  The first is whether any individuals are

20   confidential human informants and the second is whether or not

21   any particular individuals are the subjects of ongoing FBI

22   investigations.  Responses to either of those questions would

23   be irrelevant.  Responding to them is against DOJ and FBI

24   policy.  So we would ask that those questions be precluded.

25        THE COURT:  Before we do cross-examination, I want to

1    get straight the question about exhibits.  I'm not clear

2    what -- you asked about a lot of exhibits that haven't been

3    offered and displayed exhibits that haven't been offered.  What

4    is the status of exhibits now?

5         MR. MARIANO:  Your Honor, I -- my intention was to

6    move the exhibits from the phone and from the MacBook in bulk

7    early on.  That's when I read that long list of exhibit

8    numbers.  So if I hadn't made the motion, I will certainly make

9    that motion now.

10        THE COURT:  Let me talk to counsel.  Mr. Hostetter can

11   participate if he wants.

12        It seems to me that before cross-examination the

13   defendant is going to need to know exactly what exhibits are in

14   and out.  The defendant objected to those exhibits that were

15   the lengthy documents.

16        I think you only read parts.  Are you using the entire

17   exhibits or are you only offering those extracts?  So part -- I

18   don't really know what you're doing on some of those things.

19        So it seems to me, we might need to get straight with

20   the clerk exactly what exhibits are -- have been offered and

21   you believe are being received before we even start

22   cross-examination.

23        And then -- let me go through a little bit of that

24   because I'm thinking about cross-examination may be in the

25   morning because I think we've got a lot of work to do on

1   exhibits here first.

2          MR. MARIANO:  Okay.  I apologize for any confusion.

3   That's my responsibility, Your Honor.  Is it productive for me

4   to read through the exhibits that I believe we moved --

5          THE COURT:  You're just talking about the extracts you

6   had played or showed, not the entire 75 pages of things, right?

7          MR. MARIANO:  I believe Your Honor is referring to

8   Government's Exhibit 1101, the motion to dismiss file.

9          THE COURT:  Right.

10         MR. MARIANO:  That, we moved in, in its entirety, so

11  the Court has everything for context.  I believe that's partly

12  responsive to the objection from the defense.  We're not

13  offering all of that for the truth of the matter.

14         THE COURT:  That's what I want to know.  What is it

15  you're offering?  Are you offering the whole 75 pages?

16         MR. MARIANO:  Yes.

17         THE COURT:  Then I might need to reconsider that.

18  That's what I need to get straight, what it is.  So before I

19  take the motion at the end of the Government's case, some of

20  those things are going to be relevant to the motion at the end

21  of the Government's case because I'm going to reconsider some

22  of those things.  If you're offering the whole 75 pages, I

23  don't know about that.

24         MR. MARIANO:  Your Honor, I'm happy to revise the

25  motion to only be the statements that were read into the

```
1    record.
2             THE COURT:  Okay.  I think all the exhibits you're
3    offering, you ought to go over with the clerk and with counsel
4    for the defendant and the defendant before we go through this
5    whole cross-examination bit because I think we're going to
6    waste a lot of time otherwise.
7             MR. MARIANO:  Yes, Your Honor.  I'm happy to do that.
8             THE COURT:  Ms. Kenney, you want to talk about that
9    issue as well before I say we'll start tomorrow morning?  I
10   think we're aways off from getting to where we need to be.
11            MS. KENNEY:  Yes, Your Honor.  The way that this was
12   presented was very confusing, with rattling off all these --
13   they have like a -- they would give us the initial exhibit,
14   like 902, and then they would just --
15            THE COURT:  They do that in antitrust, but I've never
16   done that in a criminal trial.
17            MS. KENNEY:  I haven't either, Your Honor.  So it's
18   extremely confusing.  I think it's -- I would want the entire
19   exhibit in.  There's a lot of chopped-up messages.
20            THE COURT:  Right.
21            MS. KENNEY:  That don't put the whole -- some of the
22   conversations in context.
23            THE COURT:  Okay.  I think we better -- I'm going to
24   recess now and come back at 10:00 tomorrow, and y'all go
25   through with the clerk what they're putting -- what they want
```

```
1    to put in, what you're objecting to, and I can rule on the
2    objections, and then we can get cross-examination underway.
3              MS. KENNEY:  That's fine, Your Honor.
4              THE COURT:  Does that work for you?  I think that will
5    work better.  If I just take a recess now, I don't think
6    you-all are going to get this worked out.
7              MS. KENNEY:  Whatever the Court thinks is the most
8    efficient.
9              THE COURT:  Yeah.  Now, in terms of -- I take it this
10   is the Government's last witness?
11             MR. MARIANO:  Yes, Your Honor.
12             THE COURT:  So, then, once we get that worked out and
13   we have cross-examination, the Government's going to rest and
14   I'll take your motion as well then.  So the exhibit question is
15   going to be relevant to your motion then as well.  So okay.
16             MS. KENNEY:  That's fine, Your Honor.
17             THE COURT:  And then if it's still the defense
18   intention to be the only witness, then that still affects
19   whether the Government is going to try to call any rebuttal.
20   That could affect the timing question you asked me about
21   yesterday.  Is the Government expecting to try to call any
22   rebuttal?
23             MR. MARIANO:  That's a hard expectation to make.  Our
24   case agent is going to be available for rebuttal.
25             THE COURT:  Right.  Okay.  That could affect the
```

1    timing question you asked me about.  But I don't know what --

2    you may know better what the defendant is going to say on the

3    stand as to what they might try to rebut.

4              MS. KENNEY:  True.  Thank you.

5              THE COURT:  Anything else you want me to say today?

6              MS. KENNEY:  No.  I'm just about as confused on all

7    these exhibits as you are, Your Honor.

8              THE COURT:  I wouldn't say I'm confused.  I just think

9    you both need to say more and help me figure out what's in and

10   out of the record.

11             MS. KENNEY:  Okay.

12             THE COURT:  And I need to rule on all that.

13             Mr. Hostetter, anything you want to say?  This is why

14   I wanted you to have advisory counsel.  Do you understand?  And

15   why I think --

16             MR. HOSTETTER:  Yes, sir.  I'm very happy you did want

17   me to have advisory counsel, sir.  Thank you.  I have nothing

18   else to add.

19             THE COURT:  I'll see you all tomorrow at 10:00.

20          (Proceedings concluded for the day at 4:04 PM)

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.

/s/ Stacy Johns                 Date: July 27, 2023

Stacy Johns, RPR
Official Court Reporter

**BY MR. HOSTETTER:**
**[4]** 41/11 43/15 44/7
45/6
**BY MR. MARIANO:**
**[41]** 7/21 14/8 33/1
38/18 40/4 41/3 46/15
47/5 50/3 50/25 52/4
54/6 56/3 61/9 61/25
63/14 64/5 64/18 66/3
66/16 66/24 69/1 69/14
71/23 72/22 75/4 76/3
76/15 77/3 87/7 87/19
88/6 95/24 96/5 96/14
101/15 102/23 115/25
118/6 118/21 145/1
**BY QUESTIONER: [1]**
67/9
**DEPUTY CLERK: [1]**
7/3
**MR. HOSTETTER: [5]**
7/11 43/5 43/9 46/13
150/16
**MR. MARIANO: [66]**
7/7 7/15 14/2 14/5
32/22 36/3 36/7 37/13
40/1 41/7 43/4 43/8
44/4 45/3 46/20 46/23
49/4 49/17 49/24 51/23
52/1 54/2 55/24 61/2
61/19 63/12 64/1 64/14
65/24 66/12 66/21 67/5
68/22 69/10 71/15
72/21 74/25 75/10
75/13 75/17 75/21
76/14 76/21 87/3 87/13
87/25 88/3 95/18
101/11 102/19 115/20
118/4 118/15 118/18
144/22 145/13 145/17
146/5 147/2 147/7
147/10 147/16 147/24
148/7 149/11 149/23
**MS. KENNEY: [25]**
38/12 38/15 40/24 49/7
49/11 49/13 49/16
49/21 50/12 50/16
50/20 61/4 61/21 71/17
95/10 96/9 148/11
148/17 148/21 149/3
149/7 149/16 150/4
150/6 150/11
**THE COURT: [82]** 7/14
14/4 14/6 32/24 36/5
37/15 38/14 38/17
39/25 40/3 41/2 41/9
44/5 45/4 46/21 49/6
49/10 49/12 49/15 50/1
50/15 50/18 50/23
51/25 52/2 54/4 56/1
61/7 61/23 63/5 63/11
64/3 64/16 66/1 66/14
67/7 68/24 69/12 71/21
72/20 75/2 75/12 75/16
75/19 75/23 76/13
76/23 87/5 87/16 88/2
88/4 95/23 96/3 96/13
101/13 102/21 115/22

144/24 145/16 145/25
146/10 147/5 147/9
147/14 147/17 148/2
148/8 148/15 148/20
148/23 149/4 149/9
149/12 149/17 149/25
150/5 150/8 150/12
150/19
**THE WITNESS: [2]**
44/6 45/5

**'**
**'Be [1]** 101/18
**'big [1]** 101/22
**'chokepoint,' [1]**
126/16
**'equipment.' [1]** 105/19
**'Get [1]** 124/24
**'I [1]** 80/17
**'Inside,' [1]** 130/12
**'Let's [2]** 125/6 130/11
**'terrible [1]** 80/21
**'the [1]** 145/8
**'traitors [1]** 82/15
**'When [1]** 89/16
**'You [1]** 124/22

**.**
**.02 [1]** 88/3
**.03 [4]** 76/12 76/16
76/17 76/17
**.04 [1]** 76/17
**.7X [1]** 22/2
**.docx [2]** 89/23 90/2

**/**
**/s [1]** 151/8

**0**
**001 [1]** 126/1
**002 [5]** 120/8 126/7
128/10 134/6 134/12
**02 [1]** 75/17
**03 [1]** 75/17
**04 [1]** 75/17
**05 [1]** 75/17
**06 [1]** 75/17
**07 [1]** 75/17
**09 [1]** 75/17

**1**
**1/1/2004 [1]** 69/20
**1/14/2021 [1]** 69/20
**1/3/2021 [1]** 77/17
**1/4/2010 [1]** 62/20
**1/4/2021 [1]** 77/13
77/17 77/21
**1/5 [2]** 104/9 105/6
**1/5/2021 [3]** 77/9 79/1
79/13
**1/6 [3]** 103/24 104/10
105/6
**1/6/2021 [1]** 117/10
**1/7/2021 [1]** 77/13
**1/8/2021 [1]** 73/2
**10 [7]** 32/9 56/8 75/18
79/10 123/1 123/1
137/12

**10 feet [2]** 33/22 36/18
**10 seconds [4]** 13/5
13/20 53/17 54/20
**10,000 [1]** 107/2
**10-foot [1]** 45/22
**10/17 [1]** 59/16
**10/17/2020 [1]** 52/11
**101 [3]** 127/22 128/17
129/2
**102 [1]** 129/14
**104 [2]** 116/20 131/4
**105 [1]** 131/20
**109 [1]** 133/11
**10:00 [3]** 1/5 148/24
150/19
**10:00 p.m [1]** 78/5
**10:06 p.m [1]** 142/4
**10:40 p.m [1]** 88/12
**11 [6]** 1/5 71/25 73/19
117/11 125/10 125/10
**11/13/202 [1]** 78/10
**11/15/2020 [1]** 78/11
**11/20/21 [1]** 77/21
**11/20/22 [1]** 58/18
**11/22/2020 [3]** 53/23
54/10 54/16
**1101 [11]** 6/7 48/19
49/5 50/2 98/25 120/14
123/16 126/12 129/21
137/11 147/8
**1102 [4]** 6/8 71/4 71/16
71/22
**111 [1]** 127/15
**112 [2]** 67/16 67/19
**11:28 [1]** 40/2
**12 [5]** 51/4 89/15 92/16
125/18 125/18
**12 hours [1]** 108/23
**12 seconds [1]** 37/3
**12/12/2020 [3]** 78/4
89/23 89/24
**12/13/2020 [1]** 78/6
**12/19/2020 [1]** 78/17
**12/24/2020 [1]** 68/10
**12/28/2020 [1]** 107/7
**12/29/2020 [1]** 108/5
**12/4/2020 [1]** 88/12
**12/5/2020 [1]** 88/11
**1201 [4]** 6/9 66/20 67/6
67/8
**1202 [9]** 6/10 118/3
118/16 118/18 118/20
120/22 125/9 126/25
130/19
**12:14 [1]** 63/10
**13 [3]** 124/3 125/25
125/25
**13th [1]** 64/21
**14 [5]** 51/4 64/22 126/6
126/6 129/22
**1400 [1]** 1/15
**14th [3]** 55/2 96/21
97/21
**15 [4]** 43/11 92/23
127/1 127/1
**150 [1]** 117/7
**15th [3]** 64/21 99/4
99/9

**16 [6]** 51/4 73/8 93/2
120/15 127/8 127/8
**16 minutes [1]** 32/4
**16:20:30 [4]** 14/9 14/10
14/18 27/11
**16:21:40 [3]** 14/18
14/20 17/2
**16:21:57 [3]** 17/2 17/4
17/10
**16:22:30 [3]** 17/10
17/12 17/24
**16:23:05 [2]** 33/2 33/6
**16:23:18 [3]** 33/6 33/8
33/12
**16:23:24 [1]** 19/21
**16:23:34 [2]** 17/24 18/1
**16:23:51 [3]** 19/21
19/23 20/4
**16:24:10 [3]** 33/12
33/14 33/24
**16:24:36 [1]** 36/7
**16:24:39 [2]** 21/19 22/1
**16:24:40 [3]** 20/4 20/8
21/14
**16:24:43 [2]** 21/14
21/16
**16:24:44 [3]** 21/22 22/7
22/10
**16:25:34 [2]** 22/11
22/13 23/19
**16:25:41 [3]** 36/8 36/10
36/25
**16:25:51 [2]** 33/24 34/1
**16:25:57 [3]** 23/19
23/21 24/13
**16:26:00 [1]** 36/25
**16:27:00 [3]** 24/13
24/15 25/1
**16:29 [1]** 43/10
**16:29:00 [3]** 25/1 25/3
26/2
**16:29:15 [2]** 43/2 43/12
**16:29:27 [3]** 26/2 26/5
26/18
**16:29:30 [1]** 43/3
**16:29:51 [3]** 34/8 34/9
34/15
**16:30:32 [4]** 26/18
26/20 27/10 27/15
**16:30:40 [3]** 34/15
34/17 35/12
**16:31:07 [3]** 27/15
27/17 28/3
**16:31:08 [1]** 28/20
**16:31:24 [1]** 35/12
**16:31:38 [2]** 28/3 28/5
**16:32:07 [3]** 28/20
28/23 30/11
**16:32:41 [3]** 30/11
30/13 30/20
**16:33:04 [3]** 30/20
30/22 31/11
**16:34:37 [3]** 31/11
31/13 31/19
**16:36:05 [3]** 31/19
31/21 32/9
**16th [2]** 99/3 100/1
**17 [5]** 59/16 75/18

**99/24 127/14 127/14
1770s [1]** 145/11
**1776 [5]** 20/10 20/25
21/24 85/10 145/9
**17th [3]** 51/18 67/12
68/6
**18 [4]** 51/6 99/1 127/21
127/21
**18 seconds [3]** 57/24
58/1 58/12
**18th [1]** 102/6
**19 [8]** 60/3 83/9 102/24
120/15 126/14 128/9
128/9 129/22
**197 [1]** 54/14
**19th [4]** 100/23 102/16
103/10 105/4
**1:00 a.m [1]** 78/6
**1:00 p.m [1]** 120/6
**1:05 [2]** 54/20 54/22
**1:05 p.m [1]** 120/12
**1:10 [1]** 120/17
**1:14 p.m [1]** 110/23
**1:15 a.m [1]** 93/8
**1:15 p.m [1]** 120/17
**1:17 p.m [2]** 117/10
121/4
**1:21 a.m [1]** 108/17
**1:30 [5]** 10/6 37/3
39/18 63/8 63/9
**1:33 p.m [1]** 121/19
**1:41 [1]** 55/5
**1:42 a.m [4]** 101/24
102/1 102/2 102/25
**1:42 p.m [1]** 122/1
**1:52 [1]** 101/24
**1:52 a.m [1]** 101/21
**1:55 p.m [1]** 122/16

**2**
**2 million [1]** 103/15
**20 [5]** 83/20 126/17
128/15 128/15 130/3
**20 seconds [3]** 58/12
58/14 58/25
**20005 [1]** 1/16
**2004 [1]** 69/20
**2010 [3]** 62/13 62/20
62/20
**2017 [1]** 8/3
**202 [1]** 78/10
**2020 [46]** 43/24 51/19
52/11 52/12 53/23
54/10 54/16 55/2 55/11
57/17 58/2 58/15 58/18
59/3 59/13 60/3 64/21
64/21 64/22 67/12 68/6
68/10 73/8 73/11 78/4
78/6 78/11 78/17 88/11
88/12 89/23 89/24
96/21 97/21 98/14 99/3
99/9 100/23 102/16
102/25 103/10 105/4
106/1 106/16 107/7
108/5
**2021 [46]** 8/8 13/2 13/9
32/17 35/23 37/10
43/23 48/5 65/6 65/6

**2**

**2021... [57]** 65/13 65/13 68/3 69/20 73/2 77/8 77/9 77/13 77/13 77/17 77/17 77/21 79/1 79/13 82/8 82/9 83/15 84/8 84/13 91/3 91/4 92/6 92/20 93/8 99/5 108/14 109/8 110/4 110/17 110/23 111/9 111/19 112/18 113/11 114/12 116/23 117/10 118/10 120/4 120/6 122/24 125/24 132/8 135/2 135/9 136/10 138/8 138/25 140/14 141/12 142/3 142/4 142/24 143/9 144/2 144/8 145/9
**2022 [1]** 51/6
**2023 [2]** 1/5 151/8
**204 [6]** 2/25 13/4 13/7 14/3 14/5 14/7
**205.01 [5]** 3/3 35/17 35/20 36/4 36/6
**20530 [1]** 1/20
**206.01 [7]** 3/4 32/11 32/14 32/23 32/25 132/17 132/25
**20th [1]** 90/11
**21 [4]** 77/21 83/23 129/1 129/1
**21-392-1 [1]** 1/4
**21st [1]** 57/17
**22 [5]** 58/18 71/25 84/1 129/13 129/13
**22nd [1]** 55/11
**23 [4]** 99/8 124/16 130/20 130/20
**2394.mov [1]** 117/9
**23rd [2]** 91/4 98/14
**24 [3]** 58/15 131/3 131/3
**24 hours [1]** 45/23
**24 years [1]** 57/5
**2429.jpeg [1]** 116/23
**24H [1]** 67/13
**25 [4]** 8/17 99/25 131/13 131/13
**25th [1]** 62/13
**26 [2]** 131/19 131/19
**267 [1]** 52/21
**27 [4]** 58/2 132/3 132/3 151/8
**27 seconds [3]** 58/25 59/2 59/10
**27th [2]** 68/3 91/3
**28 [4]** 52/12 59/13 132/16 132/16
**28th [2]** 106/1 106/16
**29 [2]** 132/24 132/24
**2900 [1]** 2/6
**29944280 [1]** 78/21
**2:00 [1]** 10/6
**2:00 p.m [1]** 79/13
**2:00 range [1]** 39/18
**2:03 p.m [2]** 122/25 123/6

**2:05 p.m [1]** 125/15
**2:07 p.m [1]** 88/11
**2:09 p.m [1]** 125/23
**2:12 [2]** 55/5 55/7
**2:13 p.m [2]** 126/5 126/11
**2:15 p.m [1]** 136/11
**2:19 p.m [2]** 127/7 127/13
**2:24 [2]** 52/25 89/24
**2:26 p.m [1]** 127/20
**2:29 p.m [3]** 128/1 128/6 128/14
**2:31 p.m [1]** 128/21
**2:33 p.m [2]** 129/12 129/19
**2:39 p.m [1]** 130/25
**2:45 p.m [1]** 131/10
**2:49 [1]** 131/18
**2:50 a.m [1]** 142/24
**2:51 [1]** 37/17
**2:59 p.m [2]** 114/12 114/20
**2nd [4]** 57/11 59/3 82/7 108/14

**3**

**3-foot [1]** 126/20
**30 [7]** 8/17 75/18 126/17 130/2 130/4 133/10 133/10
**30 days [1]** 107/16
**30 seconds [4]** 43/11 59/10 59/12 59/25
**303 [1]** 119/25
**305 [1]** 58/10
**306 [5]** 3/5 53/16 54/3 54/5 58/23
**307 [1]** 90/19
**31 [2]** 133/24 133/24
**313.01 [3]** 128/16 128/20 128/24
**32 [2]** 134/5 134/5
**326.01 [5]** 3/6 37/2 37/5 37/14 37/16
**33 [3]** 75/18 134/11 134/11
**332 [4]** 3/7 55/14 55/25 56/2
**333 [7]** 3/8 51/11 51/24 52/1 52/2 52/3 59/23
**34 [1]** 75/18
**36 [1]** 51/4
**37 [3]** 71/24 72/21 75/18
**38 [3]** 72/19 72/23 75/18
**39 [1]** 99/1
**3:00 [1]** 115/23
**3:03 p.m [1]** 89/23
**3:11 p.m [1]** 113/11
**3:15 [1]** 55/7
**3:18 p.m [1]** 135/1
**3:28 p.m [1]** 103/10
**3:37 p.m [1]** 83/18
**3:43 p.m [1]** 83/24
**3:47 p.m [1]** 132/2
**3:48 p.m [2]** 138/25

**3:49 [1]** 39/7
**3:49 p.m [1]** 112/18
**3rd [4]** 65/6 109/8 110/4 110/17

**4**

**40 [1]** 99/24
**403 [1]** 50/16
**404 [2]** 127/22 127/25
**41 [2]** 2/17 117/7
**42 [1]** 75/18
**43 [1]** 75/18
**45 [1]** 120/14
**45 minutes [1]** 120/20
**46 [5]** 71/10 75/18 123/16 124/15 137/12
**47 [3]** 75/21 125/2 126/13
**4:00 [1]** 38/19
**4:00 minutes [2]** 37/17 37/19
**4:00 p.m [1]** 78/17
**4:04 [1]** 150/20
**4:06 p.m [1]** 132/15
**4:12 [3]** 38/19 38/21 39/1
**4:13 p.m [1]** 140/18
**4:16 [1]** 113/22
**4:17 p.m [1]** 113/22
**4:24 p.m [1]** 132/22
**4:30 [3]** 10/3 10/18 39/16
**4:30 p.m [2]** 115/9 133/4
**4:38 p.m [1]** 133/15
**4:43 p.m [1]** 115/19
**4:48 [2]** 55/8 55/10
**4:48 a.m [1]** 79/2
**4:48 p.m [1]** 139/2
**4:51 p.m [1]** 111/21
**4:53 p.m [1]** 92/6
**4th [6]** 65/6 65/13 92/6 92/20 93/17 106/5

**5**

**50 [2]** 40/12 129/21
**50 yards [1]** 130/3
**506 [2]** 116/20 119/8
**507 [5]** 3/9 102/11 102/12 102/20 102/22
**51 [1]** 130/8
**52 seconds [2]** 59/25 60/2
**526 [4]** 3/10 144/13 144/23 144/25
**5:00 [1]** 10/19
**5:02 p.m [2]** 140/14 140/16
**5:15 p.m [1]** 134/4
**5:17 [1]** 144/2
**5:17 p.m [1]** 82/9
**5:50 a.m [1]** 91/4
**5:57 p.m [1]** 135/9
**5th [2]** 77/8 106/6

**6**

**601 [1]** 1/19
**602 [3]** 75/5 75/13

**75/15**
**602.01 [5]** 3/11 74/9 75/1 75/3 77/4
**602.02 [4]** 3/12 75/24 78/12 78/13
**602.03 [2]** 3/13 75/24
**602.04 [4]** 3/14 75/24 82/2 82/3
**602.05 [4]** 3/15 75/24 83/6 83/7
**602.06 [4]** 3/16 75/25 79/7 79/8
**602.07 [4]** 3/17 75/25 79/14 79/15
**602.09 [6]** 3/18 75/25 116/16 116/17 117/20 119/12
**602.10 [4]** 3/19 75/25 84/4 84/6
**602.16 [5]** 3/20 75/25 118/23 119/9 119/16
**602.17 [3]** 3/21 75/25 119/19
**602.30 [3]** 3/22 75/25 121/15
**602.33 [3]** 3/23 75/25 122/11
**602.34 [3]** 3/24 76/1 122/21
**602.35 [1]** 125/19
**602.37 [3]** 3/25 76/1 127/1
**602.38 [3]** 4/3 76/1 127/9
**602.42 [4]** 4/4 76/1 111/4 132/4
**602.43 [3]** 4/5 76/1 131/14
**602.46 [3]** 4/6 76/1 133/25
**602.47 [5]** 4/7 76/1 117/3 117/4 117/23
**602.48 [1]** 60/15
**602.71 [3]** 4/8 76/1 120/23
**602.72 [3]** 4/9 76/2 121/22
**602.73 [3]** 4/10 76/2 123/2
**602.74 [3]** 4/11 76/2 125/10
**602.75 [4]** 4/12 76/2 113/4 130/20
**604 [1]** 87/8
**604.04 [6]** 4/13 87/14 87/14 87/17 91/21 91/23
**604.09 [11]** 4/14 4/15 86/13 87/4 87/6 87/14 87/14 87/17 88/7 88/19 90/24
**604.10 [2]** 4/16 87/17
**604.11 [2]** 4/17 87/17
**604.12 [3]** 4/18 87/18 91/9
**604.13 [4]** 4/19 87/17 88/17 88/18
**604.14 [6]** 4/20 87/15

**67/18** 90/4 90/5 90/21
**605 [1]** 52/20
**62 [2]** 8/9 8/16
**6:00 p.m [2]** 77/8 138/13
**6:04 p.m [1]** 84/2
**6:05 [1]** 39/3
**6:14 p.m [1]** 110/23
**6:17 [2]** 39/1 39/3
**6:18 p.m [2]** 135/3 135/21
**6:33 a.m [2]** 116/24 119/2
**6:34 p.m [1]** 112/9
**6:48 p.m [1]** 138/8
**6D [3]** 8/7 8/10 10/18
**6th [30]** 10/2 10/23 12/10 12/22 18/9 23/9 23/11 23/13 32/20 36/1 39/15 39/20 40/14 40/17 44/21 46/18 48/14 56/16 68/1 84/8 84/23 99/11 112/10 113/23 113/24 115/9 116/7 116/14 118/9 119/6

**7**

**71 [1]** 75/21
**712 [4]** 4/21 61/10 61/20 61/24
**713 [4]** 4/22 60/18 61/3 61/8
**714 [4]** 4/23 69/2 69/11 69/13
**715 [4]** 4/24 68/14 68/23 68/25
**716 [4]** 4/25 64/6 64/15 64/17
**717 [5]** 5/3 63/4 63/17 64/2 64/4
**718 [5]** 5/4 66/4 66/13 66/15 67/20
**719 [4]** 5/5 65/17 65/25 66/2
**72 [1]** 75/21
**722 [3]** 73/16 73/17 74/20
**726 [3]** 85/21 85/22 86/23
**73 [1]** 75/21
**74 [1]** 75/21
**75 [3]** 75/21 147/6 147/15
**75 pages [1]** 147/22
**76 [2]** 50/7 51/2
**7:00 p.m [1]** 77/10
**7:15 p.m [1]** 136/10
**7:18 p.m [1]** 82/8
**7:19 p.m [1]** 141/12
**7:23 p.m [1]** 92/20
**7:31 a.m [2]** 144/9 144/10
**7:31 p.m [1]** 144/8
**7:43 a.m [1]** 119/23
**7:52 p.m [1]** 110/17
**7th [7]** 93/9 106/5 142/3 142/24 143/9

