UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-cr-392-RCL-1 |
| ALAN HOSTETTER, | |
| *Defendant.* | |

## ORDER

Upon consideration of the D.C. Circuit's Order of February 4, 2025, No. 23-3230, it is hereby **ORDERED** that the case is **DISMISSED AS MOOT**.

**SO ORDERED**

Date: February 10, 2025

Royce C. Lamberth
United States District Judge

1