**7**

**7th...** [2] 144/2 144/11
**7th of** [1] 144/8

**8**

**8/25/2010** [1] 62/20
**80 million** [1] 103/14
**807** [1] 70/15
**82** [3] 48/24 50/4 51/1
**8:00 that** [1] 10/21
**8:06 p.m** [1] 134/10
**8:30 p.m** [1] 91/4
**8:37 p.m** [1] 83/15
**8:50 a.m** [1] 143/9
**8th** [2] 65/13 93/8

**9**

**900** [1] 76/5
**901.04** [1] 134/18
**902** [1] 148/14
**904.01** [5] 5/6 76/18
77/1 94/15 94/16
**905.01** [4] 5/7 95/1 95/2
96/4
**907.21** [1] 100/14
**907.21A** [4] 5/8 101/2
101/12 101/14
**910.01** [5] 5/9 76/12
76/14 76/24 108/8
**911.02** [5] 5/10 76/12
76/24 103/4 103/5
**911.03** [4] 5/11 76/24
109/3 109/4
**912.02** [7] 5/12 76/16
76/24 107/8 107/9
143/19 143/20
**913.01** [3] 76/16 76/25
139/7
**913.03** [7] 5/13 5/14
76/25 113/6 138/19
139/8 139/21
**914.03** [4] 5/15 76/16
76/25 113/7
**915.02** [4] 5/16 76/16
76/25 135/4
**916.05** [6] 5/17 76/16
76/25 110/18 110/19
111/16
**917.02** [4] 5/18 76/16
76/25 142/19
**918** [5] 5/19 76/17
76/25 109/22 109/23
**919** [4] 5/20 76/17
76/25 140/5
**920** [5] 5/21 76/17
76/25 104/19 104/20
**921** [5] 5/22 76/17 77/1
113/25 114/1
**922.02** [5] 5/23 76/17
77/1 105/20 105/21
**922.03** [4] 5/24 77/1
106/10 106/11
**922.04** [3] 5/25 77/1
141/22
**923.02** [5] 6/2 76/17
77/1 98/1 98/2
**923.03** [3] 6/3 77/1
137/25

**924** [5] 6/4 76/17 77/1
96/8 96/15
**925** [5] 6/5 76/18 77/1
112/12 112/13
**926** [3] 87/20 88/2
136/1
**926.01** [2] 87/20 135/25
**926.02** [7] 6/6 87/21
88/1 88/5 135/22 136/4
137/19
**92926** [1] 2/7
**9:00 a.m** [1] 39/21
**9:02 p.m** [1] 134/16

**A**

**a.m** [20] 1/5 39/21 78/6
79/2 91/4 93/8 101/21
101/24 102/1 102/2
102/25 108/17 116/24
119/2 119/23 142/24
143/9 144/2 144/9
144/10
**ability** [1] 92/13
**able** [10] 11/20 13/25
32/4 38/7 38/9 42/21
42/21 85/1 100/24
116/3
**able-bodied** [1] 85/1
**about** [44] 9/11 10/19
10/22 17/20 18/11
19/11 27/11 32/3 34/9
35/15 37/19 39/22 44/1
45/15 58/4 67/24 72/7
72/9 73/5 79/25 83/16
88/20 88/22 90/8 99/14
101/6 102/15 104/16
109/18 110/23 126/11
133/18 142/9 143/15
145/19 146/1 146/2
146/24 147/5 147/23
148/8 149/20 150/1
150/6
**above** [9] 17/8 35/7
45/5 50/11 84/12 84/15
101/20 126/18 151/5
**above-entitled** [1]
151/5
**absolutely** [3] 85/4
108/3 108/25
**academy** [4] 8/20 8/20
8/22 9/25
**accepted** [1] 51/7
**access** [5] 13/25 14/1
14/12 16/22 16/25
**account** [21] 52/17
52/19 52/19 54/11
55/21 56/6 56/10 56/12
56/23 57/13 57/23 58/8
58/21 59/9 59/21 60/13
69/7 89/2 144/18
144/20 145/3
**accountable** [1] 90/15
**accounts** [2] 107/19
107/22
**accurate** [32] 13/11
13/16 32/19 35/25 37/9
49/1 51/20 53/24 55/22
60/24 61/16 63/23

**64/1** 65/3 22 66/10 67/2
68/19 69/8 71/12 74/22
75/7 76/5 76/10 76/19
86/25 87/9 87/21 101/9
102/17 118/12 144/19
151/4
**across** [4] 11/15 30/24
70/11 81/11
**action** [5] 1/3 61/14
62/10 62/21 85/2
**activate** [1] 12/5
**activated** [1] 13/22
**active** [1] 107/24
**actively** [1] 30/8
**actual** [3] 40/12 119/16
130/3
**actually** [9] 10/20
11/20 39/17 39/19
42/23 49/21 52/15
71/20 95/15
**add** [2] 76/18 150/18
**additional** [4] 8/23
77/16 109/5 124/8
**Additionally** [2] 117/11
129/7
**adjusting** [1] 42/22
**Admin** [1] 62/9
**admission** [29] 14/2
32/22 36/3 37/13 49/4
49/12 51/23 54/2 55/24
61/2 61/19 64/1 64/14
65/24 66/12 67/5 68/22
69/10 71/15 74/25
75/10 75/22 76/21 87/3
87/13 87/25 101/11
102/19 144/22
**admit** [3] 2/24 3/2
118/15
**admitted** [1] 118/1
**advertisement** [1] 84/8
**advisory** [3] 7/12
150/14 150/17
**affect** [5] 18/21 19/5
23/13 149/20 149/25
**affected** [1] 40/18
**affects** [1] 149/18
**after** [14] 39/19 40/11
40/21 45/24 72/6 73/3
80/16 83/13 99/18
120/6 120/21 123/18
125/4 143/14
**afternoon** [5] 41/12
63/15 63/16 115/21
116/1
**again** [14] 16/23 22/1
24/23 72/17 77/5 77/13
77/18 83/16 116/1
118/4 126/13 133/14
133/16 138/2
**against** [15] 18/16 19/2
19/18 19/19 23/15 44/3
44/11 44/13 81/12 83/1
83/1 101/22 126/23
143/12 145/23
**agenda** [1] 99/18
**agent** [12] 2/20 7/9
46/24 47/1 47/14 47/20
48/16 49/20 95/25

**agents** [1] 89/5
**aggressive** [1] 26/16
**agitated** [1] 124/10
**agree** [3] 44/13 44/14
59/19
**ahead** [4] 16/7 77/8
78/5 83/16
**aided** [1] 2/12
**air** [1] 10/19
**ALAN** [59] 1/6 2/4 7/4
7/11 48/15 48/16 48/23
48/25 51/17 52/10
52/18 53/22 54/9 54/12
56/11 58/4 58/17 59/15
59/18 61/15 62/5 64/11
65/2 65/9 65/16 66/8
67/13 68/7 68/10 69/6
69/25 70/2 71/9 71/11
78/1 78/1 88/12 89/25
91/5 91/25 95/9 96/16
98/3 100/16 101/7
103/7 104/21 107/20
107/21 107/22 107/25
108/10 109/12 110/20
129/7 129/17 131/8
135/6 142/8
**Alan's** [1] 143/3
**AlanHostetter** [7]
77/14 77/17 78/10 79/2
79/3 107/20 107/23
**all** [59] 8/20 9/2 9/18
14/25 16/18 17/14
17/20 23/10 24/11
40/14 42/2 42/8 44/19
46/3 46/13 49/22 50/10
72/1 72/3 75/5 75/6
75/16 75/20 75/22
75/23 76/10 76/19
79/20 79/22 80/17
81/16 81/25 85/1 87/8
87/9 89/6 91/16 95/21
96/3 99/19 104/11
106/9 107/17 108/2
110/13 110/14 113/20
118/9 118/19 134/23
142/10 142/14 147/13
148/2 148/12 149/6
150/6 150/12 150/19
**all-out** [1] 17/14
**Allen** [2] 111/25 142/21
**allies** [1] 80/20
**allow** [1] 94/1
**allowed** [3] 18/4 58/5
90/12
**allows** [2] 93/23 93/25
**almost** [3] 10/21 40/9
43/17
**along** [6] 7/8 80/2
80/20 120/17 124/13
128/23
**already** [10] 10/8 73/20
85/21 100/15 118/1
120/21 124/5 124/10
126/17 130/16
**also** [35] 7/10 9/19
10/11 16/7 20/18 21/10
22/24 25/7 29/5 29/6

**30/1** 47/24 55/3 61/5
61/22 63/1 68/1 68/6
68/10 76/4 76/18 87/20
89/16 93/2 93/24 93/25
94/20 95/12 109/18
114/20 116/25 117/25
123/7 123/23 137/14
**alternative** [1] 143/14
**am** [11] 9/3 14/11 40/2
63/5 81/23 92/10
103/15 108/21 136/19
137/6 142/9
**Amazon** [3] 65/21 66/8
66/18
**Amazon's** [1] 67/22
**Amendment** [1] 81/24
**AMERICA** [6] 1/3 7/4
81/24 83/1 90/14 91/16
**American** [31] 20/1
20/11 21/9 23/4 33/11
34/6 34/12 34/13 36/12
53/6 53/9 55/20 56/7
56/23 57/13 57/23 58/8
58/21 59/9 59/21 60/13
69/7 70/4 85/18 98/21
103/23 104/8 107/18
144/17 144/20 145/3
**AmericanPhoen** [1]
56/8
**AmericanPhoen10** [2]
56/10 107/19
**AmericanPhoenix.org**
[6] 70/2 77/25 78/1 78/2
78/3 78/4
**AmericanPhoenixProje**
**ct** [1] 105/8
**Americans** [2] 58/4
85/1
**among** [3] 60/8 85/18
111/10
**amped** [1] 31/2
**Angeles** [1] 47/12
**anger** [2] 108/25
108/25
**angle** [4] 20/12 21/10
35/1 36/16
**angled** [3] 24/21 24/24
31/7
**angry** [1] 124/10
**animosity** [1] 24/9
**Annie** [1] 108/10
**another** [9] 12/12 21/8
36/20 73/13 76/9 78/9
95/19 98/3 108/23
**Answer** [1] 85/3
**ANTHONY** [2] 1/18 7/7
**anti** [2] 24/11 103/18
**anti-police** [1] 24/11
**anti-vax** [1] 103/18
**Antifa** [6] 107/4 109/12
123/21 143/5 143/11
143/12
**antitrust** [1] 148/13
**any** [20] 8/23 9/12
16/23 29/21 36/22 70/9
70/20 73/7 99/17
108/23 124/19 130/15
133/8 133/20 133/22

**A**

any... **[5]** 145/19
145/21 147/2 149/19
149/21
anybody **[4]** 42/15
42/17 42/24 45/1
anyone **[1]** 108/24
anything **[7]** 19/5 28/13
28/18 46/17 49/22
150/5 150/13
anywhere **[1]** 8/17
apologize **[2]** 52/6
147/2
appear **[17]** 31/14
31/22 34/11 34/18 35/5
36/11 58/9 58/22 59/22
60/14 74/3 83/20 83/23
84/1 86/7 90/21 113/3
appearance **[1]** 7/6
**APPEARANCES [2]**
1/12 2/1
appeared **[5]** 18/13
27/3 34/6 34/23 124/6
appearing **[1]** 41/13
appears **[15]** 20/12
21/19 27/24 29/6 36/14
39/13 67/25 95/6
101/23 103/6 112/25
119/15 133/4 133/16
139/9
Apple **[3]** 73/19 116/24
117/11
application **[1]** 93/23
approach **[1]** 7/5
approached **[1]** 11/4
approaching **[3]**
123/18 124/1 137/17
approximate **[10]**
120/2 120/10 126/3
126/9 127/17 127/24
128/12 128/19 134/8
134/14
approximately **[37]**
8/16 36/18 39/23 40/6
82/8 82/9 113/22 120/5
120/12 120/17 121/4
121/19 122/1 122/15
123/19 125/23 126/5
126/17 127/7 127/13
127/20 128/11 128/14
129/11 129/19 130/2
130/3 131/9 131/18
132/22 133/4 133/15
134/4 134/10 134/16
135/9 138/25
April **[1]** 43/24
are **[91]** 8/12 9/2 9/9
10/5 11/24 13/16 13/18
13/25 14/10 16/18
16/21 17/8 20/25 24/6
24/8 29/19 33/20 34/13
42/7 42/10 44/20 47/15
49/19 50/8 56/11 66/8
71/1 76/5 76/19 77/25
78/14 79/9 80/14 80/15
81/24 82/4 83/4 85/15
86/17 87/21 89/8 89/12
89/12 89/13 91/24 92/9

93/20 93/24 97/16
98/21 99/18 99/20
104/3 106/7 107/19
108/2 111/2 112/1
112/6 113/19 114/19
117/5 118/9 135/18
138/12 138/15 138/21
139/13 139/15 140/17
141/14 141/14 141/15
141/18 142/12 142/14
142/15 145/6 145/7
145/9 145/19 145/21
146/13 146/16 146/17
146/20 146/21 147/15
147/20 149/6 150/7
area **[16]** 11/9 11/19
12/1 12/14 15/20 29/13
38/3 46/5 48/11 48/13
86/1 121/19 123/13
132/23 133/22 143/12
areas **[2]** 44/18 47/17
aren't **[1]** 112/1
arguments **[1]** 95/21
Aria **[6]** 103/6 103/12
103/25 104/14 109/5
109/10
Arizona **[4]** 51/6 51/18
52/11 59/16
Arkansas **[1]** 108/22
arm **[2]** 31/7 130/15
around **[11]** 11/19
16/22 17/20 34/24
39/21 42/22 43/17
80/25 123/25 130/4
137/16
arrest **[1]** 51/9
arrival **[2]** 64/20 65/5
65/12
arrive **[2]** 10/18 97/6
arrived **[8]** 73/3 110/13
120/20 124/4 124/11
124/12 126/17 126/22
arriving **[1]** 106/5
article **[8]** 83/21 83/24
84/2 100/24 101/6
101/9 101/16 102/24
as **[82]** 7/19 8/21 10/17
10/17 11/4 11/7 13/25
13/25 15/15 15/15
17/22 20/22 22/18 23/9
24/5 27/6 34/23 35/5
38/13 40/7 42/12 42/12
45/2 45/2 45/20 45/20
45/23 47/3 47/19 48/7
48/9 57/6 58/10 59/23
60/15 61/4 63/1 64/22
70/14 71/18 72/13
72/17 72/18 73/1 80/7
80/12 81/12 89/3 89/3
89/5 89/5 89/10 89/10
90/13 92/13 95/6 95/14
96/11 99/11 99/21
100/11 100/13 101/7
102/24 106/6 111/13
123/18 123/25 124/12
124/23 126/16 129/25
130/12 132/22 136/10
137/16 148/9 149/14

49/15 49/25 150/3 150/6
150/7
ask **[15]** 22/2 22/3
25/19 49/21 72/23 76/9
79/24 79/25 81/2 88/22
90/8 99/24 107/12
145/19 145/24
asked **[8]** 10/9 45/11
72/7 133/18 137/9
146/2 149/20 150/1
asking **[1]** 89/12
asks **[2]** 114/16 114/19
aspects **[1]** 79/20
assault **[1]** 35/9
assaultive **[1]** 116/13
asserted **[1]** 49/19
assigned **[2]** 47/15
47/16
assignment **[3]** 8/6
10/7 10/14
assume **[1]** 104/4
assumed **[1]** 123/21
atlas **[1]** 67/13
attached **[3]** 11/1 27/3
36/15
attaches **[1]** 12/4
attachment **[3]** 12/13
29/7 78/25
attack **[2]** 81/12 100/12
attacking **[1]** 80/16
attempt **[1]** 14/24
attend **[1]** 85/5
attendees **[1]** 77/25
attested **[1]** 50/9
**ATTORNEY'S [1]** 1/19
audio **[2]** 12/7 12/19
August **[1]** 62/13
August 25th **[1]** 62/13
authenticated **[1]**
95/23
authenticity **[6]** 60/25
65/21 68/18 68/20
95/12 95/14
author **[4]** 88/12 89/24
89/25 91/5
available **[1]** 149/24
Avenue **[2]** 1/15 122/15
avoid **[2]** 45/20 45/21
awaken **[1]** 80/18
aware **[4]** 45/11 99/4
away **[3]** 43/10 80/15
123/19
aways **[1]** 148/10
ax **[7]** 68/7 72/3 72/4
72/25 73/2 73/4 100/13
axes **[2]** 72/15 100/11

**B**

back **[41]** 15/6 17/8
17/9 21/19 22/1 22/10
24/1 24/3 24/5 25/18
26/9 26/11 27/6 27/9
28/16 31/1 37/24 38/1
39/3 43/12 45/7 45/17
52/23 52/25 56/4 57/1
63/8 78/23 80/16
105/14 108/22 111/16
122/17 126/12 126/13

126/20 126/25 129/20
141/15 142/8 148/24
background **[2]** 62/25
85/13
backpack **[6]** 67/14
67/24 67/25 67/25 68/2
122/19
backup **[1]** 107/19
107/22
backyard **[1]** 81/16
bad **[1]** 73/5
badge **[1]** 12/14
bag **[1]** 121/10
ballistic **[1]** 18/12
ballpark **[1]** 10/6
balls **[3]** 9/21 25/7
124/8
banged **[3]** 135/18
137/7 141/19
banging **[1]** 130/6
bangs **[3]** 115/16
123/20 124/8
banister **[1]** 128/23
Barack **[1]** 89/7
Barbanti **[1]** 77/25
Barr **[1]** 89/12
bars **[1]** 89/9
baseball **[1]** 20/13
based **[7]** 36/16 38/7
41/6 119/3 121/3
121/24 123/4 125/13
130/23 132/9 132/13
basic **[2]** 8/20 9/2
basically **[2]** 9/7 42/2
baton **[5]** 9/3 9/4 9/9
11/2 23/25
batons **[1]** 73/12
battle **[2]** 60/6 60/10
Battles **[1]** 141/1
be **[112]** 12/1 15/9
18/13 18/16 19/1 19/17
19/20 20/12 21/13
21/19 22/15 23/3 23/5
23/15 24/4 26/24 27/3
27/24 31/2 31/10 31/14
31/22 34/6 34/11 34/18
34/23 35/5 36/11 36/14
39/13 39/16 43/13
49/12 50/1 52/14 56/12
58/9 58/22 59/22 60/8
60/14 63/8 67/25 72/13
80/3 80/11 80/23 81/16
83/20 83/23 84/1 84/23
88/25 88/25 89/1 89/11
89/11 90/10 90/10
90/11 90/12 90/15
90/21 91/14 91/17
91/19 92/14 99/12
101/18 102/2 103/6
103/24 104/12 105/7
105/7 105/19 106/20
107/1 107/4 107/5
107/13 107/21 107/24
107/25 108/3 112/25
113/3 115/17 124/6
133/5 133/5 133/16
133/16 135/19 136/11
136/13 136/22 139/9

141/21 142/3
143/11 143/16 145/23
145/24 146/24 147/20
147/25 148/10 149/15
149/18 149/24
Beach **[2]** 47/17 48/12
bear **[1]** 73/11
beautiful **[1]** 56/20
because **[15]** 16/24
19/1 24/21 63/6 72/13
73/4 91/15 95/5 106/20
128/3 136/19 146/24
146/25 147/21 148/5
become **[4]** 48/3 88/24
99/4 141/10
becomes **[2]** 89/16
89/17
been **[29]** 7/18 8/17
13/25 19/11 23/16
27/10 27/11 30/14 32/3
32/4 35/2 35/7 38/9
43/24 47/2 72/5 79/20
83/2 85/9 93/9 96/7
100/11 107/12 107/16
116/3 143/13 146/2
146/3 146/20
before **[16]** 1/9 50/24
72/4 85/8 97/24 109/17
124/18 126/18 145/15
145/17 145/25 146/12
146/21 147/18 148/4
148/9
began **[3]** 25/17 43/24
125/6
begin **[5]** 8/2 16/2 48/7
90/7 124/7
beginning **[23]** 52/23
56/4 62/2 71/24 72/24
79/18 79/24 81/3 82/11
82/18 82/22 88/22
91/10 99/1 123/17
124/3 124/15 125/3
126/13 129/8 130/9
137/12 141/21
begins **[1]** 81/22
begun **[1]** 120/21
behalf **[1]** 38/15
behind **[16]** 11/13
11/15 11/23 16/10
16/24 20/2 20/11 23/5
23/8 25/9 27/8 39/9
53/13 53/15 80/19 89/9
being **[13]** 15/10 16/11
19/9 37/24 39/22 40/6
40/17 82/24 91/13
95/14 95/19 135/17
146/21
believe **[14]** 19/16
71/20 95/18 95/20
95/21 96/11 100/15
101/24 135/24 143/11
146/21 147/4 147/7
147/11
believes **[1]** 99/3
believing **[1]** 80/13
below **[4]** 52/5 73/21
126/19 139/13
belt **[1]** 12/13

**B**

BENCH [1] 1/9
bend [1] 34/24
beneath [3] 84/19
85/25 126/21
Berlin [1] 81/9
best [3] 72/17 72/25
126/24
betrayed [3] 91/16
124/25 143/25
better [5] 17/14 19/8
148/23 149/5 150/2
between [35] 17/14
24/18 25/8 26/7 43/11
93/24 96/16 98/3
100/16 101/7 103/6
104/13 104/21 104/24
105/22 106/12 108/10
109/5 109/24 110/1
110/20 112/14 113/8
114/2 114/4 135/6
135/24 136/2 138/2
138/21 140/7 140/10
141/24 142/21 143/21
Biden [1] 55/12
big [5] 43/24 91/18
98/8 98/20 109/17
bigger [1] 9/15
bike [3] 9/9 123/11
126/20
Bill [1] 89/12
bills [1] 92/13
bit [9] 9/15 16/7 20/14
25/20 25/20 30/1 97/13
146/23 148/5
black [1] 84/19
bleachers [1] 11/24
bled [1] 85/8
bless [3] 56/19 81/24
81/25
BLM [2] 107/4 123/21
BLM/Antifa [1] 123/21
block [2] 62/2 62/14
blue [21] 17/7 17/18
21/12 21/13 22/4 28/1
33/10 33/16 34/2 34/5
34/11 34/13 34/19
36/12 36/20 39/9 57/9
97/7 114/22 138/6
142/2
board [8] 94/2 98/21
99/10 99/12 99/16
99/17 100/2 104/8
Bob [2] 113/8 113/13
bobbing [1] 23/7
bodied [1] 85/1
body [14] 12/3 12/10
12/15 12/22 13/1 13/9
27/10 32/3 32/16 35/14
35/22 43/4 124/11
126/19
body-worn [12] 12/3
12/10 12/15 12/22 13/1
13/9 27/10 32/3 32/16
35/14 35/22 43/4
bodyguard [1] 98/20
bolded [1] 101/19
boots [1] 11/1

both [10] 79/19 90/14
97/2 98/21 99/10
120/18 128/5 128/5
136/19 150/9
bothering [1] 143/5
bottles [2] 28/13 28/17
bottom [17] 15/20
27/18 28/23 30/13
33/23 38/6 39/5 52/5
53/1 62/18 62/21 73/22
74/17 78/24 84/18
85/11 124/15
box [5] 73/21 85/25
86/1 119/8 132/20
boxes [2] 100/9 100/10
boys [3] 103/17 107/4
137/6
brass [2] 18/13 27/3
brave [2] 81/5 137/9
brawl [3] 17/14 24/18
24/19
brawling [1] 24/20
brazenly [1] 80/7
breach [1] 126/4
breached [1] 83/13
breaching [1] 120/21
break [10] 11/20 11/21
15/13 16/3 20/14 26/8
39/25 63/6 115/21
115/21
breaking [1] 128/8
breath [1] 59/5
Brennan [1] 89/4
Brief [1] 46/16
briefings [2] 44/21
45/15
Brigade [8] 94/10
94/12 94/17 116/2
116/4 116/6 116/9
116/12
brilliant [1] 81/23
bring [1] 45/1
bringing [1] 105/19
Bristol [1] 2/6
British [1] 145/11
Brittany [1] 7/9
bro [3] 98/8 113/15
138/12
broke [2] 139/12
139/25
broken [1] 8/24
brother [1] 138/15
brothers [1] 57/8
brought [2] 28/19
85/16
brown [1] 43/16
browser [1] 91/24
buffer [1] 12/19
building [17] 14/24
46/3 83/13 116/10
120/19 122/9 124/12
125/7 126/4 129/24
130/1 130/3 130/5
130/13 130/17 131/8
131/24
bulk [1] 146/6
bulletin [1] 94/2
bullhorn [1] 124/24

bullhorn, [1] 124/22
businesses [1] 80/6

**C**

C204 [1] 2/6
CA [1] 2/7
cake [1] 91/13
calendar [2] 74/13
77/15
California [10] 51/8
53/23 54/10 54/17 57/5
58/18 85/16 95/3 99/19
100/4
call [87] 7/14 9/6 10/3
10/14 12/6 14/17 39/16
46/21 52/5 52/6 53/11
62/2 62/14 64/19 64/25
65/3 65/10 69/15 69/21
72/23 73/20 74/15 77/5
78/15 78/23 79/10 82/5
82/10 82/17 82/22 83/9
83/20 84/1 84/5 84/18
84/18 85/1 85/3 85/11
85/11 85/25 86/19 88/7
89/20 90/25 91/9 92/1
92/15 92/23 97/2 97/8
97/11 97/14 98/5 98/15
100/19 103/8 103/15
103/20 103/20 105/1
105/11 105/15 106/23
106/23 107/11 108/12
108/23 109/15 111/17
112/16 113/16 115/5
116/20 117/7 134/18
136/12 137/11 138/4
138/23 139/21 140/12
141/25 142/22 143/8
149/19 149/21
called [10] 55/3 55/12
69/23 78/25 86/2 86/20
88/10 100/4 120/11
143/23
calling [2] 85/7 114/10
calls [9] 7/15 38/15
46/23 49/8 61/4 61/21
71/19 95/12 101/17
came [2] 45/17 85/8
camera [19] 12/3 12/4
12/10 12/15 12/22 13/1
13/9 15/12 15/13 27/11
32/3 32/16 35/14 35/22
43/4 121/12 122/8
128/3 131/7
Cameron [2] 135/6
135/11
camo [1] 109/18
campaign [1] 53/15
can [266]
can't [13] 19/9 25/12
42/4 42/7 42/16 42/18
42/19 42/20 42/23 46/9
52/6 72/8 85/4
canceled [1] 91/16
canisters [2] 28/14
124/8
cannons [1] 83/17
canted [1] 31/7
cap [1] 20/13

capitalism [1] 80/6

Capitol [61] 10/12
10/20 11/5 19/17 32/8
39/19 40/17 42/3 44/8
46/3 48/5 48/11 72/6
83/12 83/13 91/2 91/6
99/20 100/12 112/22
115/16 116/7 116/10
116/13 120/19 120/20
120/21 121/19 122/9
122/15 123/18 123/25
124/5 124/6 124/18
125/7 125/23 126/4
128/3 128/24 129/24
130/1 130/5 131/7
131/8 131/18 131/24
132/22 133/4 133/15
133/23 134/4 134/24
135/18 137/10 137/16
139/12 139/16 139/25
141/20 143/5
capture [3] 55/20 55/22
144/17
captured [1] 116/24
car [1] 10/16
carelessly [1] 72/11
Carrie [1] 108/25
carry [2] 9/3 9/14
carrying [1] 34/11
case [12] 7/3 19/10
41/1 48/16 70/7 70/18
90/19 118/1 139/12
147/19 147/21 149/24
cases [1] 119/3
caught [1] 24/20
cause [1] 34/5
CCP [2] 79/25 80/2
CDU [11] 8/9 8/11 8/16
8/21 8/23 9/12 10/4
10/22 23/11 39/22
45/17
cell [7] 20/13 21/10
27/25 33/10 34/5 39/13
42/7
center [7] 30/22 31/22
33/3 33/9 34/18 36/11
101/20
certain [4] 49/19 76/4
82/25 117/16
certainly [2] 49/18
146/8
certificate [5] 60/24
65/21 65/22 68/18
68/19
certification [3] 73/18
85/23 99/5
certified [1] 84/24
certify [3] 84/25 143/15
151/3
cesspool [2] 80/16
90/13
chain [2] 45/22 104/13
challenged [1] 84/24
Chamber [1] 127/19
chambers [1] 83/14
chance [4] 19/25 22/15
22/25 143/3
channel [2] 93/25

channels [3] 94/2
123/25 137/16
chanting [1] 30/3 97/7
chaos [2] 11/6 11/6
chaotic [1] 40/15
charge [1] 138/15
chat [3] 93/25 94/12
94/17
check [1] 110/8
checking [3] 111/25
112/7 138/12
cheered [1] 91/9
chief [2] 57/6 62/17
chokepoint [1] 126/22
choose [7] 19/12 19/14
20/10 20/25 21/24
22/15 34/4
chop [1] 98/10
chopped [1] 148/19
chopped-up [1] 148/19
Chris [12] 78/2 78/3
106/22 114/2 114/4
114/6 114/9 114/14
115/4 115/7 136/2
137/6
Chrome [1] 91/24
chunk [2] 18/18 18/20
CIA [1] 89/5
circle [1] 29/9
circled [3] 16/20 29/13
129/9
circling [8] 25/22 26/12
27/17 27/22 33/8 33/14
34/9 36/10
City [6] 54/17 60/23
61/14 61/17 62/24 63/2
civil [9] 8/9 8/12 9/4
39/23 40/6 40/7 82/11
82/15 142/11
claimed [1] 145/11
claims [1] 56/11
Clapper [1] 89/4
clarified [1] 13/20
classification [1] 62/16
cleaning [1] 90/12
clear [4] 15/7 41/4
141/10 146/1
clearing [2] 23/17
132/23
clearly [1] 143/13
Clemente [3] 51/9 72/5
100/4
clerk [3] 146/20 148/3
148/25
click [7] 12/18 65/7
65/14 82/10 82/17
109/15 114/22
Clintons [1] 89/4
clip [12] 14/21 15/1
20/1 20/24 22/14 26/6
26/15 30/23 31/6 34/3
34/21 36/19
clips [1] 42/9
close [5] 31/3 31/25
36/16 41/20 106/20
closed [1] 123/13
closer [2] 25/20 130/1

**C**

closest [1]  11/9
closing [1]  103/14
clothes [1]  138/15
co [3]  99/9 100/2 125/4
co-defendant [3]  99/9
100/2 125/4
Coast [4]  93/10 102/3
102/6 103/2
collapse [1]  81/8
collapsible [1]  9/3
colleague [1]  7/8
colleagues [2]  32/17
35/23
COLUMBIA [2]  1/1
1/19
column [2]  95/8 117/11
combat [1]  68/11
come [7]  10/19 49/23
49/24 63/8 97/5 129/6
148/24
comes [1]  49/22
comfortable [2]  40/2
40/22
coming [6]  14/12 29/7
50/20 56/21 113/19
122/7
commands [1]  15/11
comment [2]  83/22
99/16
comments [2]  59/18
100/1
Comments.docx [6]
79/1 79/5 79/12 79/16
88/10 88/15
common [1]  80/4
communicating [4]
25/11 25/13 123/23
137/14
communication [1]
137/19
communications [6]
96/7 100/16 104/24
109/25 114/3 140/9
Communism [2]  81/8
139/18
compare [1]  40/14
compared [1]  40/16
Complacency [1]  85/6
completed [1]  74/2
completely [2]  40/25
99/17
completeness [1]
49/22
compliant [1]  15/10
complies [1]  29/12
computer [1]  2/12
computer-aided [1]
2/12
Con [3]  51/18 52/10
59/15
concern [1]  145/5
concerned [1]  142/8
concluded [1]  150/20
concrete [1]  29/23
conduct [7]  35/9 47/22
47/23 70/6 70/17 92/13
116/13

conference [5]  51/6
51/7 51/18 52/10 59/15
confident [1]  91/18
confidential [1]  145/20
confirm [1]  87/9
confirmation [1]  78/21
confirmed [3]  75/6
76/5 87/21
confrontation [3]  25/7
26/7 26/10
confused [2]  150/6
150/8
confusing [2]  148/12
148/18
confusion [1]  147/2
Congress [4]  84/25
92/4 120/11 136/21
consistent [1]  133/5
conspiracy [1]  90/9
constitutional [1]  80/4
contained [3]  28/17
117/20 117/22
contains [35]  61/22
118/22 119/18 119/23
119/24 120/7 120/23
121/14 121/21 122/10
122/20 123/1 125/10
125/18 125/25 126/6
127/1 127/8 127/14
127/21 128/9 128/15
129/1 129/13 130/20
131/3 131/13 131/19
132/3 132/16 132/24
133/10 133/24 134/5
134/11
contention [1]  26/24
contents [6]  74/3 74/6
86/7 86/10 93/12 136/7
context [2]  147/11
148/22
continued [8]  2/1 3/1
4/1 5/1 6/1 23/5 38/2
63/13
control [3]  8/14 16/23
24/3
convenient [1]  75/14
converging [1]  123/22
conversations [1]
148/22
converted [1]  119/5
convoy [1]  40/11
coordinating [1]  104/3
cop [1]  72/13
copies [5]  75/7 76/5
76/10 87/10 87/21
cops [3]  89/4 97/6
113/19
copy [16]  49/1 60/24
61/16 63/23 64/12
65/22 66/10 66/22
68/19 69/8 71/12 74/22
86/25 101/9 102/17
136/14
corner [18]  11/18
13/13 15/20 25/15
25/18 27/18 28/24
29/13 30/13 32/7 39/5
53/2 56/5 62/2 62/19

conference [5]  51/6
64/19 65/12 132/21
correct [12]  13/18
42/11 42/24 46/1 52/13
52/22 83/19 93/11
100/20 102/7 108/18
137/2
correctly [1]  42/9
corridor [1]  11/21
corrupt [1]  80/9
corruption [3]  80/16
90/13 91/19
Costa [1]  2/7
could [21]  7/22 8/14
11/9 18/17 19/1 23/15
24/24 28/15 28/18 35/1
43/9 46/10 47/8 123/19
124/5 124/7 124/7
125/2 143/12 149/20
149/25
couldn't [2]  42/25 46/7
counsel [6]  7/10 7/12
146/10 148/3 150/14
150/17
counsel's [1]  95/21
count [2]  111/8 132/8
counter [1]  123/22
counter-protest [1]
123/22
country [6]  81/22
89/10 89/11 91/18
143/16 145/8
countrymen [1]  81/7
County [8]  47/17 48/12
54/16 60/9 63/3 99/10
99/13 100/2
coup [2]  89/7 90/17
couple [4]  15/19 31/5
38/5 84/14
courage [1]  81/14
courses [1]  8/22
court [15]  1/1 2/9 2/10
41/16 49/9 70/14 71/1
71/18 94/6 106/6 115/1
136/13 147/11 149/7
151/9
Court's [1]  50/22
cover [1]  95/13
coverall [1]  9/8 11/3
12/11
covers [1]  47/17
COVID [2]  43/24 99/13
COVID-19-related [1]
99/13
cowards [1]  81/20
create [1]  24/23
created [8]  79/13 82/6
82/7 88/12 89/24 91/4
116/23 117/10
crew [1]  83/1
crime [1]  47/21
criminal [4]  1/3 1/15
7/3 148/16
criminals [2]  80/3 89/8
CRM [1]  1/14
cross [13]  2/17 41/10
46/16 95/21 145/15
145/17 145/25 146/12
146/22 146/24 148/5

cross-examination [12]
41/10 46/16 95/21
145/15 145/17 145/25
146/12 146/22 146/24
148/5 149/2 149/13
crossed [2]  82/25 83/2
crowd [28]  9/20 11/24
15/10 17/17 17/22
25/13 27/6 28/12 29/2
29/24 30/3 30/8 36/23
45/8 46/5 46/6 46/12
124/10 124/12 124/12
124/20 124/21 126/19
127/12 129/5 129/18
131/25 140/23
crowds [1]  40/22
crushed [1]  80/6
cry [2]  60/6 60/10
crying [1]  142/10
CS [2]  9/20 124/7
Cue [1]  51/6
curfew [2]  83/14
138/13
curious [1]  41/15
current [3]  8/4 8/6
47/13
currently [2]  47/11
89/3
custodian [2]  60/22
63/21
cut [1]  109/19
cut-off [1]  109/19

**D**

D.C [25]  1/16 1/20 8/1
48/13 55/1 72/4 72/16
73/1 77/20 83/14 84/11
85/3 85/5 90/13 99/6
101/17 101/22 103/24
104/10 104/17 105/6
107/17 107/22 108/3
108/21
dad [1]  135/18
Dadell [1]  89/25
dagger [2]  18/13 27/4
damage [1]  30/2
dangerous [3]  16/21
97/13 97/16
data [2]  79/9 117/5
date [54]  13/13 13/16
52/12 52/15 55/11
62/12 64/22 65/5 65/12
67/12 68/6 69/16 69/19
78/16 92/5 92/19 93/7
96/20 97/20 97/22
98/13 99/6 100/22
102/24 103/8 105/3
105/25 106/15 107/6
108/4 108/13 109/7
110/3 110/16 110/21
111/18 112/16 113/9
114/11 115/8 117/15
117/19 117/22 135/8
136/9 138/6 138/23
140/12 141/11 142/1
142/22 143/8 144/1
151/8

dates [1]  82/6
daughter [3]  123/23
137/14 137/24
David [4]  103/6 103/12
109/5 109/10
dawns [1]  81/22
day [26]  1/7 8/17 10/4
10/7 10/8 10/16 10/24
14/25 15/18 28/10 42/2
44/23 45/2 45/7 45/9
45/10 45/12 81/21 85/7
97/23 100/1 107/17
133/8 134/23 138/12
150/20
daylight [1]  107/2
days [3]  72/5 100/6
107/16
DC [8]  94/9 94/12
94/17 116/2 116/4
116/6 116/9 116/12
deactivate [1]  12/21
deadline [1]  84/23
deadly [1]  80/3
deafening [1]  81/17
deal [1]  43/24
dealing [1]  18/23
dealt [2]  39/24 40/7
dearly [1]  57/8
death [1]  138/16
Debbie [1]  143/3
debrief [2]  44/25 45/1
debriefings [2]  44/22
44/23
December [17]  57/17
67/12 68/6 73/8 73/11
99/3 99/4 99/9 100/1
100/23 102/6 102/16
102/24 103/10 105/4
106/1 106/16
December 15th [2]
99/4 99/9
December 15th and [1]
99/3
December 16th [1]
100/1
December 17th [2]
67/12 68/6
December 19th [4]
100/23 102/16 103/10
105/4
December 21st [1]
57/17
December 28th [2]
106/1 106/16
declaration [5]  49/13
50/9 60/22 63/21 63/23
Dede [5]  77/25 77/25
110/20 111/1 111/23
deep [1]  142/15
defeat [1]  81/8
defeating [1]  83/4
defendant [38]  1/7 2/3
51/7 93/16 99/3 99/9
99/9 100/2 100/3 100/7
100/10 120/17 120/19
123/18 123/21 123/23
124/1 124/4 124/11
124/23 125/4 125/4

**D**

defendant... [16] 125/5
126/16 129/23 130/2
130/11 130/14 130/15
130/17 137/14 137/17
145/18 146/13 146/14
148/4 148/4 150/2
defendant's [2] 100/12
126/24
defense [5] 2/5 66/22
118/5 147/12 149/17
defined [1] 22/16
dehumanize [1] 80/5
delivered [1] 73/14
demanding [1] 89/13
130/7
Democrat [1] 80/9
demonstrated [1]
134/24
demonstrative [9]
66/17 117/15 117/19
117/25 119/5 120/13
123/15 129/20 134/17
den [1] 81/18
department [3] 8/1
62/6 63/3
departure [3] 64/20
65/5 65/12
depend [1] 85/4
depending [2] 8/18
106/8
Depends [1] 8/24
depict [18] 118/25
119/21 121/17 122/13
122/23 125/21 127/4
127/11 129/4 129/16
131/6 131/16 131/22
132/6 132/19 133/2
133/13 134/2
depicted [4] 67/10 68/4
102/17 139/17
depiction [6] 12/9
35/25 37/9 51/20 53/24
55/22
depicts [17] 121/18
122/14 122/24 125/22
127/5 127/12 129/5
129/17 131/7 131/8
131/17 131/23 132/20
133/3 133/14 133/24
134/3
deploy [1] 25/6
deployed [2] 28/15
40/13
deployments [1] 23/12
descended [1] 54/17
describe [16] 8/11 11/4
14/20 21/8 23/24 24/15
25/3 26/5 26/20 37/23
47/19 83/10 109/1
116/21 117/7 126/16
description [6] 50/8
50/11 54/15 67/21
139/18 139/19
despicable [1] 80/9
destroyed [1] 109/1
determine [2] 94/23
124/20

detonating [1] 124/9
devolves [1] 57/7
diagnosed [1] 40/19
did [105] 8/2 10/23
11/11 12/22 15/1 15/3
15/7 18/1 18/21 18/21
19/3 19/5 19/14 19/23
20/1 20/24 21/2 21/5
21/16 21/23 22/7 22/13
22/17 22/24 23/2 23/9
23/13 23/21 28/5 28/7
29/2 34/21 35/5 36/20
36/22 38/24 39/14
39/17 39/19 41/4 41/15
41/23 41/25 42/13
42/15 42/17 42/25
43/19 45/1 46/17 48/6
48/7 51/1 53/8 53/10
53/11 53/12 54/22
54/24 67/24 70/6 70/17
71/18 73/7 73/10 73/18
76/13 79/4 80/8 80/10
85/24 88/14 90/1 90/3
91/6 93/13 93/16 94/9
94/12 94/20 94/23 98/9
113/21 121/7 121/9
122/4 122/5 122/6
123/11 123/12 123/13
123/14 129/11 132/1
133/7 133/9 133/19
133/22 135/20 138/12
143/3 143/11 143/11
145/6 150/16
didn't [19] 10/18 10/18
10/20 19/17 24/23 25/6
28/16 37/24 45/10
45/14 45/18 45/19
49/11 50/19 72/6 72/10
72/12 95/13 107/12
died [1] 24/11
different [6] 9/13 9/19
41/21 42/8 103/17
136/5
digital [1] 48/1
DIRECT [3] 7/20 47/4
63/13
directing [2] 17/22
27/7
direction [6] 11/7 28/8
30/4 30/10 35/5 124/14
directly [9] 20/11 23/7
26/25 30/16 30/19 39/9
120/19 121/12 124/22
directors [1] 98/21
dirty [1] 89/4
disappointed [1]
130/18
discuss [5] 53/9 91/19
94/9 94/21 109/13
discussed [3] 99/12
116/2 122/19
discussing [3] 30/15
91/15 134/19
disgusting [1] 17/7
dismiss [5] 48/23 49/1
147/8
disobedience [2] 8/12
82/15

Disobey [1] 57/24
dispatched [1] 12/5
display [2] 56/5 56/7
displayed [1] 146/3
district [5] 1/1 1/1 1/10
1/19 8/25
disturbance [3] 8/9 9/4
40/6
disturbances [4] 39/23
40/7 123/24 137/15
division [4] 1/15 9/23
47/12 62/8
do [117] 7/25 8/19 9/24
12/1 12/18 13/7 15/21
18/8 18/11 19/11 22/20
24/8 26/12 27/18 27/23
29/16 31/6 31/8 32/14
33/9 34/1 35/20 37/5
38/21 39/9 41/21 43/25
47/11 47/21 47/24 48/1
48/2 48/19 48/21 51/14
52/6 52/14 53/2 53/4
53/19 53/20 54/25 55/1
55/17 56/9 59/19 61/10
61/12 62/24 63/17
63/19 64/7 65/17 65/19
66/5 66/6 68/14 68/16
69/2 70/9 70/20 71/4
71/6 73/13 73/15 73/22
73/24 74/9 74/11 74/17
74/18 85/18 85/19 86/1
86/14 86/20 89/18
93/13 99/19 101/2
102/2 102/4 102/11
102/13 104/4 108/2
109/14 111/4 114/6
119/8 120/2 120/10
126/3 126/9 127/17
127/24 128/2 128/12
128/19 128/22 131/11
131/12 132/9 134/8
134/14 134/19 134/21
135/1 143/4 143/5
144/13 144/15 145/25
146/25 148/7 148/15
150/14
document [37] 48/20
49/16 49/18 49/24 50/5
50/12 50/17 60/19
61/11 63/18 64/7 65/18
66/5 68/15 69/3 71/5
71/10 74/10 79/4 81/3
86/14 88/14 88/19 90/1
90/6 91/6 96/15 101/3
108/9 135/5 135/23
138/1 138/20 140/6
141/23 142/20 144/14
documents [2] 86/17
146/15
does [56] 12/7 16/24
29/20 30/2 30/24 31/14
31/22 34/10 34/18
36/11 40/14 54/13 58/9
58/22 59/22 60/14
67/18 73/25 74/3 74/5
74/19 74/21 83/20
83/23 84/1 84/12 86/4
86/7 86/22 90/21

104/16 113/3 116/19
117/22 117/25 118/25
119/11 119/21 121/17
122/13 122/23 125/21
127/4 127/11 129/4
129/16 131/6 131/16
131/22 132/6 132/19
133/2 133/13 134/2
141/13 149/4
doesn't [3] 94/1 104/22
108/25
dogs [1] 81/12
doing [15] 14/21 19/5
24/4 26/15 30/9 30/18
30/23 34/2 35/2 39/12
43/18 63/6 138/13
142/9 146/18
DOJ [2] 1/14 145/23
DOJ-CRM [1] 1/14
domestic [4] 47/16
79/19 80/2 90/14
don't [25] 9/22 16/24
19/1 23/3 44/17 45/25
46/3 50/13 50/15 50/18
50/20 71/9 95/18 97/2
106/20 107/2 115/11
136/15 140/1 141/9
146/18 147/23 148/21
149/5 150/1
Donald [4] 60/10 60/11
101/17 101/21
done [5] 30/25 80/17
96/12 98/8 148/16
donning [1] 25/17
DoNotCertify [1] 84/17
doomed [1] 143/16
doomed,' [1] 125/1
door [6] 130/4 130/6
130/7 130/12 130/14
131/9
doors [2] 72/14 130/10
double [1] 12/18
down [33] 10/16 11/1
20/14 22/17 22/19 23/3
23/7 31/2 34/7 60/17
62/15 62/23 68/13
69/21 69/23 70/5 73/6
78/15 79/25 81/5 81/12
82/1 84/14 85/20 93/19
96/25 99/7 99/19
104/11 115/5 122/14
124/23 134/17
downtown [1] 10/14
dream [1] 88/24
dress [1] 109/12
dressed [4] 9/3 10/7
10/10 10/10
Drew [1] 112/15
drink [1] 98/9
drive [2] 46/3 56/20
driving [2] 105/14
105/19
Drove [1] 110/12
DuckDuckGo [7] 92/8
92/9 92/11 92/12 92/22
93/6 93/14
ducking [1] 125/7
dude [1] 98/9

dude [1] 123/21
duly [2] 7/18 47/2
duration [1] 62/18
during [7] 48/3 71/1
73/7 94/20 99/15 107/1
134/20
duty [1] 89/18
duty.' [1] 89/17

**E**

each [3] 8/25 8/25
75/15
earlier [8] 27/4 27/24
33/10 36/13 37/19
39/14 116/1 122/19
early [6] 10/3 10/4 10/8
10/11 45/16 146/7
earpiece [1] 29/7
ease [1] 20/23
East [3] 93/9 102/2
103/2
eastbound [1] 32/7
eastern [63] 11/21
13/18 77/9 83/16 83/18
83/24 84/2 110/24
111/20 112/8 112/18
113/11 113/21 114/12
114/20 115/9 116/24
119/2 119/6 119/23
120/6 120/12 121/4
121/20 122/1 122/16
122/25 123/6 125/15
127/7 127/13 127/20
128/1 128/14 128/21
129/12 129/19 130/25
131/10 131/18 132/2
132/15 132/22 133/4
133/15 134/4 134/10
134/16 135/2 135/3
135/9 135/20 136/11
138/8 138/25 139/2
140/14 140/16 140/18
141/12 142/3 143/9
142/2
edge [1] 124/21
effect [4] 22/16 29/25
124/22 125/1
effective [2] 23/16
62/12
efficient [1] 149/8
eight [3] 78/5 126/23
145/9
eight hours [1] 78/5
eight years [1] 145/9
either [9] 9/20 19/15
19/15 19/18 25/19
108/21 130/11 145/22
148/17
El [1] 100/5
El Ranchito [1] 100/5
elected [1] 79/22
election [5] 55/12 80/7
91/14 99/5 101/22
elections [1] 91/15
electoral [4] 84/23
84/25 111/8 132/8
electors [1] 143/15
elevated [1] 126/18

**Ellipse [4]** 120/3
120/16 121/19 124/13
**else [4]** 26/23 104/12
150/5 150/18
**email [2]** 70/1 78/14
**embarrassed [1]** 72/13
**employment [1]** 62/18
**encourage [3]** 41/21
81/18 129/24
**encrypted [1]** 93/23
**end [11]** 29/23 50/5
76/10 77/9 77/21 78/6
81/3 81/21 125/3
147/19 147/20
**ended [1]** 132/10
**ending [3]** 71/25 78/10
129/22
**enemies [2]** 79/19
90/14
**enforce [1]** 97/6
**enforcement [10]**
16/24 17/15 23/16
23/21 24/7 26/7 28/15
30/8 37/25 57/6
**engaged [1]** 116/13
**engaging [3]** 23/22
24/6 30/8
**engine [1]** 92/12
**enough [2]** 27/5 41/20
**enter [2]** 129/24 130/17
**entered [3]** 116/10
130/10 132/14
**entering [1]** 141/20
**entire [9]** 49/16 49/18
52/23 59/5 104/8
104/13 146/16 147/6
148/18
**entirety [6]** 121/5 122/2
123/9 125/16 131/1
147/10
**entitled [2]** 60/10 151/5
**entrance [2]** 11/16
130/4
**entries [2]** 74/13 78/14
**entry [8]** 77/6 77/11
77/15 77/19 77/23 78/8
78/24 130/7
**environment [1]** 8/15
**envision [1]** 80/13
**epic [2]** 105/7 108/3
**equipment [2]** 42/6
44/20
**error [1]** 136/13
**escape [1]** 136/21
**especially [2]** 44/14
95/16
**ESQUIRE [3]** 1/14 1/18
2/5
**essence [2]** 82/23
82/24
**estimate [1]** 46/6
**estimates [1]** 120/19
**evacuated [3]** 83/14
127/18 136/22
**Evelyn [2]** 142/21
143/1
**even [8]** 44/8 50/18

73/4 97/14 95/16 106/8
109/1 146/21
**evening [2]** 93/9 102/5
**event [5]** 55/3 60/9
74/16 84/24 106/6
**events [10]** 32/19
35/25 37/9 39/19 40/21
48/4 50/8 50/10 50/11
85/5
**eventually [2]** 11/18
126/15
**ever [4]** 42/13 42/23
57/7 104/16
**every [4]** 40/10 89/17
109/17 141/16
**everybody [1]** 18/25
26/23
**everyone [3]** 38/16
104/12 115/12
**everything [4]** 35/6
111/25 112/2 147/11
**everywhere [1]** 42/2
**evidence [35]** 14/7
32/25 36/6 37/16 50/2
52/3 54/5 56/2 61/8
61/24 64/4 64/17 66/2
66/15 67/8 68/25 69/13
71/22 73/20 75/3 76/2
77/2 85/21 86/20 86/22
87/6 87/18 88/5 96/4
100/15 101/14 102/22
118/1 118/20 144/25
**evil [1]** 57/7
**exact [1]** 128/25
**exactly [1]** 146/13
146/20
**examination [18]** 2/17
7/20 41/10 46/14 46/16
47/4 63/13 73/19 95/21
145/15 145/17 145/25
146/12 146/22 146/24
148/5 149/2 149/13
**examined [2]** 7/18 47/2
**examiner [2]** 73/18
85/24
**example [1]** 37/21
**examples [2]** 92/17
92/24
**Except [1]** 83/22
**excerpted [4]** 104/23
109/25 114/3 140/9
**excited [1]** 17/20
**excitement [2]** 17/21
80/12
**excuse [4]** 76/18 78/23
87/14 108/17
**execute [1]** 47/22
**execution [1]** 90/16
**exhibit [249]**
**Exhibit 001 [1]** 126/1
**Exhibit 002 [5]** 120/8
126/7 128/10 134/6
134/12
**Exhibit 101 [3]** 127/22
128/17 129/2
**Exhibit 102 [1]** 129/14
**Exhibit 105 [1]** 131/20
**Exhibit 109 [1]** 133/11

**Exhibit 1101 [3]** 48/19
49/5 98/25 120/14
123/16 126/12 129/21
137/11 147/8
**Exhibit 1102 [2]** 71/4
71/16
**Exhibit 111 [1]** 127/15
**Exhibit 1201 [2]** 66/20
67/6
**Exhibit 1202 [5]** 118/3
118/16 120/22 125/9
130/19
**Exhibit 204 [3]** 13/4
13/7 14/3
**Exhibit 205.01 [3]**
35/17 35/20 36/4
**Exhibit 206.01 [5]**
32/11 32/14 32/23
132/17 132/25
**Exhibit 303 [1]** 119/25
**Exhibit 305 [1]** 58/10
**Exhibit 306 [3]** 53/16
54/3 58/23
**Exhibit 307 [1]** 90/19
**Exhibit 313.01 [2]**
128/16 128/20
**Exhibit 326.01 [3]** 37/2
37/5 37/14
**Exhibit 332 [2]** 55/14
55/25
**Exhibit 333 [3]** 51/11
51/24 59/23
**Exhibit 404 [1]** 127/25
**Exhibit 507 [3]** 102/11
102/12 102/20
**Exhibit 526 [2]** 144/13
144/23
**Exhibit 602.01 [3]** 74/9
75/1 77/4
**Exhibit 602.02 [2]**
78/12 78/13
**Exhibit 602.04 [2]** 82/2
82/3
**Exhibit 602.05 [2]** 83/6
83/7
**Exhibit 602.06 [2]** 79/7
79/8
**Exhibit 602.07 [2]**
79/14 79/15
**Exhibit 602.09 [4]**
116/16 116/17 117/20
119/12
**Exhibit 602.10 [2]** 84/4
84/6
**Exhibit 602.16 [1]**
118/23
**Exhibit 602.17 [1]**
119/19
**Exhibit 602.30 [1]**
121/15
**Exhibit 602.33 [1]**
122/11
**Exhibit 602.34 [1]**
122/21
**Exhibit 602.35 [1]**
125/19
**Exhibit 602.37 [1]**
127/1

**Exhibit 602.38 [1]**
127/9
**Exhibit 602.42 [2]**
111/4 132/4
**Exhibit 602.43 [1]**
131/14
**Exhibit 602.46 [1]**
133/25
**Exhibit 602.47 [3]**
117/3 117/4 117/23
**Exhibit 602.48 [1]**
60/15
**Exhibit 602.71 [1]**
120/23
**Exhibit 602.72 [1]**
121/22
**Exhibit 602.73 [1]**
123/2
**Exhibit 602.74 [1]**
125/10
**Exhibit 602.75 [2]**
113/4 130/20
**Exhibit 604.04 [3]**
87/14 91/21 91/23
**Exhibit 604.09 [5]**
86/13 87/4 88/7 89/19
90/24
**Exhibit 604.12 [1]** 91/9
**Exhibit 604.13 [2]**
88/17 88/18
**Exhibit 604.14 [3]** 90/4
90/5 90/21
**Exhibit 712 [2]** 61/10
61/20
**Exhibit 713 [2]** 60/18
61/3
**Exhibit 714 [2]** 69/2
69/11
**Exhibit 715 [2]** 68/14
68/23
**Exhibit 716 [2]** 64/6
64/15
**Exhibit 717 [3]** 63/4
63/17 64/2
**Exhibit 718 [2]** 66/4
66/13 67/20
**Exhibit 719 [2]** 65/17
65/25
**Exhibit 722 [3]** 73/16
73/17 74/20
**Exhibit 726 [3]** 85/21
85/22 86/23
**Exhibit 807 [1]** 70/15
**Exhibit 901.04 [1]**
134/14
**Exhibit 904.01 [2]**
94/15 94/16
**Exhibit 905.01 [2]** 95/1
95/2
**Exhibit 907.21 [1]**
100/14
**Exhibit 907.21A [2]**
101/2 101/12
**Exhibit 910.01 [1]**
108/8
**Exhibit 911.02 [2]**
103/4 103/5
**Exhibit 911.03 [2]**

109/3 109/4
**Exhibit 912.02 [4]**
107/8 107/9 143/19
143/20
**Exhibit 913.01 [1]**
139/7
**Exhibit 913.03 [4]**
113/6 138/19 139/8
139/21
**Exhibit 914.03 [1]**
113/7
**Exhibit 915.02 [1]**
135/4
**Exhibit 916.05 [3]**
110/18 110/19 111/16
**Exhibit 917.02 [1]**
142/19
**Exhibit 918 [2]** 109/22
109/23
**Exhibit 919 [1]** 140/5
**Exhibit 920 [2]** 104/19
104/20
**Exhibit 921 [2]** 113/25
114/1
**Exhibit 922.02 [2]**
105/20 105/21
**Exhibit 922.03 [2]**
106/10 106/11
**Exhibit 922.04 [1]**
141/22
**Exhibit 923.02 [2]** 98/1
98/2
**Exhibit 923.03 [1]**
137/25
**Exhibit 924 [2]** 96/8
96/15
**Exhibit 925 [2]** 112/12
112/13
**Exhibit 926 [2]** 87/20
136/1
**Exhibit 926.02 [4]** 88/1
135/22 136/4 137/19
**exhibits [28]** 2/24 3/2
4/2 5/2 43/7 75/5 75/24
76/4 76/22 76/24 87/8
87/17 104/22 117/16
118/12 146/1 146/2
146/3 146/4 146/6
146/13 146/14 146/17
146/20 147/1 147/4
148/2 150/7
**exit [6]** 27/13 84/18
85/11 103/20 106/23
112/24
**expect [2]** 45/10 104/4
**expectation [1]** 149/23
**expecting [2]** 45/8
149/21
**expensive [3]** 42/5
42/7 44/20
**experience [1]** 94/3
**experienced [1]** 46/18
**explain [2]** 12/15 83/2
**exploding [1]** 123/20
**exposed [2]** 9/24 91/19
**extend [1]** 106/7
**extended [1]** 124/13
**extinguisher [1]** 9/17

# E

**extracted [6]** 74/3 74/6 86/7 86/10 93/12 136/7
**extraction [12]** 74/1 74/7 74/23 75/7 76/6 76/11 85/24 86/5 86/11 87/1 87/10 87/22
**extracts [2]** 146/17 147/5
**extremely [1]** 148/18
**eye [1]** 25/14
**eyes [1]** 136/18

# F

**face [6]** 43/20 44/2 44/6 44/11 56/20 90/15
**Facebook [12]** 68/18 69/6 88/10 88/14 88/19 103/6 107/10 107/16 108/10 109/5 138/21 143/21
**faced [1]** 81/12
**facial [1]** 80/5
**facing [3]** 81/5 115/1 122/8
**Fail [1]** 96/25
**fair [29]** 32/19 35/25 37/9 49/1 51/20 53/24 55/22 60/24 61/16 63/23 64/12 65/22 66/10 67/2 68/19 69/8 71/12 74/22 75/6 76/5 76/10 76/19 86/25 87/9 87/21 101/9 102/17 118/12 144/19
**fairly [1]** 45/8
**familiar [2]** 92/9 93/20
**famously [1]** 80/17
**far [11]** 13/25 23/18 26/12 27/18 29/13 31/14 32/4 33/20 39/5 42/12 45/2
**far-right [1]** 31/14
**fascism [1]** 57/7
**fast [1]** 10/17
**Faux [2]** 140/2 145/10
**Fawkes [1]** 57/21
**FBI [11]** 7/9 46/23 47/12 47/15 48/3 48/9 70/6 70/17 89/4 145/21 145/23
**fear [2]** 80/17 81/19
**federal [1]** 47/21
**feel [4]** 21/5 29/25 46/18 108/25
**feelings [1]** 109/1
**feet [4]** 31/5 31/5 33/22 36/18
**fellow [1]** 145/7
**felt [2]** 73/5 143/14
**female [1]** 24/10
**fencing [1]** 45/22
**few [5]** 40/5 72/4 72/5 81/18 100/6
**fight [4]** 15/12 80/16 108/2 142/11
**fighting [9]** 16/2 17/21 19/20 23/3 26/17 30/7

**figure [1]** 150/9
**figuring [1]** 57/19
**file [21]** 73/23 73/25 74/1 74/3 74/17 74/19 74/19 79/5 86/2 86/4 86/5 86/5 86/7 86/22 88/10 88/14 89/22 90/1 91/2 91/6 147/8
**filed [4]** 48/23 49/2 71/9 71/12
**files [3]** 79/9 117/5 119/13
**filing [2]** 49/9 71/18
**filings [1]** 41/16
**fill [1]** 80/18
**filled [1]** 80/21
**finally [2]** 78/7 110/13
**find [2]** 10/14 107/18
**fine [4]** 107/1 112/6 149/3 149/16
**finish [1]** 90/12
**finished [1]** 120/16
**fire [3]** 9/17 96/25 97/5
**first [41]** 7/18 8/13 13/5 13/20 13/23 14/1 15/12 32/12 35/18 39/25 47/2 51/12 53/17 55/15 72/9 79/17 82/12 88/25 93/16 95/8 98/5 99/1 100/19 103/8 103/9 106/14 109/7 110/3 111/17 112/16 113/9 113/10 126/4 135/8 136/9 136/12 138/23 140/12 143/23 145/19 147/1
**five [7]** 9/1 9/2 32/12 35/18 77/8 83/16 110/12
**five hours [3]** 77/8 83/16 110/12
**five seconds [2]** 32/12 35/18
**fixate [1]** 18/25
**flag [14]** 20/1 20/11 21/9 23/5 27/24 33/11 34/7 34/7 34/12 34/13 34/23 36/12 42/22 128/4
**flagpoles [2]** 23/9 23/14
**flame [2]** 9/8 11/3
**flanked [2]** 15/17 16/20
**flash [6]** 115/16 123/20 124/8 135/18 137/7 141/19
**Floyd [1]** 40/9
**flu [1]** 80/4
**Flynn [2]** 91/19 105/7
**focus [2]** 22/2 22/3
**focused [6]** 18/18 18/20 20/12 27/4 31/9 35/6
**folks [1]** 91/14
**follow [1]** 15/19
**following [6]** 74/7 86/11 99/16 100/1

**follows [2]** 7/19 47/3
**folly [1]** 91/14
**Fontana [1]** 63/2
**foot [2]** 45/22 126/20
**footage [11]** 13/1 13/9 13/11 26/21 27/11 32/3 32/16 35/14 35/22 128/6 128/25
**force [2]** 38/1 38/1
**forces [1]** 80/10
**forearm [1]** 11/2
**foregoing [1]** 151/3
**foreign [2]** 79/19 90/14
**forensic [3]** 73/18 73/19 85/23
**forever [1]** 91/17
**forget [1]** 10/9
**forgot [2]** 72/11 81/10
**form [1]** 61/14
**formal [1]** 44/22
**formatting [1]** 136/13
**formed [1]** 11/14
**former [2]** 72/13 114/9
**forth [1]** 126/20
**forward [13]** 14/9 14/23 20/6 20/22 24/5 24/22 25/20 26/4 28/22 34/8 37/17 55/5 55/7
**fought [2]** 85/8 141/1
**found [4]** 11/7 84/7 86/17 116/18
**foundation [6]** 38/13 49/8 61/5 61/21 71/19 95/11
**four [5]** 9/1 9/9 43/8 43/9 123/20
**Fox [1]** 141/9
**frame [7]** 20/6 25/15 26/4 28/22 29/5 38/6 41/6
**fraud [3]** 1/15 91/17 101/22
**fraudulent [2]** 84/25 91/13
**free [2]** 89/5 89/6
**freedom [5]** 34/4 51/8 59/6 83/1 134/24
**friend [1]** 98/20
**front [12]** 17/16 18/19 18/25 21/11 26/25 30/16 33/22 36/19 43/20 44/18 81/25 121/12
**full [12]** 10/24 74/1 74/22 75/7 76/6 76/11 86/5 86/25 87/10 87/22 110/8 138/15
**Fullerton [5]** 74/2 74/7 75/8 76/6 76/11
**fully [1]** 134/24
**fun [2]** 98/19 107/5
**functions [2]** 93/25 93/25
**furry [1]** 30/17
**further [8]** 24/22 41/8 46/20 62/14 69/21 99/7 130/15 145/14

**future [2]** 91/18 91/19
**FYI [1]** 110/8

# G

**gain [2]** 16/23 24/3
**gallows [1]** 89/9
**gas [14]** 9/9 9/21 11/2 25/17 25/24 26/25 30/15 31/17 43/21 115/16 124/7 124/8 136/21 138/16
**gassed [4]** 115/1 135/17 137/7 141/19
**gathered [2]** 14/25 17/6
**gathering [1]** 18/24
**gatherings [1]** 8/14
**gave [7]** 72/6 72/15 72/17 73/1 73/4 100/9 130/17
**Gavin [1]** 51/9
**gear [12]** 9/7 9/7 10/22 10/23 10/25 22/19 67/13 68/7 110/13 110/13 110/14 110/14
**Gen [1]** 91/19
**general [6]** 12/14 17/20 23/13 46/5 47/19 105/7
**generally [10]** 8/11 8/19 9/22 10/22 12/15 18/21 24/6 48/9 72/15 128/6
**generations [2]** 79/18 79/19
**gentleman [7]** 17/7 17/18 26/14 26/24 29/5 34/5 43/6
**George [8]** 40/9 63/22 63/24 64/10 77/12 77/16 78/9 119/2
**get [28]** 9/24 10/4 10/6 10/7 10/7 10/10 10/16 10/16 16/20 17/18 17/19 17/19 19/10 28/14 28/18 41/21 85/3 85/5 97/5 107/25 114/16 143/3 146/1 146/19 147/18 149/2 149/6 149/12
**gets [1]** 109/17
**getting [6]** 15/17 16/7 31/2 97/13 145/10 148/10
**giant [1]** 80/18
**gift [1]** 72/10
**gifted [1]** 72/3
**gifts [1]** 100/8
**give [1]** 148/13
**gives [1]** 16/25
**giving [1]** 92/13
**Glad [1]** 98/19
**glee [1]** 80/12
**glove [1]** 68/11
**gloves [4]** 9/4 11/2 29/18 68/12
**gmail.com [5]** 77/14 77/17 78/10 79/2 79/3
**go [194]**

**go: [2]** 125/6 130/12
**God [5]** 56/19 81/19 81/24 81/24 136/20
**goes [5]** 9/7 12/12 29/7 31/1 106/9
**going [44]** 11/7 15/13 19/15 19/20 20/22 22/20 23/3 29/25 30/1 30/7 35/6 35/10 38/9 38/12 40/10 40/25 41/24 50/23 61/4 65/3 69/22 75/10 75/13 76/9 104/9 104/17 105/6 106/8 106/22 107/13 108/3 115/20 130/15 146/13 147/20 147/21 148/5 148/23 149/6 149/13 149/15 149/19 149/24 150/2
**gold [1]** 84/15
**good [17]** 7/7 7/11 7/22 12/24 18/18 18/20 23/18 24/20 26/4 41/12 45/21 47/6 47/7 63/15 63/16 116/1 140/22
**Google [2]** 92/12 93/17
**got [10]** 9/14 10/3 10/5 10/10 31/9 40/19 50/23 137/7 141/19 146/25
**government [88]** 1/13 1/17 2/14 2/24 3/2 4/2 5/2 7/5 13/4 13/7 14/3 14/7 32/11 32/14 32/22 32/25 35/20 36/4 36/6 37/2 37/5 37/14 37/16 49/5 50/2 51/11 52/3 53/16 54/2 54/5 55/14 59/23 60/15 60/17 61/3 61/8 61/10 61/24 63/17 64/1 64/4 64/17 66/2 66/15 67/8 67/19 68/14 68/25 69/13 70/15 71/4 71/22 75/3 75/5 75/24 76/4 76/24 78/13 79/8 79/23 87/6 87/8 87/13 87/17 87/25 88/5 90/19 90/21 96/4 101/14 102/22 117/20 118/20 119/16 123/1 126/25 127/8 128/16 129/2 131/4 131/20 144/25 149/19 149/21
**government's [160]**
**governments [2]** 92/18 92/25
**Governor [1]** 51/9
**grabbing [1]** 130/14
**graduation [1]** 40/23
**grandstands [2]** 11/13 11/15
**gray [30]** 20/20 20/23 21/17 21/23 22/14 22/25 23/5 23/22 25/16 25/24 26/14 26/24 27/20 28/24 29/6 29/7 29/14 29/16 30/9 30/15 30/23 31/15 31/23 33/4

**G**

gray... **[6]** 33/18 34/2 34/4 38/25 39/6 122/19
great **[5]** 19/19 57/1 60/8 112/1 145/8
green **[9]** 98/16 103/21 105/15 106/24 109/15 113/17 114/17 139/22 140/24
grifters **[1]** 80/19
grip **[5]** 9/16 18/13 19/8 19/10 27/2
grips **[1]** 28/14
ground **[1]** 29/23
grounds **[5]** 40/17 115/16 116/7 116/13 124/6
group **[15]** 93/24 94/9 94/21 94/24 95/4 95/13 104/4 106/21 109/13 112/14 116/2 119/1 135/24 136/2 141/14
groups **[9]** 85/15 85/17 85/18 103/17 103/18 103/18 103/19 104/3 107/3
guards **[3]** 10/25 11/1 11/2
guess **[2]** 107/4 142/11
gun **[1]** 73/12
Guo **[2]** 143/21 144/4
guy **[6]** 25/16 27/24 43/16 43/16 57/21 98/21
guys **[6]** 106/20 134/23 136/19 141/16 142/9 142/12
GX602.09 **[1]** 119/8
GX718 **[1]** 67/15

**H**

Habra **[4]** 60/23 61/15 61/17 62/24
had **[32]** 11/2 15/14 15/15 18/12 18/13 19/10 24/18 24/21 25/13 25/16 26/8 26/9 26/22 27/13 43/23 44/21 44/22 44/22 45/16 48/13 55/11 72/4 72/14 97/10 98/19 99/4 100/5 100/8 120/21 126/17 136/21 147/6
hadn't **[2]** 13/22 146/8
half **[1]** 35/15
halfway **[2]** 79/25 137/10
hammer **[2]** 68/8 139/19
hand **[22]** 9/16 13/13 15/20 25/22 27/18 28/23 30/13 30/16 39/5 53/1 56/5 62/19 64/19 73/23 74/16 84/19 85/12 86/1 117/11 132/21 139/13 139/17
handed **[1]** 19/10
handheld **[1]** 9/20

handle **[3]** 56/5 56/6 109/14
hands **[5]** 19/7 28/18 29/17 29/22 80/12
hands-on **[1]** 29/22
hang **[1]** 106/21
happen **[5]** 28/16 41/16 41/23 41/25 91/18
happened **[5]** 12/20 20/8 26/5 26/20 31/17
happening **[6]** 17/4 17/12 21/11 24/16 26/17 128/6
happens **[1]** 109/18
happy **[5]** 115/20 136/14 147/24 148/7 150/16
Harbor **[1]** 80/17
hard **[5]** 57/19 140/1 149/23
hardened **[3]** 9/7 10/25 29/19
harder **[1]** 22/3
harness **[2]** 12/12 12/12
has **[19]** 8/25 20/18 23/4 23/16 23/25 25/24 27/11 29/13 29/16 32/4 40/17 52/21 78/25 83/2 85/1 122/19 128/24 139/18 147/11
Hashtag **[1]** 56/20
hashtags **[1]** 84/14
hat **[17]** 20/18 21/12 21/13 22/4 25/16 28/1 30/17 33/10 33/16 34/2 34/5 34/11 34/13 34/19 36/12 36/20 39/10
hatchet **[3]** 68/8 70/14 73/12
hatchets **[6]** 70/9 70/12 70/20 70/23 70/25 71/1 71/4 73/8 75/5 75/9 76/4 76/8 79/20 79/20 80/10 80/17 80/20 80/24 81/16 86/10 87/8 87/20 89/6 90/19 93/9 95/16 96/25 97/5 98/9 99/21 100/11 101/23 103/14 103/16 104/13 104/23 106/7 107/3 107/12 107/16 107/22 116/3 116/6 116/9 116/12 117/15 129/6

36/18 43/12 146/20 148/13 149/13 150/14 150/17 150/17
haven't **[4]** 96/7 146/2 146/3 148/17
having **[5]** 7/18 47/2 57/19 111/13 124/19
he **[65]** 10/9 18/12 18/13 18/18 20/18 20/24 21/1 21/23 21/24 26/15 29/25 30/2 30/18 30/24 31/1 31/3 31/25 34/23 34/24 35/1 35/2 35/5 35/6 53/15 63/1 63/1 63/2 73/10 73/11 90/11 93/13 93/24 95/14 95/20 98/8 98/20 99/4 99/16 100/8 100/4 103/3 112/6 113/21 114/19 115/11 120/20 121/12 122/7 122/8 122/19 123/19 124/5 124/6 124/23 129/9 129/18 130/12 130/12 130/13 133/4 133/15 135/20 141/18 143/4 144/6 146/11
he's **[17]** 17/19 17/19 21/12 26/16 27/1 29/25 30/10 30/19 31/2 31/9 31/18 32/2 35/6 43/16 43/17 43/18 104/17
head **[1]** 9/6
headed **[3]** 32/7 34/24 72/4
heading **[2]** 97/16 124/13
hear **[28]** 10/19 15/1 15/3 18/1 19/11 19/23 21/2 21/16 21/23 22/3 22/7 22/13 22/17 29/2 38/21 49/11 53/8 53/11 54/22 80/22 94/9 94/20 121/7 121/9 122/4 122/6 123/20 124/7 heard **[12]** 22/24 42/10 42/23 44/21 93/4 115/11 129/23 137/8 140/2 141/8 142/16 145/8
hearing **[1]** 29/4
hearsay **[1]** 61/6 61/22 71/19
heart **[1]** 72/11
Heather **[4]** 109/24 110/1 110/6 110/12
heating **[1]** 108/2
held **[4]** 20/12 55/1 89/1 90/15
helmet **[3]** 9/5 9/8 11/2
help **[4]** 11/9 12/12 103/16 150/9
her **[6]** 56/19 56/19 56/19 109/1 137/10 141/20
here **[24]** 7/13 18/2 29/24 41/13 43/12 57/20 62/4 67/15 74/19

80/1 81/10 89/15 83/10 86/19 86/22 92/2 92/16 93/3 102/24 108/12 116/21 117/8 139/10 147/1
hereby **[1]** 50/8
Hertzler **[4]** 140/7 140/10 140/20 141/13
Hey **[2]** 111/25 142/8
Hi **[1]** 110/12
high **[1]** 40/23
higher **[6]** 15/24 16/5 25/8 35/8 79/21 85/6
highly **[1]** 124/10
Hill **[3]** 83/12 139/12 140/1
him **[25]** 10/9 10/11 18/18 18/20 19/18 20/2 20/22 21/2 21/11 22/17 23/8 25/13 26/9 31/9 31/9 34/21 36/20 39/9 53/11 80/18 95/13 95/16 122/6 128/24 130/15
himself **[4]** 21/25 31/2 45/11 89/8
hindsight **[1]** 45/7
hip **[1]** 10/25
his **[33]** 21/1 29/7 29/17 30/16 31/17 33/18 34/21 35/1 36/15 43/4 51/8 51/9 62/24 70/11 70/11 81/7 93/13 93/13 104/10 109/1 122/17 123/23 124/23 125/5 129/18 131/24 132/11 132/14 133/5 133/16 134/20 137/14 137/24
historic **[1]** 90/12
history **[4]** 81/4 83/3 83/8 83/11
Hitler **[1]** 31/1
hockey **[2]** 9/7 10/25
hold **[4]** 12/9 19/7 23/25 121/9
holding **[10]** 20/13 21/9 21/10 23/14 24/2 33/10 34/21 34/23 59/5 128/24
hole **[1]** 24/23
holster **[1]** 68/8
home **[13]** 45/17 70/6 70/11 70/17 70/23 81/10 85/23 86/11 87/11 87/22 115/12 115/17 137/6
Honor **[33]** 7/7 7/11 38/12 40/1 40/24 49/7 49/17 50/12 61/6 63/12 66/21 71/17 72/21 74/25 75/11 76/22 95/10 96/9 115/20 118/4 118/15 145/15 146/5 147/3 147/7 147/24 148/7 148/11 148/17 149/3 149/11 149/16 150/7

HONORABLE **[1]** 1/9
Honored **[1]** 60/8
hood **[1]** 136/21
hooked **[1]** 32/7
hope **[4]** 81/24 135/13 138/13 141/14
hoped **[1]** 24/10
horseback **[1]** 85/9
hosed **[1]** 97/5
HOSTETTER **[141]** 1/6 2/4 2/17 7/4 7/12 41/9 46/16 48/15 48/17 48/23 48/25 49/2 51/1 51/17 52/18 53/9 53/13 53/22 54/12 54/23 56/11 61/15 62/5 64/11 65/2 65/9 65/16 66/9 67/13 68/1 68/7 68/11 69/25 71/9 71/11 71/13 73/8 73/14 78/1 78/2 88/13 89/25 91/5 94/23 95/9 95/14 95/19 95/20 96/16 97/3 97/4 97/19 98/3 98/19 98/23 100/16 100/19 101/7 103/7 103/21 104/5 104/8 104/14 104/16 104/21 104/24 105/10 105/17 105/23 106/3 106/13 106/25 107/1 107/10 107/20 107/21 107/22 108/1 108/6 108/10 109/6 109/17 109/21 109/24 109/24 110/1 110/1 110/6 110/20 111/14 112/4 112/15 112/20 112/25 113/8 113/19 114/2 114/4 115/15 116/3 119/23 121/9 121/18 122/14 122/17 125/22 129/7 129/17 131/8 131/17 131/23 131/24 132/20 133/3 133/14 134/3 135/7 135/17 136/3 137/4 137/22 138/2 138/18 138/22 139/25 140/4 140/8 140/10 141/3 141/6 141/8 141/17 141/24 142/18 142/21 143/18 143/22 144/6 144/11 146/10 150/13
Hostetter's **[46]** 41/1 62/25 68/2 69/7 70/6 73/19 74/4 74/6 74/14 74/23 79/4 79/9 82/4 83/8 84/7 85/24 86/8 86/10 86/17 87/1 88/15 90/2 91/7 91/25 93/13 94/13 94/18 97/1 110/10 111/10 112/3 114/9 114/17 116/18 117/16 117/17 119/14 121/7 122/4 132/10 133/7 133/9 133/20 135/14 136/7
hotel **[9]** 63/22 63/24

**H**

**hotel... [7]** 64/11 77/12 77/16 78/9 119/2 141/15 142/8
**Hotels [2]** 78/19 78/22
**hour [2]** 41/6 120/21
**hours [8]** 45/23 77/8 78/5 83/16 107/2 108/23 108/24 110/12
**house [7]** 73/3 80/11 81/19 83/13 97/16 128/13 134/15
**how [41]** 8/16 8/18 9/13 9/17 9/22 12/15 12/16 18/21 18/21 23/13 23/16 23/21 23/25 24/6 31/3 31/25 32/4 33/20 36/16 39/23 40/7 40/14 40/17 41/4 43/7 48/7 54/13 58/4 70/11 70/23 72/11 95/15 95/23 104/3 109/13 128/2 128/22 132/9 138/12 141/13 142/9
**how's [1]** 17/17
**However [1]** 92/12
**huge [1]** 81/14
**human [1]** 145/20
**hundred [1]** 91/13
**hundreds [2]** 46/8 54/16
**hunting [1]** 107/4
**hurt [1]** 30/2
**Hussein [1]** 89/8

**I**

**I'll [16]** 22/2 22/3 40/20 43/10 49/19 72/23 75/14 76/18 79/25 88/22 90/8 105/19 107/24 136/12 149/14 150/19
**I'm [54]** 15/19 17/7 18/7 18/24 20/14 20/15 25/21 25/22 31/9 31/13 33/2 33/14 33/22 38/12 40/22 40/24 40/25 41/15 41/18 43/9 45/19 47/16 49/7 49/11 50/12 61/4 63/6 72/20 75/10 75/13 76/9 95/10 96/9 106/5 106/5 111/25 114/25 115/1 115/20 115/21 136/18 140/22 142/18 142/10 142/10 146/1 146/24 147/21 147/24 148/7 148/23 150/6 150/8 150/16
**I've [4]** 13/25 49/24 50/23 148/15
**IA [1]** 14/1
**icing [2]** 91/11 91/13
**icon [1]** 53/12
**idea [1]** 103/16
**Ideas [1]** 103/19
**identification [8]** 13/5 32/12 35/18 37/3 51/12 53/17 55/15 86/14
**identified [15]** 19/24 20/16 21/8 25/23 28/25 33/4 33/16 36/13 39/6 64/22 93/17 111/13 116/6 116/9 116/12
**identify [8]** 73/7 79/4 88/14 90/1 91/6 93/16 94/12 116/3
**image [45]** 58/9 58/22 59/22 60/14 84/5 84/7 84/9 102/9 111/5 112/25 113/3 116/22 117/13 119/13 119/15 119/16 119/24 120/7 125/25 126/6 127/14 128/9 128/15 128/16 129/1 129/4 129/9 129/13 129/16 131/3 131/6 131/11 131/19 131/22 132/16 132/19 132/24 133/2 133/10 133/13 134/5 134/11 139/3 139/7 144/19
**images [6]** 111/2 116/18 117/25 127/21 139/13 139/15
**IMG [2]** 116/23 117/9
**immediately [6]** 12/18 40/21 73/2 124/18 125/5 130/11
**impact [1]** 81/15
**importance [1]** 99/4
**important [3]** 16/8 16/13 85/8
**inaugural [3]** 129/6 129/8 129/17
**inaugurated [1]** 90/11
**inauguration [2]** 106/8 107/17
**incident [1]** 28/9
**include [5]** 99/13 117/19 117/22 117/25 120/18
**included [1]** 95/16
**includes [5]** 61/5 89/7 116/25 117/13 139/3
**including [1]** 137/19
**incorporated [1]** 50/8
**INDEX [4]** 3/1 4/1 5/1 6/1
**indicate [5]** 29/20 67/18 73/25 86/4 119/11
**indicated [2]** 74/19 86/22
**indicates [4]** 55/10 67/19 117/12 135/1
**indicating [7]** 15/20 18/7 20/14 31/13 31/21 33/2 34/17
**indictment [2]** 100/11 129/25
**individual [67]** 18/7 18/9 18/11 19/11 19/24 20/11 20/13 20/15 20/16 20/22 21/7 21/16 21/22 22/4 22/8 22/13 22/24 23/5 23/7 23/25 25/23 26/8 26/12 26/13 27/17 27/19 27/20 27/22 27/23 27/23 28/24 29/14 29/16 30/9 30/14 30/17 30/23 31/13 31/15 31/21 31/23 33/8 33/9 33/10 33/14 33/15 33/18 33/23 34/1 34/2 34/9 34/11 34/17 34/19 36/10 36/12 36/17 36/19 39/6 39/9 96/16 98/4 127/5 128/23 137/20
**individuals [10]** 24/21 27/6 48/4 48/10 48/13 93/24 119/1 139/15 145/19 145/21
**infiltrating [1]** 79/20
**inflamed [1]** 124/11
**inflict [1]** 30/1
**informants [1]** 145/20
**information [7]** 64/20 65/5 65/12 74/16 79/11 116/22 116/25
**infrastructure [1]** 45/2
**initial [1]** 148/13
**Initially [1]** 10/3
**initiates [1]** 83/14
**inside [3]** 100/10 114/16 139/15
**inspired [1]** 140/23
**Instagram [9]** 69/7 69/18 107/18 107/24 141/18 143/4 144/18 144/20 145/3
**installed [1]** 45/23
**instances [1]** 38/5
**institutionalized [1]** 91/17
**institutions [1]** 79/21
**intent [1]** 100/12
**intention [4]** 16/25 73/3 146/5 149/18
**interact [2]** 94/1 94/1
**interrupt [2]** 40/24 45/19
**interviews [1]** 47/22
**introduced [1]** 96/7
**Intros [3]** 89/22 90/2 90/6
**investigate [1]** 47/21
**investigation [17]** 48/7 48/16 54/25 56/9 73/7 99/21 100/24 120/2 120/10 126/3 126/9 127/17 127/24 128/12 128/19 134/8 134/14
**investigations [2]** 48/4 145/22
**invitation [1]** 51/7
**involved [3]** 48/3 48/4 143/13
**involvement [1]** 51/8
**involves [1]** 71/19
**iPad [5]** 95/4 95/5 96/1 96/2 96/11
**iPhone [23]** 79/9 79/12 74/4 74/7 74/14 74/23 76/7 78/14 79/4 79/9 82/4 83/8 84/7 93/13 94/13 111/11 116/24 117/11 117/17 132/10 133/7 133/19 133/21
**iPhone 11 [2]** 73/19 117/11
**iPhone 7 [1]** 116/24
**irrelevant [2]** 40/25 145/23
**Irvine [5]** 78/3 100/3 100/8 100/10 120/18
**Irvine-Smith [5]** 78/3 100/3 100/8 100/10 120/18
**is [397]**
**isn't [1]** 16/18
**issue [3]** 43/23 45/1 148/9
**issues [3]** 99/13 99/13 145/18
**it [263]**
**it's [77]** 8/12 8/13 9/7 12/4 12/13 12/17 12/17 12/17 16/16 18/16 19/8 19/15 21/18 22/3 24/1 24/2 24/3 24/11 24/11 27/20 30/1 31/7 31/7 40/11 41/1 43/10 45/5 45/23 48/23 49/6 49/8 51/17 52/6 53/6 55/1 61/7 61/23 63/21 64/10 65/21 70/2 71/8 71/21 71/21 72/1 72/1 72/3 73/18 74/1 75/14 77/13 77/14 77/16 78/9 79/2 83/22 85/23 88/10 94/1 96/3 96/13 97/23 98/3 104/21 105/22 107/10 109/19 119/1 124/25 131/7 135/3 143/5 143/21 144/17 148/17 148/18 149/17
**item [3]** 29/9 67/21 67/22
**items [1]** 73/13
**its [10]** 59/5 119/15 121/5 122/2 123/9 125/16 131/1 134/9 134/15 147/10
**itself [5]** 25/15 50/13 50/17 52/21 92/13

**J**

**J-E-S-S-I-C-A [1]** 47/10
**J6 [2]** 72/7 72/18
**J7 [1]** 72/8
**jacket [29]** 20/20 20/23 21/17 21/23 22/14 22/25 23/6 23/22 25/16 25/24 26/14 26/24 27/20 28/25 29/6 29/8 29/15 29/16 30/9 30/15 30/23 31/15 31/23 33/4 33/18 34/2 34/4 38/25 39/6
**Jail [1]** 107/16
**Jan [2]** 84/23 101/17
**Jan 6 [1]** 101/17
**Jan 6th [1]** 84/23
**Jan6 [1]** 84/17
**January [87]** 8/8 10/2 10/23 12/10 12/22 13/2 13/9 18/9 23/9 23/11 23/13 32/17 32/20 35/23 36/1 37/10 39/15 39/20 40/14 40/17 43/23 44/21 46/18 48/5 48/14 56/16 57/11 65/6 65/6 65/13 65/13 68/1 68/3 77/8 82/7 82/9 83/15 84/8 84/13 90/11 91/3 91/4 92/6 92/20 93/8 93/9 93/17 99/5 99/11 108/14 109/8 110/4 110/17 110/23 111/9 111/19 112/10 112/18 113/11 113/23 113/24 114/12 115/9 116/7 116/14 116/23 118/9 119/6 120/4 120/6 122/24 125/24 132/8 135/2 135/9 136/10 138/8 138/25 140/14 141/12 142/3 142/4 142/24 143/9 144/2 144/8 144/11
**January 20th [1]** 90/11
**January 23rd [1]** 91/4
**January 27th [2]** 68/3 91/3
**January 2nd [3]** 57/11 82/7 108/14
**January 3rd [4]** 65/6 109/8 110/4 110/17
**January 4 [1]** 82/9
**January 4th [5]** 65/6 65/13 92/6 92/20 93/17
**January 5 [1]** 140/14
**January 5th [1]** 77/8
**January 6 [4]** 83/15 120/6 141/12 142/4
**January 6, 2021 [25]** 8/8 13/2 13/9 32/17 35/23 37/10 48/5 84/13 99/5 110/23 111/9 111/19 112/18 113/11 114/12 116/23 120/4 122/24 125/24 132/8 135/2 135/9 136/10 138/8 138/25
**January 6th [29]** 10/2 10/23 12/10 12/22 18/9 23/9 23/11 23/13 32/20 36/1 39/15 39/20 40/14 40/17 44/21 46/18 48/14 56/16 68/1 84/8 99/11 112/10 113/23 113/24 115/9 116/7 116/14 118/9 119/6
**January 7th [5]** 93/9 142/3 142/24 143/9 144/11
**January 8th [2]** 65/13

**J**

January 8th... [1] 93/8
JASON [2] 1/14 7/8
Jefferson [1] 89/16
JESSICA [5] 2/20 7/9
46/24 47/1 47/10
Jesus [1] 143/25
job [5] 10/2 18/22
22/23 47/19 90/12
Joe [1] 55/12
Johns [4] 2/10 151/3
151/8 151/9
join [1] 124/20
joined [1] 80/10
joint [2] 92/3 120/11
journalists [1] 145/11
Jr [1] 60/11
Judas [1] 143/25
JUDGE [1] 1/10
Judy [2] 140/7 140/20
July [2] 1/5 151/8
jump [1] 34/8
jumped [1] 104/11
jumping [1] 31/1
just [74] 10/7 11/6 12/9
14/21 17/5 18/2 18/4
19/10 20/8 20/22 21/20
23/4 24/1 24/8 24/16
25/3 26/6 26/10 26/21
28/5 29/3 29/10 32/9
35/15 36/19 38/2 38/9
40/5 40/20 40/23 43/2
43/16 44/8 44/25 49/24
50/19 50/21 51/12 53/8
55/15 56/13 66/22
74/20 75/14 82/5 82/11
82/11 84/5 84/18 84/19
86/23 88/19 90/16
95/10 95/25 96/9
104/11 109/19 110/8
111/25 112/6 115/15
124/25 131/9 137/18
139/18 142/8 142/16
145/10 147/5 148/14
149/5 150/6 150/8
justice [6] 88/25 89/6
89/9 89/10 89/13 90/10
Justine [5] 104/21
104/24 105/14 136/2
137/20
Justine's [1] 137/22

**K**

KAREN [1] 2/5
keep [8] 12/12 14/23
16/13 21/2 21/24 25/14
72/18 115/20
Keepers [1] 103/18
keeping [1] 21/5
keeps [2] 21/24 23/7
KENNEY [4] 2/5 2/5
7/13 148/8
kept [3] 26/8 29/4 34/6
Kevlar [2] 27/1 27/20
key [1] 103/16
keys [1] 10/9
keyword [4] 91/24 92/2
92/16 93/3

kicked [1] 107/23
Kill [1] 17/19
killed [1] 141/20
Kimpton [5] 63/22
63/24 64/10 77/12
77/16 78/9 78/19 78/21
119/1
kind [8] 8/19 9/17
15/14 16/16 43/6 43/16
81/15 106/21
King [1] 81/11
knife [3] 18/21 19/5
20/16
know [49] 16/25 25/6
25/9 28/13 28/14 40/19
43/10 44/17 45/10
45/14 45/25 50/13
50/18 54/25 56/9 62/25
70/9 70/20 73/13 99/20
106/22 114/6 115/11
120/2 120/10 124/25
126/3 126/9 127/17
127/24 128/2 128/12
128/19 128/22 132/9
134/8 134/14 135/1
136/15 136/20 137/23
142/9 142/11 146/13
146/18 147/14 147/23
150/1 150/2
knowledge [1] 50/10
known [1] 90/13
knuckle [3] 18/13 27/3
68/12
knuckles [3] 29/18
29/21 29/23
Kris [1] 112/15
Kurt [1] 112/15

**L**

La [5] 60/23 61/15
61/17 62/24 67/13
lack [3] 17/14 38/13
49/8
lacks [4] 61/5 61/21
71/18 95/11
Ladera [1] 60/9
lake [1] 145/10
LAMBERTH [1] 1/9
large [9] 18/24 40/22
42/1 44/2 44/19 45/8
46/7 46/11 46/12
larger [2] 9/4 9/16
last [26] 19/25 20/1
22/15 22/25 48/24
71/18 82/8 86/19 88/11
89/23 89/25 91/3 98/8
105/1 105/24 110/12
114/10 115/6 136/23
137/13 137/18 138/4
141/18 141/25 142/1
149/10
lasted [1] 145/9
Lastly [1] 125/2
later [4] 52/15 72/8
83/21 124/4
laughing [1] 80/7
law [11] 16/23 17/15
23/16 23/21 24/6 26/7

89/16
lawless [1] 89/3
lawn [2] 124/13 124/18
lay [1] 50/7
lead [1] 48/16
leaders [2] 90/16
103/17
leading [2] 41/16
138/15
lean [1] 25/20
leaning [4] 43/6 43/7
43/17 126/23
learning [1] 79/22
least [1] 138/16
leather [1] 68/7
leave [4] 39/19 64/25
97/10 137/9
leaving [1] 106/5
Lech [1] 81/6
led [4] 81/7 81/8 81/11
126/16
left [34] 12/14 15/13
15/16 16/8 18/7 20/15
24/22 24/22 24/25
25/15 25/22 26/12
27/18 28/23 29/13
30/13 33/8 33/15 33/18
33/23 34/10 39/5 53/1
53/2 56/5 72/14 73/1
73/23 84/19 86/1 128/3
132/21 139/13 142/16
left-hand [12] 25/22
27/18 28/23 30/13 39/5
53/1 56/5 73/23 84/19
86/1 132/21 139/13
leg [1] 10/25
legal [2] 2/5 94/3
lengthy [1] 146/15
less [7] 8/13 9/19 10/25
25/5 28/15 29/25 80/3
let [10] 15/19 43/2
43/12 81/10 97/5
124/24 136/20 142/11
146/10 146/23
let's [211]
lethal [3] 9/19 25/5
28/15
letters [2] 136/23 137/2
level [2] 14/12 14/13
levels [1] 79/22
LF [1] 103/17
Liberty [1] 60/9
lies [1] 142/15
lieutenant [1] 10/8 25/9
25/11
life [1] 109/2
light [1] 50/1 95/16
like [21] 9/3 9/17 12/11
16/16 16/24 17/1 18/23
21/5 27/1 27/2 31/2
35/6 38/25 81/6 89/4
94/2 98/8 115/21
123/20 148/13 148/14
likely [4] 97/23 113/20
115/16 123/21
limine [1] 71/8
Linda [4] 53/23 54/9

line [47] 11/14 11/14
11/14 11/17 14/23
15/14 15/15 15/16 16/7
16/13 16/18 17/8 24/18
24/22 24/23 24/24
25/17 31/3 31/25 32/2
32/4 33/21 36/17 43/20
44/18 71/25 71/25
72/24 99/1 99/8 99/8
99/24 120/15 123/17
124/3 124/16 124/16
125/3 126/14 127/7
127/12 128/8 129/5
129/22 129/22 130/9
137/12
Line 1 [1] 130/9
Line 10 [1] 137/12
Line 11 [1] 71/25
Line 13 [1] 124/3
Line 14 [1] 129/22
Line 16 [1] 120/15
Line 17 [1] 99/24
Line 18 [1] 99/1
Line 19 [2] 126/14
129/22
Line 22 [1] 71/25
Line 23 [2] 99/8 124/16
Line 3 [2] 72/24 124/16
Line 5 [1] 99/8
Line 7 [1] 125/3
Line 8 [1] 123/17
lines [2] 51/4 84/14
Lines 12 [1] 51/4
link [9] 45/22 58/6
58/19 59/7 59/17 60/7
100/20 100/25 101/7
list [6] 66/22 75/11
75/13 76/9 118/5 146/7
listed [1] 95/6
listen [2] 26/11 140/1
141/9
listening [4] 17/9 89/12
140/22 142/14
listing [1] 85/15
lists [1] 85/16
little [8] 9/15 20/14
25/20 30/1 99/7 108/22
135/6 146/23
live [5] 51/18 52/10
59/15 89/3 97/17
lives [2] 79/20 80/13
97/7
located [2] 12/10
130/16
location [2] 52/7
126/18
locations [1] 70/21
lock [1] 72/11
lockdown [1] 83/13
lodge [2] 95/11 96/10
logo [1] 53/6
long [8] 41/4 47/17
48/12 89/3 89/5 89/10
90/15 146/7
look [10] 35/15 42/8
43/16 44/17 45/7 45/7
53/1 112/24 130/18

looked [1] 125/5
looking [16] 35/5 58/1
67/10 82/5 84/9 84/14
96/18 99/7 106/14
112/1 113/9 119/13
124/23 127/6 131/7
137/18
looks [6] 9/17 27/1
27/2 35/6 43/18 136/5
Los [1] 47/12
lose [1] 19/1
lot [11] 24/9 25/8 35/9
42/5 43/19 107/21
130/6 146/2 146/25
148/6 148/19
love [5] 110/15 136/19
141/2 141/10 141/16
loved [1] 108/24
low [1] 21/18
lower [9] 15/23 17/16
18/8 25/15 25/22 36/11
38/3 38/8 132/21
lowest [1] 60/2
Luther [1] 81/11

**M**

Ma [1] 141/1
MacBook [14] 85/24
86/6 86/8 86/11 86/18
87/1 87/23 88/15 90/2
91/7 91/25 93/13 136/7
146/6
made [13] 32/7 68/10
73/8 99/16 102/16
110/9 111/8 114/19
114/25 115/11 117/10
137/10 146/8
MAGA [8] 54/23 55/3
64/23 64/23 97/22
104/10 109/13 109/14
MAGA 1 [1] 55/3
mailbox [1] 110/8
main [4] 124/11 124/21
126/18 130/4
major [1] 55/11
majority [3] 11/12 24/9
40/13
make [7] 10/5 20/25
22/4 59/18 81/15 146/8
149/23
making [4] 15/17 93/16
99/22 130/6
man [5] 45/21 45/21
82/24 124/21 125/4
mandated [1] 80/5
manner [2] 133/5
133/16
MANNING [2] 1/14 7/9
many [14] 8/16 8/18
23/11 39/23 40/7 43/7
54/13 60/8 70/11 70/23
81/23 103/16 104/4
140/23
march [5] 43/24 54/23
84/23 97/22 104/11
MARIANO [2] 1/18 7/8
marked [2] 75/5 87/8

**M**

marshal [2] 96/25 97/5
Martin [1] 81/10
martyr [2] 56/19
141/20
Marxists [1] 80/9
mask [8] 9/9 11/2
25/17 25/24 26/25
30/15 31/17 136/22
masking [2] 43/23
44/11
masks [8] 43/21 43/21
44/2 44/6 44/15 44/16
44/19 44/20
mass [2] 92/17 92/25
massive [2] 81/5
124/10
match [2] 74/19 86/22
material [5] 75/7 76/6
76/10 87/10 87/22
math [1] 139/2
matter [5] 49/19 80/11
97/7 147/13 151/5
may [12] 20/22 40/3
49/17 63/11 107/17
107/20 107/22 107/24
115/24 145/18 146/24
150/2
maybe [5] 25/20 33/22
44/9 44/21 109/14
mayor [1] 83/14
me [49] 7/13 10/9
15/13 15/19 16/4 17/7
17/7 18/19 18/25 25/9
26/25 28/16 29/21
42/17 42/22 42/23
42/24 43/18 50/24 72/3
72/6 72/7 72/15 72/18
72/18 73/1 73/4 76/18
78/23 87/14 107/12
107/18 108/17 108/23
109/12 112/22 136/20
142/11 143/6 146/10
146/12 146/19 146/23
147/3 149/20 150/1
150/5 150/9 150/17
mean [5] 19/14 23/2
40/19 43/23 45/19
mechanical [2] 2/11
media [5] 44/9 48/1
55/11 80/20 80/20
meet [3] 10/15 10/20
103/17
meeting [4] 99/11
99/12 99/16 100/5
megaphone [3] 36/14
129/18 131/25
member [3] 8/9 39/22
94/23
members [7] 28/12
30/3 95/8 116/4 116/6
116/9 116/12
meme [1] 109/19
men [1] 68/12
Mention [2] 82/22
82/24
mentioned [2] 11/23
40/6

Mesa [1] 2/7
message [102] 56/16
56/17 78/16 93/24 96/6
96/19 96/20 96/24 97/8
97/11 97/14 98/3 98/5
98/6 98/13 98/17
100/16 100/19 100/20
100/22 103/8 103/9
103/11 103/22 104/1
104/6 104/13 105/2
105/3 105/5 105/9
105/11 105/16 105/16
105/24 105/25 106/14
106/15 107/6 107/10
107/11 107/14 108/4
108/12 108/13 108/20
109/7 109/11 110/3
110/16 110/21 110/25
111/2 111/17 111/18
111/24 112/14 112/14
112/16 112/17 112/24
113/9 113/10 114/10
114/11 114/23 115/6
115/6 115/10 123/24
134/18 134/19 135/8
135/10 136/2 136/5
136/6 136/9 136/23
137/15 137/18 138/6
138/7 138/23 138/24
139/3 139/10 139/23
140/3 140/12 140/13
141/5 141/11 142/2
142/22 142/23 143/7
143/8 143/10 143/17
143/23 145/2
messages [27] 56/11
96/16 103/6 104/21
105/22 106/12 108/10
109/5 109/24 110/20
111/14 113/8 114/2
132/11 135/6 136/12
137/4 137/5 138/2
138/4 138/21 140/7
141/24 141/25 142/21
143/21 148/19
messaging [1] 93/23
met [2] 38/1 100/3
metadata [9] 117/16
119/3 119/15 121/3
121/24 123/4 125/13
130/23 132/13
Metro [1] 46/1
Metropolitan [1] 8/1
Mexican [1] 100/4
Michael [3] 132/7
143/21 144/4
Michelle [5] 105/22
106/12 141/24 142/6
142/14
Mick [2] 82/18 82/20
microphone [1] 25/19
mid [2] 73/8 73/11
mid-December [1] 73/8
mid-December 2020
[1] 73/11
middle [4] 11/8 32/6
32/8 112/6
might [8] 43/13 72/7

105/7 106/7 108/8
146/19 147/17 150/3
Mike [1] 111/9
mile [1] 123/19
military [1] 68/11
Militia [1] 103/17
million [6] 54/23 64/23
97/22 103/14 103/15
104/10
millions [2] 81/7 81/11
mind [1] 97/2
mine [1] 29/18
minus [1] 135/1
minute [7] 12/19 35/15
43/13 75/19 76/13
83/21 141/16
minutes [9] 12/20
13/23 14/1 32/4 37/17
37/19 38/19 120/20
124/4
missing [2] 136/23
137/1
MK [1] 9/15
MK-9 [1] 9/15
mob [1] 145/12
mode [1] 12/17
modified [5] 82/6 82/8
88/11 89/23 91/3
MOLLE [3] 18/14 27/1
67/13
mom [1] 112/22
moment [2] 20/6 22/16
91/15
moments [2] 133/19
133/20
monitor [1] 18/24
Montgomery [2]
138/21 139/6
months [2] 40/10 80/11
Monument [4] 119/22
122/24 123/7 124/14
more [20] 8/13 10/24
19/7 20/10 22/16 26/10
26/16 29/24 30/2 30/7
32/9 35/14 40/5 44/15
44/16 85/8 96/10
106/12 124/12 150/9
morning [11] 7/7 7/11
7/22 39/21 39/25 45/17
47/6 47/7 72/8 146/25
148/9
Morton [6] 78/3 78/4
98/20 100/3 106/7
120/18
Morton's [1] 110/13
MortonIrvineSmith [1]
145/6
most [9] 11/20 40/15
55/11 93/13 98/9
107/24 113/20 129/17
149/7
motion [15] 24/3 30/24
30/25 48/23 49/1 50/7
71/8 146/8 146/9 147/8
147/19 147/20 147/25
149/14 149/15
mouth [1] 42/10
move [46] 14/2 15/6

17/9 24/1 24/5 24/4
26/11 27/6 27/6 27/9
32/4 32/22 36/3 36/20
37/13 37/24 37/25 49/4
51/23 54/2 55/24 61/2
61/19 64/1 64/14 65/24
66/12 67/5 68/22 69/10
71/15 74/25 75/10
75/13 75/21 76/21 87/3
87/13 87/25 101/11
102/19 110/10 118/15
130/13 144/22 146/6
move-back [1] 24/3
moved [4] 34/24 49/24
147/4 147/10
Movement [2] 51/8
81/6
movie [1] 117/9
moving [6] 11/24 14/23
17/22 36/22 42/22
125/6
MPD [4] 8/2 8/4 8/19
40/8
Mr [1] 2/17
Mr. [175]
Mr. Aria [2] 103/25
104/14
Mr. Fullerton [5] 74/2
74/7 75/8 76/6 76/11
Mr. Home [3] 86/11
87/11 87/22
Mr. Hostetter [88] 41/9
46/16 49/2 51/1 53/9
53/13 54/23 68/1 71/13
73/8 73/14 94/23 95/14
95/19 95/20 97/3 97/4
97/19 98/19 98/23
100/19 103/21 104/5
104/8 104/14 104/16
104/24 105/10 105/17
105/23 106/3 106/13
106/25 107/10 108/6
109/6 109/17 109/21
109/24 110/1 111/14
112/4 112/15 112/20
112/25 113/8 113/19
114/2 114/4 115/15
116/3 119/23 121/9
121/18 122/14 122/17
125/22 131/17 131/23
131/24 132/20 133/3
133/14 134/3 135/17
136/3 137/4 137/22
138/2 138/18 138/22
139/25 140/4 140/8
140/10 141/3 141/6
141/8 141/17 141/24
142/18 142/21 143/18
143/22 144/6 144/11
146/10 150/13
Mr. Hostetter's [44]
41/1 62/25 68/2 70/6
73/19 74/4 74/6 74/14
74/23 79/4 79/9 82/4
83/8 84/7 85/24 86/8
86/10 86/17 87/1 88/15
90/2 91/7 93/13 94/13
94/18 97/1 110/10

11/10 112/3 114/9
114/17 116/18 117/5
117/6 117/17 119/14
121/7 122/4 132/10
133/7 133/19 133/20
135/14 136/7
Mr. Montgomery [1]
139/6
Mr. Mr. Hostetter [1]
107/1
Mr. Niewenhous [1]
41/12
Mr. Smith [2] 121/18
125/22
Mr. Taylor [16] 46/5
94/9 94/20 95/18 99/22
116/3 121/13 121/18
122/14 125/22 131/11
131/17 131/23 132/20
134/3 134/19
Mr. Taylor's [11] 70/17
70/23 71/2 94/6 94/20
95/4 95/5 95/17 96/1
96/2 96/11
Ms. [8] 7/13 97/8 97/12
97/12 106/18 140/10
141/13 148/8
Ms. Hertzler [2] 140/10
141/13
Ms. Kenney [2] 7/13
148/8
Ms. Riley [1] 106/18
Ms. Sampson [3] 97/8
97/12 97/12
MSM [1] 142/15
much [5] 24/11 28/18
45/20 136/19 145/10
multiple [2] 26/9 40/11
munitions [2] 9/11
25/5
must [10] 88/25 88/25
89/1 90/8 90/10 90/10
90/11 90/12 90/15
90/15
muzzles [1] 80/5
my [62] 7/8 7/12 10/5
10/8 10/11 10/18 10/20
10/25 11/1 11/1 11/2
11/2 12/14 12/14 15/12
15/13 15/15 15/16
19/10 22/23 24/22
24/22 24/23 25/9 25/11
26/17 29/21 40/23
41/16 42/10 42/12
42/22 45/5 46/9 47/10
48/9 48/11 57/8 72/5
72/11 72/14 72/17
72/25 73/3 73/3 98/20
104/8 106/7 107/4
107/13 107/19 107/21
108/21 109/1 110/13
133/18 136/18 138/15
141/18 143/12 146/5
147/3
myself [3] 7/12 24/24
145/5

**N**

**name [40]** 7/22 47/8
47/10 52/17 53/1 54/11
56/5 56/7 56/19 62/3
62/4 65/1 65/7 65/14
68/7 69/22 69/22 69/23
69/23 69/24 69/25 70/3
70/4 73/23 73/25 74/1
74/3 74/20 79/5 86/2
86/4 86/5 86/5 86/7
86/22 88/14 90/1 91/2
91/6 117/9
**named [6]** 83/12 89/22
96/17 98/4 116/22
137/20
**names [1]** 95/8
**nap [1]** 45/17
**narrative [1]** 41/1
**native [1]** 132/11
**natural [1]** 115/21
**nature [1]** 47/23
**Nazis [1]** 83/4
**Neal [4]** 98/4 98/12
138/3 138/10
**near [8]** 12/9 12/14
33/3 43/20 119/22
124/20 130/6 134/3
**Nearly [1]** 44/19
**necessarily [1]** 44/8
**need [12]** 8/14 57/8
83/2 95/10 103/15
146/13 146/19 147/17
147/18 148/10 150/9
150/12
**nefarious [1]** 100/12
**never [4]** 40/19 73/4
109/18 148/15
**new [5]** 1/15 57/20
81/21 81/22 83/4
**news [14]** 44/9 45/18
45/20 45/21 59/18
79/21 101/9 123/25
124/24 137/7 137/16
140/2 141/9 145/10
**Newsom [2]** 51/10
103/18
**next [23]** 7/14 17/7
30/25 39/21 46/21
77/22 81/6 90/9 97/8
97/11 97/14 98/15 99/8
105/11 105/11 108/12
124/2 124/16 124/16
137/4 137/5 141/5
143/7
**NIEWENHOUS [7]** 2/15
7/16 7/17 7/24 40/5
41/7 41/12
**night [8]** 10/21 40/10
72/7 85/9 97/24 98/8
107/3 107/5
**nights [1]** 40/20
**nine [3]** 57/14 57/16
57/24
**nine seconds [3]** 57/14
57/16 57/24
**no [39]** 1/4 11/6 13/21
13/23 14/15 15/12
17/23 18/6 22/21 36/24

41/7 41/17 41/19 42/4
45/5 45/13 45/16 46/4
46/19 46/20 49/16
80/15 84/5 89/6 89/9
89/10 89/11 89/11
93/15 93/18 94/5 95/14
95/14 104/18 107/3
139/25 143/14 145/13
150/6
**No. [1]** 7/3
**No. 21-392-1 [1]** 7/3
**noise [1]** 130/6
**nonprofit [1]** 53/11
**nonsense [1]** 97/6
**nonviolent [1]** 82/25
**noon [1]** 120/6
**normal [5]** 9/4 9/14
9/15 10/13 22/10
**north [8]** 11/18 11/19
11/24 14/14 14/25
17/22 27/6 36/20
**northeast [1]** 11/22
**northern [3]** 14/24 32/8
34/25
**northwest [4]** 14/16
14/17 25/18 32/6
**not [49]** 12/11 13/25
15/2 15/9 16/17 16/24
17/9 21/18 22/22 22/23
23/18 24/2 25/5 26/10
29/25 40/22 40/22 42/4
42/14 42/25 44/1 44/8
44/15 44/16 44/18
49/18 50/23 66/21
73/15 80/24 81/10
84/25 85/6 89/12 92/14
106/21 109/14 118/5
130/15 131/12 133/9
133/22 142/16 143/11
143/11 145/20 146/1
147/6 147/12
**note [3]** 82/7 82/11
136/12
**notes [2]** 82/4 90/21
**nothing [3]** 56/21 85/7
150/17
**notice [2]** 41/25 43/19
**noticeable [1]** 21/1
**noticed [3]** 18/12 18/15
130/3
**November [12]** 55/2
55/11 58/2 58/15 59/3
64/21 64/21 64/22
96/21 97/21 98/14
101/23
**November 13th [1]**
64/21
**November 14 [1]** 64/22
**November 14th [3]**
55/2 96/21 97/21
**November 15th [1]**
64/21
**November 22nd [1]**
55/11
**November 23rd [1]**
98/14
**November 24 [1]** 58/15
**November 27 [1]** 58/2

**November 2nd [1]** 59/3
**now [31]** 12/17 16/21
20/10 25/15 25/17
25/24 26/25 27/10
50/15 56/20 79/19
80/10 80/23 83/4 83/4
85/10 89/17 91/17
97/16 110/14 115/2
118/17 123/22 136/18
137/6 142/15 146/4
146/9 148/24 149/5
149/9
**number [20]** 14/4 42/1
44/19 48/10 48/12
48/14 51/25 72/20
78/21 83/22 85/17
86/20 86/22 88/8 90/25
95/15 96/6 118/17
119/14 119/14
**Number 8 [1]** 88/8
**numbers [7]** 44/2 75/6
75/15 81/5 81/14 87/9
146/8
**NW [2]** 1/15 1/19

**O**

**oath [7]** 7/18 21/2 21/5
21/24 47/2 91/20
103/18
**Obama [1]** 89/8
**object [8]** 28/6 38/12
40/25 49/7 50/16 50/19
50/20 61/4
**objected [1]** 146/14
**objecting [1]** 149/1
**objection [7]** 44/4 45/3
49/6 61/21 95/11 96/10
147/12
**objections [2]** 71/17
149/2
**Objects [1]** 37/24
**observations [3]** 42/19
44/1 44/9
**observe [2]** 38/7 67/24
**observed [4]** 11/4 27/5
42/9 44/18
**obviously [1]** 130/17
**OC [4]** 9/13 9/21 9/24
25/8
**occur [2]** 129/11 132/1
**occurred [2]** 126/4
129/25
**October [5]** 8/3 51/6
51/18 52/12 59/13
**October 16 [1]** 51/6
**October 17th [1]** 51/18
**October 2017 [1]** 8/3
**off [15]** 11/20 12/17
15/12 22/19 23/17
31/18 85/7 107/25
109/19 115/15 128/4
142/10 143/14 148/10
148/12
**offered [3]** 146/3 146/3
146/20
**offering [7]** 49/18
146/17 147/13 147/15
147/15 147/22 148/3

**office [2]** 1/19 10/5
**officer [12]** 2/15 7/15
7/17 8/5 23/25 30/19
35/3 40/5 40/8 41/7
57/5 63/1
**officers [12]** 8/16 8/19
8/21 8/23 9/12 10/11
10/22 14/21 15/3 16/8
126/21 126/24
**Official [2]** 2/10 151/9
**officials [2]** 16/10
79/22
**often [2]** 44/15 44/16
**oh [3]** 107/12 117/5
144/10
**okay [38]** 14/18 17/2
21/19 21/22 22/1 26/18
30/11 30/20 35/14
36/25 37/2 37/12 42/8
43/1 43/12 49/15 63/5
64/25 70/5 82/17 84/4
93/19 112/1 113/15
114/19 114/25 134/17
135/18 136/4 136/17
142/12 142/14 147/2
148/2 148/23 149/15
149/25 150/11
**old [1]** 109/19
**omnibus [1]** 71/8
**once [5]** 16/16 18/25
120/16 130/10 149/12
**one [47]** 8/24 8/25 8/25
9/2 9/14 9/16 9/16 11/6
18/1 18/12 19/8 19/10
25/9 26/22 28/9 30/24
31/7 32/16 35/14 35/22
40/15 43/13 44/23
44/25 45/1 52/25 56/13
56/15 56/24 70/13
71/20 72/15 73/13
82/25 82/25 89/18 90/8
95/18 96/10 100/3
103/16 105/7 129/23
129/25 137/9 138/16
140/1
**one-handed [1]** 19/10
**one-third [1]** 90/8
**one-time [1]** 28/9
**ones [1]** 20/25
**ongoing [1]** 145/21
**online [1]** 95/6
**only [19]** 9/3 14/1
24/20 42/9 72/3 72/5
97/17 99/11 103/15
104/23 109/25 114/3
129/23 140/9 141/21
146/16 146/17 147/25
149/18
**open [3]** 47/23 130/12
130/14
**open-source [1]** 47/23
**opened [1]** 130/10
**operation [1]** 53/11
**operations [1]** 9/23
**opinion [2]** 43/25 44/6
**opportunities [1]** 81/23
**opportunity [1]** 124/19
**opposition [2]** 71/8

**Ops [4]** 94/21 94/24
95/3 95/20
**optimism [1]** 82/21
**optimistic [1]** 81/24
**option [2]** 19/18 85/6
**Orange [8]** 47/17 48/11
54/16 60/9 63/2 99/10
99/13 100/2
**order [7]** 12/24 17/9
67/12 68/6 88/22 88/24
120/11
**ordered [2]** 37/24 73/2
**orders [1]** 26/11
**organization [1]** 53/7
**organize [1]** 110/14
**organized [1]** 100/6
**organizer [1]** 100/5
**original [2]** 74/19 89/24
**originated [1]** 111/13
**other [16]** 10/11 14/21
15/3 23/11 40/14 80/25
82/16 98/20 104/3
104/22 116/2 116/4
116/6 116/9 116/12
135/17
**others [4]** 99/18 120/18
129/24 136/6
**otherwise [1]** 148/6
**ought [1]** 148/3
**our [35]** 9/4 10/3 10/14
11/20 12/4 12/4 12/5
17/1 18/17 25/5 28/8
39/25 56/19 66/21
79/19 79/20 79/21
79/21 79/22 80/2 80/4
80/22 81/16 81/17
85/10 89/18 91/16
105/7 118/5 143/16
145/6 145/7 145/7
145/7 149/23
**ourselves [2]** 16/22
85/7
**out [118]** 8/10 15/13
16/3 17/14 18/17 20/25
21/1 22/25 28/5 28/7
29/7 34/21 41/24 42/10
50/7 52/5 57/19 62/2
62/14 64/25 65/3 65/7
65/10 65/14 69/15
69/21 69/23 72/5 72/23
73/20 74/11 77/5 78/15
78/24 79/10 80/3 80/6
82/5 82/10 82/10 82/17
82/17 82/22 83/9 83/20
84/1 84/5 84/18 84/18
85/1 85/11 85/11 85/25
86/19 88/8 89/20 90/12
90/25 91/9 92/1 92/15
92/23 97/2 97/8 97/11
97/14 98/5 98/15 100/9
100/19 103/8 103/15
103/20 103/20 104/10
105/1 105/11 105/15
106/23 106/23 106/23
107/3 107/11 108/12
109/15 109/15 111/17
112/16 112/24 113/16

Case 1:21-cr-00392-RCL Document 512 Filed 11/27/24 Page 166 of 173

**O**

out... [28] 114/10
114/22 115/5 116/20
117/7 127/6 129/24
131/8 131/25 134/18
137/11 138/4 138/23
139/22 140/12 141/25
142/22 143/8 143/15
143/23 146/14 149/6
149/12 150/9 150/10
**outdoor [2]** 68/7 68/12
**outlets [1]** 55/12
**outnumber [1]** 107/2
**outs [1]** 52/6
**outside [2]** 12/11 131/9
**over [13]** 10/19 11/18
40/12 41/6 41/25 41/25
42/2 104/11 113/20
124/25 125/5 141/10
148/3
**overruled [7]** 38/14
38/17 44/5 45/4 61/23
71/21 96/13
**overwhelmed [1]**
129/5
**Owens [1]** 143/3
**own [2]** 42/19 80/2
**owned [1]** 56/9
**owner [1]** 56/12

**P**

**P-H-O-E-N [1]** 56/8
**p.m [82]** 77/8 77/10
78/5 78/17 79/13 82/8
82/9 83/15 83/18 83/24
84/2 88/11 88/12 89/23
89/24 91/4 92/6 92/20
103/10 110/17 110/23
110/23 111/21 112/9
112/18 113/11 113/22
114/12 114/20 115/9
115/19 117/10 120/6
120/12 120/17 121/4
121/19 122/1 122/16
122/25 123/6 125/15
125/23 126/5 126/11
127/7 127/13 127/20
128/1 128/6 128/14
128/21 129/12 129/19
130/25 131/10 131/18
132/2 132/15 132/22
133/4 133/15 134/4
134/10 134/16 135/1
135/3 135/9 135/21
136/10 136/11 138/8
138/13 138/25 139/1
139/2 140/14 140/16
140/18 141/12 142/4
144/8
**Pacific [1]** 78/5
**page [92]** 2/14 48/24
48/24 50/4 51/1 51/4
62/15 64/19 65/3 65/10
69/21 71/10 71/24
72/19 72/20 72/21
72/23 77/22 78/15
78/23 78/23 79/10
79/17 79/24 80/1 81/2
81/7 83/9 83/22 86/14
88/8 88/21 88/23 89/15
89/15 89/20 90/7 90/9
90/24 91/22 92/1 92/15
92/23 93/2 96/18 96/18
97/11 98/15 99/1 99/7
99/8 99/24 101/16
101/19 101/20 102/8
102/9 105/1 105/11
105/15 105/24 108/12
110/21 110/22 111/17
111/17 113/16 114/10
114/11 115/5 115/6
116/20 117/7 120/14
123/16 124/15 124/16
124/17 125/2 126/13
129/21 130/8 136/11
137/5 137/12 138/4
138/5 141/5 141/25
143/8 143/20 143/24
**Page 1 [2]** 64/19
101/16
**Page 104 [1]** 116/20
**Page 12 [1]** 89/15
**Page 2 [6]** 78/23 79/10
101/19 138/4 141/5
143/24
**Page 3 [8]** 65/3 78/23
79/24 90/7 102/8 105/1
110/21 110/22
**Page 36 [1]** 51/4
**Page 37 [2]** 71/24
72/21
**Page 38 [2]** 72/19
72/23
**Page 39 [1]** 99/1
**Page 4 [7]** 65/10 78/15
86/14 90/24 91/22
105/24 115/5
**Page 40 [1]** 99/24
**Page 41 [1]** 117/7
**Page 45 [1]** 120/14
**Page 46 [4]** 71/10
123/16 124/15 137/12
**Page 47 [2]** 125/2
126/13
**Page 5 [7]** 80/1 83/9
89/20 92/1 105/15
111/17 141/25
**Page 50 [1]** 129/21
**Page 51 [1]** 130/8
**Page 6 [2]** 81/2 92/15
**Page 7 [3]** 88/8 92/23
93/2
**Page 8 [3]** 88/21 96/18
96/18
**Page 82 [3]** 48/24 50/4
51/1
**Page 9 [1]** 88/23
**pages [5]** 50/7 51/2
147/6 147/15 147/22
**Pages 6 [2]** 50/7 51/2
**pain [1]** 30/2
**paragraph [16]** 50/4
72/24 73/21 82/11
82/18 82/22 85/25
91/10 91/10 91/12
79/17 79/24 80/?
126/13 130/8 137/13
**Paragraph 1 [2]** 73/21
85/25
**Paragraph 2 [1]** 50/4
**paralegal [1]** 7/9
**parked [1]** 11/8
**Parler [2]** 107/20
107/23
**part [10]** 8/21 14/24
25/8 27/2 44/14 99/21
106/6 133/8 145/6
146/17
**participate [1]** 146/11
**participated [1]** 143/4
**particular [6]** 47/15
82/7 90/22 99/16
119/15 145/21
**partly [1]** 147/11
**parts [1]** 146/16
**party [3]** 49/12 108/21
145/12
**passion [1]** 81/14
**past [3]** 16/17 36/20
107/17
**Pat [1]** 108/25
**patriot [4]** 60/6 60/10
95/3 141/19
**patriots [13]** 54/17
80/14 81/18 81/21 85/6
85/16 103/14 112/23
139/25 141/9 143/14
145/7 145/12
**patrol [4]** 8/7 9/10 9/14
46/2
**Paul [1]** 140/22
**pause [6]** 22/7 39/3
52/25 120/13 123/15
129/20
**paused [45]** 14/10
14/20 17/4 17/12 18/1
19/23 20/8 20/10 21/16
21/22 22/7 22/13 23/21
24/15 25/3 26/5 26/20
27/17 28/5 28/23 30/13
30/22 31/13 31/21 33/2
33/8 33/14 34/1 34/9
34/17 36/10 37/19
38/21 39/3 54/22 55/7
55/10 56/15 57/2 57/16
58/1 58/14 59/2 59/12
60/2
**pay [1]** 57/8
**peace [3]** 89/11 122/24
123/7
**peaceful [3]** 24/9 81/11
82/24
**peacefully [1]** 115/12
**Pearl [1]** 80/16
**penalty [2]** 51/1 71/20
**Pence [7]** 53/15 91/15
111/9 124/25 127/18
143/15 143/25
**Pence's [1]** 132/7
**penetrated [1]** 79/21
**Pennsylvania [1]**
122/15
**people [21]** 14/25 17/6
44/10 44/19 44/20
45/14 81/4 81/6 81/15
89/3 124/5 124/12
124/25 130/4 130/5
130/10 143/13
**people's [2]** 80/11
81/19
**pepper [4]** 9/24 25/7
73/11 124/7
**percent [1]** 91/13
**percussion [1]** 9/19
**perjury [2]** 51/2 71/20
**permitted [1]** 16/17
**person [5]** 21/8 21/8
26/22 39/12 100/3
**personal [2]** 43/25
50/10
**personally [5]** 42/14
42/15 42/17 45/8
109/13
**personnel [1]** 61/14
**petition [1]** 84/24
**ph [6]** 74/2 85/23 89/25
103/7 107/20 108/11
**Phoenix [22]** 53/6 53/9
55/20 56/7 56/23 57/13
57/23 58/8 58/21 59/9
59/21 60/13 69/7 70/4
85/18 98/22 103/23
104/8 107/18 144/17
144/20 145/3
**phone [19]** 20/13 21/10
27/25 33/11 34/6 34/22
35/1 39/13 94/18 95/15
116/19 117/6 119/14
124/23 132/12 132/14
133/5 133/16 146/6
**phones [3]** 42/7
**photo [3]** 96/2 127/5
133/6
**photograph [20]** 67/21
73/22 111/13 117/1
118/25 119/1 119/21
121/17 122/13 122/18
122/23 125/21 127/4
127/11 131/16 132/6
132/14 133/17 134/2
139/19
**photographers [1]**
42/1
**photographs [5]**
111/10 117/17 117/20
118/9 133/20
**photos [1]** 133/22
**phrased [1]** 38/13
**physical [1]** 45/2
**pick [2]** 57/8 57/9
**picture [4]** 33/23 57/20
96/10 119/22
**pictures [1]** 21/11
**pissed [2]** 142/10
143/14
**place [5]** 92/4 99/6
101/23 127/25 128/20
**Plaintiff [1]** 1/4
**plan [1]** 105/19
**planned [1]** 100/6
**planning [2]** 104/9
105/6
**plastic [3]** 9/7 10/25
29/19
**platform [2]** 92/21 93/5
**platoon [6]** 10/5 10/11
10/18 10/21 39/22 40/6
**play [58]** 13/4 14/18
17/2 17/10 17/24 19/21
20/4 21/14 21/20 22/2
22/10 23/19 24/13 25/1
26/2 26/18 27/15 28/3
28/20 30/11 30/20
31/11 31/19 32/9 32/11
33/6 33/12 33/24 34/8
34/15 35/12 35/17 36/7
36/25 37/3 37/17 38/19
39/1 51/11 52/23 53/16
54/20 55/5 55/8 55/14
56/13 56/24 57/14
57/24 58/12 58/25
59/10 59/25 121/5
122/2 123/9 125/16
131/1
**played [59]** 13/6 14/19
17/3 17/11 17/25 19/22
20/5 21/15 21/21 22/6
22/12 23/20 24/14 25/2
26/3 26/19 27/16 28/4
28/21 30/12 30/21
31/12 31/20 32/10
32/13 33/7 33/13 33/25
34/16 35/13 35/19 36/9
37/1 37/4 37/18 38/20
39/2 43/14 51/13 52/24
53/18 54/21 55/6 55/9
55/16 56/14 56/25
57/15 57/25 58/13 59/1
59/11 60/1 121/6 122/3
123/10 125/17 131/2
147/6
**plaza [6]** 52/8 127/6
127/12 128/8 129/6
130/16
**plea [1]** 115/11
**please [9]** 7/5 7/22
43/3 47/8 107/14
136/16 136/20 141/15
142/11
**plenty [2]** 27/8 27/13
**plotters [1]** 89/7
**PM [3]** 63/10 115/23
150/20
**podium [1]** 7/6
**point [25]** 10/10 11/17
11/23 14/10 15/7 15/10
16/17 17/12 18/12
23/16 24/6 24/11 25/10
25/11 25/12 27/5 27/8
30/24 31/4 31/25 33/20
38/3 41/24 46/9 83/17
**pointed [3]** 129/18
130/12 131/25
**pointing [5]** 26/16 30/6
30/10 30/19 124/22
**points [1]** 28/14
**Poland [1]** 81/7
**pole [2]** 42/22 128/24

**P**

**police [40]** 8/1 8/20 8/22 10/24 11/14 11/17 14/23 15/15 15/16 16/13 16/16 16/18 17/8 17/21 24/11 24/18 28/12 30/19 31/3 31/25 32/2 32/4 33/21 36/17 57/5 57/6 62/7 62/17 63/1 67/13 68/11 72/12 126/23 127/6 127/12 128/8 129/5 129/6 132/22 143/12
**policy [1]** 145/24
**Porter [2]** 95/6 95/9
**portion [32]** 15/23 15/24 16/5 17/13 17/16 18/8 22/2 23/4 24/16 24/21 30/6 35/3 35/8 37/20 38/4 38/8 52/5 65/4 65/11 69/15 74/22 82/6 82/12 84/5 85/12 85/14 86/25 88/21 100/15 101/19 104/23 109/25
**portions [5]** 49/19 66/18 67/2 114/3 140/9
**position [4]** 8/4 8/8 31/8 62/24
**possibilities [1]** 81/23
**possibly [2]** 124/8 143/12
**post [8]** 57/2 57/16 57/19 58/15 59/3 59/12 60/3 141/18
**posted [14]** 52/17 54/11 56/22 57/10 57/12 57/22 58/7 58/20 59/8 59/20 60/12 109/17 145/2 145/4
**poster [1]** 53/15
**posting [2]** 107/21 144/19
**potential [2]** 23/15 29/22
**potentially [1]** 18/17
**power [1]** 80/24
**prayers [1]** 145/5
**precluded [1]** 145/24
**preemptively [1]** 145/18
**premeditated [1]** 28/19
**preparation [1]** 41/15
**prepared [1]** 31/10
**present [1]** 94/6
**presentation [1]** 60/10
**presented [1]** 60/14
**president [18]** 45/11 45/14 54/18 85/1 90/11 101/17 101/21 102/5 102/9 102/15 111/9 120/3 120/5 120/16 123/18 127/18 132/7 145/7
**presidential [1]** 55/12
**pretty [6]** 21/1 24/11 24/20 28/11 28/18 115/17

**prevail [2]** 81/21 145/12
**previous [4]** 45/16 133/18 136/11 136/16
**previously [8]** 20/16 25/16 25/23 35/9 39/7 64/22 101/6 119/13
**prior [6]** 12/19 12/20 62/24 63/2 99/11 100/6
**prison [1]** 90/15
**private [1]** 92/13
**pro [2]** 2/4 7/12
**probably [1]** 40/12
**problems [1]** 107/4
**proceed [4]** 40/3 63/11 115/24 120/22
**proceedings [5]** 2/11 134/9 134/15 150/20 151/4
**process [2]** 94/4 99/5
**produced [1]** 2/12
**productive [1]** 147/3
**professional [3]** 42/1 42/4 62/25
**Project [22]** 53/6 53/9 55/20 56/7 56/23 57/13 57/23 58/8 58/21 59/9 59/21 60/13 69/7 70/4 85/18 98/22 103/23 104/9 107/19 144/17 144/20 145/3
**promoted [1]** 101/22
**proof [1]** 100/11
**propagandas [1]** 89/1
**protect [3]** 16/22 19/17 29/21
**protest [12]** 79/1 79/5 79/12 79/16 84/8 84/11 88/10 88/15 88/19 101/17 123/22 124/21
**protest' [1]** 101/22
**protesters [2]** 15/17 83/13
**protestors [3]** 126/17 126/19 126/22
**protests [7]** 39/23 40/7 40/11 40/12 40/14 44/14 81/11
**proud [5]** 80/13 103/17 107/4 135/19 145/7
**provide [1]** 136/14
**provided [9]** 66/22 75/7 76/6 76/11 87/10 87/22 100/25 101/7 118/5
**provides [5]** 58/6 58/18 59/7 59/17 60/7
**PTSD [1]** 40/19
**pull [11]** 25/19 62/23 68/13 73/6 82/1 85/20 93/19 94/15 115/13 136/1 137/4
**pulled [1]** 100/9
**punch [2]** 30/1 30/2
**punches [1]** 29/25
**punishment [1]** 90/16
**purchase [3]** 67/1 68/10 73/10

**purchased [2]** 73/1 100/8
**purchases [1]** 73/8
**purpose [2]** 83/3 84/24
**push [4]** 14/24 17/8 25/17 26/9
**pushed [3]** 11/18 24/22 115/15
**pushing [4]** 24/5 126/20 126/23 134/23
**put [12]** 22/18 25/24 81/19 85/1 95/15 103/15 104/10 107/12 107/16 136/21 148/21 149/1
**puts [1]** 16/20
**putting [1]** 148/25

**Q**

**Q Con [1]** 51/18
**quarter [1]** 123/19
**quarters [1]** 88/23
**question [7]** 104/16 107/13 133/18 146/1 149/14 149/20 150/1
**questions [6]** 40/5 41/8 46/20 145/14 145/22 145/24
**quickly [1]** 125/6

**R**

**R-O-B-E-R-T [1]** 7/24
**Rachel [2]** 96/17 96/23
**racism [1]** 81/12
**racks [2]** 123/11 126/20
**radio [1]** 29/6
**rage [2]** 80/22 81/17
**rain [1]** 110/12
**raise [1]** 145/18
**raised [3]** 17/13 24/16 37/20
**rally [6]** 53/23 54/9 55/1 58/17 104/9 109/18
**ramp [3]** 14/12 16/9 16/12
**Ramsey [2]** 113/8 113/13
**ran [1]** 80/15
**Ranch [1]** 60/9
**Ranchito [1]** 100/5
**range [3]** 39/18 69/16 69/19
**rank [1]** 45/5
**rapidly [1]** 125/8
**rather [1]** 75/15
**rattling [1]** 148/12
**reached [1]** 100/9
**reaction [1]** 17/20
**read [126]** 41/16 49/20 50/4 50/14 50/21 50/23 51/4 52/9 53/13 54/7 54/15 56/5 56/16 57/2 57/16 58/2 58/15 59/3 59/13 60/3 62/4 62/16 62/18 62/21 64/20 65/5 65/12 69/17 69/19

69/24 70/1 70/9 71/24 72/23 75/14 76/9 78/20 79/17 79/24 81/2 82/6 82/13 82/19 82/23 84/9 84/14 84/21 88/21 89/15 91/12 92/2 92/16 95/8 96/24 97/3 97/9 97/12 97/14 98/5 98/17 99/1 99/7 99/24 101/16 101/19 103/13 103/22 103/25 104/6 105/5 105/12 105/18 106/4 106/19 106/25 107/12 107/13 108/17 108/20 109/11 109/16 110/7 110/11 111/24 112/3 112/21 113/14 114/15 114/18 114/23 115/10 115/13 120/15 123/17 124/2 124/15 125/2 126/13 128/4 129/21 130/8 134/22 135/12 135/14 137/5 137/12 138/11 138/14 139/10 139/23 140/21 140/24 141/5 141/17 141/18 142/7 142/13 143/2 143/10 143/23 144/5 144/14 146/7 146/16 147/4 147/25
**reading [3]** 90/7 124/24 140/17
**readjusting [1]** 34/6
**reads [5]** 56/19 57/5 57/19 58/4 58/17 59/5 59/15 59/18 60/6
**ready [4]** 10/5 10/6 103/16 142/10
**real [2]** 60/10 81/22
**reality [1]** 88/24
**really [2]** 143/5 146/18
**reason [2]** 62/21 99/15
**rebellion [1]** 89/17
**rebuilding [1]** 81/22
**rebut [1]** 150/3
**rebuttal [3]** 149/19 149/22 149/24
**recall [6]** 42/9 51/9 72/7 72/8 103/18 134/19
**recalled [1]** 95/19
**recalls [3]** 123/23 130/14 137/14
**receive [3]** 8/19 9/12 94/4
**received [71]** 14/6 14/7 32/24 32/25 36/5 36/6 37/15 37/16 48/9 48/12 48/14 49/6 50/1 50/2 52/2 52/3 54/4 54/5 56/1 56/2 61/7 61/8 61/14 61/16 61/23 61/24 64/3 64/4 64/10 64/16 64/17 66/1 66/2 66/8 66/14 66/15 67/7 67/8 68/24 68/25 69/8 69/8 69/12 69/13 71/21 71/22 75/2 75/3 75/23

76/2 76/23 77/2 87/5 87/6 87/16 87/18 88/4 88/5 96/3 96/4 101/13 101/14 102/21 102/22 103/23 111/14 118/19 118/20 144/24 144/25 146/21
**recess [8]** 40/2 63/8 63/10 115/23 126/10 128/13 148/24 149/5
**reckoning [2]** 88/25 90/10
**recognize [30]** 13/7 18/8 26/13 27/18 27/23 32/14 33/9 35/20 37/5 38/24 48/19 51/14 53/2 53/19 55/17 60/19 61/10 63/17 64/7 65/17 66/5 68/14 69/2 71/4 74/9 86/14 101/2 102/11 111/5 144/19
**recollection [3]** 72/17 72/25 126/24
**reconsider [2]** 147/17 147/21
**record [20]** 7/6 7/23 12/7 12/20 47/9 88/8 88/9 89/20 89/21 89/22 90/25 91/1 91/2 92/1 92/15 92/23 93/2 95/11 148/1 150/10
**recorded [2]** 2/11 52/15
**recording [7]** 12/18 21/10 34/6 34/23 35/2 39/13 42/5
**records [12]** 60/22 61/16 63/21 64/10 64/12 66/8 66/10 66/18 66/25 67/3 69/6 69/8
**recover [3]** 133/7 133/20 133/22
**recovered [8]** 70/9 70/12 70/20 70/23 70/25 94/18 111/10 132/11
**recovering [1]** 133/18
**recycled [1]** 109/19
**red [6]** 20/18 25/16 84/19 85/12 129/9 140/17
**redactions [1]** 104/23
**Redcoats [1]** 145/11
**redirect [2]** 46/14 46/16
**reelection [1]** 54/18
**refer [2]** 20/22 54/23
**reference [2]** 20/23 50/9
**referenced [3]** 50/11 102/24 118/13
**referred [2]** 45/23 100/11
**referring [6]** 56/15 58/14 59/2 59/12 60/2 147/7
**refers [1]** 54/25
**refused [1]** 130/16

**R**

regarding [4] 48/10 48/12 48/15 51/8
regards [4] 49/13 49/21 50/16 96/10
registered [1] 70/1
regular [3] 8/22 28/9 28/11
reinforced [1] 29/18
related [4] 72/1 72/3 99/12 99/13
relates [2] 48/7 48/9
relationship [1] 137/22
release [1] 9/20
relevance [3] 44/4 45/3 61/5
relevant [3] 66/17 147/20 149/15
remain [2] 89/5 89/6
remarked [1] 46/17
remember [2] 18/11 39/16
remembrance [1] 72/18
Remind [1] 91/14
reminded [1] 109/12
remotely [1] 109/1
removing [1] 21/4
renaissance [1] 89/11
repeatedly [3] 29/5 34/4 130/6
repeating [2] 21/25 75/15
replacement [1] 73/2
report [5] 72/12 74/13 116/18 119/13 124/24
Reporter [3] 2/9 2/10 151/9
reporting [4] 72/14 124/1 137/17 145/10
repositioning [1] 23/7
Representatives [2] 128/13 134/15
representing [1] 7/12
Republic [1] 77/24
requested [2] 45/14 100/6
reservation [4] 65/1 65/8 65/15 78/21
resistance [1] 82/20
resisting [1] 44/11
resolution [1] 57/20
resolve [2] 81/14 81/17
resolve,' [1] 80/21
resolve.' [1] 80/19
Resort [1] 52/8
respect [2] 9/11 51/2
respond [3] 49/17 104/16 141/13
responded [6] 10/10 38/1 97/4 97/10 98/19 115/15
responding [3] 10/15 17/17 145/23
responds [2] 113/19 114/25
response [28] 10/13 45/12 94/4 97/1 97/15

98/15 103/20 103/25 104/5 106/24 106/25 109/15 109/16 110/10 112/3 112/4 114/17 114/22 115/13 115/14 135/14 135/15 138/14 139/22 140/24 141/17 142/13 144/5
responses [3] 97/3 113/16 145/22
responsibilities [2] 10/2 47/19
responsibility [3] 47/18 48/11 147/3
responsive [2] 143/7 147/12
rest [2] 40/16 149/13
restaurant [2] 100/4 100/7
restaurants [1] 78/22
resume [35] 17/2 17/10 17/24 19/21 20/4 21/14 23/19 24/13 25/1 26/2 26/18 27/15 28/3 28/20 30/11 30/20 31/11 31/19 32/9 33/6 33/12 33/24 34/15 35/12 36/7 36/25 38/19 39/1 56/24 57/14 57/24 58/12 58/25 59/10 59/25
resumed [2] 134/9 134/15
retardant [2] 9/8 11/3
retired [1] 57/6
Retirement [2] 62/11 62/22
retrieved [2] 117/17 136/6
return [9] 77/4 89/19 90/24 115/12 120/22 125/9 130/19 136/4 139/21
review [5] 48/1 93/12 100/24 133/7 136/16
reviewed [24] 13/1 66/17 67/21 74/6 74/20 75/5 76/4 86/10 86/23 87/8 87/20 90/19 99/21 104/13 117/15 119/3 121/24 123/4 125/13 128/7 130/23 132/9 132/13 137/1
revise [1] 147/24
revised [1] 136/14
revolution [1] 56/20 80/24 99/20
revolutionary [2] 83/3 83/5
rhinos [1] 80/10
right [108] 11/24 12/17 13/13 13/14 13/24 14/11 15/12 15/14 15/15 15/20 15/25 16/4 17/13 20/10 20/20 21/7 21/12 21/18 24/23 24/25 25/25 26/17 27/22 29/14 31/7 31/14 31/22 32/7 33/22 34/13

34/24 36/15 38/4 43/10 44/23 52/12 52/21 62/19 64/19 65/3 65/10 67/16 72/1 72/15 74/16 75/16 75/20 75/23 80/15 81/10 81/15 85/12 96/3 100/17 101/25 111/2 112/6 113/1 114/25 117/1 117/11 118/19 118/23 119/19 119/25 120/8 120/24 121/15 121/22 122/7 122/11 122/21 123/2 125/11 125/19 126/1 126/7 127/2 127/9 127/15 127/22 128/5 128/10 128/17 128/25 129/2 129/7 129/14 130/21 131/4 131/14 131/20 132/4 132/17 132/25 133/11 133/25 134/6 134/12 136/18 136/24 137/20 139/3 139/17 147/6 147/9 148/20 149/25
right-hand [8] 13/13 15/20 62/19 64/19 74/16 85/12 117/11 139/17
rights [1] 80/4
Riley [5] 105/22 106/12 106/18 141/24 142/6
ring [1] 90/16
riot [2] 9/6 31/6
rioter [2] 36/20 36/22
rioters [15] 15/7 15/15 17/14 17/21 18/1 18/4 21/4 23/14 23/17 24/6 24/18 25/17 26/7 32/5 41/5
riots [2] 8/14 40/9
risks [1] 16/18
road [1] 108/23
ROBERT [5] 2/15 7/15 7/17 7/24 138/21
Rock [1] 108/22
RockQwell [2] 95/6 95/9
rocks [1] 28/13
rode [1] 85/8
roll [3] 10/3 10/14 39/16
rona [1] 58/4
room [2] 27/8 27/13
Rose [3] 108/10 135/6 135/11
roughly [2] 104/4 120/20
round [6] 93/4 137/8 140/2 141/8 142/16 145/8
Route [1] 77/7
row [24] 67/16 67/19 74/15 77/5 77/11 77/15 77/19 77/22 78/7 78/15 78/24 79/10 82/5 83/9 83/20 83/23 84/1 86/19 86/19 116/20 117/7

Row 1 [4] 74/15 77/5 82/5 86/19
Row 10 [1] 79/10
Row 112 [2] 67/16 67/19
Row 150 [1] 117/7
Row 19 [1] 83/9
Row 2 [2] 77/11 78/24
Row 20 [1] 83/20
Row 21 [1] 83/23
Row 22 [1] 84/1
Row 3 [2] 77/15 78/15
Row 4 [1] 77/19
Row 5 [1] 77/22
Row 506 [1] 116/20
Row 6 [1] 78/7
ROYCE [1] 1/9
RPR [2] 2/10 151/9
rubber [2] 9/21 68/12
rubbing [1] 80/12
rule [3] 49/22 149/1 150/12
Rumble [1] 108/1
run [3] 43/3 43/13 80/14
running [1] 80/15
Russ [7] 78/1 78/2 95/13 98/20 106/7 112/22 125/5
Russ's [1] 110/13
Russell [8] 48/15 99/9 100/2 100/16 101/8 120/18 129/23 130/11
RussTaylor [1] 145/6

**S**

S-A-L-O [1] 47/10
Sad [1] 138/16
safe [10] 21/19 112/1 112/22 135/13 136/20 137/6 141/14 141/15 141/18 145/6
safely [1] 110/9
said [18] 15/19 16/2 16/7 18/20 21/12 22/24 24/19 25/24 26/22 30/3 46/11 50/19 80/17 101/24 121/12 122/7 122/8 137/19
SALO [9] 2/20 7/10 46/24 47/1 47/10 49/20 95/25 136/15 145/13
same [30] 27/20 27/24 28/24 29/25 30/14 31/14 31/22 33/3 33/10 33/15 34/11 34/18 36/11 43/2 43/5 58/10 59/23 60/15 65/3 65/10 71/17 80/21 83/20 83/23 84/1 92/24 115/5 126/11 128/25 142/10
Sampson [5] 96/17 96/23 97/8 97/12 97/12
San [3] 51/9 72/5 100/4
Saturday [1] 101/21
Save [1] 77/24
saw [10] 12/9 15/12

16/2 23/11 23/14 25/7 37/23 42/24 136/10 143/13
say [19] 11/14 20/24 31/3 32/1 33/20 36/16 39/14 42/5 46/8 84/12 121/9 122/6 136/16 148/9 150/2 150/5 150/8 150/9 150/13
saying [7] 15/5 24/4 25/12 30/4 44/13 50/15 99/20
says [10] 57/21 59/18 67/15 67/15 73/23 74/17 85/15 101/18 102/2 119/8
scaffolding [1] 127/6
scaling [1] 124/6
scared [1] 124/15
scenes [1] 40/15
scheduled [1] 39/14
school [1] 40/23
Scottsdale [5] 51/6 51/18 52/8 52/10 59/16
scout [1] 77/7
screen [33] 15/21 18/8 20/15 21/7 25/23 26/12 27/18 27/23 28/24 29/10 29/14 30/14 30/22 31/14 33/3 33/9 33/15 34/10 34/18 36/11 39/5 55/20 55/22 56/16 57/3 57/17 58/2 58/15 60/3 85/12 105/16 106/14 144/17
screenshot [3] 95/3 96/1 132/10
scuffling [1] 126/20
se [2] 2/4 7/12
search [14] 47/22 70/11 91/24 92/2 92/3 92/5 92/7 92/12 92/16 92/17 92/19 92/24 93/3 93/7
searched [2] 92/21 93/5
searches [5] 47/23 70/6 70/17 92/14 93/17
searching [1] 93/14
second [22] 52/25 56/13 56/15 56/15 56/24 57/16 58/14 59/2 86/19 91/10 92/24 105/15 106/23 106/25 112/4 112/24 113/16 114/10 142/1 142/22 143/20 145/20
seconds [31] 13/5 13/20 32/9 32/12 35/18 37/3 43/11 51/12 53/17 54/20 55/15 56/24 57/2 57/14 57/14 57/16 57/24 57/24 58/1 58/12 58/12 58/14 58/25 58/25 59/2 59/10 59/10 59/12 59/25 59/25 60/2
section [5] 1/15 67/15 69/22 82/11 132/11

**S**

security [5] 45/1 45/2 128/3 128/25 131/7

see [45] 15/13 15/21 20/1 23/9 23/21 24/24 27/1 27/2 29/5 29/16 29/24 34/1 34/21 36/14 36/20 38/9 39/9 41/23 42/12 42/17 43/10 45/18 46/9 46/10 73/22 74/17 81/25 85/18 86/1 86/20 110/9 119/8 123/11 123/13 124/5 128/4 128/23 128/24 129/7 131/11 136/23 143/3 143/11 143/11 150/19

seeing [4] 18/21 19/5 37/20 119/17

seem [1] 36/22

seemed [1] 24/9

seems [3] 136/13 146/12 146/19

seen [5] 41/22 71/1 81/3 81/4 136/6

segregation [1] 81/12

seized [1] 68/2

Senate [4] 83/14 126/10 127/18 134/9

send [2] 113/21 135/20

sent [30] 96/22 98/11 98/23 103/11 106/2 106/17 109/9 110/5 110/25 111/22 112/8 112/19 112/24 113/12 114/13 115/3 115/6 115/8 135/10 138/9 138/17 139/5 140/3 140/19 142/5 142/17 142/25 143/17 144/1 144/3

sentence [8] 71/24 71/25 99/1 123/17 125/2 129/22 137/12 137/13

sentences [1] 79/17

sentencing [1] 63/6

separated [1] 16/11

separating [1] 15/23

September [1] 60/3

September 19 [1] 60/3

series [1] 76/5

serve [1] 47/24

served [1] 94/3

service [4] 26/22 41/12 69/15 69/17

session [2] 92/3 120/11

set [3] 11/23 63/7 76/21

several [5] 41/24 120/17 124/4 126/22 130/5

shake [1] 81/17

shared [2] 111/2 139/8

shares [1] 100/19

she [14] 24/10 97/10 109/1 114/16 114/25

137/10 137/15 137/17 137/24 141/14 141/20

She's [1] 50/23

Sheff [1] 7/9

shenanigans [1] 105/6

Sheriff's [1] 63/3

shield [6] 19/3 19/6 19/7 24/1 26/10 31/6

shields [2] 43/7 43/17

shifting [1] 34/7

shit [1] 57/7

shit-show [1] 57/7

short [3] 15/16 16/9 103/19

Shorter [1] 21/9

shortly [2] 72/16 120/6

shorts [1] 109/19

shot [7] 93/4 137/7 140/2 141/8 141/19 142/16 145/8

should [8] 8/17 13/20 49/22 107/3 107/5 108/25 115/16 124/20

shoulder [4] 11/1 12/13 12/14 125/5

show [6] 35/15 39/17 41/24 54/18 57/7 85/2

showed [3] 8/18 11/7 147/6

shown [2] 37/9 70/14

shut [1] 96/25

sickle [1] 139/19

side [34] 11/16 11/19 11/21 11/22 14/14 14/15 14/16 19/12 19/14 19/17 20/10 20/25 21/24 22/15 25/22 32/8 34/4 34/7 34/7 34/10 34/25 36/15 57/8 73/23 74/16 84/19 86/1 114/25 115/1 124/5 129/7 130/5 139/14 139/17

sides [1] 82/16

sight [1] 19/1

sign [3] 31/1 51/1 53/13

signed [2] 48/24 71/10

signs [1] 123/13

silly [3] 43/18 46/17 46/18

similar [7] 23/25 29/6 29/18 30/25 67/25 68/1 92/12

since [3] 27/11 43/24 44/21

single [1] 89/17

sir [3] 46/22 150/16 150/17

sisters [1] 57/9

sit [1] 50/21

sitting [1] 80/19

situation [2] 16/21 124/19

situations [2] 8/13 18/23

six [3] 56/24 57/2 57/14

six seconds [3] 56/24 57/2 57/14

size [1] 46/6

slavery [1] 83/4

sleep [2] 40/20 108/22

sleeping [1] 80/18

Slide [71] 67/10 67/11 68/4 68/5 68/9 118/22 118/22 119/18 119/18 119/24 119/24 120/7 120/7 120/23 120/23 121/14 121/14 121/21 121/21 122/10 122/10 122/20 122/20 123/1 123/1 125/10 125/10 125/18 125/18 125/25 125/25 126/6 126/6 127/1 127/1 127/8 127/8 127/14 127/14 127/21 127/21 128/9 128/9 128/15 128/15 129/1 129/1 129/13 129/13 130/20 130/20 131/3 131/3 131/13 131/13 131/19 131/19 132/3 132/3 132/16 132/16 133/24 133/24 134/5 134/5 134/11 134/11

Slide 1 [4] 67/10 67/11 118/22 118/22

Slide 10 [2] 123/1 123/1

Slide 11 [2] 125/10 125/10

Slide 12 [2] 125/18 125/18

Slide 13 [2] 125/25 125/25

Slide 14 [2] 126/6 126/6

Slide 15 [2] 127/1 127/1

Slide 16 [2] 127/8 127/8

Slide 17 [2] 127/14 127/14

Slide 18 [2] 127/21 127/21

Slide 19 [2] 128/9 128/9

Slide 2 [4] 68/4 68/5 119/18 119/18

Slide 20 [2] 128/15 128/15

Slide 21 [2] 129/1 129/1

Slide 22 [2] 129/13 129/13

Slide 23 [2] 130/20 130/20

Slide 24 [2] 131/3 131/3

Slide 25 [2] 131/13 131/13

Slide 26 [2] 131/19 131/19

Slide 27 [2] 132/3 132/3

Slide 28 [2] 132/16 132/16

Slide 29 [2] 132/24 132/24

Slide 3 [3] 68/9 119/24 119/24

Slide 30 [2] 133/10 133/10

Slide 31 [2] 133/24 133/24

Slide 32 [2] 134/5 134/5

Slide 33 [2] 134/11 134/11

Slide 4 [2] 120/7 120/7

Slide 5 [2] 120/23 120/23

Slide 6 [2] 121/14 121/14

Slide 7 [2] 121/21 121/21

Slide 8 [2] 122/10 122/10

Slide 9 [2] 122/20 122/20

slightly [6] 15/23 15/24 18/8 31/22 37/20 101/20

small [3] 9/14 80/6 107/3

smaller [2] 9/15 21/9

Smart [1] 45/21

smell [1] 124/7

Smith [7] 78/3 100/3 100/8 100/10 120/18 121/18 125/22

snuffing [1] 80/6

so [60] 8/24 10/13 10/18 10/19 10/20 11/23 12/17 13/23 15/16 15/19 18/17 19/8 21/22 22/1 22/1 23/13 23/18 24/24 24/24 25/19 28/17 30/3 31/9 38/19 42/7 45/5 46/3 51/1 60/8 63/8 69/15 69/23 72/10 72/11 72/14 73/5 75/17 81/23 83/18 93/9 97/23 102/5 105/19 106/7 110/23 136/11 136/16 136/19 136/19 143/3 145/24 146/8 146/17 146/19 147/10 147/18 148/17 149/12 149/14 149/15

social [1] 80/20

society [1] 89/3

SOD [1] 25/5

Solidarity [1] 81/6

some [26] 11/23 16/18 24/8 28/14 28/17 41/23 43/19 43/22 43/22 44/22 99/15 100/13 104/22 105/6 119/5 123/24 125/8 136/5 136/23 137/15 139/13

139/15 146/18 147/19 147/21 148/21

somebody [6] 16/23 24/3 25/13 29/22 50/13 50/21

someone [5] 16/24 29/24 38/8 38/21 109/12

something [8] 18/15 18/16 28/8 40/10 46/17 91/18 109/18 121/9

sometimes [2] 9/21 55/3

somewhat [1] 28/9

somewhere [4] 10/6 39/18 39/21 43/10

soon [2] 98/9 115/17

sooner [1] 16/10

sorry [22] 14/16 25/21 34/8 40/24 41/18 43/9 45/19 49/7 49/11 50/12 72/20 84/5 95/10 96/9 97/1 108/17 117/5 134/23 139/2 140/15 140/18 145/16

sort [1] 100/13

sound [3] 13/21 13/23 13/25

sounded [1] 123/20

sounds [1] 38/25

source [3] 47/23 74/17 74/19

sources [1] 79/21

southeast [1] 46/2

souvenir [2] 72/18 73/1

Soviet [1] 81/9

space [1] 27/5

span [1] 40/12

spark [1] 80/23

speak [4] 42/16 42/18 42/19 51/7

Speaker [3] 89/22 90/1 90/6

speakers [2] 60/8 105/7

speaking [10] 44/10 51/17 53/14 53/22 98/9 99/15 106/5 120/3 120/5 120/16

speaks [6] 50/13 50/17 52/10 54/9 58/17 59/15

Spec [4] 94/21 94/24 95/3 95/19

special [13] 2/20 7/9 8/23 9/12 9/23 46/23 46/25 47/14 47/20 49/20 95/25 136/15 145/13

Specific [1] 48/11

specifically [6] 17/18 24/10 26/8 48/14 73/10 76/9

speculation [6] 38/15 49/8 61/5 61/22 71/19 95/12

speech [4] 78/25 90/22 123/19 140/22

speed [2] 22/2 22/10

**S**

spell [2] 7/22 47/8
spent [1] 11/20
spineless [1] 80/10
spinning [1] 43/17
spiral [1] 38/2
spiritual [1] 82/24
split [1] 15/14
spoke [5] 42/21 98/21
99/10 99/14 143/13
sponsoring [1] 85/15
sports [1] 68/12
spot [2] 11/8 15/14
spray [6] 9/24 9/24
25/9 73/11 73/12 124/7
sprayed [1] 25/9
squad [1] 47/16
Stacy [4] 2/10 151/3
151/8 151/9
stage [1] 129/6
stairs [2] 125/8 126/15
stand [7] 18/4 22/17
22/18 22/19 23/3
124/20 150/3
standby [2] 10/16
12/17
standing [6] 18/2 33/22
35/4 35/7 130/2 130/4
stands [1] 21/1
stars [1] 84/15
start [13] 39/15 63/17
76/13 77/7 77/13 77/20
78/4 78/10 96/7 97/6
118/22 146/21 148/9
started [2] 40/9 130/13
starting [3] 7/5 69/22
77/17
starts [1] 12/18
state [7] 7/6 7/22 25/6
47/8 99/19 113/20
142/15
stated [2] 95/20 129/25
statement [3] 99/22
111/8 132/7
statements [1] 147/25
STATES [8] 1/1 1/3
1/10 7/4 7/8 7/15 46/23
57/7
station [1] 68/11
stature [1] 21/9
status [1] 146/4
stay [8] 19/15 77/12
77/16 78/9 106/7 106/8
107/17 141/15
stayed [1] 11/17
stays [1] 12/21
Steal [5] 53/23 54/9
54/19 58/17 77/24
stenography [1] 2/11
step [1] 16/9
stepmama's [1] 110/14
stepmom [1] 137/9
stepping [1] 124/18
steps [10] 11/10 11/12
11/13 11/15 11/19
26/17 30/6 129/8
129/18 137/10
stepson's [1] 40/23

still [35] 46/22 72/16
88/7 91/18 99/24
117/25 119/24 120/7
125/25 126/6 127/14
127/21 128/9 128/15
128/16 129/1 129/4
129/9 129/13 129/16
131/3 131/6 131/19
131/22 132/16 132/19
132/24 133/10 133/13
134/5 134/11 149/17
149/18
sting [1] 124/8
stole [1] 80/7
stolen [3] 72/5 72/12
73/4
stood [2] 18/17 104/11
stop [15] 16/10 16/11
20/6 28/22 41/24 53/22
54/9 54/18 56/21 58/17
77/24 79/25 88/22 90/8
115/22
stopped [2] 15/16
52/25
StopTheSteal [1] 84/17
Storm [1] 99/20
stormed [3] 112/22
134/24 135/18
storming [1] 143/4
story [1] 141/20
straight [4] 40/10
146/1 146/19 147/18
street [6] 1/19 2/6 11/8
44/10 97/4 99/19
streets [3] 81/5 81/7
104/12
strike [1] 24/2
strip [1] 80/4
STS [3] 89/23 90/2 90/6
stuff [2] 8/14 110/14
stun [2] 73/12 73/12
sturdy [2] 19/8 19/8
subject [6] 77/7 77/12
77/20 77/24 78/20
78/25
subjects [1] 145/21
submitted [1] 49/14
subpart [2] 75/6 75/14
87/9
subparts [2] 75/14
75/17
subpoenas [1] 47/24
subscriber [2] 52/19
53/1
subscribers [1] 52/20
substantive [1] 91/10
such [1] 72/10
Suite [1] 2/6
summarize [13] 67/10
68/4 77/6 77/11 77/15
77/19 77/22 78/7 78/24
79/10 88/9 89/21 91/1
summarized [3] 83/10
116/21 117/8
summarizes [1] 117/15
summarizing [2] 66/17
66/25
summary [6] 66/23

son [2] 67/2 118/17
118/12
Sunday [1] 54/16
supervisors [2] 99/10
100/2
support [1] 54/18
supporters [3] 44/1
44/10 123/22
supposed [3] 15/9
39/16 109/12
Supreme [2] 106/6
115/1
sure [7] 10/5 15/17
25/6 47/21 78/9 103/24
140/22
survey [1] 124/19
Sustained [1] 41/2
swamp's [1] 81/16
swinging [1] 89/9
sworn [2] 7/18 47/2
symbol [1] 139/18
synched [1] 128/5
system [3] 18/14 27/2
89/6

**T**

table [3] 7/10 73/22
100/9
tactical [2] 67/13 68/12
take [24] 11/21 17/1
19/9 22/18 22/19 23/2
28/16 39/25 41/4 41/21
43/16 60/17 63/6 70/5
85/2 85/7 92/4 99/5
107/17 134/17 147/19
149/5 149/9 149/14
taken [14] 31/18 40/2
63/10 95/4 95/5 101/23
115/23 119/2 119/22
121/3 121/25 123/5
125/14 130/24
takes [3] 81/14 127/25
128/20
taking [7] 21/10 33/23
81/4 91/19 127/5 133/6
133/17
talk [4] 10/22 108/24
146/10 148/8
talked [2] 37/19 39/22
talking [6] 19/11 45/15
88/20 101/6 102/15
147/5
tall [1] 45/22
tanks [1] 81/5
tape [2] 16/16 16/16
tarp [2] 125/7 126/15
taught [5] 9/13 9/17
9/19 9/22 24/2
Taylor [34] 46/5 48/15
78/1 94/9 94/20 95/18
99/10 99/15 99/22
100/3 100/5 100/7
100/8 100/17 101/8
116/3 120/18 121/13
121/18 122/14 125/5
125/6 125/22 129/23
130/2 130/11 130/14
130/17 131/11 131/17

Taylor's [13] 70/17
70/23 71/2 94/6 94/20
95/4 95/5 95/13 95/17
96/1 96/2 96/11 100/1
Tea [1] 145/12
tear [6] 115/1 115/16
135/17 137/7 138/16
141/19
tearing [1] 29/23
tears [1] 136/18
Telegram [11] 93/20
93/22 93/23 94/4 94/9
94/12 94/17 94/21
94/24 95/4 116/2
television [2] 123/25
137/16
tell [17] 10/15 25/12
25/12 30/4 35/1 39/12
42/4 42/7 42/20 42/21
42/22 42/23 42/25 46/7
46/9 72/11 73/4
telling [3] 17/7 17/19
130/15
ten [1] 126/23
term [6] 92/2 92/3
92/16 92/17 93/3 93/4
termination [1] 62/14
terms [4] 90/15 91/24
95/12 149/9
terrace [27] 12/1 14/11
15/8 15/24 17/13 17/16
18/5 21/4 23/17 24/17
25/8 27/14 32/6 35/3
35/8 37/8 37/21 38/4
38/8 41/5 130/1 131/9
131/18 131/24 132/21
133/3 133/14
terrible [1] 80/18
terrifying [1] 136/21
terrorism [1] 47/16
Terry [1] 85/23
testified [5] 7/19 35/9
47/3 95/18 95/25
testimony [7] 41/15
71/2 94/6 94/20 95/17
116/1 134/20
text [28] 73/21 84/19
84/19 85/25 86/1 96/6
98/3 100/16 104/21
105/22 106/12 109/24
110/20 112/14 112/14
113/8 114/2 123/24
124/24 134/19 135/6
135/24 137/15 138/2
139/10 140/7 141/24
142/21
than [13] 9/4 9/15
16/10 24/22 44/15
44/16 52/15 75/15 80/3
85/7 116/2 130/16
135/17
thank [24] 20/6 26/4
26/22 41/7 41/12 41/13
41/14 46/13 46/22
63/12 68/13 81/1 82/1
84/20 89/14 90/18

160/14 102/1 103/23
136/20 145/5 145/13
150/4 150/17
Thanks [3] 108/2 112/7
141/1
that [495]
that's [36] 9/8 9/23
11/3 11/19 18/25 19/19
22/23 26/4 26/14 29/24
30/16 35/2 35/6 35/8
46/13 78/5 83/9 97/22
98/19 98/23 103/2
108/6 108/17 119/3
121/1 122/7 136/10
143/23 146/7 147/3
147/11 147/14 147/18
149/3 149/16 149/23
TheConservativeTreeh
ouse.com [1] 83/12
theft [2] 72/9 73/3
their [9] 16/9 16/25
19/17 28/14 28/18
72/13 80/12 80/13
80/20
them [33] 9/20 9/21
9/22 9/22 10/19 16/10
16/10 16/24 16/25
17/18 17/19 17/19
17/19 19/15 19/19
19/15 24/5 27/7 27/8
28/16 28/19 37/25
40/16 41/24 41/24 44/3
89/1 97/2 100/8 100/9
107/2 140/1 145/23
theme [1] 82/15
themes [3] 82/18 82/20
82/20
then [47] 9/9 9/16
10/15 11/8 11/17 11/19
11/24 12/21 16/20
23/13 27/22 30/25 31/1
32/7 37/3 43/12 49/21
59/18 62/14 67/15
72/15 77/4 81/21 83/2
99/7 102/5 102/9
107/18 107/25 114/25
119/16 120/3 120/5
124/23 125/6 127/18
139/13 139/17 146/23
147/17 148/14 149/2
149/12 149/14 149/15
149/17 149/18
theorist [1] 59/19
there [68] 8/23 9/11
10/3 10/4 10/5 10/15
10/17 11/6 11/11 13/20
15/9 15/21 18/4 18/21
19/16 20/6 21/18 21/20
24/8 24/10 24/10 25/7
27/5 28/22 30/7 34/14
38/2 38/5 38/7 38/16
39/4 40/21 41/25 43/6
43/7 44/18 49/19 50/21
56/11 57/20 67/12 72/1
72/15 72/20 81/8 88/24
88/25 89/9 89/10 89/11
89/11 90/7 90/10 90/10
93/24 101/18 104/9

# T

**there... [11]** 106/21 107/25 111/2 126/18 129/23 135/13 136/13 138/16 139/13 139/15 143/14

**there's [13]** 9/16 12/19 13/13 13/23 18/24 27/8 29/22 53/2 93/25 95/14 95/14 128/4 148/19

**thereafter [1]** 72/16

**these [30]** 41/22 41/23 43/19 44/18 58/5 59/18 66/8 66/18 73/13 75/11 78/14 79/9 82/4 82/16 84/25 85/5 85/16 86/17 89/8 91/24 100/10 117/5 117/16 126/22 130/5 133/19 133/20 138/21 148/12 150/7

**they [54]** 9/3 9/20 9/21 10/19 15/5 16/9 16/22 19/9 19/16 24/20 27/13 28/13 28/15 28/18 28/18 30/4 30/6 30/7 33/20 37/24 37/25 38/1 42/2 44/2 44/11 44/13 44/15 45/14 52/16 57/7 76/5 79/20 80/6 80/7 80/7 80/12 80/21 80/24 81/12 85/4 87/21 89/5 95/13 97/6 99/20 115/1 115/15 130/16 148/13 148/13 148/14 148/15 148/25 150/3

**they'd [1]** 24/4

**They'll [1]** 80/11

**they're [12]** 8/24 9/19 15/9 24/4 24/5 29/18 52/15 75/6 76/10 87/9 128/5 148/25

**thick [1]** 137/8

**thing [2]** 84/5 92/24

**things [9]** 15/19 17/1 47/23 108/2 112/1 146/18 147/6 147/20 147/22

**think [19]** 22/24 39/14 43/13 95/25 133/18 143/4 143/5 145/18 146/16 146/25 148/2 148/5 148/10 148/18 148/23 149/4 149/5 150/8 150/15

**thinking [2]** 43/5 146/24

**thinks [1]** 149/7

**third [5]** 18/7 20/15 33/15 34/10 90/8

**this [301]**

**those [34]** 9/18 13/16 13/18 13/20 15/10 17/20 20/25 28/16 40/13 42/23 64/12 66/10 66/25 67/2 70/20 71/1 75/22 76/19 80/19 80/19 81/18 85/8 85/18 115/16 137/1 137/5

143/15 145/22 145/24 146/14 146/17 146/18 147/20 147/22

**thought [2]** 11/9 50/18

**thoughtful [1]** 72/10

**thousands [2]** 46/8 99/18

**threaten [4]** 42/13 42/15 42/17 42/24

**three [11]** 9/1 9/2 9/18 44/23 50/10 83/22 88/23 99/11 106/21 123/20 136/12

**three weeks [1]** 99/11

**three-quarters [1]** 88/23

**threshold [2]** 82/25 83/2

**thrill [1]** 24/8

**throat [1]** 30/24

**through [32]** 8/21 8/25 18/17 26/9 36/22 44/17 50/4 50/7 51/2 69/16 69/22 71/25 73/21 80/5 81/3 85/9 87/14 87/15 88/23 90/9 96/6 99/8 99/25 120/15 124/16 125/3 129/22 134/23 146/23 147/4 148/4 148/25

**throughout [1]** 81/4

**throw [3]** 9/20 28/16 30/2

**throwing [1]** 28/12

**thrown [3]** 28/8 28/13 37/25

**thumbnail [8]** 58/9 58/22 59/22 60/14 112/25 113/3 116/25 117/13

**time [104]** 11/12 11/18 11/20 13/18 18/18 18/20 19/3 19/12 27/12 28/9 29/21 38/22 39/14 39/17 41/6 44/11 50/22 57/19 72/9 72/14 73/1 75/15 77/7 77/9 77/9 77/9 77/13 77/14 77/20 77/21 78/4 78/5 78/6 78/10 78/16 79/1 80/23 83/16 83/18 85/10 89/17 92/5 92/19 93/7 93/10 96/11 97/23 102/3 102/6 103/2 103/19 108/15 108/18 108/23 110/16 111/20 111/20 112/8 112/8 112/16 112/18 113/11 113/21 113/21 115/8 115/18 117/16 119/5 119/6 120/10 123/4 124/4 124/11 125/13 126/3 126/9 126/11 127/17 127/24 128/5 128/12 128/19 128/25 129/11 129/23 129/25 130/13 132/1 134/8 134/14 135/1 135/2

136/9 138/6 140/15 141/10 141/11 142/10 144/1 144/7 148/6

**timeline [2]** 50/7 50/11

**times [4]** 26/9 40/21 83/3 120/2

**timestamp [2]** 13/13 128/4

**timestamps [3]** 13/16 117/19 117/22

**timing [2]** 149/20 150/1

**tips [3]** 48/10 48/12 48/14

**title [8]** 47/13 52/9 54/7 55/10 60/9 62/16 84/9 101/16

**today [7]** 9/3 41/13 60/8 134/24 134/25 141/8 150/5

**today's [1]** 41/15

**toe [1]** 9/6

**together [4]** 14/23 16/13 16/19 80/12

**told [12]** 10/9 14/1 16/10 16/11 28/17 72/9 72/16 72/18 89/16 97/5 100/7 141/21

**tomorrow [11]** 80/11 80/20 80/21 81/15 81/17 108/23 108/24 141/1 148/9 148/24 150/19

**Tone [1]** 108/11

**tonight [2]** 108/22 145/10

**too [3]** 81/24 107/25 143/13

**took [3]** 45/17 96/2 96/11

**top [23]** 11/13 11/15 11/16 11/18 13/13 14/11 27/3 56/4 57/2 58/1 62/2 64/19 65/3 65/10 67/15 69/15 82/5 84/9 96/18 97/11 102/8 114/19 143/23

**topics [2]** 99/12 99/17

**toppling [3]** 81/9 92/18 92/25

**touch [1]** 29/10

**touched [1]** 72/10

**toward [8]** 14/24 14/25 25/18 26/16 30/6 34/24 35/3 37/25

**towards [6]** 122/15 125/7 125/23 129/18 130/13 131/25

**tracked [1]** 92/14

**trained [2]** 8/12 8/21

**training [5]** 8/19 8/23 9/12 44/22 94/3

**traitors [8]** 26/23 80/2 81/20 88/25 89/7 89/8 90/14 134/23

**transcript [2]** 1/9 2/12

**transcription [2]** 2/12 151/4

**trash [1]** 117/12

**Travel [1]** 77/20

**traveled [1]** 48/13

**treacherous [2]** 80/19 89/5

**trial [3]** 1/9 94/7 148/16

**tried [1]** 37/25

**troops [1]** 81/5

**trouble [1]** 36/22

**truck [2]** 72/5 72/12

**trucker [1]** 40/11

**true [3]** 25/18 27/11 150/4

**Trump [26]** 44/1 44/10 53/15 54/9 58/17 59/6 60/11 60/11 80/13 85/1 90/11 91/16 101/17 101/21 102/5 102/16 103/18 104/10 106/6 115/11 120/3 120/5 120/16 123/22 124/25 141/9

**Trump's [3]** 54/18 92/9 123/19

**Trump/Pence [1]** 53/15

**truth [4]** 49/18 91/2 91/7 147/13

**try [6]** 16/25 43/9 124/19 149/19 149/21 150/3

**trying [4]** 14/23 17/8 18/24 26/8

**turn [7]** 12/16 12/22 51/4 71/10 88/21 90/7 143/19

**turned [2]** 12/20 80/3

**turning [4]** 41/1 48/24 114/10 141/5

**Tweet [7]** 101/21 101/24 102/5 102/9 102/15 102/17 104/10

**Twitter [6]** 55/21 56/10 56/12 59/7 107/19 112/2

**two [28]** 9/1 9/6 10/11 12/19 12/20 12/23 14/1 19/7 19/8 40/10 40/12 40/13 44/23 51/12 55/15 70/25 71/1 72/8 72/15 79/17 93/16 95/8 100/9 117/16 137/4 138/4 141/25 145/18

**two minutes [2]** 13/23 14/1

**two months [1]** 40/10

**two seconds [2]** 51/12 55/15

**two years [2]** 40/13 72/8

**two-minute [1]** 12/19

**two-minutes [1]** 12/20

**two-year [1]** 40/12

**type [1]** 62/10

**typically [10]** 10/4 10/13 18/23 19/7 24/4 30/25 44/2 44/3 44/11 99/14

**tyranny [1]** 89/16

**tyrant [1]** 58/5

**tyrants [1]** 89/1

**tyrants' [1]** 82/15

# U

**U.S [19]** 1/19 48/5 48/10 81/11 116/10 120/20 122/9 122/15 125/23 126/4 126/10 128/13 132/21 133/4 133/15 133/23 134/3 134/9 134/15

**ultimately [1]** 41/4 81/8

**unarmed [2]** 104/4 104/17

**under [10]** 51/1 67/21 71/20 74/16 77/14 82/10 95/8 100/9 125/7 126/15

**underneath [2]** 9/8 127/5

**understand [6]** 12/1 19/14 50/15 52/14 102/2 150/14

**underway [1]** 149/2

**unfortunately [1]** 63/5

**uniform [1]** 10/24

**uniformity [1]** 80/5

**uniforms [1]** 12/4

**Union [1]** 81/9

**uniparty [1]** 80/9

**unit [10]** 8/9 9/1 9/1 9/1 9/1 9/2 9/2 9/6 47/15

**Unit 62 [1]** 8/9

**UNITED [8]** 1/1 1/3 1/10 7/4 7/8 7/15 46/23 57/6

**units [5]** 8/12 9/2 9/9 9/10 25/5

**unknown [1]** 125/4

**Unlike [1]** 104/22

**Unloaded [1]** 110/13

**unlocked [1]** 72/14

**unrelated [1]** 99/17

**unscalable [1]** 45/22

**until [45]** 10/18 10/19 10/21 11/13 11/20 12/21 17/2 17/10 17/24 19/21 20/4 21/14 23/19 24/13 25/1 26/2 26/18 27/15 28/3 28/20 30/11 30/20 31/11 31/19 33/6 35/12 35/24 34/8 34/15 35/12 36/7 36/25 37/17 38/19 39/1 55/5 55/8 63/8 73/2 82/25 89/6 89/8 107/18 107/25 137/9

**unusually [1]** 42/1

**up [46]** 8/18 8/24 10/20 11/7 12/9 12/13 12/14 14/12 15/15 15/19 16/16 20/13 23/7 23/16 29/23 29/23 30/10 31/1 31/2 31/6 34/7 39/17 41/16 43/12 45/1 50/21 63/7 64/19 80/23 85/2

**U**

up... [16] 94/15 98/10 99/19 108/3 115/13 125/8 126/15 126/23 129/6 129/8 129/17 132/10 136/1 137/10 145/10 148/19
upload [1] 52/12
uploaded [1] 52/14
upon [2] 124/18 130/13
upper [27] 12/1 14/11 14/13 15/8 15/24 17/13 17/16 18/4 21/4 23/17 25/8 27/13 30/6 35/3 35/8 37/8 37/20 38/4 38/8 41/4 130/1 131/9 131/17 131/23 132/21 133/3 133/14
uprisings [2] 92/17 92/25
urine [1] 28/17
us [38] 9/14 10/13 10/15 16/11 16/20 16/22 16/23 18/16 19/2 19/15 19/18 19/18 19/19 19/19 19/20 22/19 23/15 24/12 26/23 26/24 80/4 80/5 80/7 80/10 80/21 80/23 80/24 81/10 85/4 85/8 89/13 89/16 89/18 107/17 126/16 126/18 126/21 148/13
USA [1] 17/6
usage [1] 44/6
use [6] 9/13 9/18 9/22 9/22 24/2 29/21
used [10] 18/16 19/1 23/9 23/15 25/5 25/6 25/9 80/3 92/7 95/15
users [1] 93/24
using [7] 24/1 93/14 100/12 131/24 133/5 133/16 146/16
usual [1] 99/12
UTC [27] 77/8 77/10 77/13 77/18 78/5 78/6 78/17 79/2 79/13 82/8 82/9 83/15 88/11 88/12 89/24 92/6 92/20 93/8 97/23 103/10 108/15 108/17 110/17 110/23 119/5 135/1 136/10

**V**

vague [1] 96/11
vanity [4] 69/22 69/23 70/3 70/4
vans [2] 10/5 10/6
vantage [1] 46/9
variations [1] 9/13
various [1] 74/13
vax [1] 103/18
vehicle [4] 68/2 70/7 70/11 70/24
vehicles [1] 70/18
vents [1] 58/4
venture [1] 107/3

verse [1] 24/12
version [2] 137/1 145/9
versus [1] 7/4
very [6] 11/13 23/18 44/19 140/22 148/12 150/16
vest [5] 11/1 18/12 18/14 27/1 27/21
vests [2] 12/5 18/17
via [2] 123/23 137/14
Vice [3] 111/9 127/18 132/7
video [112] 12/7 13/6 14/19 17/3 17/4 17/11 17/25 19/22 20/5 21/15 21/21 22/6 22/12 23/20 24/14 25/2 26/3 26/19 27/16 28/4 28/21 30/12 30/21 31/12 31/20 32/10 32/13 33/7 33/13 33/25 34/16 35/13 35/19 36/9 37/1 37/4 37/18 38/20 39/2 41/6 42/8 42/12 42/20 43/14 44/17 44/20 46/10 46/17 51/13 51/17 51/20 52/6 52/6 52/7 52/17 52/21 52/23 52/24 53/8 53/18 53/19 53/22 53/24 54/13 54/15 54/21 54/22 55/6 55/9 55/16 56/4 56/14 56/25 57/15 57/25 58/1 58/10 58/13 58/23 59/1 59/11 59/22 59/23 60/1 60/15 99/21 113/1 113/3 117/9 117/13 121/1 121/3 121/5 121/6 121/7 121/24 122/2 122/3 122/4 123/5 123/9 123/10 123/11 125/14 125/16 125/17 128/3 130/24 131/1 131/2 133/6 133/17
Video.docx [2] 91/3 91/7
videos [15] 40/20 41/22 41/23 42/23 43/19 52/14 117/6 117/17 117/22 118/1 118/9 128/5 133/8 133/19 133/22
viewed [3] 83/21 83/24 84/2
views [3] 52/21 54/13 54/14
violations [1] 47/21
violence [3] 37/20 83/3 143/12
violent [2] 40/15 59/19
vipers [1] 81/18
Virginia [2] 25/6 106/6
virus [1] 80/3
visible [2] 19/9 34/13
visibly [1] 126/19
visit [1] 83/11
visited [1] 83/15

visual [1] 12/19
visually [1] 42/17
voice [5] 15/1 21/1 38/24 121/7 122/4
voices [1] 81/16
Vote [2] 59/5 59/6
votes [3] 84/23 84/25 91/16
vs [1] 1/5

**W**

waist [1] 12/9
wait [4] 10/13 10/14 75/19 76/13
waiting [1] 85/10
Walesa [1] 81/6
walk [1] 129/8
walked [1] 120/19
walking [6] 121/18 122/14 125/8 125/23 126/15 128/23
wall [3] 15/21 15/23 81/9
walls [4] 80/19 81/17 82/16 124/6
want [20] 15/7 19/1 24/23 29/4 29/4 30/3 35/14 96/6 96/9 106/20 106/20 145/15 145/25 147/14 148/8 148/18 148/25 150/5 150/13 150/16
wanted [5] 30/7 110/8 142/9 145/17 150/14
wanting [2] 26/10 26/23
wants [1] 146/11
war [6] 82/20 83/3 108/22 142/11 142/15 145/9
warmed [1] 145/10
warrants [1] 47/22
was [197]
Washington [12] 1/16 1/20 46/1 48/13 55/1 72/4 73/1 90/13 99/6 108/21 119/22 124/14
wasn't [3] 10/13 15/17 95/20
waste [2] 50/21 148/6
wasting [1] 72/13
watched [13] 14/22 17/5 20/9 23/4 24/16 25/4 26/6 26/21 29/3 34/21 36/19 38/10 53/8
watching [13] 22/8 27/10 32/3 40/20 42/11 44/9 85/4 112/2 123/24 136/18 137/6 137/15 141/15
water [1] 81/13
waving [2] 20/1 23/5
way [14] 22/18 34/10 73/13 80/25 90/8 95/19 97/17 107/17 107/20 107/22 107/24 108/21 129/17 148/11
we [238]

we'd [1] 97/9
we'll [24] 14/2 35/15 36/3 37/13 49/4 55/24 61/2 61/19 63/8 63/8 64/14 66/12 68/22 69/10 71/15 74/25 75/21 76/21 97/1 104/11 107/2 111/16 118/15 148/9
we're [75] 9/13 9/17 9/22 10/4 10/15 10/16 12/5 14/10 14/20 17/4 17/12 18/1 18/2 18/23 19/23 20/8 20/10 21/16 21/22 22/7 22/13 23/3 23/21 24/1 24/1 24/2 24/15 25/3 26/5 26/20 27/10 27/17 28/5 28/23 30/13 30/22 31/13 31/21 33/2 33/8 33/14 34/1 34/9 34/17 36/10 37/19 38/21 49/17 50/4 54/22 55/7 55/10 56/15 57/2 57/16 58/1 58/14 59/2 59/12 60/2 79/17 88/7 96/15 96/18 99/24 101/16 122/7 124/25 125/2 136/13 142/8 142/11 147/12 148/5 148/10
we've [14] 19/11 27/10 30/14 32/3 33/4 39/3 69/23 70/14 71/1 81/3 81/4 85/9 136/6 146/25
weapon [6] 18/16 18/25 19/10 23/15 31/9 100/13
weapons [4] 9/11 17/1 23/9 73/7
wear [4] 10/22 12/4 12/11 109/14
wearing [12] 21/12 27/1 29/14 39/6 43/20 44/2 44/15 44/16 44/19 44/20 109/18 122/17
web [2] 83/8 83/11
website [3] 67/22 83/11 92/7
week [2] 99/18 99/18
weeks [2] 72/4 99/11
weight [1] 95/22
well [9] 15/15 35/5 98/8 106/9 138/13 142/3 148/9 149/14 149/15
went [12] 8/21 11/8 19/9 32/6 40/9 40/23 44/23 44/24 45/17 126/10 128/13 143/15
were [96] 8/16 8/21 10/2 10/11 10/20 11/7 11/12 11/20 14/21 15/5 16/7 16/9 16/10 16/11 17/6 17/21 17/22 18/4 18/20 19/5 19/16 21/4 21/5 22/20 24/20 25/5 27/7 28/12 28/13 30/3 30/4 30/6 30/8 37/24 38/1 38/3 38/7 38/7

39/14 40/13 40/21 41/25 42/2 42/10 42/21 42/21 43/7 43/20 43/20 43/22 44/1 44/2 44/11 44/13 44/15 45/8 45/11 46/6 48/10 48/16 70/9 70/12 70/20 70/23 70/25 73/13 86/17 88/19 91/16 94/6 100/10 100/24 101/6 102/15 104/9 116/7 119/12 123/25 124/23 126/15 126/19 126/23 130/1 130/2 130/5 130/16 132/22 137/8 137/16 137/18 138/15 140/22 142/14 143/13 146/14 147/25
weren't [2] 43/22 45/15
west [38] 11/10 11/12 11/16 12/1 14/11 14/15 15/8 15/24 17/13 17/16 18/4 21/4 23/17 25/8 27/13 32/6 35/8 37/8 37/21 38/4 38/8 41/4 85/5 102/6 124/5 124/13 127/6 127/12 128/8 129/6 130/1 130/4 131/9 131/17 131/23 132/21 133/3 133/14
westerly [1] 124/13
what [222]
what's [47] 8/4 8/6 17/12 30/23 31/17 52/19 54/11 65/1 65/7 65/14 67/10 68/4 83/10 93/3 97/20 98/13 100/22 103/8 105/3 105/25 106/8 106/14 107/6 108/4 108/13 109/7 110/3 110/16 111/18 112/16 113/9 114/11 115/8 116/21 117/8 128/6 135/8 136/9 138/6 138/23 139/17 140/12 141/11 142/1 142/22 143/8 150/9
Whatever [1] 149/7
wheelchair [1] 14/12
when [46] 8/2 8/21 10/4 11/14 12/17 15/12 18/23 21/4 23/24 24/4 29/24 30/2 37/25 38/7 39/19 42/8 42/21 43/10 44/17 45/7 45/7 52/15 57/10 72/16 73/13 96/12 97/6 102/2 103/14 104/10 120/3 120/11 121/3 121/12 121/24 122/8 126/4 126/10 127/18 128/20 130/23 132/13 134/9 134/15 136/20 146/7
whenever [1] 12/5
where [38] 7/25 8/14 10/15 11/7 11/11 11/19

**W**

**where... [32]** 12/10
14/10 15/14 15/16 16/2
18/24 20/10 26/9 26/16
30/7 33/22 35/3 35/7
35/8 38/5 40/10 40/21
47/11 67/15 73/23
74/17 81/10 92/3 94/23
97/4 119/8 122/8
124/20 126/17 126/19
130/16 148/10

**whether [9]** 44/1 52/14
70/9 70/20 95/19
104/17 145/19 145/20
149/19

**which [33]** 8/9 8/24 9/4
9/15 11/9 19/16 30/4
30/24 42/7 42/7 43/4
47/16 53/13 56/11 72/8
73/2 77/8 78/5 79/12
83/12 83/16 84/7 85/21
99/14 99/17 100/15
107/16 119/2 119/13
123/24 130/13 133/16
137/15

**while [7]** 8/20 26/23
72/16 80/7 90/15 100/7
129/25

**White [1]** 97/16

**who [60]** 16/21 48/10
48/13 48/24 56/9 56/22
57/12 57/22 58/7 58/20
59/8 59/20 60/12 71/10
73/18 78/18 80/10 85/8
85/15 85/24 96/22
97/18 98/9 98/21
103/11 105/9 106/2
106/17 108/24 109/9
109/20 110/5 110/25
111/22 112/19 113/12
114/6 114/8 114/13
115/3 115/6 116/6
116/9 116/12 124/5
135/10 138/9 138/17
139/5 139/12 140/3
140/19 142/5 142/17
142/25 143/14 143/17
143/25 144/3 145/2

**who's [4]** 42/4 42/4
105/16 128/23

**whole [9]** 22/8 27/12
42/10 84/5 141/14
147/15 147/22 148/5
148/21

**why [15]** 13/21 15/7
16/8 16/15 18/15 19/16
22/22 28/7 31/8 49/10
50/13 95/5 99/15
150/13 150/15

**wife [2]** 114/9 114/9
**Wild [6]** 79/1 79/5
79/12 79/16 84/8 84/11
**wild.' [1]** 101/18
**WildProtest [1]** 84/17
**will [29]** 12/20 16/21
50/1 56/20 57/8 80/22
81/16 81/17 81/18
81/19 81/21 90/7 91/17

91/18 91/19 92/3 92/11
101/18 103/15 103/23
107/4 107/16 107/21
107/25 141/9 141/21
145/12 146/8 149/4
**WILLIAM [1]** 1/18
**window [1]** 103/14
**wisely [1]** 57/9
**within [2]** 45/23 47/15
**without [4]** 40/20 49/6
80/13 137/1
**witness [7]** 7/14 29/12
29/13 46/21 96/10
149/10 149/18
**witnessed [1]** 40/15
**WITNESSES [1]** 2/14
**woke [1]** 136/18
**woman [2]** 137/9
141/19
**women [2]** 106/6
106/21
**won [1]** 141/9
**wondering [1]** 139/12
**word [5]** 11/6 59/5
86/17 140/2 143/15
**words [4]** 17/14 42/9
124/21 125/1
**wore [1]** 68/1
**work [16]** 7/25 39/15
46/1 47/11 47/12 48/3
48/8 48/9 80/24 81/22
85/7 89/13 103/16
146/25 149/4 149/5
**worked [5]** 45/16 63/1
63/2 149/6 149/12
**working [4]** 8/2 12/24
63/1 89/1
**works [1]** 12/15
**world [8]** 22/8 42/10
85/3 93/4 137/8 140/2
141/8 142/16
**world,' [1]** 145/8
**worn [12]** 12/3 12/10
12/15 12/22 13/1 13/9
27/10 32/3 32/16 35/14
35/22 43/4
**would [33]** 9/6 22/18
23/25 31/3 31/25 33/20
35/1 35/7 36/16 38/8
38/13 44/14 46/8 49/7
49/8 49/21 50/16 72/25
93/9 94/4 95/16 126/16
133/5 133/16 135/19
136/11 142/3 143/16
145/22 145/24 148/13
148/14 148/18
**wouldn't [3]** 49/12
137/9 150/8
**wrist [1]** 130/14
**writes [8]** 98/8 104/8
105/14 107/1 109/17
112/6 141/14 141/18
**wrong [2]** 19/16 44/24
**wrote [10]** 97/12 97/18
104/3 105/9 109/20
135/17 139/25 141/3
141/8 144/6

**Y**

**y'all [1]** 148/24
**Yahoo [1]** 59/18
**Yamamoto [1]** 80/17
**yards [1]** 130/3
**yeah [16]** 14/17 17/18
19/7 21/13 23/7 23/11
24/20 27/13 34/23 35/6
38/5 42/12 135/3
140/18 144/10 149/9
**year [1]** 40/12
**Year's [1]** 57/20
**years [4]** 40/13 57/5
72/8 145/9
**yell [11]** 18/2 19/11
19/24 21/2 22/8 22/17
22/25 28/5 28/7 38/21
129/24
**yelled [5]** 124/21 125/4
125/6 130/11 130/12
**yelling [11]** 17/6 20/24
21/17 21/23 22/4 22/14
24/10 26/16 26/23 29/2
34/4
**yes [304]**
**yesterday [1]** 149/21
**yet [4]** 13/22 15/2 96/7
141/1
**Yo [2]** 98/8 138/12
**Yorba [4]** 53/23 54/9
54/17 58/18
**York [1]** 1/15
**you [580]**
**you'd [1]** 115/21
**You'll [3]** 22/15 41/21
107/1
**you're [26]** 8/20 8/24
11/23 16/16 19/15
19/18 19/19 19/19
19/20 30/25 44/13
50/15 57/19 105/14
119/17 135/13 136/20
138/13 139/12 142/9
146/18 147/5 147/15
147/22 148/2 149/1
**you've [7]** 9/14 28/25
41/22 44/22 128/7
132/9 137/1
**you-all [1]** 149/6
**your [117]** 7/6 7/7 7/11
7/14 7/22 8/4 8/6 8/8
10/2 10/7 12/9 12/10
12/12 12/22 13/1 13/9
15/1 16/8 17/13 18/22
19/12 19/25 21/2 21/5
21/24 22/15 22/19
22/25 26/22 27/10
29/23 31/6 32/3 32/16
35/22 38/12 38/22 40/1
40/24 41/12 42/19
43/25 43/25 44/8 44/9
44/9 45/15 46/21 47/8
47/13 47/19 48/3 48/7
49/7 49/17 50/12 54/25
56/9 57/20 61/6 63/12
66/21 71/17 72/15
72/21 73/7 74/25 75/11
76/22 78/21 93/12 94/3

95/10 96/9 99/24
100/24 104/4 109/13
110/8 110/14 112/22
115/20 116/1 118/4
118/15 120/2 120/10
124/24 126/3 126/9
127/17 127/24 128/12
128/19 133/7 134/8
134/14 135/18 136/15
137/8 141/14 141/15
145/5 145/15 146/5
147/3 147/7 147/24
148/7 148/11 148/17
149/3 149/11 149/14
149/15 149/16 150/7
**YouTube [10]** 51/17
51/21 52/14 53/25 58/6
58/19 59/17 60/7
107/21 107/24